**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) | Case No. 23-10576 (TMH) |
| Debtors | ) | (Joint Administration Requested) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS AND (II) HYBRID HEARING TO CONSIDER FIRST DAY PLEADINGS**

PLEASE TAKE NOTICE that on May 5, 2023 (the "**Petition Date**"), the above-captioned debtors and debtors in possession (the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.*, the "**Bankruptcy Code**"), with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors continue to operate their business and manage their property as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the following pleadings (collectively, the "**First Day Pleadings**") at a hybrid[2] hearing on **May 9, 2023, at 11:00 a.m. (ET)** (the "**Hearing**") before the Honorable Thomas M. Horan, United States Bankruptcy Judge, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801:

1. *Motion of Debtors for Entry of an Order Under Fed. R. Bankr. P. 1015 and Del. Bankr. L.R. 1015-1 Authorizing Joint Administration of the Chapter 11 Cases* (Filed 5/5/23; Docket No. 3)

2. *Motion of Debtors for Entry of an Order Authorizing the Debtors to Redact from the Creditor Matrix and Certain Pleadings Certain Personally Identifiable Information; and Granting Related Relief* (Filed 5/5/23; Docket No. 4)

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), Handil, LLC (1150), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

[2] The hearing will be conducted in person, and utilizing Zoom. The Debtors, the lenders, and the UST must appear in person at the hearing. All other parties are permitted to appear by zoom.

3. *Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of the Petition Date* (Filed 5/5/23; Docket No. 5)

4. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtors to (A) Continue Using Their Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks and Business Forms; (B) Honor Certain Prepetition Obligations Related Thereto; and (C) Continue to Perform Intercompany Transactions, (II) Granting Administrative Expense Status to Intercompany Claims, and (III) Granting Related Relief* (Filed 5/5/23; Docket No. 6)

5. *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* (Filed 5/5/23; Docket No. 7)

6. *Motion of the Debtors for Interim and Final Orders (I) Authorizing the Payment of Prepetition Insurance Obligations and Immediate Post-Petition Insurance Obligations and (II) Granting Related Relief* (Filed 5/5/23; Docket No. 8)

7. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Assessments and (II) Granting Related Relief* (Filed 5/5/23; Docket No. 9)

8. *Debtors' Emergency Motion for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Account as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment* (Filed 5/5/23; Docket No. 10)

9. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtors to (A) Pay Pre-petition Workforce Obligations and Workforce Program-Related Obligations and (B) Continue Workforce Programs, (II) Authorizing Payment of Withholding Obligations, and (III) Granting Related Relief* (Filed 5/5/23; Docket No. 11)

10. *Declaration of Marc Salkovitz, Chief Executive Officer, in Support of First Day Relief* (Filed 5/5/23; Docket No. 12)

11. *Debtors' Motion for Entry of Orders Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Secured Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* (To be filed; Docket No. TBD)

12. *Debtor's Emergency Motion for Interim and Final Orders (I)(A) Confirming, on an Interim Basis, That the Store Closing Agreement Is Operative and Effective and (B) Authorizing, on a Final Basis, the Debtors to Assume the Store Closing Agreement, (II) Authorizing and Approving Closing Sales Free and Clear of All Liens, Claims, and Encumbrances, and (III) Granting Related Relief* (To be filed; Docket No. TBD)

153574590v1

13. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Assumption of Consignment Agreement, as Amended, (II) Fixing Cure Amount in Connection Therewith, (III) Finding That the Arrangement Under the Consignment Agreement Is a True Consignment or, In the Alternative, Granting ReStore a Senior Postpetition Lien and (IV) Granting Related Relief* (To be filed; Docket No. TBD)

PLEASE TAKE FURTHER NOTICE that copies of all First Day Pleadings will be mailed in accordance with Rule 9013-1(m) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and are currently available (free of charge) on the website of the Debtors' proposed claims and noticing agent, Kurtzman Carson Consultants LLC ("**KCC**"), dedicated to this chapter 11 case, www.kccllc.net/christmastreeshops, or on the Court's website, https://ecf.deb.uscourts.gov. Further information may be obtained by calling KCC's telephone number: 888-647-1733 (U.S./Canada), or 310-751-2623 (International), by e-mail to ChristmasTreeShopsInfo@kccllc.com, or upon request from undersigned proposed counsel to the Debtors.

## TO ALL PARTIES WISHING TO PARTICIPATE IN, OR MONITOR THE HEARING REMOTELY:

**This hybrid hearing will be conducted in person, and utilizing Zoom, and requires all remote participants to register in advance**. The Debtors, the lenders, and the UST must appear in person at the hearing. All other parties are permitted to appear by Zoom.

**Please register no later than May 8, 2023 at 4:00 p.m. (ET)**.

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing as a Zoom participant:**

https://debuscourts.zoomgov.com/meeting/register/vJItdeqqrzsjE0qCe25LqpqxMYsAWHIlbxQ

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the video hearing.**

-4-

| | |
|---|---|
| Dated: May 5, 2023<br>      Wilmington, Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>By: <u>*/s/ Evelyn J. Meltzer*</u><br>Evelyn J. Meltzer (Del. Bar No. 4581)<br>Marcy J. McLaughlin Smith (Del. Bar No. 6184)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br>Email: evelyn.meltzer@troutman.com<br>       marcy.smith@troutman.com<br><br>-and-<br><br>**MURPHY & KING, PROFESSIONAL CORPORATION**<br>Harold B. Murphy (*pro hac vice* pending)<br>Christopher M. Condon (*pro hac vice* pending)<br>28 State Street, Suite 3101<br>Boston, Massachusetts 02109<br>Tel: (617) 423-0400<br>Email: hmurphy@murphyking.com<br>       ccondon@murphyking.com<br><br>*Proposed Attorneys for Debtors*<br>*and Debtors in Possession* |