IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-10576 (TMH) |
| Debtors | ) ) ) | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Greenberg Traurig, LLP hereby enters its appearance in the above-captioned cases as counsel for Eclipse Business Capital LLC and Eclipse Business Capital SPV, LLC (together, "**Eclipse**") pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

| GREENBERG TRAURIG, LLP | GREENBERG TRAURIG, LLP | GREENBERG TRAURIG, LLP |
|---|---|---|
| Anthony W. Clark | Jeffrey M. Wolf | Brian E. Greer |
| Dennis A. Meloro | One International Place | Leo Muchnik |
| 222 Delaware Avenue | Suite 2000 | One Vanderbilt Avenue |
| Suite 1600 | Boston, MA 02110 | New York, NY 10017 |
| Wilmington, DE 19801 | Telephone: (617) 310-6041 | Telephone: (212) 801-9200 |
| Telephone: (302) 661-7000 | Email: Jeffrey.Wolf@gtlaw.com | Email: greerb@gtlaw.com |
| Email: Anthony.Clark@gtlaw.com |  | Email: muchnikl@gtlaw.com |
| Email: Dennis.Meloro@gtlaw.com |  |  |

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

ADMIN 687195137v2

transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit is intended nor shall be deemed to waive (i) any right to have final orders in non-core matters entered only after de novo review; (ii) any right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Eclipse is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: May 6, 2023

**GREENBERG TRAURIG, LLP**

 /s/ *Dennis A. Meloro*
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 661-7000
Email: Anthony.Clark@gtlaw.com
Email: Dennis.Meloro@gtlaw.com

Jeffrey M. Wolf
One International Place, Suite 2000
Boston, MA 02110
Telephone: (617) 310-6041
Email: Jeffrey.Wolf@gtlaw.com

Brian E. Greer
Leo Muchnik
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Email: greerb@gtlaw.com
Email: muchnikl@gtlaw.com

*Counsel to Eclipse Business Capital LLC* and
*Eclipse Business Capital SPV, LLC*