# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Christmas Tree Shops, LLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10576 (TMH)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Pathlight Capital LP, as administrative agent ("Pathlight"), hereby appears in the above-captioned cases through their counsel Riemer & Braunstein LLP and Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), request that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| **RIEMER & BRAUNSTEIN LLP**<br>Steven E. Fox, Esq.<br>Times Square Tower, Suite 2506<br>Seven Times Square<br>New York, New York 10036<br>Tel: (212) 789-3100<br>Fax: (212) 719-0140<br>Email: sfox@riemerlaw.com | **ASHBY & GEDDES, P.A.**<br>Gregory A. Taylor (DE Bar No. 4008)<br>Michael D. DeBaecke (DE Bar No. 3186)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19801<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: gtaylor@ashbygeddes.com<br>Email: mdebaecke@ashbygeddes.com |
|---|---|
| **RIEMER & BRAUNSTEIN LLP**<br>Paul D. Bekker, Esq.<br>100 Cambridge Street, 22nd Floor<br>Boston, Massachusetts 02114-2527<br>Tel: (617) 523-9000<br>Fax: (617) 692-3579<br>Email: pbekker@riemerlaw.com | |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Pathlight intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs or recoupments to which Pathlight is or may be entitled under agreements in law or in equity. Additionally, nothing herein shall be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

*[remainder of page left intentionally blank]*

Dated: May 8, 2023
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
Michael D. DeBaecke (DE Bar No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Email: gtaylor@ashbygeddes.com
Email: mdebaecke@ashbygeddes.com

-and-

**RIEMER & BRAUNSTEIN LLP**
Steven E. Fox, Esq.
Times Square Tower, Suite 2506
Seven Times Square
New York, New York 10036
Tel: (212) 789-3100
Email: sfox@riemerlaw.com

-and-

**RIEMER & BRAUNSTEIN LLP**
Paul D. Bekker, Esq.
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
Tel: (617) 523-9000
Email: pbekker@riemerlaw.com

*Counsel to Pathlight Capital LP*