# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*, | Case No. 23-10576-TMH |
| | (Joint Administration Pending) |
| Debtor(s) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

TO ALL PARTIES:

Please take notice that Lindsey M. Harrison Madgar, Associate Counsel of PA EASTWAY, INC. , hereby enters her appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 200(a), (b), and (f) and 3017(a). All such copies should be addressed as follows:

**Lindsey M. Harrison Madgar**
**PA EASTWAY, INC.**
**5577 Youngstown-Warren Road**
**Niles, OH 44446**
**Telephone: (330) 747-2661**
**Fax: (330) 743-2902**
**E-Mail: LMadgar@cafarocompany.com**

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes without limitation, notices of any application, complaint, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail, or otherwise, filed with regard to the above case and proceedings.

Dated: May 8, 2023

Respectfully submitted,

/s/ Lindsey M. Harrison Madgar_____
Lindsey M. Harrison Madgar
5577 Youngstown-Warren Rd.
Niles, Ohio 44446
(330) 747-2661
(330) 743-2902
LMadgar@cafarocompany.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th, day of May, 2023, a true and correct copy of the foregoing ***Notice of Appearance and Request for Notices*** was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

                                                         /s/ Lindsey M. Harrison Madgar
                                                         Lindsey M. Harrison Madgar