**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| _____ | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **CHRISTMAS TREE SHOPS, LLC,** *et al.*[1] **,** | : | **Case No. 23-10576 (TMH)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| _____ | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Coastal One Properties, LLC, hereby appears in the above-captioned cases through their counsel Duane Morris LLP and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), request that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

> Lawrence J. Kotler, Esquire
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103
> Telephone: 215-979-1514
> Facsimile: 215-689-2746
> E-mail: ljkotler@duanemorris.com

PLEASE TAKE FURTHER NOTICE that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773) Handil, LLC (1150), and Nantucket Distributing Co, LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

2

petitions, schedules, plans, disclosure statements and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

PLEASE TAKE FURTHER NOTICE that Coastal One Properties, LLC intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs or recoupments to which Coastal One Properties, LLC is or may be entitled under agreements in law or in equity. Additionally, nothing herein shall be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

**DUANE MORRIS LLP**

**By:** */s/ Lawrence J. Kotler*
Lawrence J. Kotler, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1514
Facsimile: 215-689-2746
E-mail: ljkotler@duanemorris.com

*Counsel for Coastal One Properties, LLC*

DM3\9646743.1