# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CHRISTMAS TREE SHOPS, LLC, *et al.,*[1] | ) Case No. 23-10576 (TMH) |
|  | ) |
|  | ) Joint Administration Requested |
| Debtors. | ) |

## NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
## AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

TO:   Clerk of the Court
      United States Bankruptcy Court
      District of Delaware
      824 Market Street
      Wilmington, DE 19801

Please enter the appearance of Rachel B. Mersky, Esquire of the firm of Monzack Mersky and Browder, P.A as counsel for Kimco Realty Corporation ("Kimco"). Kimco is a creditor and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby request that all notices given or required to be given in these cases be given to and served upon:

> Rachel B. Mersky
> MONZACK MERSKY and BROWDER, P.A.
> 1201 N. Orange Street, Suite 400
> Wilmington, DE  19801
> Telephone:   (302) 656-8162
> Facsimile:   (302) 656-2769
> E-mail:      rmersky@monlaw.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification numbers are: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

{00240125-1}

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, filed in this Chapter 11 case.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Kimco's right: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which Kimco is or may be entitled, in law or in equity, all of which Kimco expressly reserves.

Dated: May 11, 2023

**MONZACK MERSKY AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone:    (302) 656-8162
Facsimile:    (302) 656-2769
Email:    rmersky@monlaw.com

*Attorneys for Kimco Realty Corporation*