**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTMAS TREE SHOPS, LLC | ) | Case No. 23-10576 (TMH) |
| | ) | |
| Debtor. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Bradshaw Rost, Esq., of Tenenbaum & Saas, P.C., 4504 Walsh Street, Suite 200, Chevy Chase, Maryland 20815 hereby enters his appearance on behalf of High Pointe Commons Holding II-HAP, LP, a creditor. This appearance is intended solely for the purpose of receiving notices to include, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights or interest of High Pointe Commons Holding II-HAP, LP and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Dated: May 12, 2023

Respectfully Submitted,

/s/ Bradshaw Rost
Bradshaw Rost, Esq.
Tenenbaum & Saas, P.C.
4504 Walsh Street, Suite 200
Chevy Chase, Maryland 20815
(301) 961-5300 (o)
(301) 961-5305 (f)
BRost@tspclaw.com
*Counsel for Creditor, High Pointe Commons Holding II-HAP, LP*