## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTMAS TREE SHOPS, LLC, *et al.*[1], | ) | Case No. 23-10576 (TMH) |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned David P. Primack, Esquire, of McElroy, Deutsch, Mulvaney & Carpenter, LLP, appears for creditor landlord MCS-Lancaster DE LP, and, pursuant to Rules 2002(g), 2002(i), and 9007, requests, unless otherwise directed by the Court, that all notices that are required to be given sin this case or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon the undersigned, at the offices, telephone and facsimile number set forth below:

> David P. Primack, Esq.
> **McElroy, Deutsch, Mulvaney&**
> **Carpenter, LLP**
> 300 Delaware Avenue, Suite 1014
> Wilmington, DE 19801
> (T): (302) 300-4512; (F): (302) 654-4031
> dprimack@mdmc-law.com

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements (or any drafts, thereof), and answering reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court to the above address.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

PLEASE TAKE FURTHER NOTICE that MCS-Lancaster DE LP does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subsequent to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept services of initial process under Rule 4, Fed. R. Civ. P., or Rule 7004, Fed. R. Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of MCS-Lancaster DE LP for such purpose.

|  |  |
|---|---|
| Dated: May 12, 2023 | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br><br>/s/ *David P. Primack*<br>David P. Primack, Esq. (No. 4449)<br>300 Delaware Avenue, Suite 1014<br>Wilmington, DE 19801<br>Telephone: 302-300-4512<br>Facsimile: 302-654-4031<br>E-mail: dprimack@mdmc-law.com<br><br>*Attorneys for MCS-Lancaster DE LP* |