# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*, | ) |
|  | ) Case No. 23-10576 (TMH) |
|  | ) |
|  | ) |
| Debtors. | ) (Joint Administration Pending) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned appear as attorneys for and on behalf of **North Conway Plaza, LLC** (the "Landlord"), and request that they be placed on the service list, and, pursuant to Bankruptcy Rule 2002, demand that all orders, pleadings, notices, motions, and other documents and papers filed in connection with this case be served upon their counsel at the office addresses set forth below, and that their counsel be added to the Master Service List in this case.

> Douglas B. Rosner
> GOULSTON & STORRS PC
> 400 Atlantic Avenue
> Boston, Massachusetts 02110-3333
> Email: drosner@goulstonstorrs.com
> Tel:    (617) 482-1776

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Landlord's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlord is or may be entitled under agreements, at law, or in equity,

all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated:  May 12, 2023

/s/ Douglas B. Rosner
Douglas B. Rosner, Esq.
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, Massachusetts  02110-3333
Email:  drosner@goulstonstorrs.com
Tel:     (617) 482-1776

*Counsel to the Landlord*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12TH day of May, 2023, I caused a copy of the foregoing pleading to be served by electronic means through the Court's ECF system to all parties requesting service.

/s/ Douglas B. Rosner
Douglas B. Rosner, Esq.
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
drosner@goulstonstorrs.com

-2-

4864-9594-9923, v. 1