UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Fax 201-334-5838
Email: martonelaw@gmail.com
Attorneys for SVMP DE, LLC

Case Number: 23-10576-TMH

Judge: Thomas M. Horan

Chapter 11

In Re:
Christmas Tree Shops, LLC
_____

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of SVMP DE, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  2500 Lemoine Avenue, Fort Lee, NJ 07024.

DOCUMENTS:

X   All notices entered pursuant to Fed. R. Bankr. P. 2002.

X   All documents and pleadings of any nature.

Dated: May 19, 2023

/s/ Christopher S. Martone
Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Fax 201-353-3582
Email: martonelaw@gmail.com

1