# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*[1], | ) |
| | ) Case No. 23-10576 (TMH) |
| Debtors. | ) |
| | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, M. Claire McCudden, Esquire hereby enters her appearance on behalf of Turtle Rock, LLC, and CTS Fiduciary, LLC, as Trustee of Bridge Realty Trust.

**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN**

 /s/ M. Claire McCudden
M. Claire McCudden (#5036)
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE 19899 – 8888
E: MCMcCudden@MDWCG.com
T:  302.552.4354
F: 302.552.4340

*Attorneys for Turtle Rock, LLC, and CTS Fiduciary, LLC, as Trustee of Bridge Realty Trust*

DATED: May 22, 2023

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773) Handil, LLC (1150), and Nantucket Distributing Co, LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.