**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **CHRISTMAS TREE SHOPS, LLC, *et al.*,**[1] | ) Case No. 23-10576 (TMH) |
| | ) |
| | ) Jointly Administered |
| **Debtors.** | ) |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of

Bankruptcy Procedure, the undersigned hereby appears in the above-captioned case as counsel on

behalf of Select Consolidated Management, LLC ("Select") and requests that all notices given or

required to be given in this case, including, but not limited to, all orders and notices of any application,

motion, petition, pleading, request, complaint or demand, whether written or oral, and whether

transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, or otherwise,

which affect Select or this case to be served upon:

> A.J. Webb, Esq.
> Ohio Bar No. 0093655
> Frost Brown Todd LLP
> 3300 Great American Tower
> 301 East Fourth Street
> Cincinnati, Ohio 45202
> 513-651-6800 Telephone
> 513-651-6981 Facsimile
> awebb@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor

is it a consent to jurisdiction of the Bankruptcy Court over Select specifically but not limited to (i) its

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773) Handil, LLC (1150), and Nantucket Distributing Co, LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

right to have final orders in matters entered only after *de novo* reviewed by a District Court judge, (ii) its right to a trial by jury in any proceeding to triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Select is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: May 23, 2023

Respectfully submitted,

**FROST BROWN TODD LLP**

*/s/ A.J. Webb*
A.J. Webb
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: awebb@fbtlaw.com

**COUNSEL FOR SELECT CONSOLIDATED MANAGEMENT, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2023, a true and correct copy of the foregoing was served upon all parties receiving CM/ECF noticing.

*/s/ A.J. Webb*
A.J. Webb