IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Christmas Tree Shops, LLC., et al..,[1] | Case No. 23-10576 (TMH) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Benesch, Friedlander, Coplan & Aronoff LLP and Pierce Atwood LLP hereby enter their appearance (the "Notice of Appearance") in the above-captioned jointly administered cases as counsel for 64 Leona Property Owner LLC (the "64 Leona"), pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101-1532, Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. By this Notice of Appearance, 64 Leona requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

Kevin M. Capuzzi, Esq.
John C. Gentile, Esq.
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
(302) 442-7010
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

22837555

and

Alex F. Mattera, Esq.
PIERCE ATWOOD LLP
100 Summer Street, 22nd Floor
Boston, Massachusetts 02110
(617) 488-8112
amattera@PierceAtwood.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, filing, claim, or suit is not intended nor shall be deemed to waive the rights of 64 Leona, or any member thereof, to: (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; (5) maintain any objection to the jurisdiction and/or venue of the Bankruptcy Court or any other court for any purpose; or (6) assert any other rights, claims, actions, defenses, setoffs, or recoupments to which

64 Leona, or any member thereof, is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

| | |
|---|---|
| Date: May 26, 2023<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br><br> /s/ Kevin M. Capuzzi<br>Kevin M. Capuzzi (DE 5462)<br>John C. Gentile (DE 6159)<br>1313 North Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Email:  kcapuzzi@beneschlaw.com<br>            jgentile@beneschlaw.com<br><br>and<br><br>Alex F. Mattera, Esq. (*pro hac vice* forthcoming)<br>PIERCE ATWOOD LLP<br>100 Summer Street, 22nd Floor<br>Boston, Massachusetts 02110<br>Telephone: (617) 488-8112<br>Email:  amattera@PierceAtwood.com<br><br>*Attorneys for 64 Leona Property Owner LLC* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 26, 2023, I caused the foregoing document to be served by electronic means via the Court's ECF system to all parties registered to receive electronic notice in this case.

           */s/ Kevin M. Capuzzi*
           Kevin M. Capuzzi (No. 5462)