# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) | Case No. 23-10576 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## <u>CHRISTMAS TREE SHOPS, LLC (CASE NO. 23-10576)</u>

---

[1]      The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), Handil, LLC (1150), and Nantucket Distributing Co., LLC (1640).  The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On May 5, 2023 (the "Petition Date"),  Christmas Tree Shops, LLC ("CTS"), Handil, LLC ("Handil"), Handil Holdings, LLC ("Handil Holdings"), Salkovitz Family Trust 2, LLC ("Salkovitz Trust"), and Nantucket Distributing Co., LLC ("Nantucket Distributing"), as debtors and debtors in possession (collectively, the "Debtors") each commenced a case (the "Chapter 11 Cases") under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors are authorized to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' Chapter 11 Cases have been consolidated under case number 23-10576 (TMH) for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## OVERVIEW OF GLOBAL NOTES

Each of the Debtors has herewith filed separate Schedules of Assets and Liabilities ("Schedules") and Statement of Financial Affairs ("Statements"). These *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") relate to each of the Debtors' Schedules and Statements and set forth the basis upon which the Schedules and Statements are presented. **These Global Notes pertain to, are incorporated by reference in, and compromise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements**. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements.  The Global Notes are presented for each Debtor, however, each provision contained in the Global Notes may not apply to all Debtors.  Disclosure of information in one Schedule or Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule or Statement, exhibit, or continuation sheet. Nothing contained in the Schedules and Statements shall constitute a waiver of any rights or claims of the Debtors against any third party, or in or with respect to any aspect of these Chapter 11 Cases.

**The Schedules, Statements, and Global Notes should not be relied upon by any person for information relating to the current or future financial conditions, events, or performance of any of the Debtors.**

The Schedules and Statements have been prepared, pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, by the Debtors' management with the assistance of their advisors and other professionals. The Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment. Reasonable efforts have been made to provide accurate and complete information herein based upon information that was available at the time of preparation; however, subsequent information or discovery thereof may result in material changes to the Schedules and Statements and inadvertent errors or omissions may exist. Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights with respect to the Chapter 11 Cases, including with respect to any issues involving substantive consolidation, recharacterization, equitable

subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Debtors reserve all rights to amend, modify, or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to the Chapter 11 Cases, including with respect to any issues involving causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

Marc Salkovitz, Executive Chairman of CTS and Handil Holdings, and the Chief Executive Officer of the remaining Debtors, has signed each set of the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Salkovitz necessarily has relied upon the efforts, statements, and representations of the Debtors' legal advisors and various personnel employed by the Debtors. Given the scale of the Debtors' business, Mr. Salkovitz has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including, but not limited to statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Debtors' Schedules and Statements Global Notes

**1. Basis of Presentation.** Information contained in the Schedules and Statements has been derived from the Debtor's books and records and historical financial statements. The Schedules and Statements do not purport to represent financial statements prepared in accordance with United States Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile with the financial statements of each Debtor. The Debtors used reasonable efforts to attribute the assets and liabilities to each particular Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements. It is possible intercompany balances between legal entities may vary materially. Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements in this regard, including with respect to reallocation of assets or liabilities to any particular entity.

**2. Reporting Date.** Unless otherwise noted on the specific responses, the Schedules and Statements generally reflect the Debtors' books and records as of the close of business on May 4, 2023. The liability

values are as of the Petition Date and may have been adjusted for authorized payments made under the First-Day Orders (as defined below).

**3. Amendment.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements. Despite these efforts, inadvertent errors or omissions may exist. The Debtors reserve all rights to, but are not required to, amend or supplement, or both, the Schedules and Statements from time to time as is necessary and appropriate.

**4. Recharacterization.** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, due to the complexity and size of the Debtors' business and operations, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements as necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

**5. Confidentiality.** There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact or withhold from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, concerns for the privacy of an individual or as authorized pursuant to the *Order Authorizing the Debtors to Redact From the Creditor Matrix and Certain Pleadings Certain Personally Identifiable Information; and Granting Related Relief* [Docket No. 77]. In addition, certain agreements may not have been included on the Schedules because publicly disclosing such agreements may violate the terms set forth therein.

**6. Cash Management System.** The Debtors use a consolidated cash management system through which the Debtors collect substantially all receipts and pay liabilities and expenses. As a result, certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system. The Debtors' prepetition cash management system is described in the *Motion of the Debtors for Interim and Final Orders (I) Approving Continued Use of the Debtors' Cash Management System, Bank Accounts, and Business Forms; (II) Authorizing the Debtors to Open and Close Bank Accounts; and (III) Authorizing Banks to Honor Certain Prepetition Transfers* (the "Cash Management Motion") dated December 16, 2020 [Docket No. 12].

**8. Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on information and research that was conducted or available in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change. The Debtors reserve all of the rights to amend, supplement, or otherwise modify the Schedules and Statements as they deem necessary or appropriate. The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims

under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**9. Property and Equipment.** Unless otherwise indicated, owned property and equipment are presented at net book value.

**10. Executory Contracts and Unexpired Leases.** The placing of a contract or lease onto the Schedules shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable agreement. The Debtors hereby expressly reserve the right to assert that any contract or lease listed on the Debtors' Schedules does not constitute an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code.

**11. Leases.** The Debtors lease real property, furniture, fixtures, and equipment from certain third party lessors. Such leases are presented in the Schedules and Statements, subject to the reservation of rights set forth herein. The Debtors have not included in the Schedules and Statements the future obligations of any leases. Nothing herein or in the Schedules or Statements shall be construed as a concession, admission or evidence as to the determination of the legal status of any leases (including whether any lease is a true lease or a financing agreement) identified in the Schedules or Statements, including whether such leases: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not current in full force and effect, and the Debtors reserve all of their rights.

**12. Causes of Action.** Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**13. Taxes.** Claims listed on the Debtors' Schedule E/F include claims owing to various taxing authorities to which the Debtors may potentially be liable. However, certain of such claims may be subject to ongoing audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the claims listed on Schedule E/F.  Therefore, the Debtors have listed estimated claim amounts, where possible, or alternatively listed such claims as unknown in amount and marked the claims as unliquidated, pending final resolution of ongoing audits or other outstanding issues. The Debtors reserve the right to dispute or challenge whether such claims are entitled to priority.

**14. Unknown Amounts.** Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown." These may include claims for prepetition services for which the Debtors have not yet received invoices. The description of an amount as "unknown" is not intended to reflect upon the materiality of the amount.

**15. Payment of Prepetition Claims Pursuant to First Day Orders.** On or about May 9, 2023, the Bankruptcy Court entered orders (the "First Day Orders") authorizing, but not directing, the Debtors

to, among other things, pay certain prepetition claims relating to (a) certain vendors critical to the continued operation of the Debtors' business; (b) insurance premiums; (c) taxes; (d) employee wages, salaries, and other compensation and benefits; (e) customer programs, including certain refunds and customer credits; and (f) the continued use of the Debtors' cash management system. Where the Schedules list creditors and set forth the amounts attributable to such claims, such scheduled amounts reflect balances owed as of the Petition Date. To the extent any adjustments are necessary to reflect any payments made on account of such claims following the commencement of these Chapter 11 Cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders, such adjustments have been included in the Schedules unless otherwise noted on the applicable Schedule. The Debtors reserve the right to update the Schedules to reflect payments made pursuant to the First Day Orders.

**16. Employee Claims.** The Bankruptcy Court entered a First Day Order granting the authority, but not the obligation, to the Debtors to pay, as set forth therein, certain prepetition employee wages, salaries, severance, benefits and other obligations in the ordinary course. Employee claims for prepetition amounts that were paid, or were authorized to be paid pursuant to such orders of the Bankruptcy Court, may not be included in the Schedules and Statements.

**17. Other Claims Paid Pursuant to Court Orders.** Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' Chapter 11 Cases, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims. Accordingly, these liabilities may have been or may be satisfied in accordance with those orders, and therefore may not be listed in the Schedules and Statements.

**18. Insiders.** The Debtors have included all payments and awards made to executive officers and the members of the board of directors during the twelve months preceding the Petition Date. Included in the value reflected are cash payments to or for the benefit of the insider (inclusive of payroll, bonus and other employee benefits paid in cash). Persons have been included in the Statements for informational purposes only, and the listing of an individual as an insider is not intended to be and should not be construed as a legal characterization of that person as an insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are reserved. Further the Debtors do not take any position concerning (a) the person's influence over the control of the Debtors, (b) the person's management responsibilities and functions, (c) the person's decision-making or corporate authority, or (d) whether the person could successfully argue that he or she is not an insider under applicable law, including federal securities law, or any theories of liability or for any other purpose.

**19. Excluded Assets and Liabilities.** The Debtors may have excluded from the Schedules certain of the following items, which may be included in their GAAP financial statements: intercompany receivables, investments in subsidiaries, certain accrued liabilities, including, without limitation, accrued salaries, employee benefit accruals, and certain other accruals, capitalized interest, debt acquisition costs, restricted cash, goodwill, financial instruments, certain prepaid and other current assets considered to have no market value, certain contingent assets such as insurance recoveries, and deferred revenues and gains. Other non-material assets and liabilities may also have been excluded. The Debtors have reflected intercompany balances as of the end of the day on May 4, 2023 on Schedules A/B and E/F for the relevant Debtor.

**20. Intercompany Claims.** Claims among the Debtor and its affiliated Debtors, as reflected in the applicable entities' balance sheet accounts (each an "Intercompany Receivable" or "Intercompany Payable" and, collectively, the "Intercompany Claims"), are reported on Schedules A/B and E/F, as applicable. The listing by the Debtors of any account between the Debtors or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as claims, interests, or not allowed at all.

**21. Litigation.** Certain litigation actions reflected as claims against one Debtor may relate to any of the other Debtors. The Debtors have made commercially reasonable efforts to record these actions in the Schedules and Statements of the Debtor that is party to the action. In addition, the Debtors may have excluded details relating to federal and state agency discrimination charges, labor arbitration and grievance claims, and government investigations and civil penalty actions. Discrimination charges have been excluded to protect the privacy interests of the charging parties and because the majority of such claims generally will not result in actual litigation. Labor arbitration and grievance claims are omitted to protect the privacy interests of the grieving party. Government investigations and civil penalty actions were excluded due to confidentiality and privacy concerns or because the majority of such claims are for de minimis amounts, have been promptly remediated or will not ultimately give rise to a civil penalty.

**22. Claim Description.** Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on these Schedules and Statements on any grounds, including, without limitation, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. Moreover, the Debtors reserve all of their rights to, but are not required to, amend, supplement, or otherwise modify their Schedules and Statements as necessary and appropriate, including modifying claims descriptions and designations.

**23. Debt Representatives.** Claims relating to the repayment of principal, interest and other fees and expenses under agreements governing any syndicated credit facility where the identities of the lenders or other parties in interest are not known with certainty are scheduled listing the administrative agent under the applicable credit facility.

**24. Unliquidated Claim Amounts.** Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated." To the extent the Debtors are able to ascertain or estimate all or a portion of the claim amounts, they may have listed the known or estimated claim amount and marked the claims as unliquidated, pending final resolution of outstanding issues necessary to determine the total claim amount with certainty.

**25. Liabilities.** The Debtors have sought to allocate liabilities between prepetition and postpetition

periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change. The Debtors reserve their right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

**26. Guarantees and Other Second Liability Claims.** The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where Guarantees have been identified, they have been included in the relevant Schedules D, E/F, G and H for the affected Debtor or Debtors. Guarantees have generally been included in Schedules of the guarantor Debtor as "contingent" unless otherwise specified. While the Debtors have used commercially reasonable efforts to locate and identify Guarantees, it is possible that Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtors reserve all of their rights to, but are not required to, amend, supplement, or modify the Schedules if additional Guarantees are identified.

**27. Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have been sold, abandoned, or terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights as to the legal status of all intellectual property rights.

**28. Post-petition Agreements.** The Debtors may enter into certain post-petition agreements with creditors and other counterparties. The Debtors reserve all of their rights to, but are not required to, amend, supplement, or otherwise modify their Schedules and Statements as necessary and appropriate to reflect such post-petition agreements, including modifying claims descriptions and designations.

**29. Totals.** All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "unliquidated." If there are unknown or unliquidated amounts, the actual totals may be materially different from the listed totals.

**Specific Disclosures With Respect to the Debtors' Schedules**

**30. Schedule A/B – Assets: Real and Personal Property.** Bank account balances are as of the end of the day on May 4, 2023. Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion.

**31. Schedule D: Creditors Holding Secured Claims.** Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported

to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Certain claims may be listed on Schedule D as "unliquidated" because the value of the collateral securing such claims is unknown. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim. In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  The claims of Eclipse Business Capital and Restore Capital, LLC together total $23,816,275.42. The Debtors have scheduled these claims as undetermined because the Debtors are unaware of the percentage of each entity's interest in the loan.

Certain taxing authorities for certain of the personal property taxes listed on Schedule E/F may have asserted liens with respect to such tax claims that are not noted on Schedule D. It is the Debtors' understanding that any such liens are in effect unsecured, as they are junior to the security interest of the prepetition secured lenders.

**32. Schedule E/F: Creditors Who Have Unsecured Claims**. Listing a claim on Part 1 of Schedule E/F as priority does not constitute an admission by the Debtors of the claimant's legal rights or a waiver of the Debtors' right to recharacterize or reclassify the claim or contract. The Bankruptcy Court entered a number of first day orders granting authority to pay certain prepetition priority claims. Accordingly, claims against Debtors for prepetition amounts as of the Petition Date that were, or were not authorized to be paid pursuant to such orders, may not be included in Schedule E/F. The Debtors reserve their rights to object to any listed claims on the ground that, among other things, they have already been satisfied.

Part 2 of Schedule E/F may not include certain deferred charges, deferred liabilities or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, they are reflected on the Debtors' books and records as required in accordance with GAAP. The claims listed in Part 2 of Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While commercially reasonable efforts have been made, determining the date upon which each claim in Part 2 of Schedule E/F was incurred or arose would be, in certain cases, unduly burdensome and cost prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Part 2 of Schedule E/F. Part 2 of Schedule E/F may contain information regarding potential, pending and closed litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. However, to the extent that litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor. The inclusion of any litigation in these Schedules and Statements does not constitute an admission by any Debtor of liability, the validity of any action, the availability of insurance coverage, or the amount or treatment of any claims, defenses, counterclaims, or cross-claims or the amount or treatment of any potential claim resulting from any current or future litigation. The Debtors have generally excluded internal grievance claims to protect the privacy interests of the grieving party and because the majority of such claims generally will not result in actual litigation. In addition, certain litigation or claims covered

by insurance policies maintained by the Debtors may be excluded from Part 2 of Schedule E/F. The claims of individual creditors are generally listed at the amounts recorded on the Debtors' books and records and may not reflect credits or allowances due from the creditor. The Debtors reserve all of their rights concerning credits or allowances. The Bankruptcy Court entered First Day Orders granting authority to the Debtors to pay certain prepetition obligations in the ordinary course of business. Accordingly, only claims against the Debtors for prepetition amounts that have not been paid as of the Petition Date have been included in Part 2 of Schedule E/F. The Debtors reserve their rights to object to any listed claims on the ground that, among other things, they have already been satisfied. Additionally, Part 2 of Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

Amounts listed as obligations under real property leases on Schedule E/F may be net of any common area maintenance credits.

Amounts listed on Schedule E/F as "Lease Obligations to Pay Landlord Real Property Taxes" are obligations to the respective landlords under real property leases where the Debtors pay taxing authorities directly for real property taxes owed by the landlord.

**33. Schedule G: Executory Contracts and Unexpired Leases.** While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may not have taken effect or be binding on any party and may have expired or been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein. Certain of the real property leases and contracts listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Nothing herein shall be construed as a concession or evidence that any of the contracts, agreements or leases identified on Schedule G: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not current in full force and effect. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedule, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain of these contracts or leases may have been modified, amended or supplemented by various documents, instruments or agreements that may not be listed, but are nonetheless incorporated by this reference. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Schedule G generally does not include stand-alone equipment purchase orders. Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors. Such contracts, agreements and leases are listed on Schedule G of each such Debtor.

**Specific Disclosures with Respect to the Debtors' Statements**

**34. Statement 3: Payments or Transfers within 90 Days of the Petition Date.** The dates identified in the date of payment column for payments made to creditors for goods or services, and other debts, within

90 days prior to the Petition Date relate to one of the following: (i) the date of a wire transfer; (ii) the date of an ACH payment; or (iii) the issuance date for a check or money order. Although the Debtors have attempted to remove unfunded and rejected payments, there may be items in process; therefore, certain payments reflected in response to Statement 3 may not have been paid, and those amounts may also appear as unsecured non-priority claims in Schedule E/F as amounts owed to the same entities. Credits taken against balances owed to third parties are included in response to Statement 3. Payments or transfers made within the 90 days prior to the Petition Date to non-employee directors and/or insiders are included in response to Statement 4, and not listed in response to Statement 3. Payments or transfers on account of payroll and expenses for employees are not included in response to Statement 3. Payments or transfers made within the 90 days before the Petition Date that relate to bankruptcy or restructuring related advice or services are included in response to Statement 11, and not listed in response to Statement 3.  During the 90 days prior to the Petition Date, CTS made payments to Allianz Trade Collections, a receivable insurance company, which paid certain CTS vendors and subsequently made claims against CTS on account of those vendors' claims.

**35. Statement 4: Payments to or for the Benefit of Insiders.** Payments, distributions and withdrawals credited or made to insiders listed in response to this Statement include: (i) transfers and payments to insiders made within 90 days of the Petition Date; and (ii) transfers and payments that benefited any insider made within one year of the Petition Date that would otherwise be included in response to Statement 30.

For purposes of the Schedules and Statements, the Debtors define insiders as (a) officers, directors, and anyone in control of a corporate debtor and their relatives and (b) affiliates of the Debtor and insiders of such affiliates. Individuals listed in the Statements as insiders have been included for informational purposes only. The Debtors do not take any position with respect to (i) such individual's influence over the control of the Debtors, (ii) the management responsibilities or functions of such individual, (iii) the decision-making or corporate authority of such individual, or (iv) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose. Thus, the Debtors reserve all rights to dispute whether someone identified is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code. For more information regarding each Debtor's officers and directors, please refer to Statement 28 and Statement 29.

Statement 4 does not include unpaid interest on intercompany loans that accrued during the one year period prior to the Petition Date.

Names and home addresses for directors, former directors, officers, former officers, employees, and former employees identified as insiders have not been included in the Statements for privacy reasons. Amounts still owed to creditors will appear on the Schedules for each of the Debtors, as applicable.

The payroll-related amount shown in response to Statement 4, which includes, among other things, salary, wage, and additional compensation, is a gross amount that does not include reductions for amounts including employee tax or benefit withholdings. In the ordinary course of business, certain corporate or personal credit cards may be utilized by insiders to pay for travel and business related expenses for various other individuals employed by the Debtors. As it would be unduly burdensome for the Debtors to analyze which credit card expenses were related to those incurred on behalf of an insider as opposed to another

employee (or the Debtors), the Debtors have listed the aggregate amount paid per vendor for such expenses. Amounts still owed to creditors will appear on the Schedules for each of the Debtors.

**36. Statement 6: Setoffs.** The Debtors routinely incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur in connection with a variety of ordinary and customary transactions or settlements and are done in accordance with the contractual arrangement or an agreed upon settlement, including, but not limited to, intercompany transactions, pricing discrepancies, refunds, negotiations, and/or other ordinary and customary billing disputes between the Debtors and their customers and/or suppliers. These normal setoffs and net payments are consistent with the ordinary course of business in the Debtors' industry and can be voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and nettings may have been accounted for when scheduling certain amounts, these ordinary course setoffs and nettings are not independently accounted for, and as such, have been excluded from the Statements.

**37. Statement 7: Legal Actions, Administrative Proceedings, Court Actions, Executions, Attachments or Governmental Audits.** The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year prior to the Petition Date. Reserves are included in the balance sheet for issues when a material negative outcome is probable and the amount is reasonably estimable.

As of the Petition Date, several matters were in the litigation and dispute resolution process. The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

**38. Statement 9: Charitable Contributions.** The donations and/or charitable contributions listed in response to Statement 9 represent payments made to 501(c)(3) non-profit organizations, government, and public agencies for charitable purposes during the applicable timeframe that were recorded as such within the Debtors' books and records. The response to Statement 9 does not include amounts withheld via employee deductions and paid to non-profit organizations on behalf of employees. The response to Statement 9 does not include amounts collected by the Debtors from members, vendors and other third parties as contributions and later paid by the Debtors to charitable organizations.

**39. Statement 10: Certain Losses.** The losses listed in response to Statement 10 may exclude those incurred in the ordinary course of business, those where the amount is *de minimis*, or where the loss is less than the amount of the insurance deductible. The property values reported in response to Statement 10 are based on the actual or estimated costs, including labor costs, to repair the property.

**40. Statement 11: Payments Related to Bankruptcy.** All disbursements listed in response to Statement 11 were for the benefit of all Debtors. To the extent any of the firms listed in response to Statement 11 performed both Bankruptcy and non-Bankruptcy related work, the Debtors have attempted to identify only the payments related to Bankruptcy. However, certain payments listed in response to Statement 11 may be for both Bankruptcy and non-Bankruptcy services.

**41. Statement 16: Personally Identifiable Information.** In the ordinary course of business, the Debtors collect and maintain certain personally identifiable information ("PII"), including their customers' names, telephone numbers and e-mail addresses. The Debtors store and maintain this data in accordance with their privacy policy and the privacy and confidentiality requirements mandated by state and federal laws.

**42. Statement 23: Other Transfers.** The Debtors have excluded any *de minimis* asset sales made in the ordinary course of business.

**43. Statement 26(d): Financial Statements.** In the regular course of business, the Debtors have provided consolidated financial information to banks, customers, suppliers, rating agencies, landlords and other various interested parties. In light of the number of recipients and the possibility that such information may have also been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed specific individuals or entities.

**Fill in this information to identify the case:**

Debtor Name: In re : Christmas Tree Shops, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10576 (TMH)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ......................................................................................................

        $ 0.00

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* ..................................................................................................

        $ 22,006,170.05

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ....................................................................................................

        $ 22,006,170.05

## Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .....................

    $ 17,596,277.83

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................................

        $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................................

        + $ 153,997,565.13

4. **Total liabilities**

    Lines 2 + 3a + 3b ..................................................................................................................................

    $ 171,593,842.96

**Fill in this information to identify the case:**

Debtor Name: In re : Christmas Tree Shops, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10576 (TMH)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property       12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

   2.1  See Schedule A/B 2 Attachment                                                       $            742,805.80

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1  Bank of America | Checking | 4061 | $            636,689.65 |
| 3.2  Bank of America | Checking | 9528 | $                3,702.75 |

4. **Other cash equivalents** *(Identify all)*

   4.1  None                                                                                   $

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       $          1,383,198.20

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

---

**Part 2:**  **Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | CD - Bank of America | $ 6,770,625.00 |
| 7.2 | Non Depleting Cash Collateral - Memic | $ 400,000.00 |
| 7.3 | Utility Deposits - Multiple | $ 244,625.71 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | See Schedule A/B 8 Attachment | $ 1,519,812.41 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 8,935,063.12

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*: 23-10576
_____

| **Part 3:** | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Coupon Receivables | $ | 27,886.19 | - $ | 0.00 | =.....➔ | $ | 27,886.19 |
| 11a. | 90 days old or less: | Credit Card Receivables | $ | 1,153,419.10 | - $ | 0.00 | =.....➔ | $ | 1,153,419.10 |
| 11a. | 90 days old or less: | Gift Card Sales Receivables | $ | 31,157.95 | - $ | 0.00 | =.....➔ | $ | 31,157.95 |
| 11b. | Over 90 days old: | None | $ | | - $ | | =.....➔ | $ | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 1,212,463.24

---

Official Form 206 A/B    **Schedule A/B: Assets - Real and Personal Property**    Page 3 of 12

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*: 23-10576
_____

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 None _____ | _____ | $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: _____ % of ownership: _____

15.1 Nantucket Distributing Co., LLC | 100 | | $ Undetermined

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 None _____ | _____ | $ _____

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83. | $ 0.00

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
|---|---|---|---|
| | Name | | |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐  No. Go to Part 6.

☑  Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1  None | | $ | | $ |
| **20. Work in progress** | | | | |
| 20.1  None | | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1  Goods available for retail sale - Stores/Warehouse/On the Water | Jan - Feb 2023 | $ 47,100,107.85 | | $ Undetermined |
| **22. Other inventory or supplies** | | | | |
| 22.1  Supplies and display parts - Stores/Warehouse | | $ 534,431.58 | | $ Undetermined |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| $ | 0.00 |

24. **Is any of the property listed in Part 5 perishable?**

☐  No

☑  Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐  No

☑  Yes.

| Description | Goods for Sale | Book value $ | 6,456,399.00 | Valuation method | Last Cost | Current value $ | 6,456,399.00 |
|---|---|---|---|---|---|---|---|
| Description | Supplies | Book value $ | 147,871.83 | Valuation method | Last Cost | Current value $ | 147,871.83 |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐  No

☑  Yes

Debtor:  Christmas Tree Shops, LLC
_____     Case number *(if known)*:  23-10576
Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Description _____  Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1 Store Fixtures | $ 4,432,697.75 | | $ Undetermined |
| 40. **Office fixtures** | | | |
| 40.1 None | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Various computer equipment | $ 3,120,072.17 | | $ Undetermined |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*:  23-10576
_____

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  See Schedule A/B 47 Attachment | $ 225,058.77 | | $ Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1  None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1  None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1  Various Machinery & Equipment | $ 1,904,307.97 | | $ Undetermined |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known):*  23-10576

## Part 9:    Real property

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   See Schedule A/B 55 Attachment | | $         Undetermined | | $         Undetermined |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$                0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?`**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known):* | 23-10576 |
|---|---|---|---|
| | Name | | |

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule A/B 60 Attachment | $          Undetermined | | $          Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 christmastreeshops.com | $          0.00 | | $          Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Customer Mailing Lists | $          0.00 | | $          Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| **65. Goodwill** | | | |
| 65.1 None | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| $ | 0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known):*   23-10576

---

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)          Total face amount        doubtful or uncollectible accounts

71.1 None                 $ _____  - $ _____  =..... ➜  $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 None                               Tax year _____        $ _____

73. **Interests in insurance policies or annuities**

73.1 None                                            $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 None                                            $ _____

Nature of claim          _____

Amount requested     $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None                                            $ _____

Nature of claim          _____

Amount requested     $ _____

76. **Trusts, equitable or future interests in property**

76.1 None                                            $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

77.1 Intercompany receivable from Handil Holdings, LLC          $            28,100.89

77.2 Intercompany receivable from Handil, LLC                   $               301.00

77.3 Intercompany receivable from Salkovitz Family Trust 2, LLC  $        10,447,043.60

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $        10,475,445.49

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,383,198.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 8,935,063.12 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,212,463.24 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 10,475,445.49 | |
| 91. **Total.** Add lines 80 through 90 for each column..............................91a. | $ 22,006,170.05 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................................... | | $ 22,006,170.05 |

**Fill in this information to identify the case:**

Debtor Name: In re : Christmas Tree Shops, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10576 (TMH)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.1 Creditor's name**

Eclipse Business Capital
Creditor's Name

**Creditor's mailing address**

Notice Name

333 W Wacker Dr, Ste 950
Street

| Chicago | IL | 60606 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**     11/12/2020

**Last 4 digits of account number**     S101

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

    See Global Note

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Working Capital assets and all other assets

$    Undetermined     $    Undetermined

**Describe the lien**

1st Lien on working capital assets and 2nd lien on all other assets.

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
| | Name | | |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.2 **Creditor's name**

Huntington Technology Finance
Creditor's Name

**Creditor's mailing address**

Notice Name
2285 Franklin Road
Street

| Bloomfield Hills | MI | 48302 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    8/1/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Leased Items                                    $    1,490,095.00    $    Undetermined

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| | | |
|---|---|---|
| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*:    23-10576 |
| | Name | |

**Part 1:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|

2.3 **Creditor's name**

Pathlight Capital LP

Creditor's Name

**Creditor's mailing address**

Notice Name

100 Federal Street

Street

| Boston | MA | 02109 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    2/16/2023

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

      See Global Note

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Other assets and Working Capital Assets    $   16,106,182.83   $    Undetermined

**Describe the lien**

2nd lien on working capital assets and 1st lien on all other assets

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known):* | 23-10576 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.4 **Creditor's name**

ReStore Capital, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

5 Revere Dr, Ste 206

Street

| Northbrook | IL | 60062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   2/16/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     See Global Note

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Working Capital assets and all other assets     $    Undetermined    $    Undetermined

**Describe the lien**

1st Lien on working capital assets and 2nd lien on all other assets.

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                $      17,596,277.83

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
|                  | Line _____                                               | _____                            |

_____
Name

_____
Notice Name

_____
Street

_____

_____

_____
City                    State              ZIP Code

_____
Country

**Fill in this information to identify the case:**

Debtor Name: In re : Christmas Tree Shops, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10576 (TMH)

☐ Check if this is an
  amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☑ No. Go to Part 2.

   ☐ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

2.1 **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $ _____  $ _____
*Check all that apply.*

Creditor Name

☐  Contingent

Creditor's Notice name

☐  Unliquidated

☐  Disputed

Address

**Basis for the claim:**

_____

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**Is the claim subject to offset?**

☐  No

**Specify Code subsection of PRIORITY unsecured**

☐  Yes

**claim:** 11 U.S.C. § 507(a) ()

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

3.1 **Nonpriority creditor's name and mailing address**

180 SNACKS INC
Creditor Name

RACHAEL KIM
Creditor's Notice name

1442 East Lincoln Avenue
Address

# 194

| Orange | CA | 92865 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 7,344.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.2 **Nonpriority creditor's name and mailing address**

22 SPRINGFIELD ASSOCIATES LLC
Creditor Name

Creditor's Notice name

600 S LIVINGSTON AVENUE
Address

| LIVINGSTON | NJ | 07039 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 85,359.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number (if known): 23-10576
_____

**3.3** **Nonpriority creditor's name and mailing address**

360 PROJECT MANAGEMENT LLC
Creditor Name

_____
Creditor's Notice name

PO Box 892
Address

219 Main St. Suite B
_____

_____

Chatham              NJ              07928
City                 State           ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          70,921.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

3M COMPANY
Creditor Name

DANIELA ALVAREZ
Creditor's Notice name

PO Box 842689
Address

_____

_____

Dallas               TX              75284-2689
City                 State           ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $         124,020.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.5** **Nonpriority creditor's name and mailing address**

64 Leona Property Owner LLC

Creditor Name

Creditor's Notice name

2000 Mckinney Ave

Address

Suite 1000

| Dallas | TX | 75201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                998,000.15

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**

A&B Home Group Inc.

Creditor Name

Creditor's Notice name

12178 4th Street 2nd Floor

Address

| RANCHO CUCAMONGA | CA | 91730 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                13,763.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known):*   23-10576

**3.7  Nonpriority creditor's name and mailing address**

A&G Real Estate Partners
Creditor Name

Creditor's Notice name

445 Broadhollow Rd, Suite 410
Address

| Melville | NY | 11747 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                  233,703.84
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.8  Nonpriority creditor's name and mailing address**

A&J Global Foods Inc
Creditor Name

Creditor's Notice name

3601 Green Rd
Address

Suite 103

| Beachwood | OH | 44122 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                  66,688.56
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.9 Nonpriority creditor's name and mailing address**

A1 JANITORIAL CLEANING SERVICE
Creditor Name

ERIC DALY
Creditor's Notice name

89 crane ave south
Address

TAUNTON          MA          02780
City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    50,920.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.10 Nonpriority creditor's name and mailing address**

A3K IMPORTS LLC
Creditor Name

Creditor's Notice name

100 Randolph Road
Address

Unit 3

Somerset          NJ          08873
City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    6,480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
|---|---|---|---|
| | Name | | |

**3.11** **Nonpriority creditor's name and mailing address**

A3TA Management Services
Creditor Name

ABDULLAH QURESHI
Creditor's Notice name

4908 Mahoney Road
Address

| Parker | TX | 75094 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 47,070.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**

ABEL WOMACK INC
Creditor Name

KATHLEEN KILGORE
Creditor's Notice name

P.O. BOX 846031
Address

| BOSTON | MA | 02284-6301 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 40,824.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*: 23-10576
_____

**3.13** **Nonpriority creditor's name and mailing address**

ACADIA BRANDYWINE HOLDINGS, LLC
Creditor Name

0079-003039
Creditor's Notice name

PO BOX 415980
Address

| BOSTON | MA | 02241 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 133,581.70

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**

ACCERTIFY INC
Creditor Name

Creditor's Notice name

25895 Network Place
Address

| Chicago | IL | 60673-1258 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,296.91

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| | |
|---|---|

**3.15 Nonpriority creditor's name and mailing address**

ACCORD 101 LLC
Creditor Name

Creditor's Notice name

136 State Route 10
Address

| East Hanover | NJ | 07936 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                        51,784.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.16 Nonpriority creditor's name and mailing address**

ACESUR DE PRADO NORTH AMERICA
Creditor Name

Creditor's Notice name

1010 OBICI INDUSTRIAL BLVD
Address

| SUFFOLK | VA | 23434 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                        24,021.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

**3.17 Nonpriority creditor's name and mailing address**

ADP INC.

Creditor Name

Creditor's Notice name

PO Box 842875

Address

| Boston | MA | 02284-2875 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                50,085.82

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.18 Nonpriority creditor's name and mailing address**

ADURO PRODUCTS LLC

Creditor Name

Creditor's Notice name

250 LIBERTY STREET

Address

| METUCHEN | NJ | 08840 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                12,607.20

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

**3.19 Nonpriority creditor's name and mailing address**

ADVANCE TRAILER & TIRE CO
Creditor Name

BRIAN STRAUSBAUGH
Creditor's Notice name

P.O. BOX 292
Address

| AVON | MA | 02322 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               31,200.72
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

AFA PROTECTIVE SYSTEMS INC.
Creditor Name

Creditor's Notice name

P O BOX 21030
Address

| NEW YORK | NY | 10087-1030 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              129,385.66
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
|---|---|---|---|
| | Name | | |

**3.21** **Nonpriority creditor's name and mailing address**

AI TECHNOLOGIES, LLC dba APPRIZE TECHNOLOGY
Creditor Name

Creditor's Notice name

Choice Bank Lockbox 181
Address

PO Box 9202

| MINNEAPOLIS | MN | 55480-9202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,859.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**

AIRPORT ASSOCIATES L.P.
Creditor Name

GOODMAN MANAGEMENT LLC
Creditor's Notice name

636 OLD YORK ROAD  2ND FLOOR
Address

| JENKINTOWN | PA | 19046 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 251,705.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  Christmas Tree Shops, LLC

Name

Case number *(if known)*  23-10576

---

**3.23 Nonpriority creditor's name and mailing address**

AKTIM ENTERPRISE LLC

Creditor Name

Creditor's Notice name

2944 Main St

Address

| Stratford | CT | 06614 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    5,443.20

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.24 Nonpriority creditor's name and mailing address**

Alef Standard Packaging

Creditor Name

TANIA ORSINI

Creditor's Notice name

12300 MCNULTY ROAD

Address

| PHILADELPHIA | PA | 19154 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    46,493.10

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.25 Nonpriority creditor's name and mailing address**

ALL STATE BROKERAGE INC
Creditor Name

SARA VILLARREAL
Creditor's Notice name

4663 EXECUTIVE DRIVE STE 12
Address

| COLUMBUS | OH | 43220 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 75,711.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.26 Nonpriority creditor's name and mailing address**

Allary Corporation
Creditor Name

DARLENE EASTMAN
Creditor's Notice name

2204 Morris Ave
Address

Suite 209

| Union | NJ | 07083 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 11,280.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.27 Nonpriority creditor's name and mailing address**

Allegion Access Technologies LLC
Creditor Name

Creditor's Notice name

PO Box 0371595
Address

| Pittsburg | PA | 15251-7595 |
|-----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 11,974.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.28 Nonpriority creditor's name and mailing address**

ALLEN R. KLEIN COMPANY INC
Creditor Name

Creditor's Notice name

71 Commercial Street
Address

SUITE 256

| Boston | MA | 02109 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 918.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number (if known): 23-10576

**3.29 Nonpriority creditor's name and mailing address**

ALLIANCE DISTRIBUTION PARTNERS

Creditor Name

Creditor's Notice name

131 SAUNDERSVILLE RD.

Address

SUITE 310

HENDERSONVILLE | TN | 37075

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21,318.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.30 Nonpriority creditor's name and mailing address**

ALLIED INTERNATIONAL CORP

Creditor Name

WILLIAM SIROTA

Creditor's Notice name

101 DOVER RD NE

Address

GLEN BURNIE | MD | 21060

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 59,526.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 16 of 549

Debtor:  Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*:  23-10576
_____

**3.31  Nonpriority creditor's name and mailing address**

Allied Universal Security Services
_____
Creditor Name

TYLER LITTLE
_____
Creditor's Notice name

PO Box 828854
_____
Address

_____

_____

| Philidelphia | PA | 19182-8854 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                99,565.41
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.32  Nonpriority creditor's name and mailing address**

AMARAL'S BAKERY INC.
_____
Creditor Name

JESSICA AMARAL
_____
Creditor's Notice name

241 Globe St
_____
Address

_____

_____

| Fall river | MA | 02724 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                56,486.10
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

**3.33 Nonpriority creditor's name and mailing address**

AMAZON SERVICES LLC

Creditor Name

Creditor's Notice name

PO BOX 035184

Address

| SEATTLE | WA | 98124-5184 |
|---------|----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                26,267.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.34 Nonpriority creditor's name and mailing address**

Amazon Web Services

Creditor Name

Creditor's Notice name

P.O. Box 84023

Address

| Seattle | WA | 98124 |
|---------|----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                58,503.11

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.35 Nonpriority creditor's name and mailing address**

AMCAP COWSETT II LLC
Creditor Name

Creditor's Notice name

201 NORTH 78TH ST.
Address

| STAMFORD | CT | 06902 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    12,252.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.36 Nonpriority creditor's name and mailing address**

AMERICAN BEVERAGE CORP
Creditor Name

PAMELA BORGIA
Creditor's Notice name

PO BOX 70782
Address

| Philadelphia | PA | 19176-7082 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    61,560.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.37  Nonpriority creditor's name and mailing address**

AMERICAN BEVERAGE MARKETERS
Creditor Name

MARTYNA BAKER
Creditor's Notice name

PO BOX 347
Address

| NEW ALBANY | IN | 47151 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 3,593.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.38  Nonpriority creditor's name and mailing address**

AMERICAN BOOK COMPANY
Creditor Name

Creditor's Notice name

PO BOX 306245
Address

| NASHVILLE | TN | 37230-6245 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 104,635.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.39 Nonpriority creditor's name and mailing address**

AMERICAN CLASSIC BAKERY

Creditor Name

MARIA SAGASTUME

Creditor's Notice name

5 SHERMAN STREET

Address

| LINDEN | NJ | 07036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                17,056.55

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.40 Nonpriority creditor's name and mailing address**

AMERICAN DREAM HOME GOODS INC.

Creditor Name

Creditor's Notice name

107 Trumbull St

Address

Bldg A5 5th FL

| Elizabeth | NJ | 07206 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                81,572.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*   23-10576
_____

**3.41  Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS CO.
_____
Creditor Name

_____
Creditor's Notice name

P.O. BOX 0001
_____
Address

_____

_____

| LOS ANGELES | CA | 90096-0001 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ 462,591.22
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.42  Nonpriority creditor's name and mailing address**

AMERICAN MARKETING ENT
_____
Creditor Name

_____
Creditor's Notice name

PO Box 37998
_____
Address

_____

_____

| Charlotte | NC | 28237-7998 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ 16,038.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.43 Nonpriority creditor's name and mailing address**

AMERICAN POP CORN COMPANY
Creditor Name

JILL BAKER
Creditor's Notice name

PO BOX 178
Address

| SIOUX CITY | IA | 51102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 13,669.92
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.44 Nonpriority creditor's name and mailing address**

AMERICAN TEXTILE INDUSTRIES
Creditor Name

UZAIR BHAKRANI
Creditor's Notice name

6070 MEYERS PARK
Address

| Suwanee | GA | 30024 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 59,621.76
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

| | |
|---|---|
| **3.45 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,771.55 |
| AmeriGas # 7044 | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| PO BOX 371473 | Outstanding Accounts Payable |
| Address | |

| | | | |
|---|---|---|---|
| PITTSBURGH | PA | 15250-7473 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.46 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 158,192.64 |
| AMPLIFY SNACK BRANDS INC - | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| PAYMENT LOCKBOX | Outstanding Accounts Payable |
| Address | |
| PO BOX 732668 | |

| | | | |
|---|---|---|---|
| DALLAS | TX | 75373 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.47 Nonpriority creditor's name and mailing address**

ANASTASIA CONFECTIONS INC
Creditor Name

XIOMAR CUEVAS
Creditor's Notice name

1815 CYPRESS LAKE DRIVE
Address

| ORLANDO | FL | 32837 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                                    35,229.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.48 Nonpriority creditor's name and mailing address**

ANCHOR HOCKING HOLDINGS, INC dba ANCHOR HOCKING COMPANY
Creditor Name

BRANDI LUCAS
Creditor's Notice name

PO BOX 631600
Address

| Cincinnati | OH | 45263-1600 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                                    113,606.06

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.49 Nonpriority creditor's name and mailing address**

ANDRE PROST INC
Creditor Name

Creditor's Notice name

BOX 835
Address

| OLD SAYBROOK | CT | 06475-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:     $                28,296.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.50 Nonpriority creditor's name and mailing address**

Anheuser-Busch, Inc.
Creditor Name

Creditor's Notice name

PO Box 500736
Address

| St Louis | MO | 63150-0736 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:     $                9,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.51 Nonpriority creditor's name and mailing address**

ANNIN & COMPANY
Creditor Name

Creditor's Notice name

PO BOX 970076
Address

| BOSTON | NJ | 02297-0076 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  153,275.40
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.52 Nonpriority creditor's name and mailing address**

APACHE MILLS INC
Creditor Name

Creditor's Notice name

PO BOX 907
Address

| CALHOUN | GA | 30703 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  50,300.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.53  Nonpriority creditor's name and mailing address**

AQUALINE PURE WATER SERVICES

Creditor Name

Creditor's Notice name

PO BOX 180102

Address

| BOSTON | MA | 02118 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                7,881.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.54  Nonpriority creditor's name and mailing address**

AQUIDNECK GROUP LLC

Creditor Name

Creditor's Notice name

188 NEEDHAM STREET

Address

SUITE 255

| NEWTON | MA | 02464 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              113,935.77

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.55** **Nonpriority creditor's name and mailing address**

ARC INTERNATIONAL NORTH AMERIC
Creditor Name

BETH SMITH
Creditor's Notice name

P.O. BOX 32097
Address

| NEW YORK | NY | 10087-2097 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,583.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.56** **Nonpriority creditor's name and mailing address**

ARCHIBALD & SON INC.
Creditor Name

Creditor's Notice name

3 WINTERBERRY LANE
Address

| WAREHAM | MA | 02571 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,606.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| Debtor: | Christmas Tree Shops, LLC |
| | Name |

Case number *(if known)*: 23-10576

**3.57 Nonpriority creditor's name and mailing address**

ARDEN ENGINEERING CONSTRUCTORS
Creditor Name

DANIELLE BARNARD
Creditor's Notice name

505 NARRAGANSET PARK DRIVE
Address

| PAWTUCKET | RI | 02861 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 525.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.58 Nonpriority creditor's name and mailing address**

ARG CRHAGMD001, LLC (Hagerstown)
Creditor Name

c/o The Necessity Retail REIT
Creditor's Notice name

38 Washington Street
Address

| Newport | RI | 02840 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 103,798.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| | |
|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** |

ARG TCFLOKY001, LLC (Florence)
Creditor Name


c/o The Necessity Retail REIT
Creditor's Notice name


38 Washington Street
Address




| Newport | RI | 02840 |
|---|---|---|
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 54,364.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** |

Argento SC
Creditor Name


Creditor's Notice name

PO BOX 1036
Address



| CHARLOTTE | NC | 28201 |
|---|---|---|
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,860.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.61 Nonpriority creditor's name and mailing address**

ARIZONA BEVERAGES CO
Creditor Name

LESLIE JULYE
Creditor's Notice name

24877 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1877 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 52,508.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.62 Nonpriority creditor's name and mailing address**

Arlee Home Fashions
Creditor Name

Creditor's Notice name

PO BOX 730718
Address

| DALLAS | TX | 75373-0718 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 88,801.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.63  Nonpriority creditor's name and mailing address**

ARMSTRONG MILLING COMPANY LTD
Creditor Name

DEANNA CAIN
Creditor's Notice name

1021 Haldimand Road 20
Address

| Hagersville | ON | N0A 1H0 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 109,700.19
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.64  Nonpriority creditor's name and mailing address**

ART & COOK
Creditor Name

EDGAR RODRIGUEZ
Creditor's Notice name

5601 1ST AVENUE 2ND FLOOR
Address

| BROOKLYN | NY | 11220 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 8,155.88
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor:  Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*    23-10576
                            _____

**3.65  Nonpriority creditor's name and mailing address**

ARTISAN 34 LLC
_____
Creditor Name

ELLIOTT SHAMAH, SABA KHALID
_____
Creditor's Notice name

PO BOX 712665
_____
Address

_____

_____

| Philadelphia | PA | 19171-2665 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              148,903.27
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.66  Nonpriority creditor's name and mailing address**

ATALANTA CORP
_____
Creditor Name

_____
Creditor's Notice name

P.O. BOX 74008466
_____
Address

_____

| CHICAGO | IL | 60674-8466 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               16,833.02
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Christmas Tree Shops, LLC

_____
Name

Case number *(if known)*    23-10576

**3.67**  **Nonpriority creditor's name and mailing address**

ATIS ELEVATOR INSPECTIONS LLC
Creditor Name

_____
Creditor's Notice name

5898 E Taft Road
Address

_____

| N Syracuse | NY | 13212-3228 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    175.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.68**  **Nonpriority creditor's name and mailing address**

ATN INC.
Creditor Name

LAYOSH DOBOS, SUMAIR ASLAM
Creditor's Notice name

653 ACADEMY DR.
Address

_____

| NORTHBROOK | IL | 60062 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                  8,364.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.69** **Nonpriority creditor's name and mailing address**

Augusta Exchange
Creditor Name

AE Holdings I, LLC
Creditor's Notice name

PO box 950107
Address

| Louisville | KT | 40295 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  58,637.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**

Augusta Utilities - Store #7067
Creditor Name

Creditor's Notice name

PO Box1457
Address

| Augusta | GA | 30903-1457 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  393.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number (if known): 23-10576

**3.71 Nonpriority creditor's name and mailing address**

AUTOMATIC SUPPRESSION

Creditor Name

Creditor's Notice name

& ALARM SYSTEMS INC

Address

67 RAMAPO VALLEY RD STE 101

| MAHWAH | NJ | 07430 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                        8,133.09

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.72 Nonpriority creditor's name and mailing address**

AVANTI PRESS INC

Creditor Name

ANGELA TAYLOR

Creditor's Notice name

155 WEST CONGRESS

Address

| DETROIT | MI | 48226 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                       70,971.35

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.73** **Nonpriority creditor's name and mailing address**

AVERY DENNISON
Creditor Name

Creditor's Notice name

15178 COLLECTIONS CENTER DRIVE
Address

| | | |
|---|---|---|
| CHICAGO | IL | 60693 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            10,270.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.74** **Nonpriority creditor's name and mailing address**

AWAKENED FILMS LLC
Creditor Name

GILLIAN SCHULER
Creditor's Notice name

115 NORTH MAPLE AVENUE
Address

| | | |
|---|---|---|
| BASKING RIDGE | NJ | 07920 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            92,361.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.75 Nonpriority creditor's name and mailing address**

AZZURE HOME INC.

Creditor Name

JACOB COHEN

Creditor's Notice name

141 WEST 36TH STREET

Address

SUITE 901

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                183,796.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.76 Nonpriority creditor's name and mailing address**

B & C VALUES

Creditor Name

DEB DEVIENCE

Creditor's Notice name

43361 N HIGHWAY 45

Address

| ANTIOCH | IL | 60002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 23,313.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.77 Nonpriority creditor's name and mailing address**

B&G FOODS INC/MAPLE GROVES FARMS OF VT

Creditor Name

Creditor's Notice name

PO BOX 405354

Address

| ATLANTA | GA | 30384-5354 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 43,418.92

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.78 Nonpriority creditor's name and mailing address**

B33 Wrangleboro II, LLC

Creditor Name

Creditor's Notice name

PO Box 6304

Address

| Hicksville | NY | 11802 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 64,659.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    Christmas Tree Shops, LLC

Case number *(if known)*:    23-10576

**3.79   Nonpriority creditor's name and mailing address**

BACE CORPORATION

Creditor Name

SHIRLEY OLIVARES

Creditor's Notice name

322 W 32ND ST

Address

| CHARLOTTE | NC | 28206 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                17,949.80

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.80   Nonpriority creditor's name and mailing address**

BADIA SPICES

Creditor Name

MAIDELIN CASTILLO

Creditor's Notice name

PO BOX 226497

Address

| Doral | FL | 33222-6497 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                24,139.20

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.81 Nonpriority creditor's name and mailing address**

BAG ARTS LLC
Creditor Name

ISAAC COHEN
Creditor's Notice name

1161 Broad Street
Address

Suite 118

| Shrewsbury | NJ | 07702 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 66,642.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.82 Nonpriority creditor's name and mailing address**

Balch, Linda
Creditor Name

The Law Offices of Kenneth Hiller, PLLC
Creditor's Notice name

6000 N. Bailey Avenue Suite 1A
Address

| Amherst | NY | 14226 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

**3.83** **Nonpriority creditor's name and mailing address**

BALL BOUNCE & SPORT INC

Creditor Name

Creditor's Notice name

P.O. BOX 951924

Address

| CLEVELAND | OH | 44193 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                8,534.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.84** **Nonpriority creditor's name and mailing address**

Bangor Natural Gas - Store #7069

Creditor Name

Creditor's Notice name

PO Box 980

Address

| Bangor | ME | 04402-0980 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                1,300.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Name

Case number *(if known)*:    23-10576

**3.85  Nonpriority creditor's name and mailing address**

Bangor Water - Store #7069

Creditor Name

Creditor's Notice name

PO Box 1129

Address

| Bangor | ME | 04402-1129 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                              297.73
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.86  Nonpriority creditor's name and mailing address**

Banner Seventeen LLC

Creditor Name

PATRICK LYNCH

Creditor's Notice name

Boston Celtics / Matthew Murphy

Address

100 Causeway Street Ste 1210

| Boston | MA | 02114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                          230,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.87** **Nonpriority creditor's name and mailing address**

BARCODING INC
Creditor Name

BECKY BUSH
Creditor's Notice name

3840 BANK ST
Address

| BALTIMORE | MD | 21224 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 90,729.47
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.88** **Nonpriority creditor's name and mailing address**

Barrett Outdoor Communications, Inc.
Creditor Name

Creditor's Notice name

381 HIGHLAND ST
Address

| WEST HAVEN | CT | 06516 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,450.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 26,524.05 |

BASS SECURITY SERVICES
Creditor Name

Creditor's Notice name

26701 RICHMOND ROAD
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

| CLEVELAND | OH | 44146 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 3,016.06 |

Battery Shop of New England, Inc
Creditor Name

DEBORAH CARBONNEAU
Creditor's Notice name

40 SILVA LANE
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

| DRACUT | MA | 01826 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.91 Nonpriority creditor's name and mailing address**

BAUDUCCO FOODS INC
Creditor Name

Creditor's Notice name

1705 NW 133RD AVENUE
Address

SUITE 101

| MIAMI | FL | 33182 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              10,980.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.92 Nonpriority creditor's name and mailing address**

BAY ISLAND LLC
Creditor Name

CRYSTAL BERG, MICHELLE TRUAX
Creditor's Notice name

11311 K-TEL DRIVE
Address

| MINNETONKA | MN | 55343 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              49,513.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.93 Nonpriority creditor's name and mailing address**

BAZAARVOICE INC
Creditor Name

ADAM GILSRUD
Creditor's Notice name

10901 Stonelake Blvd
Address

| Austin | TX | 78759 |
|--------|-------|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,312.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.94 Nonpriority creditor's name and mailing address**

BAZZINI HOLDINGS L.L.C.
Creditor Name

Creditor's Notice name

1035 MILL ROAD
Address

| ALLENTOWN | PA | 18106 |
|-----------|-------|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 36,704.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.95 Nonpriority creditor's name and mailing address**

BBX INC.
Creditor Name

BRENDA LYNN SCRUFARI
Creditor's Notice name

7310 CHESTNUT RIDGE RD.
Address

| LOCKPORT | NY | 14094-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 56,159.43
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.96 Nonpriority creditor's name and mailing address**

BEATRICE HOME FASHIONS
Creditor Name

LORRAINE KELLOGG
Creditor's Notice name

PO BOX 86
Address

| S PLAINFIELD | NJ | 07080 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 48,024.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

Name

**3.97** **Nonpriority creditor's name and mailing address**

BECAUSE IT'S BETTER, INC.

Creditor Name

Creditor's Notice name

84 Stonecrest Road

Address

| Ridgefield | CT | 06877 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                     24,480.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.98** **Nonpriority creditor's name and mailing address**

BED, BATH AND BEYOND

Creditor Name

Creditor's Notice name

650 Liberty Ave

Address

| UNION | NJ | 07083 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                     64,311.62

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Christmas Tree Shops, LLC      Case number *(if known):*  23-10576

**3.99** **Nonpriority creditor's name and mailing address**

Bee International, Inc.
Creditor Name

MARTHA NARVAEZ
Creditor's Notice name

PO Box 200102
Address

| Dallas | TX | 75320-0102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    61,013.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.100** **Nonpriority creditor's name and mailing address**

BEER NUTS
Creditor Name

Creditor's Notice name

103 N ROBINSON
Address

| BLOOMINGTON | IL | 61701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    5,484.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

3.101 **Nonpriority creditor's name and mailing address**

BELMONT PEANUTS OF SOUTHAMPTON, INC.

Creditor Name

Creditor's Notice name

22420 SOUTHAMPTON PKWY

Address

| COURTLAND | VA | 23837 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              32,126.40

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.102 **Nonpriority creditor's name and mailing address**

BENDERSON PROPERTIES INC

Creditor Name

Creditor's Notice name

P.O. BOX 823201

Address

| PHILADELPHIA | PA | 19182 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             128,541.66

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.103 Nonpriority creditor's name and mailing address**

Berwick Offray, LLC
Creditor Name

JODIE KULP, KAREN STINNER, NATALIE GORDNER
Creditor's Notice name

PO Box 734371
Address

| Chicago | IL | 60673-4371 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 189,357.30
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 Nonpriority creditor's name and mailing address**

BEST BRANDS
Creditor Name

APRIL COOKE
Creditor's Notice name

2147 Lincoln Highway
Address

| Edison | NJ | 08817 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 155,333.20
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.105** **Nonpriority creditor's name and mailing address**

BETTY INC.
Creditor Name

JEREMY BAUMINGER
Creditor's Notice name

PO box 223
Address

| Merion Station | PA | 19066 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              4,167.10

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.106** **Nonpriority creditor's name and mailing address**

BEVCO SALES/A DIV. OF SHASTA B
Creditor Name

LATOYA VAUGHN, SHARON SIMPSON
Creditor's Notice name

PO BOX 281335
Address

| ATLANTA | GA | 30384 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $               115.10

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

Name

**3.107 Nonpriority creditor's name and mailing address**

BIG BOX RETAILER, INC.

Creditor Name

RICHARD ZHU

Creditor's Notice name

9400 KEY WEST AVE SUITE 220

Address

| ROCKVILLE | MD | 20850 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,497.70

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.108 Nonpriority creditor's name and mailing address**

BINO PRODUCTS LLC

Creditor Name

ALBERT STEINBERG, CRYSTAL WILLIAMS

Creditor's Notice name

236 5TH AVE 3RD FLOOR

Address

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,774.83

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.109 Nonpriority creditor's name and mailing address**

BIOWORLD MERCHANDISING INC.
Creditor Name

MICHELLE ZBORAL
Creditor's Notice name

PO Box 674048
Address

| Dallas | TX | 75267-4048 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,263.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.110 Nonpriority creditor's name and mailing address**

BISCOTTI BROS. BAKERY
Creditor Name

Creditor's Notice name

PO BOX 536805
Address

| PITTSBURGH | PA | 15253-6800 |
|------------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,680.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.111 Nonpriority creditor's name and mailing address**

BLACKBURN SYRUP WORKS INC
Creditor Name

BOBETTE MOORE
Creditor's Notice name

PO BOX 928
Address

| JEFFERSON | TX | 75657 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  25,116.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.112 Nonpriority creditor's name and mailing address**

BLACKHAWK NETWORK INC.
Creditor Name

C/O WELLS FARGO
Creditor's Notice name

PO BOX 936199
Address

| ATLANTA | GA | 31193-6199 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  6,049.98
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.113 Nonpriority creditor's name and mailing address**

BLOEM LLC
Creditor Name

VANESSA FRANCO
Creditor's Notice name

3301 HUDSON TRAILS DR
Address

| HUDSONVILLE | MI | 49426 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 164,616.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.114 Nonpriority creditor's name and mailing address**

BLUE MOUNTAIN ARTS
Creditor Name

Creditor's Notice name

Dept 1420
Address

PO Box 30106

| Salt Lake City | UT | 84130-0106 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 60,883.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576
Name

**3.115 Nonpriority creditor's name and mailing address**

Bluetriton Brands Inc
Creditor Name

Creditor's Notice name

PO Box 856192
Address

| Louisville | KY | 40285-6158 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 72.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.116 Nonpriority creditor's name and mailing address**

BLVDCON LLC
Creditor Name

Creditor's Notice name

P.O. BOX 823201
Address

| PHILADELPHIA | PA | 19182 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 270,884.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.117 Nonpriority creditor's name and mailing address**

BOCCE'S BAKERY LLC
Creditor Name

FLEMING FARROW, PAGE DABNEY
Creditor's Notice name

609 Greenwich St
Address

| NEW YORK | NY | 10014 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                33,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.118 Nonpriority creditor's name and mailing address**

BOONE COUNTY FISCAL COURT
Creditor Name

Occupational License Department
Creditor's Notice name

2950 Washington Square Room
Address

| Burlington | KY | 41005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number (if known): 23-10576

---

**3.119 Nonpriority creditor's name and mailing address**

BORGO DE MEDICI USA INC

Creditor Name

Creditor's Notice name

1688 Meridian Ave

Address

Suite 700-609

| Miami Beach | FL | 33139 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,896.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.120 Nonpriority creditor's name and mailing address**

BOSTON AMERICA CORP

Creditor Name

Creditor's Notice name

55 SIXTH ROAD SUITE 8

Address

| WOBURN | MA | 01801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 35,190.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number (if known): 23-10576
_____

**3.121 Nonpriority creditor's name and mailing address**

BOSTON TRAILER SALES LLC
Creditor Name

RACHEL MCCARTHY
Creditor's Notice name

635 MANLEY STREET
Address

WEST BRIDGEWATER | MA | 02379
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $        22,753.52
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.122 Nonpriority creditor's name and mailing address**

BOSTON WAREHOUSE TRADING CORP.
Creditor Name

CHRISTIAN VALME
Creditor's Notice name

59 DAVIS AVENUE
Address

NORWOOD | MA | 02062
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $        11,584.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.123 Nonpriority creditor's name and mailing address**

BOURBON FOODS USA CORPORATION

Creditor Name

KENJIJRO NAKAJIMA, YUMI NOJI

Creditor's Notice name

1730 Rhode Island Ave. NW

Address

Suite 806

Washington | DC | 20036
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    11,692.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.124 Nonpriority creditor's name and mailing address**

BOYER CANDY CO INC

Creditor Name

ATTN ACCTS. RECEIVING

Creditor's Notice name

821 17TH STREET

Address

ALTOONA | PA | 16601
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    950.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*:  23-10576

**3.125  Nonpriority creditor's name and mailing address**

BOYLAN BOTTLING CO.

Creditor Name

JIM DESANTIS

Creditor's Notice name

PO BOX 822102

Address

| PHILADELPHIA | PA | 19182 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            17,388.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.126  Nonpriority creditor's name and mailing address**

BRADSHAW INTERNATIONAL INC.

Creditor Name

ERICA GONZALEZ, LATANYA LOLLIE

Creditor's Notice name

P.O. BOX 103017

Address

| Pasadena | CA | 91189-3017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            61,643.28

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.127  Nonpriority creditor's name and mailing address**

BRAND BUZZ LLC
Creditor Name

Name

YEHUDIS POLLAK
Creditor's Notice name

115 KENNEDY DRIVE
Address

| SAYREVILLE | NJ | 08872 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  205,322.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.128  Nonpriority creditor's name and mailing address**

Brand Castle, LLC
Creditor Name

MELISSA BELL
Creditor's Notice name

PO Box 266
Address

| Marietta | OH | 45750-0266 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  82,627.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

---

**3.129 Nonpriority creditor's name and mailing address**

Brand Connections
Creditor Name

Creditor's Notice name

PO Box 744347
Address

| Atlanta | GA | 30374 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,525.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.130 Nonpriority creditor's name and mailing address**

BRAND PARTNERS GROUP
Creditor Name

NEMO GINDI
Creditor's Notice name

413 FLORENCE AVE
Address

| HILLSIDE | NJ | 07205 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,698.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

---

**3.131** **Nonpriority creditor's name and mailing address**

BRENTWOOD ORIGINALS, INC

Creditor Name

JULIE MORALES, MONICA WILLS

Creditor's Notice name

3780 Kilroy Airport Way

Address

suite 540

Long Beach | CA | 90808-2457
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 220,806.64

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.132** **Nonpriority creditor's name and mailing address**

BRETON ENTERPRISES

Creditor Name

JENNIFER CAHILL

Creditor's Notice name

NATURAL NECTAR

Address

196 EAST MAIN STREET

HUNTINGTON | NY | 11743
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,880.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.133 Nonpriority creditor's name and mailing address**

BRIAN TRADING COMPANY
Creditor Name

ZOFF FINDLAY
Creditor's Notice name

PO BOX 5332
Address

| Miami Gardens | FL | 33014 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                48,748.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.134 Nonpriority creditor's name and mailing address**

BRIDGETREE LLC
Creditor Name

Creditor's Notice name

P O BOX 69
Address

| FORT MILL | SC | 29716 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                51,208.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

3.135 **Nonpriority creditor's name and mailing address**

BRIGHT FUTURE FOOTWEAR INC
Creditor Name

STEVEN REYNOLDS
Creditor's Notice name

3 RUSTIC WAY
Address

| FREEHOLD | NJ | 07728 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                28,512.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.136 **Nonpriority creditor's name and mailing address**

BRITISH WHOLESALE IMPORTS INC
Creditor Name

Creditor's Notice name

5711 CORSA AVENUE
Address

| WESTLAKE VILLAGE | CA | 91362 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,730.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| | |
|---|---|
| **3.137 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 107,686.22 |
| BRIXMOR HOLDINGS 10 SPE LLC | *Check all that apply.* |
| Creditor Name | |

ECONOMIC GROWTHBUREAU OF COMMERCIAL
SERV.CORP.DIVISION

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

PO BOX 30702

Address

**Basis for the claim:**

Outstanding Accounts Payable

CONSHOHOCKEN | PA | 19428

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

| | |
|---|---|
| **3.138 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 255,077.82 |
| BRIXMOR SPE 6 LLC | *Check all that apply.* |
| Creditor Name | |

☐ Contingent

☐ Unliquidated

Creditor's Notice name

☐ Disputed

5527 DRESSLER ROAD NW

Address

**Basis for the claim:**

Outstanding Accounts Payable

NORTH CANTON | OH | 44720

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

Name

**3.139 Nonpriority creditor's name and mailing address**

BRIXMOR WENDOVER PLACE LLC

Creditor Name

Creditor's Notice name

200 4TH STREET

Address

| CONSHOHOCKEN | PA | 19428 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 72,583.34

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.140 Nonpriority creditor's name and mailing address**

Brookwood Capital Partners LLC

Creditor Name

Creditor's Notice name

73 White Bridge Rd

Address

Ste 103 #240

| Nashville | TN | 37205 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 46,293.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
| --- | --- | --- | --- |
| | Name | | |

**3.141 Nonpriority creditor's name and mailing address**

BROWARD COUNTY BOARD
Creditor Name

Creditor's Notice name

Building Code Division
Address

2307 West Boulevard, Suite 300

| FT.LAUDERDALE | FL | 33312 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $        80.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.142 Nonpriority creditor's name and mailing address**

BROWNIE BRITTLE LLC
Creditor Name

Creditor's Notice name

P.O. BOX 936601
Address

| ATLANTA | GA | 31193 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $      16,761.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Name

Case number *(if known)*   23-10576

**3.143**  **Nonpriority creditor's name and mailing address**

Bruen Insights Unlimited LLC

Creditor Name

Creditor's Notice name

32 Milton RD

Address

| Brookline | MA | 02445 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              7,500.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.144**  **Nonpriority creditor's name and mailing address**

BSREP II CYPRESS MT LLC

Creditor Name

Creditor's Notice name

250 VESEY ST 15 FL

Address

| NEW YORK | NY | 10281 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            168,709.46
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

Name

**3.145 Nonpriority creditor's name and mailing address**

BUDDEEZ INC

Creditor Name

LAUREN WEBER

Creditor's Notice name

PO Box 207

Address

| Wentzville | MO | 63385 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                38,293.64

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.146 Nonpriority creditor's name and mailing address**

BUNZL RETAIL SERVICES, LLC

Creditor Name

Creditor's Notice name

8338 AUSTIN AVE

Address

| MORTON GROVE | IL | 60053 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                62,322.15

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)* 23-10576

**3.147 Nonpriority creditor's name and mailing address**

BURLINGTON SELF STORAGE
Creditor Name

OF CAPE COD LLC
Creditor's Notice name

114 WEST STREET
Address

| WILMINGTON | MA | 01887 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 92,213.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.148 Nonpriority creditor's name and mailing address**

Business Equipment Solutions Technologies Inc
Creditor Name

LINDA BRADIGAN
Creditor's Notice name

PO Box 361
Address

| Dallas | PA | 18612-0361 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,073.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.149 Nonpriority creditor's name and mailing address**

BUTLER HOME PRODUCTS LLC
Creditor Name

LATANYA LOLLIE
Creditor's Notice name

PO BOX 4049
Address

| BOSTON | MA | 02211 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 62,066.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.150 Nonpriority creditor's name and mailing address**

BUZZY, INC.
Creditor Name

KARL KRAPF
Creditor's Notice name

1410 Laurel Boulevard, Suite 1
Address

| Pottsville | PA | 17901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 152,925.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.151 Nonpriority creditor's name and mailing address**

BZL INC
Creditor Name

LOUIS RAVANIS
Creditor's Notice name

PO BOX 310
Address

| NORTH EASTON | MA | 02356 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 110,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.152 Nonpriority creditor's name and mailing address**

C2 IMAGING LLC
Creditor Name

Creditor's Notice name

PO BOX 854537
Address

| Minneapolis | MN | 55485-4537 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 48,433.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.153** **Nonpriority creditor's name and mailing address**

CALBEE NORTH AMERICA LLC
Creditor Name

THERESA SCHNABEL
Creditor's Notice name

2600 MAXWELL WAY
Address

| FAIRFIELD | CA | 94534 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 12,695.04
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.154** **Nonpriority creditor's name and mailing address**

CALIFORNIA FRUIT EXCHANGE, LLC
Creditor Name

DBA A GIFT INSIDE
Creditor's Notice name

PO BOX 1264
Address

| LODI | CA | 95241 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,798.08
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 78 of 549

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.155** **Nonpriority creditor's name and mailing address**

Cape Cod Chamber of Commerce
Creditor Name

DANIELLE WALSH, LIZ DIGIROLAMO
Creditor's Notice name

5 Patti Page Way
Address

| Centerville | MA | 02632 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 545.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.156** **Nonpriority creditor's name and mailing address**

CAPE CRAFTER INC
Creditor Name

KAMI DIMITROVA
Creditor's Notice name

81 CAPTAIN BELLAMY LANE
Address

| CENTERVILLE | MA | 02632 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 117,375.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*   23-10576

**3.157  Nonpriority creditor's name and mailing address**

CARBON TECHNOLOGIES

Creditor Name

DAVE PALMER

Creditor's Notice name

150 MORRISTOWN ROAD

Address

SUITE 206

| BERNARDSVILLE | NJ | 07924 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    19,560.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.158  Nonpriority creditor's name and mailing address**

CARDLYTICS INC

Creditor Name

Creditor's Notice name

75 REMITTANCE DR DEPT 3247

Address

| CHICAGO | IL | 60675-3247 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  389,133.84

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 7,025.20 |

**3.159  Nonpriority creditor's name and mailing address**

CARL BRANDT INC.
Creditor Name

Creditor's Notice name

140 SHERMAN STREET
Address

| FAIRFIELD | CT | 06824 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             7,025.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.160  Nonpriority creditor's name and mailing address**

Carrasquillo
Creditor Name

Stark Law Group,
Creditor's Notice name

1370 Harrisburg Pike
Address

| Lancaster | PA | 17601 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             Unknown
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*:  23-10576
_____

**3.161 Nonpriority creditor's name and mailing address**

Carter
_____
Creditor Name

_____
Creditor's Notice name

Address on File
_____
Address

_____

_____

_____
City            State           ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.162 Nonpriority creditor's name and mailing address**

CASCO Diversified Corporation
_____
Creditor Name

John (Jack) Reynolds
_____
Creditor's Notice name

12 SUNNEN DRIVE
_____
Address

SUITE 100
_____

ST LOUIS        MO          63143
_____
City            State           ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ 28,983.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.163** **Nonpriority creditor's name and mailing address**

Casolo, Joan

Creditor Name

Wofsey, Rosen, Kweskin & Kuriansky

Creditor's Notice name

600 Summer Street

Address

| Stamford | CT | 06901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.164** **Nonpriority creditor's name and mailing address**

CASSONE TRAILER & CONTAINER CO

Creditor Name

Creditor's Notice name

1900 LAKELAND AVE

Address

| RONKONKOMA | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            173.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.165 Nonpriority creditor's name and mailing address**

CenterPoint Energy # 7055
Creditor Name

Creditor's Notice name

PO BOX 1423
Address

| Houston | TX | 77251-1423 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 364.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.166 Nonpriority creditor's name and mailing address**

CENTERPOINT ENERGY #7053
Creditor Name

Creditor's Notice name

PO BOX 4849
Address

| HOUSTON | TX | 77210-4849 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 303.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.167** **Nonpriority creditor's name and mailing address**

Central Hudson Gas & Electric Corporation
Creditor Name

Creditor's Notice name

284 South Avenue
Address

| Poughkeepsie | NY | 12601-4839 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                6,161.14

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.168** **Nonpriority creditor's name and mailing address**

Central Maine Power # 7034
Creditor Name

Creditor's Notice name

PO Box 847810
Address

| Boston | MA | 02284-7810 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                5,540.67

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.169 Nonpriority creditor's name and mailing address**

Central National Gottesman, Inc D/B/A/ Lindenmeyer Central
Creditor Name

Patrick Thomas, Esq.
Creditor's Notice name

Lowenstein Sandler
Address

1251 Avenue of the Americas

| New York | NY | 10020 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.170 Nonpriority creditor's name and mailing address**

CENTRIC BEAUTY, LLC
Creditor Name

Creditor's Notice name

620 S Elm Street
Address

| Greensboro | NC | 27406 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,340.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC                                          Case number *(if known)*:  23-10576
_____
Name

**3.171** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:  $                16,171.20

CERTIFIED INT'L CORP                                                       *Check all that apply.*
_____
Creditor Name

                                                                          ☐  Contingent

TODD CROPSEY                                                              ☐  Unliquidated
_____
Creditor's Notice name                                                    ☐  Disputed

                                                                          **Basis for the claim:**
DEPT CH 19704
_____                                           Outstanding Accounts Payable
Address                                                                    _____

_____

_____

PALATINE            IL            60055
_____
City                State         ZIP Code

_____
Country

**Date or dates debt was incurred**                                       **Is the claim subject to offset?**
_____                                           ☒  No
**Last 4 digits of account**                                              ☐  Yes
**number**

**3.172** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:  $                67,554.00

CEYLON ROYAL TEA & SUPPLIES                                               *Check all that apply.*
_____
Creditor Name

                                                                          ☐  Contingent

_____
Creditor's Notice name                                                    ☐  Unliquidated

                                                                          ☐  Disputed
6525 RIADA CT
_____                                           **Basis for the claim:**
Address
                                                                          Outstanding Accounts Payable
_____                                           _____

_____

MCDONOUGH           GA            30253
_____
City                State         ZIP Code

_____
Country

**Date or dates debt was incurred**                                       **Is the claim subject to offset?**
_____                                           ☒  No
**Last 4 digits of account**                                              ☐  Yes
**number**

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

Name

**3.173 Nonpriority creditor's name and mailing address**

CHAIN STORE MAINTENANCE, INC.
Creditor Name

Creditor's Notice name

P.O. BOX 2008
Address

| ATTLEBORO | MA | 02703 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                376,584.38
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.174 Nonpriority creditor's name and mailing address**

CHARLES CHIPS
Creditor Name

COSMO SCARDINO, KAREN LUCIOUS
Creditor's Notice name

3535 ROUTE 66
Address

suite 2a

| NEPTUNE | NJ | 07753 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  3,836.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.175** **Nonpriority creditor's name and mailing address**

CHARLESTON ENTERPRISES, LLC

Creditor Name

Name

Creditor's Notice name

300 ROBBINS LANEC/O BDG

Address

| SYOSSET | NY | 11791 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                   245,470.43

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.176** **Nonpriority creditor's name and mailing address**

Charlie's Rubbish Removal

Creditor Name

Creditor's Notice name

280 Dry Bridge Road

Address

| North Kingstown | RI | 02852 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                           65.52

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.177 Nonpriority creditor's name and mailing address**

CHATTANOOGA BAKERY
Creditor Name

BEVERLY SANDERS
Creditor's Notice name

PO BOX 111
Address

| | | |
|---|---|---|
| CHATTANOOGA | TN | 37401-0111 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $           13,445.76
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.178 Nonpriority creditor's name and mailing address**

CHD HOME TEXTILES LLC
Creditor Name

Creditor's Notice name

255 Fifth Avenue, 5th Floor
Address

| | | |
|---|---|---|
| New York | NY | 10016 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $           14,206.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576
Name

**3.179 Nonpriority creditor's name and mailing address**

CHEP USA
Creditor Name

Creditor's Notice name

15226 COLLECTIONS CENTER DR
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    445.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.180 Nonpriority creditor's name and mailing address**

Cherry Hill Retail Partners LLC
Creditor Name

Creditor's Notice name

1260 Stelton Road
Address

| Piscataway | NJ | 08854 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    131,984.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*   23-10576

**3.181 Nonpriority creditor's name and mailing address**

CHERRY HILL TOWNSHIP
Creditor Name

Creditor's Notice name

820 MERCER STREET
Address

| CHERRY HILL | NJ | 08002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                541.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.182 Nonpriority creditor's name and mailing address**

CHESAPEAKE MERCHANDISING
Creditor Name

NIKKI ARORA
Creditor's Notice name

4615-B Wedgewood BLVD
Address

| Frederick | MD | 21703 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              15,912.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*   23-10576

| 3.183 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 210,919.24 |

**Nonpriority creditor's name and mailing address**

CHF
Creditor Name

KELLY DENNIS
Creditor's Notice name

P.O Box 1036
Address

| Charlotte | NC | 28201-1036 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    210,919.24

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.184 **Nonpriority creditor's name and mailing address**

CHOATE, HALL & STEWARD, LLP
Creditor Name

Creditor's Notice name

TWO INTERNATIONAL PLACE
Address

| BOSTON | MA | 02110-4104 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    120,736.74

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 93 of 549

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.185 Nonpriority creditor's name and mailing address**

Chubb
Creditor Name

Creditor's Notice name

PO Box 382001
Address

| Pittsburgh | PA | 15250-8001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  108,138.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.186 Nonpriority creditor's name and mailing address**

CIBO VITA INC.
Creditor Name

SHARLENE SZCZEPANSKI
Creditor's Notice name

FILE 2480
Address

1801 W Olympic Bvld

| Pasadena | CA | 91199-2480 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  86,650.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.187 Nonpriority creditor's name and mailing address**

CINTAS CORPORATION #756
Creditor Name

ROSA SANTOS
Creditor's Notice name

P.O. BOX 630803
Address

| CINCINNATI | OH | 45263-0803 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    2,191.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.188 Nonpriority creditor's name and mailing address**

CIRCLE GLASS
Creditor Name

NICOLE RICHTER
Creditor's Notice name

PO Box 782722
Address

| Philadelphia | PA | 19178-2722 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    50,302.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known)    23-10576

Name

**3.189 Nonpriority creditor's name and mailing address**

City of Altamonte Springs Utilities - Store #7075
Creditor Name

ATTN UTILITY BILLING
Creditor's Notice name

225 NEWBURYPORT AVE
Address

| ALTAMONTE SPRINGS | FL | 32701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    94.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.190 Nonpriority creditor's name and mailing address**

CITY OF GREENSBORO
Creditor Name

Creditor's Notice name

PO Box 1170
Address

| Greensboro | NC | 27402-1170 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    262.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.191 Nonpriority creditor's name and mailing address**

CITY OF PEMBROKE PINES

Creditor Name

Local Business

Creditor's Notice name

601 City Center Way

Address

| Pembroke Pines | FL | 33025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 187.03

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.192 Nonpriority creditor's name and mailing address**

City of Portsmouth Water/Sewer - Store # 7046

Creditor Name

Creditor's Notice name

PO Box 1318

Address

| Portsmouth | NH | 03802-6660 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 554.69

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.193 Nonpriority creditor's name and mailing address**

City of Richmond Utilities - Store #7074
Creditor Name


Creditor's Notice name

PO Box 71210
Address



| Charlotte | NC | 28272-1210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    52.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.194 Nonpriority creditor's name and mailing address**

CITY OF WARWICK
Creditor Name

TAX COLLECTORS OFFICE
Creditor's Notice name

P.O. BOX 2000
Address



| Warwick | RI | 02887 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    205,307.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.195 Nonpriority creditor's name and mailing address**

CLAEYS CANDIES
Creditor Name

ANGIE THORNTON
Creditor's Notice name

P O BOX 1535
Address

| SOUTH BEND | IN | 46634-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21,636.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.196 Nonpriority creditor's name and mailing address**

CLEAN CONTROL CORPORATION
Creditor Name

Creditor's Notice name

PO BOX 890150
Address

| CHARLOTTE | NC | 28289 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,474.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*   23-10576

Name

**3.197 Nonpriority creditor's name and mailing address**

CLEAN EARTH ENVIRONMENTAL

Creditor Name

ASHLEY WILLIAMS

Creditor's Notice name

SOLUTIONS INC

Address

29338 NETWORK PLACE

| CHICAGO | IL | 60673-1293 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                23,982.52

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.198 Nonpriority creditor's name and mailing address**

Clearly Agile, LLC

Creditor Name

Creditor's Notice name

PO Box 172607

Address

| Tampa | FL | 33672 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                93,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.199 Nonpriority creditor's name and mailing address**

COASTAL COCKTAILS INC DBA MODERN GOURMET FOODS INC
Creditor Name

HEIDI LIESENFELT
Creditor's Notice name

1920 East Deere Ave
Address

Santa Ana | CA | 92705
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                290,848.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.200 Nonpriority creditor's name and mailing address**

Coastal One Properties LLC
Creditor Name

Creditor's Notice name

PO box 3263
Address

Rehoboth Beach | DE | 19971
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                112,472.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.201 Nonpriority creditor's name and mailing address**

COCA COLA BOTTLING COMPANY UNI
Creditor Name

JOHN MORAN
Creditor's Notice name

PO BOX 105637
Address

| ATLANTA | GA | 30348 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 968.74
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.202 Nonpriority creditor's name and mailing address**

COCO & GIO LLC
Creditor Name

Creditor's Notice name

2219 COBBLESTONE
Address

| BRIGHTON | MI | 48114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 30,781.01
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*   23-10576

---

**3.203** **Nonpriority creditor's name and mailing address**

COCONUT POINT TOWN CENTERLLC

Creditor Name

Creditor's Notice name

PO BOX 643913

Address

| PITTSBURGH | PA | 15264 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    52,991.17

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.204** **Nonpriority creditor's name and mailing address**

CODEBROKER LLC

Creditor Name

Attn Dan Slavin

Creditor's Notice name

464 COMMON STREET STE 204

Address

| BELMONT | MA | 02478 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    190,246.09

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:    Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*:    23-10576
_____

**3.205  Nonpriority creditor's name and mailing address**

Cohan
_____
Creditor Name

_____
Creditor's Notice name

_____
Address

_____

_____

_____
City          State        ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ _____ Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.206  Nonpriority creditor's name and mailing address**

COMFORTABLE PET INC
_____
Creditor Name

JOSEPH LORENC
_____
Creditor's Notice name

213 WEST 35TH STREET
_____
Address

SUITE 805
_____

NEW YORK          NY          10001
_____
City          State        ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ _____ 55,737.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known)    23-10576

**3.207  Nonpriority creditor's name and mailing address**

COMMONWEALTH OF MA
Creditor Name

DEPT. OF PUBLIC HEALTH
Creditor's Notice name

305 SOUTH ST.
Address

| JAMAICA PLAIN | MA | 02130 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            300.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.208  Nonpriority creditor's name and mailing address**

COMMONWEALTH OF MASS
Creditor Name

Boiler Inspection Program
Creditor's Notice name

PO Box 417599
Address

| Boston | MA | 02241-7599 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            150.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

---

**3.209 Nonpriority creditor's name and mailing address**

Compass IT Compliance LLC

Creditor Name

Creditor's Notice name

2 Asylum Road

Address

| NORTH PROVIDENCE | RI | 02904-3105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,965.63

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.210 Nonpriority creditor's name and mailing address**

ConEdison # 7030

Creditor Name

Creditor's Notice name

PO BOX 1701

Address

| New York | NY | 10116-1701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,038.91

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.211 Nonpriority creditor's name and mailing address**

CONSERV BUILDING SERVICES
Creditor Name

EVANGELINA HART
Creditor's Notice name

6354 118TH AVENUE NORTH
Address

| LARGO | FL | 33773 |
|-------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 150,625.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.212 Nonpriority creditor's name and mailing address**

CONSOLIDATED FIRE PROTECTION
Creditor Name

Creditor's Notice name

NATIONAL ACCOUNTS ACCOUNTS REC
Address

153 TECHNOLOGY DR #200

| IRVINE | CA | 92618 |
|--------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 124,242.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**3.213 Nonpriority creditor's name and mailing address**

Consumers Energy - #7079
Creditor Name

Creditor's Notice name

PO Box 740309
Address

| Cincinnati | OH | 45274-0309 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    673.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.214 Nonpriority creditor's name and mailing address**

CONTINENTAL ACCESSORY CORP
Creditor Name

PAULA GULLO
Creditor's Notice name

30 JERICHO EXECUTIVE PLAZA
Address

SUITE 200E

| JERICHO | NY | 11753 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    14,520.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.215 Nonpriority creditor's name and mailing address**

CONTINENTAL MILLS INC

Creditor Name

HEATHER CARLESON, SHER VILLA

Creditor's Notice name

P.O.BOX 740882

Address

| LOS ANGELES | CA | 90074-0082 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 49,526.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.216 Nonpriority creditor's name and mailing address**

CONVEYCO TECHNOLOGIES INC

Creditor Name

Creditor's Notice name

47 COMMERCE DRIVE

Address

P.O. BOX 1000

| BRISTOL | CT | 06011-1000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 35,686.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.217 Nonpriority creditor's name and mailing address**

COOKIES UNITED
Creditor Name

DENISE LAGATTOLLA
Creditor's Notice name

141 FREEMAN AVENUE
Address

| ISLIP | NY | 11751-0000 |
|-------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 312,338.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.218 Nonpriority creditor's name and mailing address**

COPPER MOON COFFEE
Creditor Name

NATASHA DAVIES
Creditor's Notice name

1503 VETERANS MEMORIAL PKWY E.
Address

| LAFAYETTE | IN | 47905 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 181,362.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

Name

**3.219 Nonpriority creditor's name and mailing address**

CORE HOME
Creditor Name

VILMA TOPCIU
Creditor's Notice name

42 W. 39TH STREET
Address

4TH FLOOR

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 52,924.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.220 Nonpriority creditor's name and mailing address**

Costerira, Lisafront
Creditor Name

Jonathan H. Lesnik, Esq.
Creditor's Notice name

99 Morris Avenue
Address

| Springfield | NJ | 07081 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:   Christmas Tree Shops, LLC

Case number *(if known)*   23-10576

**3.221  Nonpriority creditor's name and mailing address**

COTTON VALLEY HOME INC

Creditor Name

Creditor's Notice name

370 CAMPUS DRIVE

Address

SUITE 127

| SOMERSET | NJ | 08873 |
|----------|----|----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                      15,794.40

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.222  Nonpriority creditor's name and mailing address**

COTTON VALLEY LLC

Creditor Name

Creditor's Notice name

96 DISTRIBUTION BLVD

Address

| EDISON | NJ | 08817 |
|--------|----|----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                      51,501.60

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.223** **Nonpriority creditor's name and mailing address**

COUNTY OF HENRICO VA
Creditor Name

County of Henrico - Tax Processing Ctr
Creditor's Notice name

PO Box 105155
Address

| Atlanta | GA | 30348-5155 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                              1,327.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.224** **Nonpriority creditor's name and mailing address**

CREATE A TREAT
Creditor Name

SHARON GUO
Creditor's Notice name

15 MARMAC UNIT 200
Address

| TORONTO | ON | M9W 1E7 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                            532,901.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.225** **Nonpriority creditor's name and mailing address**

CREATIVE CIRCLE LLC
Creditor Name

Creditor's Notice name

P O BOX 74008799
Address

| CHICAGO | IL | 60674-8799 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 16,633.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.226** **Nonpriority creditor's name and mailing address**

CREATIVE CONVERTING
Creditor Name

ANN KNAPP
Creditor's Notice name

PO Box 88149
Address

| Milwaukee | WI | 53288-8149 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 848,413.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.227 Nonpriority creditor's name and mailing address**

Creatively Designed Products, LLC
Creditor Name

COLLEEN F
Creditor's Notice name

250 CREATIVE DRIVE
Address

| CENTRAL ISLIP | NY | 11722 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 11,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.228 Nonpriority creditor's name and mailing address**

CRESTVIEW COLLECTION
Creditor Name

Creditor's Notice name

4300 CONCORDE RD
Address

| MEMPHIS | TN | 38118 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 139,252.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**3.229** **Nonpriority creditor's name and mailing address**

CROSSCOM NATIONAL, LLC
Creditor Name

EBONY BRYANT
Creditor's Notice name

PO Box 85127
Address

Lockbox# 235127

| Chicago | IL | 60689-5127 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 58.30
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.230** **Nonpriority creditor's name and mailing address**

CrossVue LLC
Creditor Name

LUTENDO MPHOSHOMANE
Creditor's Notice name

1 East Erie Street
Address

Suite 525-4935

| Chicago | IL | 60611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 100,389.20
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

---

**3.231 Nonpriority creditor's name and mailing address**

CROWN LIFT TRUCKS

Creditor Name

Creditor's Notice name

PO Box 641173

Address

| Cincinnati | OH | 45264-1173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                628,714.11

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.232 Nonpriority creditor's name and mailing address**

CRYSTAL MALL, LLC

Creditor Name

Creditor's Notice name

14200 COLLECTIONS CENTER DRIVE

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                100,993.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.233** **Nonpriority creditor's name and mailing address**

Custom Bakehouse
Creditor Name

SUSAN GREENLAW
Creditor's Notice name

Custom Bakehouse
Address

Key Bank

PO Box 74494

| Cleveland | OH | 44194-0594 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                      35,099.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.234** **Nonpriority creditor's name and mailing address**

D M MERCHANDISING INC
Creditor Name

MEGAN HUEBNER
Creditor's Notice name

835 N CHURCH COURT
Address

| ELMHURST | IL | 60126 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                      20,124.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.235 Nonpriority creditor's name and mailing address**

D.F. Stauffer Biscuit Co., Inc.
Creditor Name

AUTUMN NUNEMAKER, KRIS WINEMILLER
Creditor's Notice name

P.O.Box 4121
Address

| Lancaster | PA | 17604 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 73,979.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.236 Nonpriority creditor's name and mailing address**

D.H. Pace Company, Inc.
Creditor Name

Creditor's Notice name

1901 E 119th Street
Address

| Olathe | KS | 66061 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,619.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.237** **Nonpriority creditor's name and mailing address**

DAHDOUL TEXTILES, INC.
Creditor Name

ALI DAHDOUL
Creditor's Notice name

11000 Wright Road
Address

| Lynwood | CA | 90262 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  14,920.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.238** **Nonpriority creditor's name and mailing address**

DAIRY STATE FOODS INC
Creditor Name

Creditor's Notice name

6035 N BAKER RD
Address

| MILWAUKEE | WI | 53209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  3,870.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 120 of 549

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.239** **Nonpriority creditor's name and mailing address**

DANGOLD INC.

Creditor Name

Creditor's Notice name

138-43 78TH ROAD

Address

| FLUSHING | NY | 11367-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                      44,922.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.240** **Nonpriority creditor's name and mailing address**

Daniel G Kamin Freehold LLC

Creditor Name

c/o Kamin Realty Company

Creditor's Notice name

PO Box 10234

Address

| Pittsburgh | PA | 15232 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                      109,371.54

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.241** **Nonpriority creditor's name and mailing address**

DARE FOODS INC
Creditor Name

JANE BENN, MICHAEL LEMMON, MIRJANA TORLAKOVIC
Creditor's Notice name

BOX 347103
Address

| PITTSBURGH | PA | 15251-7103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,671.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.242** **Nonpriority creditor's name and mailing address**

DATAMAX SYSTEM SOLUTIONS INC
Creditor Name

CLAUDIA CARBAYO
Creditor's Notice name

6251 Park of Commerce Blvd
Address

SUITE B

| BOCA RATON | FL | 33487 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,072.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Name

Case number *(if known)*:  23-10576

---

**3.243  Nonpriority creditor's name and mailing address**

DAVID ROBERTS FOOD CORPORATION

Creditor Name

Creditor's Notice name

2351 UPPER MIDDLE ROAD EAST

Address

| OAKVILLE | QC | L6H6P7 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  15,966.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.244  Nonpriority creditor's name and mailing address**

DDRM WEST FALLS PLAZA LLC

Creditor Name

Creditor's Notice name

3300 ENTRPRISE PKWY

Address

| BEACHWOOD | OH | 44122 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  155,318.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.245 Nonpriority creditor's name and mailing address**

DeFeo, Christina
Creditor Name

Cerio Law Offices, PLLC
Creditor's Notice name

407 South Warren Street 5th Floor
Address

| Syracuse | NY | 13202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.246 Nonpriority creditor's name and mailing address**

DELAWARE CHRISTMAS TREE SHOPS
Creditor Name

Creditor's Notice name

69318 HIGHWAY 21
Address

| LOS ANGELES | CA | 90048 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 127,090.34
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known)    23-10576

**3.247 Nonpriority creditor's name and mailing address**

DELAWARE HALE ROAD PLAZA LLC
Creditor Name

Creditor's Notice name

6300 WILSHIRE BLVD
Address

SUITE 1800

| LOS ANGELES | CA | 90048 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                127,828.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.248 Nonpriority creditor's name and mailing address**

Demkovich, Gloria
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.249 Nonpriority creditor's name and mailing address**

DENNIS J MOSNER PHOTOGRAPHY
Creditor Name

DENNIS MOSNER
Creditor's Notice name

216 19TH STREET
Address

| UNION CITY | NJ | 07087 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,982.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.250 Nonpriority creditor's name and mailing address**

DENNIS K. BURKE INC.
Creditor Name

Creditor's Notice name

P.O. BOX 3639
Address

| BOSTON | MA | 02241-3639 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.251 Nonpriority creditor's name and mailing address**

DESIGNS DIRECT LLC
Creditor Name

SARA WARD
Creditor's Notice name

605 PHILADELPHIA STREET
Address

| COVINGTON | KY | 41011 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                7,665.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.252 Nonpriority creditor's name and mailing address**

DEWEY'S BAKERY INC.
Creditor Name

CHELSEA BEAMON
Creditor's Notice name

PO BOX 31413
Address

| Charlotte | NC | 28231 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               12,284.40
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC                    Case number *(if known)*: 23-10576
         Name

**3.253 Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ Unknown

Dezaine, Marie
Creditor Name

_Check all that apply._

Creditor's Notice name

☒ Contingent
☒ Unliquidated
☒ Disputed

Address on File
Address

**Basis for the claim:**

Litigation

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**    **Is the claim subject to offset?**

☒ No

**Last 4 digits of account**            ☐ Yes

**number**

**3.254 Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 34,753.12

DiCentral Corporation
Creditor Name

_Check all that apply._

Creditor's Notice name

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 200453
Address

**Basis for the claim:**

Outstanding Accounts Payable

| Dallas | TX | 75320-0453 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**    **Is the claim subject to offset?**

☒ No

**Last 4 digits of account**            ☐ Yes

**number**

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

| | |
|---|---|
| 3.255 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 8,332.80 |

DIEFFENBACHS POTATO CHIPS INC
Creditor Name

Creditor's Notice name

51 HOST ROAD
Address

| WOMELSDORF | PA | 19567 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.256 **Nonpriority creditor's name and mailing address**

Digital Media Innovations, LLC (Notified)
Creditor Name

JOTHEE TAN
Creditor's Notice name

11808 Miracle Hills Drive
Address

| Omaha | NE | 68154 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 891.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.257 Nonpriority creditor's name and mailing address**

DL DISTRIBUTION LLC
Creditor Name

JESSICA NAVARRO
Creditor's Notice name

PO BOX 829897
Address

| PHILADELPHIA | PA | 19182 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.258 Nonpriority creditor's name and mailing address**

DONNA MAX INC.
Creditor Name

YANNA LIU
Creditor's Notice name

765 MCDONALD AVENUE
Address

| BROOKLYN | NY | 11218-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,712.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.259 Nonpriority creditor's name and mailing address**

DOSKOCIL MFG CO. DBA PETMATE
Creditor Name

CHRISTINE PREVETT
Creditor's Notice name

P.O. BOX 733418
Address

| DALLAS | TX | 75373-3418 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 27,958.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.260 Nonpriority creditor's name and mailing address**

DOUMAK INC.
Creditor Name

STEVEN CRAIG
Creditor's Notice name

36156 TREASURY CENTER
Address

| CHICAGO | IL | 60694-6100 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 23,117.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.261  Nonpriority creditor's name and mailing address**

DP Flores Inc

Creditor Name

Creditor's Notice name

PO BOX 31397

Address

| Charlotte | NC | 28231 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

| **As of the petition filing date, the claim is:** | $ | 25,418.88 |
|---|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.262  Nonpriority creditor's name and mailing address**

DTE ENERGY

Creditor Name

Creditor's Notice name

P.O. BOX 2859

Address

| DETROIT | MI | 48260-0002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

| **As of the petition filing date, the claim is:** | $ | 8,771.58 |
|---|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.263 Nonpriority creditor's name and mailing address**

Duke Energy # 7062
Creditor Name

Creditor's Notice name

PO BOX 1326
Address

| Charlotte | NC | 28201-1326 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $        2,330.33
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.264 Nonpriority creditor's name and mailing address**

Duke Energy # 7073
Creditor Name

Creditor's Notice name

PO BOX 1094
Address

| Charlotte | NC | 28201-1094 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $        2,348.62
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*   23-10576

**3.265** **Nonpriority creditor's name and mailing address**

DURA HOUSEWARES INC
Creditor Name

Creditor's Notice name

2105 BOUL. DAGENAIS OUEST
Address

| LAVAL | QC | H7L 5W9 |
|-------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.266** **Nonpriority creditor's name and mailing address**

Durkee-Mower, Inc.
Creditor Name

EDIE HARRIS
Creditor's Notice name

PO Box 470
Address

| Lynn | MA | 01903-0570 |
|------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             26,829.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*    23-10576

**3.267** **Nonpriority creditor's name and mailing address**

DV INTERNATIONAL INC. DBA MADESMART
Creditor Name

TYLER SCHUMACHER
Creditor's Notice name

1000 UNIVERSITY AVE.
Address

SUITE 220

| SAINT PAUL | MN | 55104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    21,927.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.268** **Nonpriority creditor's name and mailing address**

DYLA LLC
Creditor Name

Creditor's Notice name

75 Remittance Drive Dept 1496
Address

| Chicago | IL | 60675-1496 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    7,111.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.269 Nonpriority creditor's name and mailing address**

E & E CO LTD

Creditor Name

Creditor's Notice name

45875 NORTHPORT LOOP EAST

Address

| FREEMONT | CA | 94538 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 107,107.58

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.270 Nonpriority creditor's name and mailing address**

EAGLE EYE ENTERPRISES

Creditor Name

Anthony Knasas

Creditor's Notice name

9 RICHARD ROAD

Address

| HINGHAM | MA | 02043 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 123,715.71

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.271  Nonpriority creditor's name and mailing address**

EAGLE HOME PRODUCTS INC.
Creditor Name

ELMA STEINBERG
Creditor's Notice name

1885 New Highway
Address

| Farmingdale | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   4,586.40
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.272  Nonpriority creditor's name and mailing address**

EAGLE LEASING COMPANY THE
Creditor Name

Creditor's Notice name

P.O. BOX 923
Address

| ORANGE | CT | 06477-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,761.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

**3.273 Nonpriority creditor's name and mailing address**

Earthday Landscaping Inc.
Creditor Name

Creditor's Notice name

P.O. BOX 875
Address

| BARNSTABLE | MA | 02630 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 16,150.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.274 Nonpriority creditor's name and mailing address**

EARTHLY TREATS INC
Creditor Name

Creditor's Notice name

712 A Main Street
Address

| Boonton | NJ | 07005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 48,411.30
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.275  Nonpriority creditor's name and mailing address**

EAST FIFTH TRADING

Creditor Name

Creditor's Notice name

184 PARK AVENUE

Address

| BROOKLYN | NY | 11205 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                10,771.20

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.276  Nonpriority creditor's name and mailing address**

EASTERN ESSENTIAL SERVICES INC.

Creditor Name

Creditor's Notice name

2 Industrial Rd

Address

Ste 201

| FAIRFIELD | NJ | 07004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                2,729.60

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC    Case number *(if known)*    23-10576
Name

**3.277** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $    73,021.20

ECCOLO LTD    *Check all that apply.*

Creditor Name

☐ Contingent

LHADEN DORJI    ☐ Unliquidated

Creditor's Notice name

☐ Disputed

Wells Fargo Bank N.A.    **Basis for the claim:**

Address    Outstanding Accounts Payable

PO BOX 712932

Philadelphia    PA    19171-2932

City    State    ZIP Code

Country

**Date or dates debt was incurred**    **Is the claim subject to offset?**

☒ No

**Last 4 digits of account**    ☐ Yes

**number**

**3.278** **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $    67,988.18

EDISON DENJ001 LLC    *Check all that apply.*

Creditor Name

☐ Contingent

Creditor's Notice name    ☐ Unliquidated

☐ Disputed

125 S WACKER DR    **Basis for the claim:**

Address    Outstanding Accounts Payable

CHICAGO    IL    60606

City    State    ZIP Code

Country

**Date or dates debt was incurred**    **Is the claim subject to offset?**

☒ No

**Last 4 digits of account**    ☐ Yes

**number**

Debtor:   Christmas Tree Shops, LLC

Case number *(if known)*   23-10576

**3.279 Nonpriority creditor's name and mailing address**

EDISON JAFL001 LLC
Creditor Name

Creditor's Notice name

125 S WACKER DR
Address

| CHICAGO | IL | 60606 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                64,952.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.280 Nonpriority creditor's name and mailing address**

EDISON UNNJ001 LLC_RNT266819
Creditor Name

Creditor's Notice name

125 S WACKER DRIVE
Address

| CHICAGO | IL | 60606 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               353,182.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:   Christmas Tree Shops, LLC

Name

Case number *(if known)*   23-10576

**3.281  Nonpriority creditor's name and mailing address**

EDJ ENTERPRISES, INC.

Creditor Name

JONATHAN BESCHER

Creditor's Notice name

3125 POPLARWOOD COURT

Address

SUITE G110

| RALEIGH | NC | 27604 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   27,707.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.282  Nonpriority creditor's name and mailing address**

ELEVATE COMMERCE GROUP

Creditor Name

Creditor's Notice name

11 JEROME CT.

Address

| PETALUMA | CA | 94952 |
|----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   38,437.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)* 23-10576

**3.283 Nonpriority creditor's name and mailing address**

ELITE BRANDS USA INC
Creditor Name

DONNA PANEBIANCO
Creditor's Notice name

2190 Smithtown Ave
Address

| Ronkonkoma | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 11,608.80
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.284 Nonpriority creditor's name and mailing address**

ELK GROUP INTERNATIONAL
Creditor Name

PAULA FISHER
Creditor's Notice name

PO BOX 72456
Address

| CLEVELAND | OH | 44192 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 70,106.73
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.285 Nonpriority creditor's name and mailing address**

ELLIS FIRE SERVICES INC
Creditor Name

SUZANNE PAULDING
Creditor's Notice name

PO BOX 412007
Address

| BOSTON | MA | 02241-2007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $     8,075.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.286 Nonpriority creditor's name and mailing address**

EMERALD WHOLESALE COMPANY LLC
Creditor Name

PATTI TUCKER
Creditor's Notice name

PO BOX 4208
Address

| DALTON | GA | 30719 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $     32,760.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number (if known):  23-10576

**3.287  Nonpriority creditor's name and mailing address**

EMERGENT TRENDS INC.
Creditor Name

OLGA ANISKEVICH
Creditor's Notice name

80 19th Street
Address

| Brooklyn | NY | 11232 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            5,916.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.288  Nonpriority creditor's name and mailing address**

EMS MIND READER LLC
Creditor Name

SAYMA CANDELARIO
Creditor's Notice name

250 PASSAIC STREET
Address

| NEWARK | NJ | 07104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          14,264.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.289** **Nonpriority creditor's name and mailing address**

EMSCO GROUP
Creditor Name

Name

KIMBERLY COOK
Creditor's Notice name

P O BOX 151
Address

| GIRARD | PA | 16417-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                48,111.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.290** **Nonpriority creditor's name and mailing address**

ENCHANTE ACCESSORIES INC.
Creditor Name

ALICE SOTOMAYOR, DANA BEREZINA, JOE MASITTI
Creditor's Notice name

16 E 34TH STREET
Address

16TH FL

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $               171,365.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.291 Nonpriority creditor's name and mailing address**

ENERGIZER LLC
Creditor Name

Name

MIKE NAGEL
Creditor's Notice name

23145 NETWORK PLACE
Address

| CHICAGO | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 47,607.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.292 Nonpriority creditor's name and mailing address**

ENGINEERING EXCELLENCE INC
Creditor Name

AUDRA YACKS
Creditor's Notice name

P.O. BOX 636294
Address

| CINCINNATI | OH | 45263-6294 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 64,584.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

**3.293 Nonpriority creditor's name and mailing address**

ENVIRO-LOG

Creditor Name

DONNA VANOFFEREN, KIM MCMILLAN

Creditor's Notice name

PO BOX 190

Address

200 OCILLA HWY

| FITZGERALD | GA | 31750 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,625.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.294 Nonpriority creditor's name and mailing address**

ENVIRONMENTAL WASTE SOLUTIONS, INC dba RETRIEVER WASTE MGMT

Creditor Name

JEFF PILLAR

Creditor's Notice name

1327 C GEORGE DIETER

Address

| EL PASO | TX | 79936 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,252.58

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

**3.295 Nonpriority creditor's name and mailing address**

ENVIROSCENT INC.
Creditor Name

ASHLEY GRISHAM
Creditor's Notice name

c/o Alterna Capital Services
Address

PO Box 936601

| Atlanta | GA | 31193-6601 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                          172,920.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.296 Nonpriority creditor's name and mailing address**

EPTA AMERICA LLC
Creditor Name

HETAL SHAH
Creditor's Notice name

50 MORTON STREET UNIT A
Address

| EAST RUTHERFORD | NJ | 07073 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                          21,971.25
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

| | |
|---|---|
| **3.297 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 260.00 |
| ERIE COUNTY COMPTROLLER | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 95 FRANKLIN STREET | Outstanding Accounts Payable |
| Address | |
| ROOM 1100 | |

| | | |
|---|---|---|
| BUFFALO | NY | 14202-3972 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.298 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,497.60 |
| ETHICAL PRODUCTS INC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 27 FEDERAL PLAZA | Outstanding Accounts Payable |
| Address | |

| | | |
|---|---|---|
| BLOOMFIELD | NJ | 07003 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.299** **Nonpriority creditor's name and mailing address**

ETNA PRODUCTS COMPANY INC
Creditor Name

LARISA KATS, NATASHA PEVZNER
Creditor's Notice name

99 MADISON AVENUE
Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                64,042.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.300** **Nonpriority creditor's name and mailing address**

EVANS DELIVERY COMPANY INC.
Creditor Name

ANITA SMITH
Creditor's Notice name

PO Box 62892
Address

| Baltimore | MD | 21264 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                575.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.301** **Nonpriority creditor's name and mailing address**

EVERGREEN USA LLC
Creditor Name

SUMMER ABDALLA
Creditor's Notice name

380 MOUNTAIN ROAD
Address

SUITE 206

| UNION CITY | NJ | 07087 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 104,107.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.302** **Nonpriority creditor's name and mailing address**

Eversource - Store #7005
Creditor Name

Creditor's Notice name

PO Box 56007
Address

| Boston | MA | 02205-6007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 6,465.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.303  Nonpriority creditor's name and mailing address**

Eversource - Store #7021 Gas

Creditor Name

Creditor's Notice name

PO Box 56002

Address

| Boston | MA | 02205-6002 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,084.90

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.304  Nonpriority creditor's name and mailing address**

Eversource - Store #7046

Creditor Name

Creditor's Notice name

PO Box 56003

Address

| Boston | MA | 02205-6003 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 9,922.08

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.305 Nonpriority creditor's name and mailing address**

Eversource # 7008

Creditor Name

Creditor's Notice name

PO BOX 56007

Address

| Boston | MA | 02205-6007 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,930.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.306 Nonpriority creditor's name and mailing address**

Eversource # 7023

Creditor Name

Creditor's Notice name

PO BOX 56003

Address

| Boston | MA | 02205-6003 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,031.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.307  Nonpriority creditor's name and mailing address**

Eversource # 7027

Creditor Name

Creditor's Notice name

PO BOX 56007

Address

| Boston | MA | 02205-6007 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  2,340.66

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.308  Nonpriority creditor's name and mailing address**

EVERSOURCE # 7043 Gas

Creditor Name

Creditor's Notice name

PO BOX 56004

Address

| Boston | MA | 02205-6004 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  1,565.28

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.309 Nonpriority creditor's name and mailing address**

Everstar Merchandise
Creditor Name

Lisa Bittle Tancredi
Creditor's Notice name

1313 North Market Street, Suite 1200
Address

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.310 Nonpriority creditor's name and mailing address**

Evriholder Products, LLC
Creditor Name

SHUNTAE SANJURJO
Creditor's Notice name

1500 S LEWIS STREET
Address

| ANAHEIM | CA | 92805 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 30,178.20
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*    23-10576

---

**3.311**  **Nonpriority creditor's name and mailing address**

Executive IT LLC
Creditor Name

Creditor's Notice name

4045 Five Forks Trickum Road SW
Address

Suite B9-240

| | | |
|---|---|---|
| Lilburn | GA | 30047 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    3,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.312**  **Nonpriority creditor's name and mailing address**

EXIST INC.
Creditor Name

Creditor's Notice name

1650 NW 23RD AVENUE
Address

| | | |
|---|---|---|
| FT LAUDERDALE | FL | 33311 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    184,874.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.313 Nonpriority creditor's name and mailing address**

EXTRA SPORTSWEAR INC.
Creditor Name

SHAINA SILVERSTEIN
Creditor's Notice name

1407 Broadway
Address

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                156,018.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.314 Nonpriority creditor's name and mailing address**

EZDriveMA - Customer Service Center
Creditor Name

Creditor's Notice name

PO Box 632
Address

| Auburn | MA | 01501-0632 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                272.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*:  23-10576

**3.315 Nonpriority creditor's name and mailing address**

FAAN Advisors Group Inc

Creditor Name

Creditor's Notice name

20 Adelaide Street East

Address

Unit 920

| Toronto | ON | M5C 2T6 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                106,115.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.316 Nonpriority creditor's name and mailing address**

FARMER JON'S POPCORN

Creditor Name

Creditor's Notice name

25-55 Phil Banks Way

Address

| ROCHESTER | NY | 14613 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  11,970.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.317 Nonpriority creditor's name and mailing address**

FASHION ACCENTS
Creditor Name

John Martin
Creditor's Notice name

100 NASHUA STREET
Address

PROVIDENCE | RI | 02904
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 98,794.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.318 Nonpriority creditor's name and mailing address**

FEDERAL HEATH SIGN COMPANY LLC
Creditor Name

Creditor's Notice name

PO BOX 670222
Address

DALLAS | TX | 75267-0222
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 158,166.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

Name

**3.319 Nonpriority creditor's name and mailing address**

FEDERATED SERVICE SOLUTIONS

Creditor Name

Creditor's Notice name

41100 Plymouth RD

Address

suite 165

| Plymouth | MI | 48170 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                144,912.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.320 Nonpriority creditor's name and mailing address**

FEDEX

Creditor Name

Creditor's Notice name

P.O. BOX 371461

Address

| PITTSBURGH | PA | 15250-7461 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                62.02

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 161 of 549

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.321** **Nonpriority creditor's name and mailing address**

FEDEX FREIGHT
Creditor Name

Creditor's Notice name

PO BOX 223125
Address

| Pittsburgh | PA | 15251-2125 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          82.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.322** **Nonpriority creditor's name and mailing address**

Felitti, Maureen
Creditor Name

Cartier Bernstein Auerbach & teinberg, P.C.
Creditor's Notice name

100 Austin Street Building 2
Address

| Patchogue | NY | 11772 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          Unknown
*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.323 Nonpriority creditor's name and mailing address**

Fenzau

Creditor Name

Creditor's Notice name

Address on File

Address

City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $     Unknown

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.324 Nonpriority creditor's name and mailing address**

FERRARA CANDY COMPANY INC

Creditor Name

GRACIELA PICAZO

Creditor's Notice name

PO BOX 734643

Address

| DALLAS | TX | 75373-4643 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $     72,945.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.325 Nonpriority creditor's name and mailing address**

FERRERO USA INC.
Creditor Name

MARIETTE RIGGINS
Creditor's Notice name

26034 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1260 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 101,459.16
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.326 Nonpriority creditor's name and mailing address**

Fezza, Catherine
Creditor Name

Robert K. Young & Associates, P.C.
Creditor's Notice name

2284 Babylon Turnpike
Address

| Merrick | NY | 11566 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*   23-10576

**3.327** **Nonpriority creditor's name and mailing address**

FGX INTERNATIONAL

Creditor Name

Creditor's Notice name

500 GEORGE WASHINGTON HWY

Address

| SMITHFIELD | RI | 02917 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                94,061.06

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.328** **Nonpriority creditor's name and mailing address**

FICOSOTA MARKETING NEW YORK LLC

Creditor Name

MARIN GRIGOROV, VESELIN CENOV

Creditor's Notice name

258 Newark Street Floor 3

Address

suite 300

| Hoboken | NJ | 07030 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                28,342.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.329 Nonpriority creditor's name and mailing address**

Figg Inc
Creditor Name

Creditor's Notice name

2561 Territorial Rd
Address

| St Paul | MN | 55114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 111,430.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.330 Nonpriority creditor's name and mailing address**

FIJI WATER COMPANY LLC
Creditor Name

DAWN DAVIS
Creditor's Notice name

P.O. BOX 202597
Address

| DALLAS | TX | 75320 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 17,220.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Christmas Tree Shops, LLC

Case number *(if known)*:   23-10576
Name

**3.331 Nonpriority creditor's name and mailing address**

FINANCE ONE INC.
Creditor Name

ELBA PLASCENCIA
Creditor's Notice name

P.O. BOX 740952
Address

| | | |
|---|---|---|
| LOS ANGELES | CA | 90074 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 196,830.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.332 Nonpriority creditor's name and mailing address**

FINE FOOD HOLDINGS PTY LTD
Creditor Name

JANELLE HART
Creditor's Notice name

c/o McKenna Marketing
Address

100 Brannan St., Suite 211

| | | |
|---|---|---|
| San Francisco | CA | 94103 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 10,730.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.333 Nonpriority creditor's name and mailing address**

FIRST DATA CORP INTEGRATED PAY

Creditor Name

Creditor's Notice name

SYSTEMS / ACCOUNTING DEPT

Address

P.O. BOX 2021

| ENGLEWOOD | CO | 80150-2021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  82,653.14

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.334 Nonpriority creditor's name and mailing address**

FISHER-PRICEINC.

Creditor Name

Creditor's Notice name

REF#346823-7912

Address

PO BOX 198049

| ATLANTA | GA | 30384-8049 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  10,414.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 27,075.90 |

Flexecution Inc
Creditor Name

Creditor's Notice name

16601 Blanco Road # 200
Address

| San Antonio | TX | 78232 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 15,000.00 |

FLIPP CORPORATION
Creditor Name

HARPREET PARMAR, RITA TRAN
Creditor's Notice name

PO Box 18258
Address

| PALATINE | IL | 60055-8258 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

**3.337 Nonpriority creditor's name and mailing address**

FLOMO dba Nygala Corp

Creditor Name

ANDREANA SEILLER

Creditor's Notice name

115 MOONACHIE AVENUE

Address

| MOONACHIE | NJ | 07074 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 268,541.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.338 Nonpriority creditor's name and mailing address**

Florida Power & Light Co. #7090

Creditor Name

Creditor's Notice name

General Mail Facility

Address

| Miami | FL | 33188-0001 |
|-------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,136.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC _____  Case number *(if known)*: 23-10576

Name

---

**3.339 Nonpriority creditor's name and mailing address**

Florida Power & Light Co. #7091
Creditor Name

_____
Creditor's Notice name

General Mail Facility
Address

_____

| Miami | FL | 33188-0001 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  6,598.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.340 Nonpriority creditor's name and mailing address**

FOOD IRELAND LLC
Creditor Name

JOHN DURKIN
Creditor's Notice name

230 EAST THIRD STREET
Address

_____

| MOUNT VERNON | NY | 10553 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  11,881.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.341 Nonpriority creditor's name and mailing address**

FORTRA, LLC.
Creditor Name

Creditor's Notice name

P.O. BOX 735324
Address

| Chicago | IL | 60673-5324 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 92,088.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.342 Nonpriority creditor's name and mailing address**

FOUR SEASONS GEN MERCHANDISE
Creditor Name

ROBERT BOBADILLA
Creditor's Notice name

2801 E. VERNON AVE
Address

| LOS ANGELES | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33,128.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.343 Nonpriority creditor's name and mailing address**

Fox Run Group LLC
Creditor Name

Creditor's Notice name

P.O. Box 105
Address

| Allentown | NJ | 08501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  15,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.344 Nonpriority creditor's name and mailing address**

FR ASSEMBLY SQ- PROP #180-1008
Creditor Name

Creditor's Notice name

1626 EAST JEFFERSON STREET
Address

| ROCKVILLE | MD | 20852 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 255,675.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known):*    23-10576

**3.345 Nonpriority creditor's name and mailing address**

FRATERNALE ASSOCIATES INC.
Creditor Name

ALLISON SCHWARTZ
Creditor's Notice name

50 SOUTH BUCKHOUT STREET
Address

| IRVINGTON | NY | 10533 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                6,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.346 Nonpriority creditor's name and mailing address**

Frederick, Sherry L.
Creditor Name

Sacco & Fillas
Creditor's Notice name

2160 North Central Road Suite 100-3
Address

| Fort Lee | NJ | 07024 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

---

**3.347 Nonpriority creditor's name and mailing address**

Fredericks

Creditor Name

Mark J. Byrne

Creditor's Notice name

Cincinnati Club Building

Address

30 Garfield Place, Suite 905

Jacobs, Kleinman, Seibel & McNally LPA

| Cincinnati | OH | 45202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.348 Nonpriority creditor's name and mailing address**

Free Range Ashbridge, ILLC

Creditor Name

Kaplan Stewart & Daniel R Ultain

Creditor's Notice name

910 Harvest Drive

Address

| Blue Bell | PA | 19422-7065 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*: 23-10576

**3.349** **Nonpriority creditor's name and mailing address**

Free Range Ashbridge, LLC
Creditor Name

_____
Creditor's Notice name

120 Pennsylvania Avenue
Address

_____

| Malvern | PA | 19355 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                117,009.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.350** **Nonpriority creditor's name and mailing address**

FRESHLINK DBA PREPARA
Creditor Name

YSABEL STRUNK
Creditor's Notice name

PO Box 77000
Address

Dept #771706

| Detroit | MI | 48277-1706 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  10,299.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.351 Nonpriority creditor's name and mailing address**

FRITO-LAY

Creditor Name

DEBORAH SHANNON

Creditor's Notice name

75 REMITTANCE DRIVE

Address

SUITE 1217

| CHICAGO | IL | 60675-1217 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    12,090.67

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.352 Nonpriority creditor's name and mailing address**

Frommelt Equipment Company, Inc.

Creditor Name

Creditor's Notice name

P.O. BOX 10

Address

| N READING | MA | 01864 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    17,269.33

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.353  Nonpriority creditor's name and mailing address**

FROST ASSOCIATES LLC
Creditor Name

C/O BOULOS ASSET MGNT
Creditor's Notice name

ONE CANAL PLAZA SUITE 500
Address

| PORTLAND | ME | 04101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 59,511.30
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.354  Nonpriority creditor's name and mailing address**

FTI CAPITAL ADVISORS
Creditor Name

Creditor's Notice name

79 Wellington Street West Suite 2010
Address

PO Box 104

| Toronto | ON | M5K1G8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 560,854.10
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor:   Christmas Tree Shops, LLC

Case number *(if known)*   23-10576

---

**3.355** | **Nonpriority creditor's name and mailing address**

FUEL MANAGEMENT SER.INC.
Creditor Name

PAUL BRENNAN
Creditor's Notice name

P.O. BOX 739
Address

| SAGAMORE BEACH | MA | 02562 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    553.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address**

FUN WORLD INC.
Creditor Name

Creditor's Notice name

80 VOICE ROAD
Address

| CARLE PLACE | NY | 11514 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                48,095.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.357 Nonpriority creditor's name and mailing address**

FUNRISE INC
Creditor Name

IRINA TSYGUTKINA
Creditor's Notice name

PO BOX 845730
Address

| LOS ANGELES | CA | 91731 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 43,364.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.358 Nonpriority creditor's name and mailing address**

GALERIE INC
Creditor Name

C/O KEYBANK LOCKBOX
Creditor's Notice name

PO BOX 714582
Address

| CINCINNATI | OH | 45271 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,934.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.359 Nonpriority creditor's name and mailing address**

GALIL IMPORTING CORP.

Creditor Name

Creditor's Notice name

45 Gilpin Ave.

Address

| Hauppauge | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,188.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.360 Nonpriority creditor's name and mailing address**

Gallagher Basset/SDR Claims Funding

Creditor Name

Client Financial Services

Creditor's Notice name

2850 Golf road

Address

| Rolling Meadows | IL | 60008 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.361 Nonpriority creditor's name and mailing address**

GARTNER STUDIOS INC
Creditor Name

Creditor's Notice name

PO BOX 1176
Address

| Bedford Park | IL | 60499 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,620.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.362 Nonpriority creditor's name and mailing address**

Gas South - Store #7083
Creditor Name

Creditor's Notice name

PO Box 530552
Address

| Atlanta | GA | 30353-0552 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 301.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.363** **Nonpriority creditor's name and mailing address**

Gas South # 7067

Creditor Name

Creditor's Notice name

PO Box 530552

Address

| Atlanta | GA | 30353-0552 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 523.18

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.364** **Nonpriority creditor's name and mailing address**

GCE International, Inc.

Creditor Name

CLAUDIA RODRIGUEZ

Creditor's Notice name

PO Box1036

Address

| Charlotte | NC | 28201 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 204,302.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*:  23-10576

**3.365 Nonpriority creditor's name and mailing address**

Genserve LLC
_____
Creditor Name

_____
Creditor's Notice name

100 Newton Road
_____
Address

_____

| Plainview | NY | 11803 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              1,332.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.366 Nonpriority creditor's name and mailing address**

GEORGIA POWER COMPANY
_____
Creditor Name

_____
Creditor's Notice name

96 Annex
_____
Address

_____

| Atlanta | GA | 30396-0001 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              3,899.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 184 of 549

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.367** **Nonpriority creditor's name and mailing address**

GERRIT J VERBURG CO
Creditor Name

IRINA MERZLYAKOVA
Creditor's Notice name

12238 GERMANY ROAD
Address

| FENTON | MI | 48430 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 72,495.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.368** **Nonpriority creditor's name and mailing address**

GERTEX USA INC.
Creditor Name

MARIA MORALES, ROSHANIE BAUL
Creditor's Notice name

PO BOX 64230
Address

| BALTIMORE | MD | 21264 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 85,480.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.369  Nonpriority creditor's name and mailing address**

GERVAIS MECHANICAL SERVICES LLC
Creditor Name

Creditor's Notice name

200 SOUTHBRIDGE STREET
Address

| AUBURN | MA | 01501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                857.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.370  Nonpriority creditor's name and mailing address**

Geswaldo, Tamela
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                Unknown
*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known):*   23-10576

**3.371 Nonpriority creditor's name and mailing address**

GET ENTERPRISES LLC

Creditor Name

Creditor's Notice name

PO BOX 22626

Address

| NEW YORK | NY | 10087-2626 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    4,794.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.372 Nonpriority creditor's name and mailing address**

GGS Partner LLC

Creditor Name

Creditor's Notice name

PO BOX 3075

Address

| Margate | NJ | 08402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    58,427.22

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.373  Nonpriority creditor's name and mailing address**

Ghirardelli Chocolate Company
Creditor Name

ANNA CONCEPCION, LEANN ESPINEIRA
Creditor's Notice name

PO BOX 202700
Address

| DALLAS | TX | 75320-2700 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                273,962.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.374  Nonpriority creditor's name and mailing address**

GINA GROUP
Creditor Name

JOE ARAKANCHI
Creditor's Notice name

10 WEST 33 ST., SUITE 312
Address

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                     102.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576
Name

**3.375 Nonpriority creditor's name and mailing address**

GLOBAL DISTRIBUTORS
Creditor Name

Creditor's Notice name

PO BOX 3545
Address

| TURLOCK | CA | 95381 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    48,249.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.376 Nonpriority creditor's name and mailing address**

GLORY INTERNATIONAL TRADING
Creditor Name

LILIS THU
Creditor's Notice name

530 RAY STREET
Address

| FREEPORT | NY | 11520 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    65,257.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 189 of 549

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.377 Nonpriority creditor's name and mailing address**

GODINGER SILVER ART LTD
Creditor Name

GITTY KUPCYZK
Creditor's Notice name

63-15 TRAFFIC AVENUE
Address

| RIDGEWOOD | NY | 11385 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 26,899.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.378 Nonpriority creditor's name and mailing address**

GOLDEN TICKET CONSULTING LLC
Creditor Name

Creditor's Notice name

1406 CLIFTON LANE
Address

| NASHVILLE | TN | 37215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 56,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.379** **Nonpriority creditor's name and mailing address**

GOOD2GROW LLC
Creditor Name

YVONNE MCCOY
Creditor's Notice name

PO BOX 731866
Address

| DALLAS | TX | 75373 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $ 15,785.28
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.380** **Nonpriority creditor's name and mailing address**

GOOGLE LLC
Creditor Name

Creditor's Notice name

PO BOX 883654
Address

| LOS ANGELES | CA | 90088-3654 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $ 65,716.64
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

---

**3.381** **Nonpriority creditor's name and mailing address**

GOURMET HOME PRODUCTS LLC
Creditor Name

BHASKAR SHRESTHA
Creditor's Notice name

347 FIFTH AVE., SUITE 506
Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              236,368.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.382** **Nonpriority creditor's name and mailing address**

GOURMET INTERNATIONAL LTD.
Creditor Name

GRACE JURRIES
Creditor's Notice name

5253 PATTERSON AVE SE
Address

| GRAND RAPIDS | MI | 49512 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               44,834.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.383** **Nonpriority creditor's name and mailing address**

GOYA FOODS INC.
Creditor Name

CINDY SANTA CRUZ, MICHELLE BRATMEYER
Creditor's Notice name

350 COUNTY ROAD
Address

| JERSEY CITY | NJ | 07307 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,035.34
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.384** **Nonpriority creditor's name and mailing address**

GRACIOUS LIVING CORPORATION
Creditor Name

ROSEMARY CECATINI
Creditor's Notice name

7200 MARTIN GROVE ROAD
Address

| WOODBRIDGE | ON | L4L 9J3 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 242,403.48
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.385 Nonpriority creditor's name and mailing address**

GRAINGER

Creditor Name

Creditor's Notice name

DEPT.887601879

Address

| PALATINE | IL | 60038-0001 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 10,143.42

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.386 Nonpriority creditor's name and mailing address**

GRAMERCY PRODUCTS LLC

Creditor Name

Creditor's Notice name

600 MEADOWLANDS PARKWAY

Address

SUITE 131

| SECAUCUS | NJ | 07094 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 87,812.82

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.387 Nonpriority creditor's name and mailing address**

GRANITE TELECOMMUNICATIONS LLC
Creditor Name

TAYLOR RONAN
Creditor's Notice name

P.O. BOX 1405
Address

| LEWISTON | MA | 04243-1405 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  197,093.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.388 Nonpriority creditor's name and mailing address**

GRAVITY SYSTEMS INC
Creditor Name

DAVE PALMER
Creditor's Notice name

150 MORRISTOWN ROAD SUITE 206
Address

| BERNARDSVILLE | NJ | 07924 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  4,057.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.389** **Nonpriority creditor's name and mailing address**

GRE ALTAMONTE LP
Creditor Name

HSBC BANK USA
Creditor's Notice name

HSBC BANK USA
Address

1 OLD COUNTRY ROAD

| MAITLAND | FL | 32751 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 69,551.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.390** **Nonpriority creditor's name and mailing address**

GREEN PARK SNACKS DBA HIPPEAS
Creditor Name

Creditor's Notice name

Dept # 41821
Address

PO BOX 650823

| Dallas | TX | 75265-0823 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 32,555.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.391 Nonpriority creditor's name and mailing address**

GTT AMERICAS LLC
Creditor Name

Creditor's Notice name

PO Box 842630
Address

| Dallas | TX | 75284-2630 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,289.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.392 Nonpriority creditor's name and mailing address**

HADDAD UNITED LLC
Creditor Name

Creditor's Notice name

330 HURST STREET
Address

| LINDEN | NJ | 07036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 65,631.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.393 Nonpriority creditor's name and mailing address**

HALLMARK MARKETING COMPANY LL (Hold)
Creditor Name

Creditor's Notice name

PO BOX 73642
Address

| CHICAGO | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,269.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.394 Nonpriority creditor's name and mailing address**

HAL'S BEVERAGE LLC
Creditor Name

Creditor's Notice name

57-65 48TH STREET
Address

57-65 48TH STREET

| MASPETH | NY | 11378 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.395** **Nonpriority creditor's name and mailing address**

HANDSTANDS ACCOUNTS PAYABLE
Creditor Name

Creditor's Notice name

1770 S 5350 W SUITE 100
Address

| SALT LAKE CITY | UT | 84104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 6,282.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.396** **Nonpriority creditor's name and mailing address**

HARIBO OF AMERICA INC
Creditor Name

LISA AGUIAR, TERI FOLDEN
Creditor's Notice name

28815 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1288 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 221,848.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*  23-10576

**3.397** **Nonpriority creditor's name and mailing address**

HARRY AND DAVID
Creditor Name

MARY BECK
Creditor's Notice name

PO BOX 712
Address

2500 SOUTH PACIFIC HIGHWAY

| MEDFORD | OR | 97501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                  55,776.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.398** **Nonpriority creditor's name and mailing address**

HAVE YOUR CAKE KITCHEN LLC
Creditor Name

NANCY KALISH
Creditor's Notice name

291 UNION STREET SUITE PHB
Address

| BROOKLYN | NY | 11231 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                  1,768.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
_____

Case number *(if known)*    23-10576
_____

**3.399 Nonpriority creditor's name and mailing address**

HDS TRADING CORP
_____
Creditor Name

BETH CALARA, LYNN JAMANDRON
_____
Creditor's Notice name

IDB BANK OF NY
_____
Address

1305 JERSEY AVENUE
_____

_____

| NORTH BRUNSWICK | NJ | 08902 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              51,478.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.400 Nonpriority creditor's name and mailing address**

HEMISPHERE TRADING OF NY LLC
_____
Creditor Name

JULIETA FALCONE
_____
Creditor's Notice name

42 WINDSOR PLACE
_____
Address

_____

| CENTRAL ISLIP | NY | 11722 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              5,295.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.401** **Nonpriority creditor's name and mailing address**

HENRY LAMBERTZ INC
Creditor Name

Creditor's Notice name

373D US HIGHWAY 46 UNIT 210
Address

| FAIRFIELD | NJ | 07004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                64,390.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.402** **Nonpriority creditor's name and mailing address**

HERITAGE HOME FASHIONS INC
Creditor Name

Creditor's Notice name

5000 JEAN TALON OUEST
Address

SUITE 150

| MONTREAL | QC | H4P 1W9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                23,390.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.403 Nonpriority creditor's name and mailing address**

HERR FOODS INC
Creditor Name

TAMMY DUNLAP
Creditor's Notice name

PO BOX 300
Address

| NOTTINGHAM | PA | 19362 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,230.80
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.404 Nonpriority creditor's name and mailing address**

HICKORY FARMS INC
Creditor Name

JACK PARNELLO
Creditor's Notice name

PO BOX 775530
Address

| CHICAGO | IL | 60677-5530 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 248,724.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.405 Nonpriority creditor's name and mailing address**

HIGH POINT DESIGN LLC
Creditor Name

Creditor's Notice name

75 REMITTANCE DRIVE
Address

DEPT. 1535

| CHICAGO | IL | 60675-1535 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,811.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.406 Nonpriority creditor's name and mailing address**

HIGH POINTE COMMONS II-HAP LP
Creditor Name

C/O LEVIN MANAGEMENT CORP
Creditor's Notice name

PO BOX 326
Address

| PLAINFIELD | NJ | 07061 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 105,673.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.407 Nonpriority creditor's name and mailing address**

HIGHLAND WOODCRAFTERS

Creditor Name

ANNETTE EISING, TAMMY HULSEY

Creditor's Notice name

PO Box 1509

Address

Ocala            FL            34478-1509

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            114,570.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.408 Nonpriority creditor's name and mailing address**

HIMATSINGKA AMERICA INC.

Creditor Name

NAVEEN KHARVI

Creditor's Notice name

CIT GROUP/COMMERCIAL SERV

Address

PO BOX 1036

Charlotte            NC            28201-1036

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            82,760.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.409 Nonpriority creditor's name and mailing address**

Hinckley Allen & Snyder LLP
Creditor Name

Creditor's Notice name

100 Westminster Street
Address

Suite 1500

| Providence | RI | 02903-2319 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 23,851.66

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.410 Nonpriority creditor's name and mailing address**

HISTORY AND HERALDRY
Creditor Name

JAMES STANISLAV
Creditor's Notice name

4525 NW 41ST ST STE 150
Address

| RIVERSIDE | MO | 64150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 78,484.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

**3.411 Nonpriority creditor's name and mailing address**

Holloway House, Inc
Creditor Name

COLLEEN TITUS
Creditor's Notice name

309 Business Park Dr
Address

PO box 158

| Fortville | IN | 46040 |
|-----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,366.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.412 Nonpriority creditor's name and mailing address**

Holyoke Crossing, LLC
Creditor Name

c/o Prestige Properties & Devt
Creditor's Notice name

546 Fifth Avenue, 15th Fl.
Address

| New York | NY | 10036 |
|----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 179,932.78
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

**3.413 Nonpriority creditor's name and mailing address**

HOME EXPRESSIONS INC

Creditor Name

IKE SAFF

Creditor's Notice name

2015 Lincoln Hwy

Address

| EDISON | NJ | 08817 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 29,673.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.414 Nonpriority creditor's name and mailing address**

Home Fashions International, LLC

Creditor Name

PAM SARRATT

Creditor's Notice name

859 Victory Trail

Address

| Gaffney | SC | 29340 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 23,364.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

**3.415  Nonpriority creditor's name and mailing address**

HOMEDICS USA LLC
Creditor Name

PATTY MCNICHOLAS
Creditor's Notice name

62377 COLLECTIONS CENTER DRIVE
Address

| CHICAGO | IL | 60693-0623 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    12,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.416  Nonpriority creditor's name and mailing address**

HOMETOWN BCN
Creditor Name

Creditor's Notice name

3245 Holeman Ave
Address

| South Chicago Heights | IL | 60411 |
|-----------------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                     6,553.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

---

**3.417  Nonpriority creditor's name and mailing address**

HOMETOWN FOOD COMPANY
Creditor Name

RENEE DORON
Creditor's Notice name

ACCOUNT COLLECTION
Address

PO BOX 776731

| CHICAGO | IL | 60677 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                66,989.88

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.418  Nonpriority creditor's name and mailing address**

HONEY CAN DO INTERNATIONAL LLC
Creditor Name

Creditor's Notice name

DEPT. 10455
Address

PO BOX 87618

| CHICAGO | IL | 60680-0618 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                10,735.20

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.419 Nonpriority creditor's name and mailing address**

Hormel Foods Corp. & Subsidiaries/JP Morgan
Creditor Name

BROOKE MUELLER
Creditor's Notice name

Hormel Foods Sales LLC
Address

Financial Services Corp.

BOX 13095

| NEWARK | NJ | 07188-3095 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              34,818.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.420 Nonpriority creditor's name and mailing address**

HOSTESS BRANDS LLC
Creditor Name

DAWN HEINEKEN
Creditor's Notice name

PO BOX 205103
Address

| DALLAS | TX | 75320 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $             399,233.14

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.421** **Nonpriority creditor's name and mailing address**

HUGSMART PRODUCTS INC.

Creditor Name

Creditor's Notice name

317 - 8988 Fraserton Court

Address

| Burnaby | BC | V5J 5H8 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 81,120.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.422** **Nonpriority creditor's name and mailing address**

HUNDLEY LANE GROUP INC

Creditor Name

Creditor's Notice name

470 W BROAD ST #1101

Address

| COLUMBUS | OH | 43215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 164,876.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

---

**3.423  Nonpriority creditor's name and mailing address**

Hyannis Water System

Creditor Name

Creditor's Notice name

47 Old Yarmouth Rd

Address

| Hyannis | MA | 02601 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    279.54

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.424  Nonpriority creditor's name and mailing address**

HYGRADE/LDF INDUSTRIES INC

Creditor Name

BOB HUNNEWELL

Creditor's Notice name

30 WARSOFF PLACE

Address

| BROOKLYN | NY | 11205 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    46,110.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| | |
|---|---|
| **3.425** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 56,697.02 |

ICONIC CANDY
Creditor Name

Creditor's Notice name

285 Deerfield Rd
Address

| Morganville | NJ | 07751 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.426** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 13,305.60 |

IG DESIGN GROUP AMERICAS
Creditor Name

KAREN STINNER
Creditor's Notice name

DEPT. 3698
Address

PO BOX 123698

| DALLAS | TX | 75312 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*   23-10576

**3.427  Nonpriority creditor's name and mailing address**

IGLOO BOOKS LTD

Creditor Name

Creditor's Notice name

PO Box 70660

Address

| Chicago | IL | 60673-0660 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           17,666.02
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.428  Nonpriority creditor's name and mailing address**

IKEA PROPERTY, INC

Creditor Name

Creditor's Notice name

PO BOX 326

Address

| PLAINFIELD | NJ | 07061 |
|------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          248,841.61
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*   23-10576
_____

**3.429** **Nonpriority creditor's name and mailing address**

IKO IMPORTS LLC
_____
Creditor Name

_____
Creditor's Notice name

313 5TH AVE
_____
Address

3RD FLOOR
_____

_____

NEW YORK          NY          10016
_____
City              State       ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              20,052.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.430** **Nonpriority creditor's name and mailing address**

IMPERIAL DISTRIBUTORS INC
_____
Creditor Name

JOY KELLER
_____
Creditor's Notice name

150 BLACKSTONE RIVER ROAD
_____
Address

_____

WORCESTER         MA          01607
_____
City              State       ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             482,493.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.431** **Nonpriority creditor's name and mailing address**

INABA FOODS USA, INC

Creditor Name

GEORGIA GAVALAS

Creditor's Notice name

19191 S. VERMONT AVENUE SUITE 1050

Address

| TORRANCE | CA | 90502 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $  17,247.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.432** **Nonpriority creditor's name and mailing address**

INDECOR HOME LLC

Creditor Name

RAJESH REDDY, SANYEL MELVIN

Creditor's Notice name

PO Box 730718

Address

| Dallas | TX | 75373-0718 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $  46,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.433** **Nonpriority creditor's name and mailing address**

Indeed, Inc

Creditor Name

Creditor's Notice name

PO Box 660367

Address

Mail Code 5160

Dallas     TX     75266-0367

City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     17,896.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.434** **Nonpriority creditor's name and mailing address**

Independent Electric Supply

Creditor Name

Creditor's Notice name

41 Inner Belt Road

Address

Somerville     MA     02143

City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $     112,690.41

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.435  Nonpriority creditor's name and mailing address**

INFOMERICA INC
Creditor Name

PRITI JAIN
Creditor's Notice name

252 TOWNE VILLAGE DR
Address

| | | |
|---|---|---|
| CARY | NC | 27513 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    121,869.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.436  Nonpriority creditor's name and mailing address**

Insauto, Giovanni
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    Unknown
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Christmas Tree Shops, LLC    Case number *(if known)*: 23-10576

**3.437 Nonpriority creditor's name and mailing address**

INSIDE OUT MOBILE WASHING INC
Creditor Name

KARISSA DEREE
Creditor's Notice name

P.O. BOX 212
Address

| MIDDLEBORO | MA | 02346 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,032.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.438 Nonpriority creditor's name and mailing address**

INTELLIGRATED SYSTEMS LLC
Creditor Name

Creditor's Notice name

16996 COLLECTIONS CENTER DRIVE
Address

| CHICAGO | IL | 60693-0169 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 51,756.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.439 Nonpriority creditor's name and mailing address**

INTERNATIONAL COLOR SERVICES

Creditor Name

Creditor's Notice name

15550 N 84TH ST

Address

SUITE 105

| SCOTTSDALE | AZ | 85260 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    6,123.79
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.440 Nonpriority creditor's name and mailing address**

INTERNATIONAL PURCHASE SYSTEMS

Creditor Name

Creditor's Notice name

534 FURNACE DOCK ROAD

Address

| CORTLANDT MANOR | NY | 10567-6219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    9,861.20
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

| | |
|---|---|
| 3.441 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 67,105.64 |

INTERNATIONAL WHOLESALE INC
Creditor Name

*Check all that apply.*

DAVID BARGAMIAN
Creditor's Notice name

☐ Contingent
☐ Unliquidated
☐ Disputed

4000 ALLEN RD.
Address

**Basis for the claim:**

Outstanding Accounts Payable

| ALLEN PARK | MI | 48101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account**

**number**

| | |
|---|---|
| 3.442 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 439,524.00 |

INTERSOFT DATA LABS INC
Creditor Name

*Check all that apply.*

SANJAY MEHRA
Creditor's Notice name

☐ Contingent
☐ Unliquidated
☐ Disputed

5850 WATERLOO RD
Address

**Basis for the claim:**

STE 245

Outstanding Accounts Payable

| COLUMBIA | MD | 21045 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account**

**number**

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)* | 23-10576 |
|---|---|---|---|
| | Name | | |

**3.443 Nonpriority creditor's name and mailing address**

INTRASTATE DISTRIBUTORS INC.
Creditor Name

LAITH KOJA
Creditor's Notice name

20021 Exeter Street
Address

| DETROIT | MI | 48203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,724.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.444 Nonpriority creditor's name and mailing address**

INVISORS LLC
Creditor Name

ALYSSA DELANEY
Creditor's Notice name

2000 PGA BLVD
Address

SUITE 4440

| PALM BEACH GARDENS | FL | 33408 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 74,987.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Christmas Tree Shops, LLC

Case number *(if known)*:   23-10576

**3.445** **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN RECORDS MANAGEME
Creditor Name

Creditor's Notice name

P.O. BOX 27128
Address

| NEW YORK | NY | 10087-7128 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $          2,694.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.446** **Nonpriority creditor's name and mailing address**

ISAMAX SNACKS INC
Creditor Name

Creditor's Notice name

1 COMMONWEALTH AVE
Address

| GARDINER | ME | 04345 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $          7,560.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

Name

**3.447 Nonpriority creditor's name and mailing address**

ISRAEL GIFTWARE DESIGNS

Creditor Name

MARC ERLICH

Creditor's Notice name

1280 INDUSTRIAL BLVD

Address

| SOUTHHAMPTON | PA | 18966 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,080.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.448 Nonpriority creditor's name and mailing address**

IVT WESTPARK GLEN ALLEN LLC

Creditor Name

Creditor's Notice name

2809 BUTTERFIELD ROAD

Address

BLDG 44737

| OAK BROOK | IL | 60523 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 85,838.59

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.449 Nonpriority creditor's name and mailing address**

J CALL DESIGNS LLC DBA ANAYA
Creditor Name

JOHATHAN CALL
Creditor's Notice name

1508 Bay Road
Address

Unit N606

| Miami Beach | FL | 33139 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,381.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.450 Nonpriority creditor's name and mailing address**

J M SMUCKER COMPANY
Creditor Name

JOANNE TROGDON, SHARAI KEOUGH
Creditor's Notice name

39198 TREASURY CENTER
Address

| CHICAGO | IL | 60694 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21,091.20
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

Name

**3.451** **Nonpriority creditor's name and mailing address**

JACK-POST
Creditor Name

TYLER GEARHART
Creditor's Notice name

800 East Third street
Address

| Buchanan | MI | 49107 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                16,088.04
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.452** **Nonpriority creditor's name and mailing address**

JACKSON LEWIS PC
Creditor Name

Creditor's Notice name

P.O. BOX 416019
Address

| BOSTON | MA | 02241-6019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                16,861.90
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.453 Nonpriority creditor's name and mailing address**

JACOBSENS BAKERY LTD
Creditor Name

CARSTEN JACOBSEN
Creditor's Notice name

DEPT CH 10776
Address

| PALATINE | IL | 60055 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                52,896.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.454 Nonpriority creditor's name and mailing address**

JAKKS SALES CORP
Creditor Name

Creditor's Notice name

PO BOX 772704
Address

| Detroit | MI | 48277-2704 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                64,058.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 6,849.90 |

**3.455  Nonpriority creditor's name and mailing address**

JAM'N PRODUCTS INC.
Creditor Name

GILBERT LOPEZ
Creditor's Notice name

4199 BANDINI BLVD
Address

SUITE A

| VERNON | CA | 90058 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 6,849.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.456  Nonpriority creditor's name and mailing address**

JARDEN HOME BRANDS
Creditor Name

Creditor's Notice name

Rubbermaid
Address

75 REMITTANCE DRIVE SUITE 1167

| CHICAGO | IL | 60675-1167 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 18,769.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.457 Nonpriority creditor's name and mailing address**

JAY IMPORT COMPANY INC.
Creditor Name

NICOLE RICHTER
Creditor's Notice name

PO Box 782722
Address

| Philadelphia | PA | 19178-1802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    37,302.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.458 Nonpriority creditor's name and mailing address**

JAYONE FOODS INC
Creditor Name

Creditor's Notice name

7212 ALONDRA BLVD
Address

| PARAMOUNT | CA | 90723 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    23,322.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.459** **Nonpriority creditor's name and mailing address**

JBL TRADING LLC dba CREST MILLS
Creditor Name

DOLLY JONES
Creditor's Notice name

PO Box 712468
Address

| Philadelphia | PA | 19171-2468 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                81,242.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.460** **Nonpriority creditor's name and mailing address**

JBM Imports, Inc
Creditor Name

DAVID MINTZ
Creditor's Notice name

125 WASHINGTON STREET
Address

UNIT 4

| FOXBORO | MA | 02035 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                39,576.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.461** **Nonpriority creditor's name and mailing address**

JCTC HOLDINGS LLC

Creditor Name

C/O HAMPTON PROPERTIES INC

Creditor's Notice name

125 GAGNON ST SUITE 201

Address

| MONTREAL | NL | H4N 1T1 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    86,066.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.462** **Nonpriority creditor's name and mailing address**

JD GRAPHIC CO INC

Creditor Name

Creditor's Notice name

1101 ARTHUR AVE

Address

| ELK GROVE VILLAGE | IL | 60007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    7,090.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.463 Nonpriority creditor's name and mailing address**

JDA Enterprises, Inc.
Creditor Name

SAM ALLEGRINI
Creditor's Notice name

131 JACOBS LANE
Address

| NORWELL | MA | 02061 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 19,858.40
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.464 Nonpriority creditor's name and mailing address**

JEAN PIERRE COSMETICS
Creditor Name

REEMA RAMDHAN
Creditor's Notice name

320 5TH AVE 3RD FLOOR
Address

| NEW YORK | NY | 10001 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 10,749.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.465  Nonpriority creditor's name and mailing address**

Jem Accessories Inc

Creditor Name

Creditor's Notice name

110 Fieldcrest Ave, 7th Floor

Address

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              57,660.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.466  Nonpriority creditor's name and mailing address**

Jersey Central Power & Light - Store #7063

Creditor Name

Creditor's Notice name

PO Box 16001

Address

| Reading | PA | 19612-6001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              3,112.71

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.467 Nonpriority creditor's name and mailing address**

Jesta I.S. (USA) Inc.
Creditor Name

Creditor's Notice name

755 rue Berri, Suite 200
Address

| Montreal | QC | H2Y 3E5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 81,515.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.468 Nonpriority creditor's name and mailing address**

JIANGSU ROYAL HOME USA, INC.
Creditor Name

ALLEN BEST
Creditor's Notice name

13451 South Point Blvd
Address

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,270.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)* 23-10576

Name

**3.469 Nonpriority creditor's name and mailing address**

JJAAMM LLC

Creditor Name

MICHAEL BROSHAT

Creditor's Notice name

Wrap-It Storage

Address

9040 Highview Lane

| Woodbury | MN | 55125 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 34,992.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.470 Nonpriority creditor's name and mailing address**

JLP TAYLOR LEASE

Creditor Name

C/O SCHOTTENSTEIN PROPERTY GRP

Creditor's Notice name

4300 E FIFTH AVE

Address

| COLUMBUS | OH | 43219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 57,866.66

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.471** **Nonpriority creditor's name and mailing address**

JNS Brands LLC DBA Pet Obsession
Creditor Name

EDGAR RODRIGUEZ, LISA GRECH
Creditor's Notice name

ROSENTHAL & ROSENTHAL
Address

PO BOX 88926

| CHICAGO | IL | 60695 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   22,200.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.472** **Nonpriority creditor's name and mailing address**

JODHPURI INC.
Creditor Name

MADHURI MODY
Creditor's Notice name

260A WALSH DRIVE
Address

| PARSIPPANY | NJ | 07054 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   188,640.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 237 of 549

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.473** | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ 7,929.60
--- | --- | --- | --- | ---

JOFFER BEVERAGE COMPANY LLC
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

PO Box 1344
Address

**Basis for the claim:**

Outstanding Accounts Payable

| Jacksonville | OR | 97530 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

**3.474** | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ 28,728.00
--- | --- | --- | --- | ---

JOHN ZIDIAN CO, INC.
Creditor Name

*Check all that apply.*

ANITA GALLO
Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

PO Box 72342
Address

**Basis for the claim:**

Outstanding Accounts Payable

| Cleveland | OH | 44192 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.475 Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS INC
Creditor Name

Creditor's Notice name

PO BOX 371994
Address

| PITTSBURGH | PA | 15250-7994 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                168.27
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.476 Nonpriority creditor's name and mailing address**

Jones Soda Co
Creditor Name

KAYLA WESSEL
Creditor's Notice name

Accounting Dept.
Address

PO Box 80526

| Seattle | WA | 98108 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             23,618.94
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.477** **Nonpriority creditor's name and mailing address**

JORDAN TAYLOR INC
Creditor Name

ARACELIS RODRIGUEZ
Creditor's Notice name

40 24 22ND ST. GROUND LEVEL
Address

| LONG ISLAND CITY | NY | 11101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $          28,800.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.478** **Nonpriority creditor's name and mailing address**

JSM AT BRICK LLC
Creditor Name

Creditor's Notice name

1260 STELTON ROAD
Address

| PISCATAWAY | NJ | 08854 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $          110,135.24

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*   23-10576

**3.479** **Nonpriority creditor's name and mailing address**

JUANITA'S SNACKS

Creditor Name

DBA COSMOS CREATIONS

Creditor's Notice name

DBA COSMOS CREATIONS

Address

395 EAST FIRST AVENUE

| JUNCTION CITY | OR | 97448 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 72,051.84

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.480** **Nonpriority creditor's name and mailing address**

KAESER COMPRESSORS INC.

Creditor Name

JODY VANCE

Creditor's Notice name

P.O. BOX 946

Address

| FREDERICKSBURG | VA | 22404-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 2,708.47

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*   23-10576

**3.481  Nonpriority creditor's name and mailing address**

KAFFE MAGNUM OPUS

Creditor Name

Creditor's Notice name

20 Bogden Blvd

Address

| MILLVILLE | NJ | 08332 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    12,870.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.482  Nonpriority creditor's name and mailing address**

KALEEN

Creditor Name

JANE CAMPBELL

Creditor's Notice name

PO BOX 1053

Address

| DALTON | GA | 30722 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    60,326.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

Name

**3.483** **Nonpriority creditor's name and mailing address**

KAPPA BOOKS PUBLISHERS LLC

Creditor Name

Creditor's Notice name

PO BOX 91

Address

FORT WASHINGTON | PA | 19034
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 22,129.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.484** **Nonpriority creditor's name and mailing address**

KAREWAY PRODUCT INC

Creditor Name

TIFFANY CHOI

Creditor's Notice name

2550 S DOMINGUEZ HILLS DR

Address

COMPTON | CA | 90220
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 10,452.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.485 Nonpriority creditor's name and mailing address**

KATHY KAYE FOODS LLC
Creditor Name

JADE MAURER
Creditor's Notice name

695 W 1700 S BLDG # 30
Address

| LOGAN | UT | 84321 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,995.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.486 Nonpriority creditor's name and mailing address**

KEE ENTERPRISES INC
Creditor Name

LORRAINE DEPONTE
Creditor's Notice name

PO BOX 1663
Address

| HARWICH | MA | 02645-0000 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,675.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.487** **Nonpriority creditor's name and mailing address**

KENNEDY INTERNATIONAL INC.
Creditor Name

LISA BARLAK
Creditor's Notice name

1800 WATER WORKS ROAD
Address

| OLD BRIDGE | NJ | 08857 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 131,132.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.488** **Nonpriority creditor's name and mailing address**

KENNYS CANDY AND CONFECTIONS
Creditor Name

AMANDA DOLL
Creditor's Notice name

PO Box 735585
Address

| Dallas | TX | 75373-5585 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,641.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| | |
|---|---|
| Name | |

**3.489** **Nonpriority creditor's name and mailing address**

KENOVER MARKETING CORP DBA KAY
Creditor Name

Creditor's Notice name

72 NEW HOOK RD
Address

PO BOX 82

| BAYONNE | NJ | 07002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,376.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.490** **Nonpriority creditor's name and mailing address**

KERVAN USA
Creditor Name

LISA DELONG
Creditor's Notice name

1139 LEHIGH AVENUE
Address

SUITE 300

| WHITEHALL | PA | 18052 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,514.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.491 Nonpriority creditor's name and mailing address**

Kessler Design Associates, LLC
Creditor Name

DENNIS KESSLER
Creditor's Notice name

33 Lake Michigan Drive
Address

| Little Egg Harbor | NJ | 08087 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,637.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.492 Nonpriority creditor's name and mailing address**

KEURIG GREEN MOUNTAIN INC
Creditor Name

Creditor's Notice name

PO BOX 414159
Address

| BOSTON | MA | 02241-4159 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 30,528.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.493 Nonpriority creditor's name and mailing address**

KEYCRAFT AMERICA TOYS INC.
Creditor Name

FIONA MURRAY
Creditor's Notice name

Keycraft Global Inc
Address

Dept CH 14511

| Palatine | IL | 60055-4511 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,857.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.494 Nonpriority creditor's name and mailing address**

KHOROS LLC
Creditor Name

Creditor's Notice name

DEPT LA 24940
Address

| PASADENA | CA | 91185-4940 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 34,090.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.495 Nonpriority creditor's name and mailing address**

Kimmett, Jean
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.496 Nonpriority creditor's name and mailing address**

KING ZAK INDUSTRIES INC.
Creditor Name

DANA NEVAREZ
Creditor's Notice name

3 POLICE DRIVE
Address

| GOSHEN | NY | 10924 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 135,637.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.497** **Nonpriority creditor's name and mailing address**

KISKO PRODUCTS
Creditor Name

JEHANNE PAUL, PAT CURNOW
Creditor's Notice name

50 Royal Group Crescent
Address

unit 1

| Woodbridge | ON | L4H 1X9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,665.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.498** **Nonpriority creditor's name and mailing address**

KITTRICH CORPORATION
Creditor Name

Creditor's Notice name

PO BOX 641093
Address

| DALLAS | TX | 75264 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,787.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

Name

**3.499 Nonpriority creditor's name and mailing address**

KLEAR VU CORP ( CTS )
Creditor Name

SUSAN BERUBE
Creditor's Notice name

600 AIRPORT ROAD
Address


| FALL RIVER | MA | 02720 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          22,320.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.500 Nonpriority creditor's name and mailing address**

Kliger-Weiss Infosystems Inc
Creditor Name


Creditor's Notice name

2200 Northern Blvd
Address

Ste. 102


| Greenvale | NY | 11548 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          10,156.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.501 Nonpriority creditor's name and mailing address**

Kliger-Weiss Infosystems, Inc.
Creditor Name

John M. Brickman
Creditor's Notice name

1122 Franklin Avenue, Suite 300
Address

| Garden City | NY | 11530 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.502 Nonpriority creditor's name and mailing address**

KOBAYASHI CONSUMER PRODUCTS
Creditor Name

RACHEL VINEYARD
Creditor's Notice name

PO BOX 1191
Address

| DALTON | GA | 30722 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,959.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

---

**3.503** **Nonpriority creditor's name and mailing address**

KONE INC.

Creditor Name

Creditor's Notice name

PO Box 22251

Address

| New York | NY | 10087-2251 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,103.21

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.504** **Nonpriority creditor's name and mailing address**

KOOKABURRA-DIVISION OF AMSCAN

Creditor Name

Creditor's Notice name

108 ROUTE 17K

Address

SUITE 2

| NEWBURGH | NY | 12550 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 104,126.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.505** **Nonpriority creditor's name and mailing address**

KRAFT HEINZ FOODS COMPANY
Creditor Name

BRAELYN KONROYD
Creditor's Notice name

200 E Randolph
Address

| CHICAGO | IL | 60601 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 96,845.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.506** **Nonpriority creditor's name and mailing address**

KRE COLONIE OWNER LLC
Creditor Name

Creditor's Notice name

9 WEST 57TH ST
Address

SUITE 4200

| NEW YORK | NY | 10019 |
|----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,071.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

3.507 **Nonpriority creditor's name and mailing address**

KRG PLAZA GREEN LLC
Creditor Name

Creditor's Notice name

11198 W BROAD ST.
Address

| GLEN ALLEN | VA | 23060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 125,050.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.508 **Nonpriority creditor's name and mailing address**

KTB FLORIDA SPORTS ARENA LLC
Creditor Name

STEPHANIE BUTTS
Creditor's Notice name

11000 EVERBLADES PKWY
Address

| ESTERO | FL | 33928 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.509 Nonpriority creditor's name and mailing address**

LADY JAYNE
Creditor Name

Creditor's Notice name

PO BOX 3663
Address

| CULVER CITY | CA | 90231 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 19,620.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.510 Nonpriority creditor's name and mailing address**

LAGO USA INC.
Creditor Name

GIUSEPPE SPINELLA
Creditor's Notice name

111 TOWN SQUARE PLACE
Address

SUITE 309

| JERSEY CITY | NJ | 07310 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 19,440.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known)   23-10576

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 167,618.08 |

**3.511 Nonpriority creditor's name and mailing address**

LAKE VALLEY SEED
Creditor Name

JILL PHILLIPS
Creditor's Notice name

5717 ARAPAHOE AVE
Address

| BOULDER | CO | 80303-0000 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    167,618.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.512 Nonpriority creditor's name and mailing address**

LAMINATED INDUSTRIES INC
Creditor Name

Creditor's Notice name

2000 BRUNSWICK AVENUE
Address

| LINDEN | NJ | 07036 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    35,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.513** **Nonpriority creditor's name and mailing address**

LAMINATED INDUSTRIES INC.
Creditor Name

Creditor's Notice name

2000 Brunswick Ave
Address

| Linden | NJ | 07036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 188,320.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.514** **Nonpriority creditor's name and mailing address**

LANE ASSOCIATES
Creditor Name

JEAN LELLA-FORD
Creditor's Notice name

P.O. BOX 126
Address

| ISLAND PARK | NY | 11558-0126 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 18,968.15
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.515  Nonpriority creditor's name and mailing address**

LAWN AND GARDEN NORTHEAST
Creditor Name

BELINDA SANDERS
Creditor's Notice name

PO BOX 281479
Address

| ATLANTA | GA | 30384-1479 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $                    7,373.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.516  Nonpriority creditor's name and mailing address**

LCG SALES INC
Creditor Name

DAWN ARATA
Creditor's Notice name

3348 S. Pulaski Rd
Address

Unit B

| Chicago | IL | 60623 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $                   28,272.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.517 Nonpriority creditor's name and mailing address**

LE CHANDELLE INC
Creditor Name

SARAH WHEELER
Creditor's Notice name

25807 JEFFERSON AVENUE
Address

SUITE 140

| MURRIETA | CA | 92562 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 56,352.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.518 Nonpriority creditor's name and mailing address**

LEATHER IMPRESSIONS INC.
Creditor Name

Creditor's Notice name

7834 KINGSPOINTE PARKWAY
Address

| ORLANDO | FL | 32819 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.519** **Nonpriority creditor's name and mailing address**

Lee County Sheriff's Office (LCSO)
Creditor Name

Creditor's Notice name

False Alarm Reduction Unit
Address

14750 Six Mile Cypress Pkwy

| Fort Myers | FL | 33912 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                25.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.520** **Nonpriority creditor's name and mailing address**

LEGACY LICENSING PARTNERS LP
Creditor Name

Creditor's Notice name

1621 E. 27TH STREET
Address

| LOS ANGELES | CA | 90011 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             9,576.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 12,600.00 |

**3.521 Nonpriority creditor's name and mailing address**

LEGEND GROUP BRANDS INC
Creditor Name

Creditor's Notice name

10 West 33rd Street, Suite 312
Address

| New York | NY | 10001 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 12,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.522 Nonpriority creditor's name and mailing address**

LEISURE MERCHANDISING CORP
Creditor Name

Creditor's Notice name

105 NORTHFIELD AVENUE
Address

| EDISON | NJ | 08837 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 61,525.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.523** **Nonpriority creditor's name and mailing address**

LENOX CORPORATION

Creditor Name

ARLENE COLON

Creditor's Notice name

PO BOX 11407

Address

LOCKBOX# 6407

| BIRMINGHAM | AL | 35246-6407 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                     132,510.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.524** **Nonpriority creditor's name and mailing address**

Lepore, Kellyann

Creditor Name

Sobo & Sobo

Creditor's Notice name

One Dolson Avenue

Address

| Middletown | NY | 10940 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                     Unknown

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*   23-10576

---

**3.525 Nonpriority creditor's name and mailing address**

LESSEREVIL
Creditor Name

JENNY CORONEL
Creditor's Notice name

41 EAGLE ROAD
Address

| DANBURY | CT | 06810 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                18,480.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.526 Nonpriority creditor's name and mailing address**

LEVIN MANAGEMENT CORPORATION
Creditor Name

Creditor's Notice name

P.O. BOX 326
Address

| PLAINFIELD | NJ | 07061 |
|------------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                140,157.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| | |
|---|---|
| **3.527 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,688.00 |
| LEXI BRANDS, LLC DBA LEXI HOME | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| GRACE CALUMPANG | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 414 Alaska Ave | **Basis for the claim:** |
| Address | Outstanding Accounts Payable |

Torrance, CA 90503

City / State / ZIP Code

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**

| | |
|---|---|
| **3.528 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 54,998.25 |
| LIBBEY GLASS LLC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| ERICK ESPRONCEDA | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| P O BOX 93864 | **Basis for the claim:** |
| Address | Outstanding Accounts Payable |

CHICAGO, IL 60673-3864

City / State / ZIP Code

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

Name

**3.529  Nonpriority creditor's name and mailing address**

LIBRA WHOLESALE
Creditor Name

PATTY SCHENKER
Creditor's Notice name

3310 NORTH 2ND STREET
Address

| MINNEAPOLIS | MN | 55412 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                55,112.10
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.530  Nonpriority creditor's name and mailing address**

LIFE PLUS STYLE GOURMET LLC
Creditor Name

ASIF IQBAL
Creditor's Notice name

65 ROOSEVELT AVE, SUITE 101
Address

| VALLEY STREAM | NY | 11581 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                39,320.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:   Christmas Tree Shops, LLC

Case number *(if known)*:   23-10576

**3.531 Nonpriority creditor's name and mailing address**

LIFETIME BRANDS
Creditor Name

PATRICIA FRENZ
Creditor's Notice name

DEPT CH 17745
Address

| PALATINE | IL | 60055-7745 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    58,586.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.532 Nonpriority creditor's name and mailing address**

LIFETIME BRANDS, INC.
Creditor Name

PATRICIA FRENZ
Creditor's Notice name

DEPT CH 17745
Address

| PALATINE | IL | 60055-7745 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    93,361.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.533 Nonpriority creditor's name and mailing address**

LINDENMEYR CENTRAL
Creditor Name

BETTY NAU
Creditor's Notice name

THREE MANHATTANVILLE ROAD
Address

| PURCHASE | NY | 10577-2110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 321,405.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.534 Nonpriority creditor's name and mailing address**

Linon Home Decor Products, Inc
Creditor Name

LUANN VICTOR
Creditor's Notice name

PO BOX 1036
Address

| CHARLOTTE | NC | 28201-1036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50,035.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.535 Nonpriority creditor's name and mailing address**

Lisnak, Andrea
Creditor Name

Aaron R. Pam Attorney at Law
Creditor's Notice name

P.O Box 341
Address

| White Plains | NY | 10602 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $  Unknown
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.536 Nonpriority creditor's name and mailing address**

LITTLE KIDS INC.
Creditor Name

JEFF ENGLE, TERRI MOITOZO
Creditor's Notice name

1015 NEWMAN AVENUE
Address

| SEEKONK | MA | 02771 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $  137,152.92
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.537 Nonpriority creditor's name and mailing address**

LIVETRENDS DESIGN GROUP
Creditor Name

Creditor's Notice name

P.O. BOX 2025
Address

| APOPKA | FL | 32704 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,925.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.538 Nonpriority creditor's name and mailing address**

LOACKER USA LLC
Creditor Name

Creditor's Notice name

101 Hudson Street
Address

Suite 2201

| Jersey City | NJ | 07302 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   10,080.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.539 Nonpriority creditor's name and mailing address**

LOOK BEAUTY INC.
Creditor Name

Creditor's Notice name

7 St Thomas Street
Address

Suite 208

| Toronto | ON | M5S 2B7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,888.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.540 Nonpriority creditor's name and mailing address**

LOOMIS
Creditor Name

PAM SHARMA
Creditor's Notice name

Dept. 0757
Address

PO Box 120757

| Dallas | TX | 75312-0757 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 259,738.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 271 of 549

Debtor:  Christmas Tree Shops, LLC                                              Case number *(if known)*:  23-10576
_____  _____                                     _____

**3.541**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: $        62,058.08

LOTUS BAKERIES NORTH AMERICA/Annas                                *Check all that apply.*
Creditor Name

                                                                  ☐  Contingent
JENNA HIVELY                                                      ☐  Unliquidated
Creditor's Notice name                                           ☐  Disputed

1000 SANSOME STREET SUITE 220                                    **Basis for the claim:**
Address
                                                                  Outstanding Accounts Payable


SAN FRANCISCO        CA              94111
City                 State           ZIP Code


Country

**Date or dates debt was incurred**                              **Is the claim subject to offset?**
                                                                  ☒  No
**Last 4 digits of account**                                     ☐  Yes

**number**

**3.542**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: $        14,580.00

LOVE BRANDS, INC DBA LOVE, CORN                                   *Check all that apply.*
Creditor Name

                                                                  ☐  Contingent
                                                                  ☐  Unliquidated
Creditor's Notice name                                           ☐  Disputed

500 Barnett Place, Suite 6                                        **Basis for the claim:**
Address
                                                                  Outstanding Accounts Payable


Ho-Ho-Kus            NJ              07423
City                 State           ZIP Code


Country

**Date or dates debt was incurred**                              **Is the claim subject to offset?**
                                                                  ☒  No
**Last 4 digits of account**                                     ☐  Yes

**number**

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**3.543 Nonpriority creditor's name and mailing address**

LPG GREETINGS LTD
Creditor Name

TROY CECCHI
Creditor's Notice name

813 WISCONSIN STREET
Address

| WALWORTH | WI | 53184 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 5,670.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.544 Nonpriority creditor's name and mailing address**

LR Designs
Creditor Name

LAURA MCCALLION
Creditor's Notice name

64 Allston Street # 3
Address

| Cambridge | MA | 02139 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 2,520.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.545** **Nonpriority creditor's name and mailing address**

LS Solutions Inc
Creditor Name

Creditor's Notice name

731 Alexander Rd
Address

Suite 101

| | | |
|---|---|---|
| Princeton | NJ | 08540 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 49,280.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.546** **Nonpriority creditor's name and mailing address**

Lynnfield Plaza Realty Trust
Creditor Name

c/o Jumbo Investment Development
Creditor's Notice name

1900 Crown Colony Drive, Suite 405
Address

| | | |
|---|---|---|
| quincy | MA | 02169 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 343,084.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.547 Nonpriority creditor's name and mailing address**

M AND J BEVERAGES, LLC
Creditor Name

PATTY WHITE
Creditor's Notice name

8034 Las Cruces Court
Address

| Port Richey | FL | 34668 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,470.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.548 Nonpriority creditor's name and mailing address**

M.E. Construction Inc
Creditor Name

Creditor's Notice name

7607 Coral Drive
Address

| West Melbourne | FL | 32904 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 81,278.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC                                    Case number *(if known)*    23-10576

Name

**3.549** **Nonpriority creditor's name and mailing address**

MADISON WALDORF LLC

Creditor Name

NW 5506-10

Creditor's Notice name

P.O. BOX 1450

Address

| MINNEAPOLIS | MN | 55485 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    99,063.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.550** **Nonpriority creditor's name and mailing address**

Maine Natural Gas

Creditor Name

Creditor's Notice name

PO Box 99

Address

| Brunswick | ME | 04011 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,514.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.551 Nonpriority creditor's name and mailing address**

MAISON SUCASA LLC
Creditor Name

JEFFREY TERZI
Creditor's Notice name

250 Passaic Street
Address

| Newark | NJ | 07104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,620.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.552 Nonpriority creditor's name and mailing address**

MAJESTY BRANDS
Creditor Name

Creditor's Notice name

195 Raritan Center Parkway
Address

| Edison | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 82,775.52
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.553 Nonpriority creditor's name and mailing address**

MALDEN INTL DESIGNS
Creditor Name

CHERYL HAMM
Creditor's Notice name

19 Cowan Drive
Address

| Middleboro | MA | 02346 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    5,861.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.554 Nonpriority creditor's name and mailing address**

MALL AT POTOMAC MILLS LLC_RNT213609
Creditor Name

Creditor's Notice name

P.O. BOX 277866
Address

| ATLANTA | GA | 30384 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                   70,143.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

Name

---

**3.555** **Nonpriority creditor's name and mailing address**

MANAGED BUSINESS COMMUNICATION

Creditor Name

ANTHONY RIVERS, ANTONETTE FALZARANO, LAURA DELLAMO

Creditor's Notice name

Managed Business Communications Inc

Address

430 Sand Shore RD Unit 10

HACKETTSTOWN    NJ    07840

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    13,147.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.556** **Nonpriority creditor's name and mailing address**

MARTIN'S POTATO CHIPS INC

Creditor Name

ANNE HUNTER

Creditor's Notice name

BOX 28

Address

THOMASVILLE    PA    17364

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    52,125.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.557 Nonpriority creditor's name and mailing address**

Maryland Department of Labor
Creditor Name

Division of Labor & Industry
Creditor's Notice name

PO BOX 37302
Address

| Baltimore | MD | 21297 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.558 Nonpriority creditor's name and mailing address**

MASCOT PECAN SHELLING INC.
Creditor Name

Creditor's Notice name

819 SOUTH VETERANS BLVD
Address

| GLENNVILLE | GA | 30427 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   4,032.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 89,026.50 |

**Nonpriority creditor's name and mailing address**

MASTER GARDNER COMPANY
Creditor Name

Creditor's Notice name

5770 N BLACKSTOCK ROAD
Address

| SPARTANBURG | SC | 29303 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 89,026.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.560 **Nonpriority creditor's name and mailing address**

MASTERBRANDS CPG INC
Creditor Name

JAY LAUFER
Creditor's Notice name

12001 SW 128TH COURT STE 105
Address

| MIAMI | FL | 33186 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 222,132.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

3.561 **Nonpriority creditor's name and mailing address**

MATTEL
Creditor Name

Creditor's Notice name

PO BOX 100125
Address

| ATLANTA | GA | 30384-0125 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 57,270.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.562 **Nonpriority creditor's name and mailing address**

MATT'S COOKIE COMPANY
Creditor Name

Creditor's Notice name

Lockbox 235037, PO BOX 85037
Address

| Chicago | IL | 60689 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 7,776.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

| | |
|---|---|
| **3.563** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 9,255.90 |
| MAXIMUS INC | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| PO Box 791188 | Outstanding Accounts Payable |
| Address | |

| Baltimore | MD | 21279-1188 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.564** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ Unknown |
| McGrath, Holly | *Check all that apply.* |
| Creditor Name | |
| | ☒ Contingent |
| | ☒ Unliquidated |
| Creditor's Notice name | ☒ Disputed |
| | **Basis for the claim:** |
| Address on File | Litigation |
| Address | |

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.565 Nonpriority creditor's name and mailing address**

MCLANE MIDDLETON PROFESSIONAL ASSOCIATION
Creditor Name

RON LANGLEY
Creditor's Notice name

PO Box 326
Address

| Manchester | NH | 03105-0326 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 285,867.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.566 Nonpriority creditor's name and mailing address**

MCLURE'S HONEY & MAPLE
Creditor Name

KIRSTEN MACKAY
Creditor's Notice name

PRODUCTS INC.
Address

46 NORTH LITTLETON ROAD

| LITTLETON | NH | 03561 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 79,824.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)* 23-10576

**3.567 Nonpriority creditor's name and mailing address**

MCS-LANCASTER DE HOLDING LP
Creditor Name

C/O TKG MANAGEMENT INC
Creditor's Notice name

211 N STADIUM BLVD SUITE 201
Address

| COLUMBIA | MO | 65203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 84,384.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.568 Nonpriority creditor's name and mailing address**

MEDERER USA
Creditor Name

TINA FRIES
Creditor's Notice name

LOCKBOX #62555
Address

COLLECTION CENTER DRIVE

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,258.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.569** **Nonpriority creditor's name and mailing address**

MEDFORD WELLINGTON SVCS CO
Creditor Name

DONNA WELCH
Creditor's Notice name

PO Box 961
Address

| Worcester | MA | 01613-0961 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 234,049.93

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.570** **Nonpriority creditor's name and mailing address**

MELII BABY INC.
Creditor Name

MELISSA BUCK
Creditor's Notice name

49 BEACON BOULEVARD
Address

| BEACONSFIELD | QC | H923Y8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 17,376.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.571 Nonpriority creditor's name and mailing address**

MELISSA & DOUG LLC
Creditor Name

JANET ATTERBURY
Creditor's Notice name

PO BOX 590
Address

| WESTPORT | CT | 06881 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 68,864.70 |
|---|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.572 Nonpriority creditor's name and mailing address**

MEMIC INDEMNITY COMPANY
Creditor Name

Creditor's Notice name

PO Box 9500
Address

| Lewiston | ME | 04243-6900 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 102,191.83 |
|---|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

**3.573 Nonpriority creditor's name and mailing address**

Mertz, Nicole

Creditor Name

Creditor's Notice name

Address on File

Address

City ___ State ___ ZIP Code ___

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unknown

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.574 Nonpriority creditor's name and mailing address**

Meta Platforms Inc

Creditor Name

Creditor's Notice name

15161 Collections Center Drive

Address

Attn Accounts Receivables

Chicago ___ IL ___ 60693 ___

City ___ State ___ ZIP Code ___

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 60,841.13

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.575 Nonpriority creditor's name and mailing address**

METROPOLITAN TRUCKING INC.
Creditor Name

HEATHER MAURER, JOSEPH ZIOBRO
Creditor's Notice name

P.O. BOX 634
Address

| MIFFLINVILLE | PA | 18631-0634 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,147,601.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.576 Nonpriority creditor's name and mailing address**

Meyer / Farberware
Creditor Name

Creditor's Notice name

PO BOX 1036
Address

| Charlotte | NC | 28201-1036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 185,793.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.577 Nonpriority creditor's name and mailing address**

MICHAEL'S GREENHOUSES INC
Creditor Name

MARTHA IANNACONE
Creditor's Notice name

300 SOUTH MERIDEN ROAD
Address

| CHESHIRE | CT | 06410 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,169.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.578 Nonpriority creditor's name and mailing address**

Microsoft Corporation
Creditor Name

Creditor's Notice name

One Microsoft Way
Address

| Redmond | WA | 98052 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 74.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*    23-10576

**3.579** **Nonpriority creditor's name and mailing address**

MICROSTRATEGY SERVICES CORPORA
Creditor Name

Creditor's Notice name

P.O. BOX 409671
Address

| ATLANTA | GA | 30384-9671 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                36,109.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.580** **Nonpriority creditor's name and mailing address**

MidAmerican Energy - Store #7052
Creditor Name

Creditor's Notice name

PO Box 8019
Address

| DAVENPORT | IA | 52808-8019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 2,073.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.581 Nonpriority creditor's name and mailing address**

Middleboro G&E

Creditor Name

Creditor's Notice name

PO Box 92

Address

| Middleboro | MA | 02346-0092 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 85,436.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.582 Nonpriority creditor's name and mailing address**

MIDDLETOWN CRYSTAL RTE 17 LLC

Creditor Name

Creditor's Notice name

223 N.GLENDALE AVE.

Address

| GLENDALE | CA | 91206 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 57,466.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 68,688.00 |
|---|---|---|

**3.583** **Nonpriority creditor's name and mailing address**

MIDWEST QUALITY GLOVES, INC.
Creditor Name

MELINDA HENRY
Creditor's Notice name

PO BOX 260
Address

CHILLCOTHE | MO | 64601
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 68,688.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.584** **Nonpriority creditor's name and mailing address**

MIDWEST TRADING GROUP INC
Creditor Name

CYNTHIA KASKE
Creditor's Notice name

1400 CENTRE CIRCLE
Address

DOWNERS GROVE | IL | 60515
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,440.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*:    23-10576

Name

**3.585** **Nonpriority creditor's name and mailing address**

Milberg Factors, Inc.
Creditor Name

Jonathan Bender, Esq.
Creditor's Notice name

385 Kings Highway North
Address

| Cherry Hill | NJ | 08034 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.586** **Nonpriority creditor's name and mailing address**

MILLENNIUM PET GROUP LLC
Creditor Name

MAURICE EIDA
Creditor's Notice name

313 FIFTH AVE
Address

3RD FLOOR

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        40,244.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*   23-10576

**3.587 Nonpriority creditor's name and mailing address**

MISCO ASSOCIATES

Creditor Name

CHRIS BLEACHER

Creditor's Notice name

135 S LA SALLE

Address

DEPT 2987

| CHICAGO | IL | 60674-2987 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   4,320.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.588 Nonpriority creditor's name and mailing address**

Mix Networks Inc

Creditor Name

Creditor's Notice name

608 Robin Rd

Address

| Lakeland | FL | 33803 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   257.12

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

3.589 **Nonpriority creditor's name and mailing address**

MIZCO INTERNATIONAL INC

Creditor Name

Creditor's Notice name

125 MOEN AVENUE

Address

| CRANFORD | NJ | 07016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 22,888.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.590 **Nonpriority creditor's name and mailing address**

MIZKAN AMERICA INC

Creditor Name

Creditor's Notice name

1661 FEEHANVILLE DR

Address

| MT PROSPECT | IL | 60056 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 12,371.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576
Name

**3.591 Nonpriority creditor's name and mailing address**

MJC CONFECTIONS/SNACKS 101
Creditor Name

SCOTT KOCHER
Creditor's Notice name

999 SOUTH OYSTER BAY ROAD #500
Address

| | | |
|---|---|---|
| BETHPAGE | NY | 11714 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               11,460.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.592 Nonpriority creditor's name and mailing address**

MM PRODUCTS INC. DBA JOYJOLT
Creditor Name

SALIM MINEH
Creditor's Notice name

281 20TH STREET
Address

| | | |
|---|---|---|
| BROOKLYN | NY | 11215 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               26,285.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.593 Nonpriority creditor's name and mailing address**

MOBILE MINI, INC
Creditor Name

CHRISTINE AMIDON
Creditor's Notice name

PO BOX 91975
Address

| | | |
|---|---|---|
| Chicago | IL | 60693-1975 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 67,154.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.594 Nonpriority creditor's name and mailing address**

MODE Transportation, LLC
Creditor Name

Creditor's Notice name

PO BOX 654371
Address

| | | |
|---|---|---|
| DALLAS | TX | 75265-4371 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.595** **Nonpriority creditor's name and mailing address**

Mods Trailers of NY
Creditor Name

Creditor's Notice name

1055 Montauk Hwy
Address

| East Patchogue | NY | 11772 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 271.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.596** **Nonpriority creditor's name and mailing address**

MONARK, LLC
Creditor Name

MONICA AWADALLA
Creditor's Notice name

11 Elkins Road
Address

| East Brunswick | NJ | 08816 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,852.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

---

3.597 **Nonpriority creditor's name and mailing address**

MONDELEZ GLOBAL LLC
Creditor Name

KATE BLAZICK, MICHAEL KLEIN
Creditor's Notice name

PO BOX 28115
Address

| New York | NY | 10087-8115 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    10,012.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.598 **Nonpriority creditor's name and mailing address**

MOOD MEDIA
Creditor Name

MELODY HUGHES
Creditor's Notice name

PO BOX 71070
Address

| CHARLOTTE | NC | 28272-1070 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    26,445.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.599  Nonpriority creditor's name and mailing address**

MORGAN HOME FASHIONS
Creditor Name

SARAH CHOW
Creditor's Notice name

75 LOWER MAIN STREET
Address

| ABERDEEN | NJ | 07747 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                42,080.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.600  Nonpriority creditor's name and mailing address**

MORINAGA AMERICA, INC
Creditor Name

TINA BAKER
Creditor's Notice name

4 PARK PLAZA
Address

4 PARK PLAZA SUITE 750

| IRVINE | CA | 92614 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                17,280.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**3.601 Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES INC.
Creditor Name

Creditor's Notice name

P.O. BOX 414444
Address

| Boston | MA | 02241-4444 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,321.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.602 Nonpriority creditor's name and mailing address**

MR CHRISTMAS, LLC
Creditor Name

Creditor's Notice name

Milberg Factors, Inc.
Address

PO Box 730718

| Dallas | TX | 75373-0718 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,582.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.603 Nonpriority creditor's name and mailing address**

MRS. DUNSTER'S (1996) INC.
Creditor Name

Name

DANIELLE REID, JESSICA WALKER-ROSS
Creditor's Notice name

30 Leonard Drive
Address

| Sussex | NB | E4E 5T5 |
|--------|-----|---------|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,166.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.604 Nonpriority creditor's name and mailing address**

MSC INTERNATIONAL INC
Creditor Name

Creditor's Notice name

6700 THIMENS BLVD
Address

| ST LAURENT | QC | H4S 1S5 |
|------------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 42,182.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.605 Nonpriority creditor's name and mailing address**

MSRF INC.
Creditor Name

BRIAN KLERMAN
Creditor's Notice name

9815 Leland avenue
Address

| | | |
|---|---|---|
| Schiller Park | IL | 60176 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 202,488.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.606 Nonpriority creditor's name and mailing address**

MSRF, INC, Plaintiff
Creditor Name

Attn David Reich
Creditor's Notice name

9815 Leland Ave
Address

| | | |
|---|---|---|
| Schiller Park | IL | 60176 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.607** **Nonpriority creditor's name and mailing address**

MUD PIE

Creditor Name

ANDREA WESTBROOK

Creditor's Notice name

PO BOX 117180

Address

| Atlanta | GA | 30368 |
|---------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                7,918.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.608** **Nonpriority creditor's name and mailing address**

MUD PUDDLE BOOKS INC

Creditor Name

KRISTINE GLYNN

Creditor's Notice name

31 West 8th Street, 2nd Floor

Address

| NEW YORK | NY | 10010 |
|----------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              26,460.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

---

**3.609 Nonpriority creditor's name and mailing address**

Municipal Court of Rockaway Township

Creditor Name

Creditor's Notice name

65 Mount Hope Rd

Address

| | | |
|---|---|---|
| Rockaway | NJ | 07866 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                766.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.610 Nonpriority creditor's name and mailing address**

MVC Unlimited LLC/Central Jersey Pump

Creditor Name

Creditor's Notice name

PO Box 541

Address

| | | |
|---|---|---|
| Springfield | NJ | 07081-0541 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                639.76

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.611 Nonpriority creditor's name and mailing address**

MY IMPORTS USA LLC
Creditor Name

Creditor's Notice name

60 Brunswick Ave
Address

| Edison | NJ | 08817 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,854.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.612 Nonpriority creditor's name and mailing address**

MY SALES LLC
Creditor Name

SHARON MARRERO
Creditor's Notice name

75 ETHEL ROAD
Address

| EDISON | NJ | 08817 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  31,866.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.613 Nonpriority creditor's name and mailing address**

Nantucket Distributing Co., LLC
Creditor Name

Creditor's Notice name

64 Leona Dr
Address

| Middleboro | MA | 02349 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,018,513.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany amounts due

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.614 Nonpriority creditor's name and mailing address**

NAPCO MARKETING
Creditor Name

Creditor's Notice name

7800 Bayberry Road
Address

| Jacksonville | FL | 32256 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,264.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.615 Nonpriority creditor's name and mailing address**

Natco Products Corp
Creditor Name

KATIE MCGLOIN
Creditor's Notice name

155 Brookside Avenue
Address

| West Warwick | RI | 02893 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 216,710.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.616 Nonpriority creditor's name and mailing address**

NATIONAL CART COMPANY LLC
Creditor Name

MITCHELL REHLING
Creditor's Notice name

P.O. BOX 790379
Address

| ST LOUIS | MO | 63179-0379 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,922.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.617 Nonpriority creditor's name and mailing address**

National Fuel # 7068
Creditor Name

Creditor's Notice name

1100 State St
Address

PO BOX 2081

| Erie | PA | 16512 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 585.15

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.618 Nonpriority creditor's name and mailing address**

National Grid  # 7012
Creditor Name

Creditor's Notice name

PO Box 950
Address

| Northborough | MA | 01532 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,019.08

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 310 of 549

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.619** **Nonpriority creditor's name and mailing address**

National Grid # 7002
Creditor Name


Creditor's Notice name

PO BOX 271338
Address



| Pittsburgh | PA | 15250-7338 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                104.92
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.620** **Nonpriority creditor's name and mailing address**

National Grid # 7002 Gas
Creditor Name


Creditor's Notice name

PO BOX 371338
Address



| Pittsburgh | PA | 15250-7338 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                2.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.621 Nonpriority creditor's name and mailing address**

National Grid # 7004 Gas
Creditor Name

Creditor's Notice name

PO BOX 371338
Address

| Pittsburgh | PA | 15250-7338 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 448.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.622 Nonpriority creditor's name and mailing address**

National Grid # 7013
Creditor Name

Creditor's Notice name

PO Box 371338
Address

| Pittsburgh | PA | 15250-7338 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,075.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.623  Nonpriority creditor's name and mailing address**

National Grid # 7019

Creditor Name

Creditor's Notice name

300 Erie Blvd West

Address

| Syracuse | NY | 13202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $            247.92

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.624  Nonpriority creditor's name and mailing address**

National Grid # 7028

Creditor Name

Creditor's Notice name

PO BOX 371338

Address

| Pittsburgh | PA | 15250-7338 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $            807.73

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 313 of 549

Debtor: Christmas Tree Shops, LLC

Case number *(if known)* 23-10576

**3.625 Nonpriority creditor's name and mailing address**

National Grid # 7045
Creditor Name

Creditor's Notice name

PO Box 371382
Address

| Pittsburgh | PA | 15250-7382 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 216.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.626 Nonpriority creditor's name and mailing address**

National Grid # 7082 Electric
Creditor Name

Creditor's Notice name

PO BOX 371376
Address

| Pittsburgh | PA | 15250-7376 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 5,640.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

---

**3.627** **Nonpriority creditor's name and mailing address**

NATURE'S BAKERY LLC

Creditor Name

Creditor's Notice name

P.O. BOX 842946

Address

| DALLAS | TX | 75284 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                16,274.02

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.628** **Nonpriority creditor's name and mailing address**

NAVEX GLOBAL INC

Creditor Name

Creditor's Notice name

PO Box 60941

Address

| Charlotte | NC | 28260-0941 |
|-----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                8,523.02

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*  23-10576
Name

---

**3.629  Nonpriority creditor's name and mailing address**

NCR CORPORATION
Creditor Name

Creditor's Notice name

1700 S. PATTERSON BOULEVARD
Address

| DAYTON | OH | 45479 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                101,595.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.630  Nonpriority creditor's name and mailing address**

NEW ENGLAND ICE CREAM
Creditor Name

ALICE HIGGINS
Creditor's Notice name

DEPARTMENT 3530
Address

PO BOX 4110

| WOBURN | MA | 01888 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  3,268.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

3.631 **Nonpriority creditor's name and mailing address**

NEW ENGLAND MUFFIN

Creditor Name

SELINA MARTINS

Creditor's Notice name

337 PLEASANT STREET

Address

DUFEE UNION MILLS #2

| FALL RIVER | MA | 02721 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                22,754.85

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.632 **Nonpriority creditor's name and mailing address**

New England Wire Products

Creditor Name

MICHAEL CARPENITO

Creditor's Notice name

PO Box 276

Address

| Weston | MA | 02493 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                8,515.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

Name

**3.633** **Nonpriority creditor's name and mailing address**

New Hampshire Dept of Environmental Services

Creditor Name

Creditor's Notice name

Treasurer, State of New Hampshire

Address

PO BOX 95

| Concord | NH | 03302 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 100.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.634** **Nonpriority creditor's name and mailing address**

New Hampshire Electric Cooperative

Creditor Name

Creditor's Notice name

PO Box 9612

Address

| Manchester | NH | 03108-9612 |
|------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,203.62

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.635** **Nonpriority creditor's name and mailing address**

New Jersey Natural Gas # 7032

Creditor Name

Creditor's Notice name

PO Box 11743

Address

| Newark | NJ | 07101-4743 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    685.29

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.636** **Nonpriority creditor's name and mailing address**

New Jersey Natural Gas # 7061

Creditor Name

Creditor's Notice name

PO BOX 11743

Address

| Newark | NJ | 07101-4743 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    428.63

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.637**  **Nonpriority creditor's name and mailing address**

New Jersey Natural Gas #7037

Creditor Name

Creditor's Notice name

PO Box 11743

Address

| Newark | NJ | 07101-4743 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              1,013.67

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.638**  **Nonpriority creditor's name and mailing address**

NEX REV INC

Creditor Name

Creditor's Notice name

601 DEVELOPMENT SUITE 300

Address

| PLANO | TX | 75074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              75,834.91

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.639** **Nonpriority creditor's name and mailing address**

NG HEIMOS GREENHOUSE DBA MICKY'S MINIS FLORA EXPRESS
Creditor Name

HAZEL GOMEZ, JENNIFER CODY, JESSICA MOORE
Creditor's Notice name

6627 STATE ROUTE 158
Address

| MILLSTADT | IL | 62260 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              24,829.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.640** **Nonpriority creditor's name and mailing address**

NIAGARA BOTTLING LLC
Creditor Name

Creditor's Notice name

PO BOX 844770
Address

| LOS ANGELES | CA | 90084-4770 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              38,838.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:   23-10576

Name

| | |
|---|---|
| **3.641 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 281,745.31 |
| NICHOLS TRUCKING CO. INC. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| STEVE TUBMAN | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 34 VINE STREET | **Basis for the claim:** |
| Address | Outstanding Accounts Payable |
| P.O.BOX 646 | |

| | | |
|---|---|---|
| MIDDLEBORO | MA | 02346-0646 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.642 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 150,191.35 |
| Nitco, LLC dba Alta Material Handling | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| PO Box 21918 | **Basis for the claim:** |
| Address | Outstanding Accounts Payable |

| | | |
|---|---|---|
| New York | NY | 10087-1918 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.643 Nonpriority creditor's name and mailing address**

NITEO PRODUCTS LLC
Creditor Name

DARIA ROUMIANTSEVA
Creditor's Notice name

PO BOX 11407
Address

DEPT # 5805

| BIRMINGHAM | AL | 35246 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 20,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.644 Nonpriority creditor's name and mailing address**

NMR DISTRIBUTION AMERICA INC.
Creditor Name

KAYLA HOOVER, PAMELA FARRIS
Creditor's Notice name

28912 AVENUE PAINE
Address

| Valencia | CA | 91355 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 19,494.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.645 Nonpriority creditor's name and mailing address**

NORTH AMERICAN BEVERAGE
Creditor Name

Creditor's Notice name

PO BOX 1098
Address

| OCEAN CITY | NJ | 08226 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,518.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.646 Nonpriority creditor's name and mailing address**

North Attleborough Electric - Store #7018
Creditor Name

Creditor's Notice name

PO Box 9250
Address

| Chelsea | MA | 02150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,996.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.647 Nonpriority creditor's name and mailing address**

NORTH CONWAY PLAZA LLC
Creditor Name

C/O THE DRUKER COMPANY LTD
Creditor's Notice name

50 FEDERAL STREET SUITE 1000
Address

| BOSTON | MA | 02110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   49,684.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.648 Nonpriority creditor's name and mailing address**

North Conway Water  - Store #7044
Creditor Name

Creditor's Notice name

PO Box 630
Address

104 Sawmill Lane

| North Conway | NH | 03860 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   184.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

3.649 **Nonpriority creditor's name and mailing address**

NORTH STATES INDUSTRIES, INC.
Creditor Name

VICKI KURTZAHN
Creditor's Notice name

5455 Highway 169 N
Address

| Plymouth | MN | 55442 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 7,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.650 **Nonpriority creditor's name and mailing address**

NORWILL ASSOCIATES LTD
Creditor Name

Creditor's Notice name

340 WEST PASSAIC STREET
Address

| ROCHELLE PARK | NJ | 76620 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 86,191.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.651 Nonpriority creditor's name and mailing address**

Nourison Industries Inc.

Creditor Name

GINNY NOGARO, JADA LASSITER

Creditor's Notice name

NEWARK POST OFFICE

Address

P.O. BOX 35651

| NEWARK | NJ | 07193-5651 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    12,928.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.652 Nonpriority creditor's name and mailing address**

Nova, Milagros

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    Unknown

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.653 Nonpriority creditor's name and mailing address**

NOVUS MEDIA INC
Creditor Name

CATHERINE CAYO
Creditor's Notice name

MAIL CODE 11137
Address

PO BOX 70280

| PHILADELPHIA | PA | 19176-0280 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 340,459.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.654 Nonpriority creditor's name and mailing address**

NPP Development
Creditor Name

Attn Patriot Place Finance
Creditor's Notice name

One Patriot Place
Address

| Foxborough | MA | 02035 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 85,080.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.655 Nonpriority creditor's name and mailing address**

NUSTEF BAKING LTD.
Creditor Name

BRANDY CUBITT
Creditor's Notice name

2440 CAWTHRA ROAD
Address

| MISSISSAUGA | ON | L5A 2X1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    83,850.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.656 Nonpriority creditor's name and mailing address**

OAK STREET INVESTMENT GRADE_RNT271279
Creditor Name

NET LEASE FUND SERIES
Creditor's Notice name

PO Box 715386
Address

| Cincinnati | OH | 45271 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    105,012.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.657 Nonpriority creditor's name and mailing address**

OFFICE STAR PRODUCTS
Creditor Name

OLINDA TRUJILLO
Creditor's Notice name

1901 S ARCHIBALD AVE
Address

| ONTAIRO | CA | 91761 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 215,618.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.658 Nonpriority creditor's name and mailing address**

OGGI CORPORATION
Creditor Name

Creditor's Notice name

1809 1/2 N ORANGETHORPE
Address

PARK

| ANAHEIM | CA | 92801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 863.10
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| Name | | |
|---|---|---|

**3.659** **Nonpriority creditor's name and mailing address**

OK ORIGINALS LTD.
Creditor Name

Creditor's Notice name

389 5TH AVE, SUITE 800
Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,564.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.660** **Nonpriority creditor's name and mailing address**

OLD WORLD QUALITY FOODS LLC
Creditor Name

KINGA FIOLEK, MARGARET PRZYBYLKO
Creditor's Notice name

951 FARGO AVE
Address

| ELK GROVE VILLAGE | IL | 60007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 30,663.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.661 Nonpriority creditor's name and mailing address**

OLDE THOMPSON LLC
Creditor Name

ARAVIND RADHAKRISHNAN
Creditor's Notice name

3250 CAMINO DEL SOL
Address

| | | |
|---|---|---|
| OXNARD | CA | 93030-8998 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $               489,319.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.662 Nonpriority creditor's name and mailing address**

OLIVIER'S CANDIES LTD.
Creditor Name

Creditor's Notice name

2828- 54th Avenue S.E.
Address

| | | |
|---|---|---|
| Calgary | AB | T2C 0A7 |
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                28,392.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.663  Nonpriority creditor's name and mailing address**

OLP KENNESAW LLC
Creditor Name

Creditor's Notice name

60 CUTTER MILL SUITE 303
Address

| GREAT NECK | NY | 11021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $  101,230.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.664  Nonpriority creditor's name and mailing address**

OMNICO GROUP USA INC
Creditor Name

Creditor's Notice name

3355 BRECKINRIDGE BLVD.
Address

SUITE 120

| DULUTH | GA | 30096-4989 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $  27,657.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.665 Nonpriority creditor's name and mailing address**

Omnidian Inc
Creditor Name

Creditor's Notice name

Po Box 21647
Address

| Seattle | WA | 98111 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 10,946.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.666 Nonpriority creditor's name and mailing address**

ONE SOURCE INTERNATIONAL, LLC
Creditor Name

Creditor's Notice name

1703 N 13th St
Address

| Rogers | AR | 72756 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 13,712.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.667 Nonpriority creditor's name and mailing address**

ONE STEP UP LTD
Creditor Name

DAWN FIELDS
Creditor's Notice name

1412 BROADWAY 3RD FLOOR
Address

NEW YORK          NY          10018
City              State       ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          22,990.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.668 Nonpriority creditor's name and mailing address**

Oneida/ROBINSON HOME PRODUCTS
Creditor Name

RICK KIVLER
Creditor's Notice name

PO BOX 150934
Address

OGDEN            UT          84415-0934
City              State       ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          18,845.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
| --- | --- | --- | --- |
| | Name | | |

**3.669** **Nonpriority creditor's name and mailing address**

OPTUS INC.
Creditor Name

Creditor's Notice name

3423 ONE PLACE
Address

P.O. BOX 2503

| JONESBORO | AR | 72404 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                6,653.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.670** **Nonpriority creditor's name and mailing address**

ORANGE PLAZA LLC
Creditor Name

LEASE # 4017004
Creditor's Notice name

420 LEXINGTON AVE 7TH FLOOR
Address

| NEW YORK | NY | 10170 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              223,843.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.671  Nonpriority creditor's name and mailing address**

ORCA BEVERAGE INC
Creditor Name

JAN TENZLER
Creditor's Notice name

11903 CYRUS WAY #5
Address

| MUKILTEO | WA | 98275 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                19,739.04
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.672  Nonpriority creditor's name and mailing address**

ORIGINAL GOURMET FOOD CO., INC
Creditor Name

SHEILA ROBERTS
Creditor's Notice name

52 STILES RD. STE 201
Address

| SALEM | NH | 03079 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                45,360.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.673 Nonpriority creditor's name and mailing address**

OUTWARD HOUND
Creditor Name

CLAUDIA ALBICOCCO
Creditor's Notice name

7337 S. Revere Pkwy
Address

| Centennial | CO | 80112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                147,737.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.674 Nonpriority creditor's name and mailing address**

P/Kaufmann Home Div P/Kaufman, Inc.
Creditor Name

Creditor's Notice name

PO Box 418440
Address

| Boston | MA | 02241-8440 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 14,805.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.675 Nonpriority creditor's name and mailing address**

PA DEPARTMENT OF REVENUE
Creditor Name

Creditor's Notice name

1854 Brookwood St.
Address

| Harrisburg | PA | 17104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,884.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.676 Nonpriority creditor's name and mailing address**

PA Eastway, Inc
Creditor Name

Creditor's Notice name

5577 YOUNGSTOWN-WARREN ROAD
Address

| Niles | OH | 44446 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                86,254.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.677 Nonpriority creditor's name and mailing address**

PACIFIC PKG.PRODUCTS, INC.
Creditor Name

MARYANN MARINO
Creditor's Notice name

24 INDUSTRIAL WAY
Address

| WILMINGTON | MA | 01887-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            15,380.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.678 Nonpriority creditor's name and mailing address**

PAMPA BEVERAGES LLC
Creditor Name

Creditor's Notice name

1110 BRICKELL AVE SUITE 302
Address

| MIAMI | FL | 33131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             7,803.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 84,452.00 |

Pan Oceanic Eyewear LTD
Creditor Name

MAY LU
Creditor's Notice name

48 WEST 37TH STREET,
Address

18TH FLOOR

| NEW YORK | NY | 10018 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 84,452.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 5,299.00 |

Pancake Laboratories Inc
Creditor Name

ADAM HEMLER
Creditor's Notice name

50 Washington St.
Address

Suite 301

| Reno | NV | 89503 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 5,299.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 341 of 549

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| | |
|---|---|
| 3.681 | **Nonpriority creditor's name and mailing address** |

PAPER GROUP COMPANY LLC
Creditor Name

MARIE TRAN
Creditor's Notice name

2800 E COAST HIGHWAY
Address

CORONA DEL MAR | CA | 92625
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $            32,895.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| | |
|---|---|
| 3.682 | **Nonpriority creditor's name and mailing address** |

PAPILLON ACCESSORIES, LLC
Creditor Name

JACK HARARI
Creditor's Notice name

1008 Sixth Ave
Address

New York | NY | 10018
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $            23,640.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.683** **Nonpriority creditor's name and mailing address**

PARKER & BAILEY CORPORATION
Creditor Name

ANDREW SCHULTZ, BILL SCHULTZ
Creditor's Notice name

4 WALPOLE PARK SOUTH
Address

| WALPOLE | MA | 02081 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                48,705.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.684** **Nonpriority creditor's name and mailing address**

PARKVIEW HOME TEXTILES LLC
Creditor Name

Creditor's Notice name

230 5TH AVE SUITE 1301
Address

| NEW YORK | NY | 10001 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                 4,194.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.685 Nonpriority creditor's name and mailing address**

PCCM Supply Inc
Creditor Name

PAUL GAMBINO
Creditor's Notice name

55 W 39th Street 205
Address

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 158,320.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.686 Nonpriority creditor's name and mailing address**

Peabody Municipal Light Plant
Creditor Name

Creditor's Notice name

PO Box 3199
Address

| Peabody | MA | 01961-3199 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,856.38
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.687 Nonpriority creditor's name and mailing address**

PEANUT BUTTER & COMPANY
Creditor Name

MIKE GILLIS
Creditor's Notice name

P.O. Box 745128
Address

| Atlanta | GA | 30374-5128 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,673.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.688 Nonpriority creditor's name and mailing address**

PECO
Creditor Name

Creditor's Notice name

Payment Processing
Address

PO Box 37632

| Philadelphia | PA | 19101-0629 |
|--------------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,985.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.689 Nonpriority creditor's name and mailing address**

Pedone & Partners, Inc DBA Luxe Collective Group

Creditor Name

Creditor's Notice name

112 West 27th Street, 7th Floor

Address

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            1,928,161.25

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.690 Nonpriority creditor's name and mailing address**

PEM-AMERICA INC

Creditor Name

GEMMA DELA CRUZ

Creditor's Notice name

70 WEST 36TH STREET

Address

2ND FLOOR

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               46,692.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**3.691 Nonpriority creditor's name and mailing address**

Pembroke Pines 2, LLC
Creditor Name

c/o RK Centers
Creditor's Notice name

17100 Collins Avenue; Suite 255
Address

| Sunny Isles | FL | 33160 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    68,993.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.692 Nonpriority creditor's name and mailing address**

Pembroke Pines False Alarm Reduction Program
Creditor Name

Creditor's Notice name

PO Box 24620
Address

| West Palm Beach | FL | 33416 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.693 Nonpriority creditor's name and mailing address**

Pennichuck Water - store 7023
Creditor Name

Creditor's Notice name

PO Box 428
Address

| Nashua | NH | 03061-0428 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    162.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.694 Nonpriority creditor's name and mailing address**

PEOPLEREADY INC
Creditor Name

ACCOUNTS PAYABLE, BRIDGETTE BRADY
Creditor's Notice name

P O BOX 820145
Address

| Philadelphia | PA | 19182-0145 |
|--------------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                 823,345.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.695 Nonpriority creditor's name and mailing address**

PEPSI-COLA
Creditor Name

KATHY WEBB
Creditor's Notice name

PO BOX 75948
Address



CHICAGO | IL | 60675-5948
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 116,747.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.696 Nonpriority creditor's name and mailing address**

PERFETTI VAN MELLE USA INC.
Creditor Name


Creditor's Notice name

DEPT. 2230
Address



CAROL STREAM | IL | 60132-2230
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,189.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.697 Nonpriority creditor's name and mailing address**

PET BRANDS INC
Creditor Name

MARY MODLICH
Creditor's Notice name

425 METRO PLACE NORTH
Address

SUITE 690

| DUBLIN | OH | 43017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   17,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.698 Nonpriority creditor's name and mailing address**

PETRAGEOUS DESIGNS
Creditor Name

Creditor's Notice name

250 BALLARDVALE STREET
Address

SUITE 1A

| WILMINGTON | MA | 01887 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   65,985.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

Name

**3.699 Nonpriority creditor's name and mailing address**

PEZ CANDY INC.

Creditor Name

ANN DERRICO

Creditor's Notice name

GENERAL POST OFFICE

Address

P.O. BOX 30087

| NEW YORK | NY | 10087-0087 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    70,987.68

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.700 Nonpriority creditor's name and mailing address**

PHIDAL INC

Creditor Name

DELMY SCHUCHMAN DELMY SCHUCHMAN

Creditor's Notice name

20900 NE 30TH AVE SUITE 407

Address

| AVENTURA | FL | 33180 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    25,245.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| | |
|---|---|
| **3.701 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 8,135.50 |

PHOENIX ENERGY TECHNOLOGIES
Creditor Name

*Check all that apply.*

☐ Contingent

ROXANNE DIFFEE
Creditor's Notice name

☐ Unliquidated

☐ Disputed

PO BOX 92209
Address

**Basis for the claim:**

Outstanding Accounts Payable

| | | | |
|---|---|---|---|
| LAS VEGAS | NV | 89193-2209 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

| | |
|---|---|
| **3.702 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 40,175.52 |

PIEDMONT CANDY COMPANY, INC.
Creditor Name

*Check all that apply.*

☐ Contingent

HEATHER MOUZON
Creditor's Notice name

☐ Unliquidated

☐ Disputed

P.O. BOX 1722
Address

**Basis for the claim:**

Outstanding Accounts Payable

| | | | |
|---|---|---|---|
| LEXINGTON | NC | 27293 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.703 Nonpriority creditor's name and mailing address**

PIEDMONT NATURAL GAS - Store #7073
Creditor Name

Creditor's Notice name

PO Box 1246
Address

| Charlotte | NC | 28201-1246 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 152.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.704 Nonpriority creditor's name and mailing address**

PILLOW PERFECT INC.
Creditor Name

LOUISE HARRIS
Creditor's Notice name

PO BOX 260
Address

| WOODSTOCK | GA | 30188 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              444,791.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

---

**3.705** **Nonpriority creditor's name and mailing address**

PINE TREE FARMS INC.
Creditor Name

NIKI DYSON
Creditor's Notice name

PO BOX 254
Address

3714 CAYUGA ST

| INTERLAKEN | NY | 14847 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                90,977.28

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.706** **Nonpriority creditor's name and mailing address**

Pinterest Inc.
Creditor Name

Creditor's Notice name

PO BOX 74008066
Address

| CHICAGO | IL | 60674-8066 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                35,003.03

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

---

**3.707** **Nonpriority creditor's name and mailing address**

PK Associates, Inc DBA: Briggs Engineering & Testing
Creditor Name

Creditor's Notice name

PO Box 369
Address

| Rockland | MA | 02370 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $              3,990.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.708** **Nonpriority creditor's name and mailing address**

PLAN B DISTRIBUTION
Creditor Name

Creditor's Notice name

4108 W RIVERSIDE DR UNIT B
Address

ATTN ACCOUNTS RECEIVABLE

| BURBANK | CA | 91505 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $             18,960.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**3.709 Nonpriority creditor's name and mailing address**

Platt, Betsy
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.710 Nonpriority creditor's name and mailing address**

PlayMonster Group LLC
Creditor Name

MICHAEL LOHFF
Creditor's Notice name

PO BOX 772889
Address

| City | State | ZIP Code |
|------|-------|----------|
| Detroit | MI | 48277-2889 |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          42,380.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*    23-10576

**3.711 Nonpriority creditor's name and mailing address**

PLUS MARK INC.
_____
Creditor Name

GREGG MANTERNACH
_____
Creditor's Notice name

P.O. BOX 92330-N
_____
Address

| CLEVELAND | OH | 44193 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              842,330.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.712 Nonpriority creditor's name and mailing address**

PLYMOUTH SIGN CO. INC.
_____
Creditor Name

_____
Creditor's Notice name

P.O. BOX 134
_____
Address

| SOUTH YARMOUTH | MA | 02664-0000 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               29,033.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*  23-10576
_____

**3.713** **Nonpriority creditor's name and mailing address**

POCAS INTERNATIONAL CORP.
_____
Creditor Name

SUBIN CHOI
_____
Creditor's Notice name

19 CENTRAL BLVD.
_____
Address

_____

_____

SOUTH HACKENSACK | NJ | 07606
City | State | ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ _____ 4,785.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.714** **Nonpriority creditor's name and mailing address**

POLAR CORP
_____
Creditor Name

KELLY PREFONTAINE
_____
Creditor's Notice name

PO Box 15011
_____
Address

_____

_____

Worcester | MA | 01610-0001
City | State | ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ _____ 412.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.715** **Nonpriority creditor's name and mailing address**

POLYVINYL FILMS INC
Creditor Name

LORRAINE TUCKER, RYAN ROBICHAUD
Creditor's Notice name

38 Providence Road
Address

| Sutton | MA | 01590 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                  28,753.92
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.716** **Nonpriority creditor's name and mailing address**

Pomeroy Technologies, LLC
Creditor Name

JEFF KITZEROW
Creditor's Notice name

PO Box 7410512
Address

| Chicago | IL | 60674-0231 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                  21,296.20
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*   23-10576

**3.717 Nonpriority creditor's name and mailing address**

POPCORNOPOLIS LLC
Creditor Name

KARLA INIGUEZ
Creditor's Notice name

3200 E. SLAUSON AVE.
Address

| VERNON | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $   25,984.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.718 Nonpriority creditor's name and mailing address**

POPTIME SNACK BRANDS LLC
Creditor Name

Creditor's Notice name

200 CLIFTON BLVD
Address

UNIT 5

| CLIFTON | NJ | 07011 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $   8,240.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.719 Nonpriority creditor's name and mailing address**

POPULAR BATH PRODUCTS
Creditor Name

VALENTIN MENA
Creditor's Notice name

808 GEORGIA AVENUE
Address

| BROOKLYN | NY | 11207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                84,730.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.720 Nonpriority creditor's name and mailing address**

Portland Water District - store # 7020
Creditor Name

Creditor's Notice name

PO Box 9751
Address

| Portland | ME | 04104-5051 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                122.97
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| | |
|---|---|
| **3.721 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 22,375.43 |

POTTLES TRANSPORTATION LLC
Creditor Name

Creditor's Notice name

PO BOX 877
Address

BANGOR    ME    04402-0877
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.722 Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** $ 117,454.98

POWER TECHNOLOGY INC
Creditor Name

CONNIE PERRILLO
Creditor's Notice name

P.O. BOX 782
Address

WILKESBARRE    PA    18702
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*   23-10576

**3.723** **Nonpriority creditor's name and mailing address**

PPL Electric Utilities # 7036

Creditor Name

Creditor's Notice name

2 North 9th street

Address

CPC-Genn1

| Allentown | PA | 18101-1175 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   3,149.58

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.724** **Nonpriority creditor's name and mailing address**

PPL Electric Utilities # 7047

Creditor Name

Creditor's Notice name

2 North 9th Street

Address

CPC-GENN1

| Allentown | PA | 18101-1175 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   2,495.66

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.725** **Nonpriority creditor's name and mailing address**

PPL Electric Utilities # 7049

Creditor Name

Creditor's Notice name

2 North 9th Street

Address

CPC-GENN1

| Allentown | PA | 18101-1175 |
|-----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,899.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.726** **Nonpriority creditor's name and mailing address**

PPL Electric Utilities # 7064

Creditor Name

Creditor's Notice name

2 North 9th Street

Address

CPC-Genn1

| Allentown | PA | 18101-1175 |
|-----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,626.12

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*   23-10576

**3.727 Nonpriority creditor's name and mailing address**

PRECISION DEVICES LLC

Creditor Name

Creditor's Notice name

PO Box 35463

Address

| Charlotte | NC | 28235 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $             3,740.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.728 Nonpriority creditor's name and mailing address**

PRESIDIO NETWORKED SOLUTIONS

Creditor Name

Creditor's Notice name

PO BOX 822169

Address

| PHILADELPHIA | PA | 19182-2169 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $             6,200.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:   Christmas Tree Shops, LLC

Case number *(if known)*   23-10576

3.729 **Nonpriority creditor's name and mailing address**

PRETZELS INC.
Creditor Name

BRANDI MCCORMICK, REBEKAH HEINGARTNER
Creditor's Notice name

PO BOX 851370
Address

| MINNEAPOLIS | MN | 55485 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   54,432.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.730 **Nonpriority creditor's name and mailing address**

PRIMA DONNA DESIGNS, INC
Creditor Name

Creditor's Notice name

41 MADISON AVENUE
Address

8TH FLOOR

| NEW YORK | NY | 10010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   69,543.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.731  Nonpriority creditor's name and mailing address**

PRIMARY COLORS DESIGN CORP
Creditor Name

CHRISTY HENRY
Creditor's Notice name

1191 Commerce Parkway
Address

| Ashland | OH | 44805 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 64,052.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.732  Nonpriority creditor's name and mailing address**

PRINCE OF PEACE ENTERPRISES I
Creditor Name

CATHERINE YIP
Creditor's Notice name

751 N CANYONS PARKWAY
Address

| LIVERMORE | CA | 94551 |
|-----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 62,360.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.733 Nonpriority creditor's name and mailing address**

Profishant, Inc
Creditor Name

Creditor's Notice name

32 Adams Street
Address

| Fairhaven | MA | 02719 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,727.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.734 Nonpriority creditor's name and mailing address**

PROGRESSIVE FURNITURE
Creditor Name

CAROL KOPKE
Creditor's Notice name

PO BOX 633833
Address

| Cincinnati | OH | 45263-3833 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,345.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.735 Nonpriority creditor's name and mailing address**

PROMOKEEP LLC
Creditor Name

Creditor's Notice name

1241 N Lakeview Ave
Address

Suite R

| Anaheim | CA | 92807 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              5,976.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.736 Nonpriority creditor's name and mailing address**

PROMOTION IN MOTION INC.
Creditor Name

DEBRA MCGHEE
Creditor's Notice name

PO BOX 825816
Address

| PHILADELPHIA | PA | 19182 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $            51,428.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.737** **Nonpriority creditor's name and mailing address**

ProTrainings LLC
Creditor Name

Creditor's Notice name

6452 E. Fulton St., #1
Address

| Ada | MI | 49301 |
|-----|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $                8,000.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.738** **Nonpriority creditor's name and mailing address**

Pryor Cashman, LLP
Creditor Name

Creditor's Notice name

PO Box 22556
Address

| New York | NY | 10087-2556 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $                1,804.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

### 3.739 Nonpriority creditor's name and mailing address

PSE&G # 0990
Creditor Name

Creditor's Notice name

PO BOX 14444
Address

| New Brunswick | NJ | 08906-4444 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $               5,016.13
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

### 3.740 Nonpriority creditor's name and mailing address

PSE&G # 7029
Creditor Name

Creditor's Notice name

PO BOX 14444
Address

| New Brunswick | NJ | 08906-4444 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $               5,015.48
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.741 Nonpriority creditor's name and mailing address**

PSE&G # 7060
Creditor Name

Creditor's Notice name

PO BOX 1444
Address

New Brunswick | NJ | 08906-4444
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,388.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.742 Nonpriority creditor's name and mailing address**

PSE&G # 7080
Creditor Name

Creditor's Notice name

PO BOX 14444
Address

New Brunswick | NJ | 08906-4444
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                626.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

Name

**3.743** **Nonpriority creditor's name and mailing address**

PSE&G # 7087 Gas
Creditor Name

Creditor's Notice name

PO BOX 14444
Address

| New Brunswick | NJ | 08906-4444 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 883.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.744** **Nonpriority creditor's name and mailing address**

PUNJANA TEA
Creditor Name

EDISON WAREHOUSE
Creditor's Notice name

400 MCGRAW DRIVE
Address

| EDISON | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,376.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.745 Nonpriority creditor's name and mailing address**

Pyr-Tech Inc
Creditor Name

Creditor's Notice name

843 St. Louis Rd.
Address

| Collinsville | IL | 62234 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,519.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.746 Nonpriority creditor's name and mailing address**

QUADIENT INC
Creditor Name

Creditor's Notice name

P O BOX 6813
Address

| CAROL STREAM | IL | 60197-6813 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

**3.747 Nonpriority creditor's name and mailing address**

QUALITY CANDY CO

Creditor Name

ANGELA THOMPSON

Creditor's Notice name

3535 EXECUTIVE TERMINAL DR

Address

suite # 100

| HENDERSON | NV | 89052 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 110,181.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.748 Nonpriority creditor's name and mailing address**

R SQUARED SALES AND LOGISTICS

Creditor Name

LEE ROTHMAN

Creditor's Notice name

16-00 ROUTE 208 STE 203

Address

| FAIRLAWN | NJ | 07410 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 58,286.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.749 Nonpriority creditor's name and mailing address**

R TORRE & CO
Creditor Name

ELIE LAW, HILLARY WEYENBERG
Creditor's Notice name

PO BOX 45771
Address

| SAN FRANCISCO | CA | 94145-0771 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 71,442.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.750 Nonpriority creditor's name and mailing address**

R. M. PALMER COMPANY
Creditor Name

JENNIFER MILLER
Creditor's Notice name

PO BOX 13700-1174
Address

| PHILADELPHIA | PA | 19191-1174 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,264.42

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.751 Nonpriority creditor's name and mailing address**

R.G. BARRY CORPORATION
Creditor Name

Creditor's Notice name

PO BOX 677257
Address

| DALLAS | TX | 75267-7257 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 32,076.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.752 Nonpriority creditor's name and mailing address**

R.L. ALBERT & SON INC.
Creditor Name

CINDY HERNANDEZ
Creditor's Notice name

60 LONG RIDGE ROAD
Address

SUITE 300

| STAMFORD | CT | 06902 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 172,225.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| | |
|---|---|
| **3.753 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ Unknown |
| Rakes, Valerie | *Check all that apply.* |
| Creditor Name | ☑ Contingent |
| The Balams Firm | ☑ Unliquidated |
| Creditor's Notice name | ☑ Disputed |
| 290 South Main Street Suite 500 | **Basis for the claim:** |
| Address | Litigation |

| Alpharetta | GA | 30009 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**

| | |
|---|---|
| **3.754 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 15,918.00 |
| RAMALLAH TRADING CO INC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 320 Fifth Ave | **Basis for the claim:** |
| Address | Outstanding Accounts Payable |
| 9th floor | |

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576
Name

**3.755 Nonpriority creditor's name and mailing address**

Ravan Transit, LLC
Creditor Name

HELAINA G, YIANNI RAVANIS
Creditor's Notice name

59 New Taunton Avenue
Address

| Norton | MA | 02766 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 228,605.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.756 Nonpriority creditor's name and mailing address**

Raven Transit, LLC
Creditor Name

Stephen David
Creditor's Notice name

601 High St
Address

| Dedham | MA | 02026 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**3.757 Nonpriority creditor's name and mailing address**

REEDS INC.
Creditor Name

DENISE TERAN
Creditor's Notice name

C/O ACS
Address

PO Box 936601

| Atlanta | GA | 31193-6601 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,141.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.758 Nonpriority creditor's name and mailing address**

REGAL GAMES LLC
Creditor Name

BART LYNAM
Creditor's Notice name

111 W Campbell Street
Address

STE 401

| Arlington Heights | IL | 60005 |
|-------------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,432.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 28,236.00 |

**3.759 Nonpriority creditor's name and mailing address**

REGAL HEALTH FOODS INTERNATION
Creditor Name

Creditor's Notice name

2701 N. NORMANDY AVE
Address

| CHICAGO | IL | 60707 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 28,236.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.760 Nonpriority creditor's name and mailing address**

REGAL HOME COLLECTION INC.
Creditor Name

SHAMEEN MASOOD
Creditor's Notice name

330 Fifth Avenue, 8th Floor
Address

| New York | NY | 10001 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 89,276.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 381 of 549

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.761** **Nonpriority creditor's name and mailing address**

REGENT PRODUCTS CORP. - ILC DI
Creditor Name

MIKE LEVIN
Creditor's Notice name

8999 Palmer
Address

| River Grove | IL | 60171 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                59,539.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.762** **Nonpriority creditor's name and mailing address**

REILY FOODS COMPANY
Creditor Name

TINA RUIZ
Creditor's Notice name

400 Poydras Street, 10th Floor
Address

| New Orleans | LA | 70130 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               118,620.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.763 Nonpriority creditor's name and mailing address**

RENFRO FOODS INC

Creditor Name

BECKY RENFRO-BORBOLLA

Creditor's Notice name

PO BOX 321

Address

| FORT WORTH | TX | 76101-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 549.36

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.764 Nonpriority creditor's name and mailing address**

REO FUNDIT 1 ASSET LLC

Creditor Name

c/o Mid-America Real Estate-Michigan, Inc.

Creditor's Notice name

38500 WOODWARD AVE, SUITE 100

Address

| BLOOMFIELD HILLS | MI | 48304 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 51,454.01

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.765 Nonpriority creditor's name and mailing address**

Republic Services
Creditor Name

CINDY KEHOE
Creditor's Notice name

PO Box 99917
Address

| Chicago | IL | 60696-7717 |
|---------|------|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,297.31
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.766 Nonpriority creditor's name and mailing address**

RG&E - store 7035
Creditor Name

Creditor's Notice name

PO Box 847813
Address

| Boston | MA | 02284-7813 |
|--------|------|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,801.99
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.767  Nonpriority creditor's name and mailing address**

Rhode Island Energy # 7009

Creditor Name

Creditor's Notice name

PO BOX 371361

Address

| Pittsburgh | PA | 15250-7361 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                4,534.93

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.768  Nonpriority creditor's name and mailing address**

Rhode Island Energy # 7011

Creditor Name

Creditor's Notice name

PO Box 371361

Address

| Pittsburgh | PA | 15250-7361 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              11,291.57

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |

Name

**3.769  Nonpriority creditor's name and mailing address**

Riccardo, Getrude
Creditor Name

Creditor's Notice name

Address on File
Address

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ Unknown
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.770  Nonpriority creditor's name and mailing address**

Richardson, Jessica
Creditor Name

Morgan & Morgan
Creditor's Notice name

155 Federal Street 15th Floor
Address

| Boston | MA | 02110 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ Unknown
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**3.771 Nonpriority creditor's name and mailing address**

RIMPORTS (USA) LLC
Creditor Name

Creditor's Notice name

201 EAST BAY BLVD
Address

| PROVO | UT | 84606 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                3,240.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.772 Nonpriority creditor's name and mailing address**

RITE LITE LTD
Creditor Name

MARLENE REIN, MOSHE SCHREIBER
Creditor's Notice name

333 STANLEY AVENUE
Address

| BROOKLYN | NY | 11207-0000 |
|----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $               79,803.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 10,541.50 |

RKS SALES GROUP INC

Creditor Name

KELLY PATTON

Creditor's Notice name

4820 WEST 77TH ST

Address

SUITE 155

| MINNEAPOLIS | MN | 55435-4903 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 5,450.00 |

RMB Development Consultants Inc

Creditor Name

ALISSA PETCHONKA

Creditor's Notice name

308 East Meadow Avenue

Address

| East Meadow | NY | 11554 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.775 Nonpriority creditor's name and mailing address**

ROBERN MENZ USA INC
Creditor Name

Creditor's Notice name

1500 Railroad Ave
Address

| Bellingham | WA | 98225 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                  6,209.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.776 Nonpriority creditor's name and mailing address**

ROBERT B. OUR CO., INC.
Creditor Name

Creditor's Notice name

24 GREAT WESTERN RD
Address

| HARWICH | MA | 02645 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                  6,904.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.777 Nonpriority creditor's name and mailing address**

Roberts, Joseph

Creditor Name

Rob Levine & Associates

Creditor's Notice name

544 Douglas Ave

Address

| Providence | RI | 02908 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $     Unknown

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.778 Nonpriority creditor's name and mailing address**

ROCKAWAY TOWN COURT LLC

Creditor Name

Creditor's Notice name

3572 MOMENTUM PLACE

Address

| CHICAGO | IL | 60689 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $     143,750.01

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.779 Nonpriority creditor's name and mailing address**

Rockaway Township Municipal Utility
Creditor Name

Creditor's Notice name

65 MOUNT HOPE ROAD
Address

| ROCKAWAY | NJ | 07866 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  125.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.780 Nonpriority creditor's name and mailing address**

ROCKINGHAM 620 LLC
Creditor Name

Creditor's Notice name

PO Box 30344
Address

| TAMPA | FL | 33630 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  198,189.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.781** **Nonpriority creditor's name and mailing address**

RONILE ENTERPRISES LLC

Creditor Name

Creditor's Notice name

One Wells Avenue

Address

| Newton | MA | 02459 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,400.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.782** **Nonpriority creditor's name and mailing address**

ROOF MANAGEMENT LTD

Creditor Name

Creditor's Notice name

1383 COLUMBUS AVENUE

Address

| MARYSVILLE | OH | 43040 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 39,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.783  Nonpriority creditor's name and mailing address**

RR DONNELLEY AND SONS COMPANY
Creditor Name

MARIA ESPARZA
Creditor's Notice name

PO BOX 842307
Address

| BOSTON | MA | 02284-2307 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                85,356.97
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.784  Nonpriority creditor's name and mailing address**

RSR Sales, Inc DBA Echo Valley
Creditor Name

Creditor's Notice name

PO Box 2741
Address

| Ann Arbor | MI | 48106 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                50,960.40
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)* 23-10576

Name

**3.785 Nonpriority creditor's name and mailing address**

RUGG MANUFACTURING COMPANY
Creditor Name

Creditor's Notice name

PO Box 142
Address

248 Industrial Rd

| LEOMINSTER | MA | 01453 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                48,756.87

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.786 Nonpriority creditor's name and mailing address**

RUSH DIRECT INC.
Creditor Name

ERICA OROZCO
Creditor's Notice name

890 N WOOD DALE RD.
Address

| WOOD DALE | IL | 60191 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                17,297.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

---

**3.787 Nonpriority creditor's name and mailing address**

RUSSELL STOVER CHOCOLATES LLC

Creditor Name

Creditor's Notice name

P.O. BOX 913268

Address

| DENVER | CO | 80291-3268 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 85,395.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.788 Nonpriority creditor's name and mailing address**

SA & E INTERNATIONAL BAG/RUGGED

Creditor Name

Creditor's Notice name

PO Box 88926

Address

| Chicago | IL | 60695-1926 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 70,828.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*   23-10576

Name

**3.789  Nonpriority creditor's name and mailing address**

SABER RIVERHEAD 58 LLC

Creditor Name

Creditor's Notice name

80 BUSINESS PARK DRIVE

Address

SUITE # 100

| ARMONK | NY | 10504 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    232,052.47

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.790  Nonpriority creditor's name and mailing address**

SAFDIE INTERNATIONAL INC

Creditor Name

DMITRIY LAPTEV, VICKY PETERSON

Creditor's Notice name

8191 CHEMIN MONTVIEW

Address

| MONTREAL | QC | H4P 2P2 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                      44,395.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.791 Nonpriority creditor's name and mailing address**

SAHAH NATURALS
Creditor Name

Creditor's Notice name

2244 46TH AVE
Address

| MONTREAL | QC | H8T 2P3 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    18,216.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.792 Nonpriority creditor's name and mailing address**

Salkovitz Family Trust 2, LLC
Creditor Name

Creditor's Notice name

64 Leona Dr
Address

| Middleboro | MA | 02346 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    59,884,432.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Note Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.793 Nonpriority creditor's name and mailing address**

Salmon Run Shopping Center LLC
Creditor Name

Creditor's Notice name

21182 Salmon Mall Loop W
Address

| Watertown | NY | 13601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.794 Nonpriority creditor's name and mailing address**

SALMON RUN SHOPPING CENTER LLC
Creditor Name

THE CLINTON EXCHANGE
Creditor's Notice name

4 CLINTON SQUARE
Address

| SYRACUSE | NY | 13202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  52,345.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

### 3.795 Nonpriority creditor's name and mailing address

SAMSONICO USA LLC
Creditor Name

Name

AMANDA LESTER
Creditor's Notice name

P.O. BOX 284
Address

| HIGDEN | AR | 72067 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 601,043.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.796 Nonpriority creditor's name and mailing address

SAN DIEGO HAT COMPANY
Creditor Name

Creditor's Notice name

PO BOX 131390
Address

| Carlsbad | CA | 92013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 27,155.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.797** **Nonpriority creditor's name and mailing address**

SAYLITE HOLDINGS LLC dba FLECO INDUSTRIES INC
Creditor Name

TERRY TILLER
Creditor's Notice name

PO BOX 208322
Address

| DALLAS | TX | 75320-8322 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,242.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.798** **Nonpriority creditor's name and mailing address**

SCHINDLER ELEVATOR CORP.
Creditor Name

Creditor's Notice name

PO Box 93050
Address

| Chicago | IL | 60673-3050 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 30,929.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.799 Nonpriority creditor's name and mailing address**

SCHLOTTERBECK & FOSS
Creditor Name

Creditor's Notice name

3 LEDGEVIEW DRIVE
Address

| WESTBROOK | ME | 04092 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,328.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.800 Nonpriority creditor's name and mailing address**

SCHNEIDER NATIONAL INC
Creditor Name

KAYLA SCHULTZ, MEGAN LANTZ
Creditor's Notice name

PO Box 281496
Address

| Atlanta | GA | 30384-1496 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 316,448.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| | |
|---|---|
| 3.801 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 35,901.00 |

SCOTWOOD INDUSTRIES INC
Creditor Name

Creditor's Notice name

PO BOX 959707
Address

**Check all that apply.**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

| St Louis | MO | 63195-9707 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

**number**

☐ Yes

---

3.802 **Nonpriority creditor's name and mailing address**

SEAMAN PAPER COMPANY, INC
Creditor Name

HOLLIE RICHARD
Creditor's Notice name

35 Wilkins Road
Address

**As of the petition filing date, the claim is:** $ 297,166.08

**Check all that apply.**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

| Gardner | MA | 01440 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

**number**

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.803 Nonpriority creditor's name and mailing address**

SECURITAS ELECTRONIC SECURITY
Creditor Name

AMANDA BLAIR, JESSICA WACHTEL
Creditor's Notice name

PO BOX 643731
Address

| PITTSBURGH | PA | 15264-5253 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 41,511.67
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.804 Nonpriority creditor's name and mailing address**

SELECT-A-VISION
Creditor Name

Todd T Moses
Creditor's Notice name

4 BLUE HERON DRIVE
Address

| COLLEGEVILLE | PA | 19426 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 54,547.92
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**3.805 Nonpriority creditor's name and mailing address**

SENIOR BRANDS LLC
Creditor Name

BHASKAR SHRESTHA
Creditor's Notice name

347 5TH AVE
Address

4th floor

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                78,980.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.806 Nonpriority creditor's name and mailing address**

SEP Augusta, LLC
Creditor Name

c/o Sun Equity Partners
Creditor's Notice name

31 West 34th Street
Address

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                38,185.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| | |
|---|---|
| **3.807 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 93,994.09 |

SERVICEMASTER SRM

Creditor Name

Creditor's Notice name

8450 COLE PARKWAY

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

| SHAWNEE | KS | 66227 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

---

**3.808 Nonpriority creditor's name and mailing address**

SHALOM INTERNATIONAL CORP

Creditor Name

Creditor's Notice name

8 NICHOLAS COURT, SUITE B

Address

**As of the petition filing date, the claim is:** $ 3,126.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

| DAYTON | NJ | 08810 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account**

**number**

---

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.809  Nonpriority creditor's name and mailing address**

SHAWSHANK LEDz INC

Creditor Name

BRENDA FREELAND, SANDY LUNDBERG, SHERI SALERNO

Creditor's Notice name

330 E GERMANN RD

Address

#119

| GILBERT | AZ | 85297 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    41,843.52

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.810  Nonpriority creditor's name and mailing address**

SHELBY CORNERS RE HOLDINGS LLC

Creditor Name

Creditor's Notice name

31333 SOUTHFIELD RD

Address

SUITE 250

| BEVERLY HILLS | MI | 48025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    55,204.18

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.811** **Nonpriority creditor's name and mailing address**

SHOPPERTRAK RCT LLC
Creditor Name

Creditor's Notice name

6564 SOLUTION CENTER
Address

| CHICAGO | IL | 60677 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                12,746.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.812** **Nonpriority creditor's name and mailing address**

SHREWD FOOD
Creditor Name

DOUG MILLER
Creditor's Notice name

175 Commerce Drive
Address

Suite E

| Hauppauge | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                32,179.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.813 Nonpriority creditor's name and mailing address**

Siffron
Creditor Name

Creditor's Notice name

PO BOX 74898
Address

| cleveland | OH | 44194-0981 |
|-----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                14,478.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.814 Nonpriority creditor's name and mailing address**

SIGNATURE BRANDS, LLC
Creditor Name

Creditor's Notice name

PO BOX 198391
Address

| ATLANTA | GA | 30384-8391 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                81,960.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

---

**3.815** **Nonpriority creditor's name and mailing address**

SILK HOME INC.
Creditor Name

MOLLIE ZHENG, SHUO WANG
Creditor's Notice name

403 MAIN STREET #676
Address

| ARMONK | NY | 10504 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                57,186.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.816** **Nonpriority creditor's name and mailing address**

SIMPLI FURNISHED LLC
Creditor Name

IRINA FALKINA
Creditor's Notice name

The CIT Group / Commercial Services, Inc
Address

P.O. Box 1036

| Charlotte | NC | 28201-1036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                48,940.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.817 Nonpriority creditor's name and mailing address**

SIPOC Associates
Creditor Name

Creditor's Notice name

PO Box 713201
Address

| Philadelphia | PA | 19171 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 312,581.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.818 Nonpriority creditor's name and mailing address**

SIRIUS COMPUTER SOLUTIONS INC
Creditor Name

BETH ARCHER
Creditor's Notice name

P O BOX 202289
Address

| DALLAS | TX | 75320-2289 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 348,177.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.819** **Nonpriority creditor's name and mailing address**

Skyline Encap Holdings, LLC
Creditor Name

JAMES LEVASH
Creditor's Notice name

320 N Broadway
Address

Suite 340

| GREEN BAY | WI | 54303 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 9,830.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.820** **Nonpriority creditor's name and mailing address**

Sleep Products NCDACS
Creditor Name

Creditor's Notice name

4110 Reedy Creek Road
Address

| Raleigh | NC | 27607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.821 Nonpriority creditor's name and mailing address**

SLIPSTICK USA
Creditor Name

Creditor's Notice name

1000 APOLLO RD SUITE B 03
Address

| EAGAN | MN | 55121 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          16,914.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.822 Nonpriority creditor's name and mailing address**

SLM WASTE & RECYCLING SVCS INC
Creditor Name

Creditor's Notice name

PO Box 782678
Address

| Philadelphia | PA | 19178 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          1,035.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

---

**3.823  Nonpriority creditor's name and mailing address**

SMARTIES CANDY COMPANY
Creditor Name

Creditor's Notice name

1091 LOUSONS ROAD
Address

| UNION | NJ | 07083-5029 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    22,850.64
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.824  Nonpriority creditor's name and mailing address**

SMARTSHEET INC
Creditor Name

FINANCE DEPARTMENT
Creditor's Notice name

DEPT 3421
Address

P O BOX 123421

| DALLAS | TX | 75312-3421 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    10,722.75
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.825** **Nonpriority creditor's name and mailing address**

SNAPLOGIC INC
Creditor Name

ACCOUNTING DEPARTMENT
Creditor's Notice name

1825 SOUTH GRANT ST FLOOR 5
Address

| SAN MATEO | CA | 94402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $ 180,177.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.826** **Nonpriority creditor's name and mailing address**

SNAXSATIONAL BRANDS LLC
Creditor Name

NOLI DAYUTA
Creditor's Notice name

513 MAIN STREET
Address

| WINDEMERE | FL | 34786 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $ 66,992.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Name

Case number *(if known)*  23-10576

**3.827  Nonpriority creditor's name and mailing address**

SNOWFLAKE INC

Creditor Name

CHARLES DONADO

Creditor's Notice name

450 CONCAR DRIVE

Address

| SAN MATEO | CA | 94402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                136,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.828  Nonpriority creditor's name and mailing address**

SOLARAY, LLC dba SWIBCO INC

Creditor Name

CINDY BURCH, KIMBERLEY OLIVE, SANDRA AGUILAR, SIONY
GORION, TRACY COBB

Creditor's Notice name

4535 SW 34TH STREET

Address

| ORLANDO | FL | 32811 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                562,725.28
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.829 Nonpriority creditor's name and mailing address**

SOLEN USA LLC
Creditor Name

ENDER TUNALI
Creditor's Notice name

2513 Shallowford Rd. Suite 200
Address

| Marietta | GA | 30066 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 381.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.830 Nonpriority creditor's name and mailing address**

SONOLIA FOODS LLC
Creditor Name

CAROL AUSTIN
Creditor's Notice name

22478 BUCKSVILLE RD.
Address

| MC CALLA | AL | 35111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,377.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

Name

**3.831**  **Nonpriority creditor's name and mailing address**

SOPHELLE INC
Creditor Name

JOE DELA CRUZ
Creditor's Notice name

PO BOX 987
Address

| FARMINGHAM | MA | 01701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    202,171.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.832**  **Nonpriority creditor's name and mailing address**

Soto Torres
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    Unknown
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.833 Nonpriority creditor's name and mailing address**

Soundwater Dartmouth LLC
Creditor Name

Christopher Serrano, VP, Property & Asset Management
Creditor's Notice name

One Van De Graaff Drive, Suite 402
Address

| Burlington | MA | 01803 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 86,546.91
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.834 Nonpriority creditor's name and mailing address**

SOURCECORP (Hold)
Creditor Name

Creditor's Notice name

DEPT 9050
Address

PO BOX 676114

| DALLAS | TX | 75267-6114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,121.12
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.835 Nonpriority creditor's name and mailing address**

SOUTH CAPE DISTRIBUTORS
Creditor Name

Scott McGee
Creditor's Notice name

P.O. BOX 1212
Address

| MASHPEE | MA | 02649-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,279.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.836 Nonpriority creditor's name and mailing address**

South Hills Owner LLC
Creditor Name

Legal Department
Creditor's Notice name

565 Taxter Road
Address

| Elmsford | NY | 10523 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 128,757.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.837** **Nonpriority creditor's name and mailing address**

South Jersey Gas - store #7080

Creditor Name

Creditor's Notice name

PO Box 6091

Address

| Bellmawr | NJ | 08099-6091 |
|----------|----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    257.12
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.838** **Nonpriority creditor's name and mailing address**

South Jersey Gas # 7059

Creditor Name

Creditor's Notice name

PO BOX 6091

Address

| Bellmawr | NJ | 08099-6091 |
|----------|----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    572.18
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.839 Nonpriority creditor's name and mailing address**

South Shore Disposal, Inc.
Creditor Name

LEAH MACEDO
Creditor's Notice name

50 Bedford Park
Address

| Bridgewater | MA | 02324 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 30,124.36
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.840 Nonpriority creditor's name and mailing address**

SOUTHERN ENTERPRISES LLC
Creditor Name

TERRI LINK
Creditor's Notice name

PO BOX 200385
Address

| Dallas | TX | 75320-0385 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 40,098.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.841 Nonpriority creditor's name and mailing address**

SOUTHWORTH-MILTON INC.
Creditor Name

Creditor's Notice name

PO BOX 3851
Address

| BOSTON | MA | 02241-3851 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 24,923.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.842 Nonpriority creditor's name and mailing address**

SPECIALTY PRODUCTS RESOURCES
Creditor Name

Creditor's Notice name

225 INDUSTRIAL ROAD
Address

| FITCHBURG | MA | 01420 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 102,418.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:   Christmas Tree Shops, LLC

Case number *(if known)*:   23-10576

Name

**3.843** **Nonpriority creditor's name and mailing address**

SPEEDMARK TRANSPORTATION, INC.
Creditor Name

AUSTIN LI
Creditor's Notice name

480 MCCLELLAN HWY
Address

SUITE 300

| EAST BOSTON | MA | 02128 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 13,388.36 |
|---|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.844** **Nonpriority creditor's name and mailing address**

SPI WEST PORT INC
Creditor Name

Creditor's Notice name

377 SWIFT AVE
Address

| S SAN FRANCISCO | CA | 94080 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 5,436.00 |
|---|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.845 Nonpriority creditor's name and mailing address**

SPICY WORLD IV, LLC
Creditor Name

Creditor's Notice name

12651 Stafford Road
Address

| Stafford | TX | 77477 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  13,905.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.846 Nonpriority creditor's name and mailing address**

SPILLANE'S NURSERY & LANDSCAPE CO., INC.
Creditor Name

ERIN SPILLANE
Creditor's Notice name

182 PLMOUTH STREET
Address

| MIDDLEBORO | MA | 02346 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  56,425.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.847 Nonpriority creditor's name and mailing address**

SPIRIT LINEN INC
Creditor Name

Creditor's Notice name

40B COTTERS LANE
Address

| EBRUNSWICK | NJ | 08816 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 24,480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.848 Nonpriority creditor's name and mailing address**

SPLASH HOME
Creditor Name

Creditor's Notice name

4930 COURVAL STREET
Address

| ST LAURENT | QC | H4T 1L1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 11,462.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.849** **Nonpriority creditor's name and mailing address**

SPRING-FILL INDUSTRIES
Creditor Name

Creditor's Notice name

2855 SHERMER ROAD
Address

| NORTHBROOK | IL | 60062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   13,104.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.850** **Nonpriority creditor's name and mailing address**

SSC MISHAWAKA IN LLC
Creditor Name

C/O SCHOTTENSTEIN PROP GROUP
Creditor's Notice name

C/O SCHOTTENSTEIN PROP GROUP
Address

4300 E FIFTH AVENUE

| COLUMBUS | OH | 43219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   433.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 426 of 549

Debtor:   Christmas Tree Shops, LLC

Case number *(if known)*:   23-10576

**3.851   Nonpriority creditor's name and mailing address**

ST. JOSEPH COUNTY TREASURER

Creditor Name

Creditor's Notice name

P.O. BOX 4758

Address

| SOUTH BEND | IN | 46634-4758 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,148.42

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.852   Nonpriority creditor's name and mailing address**

STADELMANN ELECTRIC SERVICE

Creditor Name

TARA ORGETTAS

Creditor's Notice name

PO BOX 7638

Address

| BROCKTON | MA | 02303-7638 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   9,106.60

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| | |
|---|---|
| 3.853 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 20,622.25 |

STAPLES ADVANTAGE

Creditor Name

Creditor's Notice name

11241 PARKSIDE DR.

Address

KNOXVILLE

| ENGLEWOOD | NJ | 07631 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,622.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.854 **Nonpriority creditor's name and mailing address**

STAR BRANDS NORTH AMERICA INC

Creditor Name

RASHID MUMFORD

Creditor's Notice name

10 BANK STREET

Address

SUITE 1011

| WHITE PLAINS | NY | 10606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,381.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

---

**3.855** **Nonpriority creditor's name and mailing address**

STAR SNACKS CO INC
Creditor Name

Creditor's Notice name

111 PORT JERSEY BLVD
Address

| JERSEY CITY | NJ | 07305 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 17,691.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.856** **Nonpriority creditor's name and mailing address**

STARFRIT USA INC
Creditor Name

Creditor's Notice name

770 BOUL GUIMOND
Address

| LONGUEUIL | QC | J4G 1V6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 40,661.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.857** **Nonpriority creditor's name and mailing address**

STARK FOODS

Creditor Name

Creditor's Notice name

200 FOREST DR STE 10

Address

| Greenvale | NY | 11548 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    19,850.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.858** **Nonpriority creditor's name and mailing address**

STARPLAST USA LLC

Creditor Name

BRENDA TILLMAN

Creditor's Notice name

Accounts Receivable

Address

8111 Humble Westfield Road, Suite 150

| Humble | TX | 77338 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    68,640.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

3.859 **Nonpriority creditor's name and mailing address**

State of Maryland
Creditor Name

Creditor's Notice name

24 Summit Avenue
Address

| Hagerstown | MD | 21740 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    809.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.860 **Nonpriority creditor's name and mailing address**

STATE OF NEW JERSEY
Creditor Name

Creditor's Notice name

DCA BFCE DORES
Address

P O BOX 663

| TRENTON | NJ | 08646-0663 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    974.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 155.38 |

STERICYCLE INC
Creditor Name

Creditor's Notice name

28883 Network Place
Address

Chicago    IL    60673-1288
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 13.25 |

Sterling
Creditor Name

Creditor's Notice name

PO Box 35626
Address

Newark    NJ    07193-5626
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.863  Nonpriority creditor's name and mailing address**

STORCK USA L.P.
Creditor Name

KAREN FORD
Creditor's Notice name

PO BOX 677430
Address

| DALLAS | TX | 75267-7430 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 55,700.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.864  Nonpriority creditor's name and mailing address**

STUFFED PUFFS LLC
Creditor Name

Creditor's Notice name

PO BOX 846656
Address

| Los Angelos | CA | 90084-6656 |
|-------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 105,753.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.865 Nonpriority creditor's name and mailing address**

SULTANA DISTRIBUTION SERVICES
Creditor Name

Creditor's Notice name

600 FOOD CENTER DRIVE
Address

| BRONX | NY | 10474 |
|-------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                142,434.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.866 Nonpriority creditor's name and mailing address**

SULTAN'S LINENS INC
Creditor Name

PRIYA ADVANI
Creditor's Notice name

313 FIFTH AVENUE
Address

| NEW YORK | NY | 10016 |
|----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                  6,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

3.867 **Nonpriority creditor's name and mailing address**

SUMMIT BRANDS
Creditor Name

SETH ENDSLEY
Creditor's Notice name

4025 Reliable Parkway
Address

| Chicago | IL | 60686-0040 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50,004.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.868 **Nonpriority creditor's name and mailing address**

SUNNY DAYS ENTERTAINMENT
Creditor Name

Creditor's Notice name

433 SE MAIN STREET SUITE A
Address

| SIMPSONVILLE | SC | 29681 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,286.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.869 Nonpriority creditor's name and mailing address**

SUNPLUS DATA GROUP INC-CTS
Creditor Name

DEEPA GHANKOT
Creditor's Notice name

325 LESTER RD NW
Address

SUITE A

| LAWRENCEVILLE | GA | 30044 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 50,000.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.870 Nonpriority creditor's name and mailing address**

SUNPOWER CORPORATION SYSTEMS
Creditor Name

Creditor's Notice name

P.O. BOX 59752
Address

| LOS ANGELES | CA | 90074-9752 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 47,827.19
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*  23-10576

**3.871 Nonpriority creditor's name and mailing address**

SUNSHINE MAKERS INC.
Creditor Name

SUSAN JARRETT
Creditor's Notice name

File #2462
Address

1801 W Olympic Blvd

| Pasadena | CA | 91199-2462 |
|----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  37,978.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.872 Nonpriority creditor's name and mailing address**

Superior Landscaping & Design of New York Inc
Creditor Name

Creditor's Notice name

496 Sharrotts Rd
Address

| Staten Island | NY | 10309 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  3,277.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.873 Nonpriority creditor's name and mailing address**

SUPERIOR NUT CO.
Creditor Name

Creditor's Notice name

225 MONSIGNOR OBRIEN HWY.
Address

P O BOX 410086

| CAMBRIDGE | MA | 02141 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 75,748.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.874 Nonpriority creditor's name and mailing address**

SUPREME LIGHTS CANDLE INC.
Creditor Name

MONICA BUMGARNER
Creditor's Notice name

23811 Washington Ave
Address

Suite # 110- PMB 371

| Murrieta | CA | 92562 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 66,432.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.875  Nonpriority creditor's name and mailing address**

SUSO 5 Fayetteville LP
Creditor Name

c/o Slate Asset Management L.P.
Creditor's Notice name

20 South Clark St. suite 1400
Address

| Chicago | IL | 60603 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          59,326.68
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.876  Nonpriority creditor's name and mailing address**

SVMP DE LLC
Creditor Name

Creditor's Notice name

6 SQUADRON BLVD SUITE 106
Address

| NEW CITY | NY | 10956 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          287,958.03
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.877 Nonpriority creditor's name and mailing address**

SWEET N FUN INC.
Creditor Name

Creditor's Notice name

1054 Greengate Place
Address

| Lathrop | CA | 95330 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 21,700.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.878 Nonpriority creditor's name and mailing address**

SWEET PASTRY CJ LLC
Creditor Name

Creditor's Notice name

101 CHESTNUT ST
Address

| NEWARK | NJ | 07105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 6,588.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*  23-10576

**3.879 Nonpriority creditor's name and mailing address**

SWEETZELS FOODS LLC

Creditor Name

Creditor's Notice name

1509 Bethlehem Pk

Address

| Flourtown | PA | 19031 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 40,595.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.880 Nonpriority creditor's name and mailing address**

T Mobile

Creditor Name

Creditor's Notice name

PO BOX 742596

Address

| Cincinnati | OH | 45274 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,681.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

---

**3.881 Nonpriority creditor's name and mailing address**

T. MARZETTI COMPANY

Creditor Name

Creditor's Notice name

DEPT L-818

Address

| COLUMBUS | OH | 43260 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 83,007.36

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.882 Nonpriority creditor's name and mailing address**

T.C. MILLWORK INC

Creditor Name

KAREN ZEGARSKI, KARL SCHMID

Creditor's Notice name

P.O. BOX 826

Address

| BENSALEM | PA | 19020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 546.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.883 Nonpriority creditor's name and mailing address**

TALKING RAIN BEVERAGE CO
Creditor Name

DEANNE HOLTZ
Creditor's Notice name

PO BOX 74251
Address

| CLEVELAND | OH | 44194 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 83,200.63
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.884 Nonpriority creditor's name and mailing address**

TANA BANA DESIGN SERVICES LLC
Creditor Name

Creditor's Notice name

68 BURNHAM PKWY
Address

| MORRISTOWN | NJ | 07960 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 9,000.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*    23-10576

**3.885** **Nonpriority creditor's name and mailing address**

TANGER OUTLETS DEER PARK LLC
Creditor Name

C/O TANGER OUTLET CENTERS
Creditor's Notice name

3200 NORTHLINE AVE STE 360
Address

| GREENSBORO | NC | 27408 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $            246,114.89
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.886** **Nonpriority creditor's name and mailing address**

TARHONG DIRECT
Creditor Name

Creditor's Notice name

780 S NOGALES STREET
Address

CITY OF INDUSTRY

| LOS ANGELES | CA | 91748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              3,400.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
| --- | --- | --- | --- |
| | Name | | |

**3.887 Nonpriority creditor's name and mailing address**

Tasty Baking Company
Creditor Name

KYRA ROBERDS
Creditor's Notice name

PO BOX 602618
Address

| Charlotte | NC | 28260 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 117,334.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.888 Nonpriority creditor's name and mailing address**

TATE'S WHOLESALE LLC
Creditor Name

GILLIAN CONE
Creditor's Notice name

62 PINE STREET
Address

| EAST MORICHES | NY | 11940 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 190,577.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.889 Nonpriority creditor's name and mailing address**

TAX COLLECTOR
Creditor Name


Creditor's Notice name

ROOM 160 COURTHOUSE
Address

716 RICHARD ARRINGTON JR. BLVD


| BIRMINGHAM | AL | 35203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  230.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.890 Nonpriority creditor's name and mailing address**

TEKNO PRODUCTS
Creditor Name


Creditor's Notice name

PO BOX 203152
Address


| DALLAS | TX | 75320 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  18,542.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*   23-10576

**3.891** **Nonpriority creditor's name and mailing address**

TEKsystems Global Services
Creditor Name

MATTHUE KOONTZ
Creditor's Notice name

PO BOX 198568
Address

| ATLANTA | GA | 30384-8568 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    293,893.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.892** **Nonpriority creditor's name and mailing address**

TELEBRANDS CORPORATION
Creditor Name

CAROLINE SZUMIGALSKI, EDGAR RODRIGUEZ
Creditor's Notice name

PO Box 88926
Address

| Chicago | IL | 60695-1926 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    5,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Name

Case number *(if known)*:  23-10576

**3.893  Nonpriority creditor's name and mailing address**

TeleCheck Services

Creditor Name

Creditor's Notice name

PO Box 60028

Address

| City of Industry | CA | 91716-0028 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               14,629.48

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.894  Nonpriority creditor's name and mailing address**

Telescope Inc

Creditor Name

Creditor's Notice name

10250 Constellation Blvd., Suite 100

Address

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               31,095.03

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*:  23-10576

**3.895 Nonpriority creditor's name and mailing address**

TEN ACRE GIFTS LLC

Creditor Name

JASON HOFFMAN

Creditor's Notice name

18851 Bardeen Ave

Address

Suite 225

| Irvine | CA | 92612 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                284,069.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.896 Nonpriority creditor's name and mailing address**

TEN STRAWBERRY STREET LTD

Creditor Name

Creditor's Notice name

3837 MONACO PARKWAY

Address

| DENVER | CO | 80207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  3,240.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known):* 23-10576

Name

**3.897 Nonpriority creditor's name and mailing address**

TENNANT COMPANY

Creditor Name

Creditor's Notice name

P.O. BOX 71414

Address

| CHICAGO | IL | 60694-1414 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 32,427.05

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.898 Nonpriority creditor's name and mailing address**

TENSATOR INC

Creditor Name

Bay Store

Creditor's Notice name

260 Spur Drive S

Address

| BAY SHORE | NY | 11706-3917 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 34,567.15

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.899  Nonpriority creditor's name and mailing address**

TF PUBLISHING
Creditor Name

SARAH COMBS
Creditor's Notice name

4257 S 500 E
Address

| WHITESTOWN | IN | 46075 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                105,521.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.900  Nonpriority creditor's name and mailing address**

THAT'S HOW WE ROLL LLC
Creditor Name

Creditor's Notice name

PO Box 780045
Address

| Philadelphia | PA | 19178 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 20,640.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.901 Nonpriority creditor's name and mailing address**

THE BAZAAR INC.
Creditor Name

SCOTT FINK
Creditor's Notice name

1900 N 5TH AVENUE
Address

| RIVER GROVE | IL | 60171-1906 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 132,471.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.902 Nonpriority creditor's name and mailing address**

The Bazooka Companies Inc
Creditor Name

Creditor's Notice name

PO BOX 23276
Address

| NEW YORK | NY | 10087-3276 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 55,345.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

Name

**3.903 Nonpriority creditor's name and mailing address**

THE BEISTLE COMPANY
Creditor Name

KASI SHEAFFER
Creditor's Notice name

P O BOX 842222
Address

| BOSTON | MA | 02284-2222 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  22,507.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.904 Nonpriority creditor's name and mailing address**

THE BRAND PASSPORT
Creditor Name

Creditor's Notice name

18 EAST 41ST STREET
Address

SUITE 1901

| NEW YORK | NY | 10017 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  45,701.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.905 Nonpriority creditor's name and mailing address**

THE CLOSEOUT GROUP INC
Creditor Name

Creditor's Notice name

113 FILLMORE ST
Address

| BRISTOL | PA | 19007 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              7,200.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.906 Nonpriority creditor's name and mailing address**

The Commercial Traffic Company/CT Logistics
Creditor Name

KIM SEGEDI
Creditor's Notice name

12487 PLAZA DRIVE
Address

| CLEVELAND | OH | 44130 |
|-----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          1,280,786.84
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.907 Nonpriority creditor's name and mailing address**

THE CRUMP GROUP INC
Creditor Name

SHARON CRABTREE
Creditor's Notice name

2050 Drew Road
Address

| Mississauga | ON | L5S 1S4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,160.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.908 Nonpriority creditor's name and mailing address**

THE JAM SHOPPE
Creditor Name

Creditor's Notice name

P.O. BOX 121
Address

108 2ND AVE SE

| ALTURA | MN | 55910 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,227.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 11,853.00 |
|---|---|---|---|

The Mazel Company
Creditor Name

SANDY GARGANTA
Creditor's Notice name

PO Box 772625
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

| Detroit | MI | 48277-2625 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 3,825.00 |
|---|---|---|---|

The Mills Air Service Inc.
Creditor Name

CHRIS SIDERWICZ
Creditor's Notice name

1000 Race Lane
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

| Marston Mills | MA | 02648 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.911 Nonpriority creditor's name and mailing address**

THE ORIGINAL POOPBAGS

Creditor Name

Creditor's Notice name

470 Satellite Boulevard NE Suite E-F

Address

| Suwanee | GA | 30024 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,600.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.912 Nonpriority creditor's name and mailing address**

The Parker Avery Group

Creditor Name

Creditor's Notice name

3225 Shallowford Road

Address

suite 310

| Marietta | GA | 30062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 66,660.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.913 Nonpriority creditor's name and mailing address**

THE PEGGS COMPANY INC.
Creditor Name

LUPE CARRILLO
Creditor's Notice name

P.O. BOX 907
Address

| MIRA LOMA | CA | 91752-0907 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              18,162.49

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.914 Nonpriority creditor's name and mailing address**

The Vaughan Co Inc
Creditor Name

RICHARD VAUGHAN
Creditor's Notice name

32 Furnace Avenue
Address

Suite 2

| Quincy | MA | 02169 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              20,645.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.915 Nonpriority creditor's name and mailing address**

TIPSY ELVES
Creditor Name

DAVID VAZQUEZ, DIANNE FINONES
Creditor's Notice name

401 B. Street
Address

Floor 14 Suite 1450

| San Diego | CA | 92101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 130,877.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.916 Nonpriority creditor's name and mailing address**

TLC LIGHTING, INC.
Creditor Name

TYLER GOLDEN
Creditor's Notice name

PO Box 7004
Address

| Mayfield | KY | 42066 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,958.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.917 Nonpriority creditor's name and mailing address**

Toby Enterprises LL Corp.
Creditor Name

Creditor's Notice name

34 WEST 33RD STREET SUITE 402
Address

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,709.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.918 Nonpriority creditor's name and mailing address**

TONY CHACHERE'S
Creditor Name

Creditor's Notice name

5604 I49 N Service Road
Address

| Opelousas | LA | 70570 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,033.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.919** **Nonpriority creditor's name and mailing address**

TORTUGA IMPORTS INC

Creditor Name

Creditor's Notice name

10125 NW 116TH WAY

Address

SUITE 10

| MEDLEY | FL | 33178 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 36,314.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.920** **Nonpriority creditor's name and mailing address**

TOV LEV ENTERPRISES INC

Creditor Name

Creditor's Notice name

2850 E 46TH STREET

Address

| VERNON | CA | 90058 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,380.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.921 Nonpriority creditor's name and mailing address**

Town of Avon
Creditor Name

Creditor's Notice name

Department 2660
Address

PO BOX 986500

| Boston | MA | 02298-6500 |
|--------|----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 618.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.922 Nonpriority creditor's name and mailing address**

TOWN OF FOXBOROUGH
Creditor Name

Creditor's Notice name

PO Box 341
Address

| Foxborough | MA | 02155-0004 |
|-----------|----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 655.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.923** **Nonpriority creditor's name and mailing address**

Town of Greenburgh Water

Creditor Name

Creditor's Notice name

181 Knollwood Road

Address

| Whiteplains | NY | 10607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                475.61

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.924** **Nonpriority creditor's name and mailing address**

TOWN OF ORLEANS/WATER DEP

Creditor Name

Tax Collector

Creditor's Notice name

19 Schood Rd

Address

| Orleans | MA | 02653 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                134.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.925 Nonpriority creditor's name and mailing address**

TOWN OF SALEM NH - 7015

Creditor Name

Creditor's Notice name

UTILITY SERVICES DEPT TOWN OF

Address

33 GEREMONTY DRIVE

| SALEM | NH | 03079-3390 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 109.55

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.926 Nonpriority creditor's name and mailing address**

TOWN OF SCARBOROUGH

Creditor Name

Creditor's Notice name

PO BOX 360

Address

| SCARBOROUGH | ME | 04070-0360 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 25.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.927 Nonpriority creditor's name and mailing address**

Town of Watertown
Creditor Name

Creditor's Notice name

22867 Country Route 67
Address

| Watertown | NY | 13601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    112.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.928 Nonpriority creditor's name and mailing address**

Traliant Holdings LLC
Creditor Name

Creditor's Notice name

1600 Rosecrans Avenue
Address

4th Floor Media Center

| Manhattan Beach | CA | 90266 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    10,004.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 465 of 549

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.929 Nonpriority creditor's name and mailing address**

TRANSPAC
Creditor Name

JOHN OROZCO, JULIE SPANGLER
Creditor's Notice name

1050 AVIATOR DR.
Address

| VACAVILLE | CA | 95688 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,501.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.930 Nonpriority creditor's name and mailing address**

TRANSPORTATION SUPPLY DEPOT, INC
Creditor Name

Creditor's Notice name

11031 N DIXIE DR
Address

| VANDALIA | OH | 45377 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 91.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

Name

**3.931 Nonpriority creditor's name and mailing address**

TRAPPIST PRESERVES

Creditor Name

DOMINIC WHEDBEE

Creditor's Notice name

167 N. SPENCER ROAD

Address

| SPENCER | MA | 01562-1233 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 160,480.68

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.932 Nonpriority creditor's name and mailing address**

TRIANGLE HOME FASHIONS

Creditor Name

LIJU WANG

Creditor's Notice name

120 TICES LANE

Address

| EAST BRUNSWICK | NJ | 08816 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 87,567.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.933 Nonpriority creditor's name and mailing address**

TRILLIANT FOOD AND NUTRITION
Creditor Name

Creditor's Notice name

PO Box 780415
Address

| Philidelphia | PA | 19178-0415 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 110,076.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.934 Nonpriority creditor's name and mailing address**

TRUCO ENTERPRISES LP
Creditor Name

JESSE KLINEDINST
Creditor's Notice name

PO BOX 31001-2538
Address

| PASADENA | CA | 91110-2538 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,443.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 468 of 549

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.935 Nonpriority creditor's name and mailing address**

TRUSS GREENWOOD IN LLC
Creditor Name

C/O SCHOTTENSTEIN REALTY GROUP
Creditor's Notice name

4300 E FIFTH AVENUE
Address

| COLUMBUS | OH | 43219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 96,138.32
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.936 Nonpriority creditor's name and mailing address**

Trustwave
Creditor Name

ZHASSULAN KAMANTAY
Creditor's Notice name

75 Remittance Drive, Suite 6000
Address

| Chicago | IL | 60675-6000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 66,133.53
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.937 Nonpriority creditor's name and mailing address**

TTI FLOOR CARE NORTH AMERICA
Creditor Name

RACHEL GARNEY
Creditor's Notice name

62481 Collection Center Drive
Address

| Chicago | IL | 60693-0624 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 44,976.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.938 Nonpriority creditor's name and mailing address**

TURKEY HILL SUGARBUSH LTD.
Creditor Name

JAANA TORNIKOSKI
Creditor's Notice name

1037 BOULEVARD INDUSTRIEL
Address

| GRANBY | QC | J2J 2B8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,324.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.939 Nonpriority creditor's name and mailing address**

TURTLE ROCK LLC

Creditor Name

Diane Wolters

Creditor's Notice name

231 WILLOW STREET

Address

YARMOUTHPORT          MA          02675

City                 State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $          10,518.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.940 Nonpriority creditor's name and mailing address**

TURTLE ROCK LLC

Creditor Name

Diane Wolters

Creditor's Notice name

231 WILLOW STREET

Address

YARMOUTHPORT          MA          02675

City                 State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $          16,313.13

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

Name

**3.941 Nonpriority creditor's name and mailing address**

TURTLE ROCK LLC
Creditor Name

Diane Wolters
Creditor's Notice name

231 WILLOW STREET
Address

| YARMOUTHPORT | MA | 02675 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    19,148.75
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.942 Nonpriority creditor's name and mailing address**

TURTLE ROCK LLC
Creditor Name

Diane Wolters
Creditor's Notice name

231 WILLOW STREET
Address

| YARMOUTHPORT | MA | 02675 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    24,018.33
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*    23-10576

**3.943 Nonpriority creditor's name and mailing address**

TURTLE ROCK LLC
Creditor Name

Diane Wolters
Creditor's Notice name

231 WILLOW STREET
Address

| YARMOUTHPORT | MA | 02675 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                34,862.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.944 Nonpriority creditor's name and mailing address**

TURTLE ROCK LLC
Creditor Name

Diane Wolters
Creditor's Notice name

231 WILLOW STREET
Address

| YARMOUTHPORT | MA | 02675 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                36,816.25
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

Name

**3.945 Nonpriority creditor's name and mailing address**

TURTLE ROCK LLC

Creditor Name

Diane Wolters

Creditor's Notice name

231 WILLOW STREET

Address

YARMOUTHPORT | MA | 02675

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 62,687.50

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.946 Nonpriority creditor's name and mailing address**

TURTLE ROCK LLC

Creditor Name

Diane Wolters

Creditor's Notice name

231 WILLOW STREET

Address

YARMOUTHPORT | MA | 02675

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 71,200.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.947 Nonpriority creditor's name and mailing address**

TURTLE ROCK LLC

Creditor Name

Diane Wolters

Creditor's Notice name

231 WILLOW STREET

Address

| | | |
|---|---|---|
| YARMOUTHPORT | MA | 02675 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 83,047.42

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.948 Nonpriority creditor's name and mailing address**

TW EVANS CORDAGE CO

Creditor Name

BILL EVANS

Creditor's Notice name

55 WALNUT GROVE AVE

Address

P.O. BOX 8038

| | | |
|---|---|---|
| CRANSTON | RI | 02920-0000 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 21,012.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

3.949 **Nonpriority creditor's name and mailing address**

TWIN STAR INTERNATIONAL INC.
Creditor Name

Creditor's Notice name

PO BOX 746779
Address

| ATLANTA | GA | 30374-6779 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 43,666.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.950 **Nonpriority creditor's name and mailing address**

TWININGS NORTH AMERICA INC
Creditor Name

Creditor's Notice name

P.O. BOX 414599
Address

| BOSTON | MA | 02241-4599 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 173,593.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.951 Nonpriority creditor's name and mailing address**

TWO RIVERS COFFEE
Creditor Name

STEVEN SCHREIBER
Creditor's Notice name

PO BOX 527
Address

| SOUTH PLAINFIELD | NJ | 07080 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 59,673.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.952 Nonpriority creditor's name and mailing address**

TY INC
Creditor Name

ROBIN CAPUTO
Creditor's Notice name

PO BOX 5934
Address

| CHICAGO | IL | 60680 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 118,338.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.953 Nonpriority creditor's name and mailing address**

TZUMI INNOVATIONS
Creditor Name

PAMILA GULRAJANI
Creditor's Notice name

16 E 34TH STREET
Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                26,032.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.954 Nonpriority creditor's name and mailing address**

U.S. Home Brands, LLC
Creditor Name

DANIELLE ACKERMAN
Creditor's Notice name

PO BOX 1036
Address

ATTN LOCKBOX

| CHARLOTTE | NC | 28201-1036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                19,635.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

---

**3.955 Nonpriority creditor's name and mailing address**

UGI Utilities Inc # 7036
Creditor Name

Creditor's Notice name

PO BOX 15503
Address

| Wilmington | DE | 19886-5503 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 1,268.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.956 Nonpriority creditor's name and mailing address**

UGI Utilities Inc # 7064
Creditor Name

Creditor's Notice name

PO BOX 15503
Address

| Wilmington | DE | 19886-5503 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                   270.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number (if known)  23-10576

**3.957 Nonpriority creditor's name and mailing address**

UGI Utilities, Inc # 7049
Creditor Name

Creditor's Notice name

PO Box 15503
Address

| Wilmington | DE | 19886-5503 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    606.53
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.958 Nonpriority creditor's name and mailing address**

ULINE
Creditor Name

ATTN ACCOUNTS RECEIVABLE
Creditor's Notice name

P.O. BOX 88741
Address

| CHICAGO | IL | 60680-1741 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    701.33
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 480 of 549

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.959** **Nonpriority creditor's name and mailing address**

UMA ENTERPRISES INC.
Creditor Name

MARRAH FORTUS
Creditor's Notice name

Lockbox #3878
Address

| Columbus | OH | 43260-3878 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 78,249.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.960** **Nonpriority creditor's name and mailing address**

UNCLE CHARLIE'S MEATS, INC.
Creditor Name

Creditor's Notice name

406 North Estill Ave
Address

| Richmond | KY | 40475 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,776.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

3.961 **Nonpriority creditor's name and mailing address**

UNILEVER HPC
Creditor Name

KUNAL BHATT
Creditor's Notice name

88069 EXPEDITE WAY
Address

| CHICAGO | IL | 60695 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $                38,752.44
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

3.962 **Nonpriority creditor's name and mailing address**

UNION SQUARE ART COLLECTIVE STUDIO
Creditor Name

LISA SALVATO
Creditor's Notice name

41 Union Square W, Ste 1427
Address

| New York | NY | 10003 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $                 7,800.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 482 of 549

Debtor:   Christmas Tree Shops, LLC

Case number *(if known):*   23-10576

Name

**3.963  Nonpriority creditor's name and mailing address**

UNIQUE PRETZEL CO

Creditor Name

Creditor's Notice name

215 E BELLEVUE AVE

Address

| READING | PA | 19605 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   16,776.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.964  Nonpriority creditor's name and mailing address**

United National Consumer Suppliers

Creditor Name

KARLA BLANDON

Creditor's Notice name

1471 N.E. 26th Street

Address

Suite 200

| Fort Lauderdale | FL | 33305 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   105,931.16
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.965 Nonpriority creditor's name and mailing address**

Unitil # 7015
Creditor Name

Creditor's Notice name

PO BOX 981077
Address

| Boston | MA | 02298-1077 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 619.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.966 Nonpriority creditor's name and mailing address**

UNIVERSAL BRAND MERCHANDISING
Creditor Name

Creditor's Notice name

11726 SAN VICENTE BLVD
Address

SUITE 160

| LOS ANGELES | CA | 90049 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 825.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.967** **Nonpriority creditor's name and mailing address**

UNIVERSAL DISTRIBUTION
Creditor Name

DELIKA LILA
Creditor's Notice name

96 Distribution Blvd
Address

| Edison | NJ | 08817 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,720.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.968** **Nonpriority creditor's name and mailing address**

UPD INC.
Creditor Name


Creditor's Notice name

4507 MAYWOOD AVENUE
Address

| VERNON | CA | 90058 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 43,796.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.969** **Nonpriority creditor's name and mailing address**

UPPER CANADA SOAP & CANDLE MAK
Creditor Name

ANDREW DHARMERATNAM
Creditor's Notice name

2299 KENMORE AVE
Address

| BUFFALO | NY | 14207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 47,635.50
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.970** **Nonpriority creditor's name and mailing address**

URSTADT BIDDLE PROPERTIES INC
Creditor Name

Creditor's Notice name

P.O. BOX 21075
Address

| NEW YORK | NY | 10286 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 242,462.40
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.971 Nonpriority creditor's name and mailing address**

USM, an EMCOR Company
Creditor Name

ROBERT GOLTZ
Creditor's Notice name

PO Box 8500-1076
Address

| Philadelphia | PA | 19178 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 177,516.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.972 Nonpriority creditor's name and mailing address**

USPG PORTFOLIO FIVE LLC
Creditor Name

Creditor's Notice name

3665 FISHINGER BLVD
Address

| HILLIARD | OH | 43026 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 69,853.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.973** **Nonpriority creditor's name and mailing address**

UTZ Quality Foods
Creditor Name

JESSE KLINEDINST
Creditor's Notice name

900 HIGH STREET
Address

| HANOVER | PA | 17331 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,027.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.974** **Nonpriority creditor's name and mailing address**

UTZ QUALITY FOODS LLC
Creditor Name

ARLONA CAMPOS, DESIREE SMITH, JESSE KLINEDINST
Creditor's Notice name

PO BOX 64801
Address

| BALTIMORE | MD | 21264-4801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 693,652.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.975 Nonpriority creditor's name and mailing address**

VALENTINO USA INC.
Creditor Name

GIANCARLO VALENTINO
Creditor's Notice name

12 MARGUERITE COURT
Address

| LITTLE FALLS | NJ | 07424 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                169,554.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.976 Nonpriority creditor's name and mailing address**

VAN ZYVERDEN INC
Creditor Name

VONDA ROWZEE
Creditor's Notice name

PO BOX 550
Address

| MERIDIAN | MS | 39302-0550 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 40,788.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.977 Nonpriority creditor's name and mailing address**

VENTURE PRODUCTS LLC
Creditor Name

VICKIE MULCAHEY
Creditor's Notice name

376 HOLLYWOOD AVENUE
Address

SUITE 209

| FAIRFIELD | NJ | 07004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    8,317.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.978 Nonpriority creditor's name and mailing address**

Veolia # 7024
Creditor Name

Creditor's Notice name

Payment Center
Address

PO BOX 371804

| Pittsburgh | PA | 15250-7804 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    667.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576
Name

**3.979 Nonpriority creditor's name and mailing address**

Veolia # 7029
Creditor Name

Creditor's Notice name

Payment Center
Address

PO BOX 371804

| Pittsburgh | PA | 15250-7804 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 140.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.980 Nonpriority creditor's name and mailing address**

Veolia # 7049
Creditor Name

Creditor's Notice name

Payment Center
Address

PO BOX 371804

| Pittsburgh | PA | 15250-7804 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 311.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 491 of 549

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

Name

**3.981  Nonpriority creditor's name and mailing address**

VERIFONE
Creditor Name

ANTONIA TAM
Creditor's Notice name

Verifone - Lockbox #774060
Address

PO box 854060

| Minneapolis | MN | 55485-4060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 99,524.84

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.982  Nonpriority creditor's name and mailing address**

Verizon
Creditor Name

Creditor's Notice name

PO Box 16800
Address

| Newark | NJ | 07101-6800 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,475.88

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*   23-10576

**3.983 Nonpriority creditor's name and mailing address**

VERMONT AGENCY OF AGRICULTURE

Creditor Name

NURSERY DEALER LICENSE

Creditor's Notice name

116 STATE STREET

Address

| MONTPELIER | VT | 05620-2901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               60.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.984 Nonpriority creditor's name and mailing address**

Vermont Agency of Agriculture, Food & Market

Creditor Name

Business Office L&R

Creditor's Notice name

116 State Street

Address

| Montpelier | VT | 05620 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             190.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*  23-10576

**3.985** **Nonpriority creditor's name and mailing address**

VERMONT MECHANICAL INC.
Creditor Name

KELLEY CHASE
Creditor's Notice name

P.O. BOX 728
Address

| WILLISTON | VT | 05495 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    4,091.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.986** **Nonpriority creditor's name and mailing address**

VIABELLA HOLDINGS L.L.C.
Creditor Name

Lori Levesque
Creditor's Notice name

9 KENDRICK ROAD
Address

| WAREHAM | MA | 02571 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    287,712.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.987  Nonpriority creditor's name and mailing address**

VIABELLA HOLDINGS LLC
Creditor Name

Lori Levesque
Creditor's Notice name

9 KENDRICK ROAD
Address

| WAREHAM | MA | 02571 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    186,712.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.988  Nonpriority creditor's name and mailing address**

VICENZI USA INC
Creditor Name

Creditor's Notice name

241 NE 61ST STREET
Address

| MIAMI | FL | 33137 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    4,504.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.989  Nonpriority creditor's name and mailing address**

VICKERRY REALTY CO. TRUST
Creditor Name

Creditor's Notice name

25 ORCHARD VIEW DRIVE
Address

| LONDONERRY | NH | 30530 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 295,998.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.990  Nonpriority creditor's name and mailing address**

VIGO IMPORTING CO INC
Creditor Name

KATIE MINEHART, LIZ ZENO
Creditor's Notice name

P.O.BOX 15584
Address

| TAMPA | FL | 33684 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 30,209.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.991  Nonpriority creditor's name and mailing address**

Vincent, Marcia
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.992  Nonpriority creditor's name and mailing address**

VIRGINIA DEPT OF TAXATION
Creditor Name

Creditor's Notice name

P.O. BOX 1777
Address

| RICHMOND | VA | 23218 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    945.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*   23-10576

**3.993** **Nonpriority creditor's name and mailing address**

VISTA HOME FASHIONS INC
Creditor Name

JASZ RICKENBACH, SEAN KEJRIWAL
Creditor's Notice name

Goodman Factors
Address

PO Box 29647

| Dallas | TX | 75229-9647 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 136,702.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.994** **Nonpriority creditor's name and mailing address**

VITELLI FOODS LLC
Creditor Name

MARITZA LEON
Creditor's Notice name

25 ROCKWOOD PLACE
Address

SUITE 220

| ENGLEWOOD | NJ | 07631 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 42,001.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

**3.995 Nonpriority creditor's name and mailing address**

VOSS PRODUCTION AMERICAS INC
Creditor Name

VOSS PRODUCTION AMERICAS INC
Creditor's Notice name

P.O. BOX 21589
Address

| NEW YORK | NY | 10087-1589 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                25,465.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.996 Nonpriority creditor's name and mailing address**

W.M. BARR & COMPANY INC
Creditor Name

MARTHA WINSTEAD, VICTORIA SCOTT
Creditor's Notice name

PO BOX 637687
Address

| CINCINNATI | OH | 45263-7687 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                65,169.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*:  23-10576

**3.997 Nonpriority creditor's name and mailing address**

WABASH VALLEY FARMS INC
Creditor Name

RANDY KOPKA
Creditor's Notice name

6323 N 150 E
Address

| MONON | IN | 47959 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    13,188.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.998 Nonpriority creditor's name and mailing address**

WAIAKEA INC.
Creditor Name

MABEL MALAZA
Creditor's Notice name

5800 HANNUM AVE #135
Address

| CULVER CITY | CA | 90230 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                     3,793.92
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.999 Nonpriority creditor's name and mailing address**

WALKERS SHORTBREAD INC
Creditor Name

Creditor's Notice name

170 COMMERCE DRIVE
Address

| HAUPPAUGE | NY | 11788-3944 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 193,096.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.1000 Nonpriority creditor's name and mailing address**

Ward, Charline
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.1001 Nonpriority creditor's name and mailing address**

WASHINGTON GAS # 7056

Creditor Name

Creditor's Notice name

6801 Industrial Rd

Address

| springfield | VA | 22151-4294 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 380.81

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.1002 Nonpriority creditor's name and mailing address**

Washington Gas # 7077

Creditor Name

Creditor's Notice name

6801 Industrial Rd

Address

| Springfield | VA | 22151 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 356.87

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.1003 Nonpriority creditor's name and mailing address**

WaterCo LLC
Creditor Name

ISSAC AFRAMIAN
Creditor's Notice name

575 Fifth Avenue, Floor 31
Address

| NEW YORK | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 401.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.1004 Nonpriority creditor's name and mailing address**

WATERLOO SPARKLING WATER CORP
Creditor Name

JAIMIE HAMBRICK
Creditor's Notice name

P.O. Box 670778
Address

| Dallas | TX | 75267-0778 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,716.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.1005  Nonpriority creditor's name and mailing address**

WB Mason Co.
Creditor Name

Creditor's Notice name

PO Box 981101
Address

| Boston | MA | 02298-1101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    2,159.54
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.1006  Nonpriority creditor's name and mailing address**

WEI
Creditor Name

LINDA CRONIN
Creditor's Notice name

43 NORTHWESTERN DRIVE
Address

| SALEM | NH | 03079 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    304,731.31
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
|---|---|---|---|

| | Name | | |

**3.1007** **Nonpriority creditor's name and mailing address**

Weir, Michelle
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.1008** **Nonpriority creditor's name and mailing address**

WELCOME INDUSTRIAL CORP
Creditor Name

KATE CHEN
Creditor's Notice name

717 NORTH PARK AVE
Address

| BURLINGTON | NC | 27217 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 272.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 505 of 549 |
|---|---|---|

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.1009** **Nonpriority creditor's name and mailing address**

WERNER NATIONAL LLC
Creditor Name

KIMBERLY WERNER
Creditor's Notice name

1344 LYNDON AVENUE
Address

| DESOTO | TX | 75115 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 191,193.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.1010** **Nonpriority creditor's name and mailing address**

Western Express, Inc.
Creditor Name

CANDICE LAVENDER
Creditor's Notice name

PO Box 935315
Address

| Atlanta | GA | 31193-5315 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 177,087.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.1011  Nonpriority creditor's name and mailing address**

WESTMINSTER CRACKER CO INC

Creditor Name

AVANI MOTTA

Creditor's Notice name

PO BOX 844686

Address

| | | |
|---|---|---|
| BOSTON | MA | 02284-4686 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               30,975.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.1012  Nonpriority creditor's name and mailing address**

WHISPS ACQUISITION CORP.

Creditor Name

NOKHAIZ MIR

Creditor's Notice name

P.O. BOX 146

Address

| | | |
|---|---|---|
| albany | NY | 12201-0146 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               26,499.60

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 507 of 549

Debtor:  Christmas Tree Shops, LLC                                    Case number *(if known)*   23-10576

Name

**3.1013  Nonpriority creditor's name and mailing address**

White Coffee Corp.

Creditor Name

CARLOS E NAZARIO

Creditor's Notice name

18-35 STEINWAY PLACE

Address

| LONG ISLAND CITY | NY | 11105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $                 22,291.20
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.1014  Nonpriority creditor's name and mailing address**

Williamson Motor & Pump

Creditor Name

Creditor's Notice name

PO BOX 844771

Address

| Boston | MA | 02284-4771 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $                 4,775.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

3.1015 **Nonpriority creditor's name and mailing address**

WILLOW CREEK PRESS INC.
Creditor Name

KRISTINE SCHROEDER
Creditor's Notice name

PO BOX 147
Address

| MINOCQUA | WI | 54548 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,888.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.1016 **Nonpriority creditor's name and mailing address**

WILLOW GROUP LTD
Creditor Name

JENNIFER GAROFALO
Creditor's Notice name

34 CLINTON STREET
Address

| BATAVIA | NY | 14020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 171,728.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)* | 23-10576 |
|---|---|---|---|
| | Name | | |

**3.1017 Nonpriority creditor's name and mailing address**

WINBERG'S TRUE VALUE
Creditor Name

Creditor's Notice name

352 BEDFORD STREET
Address

| LAKEVILLE | MA | 02347 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    353.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.1018 Nonpriority creditor's name and mailing address**

WINBROOK
Creditor Name

COLLEEN SAWTELLE
Creditor's Notice name

15 ALEXANDER ROAD
Address

| BILLERICA | MA | 01821 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    135,138.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.1019 Nonpriority creditor's name and mailing address**

WINCRAFT INCORPORATED
Creditor Name

DIANE SMITH
Creditor's Notice name

PO BOX 708
Address

| WINONA | MN | 55987 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,580.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.1020 Nonpriority creditor's name and mailing address**

WIPRO LLC
Creditor Name

ALEX JOSEPH V LUKE, VIMAL CHAUHAN
Creditor's Notice name

2 Tower Center BLVD, Suite 2200
Address

| E Brunswick | NJ | 08816 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 330,790.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Christmas Tree Shops, LLC

Case number *(if known)*:  23-10576

**3.1021 Nonpriority creditor's name and mailing address**

WIRECRAFT INTERNATIONAL
Creditor Name

Creditor's Notice name

170 REFREW AVE. W.
Address

| RENFREW | ON | K7V 2Y6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              183,385.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.1022 Nonpriority creditor's name and mailing address**

WIS INTERNATIONAL
Creditor Name

Creditor's Notice name

PO BOX 77631
Address

| Detroit | MI | 48277 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              208,089.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.1023 Nonpriority creditor's name and mailing address**

Wise foods Inc
Creditor Name

Creditor's Notice name

PO BOX 22621
Address

| New York | NY | 10087-2621 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 45,722.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.1024 Nonpriority creditor's name and mailing address**

WISE FOODS INC.
Creditor Name

KAREN VETH
Creditor's Notice name

228 Raseley Street
Address

| Berwick | PA | 18603 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 59,917.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC
Case number *(if known)*: 23-10576

**3.1025 Nonpriority creditor's name and mailing address**

WISMETTAC ASIAN FOODS
Creditor Name

MICHAEL CHENG
Creditor's Notice name

602 Washington Avenue
Address

| Carlstadt | NJ | 07072-2902 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.1026 Nonpriority creditor's name and mailing address**

WIZMET INTERNATIONAL
Creditor Name

Creditor's Notice name

69 EASTERN AVENUE
Address

| LACHINE | QC | H8R 1K4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 320.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.1027 Nonpriority creditor's name and mailing address**

WMR GROUP LLC
Creditor Name

Julie Finocchiaro
Creditor's Notice name

C/O CROSSPOINT ASSOCIATES INC
Address

188 NEEDHAM STREET SUITE 255

| NEWTON | MA | 02464 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.1028 Nonpriority creditor's name and mailing address**

WONDERFUL PISTACHIOS & ALMONDS
Creditor Name

ALLYSON REDDY
Creditor's Notice name

P O BOX 200937
Address

| DALLAS | TX | 75320 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 244,566.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)* 23-10576

Name

**3.1029 Nonpriority creditor's name and mailing address**

WORKDAY INC

Creditor Name

Creditor's Notice name

P O BOX 886106

Address

| Los Angelos | CA | 90088 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 916,473.18

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.1030 Nonpriority creditor's name and mailing address**

WORKFRONT INC

Creditor Name

Creditor's Notice name

Dept CH 16712

Address

| Palatine | IL | 60055-6712 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,314.53

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 516 of 549

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.1031 Nonpriority creditor's name and mailing address**

WORLD FINER FOODS INC
Creditor Name

Creditor's Notice name

16612 COLLECTIONS CENTER DRIVE
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 54,954.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.1032 Nonpriority creditor's name and mailing address**

WORLD FINER FOODS, LLC
Creditor Name

LIBERTY RICHTER
Creditor's Notice name

16612 COLLECTIONS CENTER DRIVE
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 4,963.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*    23-10576

Name

**3.1033 Nonpriority creditor's name and mailing address**

WORLD'S FINEST CHOCOLATE

Creditor Name

TINA DATTILO

Creditor's Notice name

8264 Solutions Center

Address

| Chicago | IL | 60677 |
|---------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    69,660.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.1034 Nonpriority creditor's name and mailing address**

WORLDWISE, INC.

Creditor Name

Creditor's Notice name

6 Hamilton Landing,

Address

Suite 150

| Novato | CA | 94949 |
|--------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    67,122.64

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

Name

**3.1035 Nonpriority creditor's name and mailing address**

WUNDERKIND CORPORATION
Creditor Name

Creditor's Notice name

3621 N.FREEWAY BLVD.
Address

| SACRAMENTO | CA | 95834 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 34,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.1036 Nonpriority creditor's name and mailing address**

XOCHITL INC
Creditor Name

Creditor's Notice name

6020 COLWELL
Address

SUITE 100

| IRVING | TX | 75039 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,995.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

**3.1037 Nonpriority creditor's name and mailing address**

Xtreme Personal Care, Inc.
Creditor Name

Creditor's Notice name

1 Cragwood Road
Address

| South Plainfield | NJ | 07080 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 25,056.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.1038 Nonpriority creditor's name and mailing address**

YEXT INC
Creditor Name

Creditor's Notice name

PO BOX 9509
Address

| NEW YORK | NY | 10087-9509 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 25,444.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number (if known): 23-10576

**3.1039 Nonpriority creditor's name and mailing address**

YM TRADING INC
Creditor Name

ISAAC KAHANA
Creditor's Notice name

9 STEEL COURT
Address

| ROSELAND | NJ | 07068 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 104,800.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.1040 Nonpriority creditor's name and mailing address**

YORK TOWN CENTER HOLDING LP
Creditor Name

c/o CBL & Associates Management
Creditor's Notice name

2030 Hamilton Place Blvd
Address

| Chattanooga | TN | 37421 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 263,084.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

**3.1041 Nonpriority creditor's name and mailing address**

YUMMY EARTH

Creditor Name

FRANCINE HILLIER

Creditor's Notice name

9 WEST BROAD STREET

Address

SUITE 440

| STAMFORD | CT | 06902 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 20,110.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.1042 Nonpriority creditor's name and mailing address**

YUSEN LOGISTICS (AMERICAS) INC

Creditor Name

Creditor's Notice name

300 LIGHTING WAY

Address

6TH FLOOR

| SECAUCUS | NJ | 07094 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 34,807.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Case number *(if known)*: 23-10576

3.1043 **Nonpriority creditor's name and mailing address**

YZ ENTERPRISES INC
Creditor Name

Creditor's Notice name

1930 Indian Wood Circle
Address

| Maumee | OH | 43537 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 11,059.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.1044 **Nonpriority creditor's name and mailing address**

ZACHARY CONFECTIONS INC.
Creditor Name

TINA SURBER
Creditor's Notice name

PO BOX 219
Address

| FRANKFORT | IN | 46041 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 92,424.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*    23-10576

**3.1045 Nonpriority creditor's name and mailing address**

ZENITH PRODUCTS CORP

Creditor Name

KONNIE MARAGOS

Creditor's Notice name

PO BOX 12468

Address

| Newark | NJ | 07101-3568 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,619.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.1046 Nonpriority creditor's name and mailing address**

ZETA GLOBAL CORP

Creditor Name

ROGER STUDE

Creditor's Notice name

PO Box 411090

Address

| Boston | MA | 02241-1090 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 472,542.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)* 23-10576

3.1047 **Nonpriority creditor's name and mailing address**

ZIPPY PAWS

Creditor Name

MARIE BELTRAN

Creditor's Notice name

5548 Daniels St.

Address

| Chino | CA | 91710 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 87,112.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 A1 Janitorial Cleaning Service <br> Name <br><br> Attn Eric Daly <br> Notice Name <br><br> 154 Colonial Drive <br> Street <br><br><br> Taunton    MA    02780 <br> City    State    ZIP Code <br><br> Country | Line  3.9 <br><br> ☐  Not Listed.Explain | |
| 4.2 ADP Inc <br> Name <br><br> Notice Name <br><br> 400 West Covina Boulevard <br> Street <br><br><br> San Dimas    CA    91773 <br> City    State    ZIP Code <br><br> Country | Line  3.17 <br><br> ☐  Not Listed.Explain | |
| 4.3 Amazon Capital Services LLC <br> Name <br><br> Notice Name <br><br> PO Box 035184 <br> Street <br><br><br> Seattle    WA    98124-5184 <br> City    State    ZIP Code <br><br> Country | Line  3.33 <br><br> ☐  Not Listed.Explain | |

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

---

**4.4 Awakened Films LLC**
Name

Notice Name

115 North Maple Avenue
Street

| Basking Ridge | NJ | 07290 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.74

☐ Not Listed.Explain

---

**4.5 Banner Seventeen LLC**
Name

Attn Rich Gotham - President, Boston Celtics
Notice Name

100 Causeway Street
Street

Sute 1210

| Boston | MA | 02114 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.86

☐ Not Listed.Explain

---

**4.6 Banner Seventeen LLC**
Name

Notice Name

100 Causeway Street
Street

Sute 1210

| Boston | MA | 02114 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.86

☐ Not Listed.Explain

---

**4.7 Bazaarvoice, Inc.**
Name

Attn Legal
Notice Name

10901 Stonelake Blvd.
Street

| Austin | TX | 78759 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.93

☐ Not Listed.Explain

---

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

---

**4.8 BED, BATH AND BEYOND**
Name

Notice Name

650 Liberty Ave
Street

| Union | NJ | 07083 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.98

☐ Not Listed.Explain

---

**4.9 Blackhawk Network, Inc.**
Name

Attn Talbott Roche
Notice Name

6220 Stoneridge Mall Road
Street

| Pleasanton | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.112

☐ Not Listed.Explain

---

**4.10 Blackhawk Network, Inc. - Legal Department**
Name

Attn General Counsel
Notice Name

6220 Stoneridge Mall Road
Street

| Pleasanton | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.112

☐ Not Listed.Explain

---

**4.11 Boston Trailer Sales LLC**
Name

Notice Name

635 Manley Street
Street

| West Bridgewater | MA | 02379 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.121

☐ Not Listed.Explain

---

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

---

**4.12 BRIXMOR HOLDINGS 10 SPE LLC**
Name

Notice Name

450 LEXINGTON AVE 13TH FLOOR
Street

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.137

☐ Not Listed.Explain

---

**4.13 BRIXMOR WENDOVER PLACE LP**
Name

Notice Name

450 Lexington Avenue, Floor 13
Street

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.139

☐ Not Listed.Explain

---

**4.14 Bunzl Retail Servicers, LLC**
Name

Attn SVP Retail
Notice Name

8338 Austin Ave.
Street

| Morton Grove | IL | 60053 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.146

☐ Not Listed.Explain

---

**4.15 Bunzl Retail Servicers, LLC**
Name

Attn Legal Department
Notice Name

One City Place Drive
Street

| St Louis | MO | 63141 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.146

☐ Not Listed.Explain

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

---

**4.16 Clean Earth Environmental**
Name

Legal Department
Notice Name

334 Warminster Road
Street

| Hatboro | PA | 19040 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.197

☐ Not Listed.Explain

---

**4.17 CodeBroker LLC**
Name

Attn Dan Slavin
Notice Name

464 Common St
Street

Suite 204

| Belmont | MA | 02478 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.204

☐ Not Listed.Explain

---

**4.18 CrossVue Consulting LLC**
Name

Attn Kevin Reger
Notice Name

1600 Tysons Blvd, Suite 1100
Street

| McLean | VA | 22102 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.230

☐ Not Listed.Explain

---

**4.19 Daniel G Kamin Freehold LLC**
Name

c/o Kamin Realty Company
Notice Name

490 S. Highland Avenue
Street

| Pittsburgh | PA | 15206 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.240

☐ Not Listed.Explain

---

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

---

**4.20 dba Luxe Collective Group**

Name

Notice Name

112 W 27th Street

Street

7th Floor

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.689

☐ Not Listed.Explain

---

**4.21 DELAWARE HALE ROAD PLAZA LLC**

Name

c/o Keypoint Partners

Notice Name

One Van De Graaff Drive, Suite 402

Street

| Burlington | MA | 01803 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.247

☐ Not Listed.Explain

---

**4.22 Demkovich, Gloria**

Name

The Law Office of Alfred Paniccia, JR.

Notice Name

53 Chenango Street

Street

| Binghamton | NY | 13901 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.248

☐ Not Listed.Explain

---

**4.23 Dezaine, Marie**

Name

Law Offices of Martin Pollack PC

Notice Name

102 Third Street

Street

| Mineola | NY | 11501 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.253

☐ Not Listed.Explain

---

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

4.24 DiCentral Corpration
Name

Line 3.254

☐ Not Listed.Explain

Notice Name

1199 Nasa Parkway
Street

| Houston | TX | 77058 |
|---|---|---|
| City | State | ZIP Code |

Country

4.25 DiCentral Corpration
Name

Line 3.254

☐ Not Listed.Explain

Notice Name

PO Box 200453
Street

| Dallas | TX | 75320-0453 |
|---|---|---|
| City | State | ZIP Code |

Country

4.26 Elevate Commerce
Name

Line 3.282

☐ Not Listed.Explain

Attn Sam Hogin
Notice Name

1320 Industrial Ave.
Street

Suite I

| Petaluma | CA | 94952 |
|---|---|---|
| City | State | ZIP Code |

Country

4.27 Fortra, LLC
Name

Line 3.341

☐ Not Listed.Explain

Notice Name

11095 Viking Drive
Street

Suite 100

| Eden Prairie | MN | 55344 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*:  23-10576

---

4.28 Fortra, LLC

Name

Notice Name

PO Box 735324

Street


Chicago            IL            60673-5324

City               State         ZIP Code


Country

Line 3.341

☐ Not Listed.Explain

---

4.29 Geoffrey E. Norman, Equ.

Name

Tarlow, Breed, Hart & Rodgers

Notice Name

101 Huntington Avenue, Suite 500

Street


Boston             MA            02199

City               State         ZIP Code


Country

Line 3.989

☐ Not Listed.Explain

---

4.30 Google LLC

Name

Notice Name

1600 Amphitheatre Parkway

Street


Mountian View      CA            94043

City               State         ZIP Code


Country

Line 3.380

☐ Not Listed.Explain

---

4.31 HIGH POINTE COMMONS II-HAP LP

Name

c/o Unison Realty Partners, Attn: Asset Manager

Notice Name

101 Accord Park Drive

Street


Norwell            MA            02061

City               State         ZIP Code


Country

Line 3.406

☐ Not Listed.Explain

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known):* 23-10576

---

**4.32 Holyoke Crossing, LLC**
Name

Line 3.412
☐ Not Listed.Explain

c/o Prestige Properties & Development
Notice Name

546 Fifth Avenue, 15th Fl.
Street

| New York | NY | 10036 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

---

**4.33 Insauto, Giovanni**
Name

Line 3.436
☐ Not Listed.Explain

Subin Associates LLP
Notice Name

150 Broadway
Street

| New York | NY | 10038 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

---

**4.34 Iron Moutain Records Management**
Name

Line 3.445
☐ Not Listed.Explain

Notice Name

2 Sun Court
Street

| Norcross | GA | 30092 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

---

**4.35 Iron Moutain Records Management**
Name

Line 3.445
☐ Not Listed.Explain

Notice Name

PO Box 27128
Street

| New York | NY | 10087-7128 |
|----------|-----|------------|
| City | State | ZIP Code |

Country

---

| Debtor: | Christmas Tree Shops, LLC | | Case number *(if known)*: | 23-10576 |
| | Name | | | |

---

4.36 IVT WESTPARK GLEN ALLEN LLC
Name

c/o InvenTrust Property Management
Notice Name

3025 Highland Poarkway, Suite 350
Street




| Downers Grove | IL | 60515 |
| City | State | ZIP Code |


Country

Line  3.448

☐  Not Listed.Explain

---

4.37 Khoros
Name


Notice Name

7300 Ranch Road
Street

Buliding 3 Ste 150


| Austin | TX | 78730-3204 |
| City | State | ZIP Code |


Country

Line  3.494

☐  Not Listed.Explain

---

4.38 Kimmett, Jean
Name

Giarusso, Norton, Cooley & McGlone, P.C.
Notice Name

308 Victory Road
Street




| Quincy | MA | 02171 |
| City | State | ZIP Code |


Country

Line  3.495

☐  Not Listed.Explain

---

4.39 Kliger-Weiss Infosystems
Name

Attn CFO
Notice Name

2200 Northern Blvd.
Street




| Greenvaale | NY | 11548 |
| City | State | ZIP Code |


Country

Line  3.500

☐  Not Listed.Explain

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*:    23-10576

**4.40 KRE COLONIE OWNER LLC**
Name

c/o Colonie Center Mall, Attn:  General Manager
Notice Name

131 Colonie Center
Street

| Albany | NY | 12205 |
|---|---|---|
| City | State | ZIP Code |

Country

Line  3.506

☐  Not Listed.Explain

**4.41 KRE COLONIE OWNER LLC**
Name

c/o Pacific Retail Capital Partners; Attn:  COO
Notice Name

2029 Century Park East, Suite 1550N
Street

| LOS ANGELES | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

Line  3.506

☐  Not Listed.Explain

**4.42 Lindenmeyr Central**
Name

Attn Legal Department
Notice Name

3 Manhattanville Road
Street

| Purchase | NY | 10577 |
|---|---|---|
| City | State | ZIP Code |

Country

Line  3.533

☐  Not Listed.Explain

**4.43 Loomis**
Name

Notice Name

Dept 0757
Street

PO Box 120757

| Dallas | TX | 75312-0757 |
|---|---|---|
| City | State | ZIP Code |

Country

Line  3.540

☐  Not Listed.Explain

Debtor:   Christmas Tree Shops, LLC
Name

Case number (if known):   23-10576

| 4.44 LS Solutions, Inc. | Line 3.545 |
| Name | ☐ Not Listed.Explain |

Notice Name

731 Alexander Rd, Suite 101
Street

| Princeton | NJ | 08540 |
| City | State | ZIP Code |

Country

| 4.45 McGrath, Holly | Line 3.564 |
| Name | ☐ Not Listed.Explain |

Jeffrey Glassman Injury Lawyers
Notice Name

One Internatioal Place Suite 1810
Street

| Boston | MA | 02110 |
| City | State | ZIP Code |

Country

| 4.46 Mertz, Nicole | Line 3.573 |
| Name | ☐ Not Listed.Explain |

Vahdat Weisman Law
Notice Name

17197 N. Laurel Park Dr. Ste 500
Street

| Livonia | MI | 48152 |
| City | State | ZIP Code |

Country

| 4.47 MIDDLETOWN CRYSTAL RTE 17 LLC | Line 3.582 |
| Name | ☐ Not Listed.Explain |

Notice Name

223 N.GLENDALE AVE.
Street

| LIVERPOOL | NY | 13088 |
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**4.48 MIDDLETOWN CRYSTAL RTE 17 LLC**
Name

Notice Name

7248 Morgan Road, PO Box 220
Street

| LIVERPOOL | NY | 13088 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.582

☐ Not Listed.Explain

---

**4.49 Nova, Milagros**
Name

Matthew J. Brier
Notice Name

45 Park Pl
Street

| Pawtucket | RI | 02860 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.652

☐ Not Listed.Explain

---

**4.50 Novus Media LLC**
Name

Notice Name

1650 West End Boulevard
Street

Suite 100

| St Louis Park | MN | 55416 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.653

☐ Not Listed.Explain

---

**4.51 Omnidian**
Name

Attn Legal
Notice Name

301 Union Street #21647
Street

| Seattle | WA | 98111 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.665

☐ Not Listed.Explain

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
| | Name | | |

**4.52 ORANGE PLAZA LLC**
Name

c/o Brixmor Property Group
Notice Name

450 LEXINGTON AVE 13TH FLOOR
Street

| NEW YORK | NY | 10170 |
| City | State | ZIP Code |

Country

Line 3.670

☐ Not Listed.Explain

**4.53 ORANGE PLAZA LLC**
Name

c/o Brixmor Property Group, Attn: VP Legal Svcs
Notice Name

200 Ridge Pike, Suite 100
Street

| Conshohocken | PA | 19428 |
| City | State | ZIP Code |

Country

Line 3.670

☐ Not Listed.Explain

**4.54 Pedone & Partners**
Name

Attn Walter Coyle
Notice Name

112 W 27th Street
Street

7th Floor

| New York | NY | 10001 |
| City | State | ZIP Code |

Country

Line 3.689

☐ Not Listed.Explain

**4.55 Phoenix Energy Technologies Inc**
Name

Notice Name

26840 Alison Viejo Parkway
Street

Suite 110

| Aliso Viejo | CA | 92656 |
| City | State | ZIP Code |

Country

Line 3.701

☐ Not Listed.Explain

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

---

**4.56 Pinterest**
Name

Notice Name

651 Brannan Street
Street

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.706

☐ Not Listed.Explain

---

**4.57 Platt, Betsy**
Name

The Vespi Law Firm LLC
Notice Name

547 Union Blvd Second Floor
Street

| Totowa | NJ | 07512 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.709

☐ Not Listed.Explain

---

**4.58 Quaker Real Estate Trust**
Name

c/o Turtle Rock LLC
Notice Name

231 WILLOW STREET
Street

| YARMOUTHPORT | MA | 02675 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.35

☐ Not Listed.Explain

---

**4.59 REO FUNDIT 1 ASSET LLC**
Name

Notice Name

19790 West Dixie Highway, Suite 809
Street

| Miami | FL | 33180 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.764

☐ Not Listed.Explain

---

| Debtor: | Christmas Tree Shops, LLC | Case number _(if known)_: | 23-10576 |
|---|---|---|---|
| | Name | | |

4.60 Republic Services

Name

☐ Not Listed.Explain

Line 3.765

Attn Legal Dept
Notice Name

18501 N. Allied Way
Street

| Phoenix | AZ | 85086 |
|---|---|---|
| City | State | ZIP Code |

Country

---

4.61 Republic Services National Accounts LLC

Name

☐ Not Listed.Explain

Line 3.765

Attn VP, National Accounts
Notice Name

18500 N. Allied Way
Street

| Phoenix | AZ | 85085 |
|---|---|---|
| City | State | ZIP Code |

Country

---

4.62 RR Donnelley & Sons Co.

Name

☐ Not Listed.Explain

Line 3.783

Notice Name

4101 Winfield Road
Street

| Warrenville | IL | 60555 |
|---|---|---|
| City | State | ZIP Code |

Country

---

4.63 RR Donnelley & Sons Co.

Name

☐ Not Listed.Explain

Line 3.783

Attn Corporate Counsel
Notice Name

111 South Wacker Drive
Street

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Christmas Tree Shops, LLC
Name                                                    Case number *(if known)*  23-10576

| 4.64 Securitas Electronic Security | Line 3.803 |
| Name | ☐ Not Listed.Explain |
| Attn Robert Vry | |
| Notice Name | |
| 3800 Tabs Drive | |
| Street | |

| Uniontown | OH | 44685 |
| City | State | ZIP Code |

Country

| 4.65 SIPOC Associates TIC | Line 3.817 |
| Name | ☐ Not Listed.Explain |
| Notice Name | |
| 7978 Cooper Creek Boulevard, Suite #100 | |
| Street | |

| University Park | FL | 34201 |
| City | State | ZIP Code |

Country

| 4.66 Smartsheet Inc | Line 3.824 |
| Name | ☐ Not Listed.Explain |
| Notice Name | |
| 10500 NE 8th Street | |
| Street | |
| Suite 1300 | |

| Bellevue | WA | 98004 |
| City | State | ZIP Code |

Country

| 4.67 Smartsheet Inc | Line 3.824 |
| Name | ☐ Not Listed.Explain |
| Notice Name | |
| Dept 3421 | |
| Street | |
| PO Box 123421 | |

| Dallas | TX | 75312-3421 |
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*:    23-10576

4.68 SnapLogic
Name

☐ Not Listed.Explain

Line 3.825

Notice Name

1825 South Grant Street, 5th Floor
Street

| San Mateo | CA | 94402 |
|---|---|---|
| City | State | ZIP Code |

Country

4.69 South Hills Owner LLC
Name

Line 3.836

☐ Not Listed.Explain

c/o Acadia Realty Trust
Notice Name

411 Theodore Fremd Avenue #300
Street

| Rye | NY | 10580 |
|---|---|---|
| City | State | ZIP Code |

Country

4.70 Spillanes Nursery & Landscape Co. Inc.
Name

Line 3.846

☐ Not Listed.Explain

Attn Erin Spillane
Notice Name

182 Plymouth Street
Street

| Middleboro | MA | 02346 |
|---|---|---|
| City | State | ZIP Code |

Country

4.71 Staples Contract & Commercial LLC
Name

Line 3.853

☐ Not Listed.Explain

Notice Name

500 Staples Drive
Street

| Framingham | MA | 01702 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

---

4.72 SunPower Corporation Systems
Name

Attn Lenae Shirley Sr Manager, Commercial O&M Business Ops
Notice Name

8900 Amberglen Blvd
Street

Suite 325

| Austin | TX | 78729 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

Line 3.870

☐ Not Listed.Explain

---

4.73 SunPower Corporation Systems
Name

Attn Legal Department
Notice Name

1414 Harbour Way S
Street

| Richmond | CA | 94804 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

Line 3.870

☐ Not Listed.Explain

---

4.74 The Commercial Traffic Co / CT Logistics
Name

Notice Name

12487 Plaza Drive
Street

| Cleveland | OH | 44130 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

Line 3.906

☐ Not Listed.Explain

---

4.75 Universal Protection Service, LP
Name

Attn Juan Nieves
Notice Name

Eight Tower Bridge
Street

161 Washington Street, Suite 600

| Conshohocken | PA | 19428 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

Line 3.31

☐ Not Listed.Explain

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

4.76 URSTADT BIDDLE PROPERTIES INC
Name

321 Railroad Avenue
Notice Name

Street

Line 3.970

☐ Not Listed.Explain

| Greenwich | RI | 06830 |
|---|---|---|
| City | State | ZIP Code |

Country

4.77 Usm Inc
Name

Attn General Counsel
Notice Name

1700 Markley Street
Street

Suite 100

Line 3.971

☐ Not Listed.Explain

| Norristown | PA | 19401 |
|---|---|---|
| City | State | ZIP Code |

Country

4.78 Usm Inc
Name

Attn Vice President of Operations
Notice Name

1700 Markley Street
Street

Suite 100

Line 3.971

☐ Not Listed.Explain

| Norristown | PA | 19401 |
|---|---|---|
| City | State | ZIP Code |

Country

4.79 Verifone, Inc.
Name

c/o Corporation Service Company
Notice Name

251 Little Falls Drive
Street

Line 3.981

☐ Not Listed.Explain

| Wilmington | DE | 19808 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 545 of 549

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**4.80 Ward, Charline**
Name

Sweeney Julian
Notice Name

1620 South Bend Avenue
Street

| South Bend | IN | 46617 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.100
0

☐ Not Listed.Explain

**4.81 Weir, Michelle**
Name

O'Shea Law Group LLC
Notice Name

1 Pleasant Park Road
Street

| Sharon | MA | 02067 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.100
7

☐ Not Listed.Explain

**4.82 Winbrook**
Name

Notice Name

15 Alexander Road
Street

| Billerica | MA | 01821 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.101
8

☐ Not Listed.Explain

**4.83 Winbrook**
Name

Notice Name

PO Box 843054
Street

| Boston | MA | 02284-3054 |
|---|---|---|
| City | State | ZIP Code |

Country

Line 3.101
8

☐ Not Listed.Explain

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

4.84 Wipro Limited
Name

Attn General Counsel, Wipro Limited
Notice Name

Doddakannelli, Sarjapur Road
Street

| | | |
|---|---|---|
| Bangalor | | 560-035 |
| City | State | ZIP Code |

India
Country

Line 3.102
0

☐ Not Listed.Explain

4.85 Wipro LLC
Name

Notice Name

2 Tower Centre Boulevard, Suite 2200
Street

| | | |
|---|---|---|
| East Brunswick | NJ | 08816 |
| City | State | ZIP Code |

Country

Line 3.102
0

☐ Not Listed.Explain

4.86 WIS International
Name

ATTn Richard Baxter, CFO
Notice Name

9265 Sky Park Court
Street

| | | |
|---|---|---|
| San Diego | CA | 92123 |
| City | State | ZIP Code |

Country

Line 3.102
2

☐ Not Listed.Explain

4.87 WMR GROUP LLC
Name

c/o Crosspoint Associates, Inc.
Notice Name

188 NEEDHAM STREET SUITE 255
Street

| | | |
|---|---|---|
| NEWTON | MA | 02464 |
| City | State | ZIP Code |

Country

Line 3.54

☐ Not Listed.Explain

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*    23-10576

---

4.88 Workday Inc
Name

Line 3.1029

☐ Not Listed.Explain

Notice Name

6110 Stoneridge Mall Road
Street

| Pleasanton | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

---

4.89 Workday Inc
Name

Line 3.1029

☐ Not Listed.Explain

Notice Name

PO Box 886106
Street

| Los Angelos | CA | 90088-6106 |
|---|---|---|
| City | State | ZIP Code |

Country

---

4.90 Yext
Name

Line 3.1038

☐ Not Listed.Explain

Attn General Counsel
Notice Name

61 Ninth Avenue
Street

| New York | NY | 10011 |
|---|---|---|
| City | State | ZIP Code |

Country

---

4.91 Zeta Global
Name

Line 3.1046

☐ Not Listed.Explain

Attn General Counsel
Notice Name

3 Park Avenue
Street

33rd Floor

| New York | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $ 153,997,565.13 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 153,997,565.13 |

**Fill in this information to identify the case:**

Debtor Name: In re : Christmas Tree Shops, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10576 (TMH)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **2.1** State what the contract or lease is for and the nature of the debtor's interest — Retail Store / Tenant for site 7063

   22 SPRINGFIELD ASSOCIATES LLC
   Name

   Notice Name

   600 S LIVINGSTON AVENUE
   Address

   State the term remaining — 1/31/2028

   List the contract number of any government contract

   | LIVINGSTON | NJ | 07039 |
   |---|---|---|
   | City | State | ZIP Code |

   Country

   **2.2** State what the contract or lease is for and the nature of the debtor's interest — Construction Project Management

   360 Project Management
   Name

   John Keating
   Notice Name

   125 Liberty Road
   Address

   State the term remaining — 6/14/2024

   List the contract number of any government contract

   | Slippery Rock | PA | 16057 |
   |---|---|---|
   | City | State | ZIP Code |

   Country

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

**2.3** State what the contract or lease is for and the nature of the debtor's interest

Warehouse space/tenant for site 7650

64 Leona Property Owner LLC
Name

Notice Name

2000 Mckinney Ave
Address

State the term remaining    2/28/2033

List the contract number of any government contract

| Dallas | TX | 75201 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**2.4** State what the contract or lease is for and the nature of the debtor's interest

Janitorial Service Contract

A1 Janitorial Cleaning Service
Name

Eric Daly
Notice Name

89 Crane Avenue South
Address

State the term remaining    12/31/2023

List the contract number of any government contract

| Taunton | MA | 02780 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**2.5** State what the contract or lease is for and the nature of the debtor's interest

IT Consulting Services

A3TA Management Services
Name

Abdullah Qureshi
Notice Name

4908 Mahaney Road
Address

State the term remaining    Month to Month

List the contract number of any government contract

| Parker | TX | 75094 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*: 23-10576

---

**2.6** **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7038

ACADIA BRANDYWINE HOLDINGS, LLC
Name

Notice Name

PO BOX 415980
Address

**State the term remaining** 1/31/2028

**List the contract number of any government contract**

| BOSTON | MA | 02241 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.7** **State what the contract or lease is for and the nature of the debtor's interest**

Credit Card Chargeback Management

Accertify
Name

Notice Name

2 Pierce Pl
Address

Suite 900

**State the term remaining** 8/19/2026

**List the contract number of any government contract**

| Itasca | IL | 60143 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.8** **State what the contract or lease is for and the nature of the debtor's interest**

SaaS Subscription

Adobe Inc. - Workfront
Name

Notice Name

345 Park Avenue
Address

**State the term remaining** Renews April/May*

**List the contract number of any government contract**

| San Jose | CA | 95110 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known):*   23-10576

| | | |
|---|---|---|
| 2.9 **State what the contract or lease is for and the nature of the debtor's interest** | Payroll and Tax Service Provider | ADP, INC. |
| | | Name |
| | | ADP, Inc. |
| | | Notice Name |
| | | One ADP Boulevard |
| **State the term remaining** | 5/12/2024 | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Roseland | NJ | 07068 |

Country

| | | |
|---|---|---|
| 2.10 **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7067 | AE Holdings I, LLC |
| | | Name |
| | | c/o Select Strategies Realty |
| | | Notice Name |
| | | 400 Techne Center Drive, Suite 320 |
| **State the term remaining** | 1/31/2025 | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Milford | OH | 45150 |

Country

| | | |
|---|---|---|
| 2.11 **State what the contract or lease is for and the nature of the debtor's interest** | Medical, Dental, Vision, Voluntary Plans, & Stop Loss Insurance | Aetna |
| | | Name |
| | | Aetna Life Insurance Company |
| | | Notice Name |
| | | 151 Farmington Avenue |
| **State the term remaining** | 12/31/2023 | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Hartford | CT | 06156 |

Country

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 4 of 105

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known):* 23-10576

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | EAP Services | Aetna (EAP) |
| | | | Name |
| | | | Aetna Behavioral Health, LLC. |
| | | | Notice Name |
| | | | 151 Farmington Avenue |
| | **State the term remaining** | 10/31/2023 | Address |
| | | | 1255 |
| | **List the contract number of any government contract** | | |
| | | | Hartford / CT / 06156 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Benefit Platform Provider | AI Technologies (Apprize) |
| | | | Name |
| | | | AI Technologies, LLC |
| | | | Notice Name |
| | | | 840 Lake St E |
| | **State the term remaining** | 12/31/2025 | Address |
| | | | Suite 200 |
| | **List the contract number of any government contract** | | |
| | | | Wayzata / MN / 55391 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Gas Cylinder Lease | Airgas USA LLC |
| | | | Name |
| | | | Notice Name |
| | | | 11 Ridge Hill Rd |
| | **State the term remaining** | 2/20/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | Assonet / MA / 02702-1667 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*    23-10576
_____

**2.15** **State what the contract or lease is for and the nature of the debtor's interest**    Retail Store / Tenant for site 7047

AIRPORT ASSOCIATES L.P.
_____
Name

c/o Goodman Properties
_____
Notice Name

636 OLD YORK ROAD 2ND FLOOR
_____
Address

**State the term remaining**    1/31/2030

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| JENKINTOWN | PA | 19046 |

Country
_____

**2.16** **State what the contract or lease is for and the nature of the debtor's interest**    Store Supplies (Amazon Business)

Amazon Capital Services, Inc
_____
Name

_____
Notice Name

PO Box 035184
_____
Address

**State the term remaining**    Auto renew on 6/16/2023

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Seattle | WA | 98124 |

Country
_____

**2.17** **State what the contract or lease is for and the nature of the debtor's interest**    SaaS Infrastructure Cloud Services

Amazon Web Services Inc.
_____
Name

_____
Notice Name

410 Terry Ave
_____
Address

**State the term remaining**    Month to Month

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| North Seattle | WA | 98109 |

Country
_____

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

**2.18** **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7011

AMCAP COWESETT II LLC

Name

Notice Name

201 NORTH 78TH ST.

Address

**State the term remaining** 4/30/2027

**List the contract number of any government contract**

| STAMFORD | CT | 06902 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.19** **State what the contract or lease is for and the nature of the debtor's interest**

Database Services

Anderson Oxford Inc, D/B/A ThinkLP

Name

Legal Department

Notice Name

219 Labrador Drive

Address

**State the term remaining** 1 Year

Unit 100

**List the contract number of any government contract**

| Waterloo | ON | N2K 4M8 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**2.20** **State what the contract or lease is for and the nature of the debtor's interest**

ON - SaaS Subscription

Anderson Oxford Inc. dba ThinkLP

Name

Notice Name

180 Northfield Drive West

Address

**State the term remaining** Perpetual

Unit 4

**List the contract number of any government contract**

| Waterloo | ON | N2L 0C7 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*   23-10576

---

**2.21** | **State what the contract or lease is for and the nature of the debtor's interest** | Water Cooler rental and service

| Aqualine Pure Water Services, Inc. (recently sold to Quench) |
| Name |
| Quench Marc Ouellet |
| Notice Name |
| 76 Front Street |
| Address |

**State the term remaining** | 9/9/2023

**List the contract number of any government contract**

| City | State | ZIP Code |
| Scituate | MA | 02066 |

Country

---

**2.22** | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7009

| Aquidneck Group LLC |
| Name |
| c/o Crosspoint Associates, Inc. |
| Notice Name |
| 188 NEEDHAM STREET |
| Address |

**State the term remaining** | 1/31/2031

**List the contract number of any government contract**

| City | State | ZIP Code |
| NEWTON | MA | 02464 |

Country

---

**2.23** | **State what the contract or lease is for and the nature of the debtor's interest** | HVAC Planned Maintenance and Service Program

| Arden Engineering Constructors, LLC |
| Name |
| Danielle Barnard |
| Notice Name |
| 505 Narragansett Park Drive |
| Address |

**State the term remaining** | 12/31/2023

**List the contract number of any government contract**

| City | State | ZIP Code |
| Pawtucket | RI | 02861 |

Country

---

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

**2.24** State what the contract or lease is for and the nature of the debtor's interest

Retail Store / Tenant for site 7052

ARG CRHAGMD001, LLC (Hagerstown)
Name

c/o The Necessity Retail REIT
Notice Name

38 Washington Street
Address

State the term remaining    1/31/2030

List the contract number of any government contract

| Newport | RI | 02840 |
| City | State | ZIP Code |

Country

**2.25** State what the contract or lease is for and the nature of the debtor's interest

Retail Store / Tenant for site 7062

ARG TCFLOKY001, LLC (Florence)
Name

c/o The Necessity Retail REIT
Notice Name

38 Washington Street
Address

State the term remaining    1/31/2026

List the contract number of any government contract

| Newport | RI | 02840 |
| City | State | ZIP Code |

Country

**2.26** State what the contract or lease is for and the nature of the debtor's interest

MA - Software Maintenace

Ariadne Software Limited
Name

Notice Name

THE BEECHES
Address

State the term remaining    3 Months

2 The Beeches

List the contract number of any government contract

BEECH LANE

| WILMSLOW | | SK9 5ER |
| City | State | ZIP Code |

United Kingdom
Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | OR - SaaS Subscription | Ascend Software LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 500 S. Kraemer Blvd |
| State the term remaining | | 13 Month | Address |
| | | | Suite 350 |
| List the contract number of any government contract | | | |
| | | | Brea | CA | 92821 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7067 | Augusta Exchange |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO box 950107 |
| State the term remaining | | 1/31/2025 | Address |
| | | | |
| List the contract number of any government contract | | | |
| | | | Louisville | KT | 40295 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Video Production | Awakened Films LLC |
| | | | Name |
| | | | Attn Jason Schuler |
| | | | Notice Name |
| | | | 115 North Maple Ave |
| State the term remaining | | No expiration date | Address |
| | | | |
| List the contract number of any government contract | | | |
| | | | Basking Ridge | NJ | 07290 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Christmas Tree Shops, LLC

Name

Case number (if known): 23-10576

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7059 | B33 Wrangleboro II, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 6304 |
| State the term remaining | 1/31/2026 | | Address |
| List the contract number of any government contract | | | |

| | | Hicksville | NY | 11802 |
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Advertising sponsoship agreement | Banner Seventeen LLC DBA Boston Celtics |
| | | | Name |
| | | | Rich Gotham |
| | | | Notice Name |
| | | | 100 Causeway ST |
| State the term remaining | 25 Months | | Address |
| | | | Suite 1210 |
| List the contract number of any government contract | | | |

| | | Boston | MA | 02114 |
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | DE - Professional Services (Stay Live) | Barcoding Inc |
| | | | Name |
| | | | Becky Bush |
| | | | Notice Name |
| | | | 3840 Bank St |
| State the term remaining | 4 Months | | Address |
| List the contract number of any government contract | | | |

| | | Baltimore | MD | 21224 |
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | DE - Hardware Maintenance (Zebra Maintenance) | BARCODING INC |
|------|-----|-----|-----|

Name

BECKY BUSH
Notice Name

3840 Bank St

**State the term remaining**  5 Months

Address

**List the contract number of any government contract**

| | | | |
|--|--|--|--|
| Baltimore | MD | 21224 |
| City | State | ZIP Code |

Country

---

| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | DE - SaaS Subscription (SOTI) | BARCODING INC |
|------|-----|-----|-----|

Name

BECKY BUSH
Notice Name

3840 Bank St

**State the term remaining**  15 Months

Address

**List the contract number of any government contract**

| Baltimore | MD | 21224 |
|--|--|--|
| City | State | ZIP Code |

Country

---

| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Billboard Advertising in CT | Barrett Outdoor |
|------|-----|-----|-----|

Name

Notice Name

381 Highland St

**State the term remaining**  N/A

Address

**List the contract number of any government contract**

| West Haven | CT | 06516 |
|--|--|--|
| City | State | ZIP Code |

Country

---

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 12 of 105

Debtor: Christmas Tree Shops, LLC

Name

Case number (if known):  23-10576

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Collection and display of User Generated Content from Social Channels | Bazaarvoice Inc |
| --- | --- | --- | --- |
| | | | Name |
| | | | Attn Legal |
| | | | Notice Name |
| | | | 10901 Stonelake Rd |
| | State the term remaining | 1.5 Months | Address |
| | List the contract number of any government contract | | |

| | | | Austin | TX | 78759 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7043 | BED, BATH AND BEYOND |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 650 Liberty Ave |
| | State the term remaining | 1/31/2024 | Address |
| | List the contract number of any government contract | | |

| | | | Union | NJ | 07083 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7077 | BED, BATH AND BEYOND |
| --- | --- | --- | --- |
| | | | Name |
| | | | Notice Name |
| | | | 650 Liberty Ave |
| | State the term remaining | 1/31/2025 | Address |
| | List the contract number of any government contract | | |

| | | | Union | NJ | 07083 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**2.39** | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7083 | BED, BATH AND BEYOND
Name

Notice Name

650 Liberty Ave
Address

**State the term remaining** 4/30/2026

**List the contract number of any government contract**

| Union | NJ | 07083 |
| City | State | ZIP Code |

Country

**2.40** | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7087 | BED, BATH AND BEYOND
Name

Notice Name

650 Liberty Ave
Address

**State the term remaining** 1/31/2029

**List the contract number of any government contract**

| Union | NJ | 07083 |
| City | State | ZIP Code |

Country

**2.41** | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7030 | BED, BATH AND BEYOND
Name

Notice Name

650 Liberty Ave
Address

**State the term remaining** 1/31/2030

**List the contract number of any government contract**

| Union | NJ | 07083 |
| City | State | ZIP Code |

Country

| Debtor: | Christmas Tree Shops, LLC | Case number (if known): | 23-10576 |
| | Name | | |

**2.42** **State what the contract or lease is for and the nature of the debtor's interest**

Office Space for site 990

BED, BATH AND BEYOND
Name

Notice Name

650 Liberty Ave
Address

**State the term remaining** 1/31/2033

**List the contract number of any government contract**

| Union | NJ | 07083 |
| City | State | ZIP Code |

Country

**2.43** **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7084

BED, BATH AND BEYOND
Name

Notice Name

650 Liberty Ave
Address

**State the term remaining** 1/31/2038

**List the contract number of any government contract**

| Union | NJ | 07083 |
| City | State | ZIP Code |

Country

**2.44** **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7046

BED, BATH AND BEYOND
Name

Notice Name

650 Liberty Ave
Address

**State the term remaining** 1/31/2041

**List the contract number of any government contract**

| Union | NJ | 07083 |
| City | State | ZIP Code |

Country

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
|---|---|---|---|
| | Name | | |

| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7029 | BED, BATH AND BEYOND |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 650 Liberty Ave |
| | **State the term remaining** | 10/2/2041 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | Union | NJ | 07083 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7080 | BED, BATH AND BEYOND |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 650 Liberty Ave |
| | **State the term remaining** | 1/31/2044 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | Union | NJ | 07083 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7035 | BENDERSON PROPERTIES INC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. BOX 823201 |
| | **State the term remaining** | 1/31/2027 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | PHILADELPHIA | PA | 19182 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

Debtor:   Christmas Tree Shops, LLC                                    Case number *(if known)*:   23-10576
          Name

| | | | |
|---|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7020 | BFE Ventures LLC |
| | | | Name |
| | | | c/o Turtle Rock LLC |
| | | | Notice Name |
| | | | 231 WILLOW STREET |
| | **State the term remaining** | 4/30/2027 | Address |
| | **List the contract number of any government contract** | | |
| | | | YARMOUTHPORT | MA | 02675 |


| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7020 | BFE Ventures LLC |
|---|---|---|---|

**2.48**

**State what the contract or lease is for and the nature of the debtor's interest**   Retail Store / Tenant for site 7020

BFE Ventures LLC
Name

c/o Turtle Rock LLC
Notice Name

231 WILLOW STREET
Address

**State the term remaining**   4/30/2027

**List the contract number of any government contract**

| YARMOUTHPORT | MA | 02675 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.49**

**State what the contract or lease is for and the nature of the debtor's interest**   Gift card sales through 3rd party retailers

Blackhawk Network Inc
Name

Attn Talbot Roche
Notice Name

6220 Stoneridge Mall Rd
Address

**State the term remaining**   15 Months

**List the contract number of any government contract**

| Pleasanton | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.50**

**State what the contract or lease is for and the nature of the debtor's interest**   Usage of Lenny Clarke video footage, likeness, imagery.

Blue Sky Sports & Entertainment LLC
Name

Attn Kimerly A Zayotti
Notice Name

150 Washington St
Address

**State the term remaining**   9/21/2023

**List the contract number of any government contract**

| Norwell | MA | 02061 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known):* | 23-10576 |
| | Name | | |

**2.51** State what the contract or lease is for and the nature of the debtor's interest

AZ - SaaS Subscription (MMS)

BLUE YONDER INC
Name

Notice Name

15059 N SCOTTSDALE RD
Address

State the term remaining — 12 Months

Suite 400

List the contract number of any government contract

| Scottsdale | AZ | 85254 |
| City | State | ZIP Code |

Country

**2.52** State what the contract or lease is for and the nature of the debtor's interest

AZ - SaaS Subscription (WFM)

BLUE YONDER INC
Name

Notice Name

15059 N SCOTTSDALE RD
Address

State the term remaining — 12 Months

Suite 400

List the contract number of any government contract

| Scottsdale | AZ | 85254 |
| City | State | ZIP Code |

Country

**2.53** State what the contract or lease is for and the nature of the debtor's interest

Retail Store / Tenant for site 7048

BLVDCON LLC
Name

Notice Name

P.O. BOX 823201
Address

State the term remaining — 1/31/2024

List the contract number of any government contract

| PHILADELPHIA | PA | 19182 |
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*:  23-10576
_____

| | | |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Store delivery trailers | Boston Trailer |
| | | | Name |
| | | | Jarod Warsofsky |
| | | | Notice Name |
| | | | 635 Manley St |
| | **State the term remaining** | 6/30/2025 | Address |
| | **List the contract number of any government contract** | | |
| | | | West Bridgewater | MA | 02379 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7008 | Bridge Real Estate Trust |
| | | | Name |
| | | | c/o Turtle Rock LLC |
| | | | Notice Name |
| | | | 231 WILLOW STREET |
| | **State the term remaining** | 4/30/2027 | Address |
| | **List the contract number of any government contract** | | |
| | | | YARMOUTHPORT | MA | 02675 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | |
|---|---|---|
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Direct Mail Services | Bridgetree LLC |
| | | | Name |
| | | | Notice Name |
| | | | PO Box 69 |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | Fort Mill | SC | 29716 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*    23-10576

---

**2.57** **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7053

BRIXMOR HOLDINGS 10 SPE LLC
Name

Notice Name

450 LEXINGTON AVE 13TH FLOOR
Address

**State the term remaining**    1/31/2029

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10017 |

Country

---

**2.58** **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7053

BRIXMOR HOLDINGS 10 SPE LLC
Name

Notice Name

PO BOX 30702
Address

**State the term remaining**    1/31/2029

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| CONSHOHOCKEN | PA | 19428 |

Country

---

**2.59** **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7033

BRIXMOR SPE 6 LLC
Name

Notice Name

5527 DRESSLER ROAD NW
Address

**State the term remaining**    1/31/2027

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| CONSHOHOCKEN | PA | 19428 |

Country

---

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
|---|---|---|---|
| | Name | | |

**2.60** State what the contract or lease is for and the nature of the debtor's interest — Retail Store / Tenant for site 7066

BRIXMOR WENDOVER PLACE LP
Name

Notice Name

200 4TH STREET
Address

State the term remaining — 1/31/2027

List the contract number of any government contract

| CONSHOHOCKEN | PA | 19428 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.61** State what the contract or lease is for and the nature of the debtor's interest — Retail Store / Tenant for site 7066

BRIXMOR WENDOVER PLACE LP
Name

Notice Name

450 Lexington Avenue, Floor 13
Address

State the term remaining — 1/31/2027

List the contract number of any government contract

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.62** State what the contract or lease is for and the nature of the debtor's interest — Retail Store / Tenant for site 7058

Brookwood Capital Partners LLC
Name

Notice Name

73 White Bridge Rd
Address

Ste 103 #240

State the term remaining — 1/31/2027

List the contract number of any government contract

| Nashville | TN | 37205 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

| | | | | | |
|---|---|---|---|---|---|
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7026 | BSREP II CYPRESS MT LLC | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 250 VESEY ST 15 FL | | |
| | **State the term remaining** | 1/31/2025 | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | NEW YORK | NY | 10281 |
| | | | City | State | ZIP Code |
| | | | Country | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Store /DC Supplies | Bunzl Retail Services LLC | | |
| | | | Name | | |
| | | | Notice Name | | |
| | | | 8338 Austin Ave | | |
| | **State the term remaining** | Contract was canceled in 2022, but there are still goods we are required to pay for and take ownership of | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Morton Grove | IL | 60053 |
| | | | City | State | ZIP Code |
| | | | Country | | |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7012 | BURLINGTON SELF STORAGE OF CAPE COD LLC | | |
| | | | Name | | |
| | | | Notice Name | | |
| | | | 114 WEST STREET | | |
| | **State the term remaining** | 4/30/2027 | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | WILMINGTON | MA | 01887 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

---

**2.66** | **State what the contract or lease is for and the nature of the debtor's interest** | Mac Hardware Support | Carbon Technology
Name

Notice Name

150 Morristown Road
Suite 206
Address

| **State the term remaining** | Month to Month |

| **List the contract number of any government contract** | |

Bernardsville | NJ | 07924
City | State | ZIP Code

Country

---

**2.67** | **State what the contract or lease is for and the nature of the debtor's interest** | Advertising cash back offers through bank and credit card apps & online sites | Cardlytics
Name

Attn Legal Dept
Notice Name

675 Ponce De Leon Ave NE
Address

| **State the term remaining** | No expiration date |

Suite 6000

| **List the contract number of any government contract** | |

Atlanta | GA | 30308
City | State | ZIP Code

Country

---

**2.68** | **State what the contract or lease is for and the nature of the debtor's interest** | England & Wales - SaaS Subscription | Care I.T. Services Limited
Name

Notice Name

31 A CHURCH LANE
Address

| **State the term remaining** | 1 month |

| **List the contract number of any government contract** | |

ALTON | | GU34 4HD
City | State | ZIP Code

United Kingdom
Country

---

| Debtor: | Christmas Tree Shops, LLC | | Case number *(if known)*: | 23-10576 |
| | Name | | | |

**2.69** State what the contract or lease is for and the nature of the debtor's interest

storage trailer at 7045

Cassone Leasing, Inc
Name

Notice Name

1900 Lakeland Ave
Address

**State the term remaining**   Monthly

**List the contract number of any government contract**

| RONKONKOMA | NY | 11779 |
| City | State | ZIP Code |

Country

**2.70** State what the contract or lease is for and the nature of the debtor's interest

IT Consulting Support

CBZS Tech
Name

Maurice Cabezas
Notice Name

29 Nottingham Way
Address

**State the term remaining**   Month to Month

**List the contract number of any government contract**

| Hillsborough | NJ | 08844 |
| City | State | ZIP Code |

Country

**2.71** State what the contract or lease is for and the nature of the debtor's interest

Retail Store / Tenant for site 7031

Cherry Hill Retail Partners LLC
Name

Notice Name

1260 Stelton Road
Address

**State the term remaining**   1/31/2032

**List the contract number of any government contract**

| Piscataway | NJ | 08854 |
| City | State | ZIP Code |

Country

Debtor:   Christmas Tree Shops, LLC
Name

Case number *(if known)*:   23-10576

**2.72** **State what the contract or lease is for and the nature of the debtor's interest**   Uniform Rental Agreement

**State the term remaining**   9/13/2023

**List the contract number of any government contract**

CINTAS
Name

Joseph Cordoves
Notice Name

300 Highland Corporate Drive
Address

| Cumberland | RI | 02864 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.73** **State what the contract or lease is for and the nature of the debtor's interest**   Saas Subscription

**State the term remaining**   6 Months

**List the contract number of any government contract**

Citrix Systems Inc.
Name

Notice Name

851 W. Cypress Creek Rd.
Address

| Fort Lauderdale | FL | 33309-2009 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.74** **State what the contract or lease is for and the nature of the debtor's interest**   Regulated Waste Removal

**State the term remaining**   5/24/2024

**List the contract number of any government contract**

Clean Earth
Name

Notice Name

334 South Warminster Road
Address

| Hatboro | PA | 19040 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| | | |
|---|---|---|
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Hazardous Materials Disposal Waste Management Signed 5/6/2021 |

CleanEarthEnvironmentalSolutions,Inc
Name

Notice Name

334 Warminster Road
Address

| | | |
|---|---|---|
| | **State the term remaining** | Auto-Renewal |
| | **List the contract number of any government contract** | |

| Hatboro | PA | 19040 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | IT Consulting Services |

CMD Technology Management Consulting
Name

Notice Name

2603 Valley Road
Address

Attention Carmen De Guida

| | | |
|---|---|---|
| | **State the term remaining** | Month to Month |
| | **List the contract number of any government contract** | |

| Jamison | PA | 18929 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7086 |

Coastal One Properties LLC
Name

Notice Name

PO Box 326
Address

| | | |
|---|---|---|
| | **State the term remaining** | 1/31/2033 |
| | **List the contract number of any government contract** | |

| Rehoboth Beach | DE | 19971 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7088 | Coconut Point Town Center LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO BOX 643913 |
| | State the term remaining | 3/31/2032 | Address |
| | List the contract number of any government contract | | |

| | | | PITTSBURGH | PA | 15264 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | SMS/Text Messaging Services & Annual Plan | Codebroker LLC |
| | | | Name |
| | | | Dan Slavin |
| | | | Notice Name |
| | | | 464 Common ST |
| | State the term remaining | 8.5 Months for services & 11.5 Months on message plan | Address |
| | | | Suite 204 |
| | List the contract number of any government contract | | |

| | | | Belmont | MA | 02478 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Telephone and Data Services | Comcast |
| | | | Name |
| | | | Comcast Corporation |
| | | | Notice Name |
| | | | Comcast Center Attention Legal Department |
| | State the term remaining | Month to Month | Address |
| | | | 1701 JFK Boulevard |
| | List the contract number of any government contract | | |

| | | | Philadelphia | PA | 19103 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor:  Christmas Tree Shops, LLC
Name

Case number *(if known)*    23-10576

| | | |
|---|---|---|
| **2.81** | **State what the contract or lease is for and the nature of the debtor's interest** | IT Security Consulting Services |

Compass IT Compliance LLC
Name

Notice Name

2 Asylum Road
Address

**State the term remaining**    Engagement Based

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| North Providence | RI | 02904 |

Country

| | | |
|---|---|---|
| **2.82** | **State what the contract or lease is for and the nature of the debtor's interest** | Ocean Cargo Freight |

COSCO SHIPPING Lines (North America) Inc.
Name

Michael Carver
Notice Name

100 Lighting Way
Address

**State the term remaining**    4/30/2024

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Secaucus | NJ | 07094 |

Country

| | | |
|---|---|---|
| **2.83** | **State what the contract or lease is for and the nature of the debtor's interest** | Break-Fix Support Services |

Crosscom, inc
Name

Notice Name

900 Deerfield Parkway
Address

**State the term remaining**    Engagement Based

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Buffalo Grove | IL | 600089 |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

| | | |
|---|---|---|
| **2.84** | **State what the contract or lease is for and the nature of the debtor's interest** | VA - Professional Services |

CrossCountry Consulting
Name

Notice Name

1600 Tysons Blvd
Address

Suite 1100

**State the term remaining** Perpetual

**List the contract number of any government contract**

| McLean | VA | 22102 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.85** | **State what the contract or lease is for and the nature of the debtor's interest** | Planned Maintenance Agreement-Batteries |

CROWN Equipment Corp dba Crown Lift Trucks
Name

Justin Clair
Notice Name

15 Forge Parkway
Address

**State the term remaining** 10/13/2023

**List the contract number of any government contract**

| Franklin | MA | 02038 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.86** | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7071 |

CRYSTAL MALL, LLC
Name

Notice Name

14200 COLLECTIONS CENTER DRIVE
Address

**State the term remaining** 1/31/2032

**List the contract number of any government contract**

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Transportation management | CT Logistics |
|------|------|------|------|
| | | | Name |
| | | | Ron Dodig |
| | | | Notice Name |
| | | | 12487 Plaza Dr. |
| | State the term remaining | 6/1/2024 | Address |
| | List the contract number of any government contract | | |
| | | | Cleveland / OH / 44130 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7004 | CTS West Dennis Route Twenty-Eight Real Estate, LLC |
|------|------|------|------|
| | | | Name |
| | | | c/o Turtle Rock LLC |
| | | | Notice Name |
| | | | 231 WILLOW STREET |
| | State the term remaining | 4/30/2027 | Address |
| | List the contract number of any government contract | | |
| | | | YARMOUTHPORT / MA / 02675 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7006 | D and C Real Estate Trust |
|------|------|------|------|
| | | | Name |
| | | | c/o Turtle Rock LLC |
| | | | Notice Name |
| | | | 231 WILLOW STREET |
| | State the term remaining | 4/30/2027 | Address |
| | List the contract number of any government contract | | |
| | | | YARMOUTHPORT / MA / 02675 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

| | | |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7032 |

Daniel G Kamin Freehold LLC
Name

c/o Kamin Realty Company
Notice Name

PO Box 10234
Address

**State the term remaining** 12/31/2032

**List the contract number of any government contract**

| Pittsburgh | PA | 15232 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7032 |

Daniel G Kamin Freehold LLC
Name

c/o Kamin Realty Company
Notice Name

490 S. Highland Avenue
Address

**State the term remaining** 12/31/2032

**List the contract number of any government contract**

| Pittsburgh | PA | 15206 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7018 |

DELAWARE CHRISTMAS TREE SHOPS Plaza, LLC
Name

Notice Name

69318 HIGHWAY 21
Address

**State the term remaining** 8/31/2033

**List the contract number of any government contract**

| LOS ANGELES | CA | 90048 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| | | |
|---|---|---|
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7014 |

DELAWARE HALE ROAD PLAZA LLC
Name

Alicia Busconi, SVP Asset & Prop Mgmt
Notice Name

**State the term remaining**  12/31/2033

c/o Keypoint Partners
Address

**List the contract number of any government contract**

One Van De Graaff Drive, Suite 402

| Burlington | MA | 01803 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7014 |

DELAWARE HALE ROAD PLAZA LLC
Name

Notice Name

**State the term remaining**  12/31/2033

6300 WILSHIRE BLVD
Address

**List the contract number of any government contract**

| LOS ANGELES | CA | 90048 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | TX - SaaS Subscription |

DiCentral Corporation
Name

Notice Name

**State the term remaining**  16 Months

1199 NASA Parkway
Address

**List the contract number of any government contract**

| Houston | TX | 77058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| | | |
|---|---|---|
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Waste Management |
| | | DRM Waste Management Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | P.O. Box 659 |
| **State the term remaining** | Auto-Renewal | Address |
| **List the contract number of any government contract** | | |
| | | Forked River    NJ    08731 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | multiple storage trailers |
| | | Eagle Leasing |
| | | Name |
| | | Christopher Mathews |
| | | Notice Name |
| | | 258 Turnpike Rd |
| **State the term remaining** | Monthly | Address |
| **List the contract number of any government contract** | | |
| | | Southboro    MA    01722 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Website development & maintence retainer |
| | | Elevate Commerce |
| | | Name |
| | | Sam Hogin |
| | | Notice Name |
| | | 11 Jerome Ct |
| **State the term remaining** | Month to Month w/ 30 day termination provision | Address |
| **List the contract number of any government contract** | | |
| | | Petaluma    CA    94952 |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| | | | | |
|---|---|---|---|---|
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Life safety, (alarm and suppression), service and testing vendor | | Ellis Fire Protection |
| | | | | Name |
| | | | | Marcus DeSimone |
| | | | | Notice Name |
| | **State the term remaining** | Open ended | | 14 Republic Rd |
| | | | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Billerica — MA — 01862 |
| | | | | City — State — ZIP Code |
| | | | | Country |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Retirement Plan Service Provider | | Empower |
| | | | | Name |
| | | | | Notice Name |
| | | | | P.O. Box 56025 |
| | **State the term remaining** | N/A | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Boston — MA — 02205 |
| | | | | City — State — ZIP Code |
| | | | | Country |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Ocean Cargo Freight | | EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION |
| | | | | Name |
| | | | | George W. Runyon |
| | | | | Notice Name |
| | | | | One Evertrust Plaza |
| | **State the term remaining** | 4/30/2024 | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Jersey City — NJ — 07302 |
| | | | | City — State — ZIP Code |
| | | | | Country |

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number *(if known)*: 23-10576
_____

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | SaaS Subscription | Evernote Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 6 Months | 2400 Broadway, Suite 210 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Redwood City |  CA  |  94063 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | GA - Professional Services | Executive IT LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 32 Months | 4045 Five Forks Trickum Road SW |
| | | | Address |
| | List the contract number of any government contract | | Suite B9-240 |
| | | | Lilburn |  GA  |  30047 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | W-4 & Compliance Library (State required forms) Services | Experian (CIC Plus) |
|---|---|---|---|
| | | | Name |
| | | | CIC Plus, Inc. |
| | | | Notice Name |
| | State the term remaining | 9/30/2026 | 7321 Redgeway Ave. |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Skokie |  IL  |  60076 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*:  23-10576

**2.105** **State what the contract or lease is for and the nature of the debtor's interest**

Advertising cash back offers through bank and credit card apps & online sites

Figg, Inc
Name

Notice Name

**State the term remaining**  No expiration date

2561 Territorial Rd
Address

**List the contract number of any government contract**

| St Paul | MN | 55114 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.106** **State what the contract or lease is for and the nature of the debtor's interest**

Acquire Company's electronic Credit/Debit transactions for payment

First Data (Payment Solutions Agreement)
Name

Notice Name

**State the term remaining**  8/2/2024

3975 NW 120th Ave
Address

**List the contract number of any government contract**

| Coral Springs | FL | 33065 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**2.107** **State what the contract or lease is for and the nature of the debtor's interest**

Gift Card Processing

First Data Resources LLC
Name

Attn General Counsel's Office
Notice Name

**State the term remaining**  18 Months

6855 Pacific St
Address

**List the contract number of any government contract**

| Omaha | NE | 68106 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

---

**2.108** **State what the contract or lease is for and the nature of the debtor's interest**

Gift Card Processing

First Data Resources LLC
Name

VP of Operations
Notice Name

2900 Westside Parkway
Address

**State the term remaining**  18 Months

**List the contract number of any government contract**

| Alpharetta | GA | 30004 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.109** **State what the contract or lease is for and the nature of the debtor's interest**

Hosting of digital flyers and advertising through the Flipp owned network and mobile app

Flipp
Name

Notice Name

3520 Bloor Street West
Address

**State the term remaining**  9.5 Months, auto-renews 3/16/24

**List the contract number of any government contract**

| Toronto | ON | M8X 2X9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

---

**2.110** **State what the contract or lease is for and the nature of the debtor's interest**

MN -Software Maintenace (Sequel Reporting)

FORTRA, LLC.
Name

Notice Name

11095 Viking Drive
Address

Suite 100

**State the term remaining**  4 Months

**List the contract number of any government contract**

| Eden Prairie | MN | 55344 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:   Christmas Tree Shops, LLC
Name

Case number *(if known)*:   23-10576

---

**2.111** State what the contract or lease is for and the nature of the debtor's interest

Retail Store / Tenant for site 7028

FR ASSEMBLY SQ- PROP #180-1008
Name

Notice Name

1626 EAST JEFFERSON STREET
Address

State the term remaining   1/31/2026

List the contract number of any government contract

| | | |
|---|---|---|
| ROCKVILLE | MD | 20852 |
| City | State | ZIP Code |

Country

---

**2.112** State what the contract or lease is for and the nature of the debtor's interest

Retail Store / Tenant for site 7050

Free Range Ashbridge, LLC
Name

Notice Name

120 Pennsylvania Avenue
Address

State the term remaining   1/31/2024

List the contract number of any government contract

| | | |
|---|---|---|
| Malvern | PA | 19355 |
| City | State | ZIP Code |

Country

---

**2.113** State what the contract or lease is for and the nature of the debtor's interest

SaaS Subscription - Service Desk SW

FreshWorks Inc.
Name

Notice Name

14005 Live Oak Ave.
Address

State the term remaining   2 Months

List the contract number of any government contract

| | | |
|---|---|---|
| Irwindale | CA | 71706 |
| City | State | ZIP Code |

Country

---

Debtor: Christmas Tree Shops, LLC            Case number *(if known)*: 23-10576

Name

**2.114** **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7069

FROST ASSOCIATES LLC

Name

C/O BOULOS ASSET MGNT

Notice Name

ONE CANAL PLAZA SUITE 500

Address

**State the term remaining**    1/31/2032

**List the contract number of any government contract**

| PORTLAND | ME | 04101 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.115** **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7023

Geoffrey E. Norman, Equ.

Name

Tarlow, Breed, Hart & Rodgers

Notice Name

101 Huntington Avenue, Suite 500

Address

**State the term remaining**    1/31/2033

**List the contract number of any government contract**

| Boston | MA | 02199 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.116** **State what the contract or lease is for and the nature of the debtor's interest**

Saas Subscription

Godaddy Operating Company, LLC

Name

Notice Name

2155 E. Godaddy Way

Address

**State the term remaining**    Varies

**List the contract number of any government contract**

| Tempe | AZ | 85284 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Christmas Tree Shops, LLC
Name

Case number (if known):  23-10576

---

**2.117** State what the contract or lease is for and the nature of the debtor's interest

Professional Services

Golden Ticket Consulting LLC
Name

Notice Name

State the term remaining   7 Months

1406 Clifton Lane
Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Nashville | TN | 37215 |

Country

---

**2.118** State what the contract or lease is for and the nature of the debtor's interest

Keyword search on Google & video advertising on Youtube

Google LLC
Name

Notice Name

State the term remaining   No expiration date

1600 Amphitheatre Pkwy
Address

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Mountain View | CA | 94043 |

Country

---

**2.119** State what the contract or lease is for and the nature of the debtor's interest

Telephone and Data Services

Granite Telecommunications, LLC
Name

Notice Name

100 Newport Avenue Ext.
Address

State the term remaining   Month to Month

Attention Legal Department

List the contract number of any government contract

Account # 01882596

| City | State | ZIP Code |
|------|-------|----------|
| Quincy | MA | 02171 |

Country

---

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

| | | |
|---|---|---|
| **2.120** **State what the contract or lease is for and the nature of the debtor's interest** | Saas Subscription | Gravity Systems Inc |
| | | Name |
| | | Dave Palmer |
| | | Notice Name |
| | | 151 Morristown Road Suite 206 |
| **State the term remaining** | 2 Months | Address |
| **List the contract number of any government contract** | | |
| | | Bernardsville |  NJ  |  07925  |
| | | City | State | ZIP Code |
| | | Country |

| | | |
|---|---|---|
| **2.121** **State what the contract or lease is for and the nature of the debtor's interest** | Form 5500 Auditor | Gray, Gray, & Gray, LLP |
| | | Name |
| | | Gray, Gray, & Gray LLP |
| | | Notice Name |
| | | 150 Royall Street |
| **State the term remaining** | 10/15/2023 | Address |
| **List the contract number of any government contract** | | Suite 102 |
| | | Canton |  MA  |  02021  |
| | | City | State | ZIP Code |
| | | Country |

| | | |
|---|---|---|
| **2.122** **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7075 | GRE ALTAMONTE LP |
| | | Name |
| | | HSBC BANK USA |
| | | Notice Name |
| | | 1 OLD COUNTRY ROAD |
| **State the term remaining** | 1/31/2028 | Address |
| **List the contract number of any government contract** | | |
| | | MAITLAND |  FL  |  32751  |
| | | City | State | ZIP Code |
| | | Country |

Debtor: Christmas Tree Shops, LLC                                    Case number (if known): 23-10576
_____
Name

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Telephone and Data Services | GTT |
|---|---|---|---|
| | | | Name |
| | | | Attention Legal Department |
| | | | Suite 1450 |
| | | | Notice Name |
| | State the term remaining | Month to Month | 7900 Tysons One Place |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | McLean |
| | | | City |

| | | | McLean | VA | 22102 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7022 | H.C. ATLANTIC DEVELOPMENT |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 1/31/2032 | 30 Strathmore Road |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Natick | MA | 01760 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Yard tractor | Hale Trailer |
|---|---|---|---|
| | | | Name |
| | | | Chris Guyer |
| | | | Notice Name |
| | State the term remaining | 11/23/2023 | 32 Industrial Rd. |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Walpole | MA | 02081 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| Debtor: | Christmas Tree Shops, LLC | Case number (if known): | 23-10576 |
| --- | --- | --- | --- |
| | Name | | |

| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7049 | HIGH POINTE COMMONS II-HAP LP |
| --- | --- | --- | --- |
| | | | Name |
| | | | C/O LEVIN MANAGEMENT CORP |
| | | | Notice Name |
| | | | PO BOX 326 |
| | State the term remaining | 1/31/2034 | Address |
| | List the contract number of any government contract | | |

| | | | PLAINFIELD | NJ | 07061 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7049 | HIGH POINTE COMMONS II-HAP LP |
| --- | --- | --- | --- |
| | | | Name |
| | | | c/o Unison Realty Partners, Attn Asset Manager |
| | | | Notice Name |
| | | | 101 Accord Park Drive |
| | State the term remaining | 1/31/2034 | Address |
| | List the contract number of any government contract | | |

| | | | Norwell | MA | 02061 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7016 | Holyoke Crossing LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | c/o Prestige Properties & Development |
| | | | Notice Name |
| | | | 546 Fifth Avenue, 15th Fl. |
| | State the term remaining | 1/31/2031 | Address |
| | List the contract number of any government contract | | |

| | | | New York | NY | 10036 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7016 | Holyoke Crossing, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 546 Fifth Avenue, 15th Fl. |
| | State the term remaining | 1/31/2031 | Address |
| | List the contract number of any government contract | | |
| | | | New York | NY | 10036 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Resume Search Access | Indeed, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. Box 660367 |
| | State the term remaining | 10/1/2023 | Address |
| | | | Mail Code 5160 |
| | List the contract number of any government contract | | |
| | | | Dallas | TX | 75266-0367 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Infrastructure Consultants | Infomerica |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 252 Towne Village Drive |
| | State the term remaining | Month to Month | Address |
| | List the contract number of any government contract | | |
| | | | Cary | NC | 27513 |
| | | | City | State | ZIP Code |
| | | | Country |

| Debtor: | Christmas Tree Shops, LLC | Case number (if known): | 23-10576 |
| | Name | | |

**2.132** State what the contract or lease is for and the nature of the debtor's interest

Gift card sales through 3rd party retailers

Interactive Communications International Inc
Name

Attn President & CEO
Notice Name

State the term remaining    16 Months

250 Williams St NW
Address

5th Floor Sutie 5-2002

List the contract number of any government contract

| Atlanta | GA | 30303 |
| City | State | ZIP Code |

Country

**2.133** State what the contract or lease is for and the nature of the debtor's interest

MD - Professional Services

Intersoft Data Labs Inc
Name

SANJAY MEHRA
Notice Name

State the term remaining    11 Months

5850 Waterloo Road
Address

Suite 245

List the contract number of any government contract

| Columbia | MD | 21045 |
| City | State | ZIP Code |

Country

**2.134** State what the contract or lease is for and the nature of the debtor's interest

FL - Professional Services

Invisors LLC
Name

ALYSSA DELANEY
Notice Name

State the term remaining    7 Months

2000 PGA BLVD
Address

Suite 4440

List the contract number of any government contract

| Palm Beach Gardens | FL | 33408 |
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7074 | IVT WESTPARK GLEN ALLEN LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2809 BUTTERFIELD ROAD |
| | State the term remaining | 1/31/2027 | Address |
| | List the contract number of any government contract | | |

| | | | OAK BROOK | IL | 44737 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7074 | IVT WESTPARK GLEN ALLEN LLC |
|---|---|---|---|
| | | | Name |
| | | | c/o InvenTrust Property Management |
| | | | Notice Name |
| | | | 3025 Highland Poarkway, Suite 350 |
| | State the term remaining | 1/31/2027 | Address |
| | List the contract number of any government contract | | |

| | | | Downers Grove | IL | 60515 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7040 | JCTC HOLDINGS LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 125 GAGNON ST SUITE 201 |
| | State the term remaining | 1/31/2031 | Address |
| | List the contract number of any government contract | | |

| | | | MONTREAL | NL | H4N 1T1 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known):*  23-10576

| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract | Jeremy Bare |
|---|---|---|---|

Name

Notice Name

Address on File

| | **State the term remaining** | Auto-Renewal | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|

Country

| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Contract | Jesse Napoli |
|---|---|---|---|

Name

Notice Name

Address on File

| | **State the term remaining** | Auto-Renewal | Address |
|---|---|---|---|

| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|

Country

| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | NY - Software Maintenance | Jesta I.S. (USA) Inc |
|---|---|---|---|

Name

Notice Name

755 rue Berri

| | **State the term remaining** | Perpetual | Address |
|---|---|---|---|

Suite 200

| | **List the contract number of any government contract** | | |

| Montreal | QC | H2Y 3E5 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

Debtor: Christmas Tree Shops, LLC
_Name_

Case number _(if known)_: 23-10576

**2.141** State what the contract or lease is for and the nature of the debtor's interest

Retail Store / Tenant for site 7057

JLP TAYLOR LEASE
Name

C/O SCHOTTENSTEIN PROPERTY GRP
Notice Name

4300 E FIFTH AVE
Address

State the term remaining   1/31/2027

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| COLUMBUS | OH | 43219 |

Country

**2.142** State what the contract or lease is for and the nature of the debtor's interest

Retail Store / Tenant for site 7037

JSM AT BRICK LLC
Name

Notice Name

1260 STELTON ROAD
Address

State the term remaining   1/31/2034

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| PISCATAWAY | NJ | 08854 |

Country

**2.143** State what the contract or lease is for and the nature of the debtor's interest

SaaS Subscription

Keeper Security
Name

Notice Name

33 N Green St Ste 811
Address

State the term remaining   8 Months

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60607 |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

| Debtor: | Christmas Tree Shops, LLC | | Case number *(if known)*: | 23-10576 |
|---|---|---|---|---|
| | Name | | | |

| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Soial engagement digital services platform. | Khoros |
|---|---|---|---|

Name

Notice Name

| **State the term remaining** | 7 Months, w/ 30 day termination provision | 7300 Ranch Road 2222 |
|---|---|---|

Address

| **List the contract number of** | | Building 3 Suite 150 |
|---|---|---|

any government contract

| | | | Austin | TX | 78730-3204 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Website software and hosting | Kibo Software Inc |
|---|---|---|---|

Name

John Mills

Notice Name

| **State the term remaining** | 3.5 Months | 717 N Harwood St |
|---|---|---|

Address

| **List the contract number of** | | Suite 1900 |
|---|---|---|

any government contract

| | | | Dallas | TX | 75201 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | NY - SaaS Subscription | Kliger-Weiss Infosystems Inc |
|---|---|---|---|

Name

Notice Name

| **State the term remaining** | 54 Months | 2200 Northern Blvd |
|---|---|---|

Address

| **List the contract number of** | | Ste. 102 |
|---|---|---|

any government contract

| | | | Greenvale | NY | 11548 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| | | |
|---|---|---|
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Crane Service Agreement |
| | | KONE CRANES, Ind |
| | | Name |
| | | Hunter Mains |
| | | Notice Name |
| | | 25 Industrial Avenue, Ste 102 |
| | | Address |
| | **State the term remaining** | 9/30/2023 |
| | **List the contract number of any government contract** | |

| Chelmsford | MA | 01824-3617 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Elevator Repair |
| | | Kone Inc |
| | | Name |
| | | Notice Name |
| | | 1 Kone Ct |
| | | Address |
| | **State the term remaining** | 6/30/2026 |
| | **List the contract number of any government contract** | |

| Moline | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Vertical Transporation Maintenance |
| | | KONE, Inc. |
| | | Name |
| | | Andy Sacchetti |
| | | Notice Name |
| | | 1 Kone Ct |
| | | Address |
| | **State the term remaining** | 3/31/2024 |
| | **List the contract number of any government contract** | |

| Moline | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**2.150** | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7019 | KRE COLONIE OWNER LLC
Name

c/o Colonie Center Mall, Attn General Manager
Notice Name

131 Colonie Center
Address

**State the term remaining** 12/31/2023

**List the contract number of any government contract**

| Albany | NY | 12205 |
| City | State | ZIP Code |

Country

**2.151** | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7019 | KRE COLONIE OWNER LLC
Name

c/o Pacific Retail Capital Partners; Attn COO
Notice Name

2029 Century Park East, Suite 1550N
Address

**State the term remaining** 12/31/2023

**List the contract number of any government contract**

| LOS ANGELES | CA | 90067 |
| City | State | ZIP Code |

Country

**2.152** | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7019 | KRE COLONIE OWNER LLC
Name

Notice Name

9 WEST 57TH ST
Address

**State the term remaining** 12/31/2023

**List the contract number of any government contract**

| NEW YORK | NY | 10019 |
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

---

**2.153** State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7073

KRG PLAZA GREEN LLC
Name

Notice Name

11198 W BROAD ST.
Address

State the term remaining | 1/31/2026

List the contract number of any government contract

INDIANAPOLIS | IN | 46204
City | State | ZIP Code

Country

---

**2.154** State what the contract or lease is for and the nature of the debtor's interest | Employment Contract

Laura Britton
Name

Notice Name

Address on File
Address

State the term remaining | Auto-Renewal

List the contract number of any government contract

City | State | ZIP Code

Country

---

**2.155** State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7060

LEVIN MANAGEMENT CORPORATION
Name

Notice Name

P.O. BOX 326
Address

State the term remaining | 1/31/2034

List the contract number of any government contract

PLAINFIELD | NJ | 07061
City | State | ZIP Code

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | KY - SaaS Subscription | Lexmark International Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 96612 |
| | State the term remaining | 16 Months | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60693 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Paper supplier for printed flyers | Lindenmyer Central |
|---|---|---|---|
| | | | Name |
| | | | Attn Legal |
| | | | Notice Name |
| | | | 3 Manhattanville Rd |
| | State the term remaining | 31 Months | Address |
| | List the contract number of any government contract | | |

| | | | Purchase | NY | 10577 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Professional Subscription | LinkedIn |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 62228 Collections Center Drive |
| | State the term remaining | 8/13/2024 | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60693-0622 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known):* 23-10576

---

**2.159** State what the contract or lease is for and the nature of the debtor's interest

Recruiter Access and Job Postings

LinkedIn
Name

Notice Name

62228 Collections Center Drive
Address

State the term remaining    8/13/2024

List the contract number of any government contract

| Chicago | IL | 60693-0622 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

---

**2.160** State what the contract or lease is for and the nature of the debtor's interest

Store safe usage as well as transporting of Cash from the Store location to the bank

Loomis (Safepoint Agreement)
Name

Notice Name

2500 CityWest Blvd.
Address

State the term remaining    2/22/2027

Ste. 2300

List the contract number of any government contract

| Houston | TX | 77042 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.161** State what the contract or lease is for and the nature of the debtor's interest

MA - Professional Services

LS Solutions, Inc.
Name

Notice Name

731 Alexander Rd,
Address

State the term remaining    53 Months

Suite 101

List the contract number of any government contract

| Princeton | NJ | 08540 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

**2.162** State what the contract or lease is for and the nature of the debtor's interest: UT - Saas Software

Lucidchart
Name

Notice Name

10355 South Jordan Gateway
Address

State the term remaining: 8 Months

Suite 300

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| South Jordan | UT | 84095 |

Country

**2.163** State what the contract or lease is for and the nature of the debtor's interest: Retail Store / Tenant for site 7013

Lynnfield Plaza Realty Trust
Name

c/o Jumbo Capital Management, LLC
Notice Name

1900 Crown Colony Drive, Suite 405
Address

State the term remaining: 2/29/2028

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| quincy | MA | 02169 |

Country

**2.164** State what the contract or lease is for and the nature of the debtor's interest: Retail Store / Tenant for site 7056

MADISON WALDORF LLC
Name

NW 5506-10
Notice Name

P.O. BOX 1450
Address

State the term remaining: 1/31/2026

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| MINNEAPOLIS | MN | 55485 |

Country

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number (if known): 23-10576
_____

| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | Break-Fix Support Services | Managed Business Communications, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 430 Sand Shore Road, Unit 10 |
| | State the term remaining | Engagement Based | Address |
| | List the contract number of any government contract | | |

| | | | Hackettstown | NJ | 07840 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | GA - Software Maintenace | MANHATTAN ASSOCIATES |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2300 Windy Ridge Parkway |
| | State the term remaining | Perpetual | Address |
| | | | Tenth Floor |
| | List the contract number of any government contract | | |

| | | | Atlanta | GA | 30339 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract | Margie Kaufman |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | Auto-Renewal | Address |
| | List the contract number of any government contract | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Country | | |

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7064 | MCS-LANCASTER DE HOLDING LP |
| | | | Name |
| | | | C/O TKG MANAGEMENT INC |
| | | | Notice Name |
| | | | 211 N STADIUM BLVD SUITE 201 |
| | **State the term remaining** | 1/31/2032 | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
| --- | --- | --- |
| COLUMBIA | MO | 65203 |

Country

| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | HVAC | Medford Wellington Service Co Inc |
| | | | Name |
| | | | Notice Name |
| | | | 9 Executive Park Dr |
| | **State the term remaining** | 3/1/2024 | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
| --- | --- | --- |
| N. Billerica | MA | 01862 |

Country

| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | Keyword search advertising on Bing, Yahoo & AOL | MIcrosoft Corporation |
| | | | Name |
| | | | Attn Microsoft Adverstising Legal Dept |
| | | | Notice Name |
| | | | One Microsoft Way |
| | **State the term remaining** | No expiration date | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
| --- | --- | --- |
| Redmond | WA | 95052 |

Country

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

**2.171** **State what the contract or lease is for and the nature of the debtor's interest**

VA - SaaS Subscription (BI Platform)

MICROSTRATEGY SERVICES CORPORA

Name

Notice Name

P.O. BOX 409671

Address

**State the term remaining** 22 Months

**List the contract number of any government contract**

| ATLANTA | GA | 30384-9671 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.172** **State what the contract or lease is for and the nature of the debtor's interest**

VA - SaaS Subscription (BI Platform)

MICROSTRATEGY SERVICES CORPORA

Name

c/o General Counsel

Notice Name

1850 Towers
Crescent Plaza

Address

**State the term remaining** 22 Months

**List the contract number of any government contract**

| Tysons Corner | VA | 22182 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.173** **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7071

MIDDLETOWN CRYSTAL RTE 17 LLC

Name

Notice Name

223 N.GLENDALE AVE.

Address

**State the term remaining** 1/31/2032

**List the contract number of any government contract**

| LIVERPOOL | NY | 13088 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

---

**2.174** **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7071

**State the term remaining** 1/31/2032

**List the contract number of any government contract**

MIDDLETOWN CRYSTAL RTE 17 LLC
Name

Notice Name

7248 Morgan Road, PO Box 220
Address

| LIVERPOOL | NY | 13088 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.175** **State what the contract or lease is for and the nature of the debtor's interest**

storage trailer at 7076

**State the term remaining** Monthly

**List the contract number of any government contract**

MODS Trailes of NY
Name

Notice Name

1055 Montauk Hwy
Address

| East Patchogue | NY | 11772 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.176** **State what the contract or lease is for and the nature of the debtor's interest**

Job tracking workflow software

**State the term remaining** 4/7/2023

**List the contract number of any government contract**

Monday.com
Name

Notice Name

225 Park Ave. South
Address

| New York | NY | 10003 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known):* 23-10576

| | | |
|---|---|---|
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | Ocean Cargo Freight |
| | | |

MSC MEDITERRANEAN SHIPPING COMPANY SA
Name

Pasquale Formisano
Notice Name

700 Watermark Blvd
Address

**State the term remaining** 4/30/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Mount Pleasant | SC | 29464 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Hotline |

Navex
Name

Navex Global
Notice Name

5500 Meadows Rd.
Address

**State the term remaining** 6/22/2024

Ste 500

**List the contract number of any government contract**

| | | |
|---|---|---|
| Lake Oswego | OR | 97035 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Manufacturer Coupon Processor |

NCH- Vericast
Name

Notice Name

15955 La Cantera Parkway
Address

**State the term remaining** 12/31/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Antonio | TX | 78256 |
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor:   Christmas Tree Shops, LLC

Case number *(if known)*:   23-10576

Name

**2.180** State what the contract or lease is for and the nature of the debtor's interest   NY - Limited Software License

NCR Corporation

Name

Notice Name

864 Spring St NW

Address

State the term remaining   7 Months

List the contract number of any government contract

| Atlanta | GA | 30308 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.181** State what the contract or lease is for and the nature of the debtor's interest   Saas Subscription

Network Solutions, LLC

Name

Notice Name

5335 Gate Parkway

Address

State the term remaining   Varies

List the contract number of any government contract

| Jacksonville | FL | 32256 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.182** State what the contract or lease is for and the nature of the debtor's interest   Retail Store / Tenant for site 7044

NORTH CONWAY PLAZA LLC

Name

c/o The Druker Company, Ltd.

Notice Name

50 FEDERAL STREET SUITE 1000

Address

State the term remaining   1/31/2028

List the contract number of any government contract

| BOSTON | MA | 02110 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7025 | NORWILL ASSOCIATES LTD |
|---|---|---|---|

Name

Notice Name

340 WEST PASSAIC STREET
Address

State the term remaining — 1/31/2025

List the contract number of
any government contract

| ROCHELLE PARK | NJ | 76620 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Media placement agency for printed flyers | Novus Media LLC |
|---|---|---|---|

Name

Notice Name

1650 West End Blvd
Address

State the term remaining — No termination date; either party can terminate with 90 days notice

Suite 100

List the contract number of
any government contract

| St Louis Park | MN | 55416 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7042 | NPP Development |
|---|---|---|---|

Name

Attn Patriot Place Finance
Notice Name

One Patriot Place
Address

State the term remaining — 1/31/2028

List the contract number of
any government contract

| Foxborough | MA | 02035 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Christmas Tree Shops, LLC
Name

Case number *(if known):*  23-10576

---

**2.186**  **State what the contract or lease is for and the nature of the debtor's interest**

Solar Maintenance

Omnidian Inc
Name

Notice Name

**State the term remaining**  3/10/2024

301 Union St. #21647
Address

**List the contract number of any government contract**

| Seattle | WA | 98111 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.187**  **State what the contract or lease is for and the nature of the debtor's interest**

Break-Fix Support Services

Optus, Inc.
Name

Notice Name

**State the term remaining**  Engagement Based

3423 One Place
Address

**List the contract number of any government contract**

| Jonesboro | AK | 72404 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.188**  **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7017

ORANGE PLAZA LLC
Name

c/o Brixmor Property Group
Notice Name

**State the term remaining**  8/31/2026

450 LEXINGTON AVE 13TH FLOOR
Address

**List the contract number of any government contract**

| NEW YORK | NY | 10170 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
|---|---|---|---|
| | Name | | |

**2.189** **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7017

ORANGE PLAZA LLC
Name

c/o Brixmor Property Group, Attn VP Legal Svcs
Notice Name

200 Ridge Pike, Suite 100
Address

**State the term remaining** 8/31/2026

**List the contract number of any government contract**

| Conshohocken | PA | 19428 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.190** **State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7017

ORANGE PLAZA LLC
Name

Notice Name

420 LEXINGTON AVE 7TH FLOOR
Address

**State the term remaining** 8/31/2026

**List the contract number of any government contract**

| NEW YORK | NY | 10170 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.191** **State what the contract or lease is for and the nature of the debtor's interest**

Ocean Cargo Freight

ORIENT OVERSEAS CONTAINER LINE LIMITED
Name

Teddy Fung
Notice Name

31/F
Address

**State the term remaining** 4/30/2024

Harbour Centre

**List the contract number of any government contract**

| Wanchai | | |
|---|---|---|
| City | State | ZIP Code |
| HONG KONG | | |
| Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*:  23-10576

---

**2.192**

**State what the contract or lease is for and the nature of the debtor's interest**

Retail Store / Tenant for site 7068

**State the term remaining**  1/31/2031

**List the contract number of any government contract**

PA Eastway, Inc
Name

Notice Name

5577 Youngstown-Warren Road
Address

| Niles | OH | 44446 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.193**

**State what the contract or lease is for and the nature of the debtor's interest**

HSA, FSA, & COBRA Vendor

**State the term remaining**  12/31/2023

**List the contract number of any government contract**

PayFlex
Name

PayFlex Systems USA, Inc
Notice Name

P.O. Box 2239
Address

| Omaha | NE | 68103 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.194**

**State what the contract or lease is for and the nature of the debtor's interest**

Advertising Agency

**State the term remaining**  Contract term expired but certain provisions survive expiration

**List the contract number of any government contract**

Pedone & Partners dba Luxe Collective Group
Name

Attn Walter Coyle
Notice Name

112 W 27th St
Address

7th Floor

| New York | NY | 10001 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| | | |
|---|---|---|
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7090 |

Pembroke Pines 2, LLC
Name

c/o RK Centers
Notice Name

17100 Collins Avenue; Suite 225
Address

**State the term remaining** 6/30/2032

**List the contract number of any government contract**

| Sunny Isles | FL | 33160 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | Saas Subscription |

PepiPost
Name

Notice Name

182C-102 500 7th Avenue
Address

**State the term remaining** 6 Months

**List the contract number of any government contract**

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | Energy Management |

Phoenix Energy Technologies Inc
Name

Notice Name

26840 Alison Viejo PKWY Suite 110
Address

**State the term remaining** 3/30/2024

**List the contract number of any government contract**

| Aliso Viejo | CA | 92656 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

**2.198** State what the contract or lease is for and the nature of the debtor's interest: Social media platform advertiising

Pinterest
Name

Notice Name

1440 Broadway
Address

State the term remaining: No expiration date

9th Floor

List the contract number of any government contract

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.199** State what the contract or lease is for and the nature of the debtor's interest: KY - Professional Services

Pomeroy Technologies, LLC
Name

Notice Name

1020 Petersburg Road
Address

State the term remaining: 15 Months

List the contract number of any government contract

| Hebron | KY | 41048 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.200** State what the contract or lease is for and the nature of the debtor's interest: Compliance Posters

Posterguard
Name

HR Direct
Notice Name

PO Box 669390
Address

State the term remaining: 11/4/2023

List the contract number of any government contract

| Pompano Beach | FL | 33066-9390 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

---

**2.201 State what the contract or lease is for and the nature of the debtor's interest**  Solar Monitoring

Power Factors LLC
Name

Attn Gary Meyers
Notice Name

135 Main Street Suite 1750
Address

**State the term remaining** 2/17/2024

**List the contract number of any government contract**

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.202 State what the contract or lease is for and the nature of the debtor's interest**  MA - Software Maintenace

PRODATA COMPUTER SERVICES INC.
Name

Notice Name

2809 SOUTH 160TH STREET
Address

**State the term remaining** 2 Months

SUITE 401

**List the contract number of any government contract**

| OMAHA | NE | 68130 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.203 State what the contract or lease is for and the nature of the debtor's interest**  Integrated Pest Management Plan

Profishant, Inc.
Name

Andrew Sievers, ACE
Notice Name

32 Adams Street
Address

**State the term remaining** 12/1/2024

**List the contract number of any government contract**

| Fairhaven | MA | 02719 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

---

**2.204** | **State what the contract or lease is for and the nature of the debtor's interest** | Bloodborne Pathogen Training |

ProTrainings, LLC
Name

Dan Hendrick
Notice Name

6452 E Fulton St #1
Address

**State the term remaining** | Open ended

**List the contract number of any government contract**

| City | State | ZIP Code |
| Ada | MI | 49301 |

Country

---

**2.205** | **State what the contract or lease is for and the nature of the debtor's interest** | MA - Software Maintenace |

PTC INC
Name

Notice Name

29896 NETWORK PLACE
Address

**State the term remaining** | 1 Months

**List the contract number of any government contract**

| City | State | ZIP Code |
| CHICAGO | IL | 60673 |

Country

---

**2.206** | **State what the contract or lease is for and the nature of the debtor's interest** | Printer for flyers and other materials |

Quad Graphics Inc
Name

Attn General Counsel
Notice Name

N61W23044 Harry's Way
Address

**State the term remaining** | 19 Months

**List the contract number of any government contract**

| City | State | ZIP Code |
| Sussex | WI | 53089 |

Country

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7011 | Quaker Real Estate Trust |
|---|---|---|---|
| | | | Name |
| | | | c/o Turtle Rock LLC |
| | | | Notice Name |
| | State the term remaining | 4/30/2027 | 231 WILLOW STREET |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | YARMOUTHPORT | MA | 02675 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | CA - SaaS Subscription | Quotient Technology, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 400 Logue Ave |
| | State the term remaining | 4 Months | Address |
| | List the contract number of any government contract | | |

| | | | Mountain View | CA | 94043 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7079 | REO FUNDIT 1 ASSET LLC |
|---|---|---|---|
| | | | Name |
| | | | c/o Mid-America Real Estate-Michigan, Inc. |
| | | | Notice Name |
| | | | 38500 WOODWARD AVE, SUITE 100 |
| | State the term remaining | 12/31/2033 | Address |
| | List the contract number of any government contract | | |

| | | | BLOOMFIELD HILLS | MI | 48304 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*:   23-10576

| | | |
|---|---|---|
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7079 |
| | | |

REO FUNDIT 1 ASSET LLC

Name

Notice Name

19790 West Dixie Highway, Suite 809

Address

**State the term remaining**   12/31/2033

**List the contract number of any government contract**

| Miami | FL | 33180 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Trash Service |

Republic Services National Accounts LLC

Name

Notice Name

18500 North Allied Way

Address

**State the term remaining**   8/1/2023

**List the contract number of any government contract**

| Phoenix | AZ | 85054 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | Waste Management Signed 9/20/2021 |

Republic Services National Accounts, LLC

Name

Notice Name

18500 N. Allied Way

Address

**State the term remaining**   Auto-Renewal

**List the contract number of any government contract**

| Phoenix | AZ | 85054 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known):* | 23-10576 |
|---|---|---|---|
| | Name | | |

| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Inventory Services | Retail Service WIS Corporation |
|---|---|---|---|

Name

Nilsa Fernandez

Notice Name

**State the term remaining** 12/31/2023

5100 Legacy Drive

Address

**List the contract number of**

**any government contract**

| | | | Plano | TX | 75024 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

---

| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | IL- Software Maintenace | Robert mark technologies, Inc |
|---|---|---|---|

Name

Notice Name

1063 Weir Dr,

**State the term remaining** 1 month

Address

Suite 100

**List the contract number of**

**any government contract**

| | | | Woodbury | MN | 55125 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

---

| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7061 | ROCKAWAY TOWN COURT LLC |
|---|---|---|---|

Name

Notice Name

3572 MOMENTUM PLACE

**State the term remaining** 1/31/2026

Address

**List the contract number of**

**any government contract**

| | | | CHICAGO | IL | 60689 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
|---|---|---|---|
| | Name | | |

**2.216** **State what the contract or lease is for and the nature of the debtor's interest**    Retail Store / Tenant for site 7015

ROCKINGHAM 620 LLC
Name

Notice Name

PO Box 30344
Address

**State the term remaining**    1/31/2025

**List the contract number of any government contract**

| TAMPA | FL | 33630 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.217** **State what the contract or lease is for and the nature of the debtor's interest**    Retail Store / Tenant for site 7002

Route 132 Real Estate Trust
Name

c/o Turtle Rock LLC
Notice Name

231 WILLOW STREET
Address

**State the term remaining**    1/31/2027

**List the contract number of any government contract**

| YARMOUTHPORT | MA | 02675 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.218** **State what the contract or lease is for and the nature of the debtor's interest**    Store Supplies/Printing Service

RR Donnelley North America, Inc
Name

Notice Name

111 South Wacker Drive
Address

**State the term remaining**    Effective until terminated

**List the contract number of any government contract**

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| | | |
|---|---|---|
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7076 |

SABER RIVERHEAD 58 LLC
Name

Notice Name

80 BUSINESS PARK DRIVE
Address

**State the term remaining** 1/31/2024

**List the contract number of any government contract**

| ARMONK | NY | 10504 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7082 |

SALMON RUN SHOPPING CENTER LLC
Name

THE CLINTON EXCHANGE
Notice Name

4 CLINTON SQUARE
Address

**State the term remaining** 1/31/2025

**List the contract number of any government contract**

| SYRACUSE | NY | 13202 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Elevator Repair |

Schindler Elevator Corporation
Name

Noel Fossette
Notice Name

20 Whippany Road
Address

**State the term remaining** 4/1/2026

**List the contract number of any government contract**

| Morristown | NJ | 07962 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known):*   23-10576

| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | Security Alarm Monitoring | Securitas Electronic Security |
|---|---|---|---|
| | | | Name |
| | | | Attn Robert Vry |
| | | | Notice Name |
| | State the term remaining | 1 year | 3800 Tabs Drive |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Uniontown | OH | 44685 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7034 | SEP Augusta, LLC |
|---|---|---|---|
| | | | Name |
| | | | c/o Sun Equity Partners |
| | | | Notice Name |
| | State the term remaining | 1/31/2032 | 31 West 34th Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | New York | NY | 10001 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7012 | Shea Murphy & Gulde PC |
|---|---|---|---|
| | | | Name |
| | | | Tom Murphy, Esq |
| | | | Notice Name |
| | State the term remaining | 4/30/2027 | 35 Center Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Burlington | MA | 01803 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Christmas Tree Shops, LLC
_____
Name

Case number (if known): 23-10576
_____

| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7054 | SHELBY CORNERS RE HOLDINGS LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 31333 SOUTHFIELD RD |
| | State the term remaining | 1/31/2025 | Address |
| | | | |
| | List the contract number of | | |
| | any government contract | | |
| | | | |
| | | | BEVERLY HILLS          MI          48025 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | NJ - SaaS Subscription | Shoppertrak RCT LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 223 S. Wacker Drive |
| | State the term remaining | 12 Months | Address |
| | | | 41st Floor |
| | List the contract number of | | |
| | any government contract | | |
| | | | |
| | | | Chicago          IL          60606 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7010 | Shrewsbury Village Limited Partnership |
|---|---|---|---|
| | | | Name |
| | | | c/o Turtle Rock LLC |
| | | | Notice Name |
| | | | 231 WILLOW STREET |
| | State the term remaining | 4/30/2027 | Address |
| | | | |
| | List the contract number of | | |
| | any government contract | | |
| | | | |
| | | | YARMOUTHPORT          MA          02675 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*:  23-10576

| | | |
|---|---|---|
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | Stock illustrations/photography |

Shutterstock

Name

Shutterstock, Inc.

Notice Name

350 Fifth Ave.

Address

**State the term remaining**  8/17/2022

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10118 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7091 |

SIPOC Associates

Name

Notice Name

PO Box 713201

Address

**State the term remaining**  3/31/2032

**List the contract number of any government contract**

| | | |
|---|---|---|
| Philadelphia | PA | 19171 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7091 |

SIPOC Associates TIC

Name

Notice Name

7978 Cooper Creek Boulevard, Suite #100

Address

**State the term remaining**  3/31/2032

**List the contract number of any government contract**

| | | |
|---|---|---|
| University Park | FL | 34201 |
| City | State | ZIP Code |

Country

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
|---|---|---|---|
| | Name | | |

**2.231** **State what the contract or lease is for and the nature of the debtor's interest**

TX - Managed Hosting

SIRIUS COMPUTER SOLUTIONS INC
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining** 34 Months

Suite 500

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.232** **State what the contract or lease is for and the nature of the debtor's interest**

Veeam Backup (Sirius is a division of CDW and is a reseller of all types of IT services and products)

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining** 1 Year

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.233** **State what the contract or lease is for and the nature of the debtor's interest**

Bomgar - Beyond Trust (Sirius is a division of CDW and is a reseller of all types of IT services and products)

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining** 1 Year

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*   23-10576

| | | |
|---|---|---|
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | Microsoft 365 SaaS (Sirius is a division of CDW and is a reseller of all types of IT services and products) |

Sirius Computer Solutions, Inc

Name

Notice Name

10100 Reunion Place

**State the term remaining**   9 Months

Address

**List the contract number of**

**any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | Rapid 7 - Managed Detection & Response (Sirius is a division of CDW and is a reseller of all types of IT services and products) |

Sirius Computer Solutions, Inc

Name

Notice Name

10100 Reunion Place

**State the term remaining**   6 Months

Address

**List the contract number of**

**any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | Rapid 7 - Vulnerability Management (Sirius is a division of CDW and is a reseller of all types of IT services and products) |

Sirius Computer Solutions, Inc

Name

Notice Name

10100 Reunion Place

**State the term remaining**   6 Months

Address

**List the contract number of**

**any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

Official Form 206G            **Schedule G: Executory Contracts and Unexpired Leases**            Page 79 of 105

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | Druva Desktop Backup SaaS (Sirius is a division of CDW and is a reseller of all types of IT services and products) |
|---|---|---|

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining**   6 Months

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | Palo Alto - XDR Pro Antivirus Client (Sirius is a division of CDW and is a reseller of all types of IT services and products) |
|---|---|---|

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining**   3 Months

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | Beyond Trust (Bomgar Remote Control SW) (Sirius is a division of CDW and is a reseller of all types of IT services and products) |
|---|---|---|

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining**   2 Months

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

---

**2.240** **State what the contract or lease is for and the nature of the debtor's interest**

Adobe Creative Suite/Acrobat Pro (Sirius is a division of CDW and is a reseller of all types of IT services and products)

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining**    3 Months

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.241** **State what the contract or lease is for and the nature of the debtor's interest**

Sirius Managed iSeries  Services (Sirius is a division of CDW and is a reseller of all types of IT services and products)

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining**    14 Months

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.242** **State what the contract or lease is for and the nature of the debtor's interest**

Dell Hardware Maintenance (Sirius is a division of CDW and is a reseller of all types of IT services and products)

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining**    14 Months

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

---

**2.243** **State what the contract or lease is for and the nature of the debtor's interest**

HP Hardware Maintenance (Sirius is a division of CDW and is a reseller of all types of IT services and products)

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining** 12 Months

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.244** **State what the contract or lease is for and the nature of the debtor's interest**

Cisco Cube Maintenance (Sirius is a division of CDW and is a reseller of all types of IT services and products)

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining** 12 Months

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.245** **State what the contract or lease is for and the nature of the debtor's interest**

VMWare Licensing (Sirius is a division of CDW and is a reseller of all types of IT services and products)

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining** 12 Months

**List the contract number of any government contract**

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

---

**2.246** | **State what the contract or lease is for and the nature of the debtor's interest** | Mimecast Mail Security (Sirius is a division of CDW and is a reseller of all types of IT services and products)

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining** | 10 Months

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| San Antonio | TX | 78216 |

Country

---

**2.247** | **State what the contract or lease is for and the nature of the debtor's interest** | Citrix Desktop (Sirius is a division of CDW and is a reseller of all types of IT services and products)

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining** | 1 Year (June 23)

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| San Antonio | TX | 78216 |

Country

---

**2.248** | **State what the contract or lease is for and the nature of the debtor's interest** | Microsoft RPD Licensing (Sirius is a division of CDW and is a reseller of all types of IT services and products)

Sirius Computer Solutions, Inc
Name

Notice Name

10100 Reunion Place
Address

**State the term remaining** | 2 Years (Sept. 23)

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| San Antonio | TX | 78216 |

Country

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

**2.249** **State what the contract or lease is for and the nature of the debtor's interest**

Trash Service

SLM Waste & Recycling Services
Name

Notice Name

**State the term remaining** 10/1/2024

5000 Commerce Drive
Address

**List the contract number of any government contract**

| Green Lane | PA | 18054 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.250** **State what the contract or lease is for and the nature of the debtor's interest**

WA - SaaS Software

SMARTSHEET INC
Name

Notice Name

Dept 3421
Address

**State the term remaining** 8 Months

PO Box 123421

**List the contract number of any government contract**

| Dallas | TX | 75312 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.251** **State what the contract or lease is for and the nature of the debtor's interest**

CA - SaaS Subscription (Initial Order)

SNAPLOGIC INC
Name

ACCOUNTING DEPARTMENT
Notice Name

1825 SOUTH GRANT ST FLOOR 5
Address

**State the term remaining** 8 Months

**List the contract number of any government contract**

| SAN MATEO | CA | 94402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
| | Name | | |

**2.252** State what the contract or lease is for and the nature of the debtor's interest

CA - SaaS Subscription (Addl Capacity #1)

SNAPLOGIC INC
Name

Notice Name

1826 SOUTH GRANT ST FLOOR 5
Address

State the term remaining    2 Months

List the contract number of any government contract

| SAN MATEO | CA | 94402 |
| City | State | ZIP Code |

Country

**2.253** State what the contract or lease is for and the nature of the debtor's interest

CA - SaaS Subscription (Addl Capacity #2)

SNAPLOGIC INC
Name

Notice Name

1827 SOUTH GRANT ST FLOOR 5
Address

State the term remaining    4 Months

List the contract number of any government contract

| SAN MATEO | CA | 94402 |
| City | State | ZIP Code |

Country

**2.254** State what the contract or lease is for and the nature of the debtor's interest

CA - SaaS Subscription

SNOWFLAKE INC
Name

CHARLES DONADO
Notice Name

450 CONCAR DRIVE
Address

State the term remaining    8 Months

List the contract number of any government contract

| SAN MATEO | CA | 94402 |
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Network Monitoring Appliance | Solarwinds Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 730720 |
| | State the term remaining | 3 Months | Address |
| | List the contract number of any government contract | | |

| | | | Dallas | TX | 75373 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7027 | Soundwater Dartmouth LLC |
|---|---|---|---|
| | | | Name |
| | | | c/o Keypoint Partners, LLC |
| | | | Notice Name |
| | | | One Van De Graaff Drive, Suite 402 |
| | State the term remaining | 1/31/2032 | Address |
| | List the contract number of any government contract | | |

| | | | Burlington | MA | 01803 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7041 | South Hills Owner LLC |
|---|---|---|---|
| | | | Name |
| | | | Legal Department |
| | | | Notice Name |
| | | | 565 Taxter Road |
| | State the term remaining | 1/31/2025 | Address |
| | List the contract number of any government contract | | |

| | | | Elmsford | NY | 10523 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*:   23-10576

**2.258** **State what the contract or lease is for and the nature of the debtor's interest**   Retail Store / Tenant for site 7041

South Hills Owner LLC

Name

c/o Acadia Realty Trust

Notice Name

411 Theodore Fremd Avenue #300

**State the term remaining**   1/31/2025

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Rye | NY | 10580 |

Country

**2.259** **State what the contract or lease is for and the nature of the debtor's interest**   Retail Store / Tenant for site 7007

South Orleans Road Real Estate Trust

Name

c/o Turtle Rock LLC

Notice Name

231 WILLOW STREET

**State the term remaining**   4/30/2027

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| YARMOUTHPORT | MA | 02675 |

Country

**2.260** **State what the contract or lease is for and the nature of the debtor's interest**   Automatic Door Repair

Stanley Door (Allegion)

Name

Michele Esposito

Notice Name

17C Marlen Dr

**State the term remaining**   5/4/2024

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Robbinsville | NJ | 08691 |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

| | | |
|---|---|---|
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | Store Supplies |
| | | |
| | **State the term remaining** | Auto-Renewal |
| | **List the contract number of any government contract** | |

Staples Contract & Commercial LLC
Name

Notice Name

500 Staples Drive
Address

| Framingham | MA | 01702 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | Backrground Check and Drug Testing Kits |
| | | |
| | **State the term remaining** | 10/1/2023 |
| | **List the contract number of any government contract** | |

Sterling Infosystems, Inc.
Name

Notice Name

PO Box 35626
Address

| Newark | NJ | 07193-5626 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | Trend service |
| | | |
| | **State the term remaining** | 7/8/2023 |
| | **List the contract number of any government contract** | |

Stylus
Name

Stylus Media Group
Notice Name

228 Park Ave. PMB 46867
Address

| New York | NY | 10003-1502 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

---

**2.264** **State what the contract or lease is for and the nature of the debtor's interest**

Solar Management

Sun Performance LLC
Name

Robert Eckherdt
Notice Name

25 Phyllis Place
Address

**State the term remaining** 4/1/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Randolph | NJ | 07869 |
| City | State | ZIP Code |

Country

---

**2.265** **State what the contract or lease is for and the nature of the debtor's interest**

Disability and Life Insurance Provider

SunLife
Name

Sun Life Fianancial
Notice Name

One Sun Life Executive Park
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| | | |
|---|---|---|
| Wellesley Hills | MA | 02481 |
| City | State | ZIP Code |

Country

---

**2.266** **State what the contract or lease is for and the nature of the debtor's interest**

Infrastructure Consultants

Sunplus Data Group
Name

Notice Name

325 Lester Rd NW
Address

**State the term remaining** Month to Month

**List the contract number of any government contract**

| | | |
|---|---|---|
| Lawrenceville | GA | 30044 |
| City | State | ZIP Code |

Country

---

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | Landscaping | Superior Landscaping & Design of New York Inc |
|---|---|---|---|

Name

Notice Name

496 Sharrotts Rd
Address

State the term remaining    11/30/2023

List the contract number of
any government contract

| Staten Island | NY | 10309 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7072 | SUSO 5 Fayetteville LP |
|---|---|---|---|

Name

c/o Slate Asset Management L.P.
Notice Name

20 South Clark St. suite 1400
Address

State the term remaining    1/31/2027

List the contract number of
any government contract

| Chicago | IL | 60603 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | Retail Store / Tenant for site 7024 | SVMP DE LLC |
|---|---|---|---|

Name

Notice Name

6 SQUADRON BLVD SUITE 106
Address

State the term remaining    1/31/2024

List the contract number of
any government contract

| NEW CITY | NY | 10956 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

| | | |
|---|---|---|
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | MA - Software Maintenace |
| | | |
| | **State the term remaining** | 1 month |
| | **List the contract number of any government contract** | |

TAA TOOLS INC
Name

Notice Name

2660 SUPERIOR DR NW
Address

SUITE 101

| ROCHESTER | MN | 55901 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7045 |
| | | |
| | **State the term remaining** | 1/31/2024 |
| | **List the contract number of any government contract** | |

TANGER OUTLETS DEER PARK LLC
Name

C/O TANGER OUTLET CENTERS
Notice Name

3200 NORTHLINE AVE STE 360
Address

| GREENSBORO | NC | 27408 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | DE - SaaS Subscription |
| | | |
| | **State the term remaining** | 36 Months |
| | **List the contract number of any government contract** | |

TANGO ANALYTICS LLC
Name

Notice Name

9797 ROMBAUER RD
Address

SUITE 450

| DALLAS | TX | 75019 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number (if known): 23-10576

| | | |
|---|---|---|
| **2.273** **State what the contract or lease is for and the nature of the debtor's interest** | Software Licensing | Team Manager Renewal - Extensis - TeamSync/FontSpring |
| | | Name |
| | | |
| | | Notice Name |
| | | 1500 SW First Avenue |
| | | Suite 680 |
| **State the term remaining** | Varies | Address |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |
| | | Portland | OR | 97201 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| **2.274** **State what the contract or lease is for and the nature of the debtor's interest** | Check Authorization Services | Telecheck |
| | | Name |
| | | |
| | | Notice Name |
| | | 1600 Terrell Mill Rd |
| **State the term remaining** | 8/2/2024 | Address |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |
| | | Marietta | GA | 30067 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| **2.275** **State what the contract or lease is for and the nature of the debtor's interest** | Influencer marketing and advertising | The Shelf |
| | | Name |
| | | Attn Atul Singh |
| | | Notice Name |
| | | 780 Morosgo Dr NE |
| **State the term remaining** | No expiration date | Address |
| | | #14186 |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |
| | | Atlanta | GA | 30324 |
| | | City | State | ZIP Code |
| | | |
| | | Country |

| Debtor: | Christmas Tree Shops, LLC | Case number *(if known)*: | 23-10576 |
|---|---|---|---|
| | Name | | |

**2.276** State what the contract or lease is for and the nature of the debtor's interest

Social media platform advertiising

TikTok
Name

Attn Legal Dept
Notice Name

State the term remaining — No expiration date

5800 Bristol Pwky
Address

List the contract number of any government contract

Suite 100

| Culver City | CA | 90230 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.277** State what the contract or lease is for and the nature of the debtor's interest

Telephone and Data Services

T-Mobile
Name

Notice Name

State the term remaining — Month to Month

PO Box 53410
Address

List the contract number of any government contract

Attention T-Mobile Legal Team

| Bellevue | WA | 98015-3401 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.278** State what the contract or lease is for and the nature of the debtor's interest

FL - SaaS Subscription

ToolsGroup, Inc.
Name

Notice Name

State the term remaining — 10 Months

75 Federal St
Address

List the contract number of any government contract

Suite 920

| Boston | MA | 02110 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC

Name

Case number (if known): 23-10576

**2.279** | **State what the contract or lease is for and the nature of the debtor's interest** | storage trailer at 7053 | Transportation Supply Depot, Inc.

Name

Tami Daniel

Notice Name

11031 N. Dixie Dr

Address

**State the term remaining** | Monthly

**List the contract number of any government contract**

| | | |
|---|---|---|
| Vandalia | OH | 45377 |
| City | State | ZIP Code |

Country

**2.280** | **State what the contract or lease is for and the nature of the debtor's interest** | TX - Saas Subscription | TRINTECH INC.

Name

Notice Name

15851 Dallas Pkwy

Address

Suite 900

**State the term remaining** | 12 Months

**List the contract number of any government contract**

| | | |
|---|---|---|
| Addison | TX | 75001 |
| City | State | ZIP Code |

Country

**2.281** | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7055 | TRUSS GREENWOOD IN LLC

Name

C/O SCHOTTENSTEIN REALTY GROUP

Notice Name

4300 E FIFTH AVENUE

Address

**State the term remaining** | 1/31/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| COLUMBUS | OH | 43219 |
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known):*    23-10576

| | | |
|---|---|---|
| **2.282** | **State what the contract or lease is for and the nature of the debtor's interest** | Regulatory waste management |

UL Verification Services Inc.
Name

Attn Laurence Butler
Notice Name

333 Pfingsten Road
Address

**State the term remaining**    29 Months

**List the contract number of any government contract**

| | | |
|---|---|---|
| Northbrook | IL | 60062-2096 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.283** | **State what the contract or lease is for and the nature of the debtor's interest** | Guard Services |

Universal Protection Service, D/B/A Allied Universal Security Services
Name

Juan Nieves
Notice Name

Eight Tower Bridge
Address

**State the term remaining**    Open ended

161 Washington Street

**List the contract number of any government contract**

Suite 600

| | | |
|---|---|---|
| Conshohocken | PA | 19428 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.284** | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7021 |

URSTADT BIDDLE PROPERTIES INC
Name

Notice Name

P.O. BOX 21075
Address

**State the term remaining**    1/31/2032

**List the contract number of any government contract**

| | | |
|---|---|---|
| NEW YORK | NY | 10286 |
| City | State | ZIP Code |

Country

Debtor:  Christmas Tree Shops, LLC
Name

Case number *(if known)*:  23-10576

| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7021 | URSTADT BIDDLE PROPERTIES INC |
|---|---|---|---|

Name

Notice Name

| | **State the term remaining** | 1/31/2032 | 321 Railroad Avenue |
|---|---|---|---|

Address

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | Greenwich | RI | 06830 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | Health & Welfare Broker/Advisor | USI |
|---|---|---|---|

Name

USI Insurance Services LLC
Notice Name

| | **State the term remaining** | N/A | 261 Madison Avenue |
|---|---|---|---|

Address

5th Floor

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | New York | NY | 10016 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7036 | USPG PORTFOLIO FIVE LLC |
|---|---|---|---|

Name

Notice Name

| | **State the term remaining** | 1/31/2033 | 3665 FISHINGER BLVD |
|---|---|---|---|

Address

| | **List the contract number of any government contract** | | |
|---|---|---|---|

| | | | HILLIARD | OH | 43026 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | NY - SaaS Subscription | Verifone Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2744 N. University Drive |
| | State the term remaining | 14 Months | Address |
| | List the contract number of any government contract | | |

| | | | Coral Springs | FL | 33065 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Telephone and Data Services | Verizon |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2701 South Johnson Street |
| | State the term remaining | Month to Month | Address |
| | | | Attn Verizon Security - VSAT TXD 01613 |
| | List the contract number of any government contract | | |

| | | | San Angelo | TX | 76904 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | Sales Tax Filing and Reporting | Vertex |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2301 Renaissance Blvd. |
| | State the term remaining | June 2024 | Address |
| | List the contract number of any government contract | | |

| | | | King of Prussia | PA | 19406 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor:  Christmas Tree Shops, LLC
Name

Case number *(if known)*:  23-10576

| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7023 | VICKERRY REALTY CO. TRUST |
| | | | Name |
| | | | c/o The MEG Companies, Inc. |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2033 | 25 ORCHARD VIEW DRIVE |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | LONDONERRY | NH | 30530 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | Ocean Cargo Freight | WAN HAI LINES (USA) LTD |
| | | | Name |
| | | | Abby Yang |
| | | | Notice Name |
| | **State the term remaining** | 4/30/2024 | 17200 N Perimeter Dr |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | Scottsdale | AZ | 85255 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7005 | Waquoit Road Real Estate Trust |
| | | | Name |
| | | | c/o Turtle Rock LLC |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2027 | 231 WILLOW STREET |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | YARMOUTHPORT | MA | 02675 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| | | | | |
|---|---|---|---|---|
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Digital asset repository | Webdam | |
| | | | Name | |
| | | | Bynder | |
| | | | Notice Name | |
| | **State the term remaining** | 9/1/2022 | 321 Summer St. First floor | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Boston | MA | 02210 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | Trend Service | WGSN | |
| | | | Name | |
| | | | WGSN and Ascential Company | |
| | | | Notice Name | |
| | **State the term remaining** | 2yr Contract Rolled Over on 6/28/2022 | 251 Little Falls Drive | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Wilmington | DE | 19808 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | Signing Supplies | Winbrook | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | 6/21/2024 | 15 Alexander Road | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Billerica | MA | 01821 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Christmas Tree Shops, LLC

Name

Case number (if known):  23-10576

| | | |
|---|---|---|
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | Printing of Marketing and Promotional Materials |

Winbrook
Name

Attn Scott Lattanzio
Notice Name

11 Alexander Road
Address

State the term remaining — No expiration date

List the contract number of
any government contract

| Billerica | MA | 01821-5045 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | Store Supplies/Printing Service |

Winbrook, Inc.
Name

Notice Name

15 Alexander Road
Address

State the term remaining — Effective until terminated

List the contract number of
any government contract

| Billerica | MA | 01821 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | NJ - Professional Services (Data & Analytics Support) |

Wipro LLC
Name

Notice Name

2 Tower Centre Boulevard
Address

State the term remaining — 14 Months

suite 2200

List the contract number of
any government contract

| East Brunswick | NJ | 08816 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*    23-10576

| | | |
|---|---|---|
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | NJ - Professional Services (Data & Analytics Support) |
| | | Wipro LLC |
| | | Name |
| | | Wipro Limited |
| | | Notice Name |
| | **State the term remaining** | 14 Months |
| | | Sarjapur Road |
| | | Address |
| | | Doddakannelli |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Bangalore | Karnataka | 560-035 |
| City | State | ZIP Code |
| India | | |
| Country | | |

| | | |
|---|---|---|
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Inventory Services Yearly physical inventory counts. |
| | | WIS International |
| | | Name |
| | | Attn Richard Baxter, CFO |
| | | Notice Name |
| | **State the term remaining** | No expiration date; cancelation of master agreement needs to be provided in writing |
| | | 9265 Sky Park Court |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| San Diego | CA | 92123 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7009 |
| | | WMR GROUP LLC |
| | | Name |
| | | c/o Crosspoint Associates, Inc. |
| | | Notice Name |
| | **State the term remaining** | 1/31/2031 |
| | | 188 NEEDHAM STREET SUITE 255 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| NEWTON | MA | 02464 |
| City | State | ZIP Code |
| Country | | |

Debtor: Christmas Tree Shops, LLC

Name

Case number *(if known)*: 23-10576

| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | NY - SaaS Subscription (Learning On-Demand) | Workday, Inc. |
|---|---|---|---|

Name

Notice Name

6110 Stoneridge Mall Road

**State the term remaining** | 32 Months

Address

**List the contract number of any government contract**

| Pleasanton | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | NY - SaaS Subscription (Main) | Workday, Inc. |
|---|---|---|---|

Name

Notice Name

6110 Stoneridge Mall Road

**State the term remaining** | 32 Months

Address

**List the contract number of any government contract**

| Pleasanton | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | NY - SaaS Subscription (Procurement) | Workday, Inc. |
|---|---|---|---|

Name

Notice Name

6110 Stoneridge Mall Road

**State the term remaining** | 32 Months

Address

**List the contract number of any government contract**

| Pleasanton | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known):* 23-10576

**2.306** **State what the contract or lease is for and the nature of the debtor's interest**    NY - SaaS Subscription (Time Tracking)

Workday, Inc.
Name

Notice Name

6110 Stoneridge Mall Road
Address

**State the term remaining**    32 Months

**List the contract number of any government contract**

| Pleasanton | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.307** **State what the contract or lease is for and the nature of the debtor's interest**    WEI is a Value Added Reseller and a network consulting services provider.   We have several contracts for capital projects underway.

Worldcom Exchange, Inc. (WEI)
Name

Notice Name

43 Northwestern Dr.
Address

**State the term remaining**    Varies

**List the contract number of any government contract**

| Salem | NH | 03079 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.308** **State what the contract or lease is for and the nature of the debtor's interest**    Email & loyalty signup modal on CTS website

Wunderkind Corporation
Name

Attn Legal
Notice Name

1 World Trade Center
Address

Floor 74

**State the term remaining**    8 Months

**List the contract number of any government contract**

| New York | NY | 10007 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| | | |
|---|---|---|
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | Hosting and maintenance of the Store Locator website/pages for CTS stores |
| | | **Yext** |
| | | Name |
| | | Attn General Counsel |
| | | Notice Name |
| | | 61 Ninth Ave |
| | **State the term remaining** | 14 Months | Address |
| | **List the contract number of any government contract** | | |

| New York | NY | 10011 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Store / Tenant for site 7039 |
| | | YORK TOWN CENTER HOLDING LP |
| | | Name |
| | | c/o CBL & Associates Management |
| | | Notice Name |
| | | 2030 Hamilton Place Blvd |
| | **State the term remaining** | 1/31/2033 | Address |
| | **List the contract number of any government contract** | | |

| Chattanooga | TN | 37421 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer database management and email marketing services |
| | | Zeta Global LLC |
| | | Name |
| | | Attn General Counsel |
| | | Notice Name |
| | | 3 Park Ave, 33rd Floor |
| | **State the term remaining** | 17.5 Months | Address |
| | **List the contract number of any government contract** | | |

| New York | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | Ocean Cargo Freight | ZIM INTEGRATED SHIPPING SERVICES, LTD |
| | | | Name |
| | | | Carrie Ramage / Mark E. Newcomb |
| | | | Notice Name |
| | | | 9 Andrei Sakharov St. MATAM |
| | **State the term remaining** | 4/30/2024 | Address |
| | | | POB 1723 |
| | **List the contract number of any government contract** | | |

| Haifa | | 31016 |
| City | State | ZIP Code |
| ISRAEL | | |
| Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : Christmas Tree Shops, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10576 (TMH)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

  ☐  No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

  ☒  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable to a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  Handil Holdings, LLC | 64 Leona Drive<br>Street<br><br><br>Middleboro    MA    02346<br>City    State    ZIP Code<br><br>Country | Eclipse Business Capital | ☒ D<br><br>☐ E/F<br><br>☐ G |
| 2.2  Handil Holdings, LLC | 64 Leona Drive<br>Street<br><br><br>Middleboro    MA    02346<br>City    State    ZIP Code<br><br>Country | Pathlight Capital LP | ☒ D<br><br>☐ E/F<br><br>☐ G |
| 2.3  Handil Holdings, LLC | 64 Leona Drive<br>Street<br><br><br>Middleboro    MA    02346<br>City    State    ZIP Code<br><br>Country | ReStore Capital, LLC | ☒ D<br><br>☐ E/F<br><br>☐ G |

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| 2.4 | Handil, LLC | 64 Leona Drive | | | Eclipse Business Capital | ☑ D |
| | | Street | | | | |
| | | | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Middleboro | MA | 02346 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.5 | Handil, LLC | 64 Leona Drive | | | Huntington Technology Finance | ☑ D |
| | | Street | | | | |
| | | | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Middleboro | MA | 02346 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.6 | Handil, LLC | 64 Leona Drive | | | Pathlight Capital LP | ☑ D |
| | | Street | | | | |
| | | | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Middleboro | MA | 02346 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.7 | Handil, LLC | 64 Leona Drive | | | ReStore Capital, LLC | ☑ D |
| | | Street | | | | |
| | | | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Middleboro | MA | 02346 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.8 | Nantucket Distributing Co., LLC | 64 Leona Drive | | | Eclipse Business Capital | ☑ D |
| | | Street | | | | |
| | | | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Middleboro | MA | 02346 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor: Christmas Tree Shops, LLC
Name

Case number *(if known)*: 23-10576

| 2.9 | Nantucket Distributing Co., LLC | 64 Leona Drive | | Pathlight Capital LP | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | |
| | | | | | ☐ E/F |
| | | | | | ☐ G |
| | | Middleboro | MA | 02346 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.10 | Nantucket Distributing Co., LLC | 64 Leona Drive | | ReStore Capital, LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | |
| | | | | | ☐ E/F |
| | | | | | ☐ G |
| | | Middleboro | MA | 02346 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

Official Form 206H **Schedule H: Codebtors** Page 3 of 3

**Fill in this information to identify the case:**

Debtor Name: In re : Christmas Tree Shops, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10576 (TMH)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/26/2023
　　　　　　　 MM / DD / YYYY

✸ / s / Marc Salkovitz
Signature of individual signing on behalf of debtor

Marc Salkovitz
Printed name

Executive Chairman
Position or relationship to debtor

**In re: Christmas Tree Shops, LLC**
**Case No. 23-10576**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash in Safe | Store 7002 | $5,000.00 |
| Cash in Safe | Store 7004 | $4,000.00 |
| Cash in Safe | Store 7005 | $4,000.00 |
| Cash in Safe | Store 7006 | $5,000.00 |
| Cash in Safe | Store 7007 | $4,000.00 |
| Cash in Safe | Store 7008 | $4,000.00 |
| Cash in Safe | Store 7009 | $4,000.00 |
| Cash in Safe | Store 7010 | $5,500.00 |
| Cash in Safe | Store 7011 | $5,500.00 |
| Cash in Safe | Store 7012 | $5,500.00 |
| Cash in Safe | Store 7013 | $6,000.00 |
| Cash in Safe | Store 7014 | $9,000.00 |
| Cash in Safe | Store 7015 | $7,000.00 |
| Cash in Safe | Store 7016 | $4,500.00 |
| Cash in Safe | Store 7017 | $9,500.00 |
| Cash in Safe | Store 7018 | $6,000.00 |
| Cash in Safe | Store 7019 | $9,000.00 |
| Cash in Safe | Store 7020 | $7,000.00 |
| Cash in Safe | Store 7021 | $7,500.00 |
| Cash in Safe | Store 7022 | $3,500.00 |
| Cash in Safe | Store 7023 | $6,500.00 |
| Cash in Safe | Store 7024 | $5,550.00 |
| Cash in Safe | Store 7025 | $7,000.00 |
| Cash in Safe | Store 7026 | $7,500.00 |
| Cash in Safe | Store 7027 | $4,500.00 |
| Cash in Safe | Store 7028 | $5,500.00 |
| Cash in Safe | Store 7029 | $6,500.00 |
| Cash in Safe | Store 7030 | $7,500.00 |
| Cash in Safe | Store 7031 | $7,500.00 |
| Cash in Safe | Store 7032 | $6,500.00 |
| Cash in Safe | Store 7033 | $7,000.00 |
| Cash in Safe | Store 7034 | $4,850.00 |
| Cash in Safe | Store 7035 | $6,500.00 |
| Cash in Safe | Store 7036 | $4,000.00 |

**In re: Christmas Tree Shops, LLC**
**Case No. 23-10576**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash in Safe | Store 7037 | $9,275.00 |
| Cash in Safe | Store 7038 | $9,640.00 |
| Cash in Safe | Store 7039 | $4,000.00 |
| Cash in Safe | Store 7040 | $4,000.00 |
| Cash in Safe | Store 7041 | $5,000.00 |
| Cash in Safe | Store 7042 | $5,000.00 |
| Cash in Safe | Store 7043 | $5,000.00 |
| Cash in Safe | Store 7044 | $4,500.00 |
| Cash in Safe | Store 7045 | $6,000.00 |
| Cash in Safe | Store 7046 | $5,500.00 |
| Cash in Safe | Store 7047 | $5,500.00 |
| Cash in Safe | Store 7048 | $2,500.00 |
| Cash in Safe | Store 7049 | $4,000.00 |
| Cash in Safe | Store 7050 | $4,500.00 |
| Cash in Safe | Store 7052 | $5,000.00 |
| Cash in Safe | Store 7053 | $4,000.00 |
| Cash in Safe | Store 7054 | $5,500.00 |
| Cash in Safe | Store 7055 | $4,000.00 |
| Cash in Safe | Store 7056 | $3,500.00 |
| Cash in Safe | Store 7057 | $5,000.00 |
| Cash in Safe | Store 7058 | $3,500.00 |
| Cash in Safe | Store 7059 | $5,000.00 |
| Cash in Safe | Store 7060 | $5,500.00 |
| Cash in Safe | Store 7061 | $5,000.00 |
| Cash in Safe | Store 7062 | $3,000.00 |
| Cash in Safe | Store 7063 | $5,000.00 |
| Cash in Safe | Store 7064 | $4,000.00 |
| Cash in Safe | Store 7066 | $3,500.00 |
| Cash in Safe | Store 7067 | $3,000.00 |
| Cash in Safe | Store 7068 | $4,500.00 |
| Cash in Safe | Store 7069 | $3,500.00 |
| Cash in Safe | Store 7071 | $4,500.00 |
| Cash in Safe | Store 7072 | $3,000.00 |
| Cash in Safe | Store 7073 | $4,000.00 |

**In re: Christmas Tree Shops, LLC**
**Case No. 23-10576**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash in Safe | Store 7074 | $4,500.00 |
| Cash in Safe | Store 7075 | $4,500.00 |
| Cash in Safe | Store 7076 | $5,000.00 |
| Cash in Safe | Store 7077 | $4,500.00 |
| Cash in Safe | Store 7079 | $3,000.00 |
| Cash in Safe | Store 7080 | $5,500.00 |
| Cash in Safe | Store 7082 | $2,500.00 |
| Cash in Safe | Store 7083 | $4,000.00 |
| Cash in Safe | Store 7084 | $4,000.00 |
| Cash in Safe | Store 7086 | $5,000.00 |
| Cash in Safe | Store 7087 | $6,000.00 |
| Cash in Safe | Store 7088 | $3,500.00 |
| Cash in Safe | Store 7090 | $3,500.00 |
| Cash in Safe | Store 7091 | $6,190.00 |
| Cash in Transit | Loomis/Smart Safe | $320,100.80 |
| Petty Cash | Middleboro Facility | $200.00 |
| | **TOTAL:** | **$742,805.80** |

**In re: Christmas Tree Shops, LLC**
**Case No. 23-10576**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Collateral | Memic | $450,000.00 |
| Insurance | Ace American Insurance | $1,152.50 |
| Insurance | Chubb | $110,754.46 |
| Insurance | IPFS | $247,062.55 |
| Insurance | Memic | $238,460.90 |
| Insurance | Ohio Bureau of Workers Comp | $599.00 |
| Insurance | Scottsdale Insurance | $282,100.00 |
| Insurance | The Hartford | $116,349.67 |
| Insurance | Western Surety | $13,333.33 |
| Legal Retainers | Kurtzman Carson Consultants LLC | $50,000.00 |
| Legal Retainers | Maya Pogoda | $10,000.00 |
| | **TOTAL:** | **$1,519,812.41** |

**In re: Christmas Tree Shops, LLC**
**Case No. 23-10576**
Schedule A/B 47
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|------|------|-------|---------------------------------------------------|------------------------------------------------------|------------------------------------------|------------------------------------|
| 2017 | FORD | FUSION HYBRID | 3FA6P0UU9HR249577 | $22,400.00 | | Undetermined |
| 2018 | FORD | ESCAPE SE AWD | 1FMCU9GD5JUB58029 | $24,000.01 | | Undetermined |
| 2018 | FORD | FUSION HYBRID | 3FA6P0UU5JR182241 | $23,000.00 | | Undetermined |
| 2018 | FORD | FUSION HYBRID S | 3FA6P0UU1JR165386 | $22,850.78 | | Undetermined |
| 2018 | FORD | FUSION HYBRID S | 3FA6P0UU3JR157371 | $23,300.00 | | Undetermined |
| 2019 | FORD | ESCAPE SE AWD | 1FMCU9GD0KUC00009 | $26,144.90 | | Undetermined |
| 2019 | FORD | ESCAPE SE AWD | 1FMCU9GD2KUA84070 | $26,200.00 | | Undetermined |
| 2019 | JEEP | CHEROKEE | 1C4PJMLB0KD258451 | $29,563.08 | | Undetermined |
| 2020 | FORD | ESCAPE SE AWD | 1FMCU9G60LUB37366 | $27,600.00 | | Undetermined |
| 2020 | FORD | ESCAPE SE AWD | 1FMCU9G66LUC71847 | Undetermined | | Undetermined |
| 2021 | JEEP | CHEROKEE | 1C4PJMDXPMD179146 | Undetermined | | Undetermined |
| | | | **TOTAL:** | **$225,058.77** | **TOTAL:** | **Undetermined** |

**In re: Christmas Tree Shops, LLC**
**Case No. 23-10576**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Corporate Office | 700 Liberty Ave, Union, New Jersey, 07083 | Leased Corporate Office | Undetermined | | Undetermined |
| Corporate Office/Distribution Center | 64 Leona Dr, Middleboro, Massachusetts, 02346 | Leased Corporate Offices and Distribution Center | Undetermined | | Undetermined |
| Store | 10 S. Orleans Rd., Orleans, Massachusetts, 02653 | Leased Store | Undetermined | | Undetermined |
| Store | 100 Cypress St, Williston, Vermont, 05495 | Leased Store | Undetermined | | Undetermined |
| Store | 100 Durgin Lane, Portsmouth, New Hampshire, 03801 | Leased Store | Undetermined | | Undetermined |
| Store | 100 Trotters Way, Freehold, New Jersey, 07728 | Leased Store | Undetermined | | Undetermined |
| Store | 1000 Boston Turnpike, Shrewsbury, Massachusetts, 01545 | Leased Store | Undetermined | | Undetermined |
| Store | 1100 North Galleria Drive, Middletown, New York, 10941 | Leased Store | Undetermined | | Undetermined |
| Store | 1117 Woodruff Rd Suite J, Greenville, South Carolina, 29607 | Leased Store | Undetermined | | Undetermined |
| Store | 11470 Pines Blvd., Pembroke Pines, Florida, 33026 | Leased Store | Undetermined | | Undetermined |
| Store | 1150 The Arches Circle, Deer Park, New York, 11729 | Leased Store | Undetermined | | Undetermined |
| Store | 120 Hale Rd, Manchester, Connecticut, 06040 | Leased Store | Undetermined | | Undetermined |
| Store | 1210 Bridford Pkwy East, Greensboro, North Carolina, 27407 | Leased Store | Undetermined | | Undetermined |
| Store | 1230 N Us 31 Suite B, Greenwood, Indiana, 46142 | Leased Store | Undetermined | | Undetermined |
| Store | 1298 Worcester St, Natick, Massachusetts, 01760 | Leased Store | Undetermined | | Undetermined |
| Store | 130 E Altamonte Dr Suite 1300, Altmonte Springs, Florida, 32701 | Leased Store | Undetermined | | Undetermined |
| Store | 13067 Fair Lakes Shopping Cntr, Fairfax, Virginia, 22033 | Leased Store | Undetermined | | Undetermined |
| Store | 132 Northern Lights Plaza, Syracuse, New York, 13212 | Leased Store | Undetermined | | Undetermined |
| Store | 1336 Hansel Ave Suite 100, Florence, Kentucky, 41042 | Leased Store | Undetermined | | Undetermined |
| Store | 13361 Hall Road Suite 101, Utica, Michigan, 48315 | Leased Store | Undetermined | | Undetermined |
| Store | 1425 Central Ave Unit 242, Albany, New York, 12205 | Leased Store | Undetermined | | Undetermined |

**In re: Christmas Tree Shops, LLC**
**Case No. 23-10576**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Store | 147 N. Cattlemen Rd., Sarasota, Florida, 34243 | Leased Store | Undetermined | | Undetermined |
| Store | 15 Backus Ave, Danbury, Connecticut, 06810 | Leased Store | Undetermined | | Undetermined |
| Store | 15 Stockwell Dr, Avon, Massachusetts, 02322 | Leased Store | Undetermined | | Undetermined |
| Store | 1505 S Washington, N Attleboro, Massachusetts, 02760 | Leased Store | Undetermined | | Undetermined |
| Store | 1584 White Mountain Highway, North Conway, New Hampshire, 03860 | Leased Store | Undetermined | | Undetermined |
| Store | 1701 Niagra Falls Blvd, Amherst, New York, 14228 | Leased Store | Undetermined | | Undetermined |
| Store | 17151 Cole Rd, Hagerstown, Maryland, 21740 | Leased Store | Undetermined | | Undetermined |
| Store | 1728 Us Route 46, Woodland Park, New Jersey, 07424 | Leased Store | Undetermined | | Undetermined |
| Store | 177 Middlesex Ave, Somerville, Massachusetts, 02145 | Leased Store | Undetermined | | Undetermined |
| Store | 1775 Deptford Center Rd, Deptford, New Jersey, 08096 | Leased Store | Undetermined | | Undetermined |
| Store | 1791 Old Country Rd. Cr58, Riverhead, New York, 11901-4456 | Leased Store | Undetermined | | Undetermined |
| Store | 1895 South Rd, Poughkeepsie, New York, 12601 | Leased Store | Undetermined | | Undetermined |
| Store | 19563 Coastal Hwy, Unit 3, Rehoboth Beach, Delaware, 19971 | Leased Store | Undetermined | | Undetermined |
| Store | 2053 Skibo Road, Fayetteville, North Carolina, 28314 | Leased Store | Undetermined | | Undetermined |
| Store | 2088 Interchange Rd Unit225, Erie, Pennsylvania, 16565 | Leased Store | Undetermined | | Undetermined |
| Store | 21182 Salmon Run Mall Loop Wst, Watertown, New York, 13601 | Leased Store | Undetermined | | Undetermined |
| Store | 2130 Rte 70 West Suite C, Cherry Hill, New Jersey, 08002 | Leased Store | Undetermined | | Undetermined |
| Store | 220 Indian River Rd, Orange, Connecticut, 06477 | Leased Store | Undetermined | | Undetermined |
| Store | 2264 Miamisburg Centerville Rd, Dayton, Ohio, 45459 | Leased Store | Undetermined | | Undetermined |
| Store | 230 Consumer Square, Mays Landing, New Jersey, 08330 | Leased Store | Undetermined | | Undetermined |
| Store | 2350 Lincoln Hwy Suite 200, Lancaster, Pennsylvania, 17602 | Leased Store | Undetermined | | Undetermined |
| Store | 23869 Eureka Road, Taylor, Michigan, 48180 | Leased Store | Undetermined | | Undetermined |

**In re: Christmas Tree Shops, LLC**
**Case No. 23-10576**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Store | 239 Robert C Daniel Pkwy, Augusta, Georgia, 30909 | Leased Store | Undetermined | | Undetermined |
| Store | 2700 Potomac Mills Circle #104, Woodbridge, Virginia, 22192 | Leased Store | Undetermined | | Undetermined |
| Store | 2700 Veterans Rd. W, Staten Island, New York, 10309 | Leased Store | Undetermined | | Undetermined |
| Store | 28 Broadway #34, Lynnfield, Massachusetts, 01940 | Leased Store | Undetermined | | Undetermined |
| Store | 28 Davis Straits, Falmouth, Massachusetts, 02540 | Leased Store | Undetermined | | Undetermined |
| Store | 2925 Festival Way, Waldorf, Maryland, 20601 | Leased Store | Undetermined | | Undetermined |
| Store | 2935 Concord Road, York, Pennsylvania, 17402 | Leased Store | Undetermined | | Undetermined |
| Store | 296 Old Oak St Unit #5, Pembroke, Massachusetts, 02359 | Leased Store | Undetermined | | Undetermined |
| Store | 300 Ikea Drive, Paramus, New Jersey, 07652 | Leased Store | Undetermined | | Undetermined |
| Store | 300 Quaker Lane Route 2, Warwick, Rhode Island, 02886 | Leased Store | Undetermined | | Undetermined |
| Store | 32 Spring Valley Marketplace, Spring Valley, New York, 10977 | Leased Store | Undetermined | | Undetermined |
| Store | 327 Mount Hope Ave., Rockaway, New Jersey, 07866 | Leased Store | Undetermined | | Undetermined |
| Store | 340 Patriot Place Route 1, Foxboro, Massachusetts, 02035 | Leased Store | Undetermined | | Undetermined |
| Store | 350 Route 22 West, Springfield, New Jersey, 07081 | Leased Store | Undetermined | | Undetermined |
| Store | 365 Us Hwy 202/206, Bridgewater, New Jersey, 08807 | Leased Store | Undetermined | | Undetermined |
| Store | 39 Holyoke St., Holyoke, Massachusetts, 01040 | Leased Store | Undetermined | | Undetermined |
| Store | 393 North Central Ave, Hartsdale, New York, 10530 | Leased Store | Undetermined | | Undetermined |
| Store | 4001 Shoppes Blvd, Moosic, Pennsylvania, 18507 | Leased Store | Undetermined | | Undetermined |
| Store | 4071 Miller Rd, Flint, Michigan, 48507 | Leased Store | Undetermined | | Undetermined |
| Store | 41 Gusabel Ave, Nashua, New Hampshire, 03060 | Leased Store | Undetermined | | Undetermined |
| Store | 42 Whitten Road, Augusta, Maine, 04330 | Leased Store | Undetermined | | Undetermined |
| Store | 420 Harry L. Drive, Johnson City, New York, 13790 | Leased Store | Undetermined | | Undetermined |
| Store | 425 Main St, West Dennis, Massachusetts, 02670 | Leased Store | Undetermined | | Undetermined |

**In re: Christmas Tree Shops, LLC**
**Case No. 23-10576**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Store | 46 Springer Drive, Bangor, Maine, 04401 | Leased Store | Undetermined | | Undetermined |
| Store | 4690 High Pointe Blvd, Harrisburg, Pennsylvania, 17111 | Leased Store | Undetermined | | Undetermined |
| Store | 479 Route 70, Brick, New Jersey, 08723 | Leased Store | Undetermined | | Undetermined |
| Store | 490 Payne Rd, Scarborough, Maine, 04074 | Leased Store | Undetermined | | Undetermined |
| Store | 5 Cranberry Highway Rte 6A, Sagamore, Massachusetts, 02561 | Leased Store | Undetermined | | Undetermined |
| Store | 5181 Sunrise Highway, Bohemia, New York, 11716 | Leased Store | Undetermined | | Undetermined |
| Store | 5450 Brandywine Parkway, Brandywine, Delaware, 19803 | Leased Store | Undetermined | | Undetermined |
| Store | 5851 North Grape Road, Mishawaka, Indiana, 46544 | Leased Store | Undetermined | | Undetermined |
| Store | 65 Faunce Corner Mall Rd, N.Dartmouth, Massachusetts, 02747 | Leased Store | Undetermined | | Undetermined |
| Store | 650 Liberty Ave, Union, New Jersey, 07083 | Leased Store | Undetermined | | Undetermined |
| Store | 655 Rte 132, Hyannis, Massachusetts, 02601 | Leased Store | Undetermined | | Undetermined |
| Store | 790 Jefferson Rd, Henrietta, New York, 14623 | Leased Store | Undetermined | | Undetermined |
| Store | 8020 Mediterranean Drive, Estero, Florida, 33928 | Leased Store | Undetermined | | Undetermined |
| Store | 824 Hartford Tnpk, Waterford, Connecticut, 06385 | Leased Store | Undetermined | | Undetermined |
| Store | 845 Ernest W.Barrett Pkwy Nw, Kennesaw, Georgia, 30144 | Leased Store | Undetermined | | Undetermined |
| Store | 8801-7 Southside Blvd., Jacksonville, Florida, 32256 | Leased Store | Undetermined | | Undetermined |
| Store | 916 Airport Center Dr., Allentown, Pennsylvania, 18109 | Leased Store | Undetermined | | Undetermined |
| Store | 92 Cluff Crossing Rd Route 28, Salem, New Hampshire, 03079 | Leased Store | Undetermined | | Undetermined |
| Store | 955 East Lancaster Avenue, Downingtown, Pennsylvania, 19335 | Leased Store | Undetermined | | Undetermined |
| Store | 9819 West Broad St, Glen Allen, Virginia, 23060 | Leased Store | Undetermined | | Undetermined |
| Store | 99 East Main Rd, Middletown, Rhode Island, 02842 | Leased Store | Undetermined | | Undetermined |
| | | TOTAL: | Undetermined | TOTAL: | Undetermined |

**In re: Christmas Tree Shops, LLC**
**Case No. 23-10576**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| A PERFECT TABLE - 5312558 | Undetermined | | Undetermined |
| ALDER & ASH | Undetermined | | Undetermined |
| ALFRESCO | Undetermined | | Undetermined |
| ALOFT | Undetermined | | Undetermined |
| AND THAT! - 4448942 | Undetermined | | Undetermined |
| ARBOR GATE - 5943497 | Undetermined | | Undetermined |
| BELLA CASA | Undetermined | | Undetermined |
| BISTRO BLANC | Undetermined | | Undetermined |
| BLISSFUL HOME | Undetermined | | Undetermined |
| BLIZZARD KING - 6541797 | Undetermined | | Undetermined |
| BRANCH & BLOSSOM  - 5592310 | Undetermined | | Undetermined |
| BRANCH & BLOSSOM  - 5766234 | Undetermined | | Undetermined |
| BROWN & BROOKE - 5885480 | Undetermined | | Undetermined |
| CARVERS KITCHEN CO. - 5682129 | Undetermined | | Undetermined |
| CHATEAU BLANC | Undetermined | | Undetermined |
| CHRISTMAS TREE SHOPS - 2894928 | Undetermined | | Undetermined |
| Christmas Tree Shops sled logo - 2894927 | Undetermined | | Undetermined |
| CKC and Two Knives Design  - 5682130 | Undetermined | | Undetermined |
| COLLETTE PIPER - 5618428 | Undetermined | | Undetermined |
| COPPER HILL - 6420796 | Undetermined | | Undetermined |
| CORAL COVE | Undetermined | | Undetermined |
| CORAL COVE | Undetermined | | Undetermined |
| CORAL COVE - 5229440 | Undetermined | | Undetermined |
| CORAL COVE - 5656784 | Undetermined | | Undetermined |
| CORNERSTONE | Undetermined | | Undetermined |
| CORNERSTONE - 6502460 | Undetermined | | Undetermined |
| COZY CRITTERS - 4505589 | Undetermined | | Undetermined |
| CTS CHRISTMAS TREE SHOPS | Undetermined | | Undetermined |
| CTS SEASONAL | Undetermined | | Undetermined |
| CTS-ING | Undetermined | | Undetermined |
| CTS-ING | Undetermined | | Undetermined |
| DAY OF THE DEAD logo | Undetermined | | Undetermined |

**In re: Christmas Tree Shops, LLC**
**Case No. 23-10576**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Divine Gothic | Undetermined | | Undetermined |
| DIVINE GOTHIC | Undetermined | | Undetermined |
| DON'T YOU JUST LOVE A BARGAIN? - 2912601 | Undetermined | | Undetermined |
| DOOR DECOR - 5093175 | Undetermined | | Undetermined |
| EASE THE SQUEEZE | Undetermined | | Undetermined |
| ELITE LINE - 2166092 | Undetermined | | Undetermined |
| EVERY SEASON. EVERY REASON. - 6126473 | Undetermined | | Undetermined |
| EVOLUTION - 5341744 | Undetermined | | Undetermined |
| FINEST FOIL - 4703772 | Undetermined | | Undetermined |
| FLANNEL ROOSTER | Undetermined | | Undetermined |
| GARDEN ESSENTIALS - 5924577 | Undetermined | | Undetermined |
| GEL CHARMS - 5007282 | Undetermined | | Undetermined |
| GOLDEN SAFFRON | Undetermined | | Undetermined |
| GREY WHALE OUTFITTERS - 5541588 | Undetermined | | Undetermined |
| GREY WHALE OUTFITTERS - 5613642 | Undetermined | | Undetermined |
| HAPPY CTS-ING | Undetermined | | Undetermined |
| HAPPY CTS-ING | Undetermined | | Undetermined |
| HAPPY PAWS | Undetermined | | Undetermined |
| HAPPY PAWS - 4632694 | Undetermined | | Undetermined |
| HAPPY PAWS - 5828543 | Undetermined | | Undetermined |
| HAPPY PAWS - 5897252 | Undetermined | | Undetermined |
| HARVEST SPICE - 4589064 | Undetermined | | Undetermined |
| HAUNTED HOLIDAY - 5627932 | Undetermined | | Undetermined |
| HAVE YOU CTS-ED LATELY? | Undetermined | | Undetermined |
| HAVE YOU CTS-ED LATELY? | Undetermined | | Undetermined |
| HIGHBRIDGE HOME - 5571093 | Undetermined | | Undetermined |
| HIGHBRIDGE HOME - 5607782 | Undetermined | | Undetermined |
| HOLLY HILL - 6289762 | Undetermined | | Undetermined |
| HOUSE BLEND | Undetermined | | Undetermined |
| KATE AND CARLY - 5318657 | Undetermined | | Undetermined |
| KITCHEN STANDARD - 4601919 | Undetermined | | Undetermined |
| KRINGLE'S KITCHEN | Undetermined | | Undetermined |

**In re: Christmas Tree Shops, LLC**
**Case No. 23-10576**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LET'S GO CTS-ING | Undetermined | | Undetermined |
| LET'S GO CTS-ING | Undetermined | | Undetermined |
| LIFE'S MEMORIES - 5200049 | Undetermined | | Undetermined |
| LILY & GRACE - 5536353 | Undetermined | | Undetermined |
| LILY & GRACE - 5537044 | Undetermined | | Undetermined |
| MIDWEST GRILL CO. - 5293072 | Undetermined | | Undetermined |
| MILL FARM - 2912602 | Undetermined | | Undetermined |
| MOSAIC | Undetermined | | Undetermined |
| MYSTIC BAZAAR | Undetermined | | Undetermined |
| NANTUCKET BREEZE - 4699970 | Undetermined | | Undetermined |
| NANTUCKET HOME - 3997134 | Undetermined | | Undetermined |
| NATURE'S ECHO - 5385864 | Undetermined | | Undetermined |
| NAYA - 5607680 | Undetermined | | Undetermined |
| OASIS | Undetermined | | Undetermined |
| ORIGINS | Undetermined | | Undetermined |
| PETAL AND STONE - 6646848 | Undetermined | | Undetermined |
| PREPMATES - 5997384 | Undetermined | | Undetermined |
| REED + RAFFIA | Undetermined | | Undetermined |
| REED AND RAFFIA | Undetermined | | Undetermined |
| REVE DE PROVENCE | Undetermined | | Undetermined |
| SAVVY BEAUTY - 5299722 | Undetermined | | Undetermined |
| SEASIDE HOLIDAY - 5556790 | Undetermined | | Undetermined |
| SECRET GARDEN - 4589063 | Undetermined | | Undetermined |
| SHOP HAPPY. SAVE HAPPY. - 6435282 | Undetermined | | Undetermined |
| SIMPLY FRESH - 6667304 | Undetermined | | Undetermined |
| SOLSTICE - 5312644 | Undetermined | | Undetermined |
| SPOT & CHLOE | Undetermined | | Undetermined |
| STYLE CORE | Undetermined | | Undetermined |
| STYLE SENSE - 5607679 | Undetermined | | Undetermined |
| SUN FIESTA | Undetermined | | Undetermined |
| SUN RAYS - 6667340 | Undetermined | | Undetermined |
| SWEETIE - 5968043 | Undetermined | | Undetermined |

**In re: Christmas Tree Shops, LLC**
**Case No. 23-10576**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| THE CASUAL CHEF | Undetermined | | Undetermined |
| THE FLAMINGO SHOP - 6640505 | Undetermined | | Undetermined |
| THE GRAINHOUSE | Undetermined | | Undetermined |
| THE GRAINHOUSE - 5662348 | Undetermined | | Undetermined |
| THE GRAINHOUSE - 6022160 | Undetermined | | Undetermined |
| THE TREE - 3554838 | Undetermined | | Undetermined |
| THIS IS CTS-ING | Undetermined | | Undetermined |
| THIS IS CTS-ING | Undetermined | | Undetermined |
| TUSCAN TABLE - 5619456 | Undetermined | | Undetermined |
| UPMARKET | Undetermined | | Undetermined |
| VELA | Undetermined | | Undetermined |
| VISIONS OF SUGARPLUMS | Undetermined | | Undetermined |
| Whale Design Logo - 5571210 | Undetermined | | Undetermined |
| WILLOW BRANCH - 5318038 | Undetermined | | Undetermined |
| **TOTAL:** | **Undetermined** | **TOTAL:** | **Undetermined** |