**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) | Case No. 23-10576 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**NANTUCKET DISTRIBUTING CO., LLC (CASE NO. 23-10579)**

---

[1]      The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), Handil, LLC (1150), and Nantucket Distributing Co., LLC (1640).  The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On May 5, 2023 (the "Petition Date"),  Christmas Tree Shops, LLC ("CTS"), Handil, LLC ("Handil"), Handil Holdings, LLC ("Handil Holdings"), Salkovitz Family Trust 2, LLC ("Salkovitz Trust"), and Nantucket Distributing Co., LLC ("Nantucket Distributing"), as debtors and debtors in possession (collectively, the "Debtors") each commenced a case (the "Chapter 11 Cases") under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors are authorized to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' Chapter 11 Cases have been consolidated under case number 23-10576 (TMH) for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## OVERVIEW OF GLOBAL NOTES

Each of the Debtors has herewith filed separate Schedules of Assets and Liabilities ("Schedules") and Statement of Financial Affairs ("Statements"). These *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") relate to each of the Debtors' Schedules and Statements and set forth the basis upon which the Schedules and Statements are presented. **These Global Notes pertain to, are incorporated by reference in, and compromise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements**. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements.  The Global Notes are presented for each Debtor, however, each provision contained in the Global Notes may not apply to all Debtors.  Disclosure of information in one Schedule or Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule or Statement, exhibit, or continuation sheet. Nothing contained in the Schedules and Statements shall constitute a waiver of any rights or claims of the Debtors against any third party, or in or with respect to any aspect of these Chapter 11 Cases.

**The Schedules, Statements, and Global Notes should not be relied upon by any person for information relating to the current or future financial conditions, events, or performance of any of the Debtors.**

The Schedules and Statements have been prepared, pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, by the Debtors' management with the assistance of their advisors and other professionals. The Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment. Reasonable efforts have been made to provide accurate and complete information herein based upon information that was available at the time of preparation; however, subsequent information or discovery thereof may result in material changes to the Schedules and Statements and inadvertent errors or omissions may exist. Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights with respect to the Chapter 11 Cases, including with respect to any issues involving substantive consolidation, recharacterization, equitable

subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Debtors reserve all rights to amend, modify, or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to the Chapter 11 Cases, including with respect to any issues involving causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

Marc Salkovitz, Executive Chairman of CTS and Handil Holdings, and the Chief Executive Officer of the remaining Debtors, has signed each set of the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Salkovitz necessarily has relied upon the efforts, statements, and representations of the Debtors' legal advisors and various personnel employed by the Debtors. Given the scale of the Debtors' business, Mr. Salkovitz has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including, but not limited to statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

**Debtors' Schedules and Statements Global Notes**

**1. Basis of Presentation.** Information contained in the Schedules and Statements has been derived from the Debtor's books and records and historical financial statements. The Schedules and Statements do not purport to represent financial statements prepared in accordance with United States Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile with the financial statements of each Debtor. The Debtors used reasonable efforts to attribute the assets and liabilities to each particular Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements. It is possible intercompany balances between legal entities may vary materially. Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements in this regard, including with respect to reallocation of assets or liabilities to any particular entity.

**2. Reporting Date.** Unless otherwise noted on the specific responses, the Schedules and Statements generally reflect the Debtors' books and records as of the close of business on May 4, 2023. The liability

values are as of the Petition Date and may have been adjusted for authorized payments made under the First-Day Orders (as defined below).

**3. Amendment.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements. Despite these efforts, inadvertent errors or omissions may exist. The Debtors reserve all rights to, but are not required to, amend or supplement, or both, the Schedules and Statements from time to time as is necessary and appropriate.

**4. Recharacterization.** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, due to the complexity and size of the Debtors' business and operations, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements as necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

**5. Confidentiality.** There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact or withhold from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, concerns for the privacy of an individual or as authorized pursuant to the *Order Authorizing the Debtors to Redact From the Creditor Matrix and Certain Pleadings Certain Personally Identifiable Information; and Granting Related Relief* [Docket No. 77]. In addition, certain agreements may not have been included on the Schedules because publicly disclosing such agreements may violate the terms set forth therein.

**6. Cash Management System.** The Debtors use a consolidated cash management system through which the Debtors collect substantially all receipts and pay liabilities and expenses. As a result, certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system. The Debtors' prepetition cash management system is described in the *Motion of the Debtors for Interim and Final Orders (I) Approving Continued Use of the Debtors' Cash Management System, Bank Accounts, and Business Forms; (II) Authorizing the Debtors to Open and Close Bank Accounts; and (III) Authorizing Banks to Honor Certain Prepetition Transfers* (the "Cash Management Motion") dated December 16, 2020 [Docket No. 12].

**8. Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on information and research that was conducted or available in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change. The Debtors reserve all of the rights to amend, supplement, or otherwise modify the Schedules and Statements as they deem necessary or appropriate. The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims

under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**9. Property and Equipment.** Unless otherwise indicated, owned property and equipment are presented at net book value.

**10. Executory Contracts and Unexpired Leases.** The placing of a contract or lease onto the Schedules shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable agreement. The Debtors hereby expressly reserve the right to assert that any contract or lease listed on the Debtors' Schedules does not constitute an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code.

**11. Leases.** The Debtors lease real property, furniture, fixtures, and equipment from certain third party lessors. Such leases are presented in the Schedules and Statements, subject to the reservation of rights set forth herein. The Debtors have not included in the Schedules and Statements the future obligations of any leases. Nothing herein or in the Schedules or Statements shall be construed as a concession, admission or evidence as to the determination of the legal status of any leases (including whether any lease is a true lease or a financing agreement) identified in the Schedules or Statements, including whether such leases: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not current in full force and effect, and the Debtors reserve all of their rights.

**12. Causes of Action.** Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**13. Taxes.** Claims listed on the Debtors' Schedule E/F include claims owing to various taxing authorities to which the Debtors may potentially be liable. However, certain of such claims may be subject to ongoing audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the claims listed on Schedule E/F. Therefore, the Debtors have listed estimated claim amounts, where possible, or alternatively listed such claims as unknown in amount and marked the claims as unliquidated, pending final resolution of ongoing audits or other outstanding issues. The Debtors reserve the right to dispute or challenge whether such claims are entitled to priority.

**14. Unknown Amounts.** Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown." These may include claims for prepetition services for which the Debtors have not yet received invoices. The description of an amount as "unknown" is not intended to reflect upon the materiality of the amount.

**15. Payment of Prepetition Claims Pursuant to First Day Orders.** On or about May 9, 2023, the Bankruptcy Court entered orders (the "First Day Orders") authorizing, but not directing, the Debtors

to, among other things, pay certain prepetition claims relating to (a) certain vendors critical to the continued operation of the Debtors' business; (b) insurance premiums; (c) taxes; (d) employee wages, salaries, and other compensation and benefits; (e) customer programs, including certain refunds and customer credits; and (f) the continued use of the Debtors' cash management system. Where the Schedules list creditors and set forth the amounts attributable to such claims, such scheduled amounts reflect balances owed as of the Petition Date. To the extent any adjustments are necessary to reflect any payments made on account of such claims following the commencement of these Chapter 11 Cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders, such adjustments have been included in the Schedules unless otherwise noted on the applicable Schedule. The Debtors reserve the right to update the Schedules to reflect payments made pursuant to the First Day Orders.

**16. Employee Claims.** The Bankruptcy Court entered a First Day Order granting the authority, but not the obligation, to the Debtors to pay, as set forth therein, certain prepetition employee wages, salaries, severance, benefits and other obligations in the ordinary course. Employee claims for prepetition amounts that were paid, or were authorized to be paid pursuant to such orders of the Bankruptcy Court, may not be included in the Schedules and Statements.

**17. Other Claims Paid Pursuant to Court Orders.** Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' Chapter 11 Cases, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims. Accordingly, these liabilities may have been or may be satisfied in accordance with those orders, and therefore may not be listed in the Schedules and Statements.

**18. Insiders.** The Debtors have included all payments and awards made to executive officers and the members of the board of directors during the twelve months preceding the Petition Date. Included in the value reflected are cash payments to or for the benefit of the insider (inclusive of payroll, bonus and other employee benefits paid in cash). Persons have been included in the Statements for informational purposes only, and the listing of an individual as an insider is not intended to be and should not be construed as a legal characterization of that person as an insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are reserved. Further the Debtors do not take any position concerning (a) the person's influence over the control of the Debtors, (b) the person's management responsibilities and functions, (c) the person's decision-making or corporate authority, or (d) whether the person could successfully argue that he or she is not an insider under applicable law, including federal securities law, or any theories of liability or for any other purpose.

**19. Excluded Assets and Liabilities.** The Debtors may have excluded from the Schedules certain of the following items, which may be included in their GAAP financial statements: intercompany receivables, investments in subsidiaries, certain accrued liabilities, including, without limitation, accrued salaries, employee benefit accruals, and certain other accruals, capitalized interest, debt acquisition costs, restricted cash, goodwill, financial instruments, certain prepaid and other current assets considered to have no market value, certain contingent assets such as insurance recoveries, and deferred revenues and gains. Other non-material assets and liabilities may also have been excluded. The Debtors have reflected intercompany balances as of the end of the day on May 4, 2023 on Schedules A/B and E/F for the relevant Debtor.

**20. Intercompany Claims.** Claims among the Debtor and its affiliated Debtors, as reflected in the applicable entities' balance sheet accounts (each an "Intercompany Receivable" or "Intercompany Payable" and, collectively, the "Intercompany Claims"), are reported on Schedules A/B and E/F, as applicable. The listing by the Debtors of any account between the Debtors or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as claims, interests, or not allowed at all.

**21. Litigation.** Certain litigation actions reflected as claims against one Debtor may relate to any of the other Debtors. The Debtors have made commercially reasonable efforts to record these actions in the Schedules and Statements of the Debtor that is party to the action. In addition, the Debtors may have excluded details relating to federal and state agency discrimination charges, labor arbitration and grievance claims, and government investigations and civil penalty actions. Discrimination charges have been excluded to protect the privacy interests of the charging parties and because the majority of such claims generally will not result in actual litigation. Labor arbitration and grievance claims are omitted to protect the privacy interests of the grieving party. Government investigations and civil penalty actions were excluded due to confidentiality and privacy concerns or because the majority of such claims are for de minimis amounts, have been promptly remediated or will not ultimately give rise to a civil penalty.

**22. Claim Description.** Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on these Schedules and Statements on any grounds, including, without limitation, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. Moreover, the Debtors reserve all of their rights to, but are not required to, amend, supplement, or otherwise modify their Schedules and Statements as necessary and appropriate, including modifying claims descriptions and designations.

**23. Debt Representatives.** Claims relating to the repayment of principal, interest and other fees and expenses under agreements governing any syndicated credit facility where the identities of the lenders or other parties in interest are not known with certainty are scheduled listing the administrative agent under the applicable credit facility.

**24. Unliquidated Claim Amounts.** Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated." To the extent the Debtors are able to ascertain or estimate all or a portion of the claim amounts, they may have listed the known or estimated claim amount and marked the claims as unliquidated, pending final resolution of outstanding issues necessary to determine the total claim amount with certainty.

**25. Liabilities.** The Debtors have sought to allocate liabilities between prepetition and postpetition

periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change. The Debtors reserve their right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

**26. Guarantees and Other Second Liability Claims.** The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where Guarantees have been identified, they have been included in the relevant Schedules D, E/F, G and H for the affected Debtor or Debtors. Guarantees have generally been included in Schedules of the guarantor Debtor as "contingent" unless otherwise specified. While the Debtors have used commercially reasonable efforts to locate and identify Guarantees, it is possible that Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtors reserve all of their rights to, but are not required to, amend, supplement, or modify the Schedules if additional Guarantees are identified.

**27. Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have been sold, abandoned, or terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights as to the legal status of all intellectual property rights.

**28. Post-petition Agreements.** The Debtors may enter into certain post-petition agreements with creditors and other counterparties. The Debtors reserve all of their rights to, but are not required to, amend, supplement, or otherwise modify their Schedules and Statements as necessary and appropriate to reflect such post-petition agreements, including modifying claims descriptions and designations.

**29. Totals.** All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "unliquidated." If there are unknown or unliquidated amounts, the actual totals may be materially different from the listed totals.

**Specific Disclosures With Respect to the Debtors' Schedules**

**30. Schedule A/B – Assets: Real and Personal Property.** Bank account balances are as of the end of the day on May 4, 2023. Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion.

**31. Schedule D: Creditors Holding Secured Claims.** Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported

to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Certain claims may be listed on Schedule D as "unliquidated" because the value of the collateral securing such claims is unknown. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim. In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  The claims of Eclipse Business Capital and Restore Capital, LLC together total $23,816,275.42. The Debtors have scheduled these claims as undetermined because the Debtors are unaware of the percentage of each entity's interest in the loan.

Certain taxing authorities for certain of the personal property taxes listed on Schedule E/F may have asserted liens with respect to such tax claims that are not noted on Schedule D. It is the Debtors' understanding that any such liens are in effect unsecured, as they are junior to the security interest of the prepetition secured lenders.

**32. Schedule E/F: Creditors Who Have Unsecured Claims**. Listing a claim on Part 1 of Schedule E/F as priority does not constitute an admission by the Debtors of the claimant's legal rights or a waiver of the Debtors' right to recharacterize or reclassify the claim or contract. The Bankruptcy Court entered a number of first day orders granting authority to pay certain prepetition priority claims. Accordingly, claims against Debtors for prepetition amounts as of the Petition Date that were, or were not authorized to be paid pursuant to such orders, may not be included in Schedule E/F. The Debtors reserve their rights to object to any listed claims on the ground that, among other things, they have already been satisfied.

Part 2 of Schedule E/F may not include certain deferred charges, deferred liabilities or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, they are reflected on the Debtors' books and records as required in accordance with GAAP. The claims listed in Part 2 of Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While commercially reasonable efforts have been made, determining the date upon which each claim in Part 2 of Schedule E/F was incurred or arose would be, in certain cases, unduly burdensome and cost prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Part 2 of Schedule E/F. Part 2 of Schedule E/F may contain information regarding potential, pending and closed litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. However, to the extent that litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor. The inclusion of any litigation in these Schedules and Statements does not constitute an admission by any Debtor of liability, the validity of any action, the availability of insurance coverage, or the amount or treatment of any claims, defenses, counterclaims, or cross-claims or the amount or treatment of any potential claim resulting from any current or future litigation. The Debtors have generally excluded internal grievance claims to protect the privacy interests of the grieving party and because the majority of such claims generally will not result in actual litigation. In addition, certain litigation or claims covered

by insurance policies maintained by the Debtors may be excluded from Part 2 of Schedule E/F. The claims of individual creditors are generally listed at the amounts recorded on the Debtors' books and records and may not reflect credits or allowances due from the creditor. The Debtors reserve all of their rights concerning credits or allowances. The Bankruptcy Court entered First Day Orders granting authority to the Debtors to pay certain prepetition obligations in the ordinary course of business. Accordingly, only claims against the Debtors for prepetition amounts that have not been paid as of the Petition Date have been included in Part 2 of Schedule E/F. The Debtors reserve their rights to object to any listed claims on the ground that, among other things, they have already been satisfied. Additionally, Part 2 of Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

Amounts listed as obligations under real property leases on Schedule E/F may be net of any common area maintenance credits.

Amounts listed on Schedule E/F as "Lease Obligations to Pay Landlord Real Property Taxes" are obligations to the respective landlords under real property leases where the Debtors pay taxing authorities directly for real property taxes owed by the landlord.

**33. Schedule G: Executory Contracts and Unexpired Leases.** While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may not have taken effect or be binding on any party and may have expired or been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein. Certain of the real property leases and contracts listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Nothing herein shall be construed as a concession or evidence that any of the contracts, agreements or leases identified on Schedule G: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not current in full force and effect. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedule, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain of these contracts or leases may have been modified, amended or supplemented by various documents, instruments or agreements that may not be listed, but are nonetheless incorporated by this reference. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Schedule G generally does not include stand-alone equipment purchase orders. Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors. Such contracts, agreements and leases are listed on Schedule G of each such Debtor.

## Specific Disclosures with Respect to the Debtors' Statements

**34. Statement 3: Payments or Transfers within 90 Days of the Petition Date.** The dates identified in the date of payment column for payments made to creditors for goods or services, and other debts, within

90 days prior to the Petition Date relate to one of the following: (i) the date of a wire transfer; (ii) the date of an ACH payment; or (iii) the issuance date for a check or money order. Although the Debtors have attempted to remove unfunded and rejected payments, there may be items in process; therefore, certain payments reflected in response to Statement 3 may not have been paid, and those amounts may also appear as unsecured non-priority claims in Schedule E/F as amounts owed to the same entities. Credits taken against balances owed to third parties are included in response to Statement 3. Payments or transfers made within the 90 days prior to the Petition Date to non-employee directors and/or insiders are included in response to Statement 4, and not listed in response to Statement 3. Payments or transfers on account of payroll and expenses for employees are not included in response to Statement 3. Payments or transfers made within the 90 days before the Petition Date that relate to bankruptcy or restructuring related advice or services are included in response to Statement 11, and not listed in response to Statement 3.  During the 90 days prior to the Petition Date, CTS made payments to Allianz Trade Collections, a receivable insurance company, which paid certain CTS vendors and subsequently made claims against CTS on account of those vendors' claims.

**35. Statement 4: Payments to or for the Benefit of Insiders.** Payments, distributions and withdrawals credited or made to insiders listed in response to this Statement include: (i) transfers and payments to insiders made within 90 days of the Petition Date; and (ii) transfers and payments that benefited any insider made within one year of the Petition Date that would otherwise be included in response to Statement 30.

For purposes of the Schedules and Statements, the Debtors define insiders as (a) officers, directors, and anyone in control of a corporate debtor and their relatives and (b) affiliates of the Debtor and insiders of such affiliates. Individuals listed in the Statements as insiders have been included for informational purposes only. The Debtors do not take any position with respect to (i) such individual's influence over the control of the Debtors, (ii) the management responsibilities or functions of such individual, (iii) the decision-making or corporate authority of such individual, or (iv) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose. Thus, the Debtors reserve all rights to dispute whether someone identified is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code. For more information regarding each Debtor's officers and directors, please refer to Statement 28 and Statement 29.

Statement 4 does not include unpaid interest on intercompany loans that accrued during the one year period prior to the Petition Date.

Names and home addresses for directors, former directors, officers, former officers, employees, and former employees identified as insiders have not been included in the Statements for privacy reasons. Amounts still owed to creditors will appear on the Schedules for each of the Debtors, as applicable.

The payroll-related amount shown in response to Statement 4, which includes, among other things, salary, wage, and additional compensation, is a gross amount that does not include reductions for amounts including employee tax or benefit withholdings. In the ordinary course of business, certain corporate or personal credit cards may be utilized by insiders to pay for travel and business related expenses for various other individuals employed by the Debtors. As it would be unduly burdensome for the Debtors to analyze which credit card expenses were related to those incurred on behalf of an insider as opposed to another

employee (or the Debtors), the Debtors have listed the aggregate amount paid per vendor for such expenses. Amounts still owed to creditors will appear on the Schedules for each of the Debtors.

**36. Statement 6: Setoffs.** The Debtors routinely incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur in connection with a variety of ordinary and customary transactions or settlements and are done in accordance with the contractual arrangement or an agreed upon settlement, including, but not limited to, intercompany transactions, pricing discrepancies, refunds, negotiations, and/or other ordinary and customary billing disputes between the Debtors and their customers and/or suppliers. These normal setoffs and net payments are consistent with the ordinary course of business in the Debtors' industry and can be voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and nettings may have been accounted for when scheduling certain amounts, these ordinary course setoffs and nettings are not independently accounted for, and as such, have been excluded from the Statements.

**37. Statement 7: Legal Actions, Administrative Proceedings, Court Actions, Executions, Attachments or Governmental Audits.** The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year prior to the Petition Date. Reserves are included in the balance sheet for issues when a material negative outcome is probable and the amount is reasonably estimable.

As of the Petition Date, several matters were in the litigation and dispute resolution process. The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

**38. Statement 9: Charitable Contributions.** The donations and/or charitable contributions listed in response to Statement 9 represent payments made to 501(c)(3) non-profit organizations, government, and public agencies for charitable purposes during the applicable timeframe that were recorded as such within the Debtors' books and records. The response to Statement 9 does not include amounts withheld via employee deductions and paid to non-profit organizations on behalf of employees. The response to Statement 9 does not include amounts collected by the Debtors from members, vendors and other third parties as contributions and later paid by the Debtors to charitable organizations.

**39. Statement 10: Certain Losses.** The losses listed in response to Statement 10 may exclude those incurred in the ordinary course of business, those where the amount is *de minimis*, or where the loss is less than the amount of the insurance deductible. The property values reported in response to Statement 10 are based on the actual or estimated costs, including labor costs, to repair the property.

**40. Statement 11: Payments Related to Bankruptcy.** All disbursements listed in response to Statement 11 were for the benefit of all Debtors. To the extent any of the firms listed in response to Statement 11 performed both Bankruptcy and non-Bankruptcy related work, the Debtors have attempted to identify only the payments related to Bankruptcy. However, certain payments listed in response to Statement 11 may be for both Bankruptcy and non-Bankruptcy services.

**41. Statement 16: Personally Identifiable Information.** In the ordinary course of business, the Debtors collect and maintain certain personally identifiable information ("PII"), including their customers' names, telephone numbers and e-mail addresses. The Debtors store and maintain this data in accordance with their privacy policy and the privacy and confidentiality requirements mandated by state and federal laws.

**42. Statement 23: Other Transfers.** The Debtors have excluded any *de minimis* asset sales made in the ordinary course of business.

**43. Statement 26(d): Financial Statements.** In the regular course of business, the Debtors have provided consolidated financial information to banks, customers, suppliers, rating agencies, landlords and other various interested parties. In light of the number of recipients and the possibility that such information may have also been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed specific individuals or entities.

**Fill in this information to identify the case:**

Debtor Name: In re : Nantucket Distributing Co., LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10579 (TMH)

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ................................................................................................    $ _____0.00

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* .............................................................................................    $ _____27,261,573.71

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ...............................................................................................    $ _____27,261,573.71

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ......................    $ _____16,106,182.83

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .................    + $ _____27,518,295.05

4. **Total liabilities**

    Lines 2 + 3a + 3b .................................................................................................................    $ _____43,624,477.88

**Fill in this information to identify the case:**

Debtor Name: In re : Nantucket Distributing Co., LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10579 (TMH)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand**

   2.1 None _____    $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

   3.1 None _____    _____    _____    $ _____

4. **Other cash equivalents** *(Identify all)*

   4.1 Morgan Stanley _____    $              200,000.00

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $              200,000.00

Debtor: Nantucket Distributing Co., LLC
_____
Name

Case number *(if known)*: 23-10579
_____

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong>  <strong>Deposits and prepayments</strong></td></tr>
</table>

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

_____    $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

_____    $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ _____ 0.00

Debtor: Nantucket Distributing Co., LLC
_____
Name

Case number *(if known)*: 23-10579
_____

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | _____ | $ _____ | - $ _____ | =..... ➔ | $ _____ |
| 11b. | Over 90 days old: | _____ | $ _____ | - $ _____ | =..... ➔ | $ _____ |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ _____ 0.00

| Debtor: | Nantucket Distributing Co., LLC | Case number *(if known):* | 23-10579 |
| | Name | | |

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____    _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

_____  _____  _____  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

_____    _____  $ _____

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

Debtor: Nantucket Distributing Co., LLC
_____
Name

Case number *(if known)*: 23-10579
_____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   - ☐ No. Go to Part 6.
   - ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | $ | | $ |
| **20. Work in progress** | | | | |
| 20.1 None | | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Finished Goods | | $ 43,059.84 | First Cost | $ 43,059.84 |
| **22. Other inventory or supplies** | | | | |
| 22.1 None | | $ | | $ |

23. **Total of Part 5.**
   Add lines 19 through 22. Copy the total to line 84.

   $ 43,059.84

24. **Is any of the property listed in Part 5 perishable?**
   - ☑ No
   - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - ☐ No
   - ☑ Yes.   Description Goods for Sale   Book value $ 43,059.84   Valuation method First Cost   Current value $ 43,059.84

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

| Debtor: | Nantucket Distributing Co., LLC | | Case number *(if known):* | 23-10579 |
|---|---|---|---|---|
| | Name | | | |

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |
| 33. **Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $                    0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor:  Nantucket Distributing Co., LLC

Name

Case number *(if known)*: 23-10579

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ | | $ |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known):* 23-10579

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor: | Nantucket Distributing Co., LLC | Case number *(if known):* | 23-10579 |
|---|---|---|---|
| | Name | | |

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
_____
Name

Case number *(if known)*: 23-10579

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65. **Goodwill** | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC
_____
Name

Case number *(if known)*: 23-10579

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)       Total face amount       doubtful or uncollectible accounts

71.1 None       $ _____ - $ _____ =..... ➔ $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 None       Tax year _____       $ _____

73. **Interests in insurance policies or annuities**

73.1 None       $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 None       $ _____

Nature of claim _____

Amount requested       $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None       $ _____

Nature of claim _____

Amount requested       $ _____

76. **Trusts, equitable or future interests in property**

76.1 None       $ _____

77. **Other property of any kind not already listed**  *Examples*: Season tickets, country club membership

77.1 Intercompany receivable from Christmas Tree Shops, LLC       $ 27,018,513.87

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.       $ 27,018,513.87

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*: 23-10579

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 200,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 43,059.84 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .............................................→ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 27,018,513.87 | |
| 91. **Total.** Add lines 80 through 90 for each column..............................91a. | $ 27,261,573.71 + 91b. | $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................................................................... $ 27,261,573.71

**Fill in this information to identify the case:**

Debtor Name: In re : Nantucket Distributing Co., LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10579 (TMH)

☐ Check if this is an amended filing

## Official Form 206D

### Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral that**<br>**supports this claim** |
|---|---|---|---|

**2.1 Creditor's name**

Eclipse Business Capital
Creditor's Name

**Creditor's mailing address**

Notice Name

333 W Wacker Dr, Ste 950
Street

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    11/12/2020

**Last 4 digits of account number**    S101

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     See Global Note

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Working Capital assets and all other assets

$     Undetermined     $     Undetermined

**Describe the lien**

1st Lien on working capital assets and 2nd lien on all other assets.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (*Official Form 206H*).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

| Debtor: | Nantucket Distributing Co., LLC | Case number *(if known):* | 23-10579 |
| --- | --- | --- | --- |
| | Name | | |

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.2 Creditor's name**

Describe debtor's property that is subject to a lien

Pathlight Capital LP

Other assets and Working Capital Assets    $    16,106,182.83    $    Undetermined

Creditor's Name

**Creditor's mailing address**

**Describe the lien**

Notice Name                                    2nd lien on working capital assets and 1st lien on all
                                               other assets
100 Federal Street

Street

**Is the creditor an insider or related party?**

☑ No

☐ Yes

| Boston | MA | 02109 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Is anyone else liable on this claim?**

☐ No

**Creditor's email address, if known**

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**Date debt was incurred**    2/16/2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

**Do multiple creditors have an interest in the same property?**

☐ Unliquidated

☐ Disputed

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

See Global Note

☐ Yes. The relative priority of creditors is specified on lines

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*: 23-10579

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.3 **Creditor's name**

ReStore Capital, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

5 Revere Dr, Ste 206

Street

Northbrook    IL    60062

City    State    ZIP Code

Country

**Creditor's email address, if known**

**Date debt was incurred**    2/16/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   See Global Note

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Working Capital assets and all other assets

$ Undetermined    $ Undetermined

**Describe the lien**

1st Lien on working capital assets and 2nd lien on all other assets.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 16,106,182.83

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

Name
_____

Notice Name
_____

Street
_____

_____

_____

City _____ State _____ ZIP Code _____

Country
_____

**Fill in this information to identify the case:**

Debtor Name: In re : Nantucket Distributing Co., LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10579 (TMH)

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☒  No. Go to Part 2.

   ☐  Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

2.1 **Priority creditor's name and mailing address**

Creditor Name

Creditor's Notice name

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐  No

☐  Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

**3.1 Nonpriority creditor's name and mailing address**

A LIKEN TRADING CO.,LTD/DESIGNS DIR

Creditor Name

Creditor's Notice name

605 PHILADELPHIA STREET

Address

| COVINGTON | KY | 41011 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,762.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.2 Nonpriority creditor's name and mailing address**

A.R.M. TEXTTILES/INDIAN

Creditor Name

Creditor's Notice name

9D/15 RAMAKRISHNAPURAM NORTH

Address

| KARUR | Tamil Nadu | 639001 |
| --- | --- | --- |
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,863.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Nantucket Distributing Co., LLC |
|---|---|

Case number *(if known)*: 23-10579

**3.3 Nonpriority creditor's name and mailing address**

ABHITEX INTERNATIONAL/DIRECT HOME
Creditor Name

Creditor's Notice name

95 GROVE PARK LANE
Address

| WOODSTOCK | GA | 30189 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 41,147.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.4 Nonpriority creditor's name and mailing address**

ACCESS ASIA-PACIFIC/GRUPO RUZ
Creditor Name

Creditor's Notice name

10 A POR YEN BLDG
Address

478 CASTLE PEAK RD

LAI CHI KOK

| Hong Kong, KOWLOON | | |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 90,001.20
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.5 Nonpriority creditor's name and mailing address**

AESTHETIC HOMES/TMERCH
Creditor Name

AMAN SINGHAL
Creditor's Notice name

E-4, SITE-4, USIDC
Address

| GREATER NOIDA, Uttar Pradesh | | 201306 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 2,940.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

AGIT GLOBAL, INC.
Creditor Name

Creditor's Notice name

No. 446, Sec. 1, Fuding Rd.
Address

Caotun Township

| Nantou County | | 54244 |
|---|---|---|
| City | State | ZIP Code |

Taiwan
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 31,245.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579
Name

**3.7  Nonpriority creditor's name and mailing address**

AGNEE INNOVATES/TMERCH
Creditor Name

BAL KRISHNA MAURYA
Creditor's Notice name

JM, KUSHIYARA
Address

GYANPUR ROAD

| BHADOHI, Uttar Pradesh | | 221401 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,962.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.8  Nonpriority creditor's name and mailing address**

AILSIN HOLDINGS LIMITED/AC
Creditor Name

Creditor's Notice name

RM 2702
Address

| Shanghai, PUDONG | | |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    19,311.46
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.9** **Nonpriority creditor's name and mailing address**

ALI METAL CORP./TMERCH
Creditor Name

Creditor's Notice name

KHASRA NO. 26, NEAR BLUE WATER TANK
Address

BARWARA
MAJRA, VLG
GOT- UP
City                State              ZIP Code

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                              3,883.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**

ALL STAR HOUSEWARE LTD/AC
Creditor Name

Creditor's Notice name

RM 1505-1512 NO 3 GREENLAND
Address

TECH 58 LANE XIN EAST RD

SHANGHAI        Shanghai           201100
City                State              ZIP Code

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                              65,644.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor: | Nantucket Distributing Co., LLC | Case number *(if known)* | 23-10579 |
|---|---|---|---|
| | Name | | |

**3.11  Nonpriority creditor's name and mailing address**

ALLION COMPANY LIMTED
Creditor Name

Creditor's Notice name

ROOM 1001,10/F, CAUSEWAY BAY
Address

CENTRE,15-23 SUGAR STREET

CAUSEWAY BAY

City        State        ZIP Code

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                44,157.96
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.12  Nonpriority creditor's name and mailing address**

ALWAYS HOME PROPERTIES LIMITED
Creditor Name

Creditor's Notice name

19FL, LEE GARDEN ONE
Address

33 HYSAN AVENUE

CAUSEWAY BAY

City        State        ZIP Code

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                26,076.30
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.13 Nonpriority creditor's name and mailing address**

AMAN EXPORTS/INDIAN

Creditor Name

Creditor's Notice name

A-77, SECTOR-57

Address

GAUTAM BUDH NAGAR

NOIDA

| Uttar Pradesh | | 201301 |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                5,160.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

AMBIENTE EUROPE BV./JS

Creditor Name

Creditor's Notice name

LAAN DE WIJZE 19

Address

BEUGEN

| North Brabant | | 5835 DS |
|---|---|---|
| City | State | ZIP Code |

Netherlands

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                50,936.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.15 Nonpriority creditor's name and mailing address**

AMERICAN CRAFTS, LC/AMCRAFT

Creditor Name

Creditor's Notice name

588 W 400 S

Address

| LINDON | UT | 84042 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                57,011.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

ANCON DESIGN INTERNATIONAL/AC

Creditor Name

Creditor's Notice name

330 RM CHAMPAGNE COVENANT

Address

BLDG D,XIANGMAO RD,GONGSHU DST

| HANGZHOU | Zhejiang | 310011 |
|----------|----------|----------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                89,250.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Nantucket Distributing Co., LLC | |
|---|---|---|
| | Name | |

Case number *(if known)*: 23-10579

**3.17 Nonpriority creditor's name and mailing address**

Anhui Light Ind/AC
Creditor Name

Creditor's Notice name

ALIC MANSIONOAD
Address

19 MEISHAN ROAD

| Anhui | | 230031 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 31,048.56
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

ANS/INDIAN
Creditor Name

Creditor's Notice name

127C, VARDHAMAN CHAMBERS
Address

KAYLAN STREET, MASJID EAST

| MUMBAI | | 400009 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,244.66
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number (if known): 23-10579

**3.19 Nonpriority creditor's name and mailing address**

ANYWAY HOME DECO CO., LTD/AC
Creditor Name

Creditor's Notice name

366 Zhao Jia Bang Road
Address

Suite 23D

| Shanghai, Shanghai | | |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,799.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

ARK GARDEN LIMITED. HONG KONG
Creditor Name

Creditor's Notice name

Flat C, 5th Floor
Address

No. 8 Hart Avenue

| Tsim Sha Tsui | Kowloon | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 333,800.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC
Name

Case number (if known): 23-10579

**3.21 Nonpriority creditor's name and mailing address**

ARK GARDEN LIMITED/AC
Creditor Name

Creditor's Notice name

FLAT 6&7A,TOWER1,11/F
Address

33 CANTON RD

TSIM SHA TSUI

| Hong Kong | | |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            13,465.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.22 Nonpriority creditor's name and mailing address**

AROMA BAY/BIG BOX RETAILER INC
Creditor Name

Creditor's Notice name

9400 KEY WEST AVE SUITE 220
Address

| ROCKVILLE | MD | 20850 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            84,790.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.23** **Nonpriority creditor's name and mailing address**

AROMA INTERNATIONAL TRADE CO LTD/AC
Creditor Name

Creditor's Notice name

NO 11 JIA FUXINSANJIE
Address

HEPING DISTRICT

| SHENYANG | Liaoning | 110002 |
|----------|----------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              98,681.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**

ART FAMOUS - CNACC/AC
Creditor Name

Creditor's Notice name

12/F, ROOM 1206-7 HANSON HOUSE
Address

794-802 NATHAN ROAD

| KOWLOON | | |
|---------|--|--|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              95,090.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number (if known): 23-10579

| | |
|---|---|
| **3.25 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 4,470.48 |
| ASNEE/MEDOC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| B-84 SECTOR-67 | **Basis for the claim:** |
| Address | Outstanding Accounts Payable |

NOIDA, Uttar Pradesh   201301

City   State   ZIP Code

India

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

**number**

☐ Yes

| | |
|---|---|
| **3.26 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,374.56 |
| BANSAL IMPEX/T MERCH | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| OPP.HANUMAN JI MURTI | **Basis for the claim:** |
| Address | Outstanding Accounts Payable |
| RAMPUR RD | |
| MORADABAD IN | |

Uttar Pradesh   244001

City   State   ZIP Code

India

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

**number**

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*: 23-10579

**3.27  Nonpriority creditor's name and mailing address**

BANSCO ENTERPRISE LTD

Creditor Name

Creditor's Notice name

RM 1607 DIYA TOWER JINDI BLDG

Address

ZHONGSHAN YI RD YUEXIU DIST

| GUANGZHOU | Guangdong | 510600 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    81,605.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.28  Nonpriority creditor's name and mailing address**

BEIJING HOME INTERIORS/NATCO

Creditor Name

Creditor's Notice name

155 BROOKSIDE AVENUE

Address

| WEST WARWICK | RI | 02893 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    13,454.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

| | |
|---|---|
| **3.29 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 68,560.00 |
| BEST LINENS INC./ELRENE | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 99 PARK AVENUE | **Basis for the claim:** |
| Address | Outstanding Accounts Payable |

| | |
|---|---|
| NEW YORK | NY | 10016 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.30 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 107,102.74 |
| BESTWAY MFG./AC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 3RD TO 5TH FL | **Basis for the claim:** |
| Address | Outstanding Accounts Payable |
| 168 CHANGSHOU | |
| EAST RD, PANHUO INDUSTRIAL EST | |

| | | |
|---|---|---|
| Zhejiang, NINGBO | | 315100 |
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.31** **Nonpriority creditor's name and mailing address**

BILLION TREND INTERNATIONAL LTD

Creditor Name

Creditor's Notice name

RM 709, FU HANG IND. BLDG

Address

1 HOK YUEN EAST STREET

| HUNGHOM | KOWLOON | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              140,741.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**

BOHAN CRAFTS/AC

Creditor Name

Creditor's Notice name

GAOWANG ECONOMIC ZONE

Address

ZHONGHAN TOWN

| Zhejiang, CIXI CITY | | 315327 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               47,726.32

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*:  23-10579

**3.33 Nonpriority creditor's name and mailing address**

BOSTON WAREHOUSE TRADING/BOSTON
Creditor Name

Creditor's Notice name

59 DAVIS AVENUE, SUITE 10
Address

| NORWOOD | MA | 02062 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                6,720.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.34 Nonpriority creditor's name and mailing address**

BS HANDICRAFTS/TMERCH
Creditor Name

Creditor's Notice name

MOHD ALI ROAD, BARADARI
Address

| MORADABAD, Uttar Pradesh | | 244001 |
|---------|-----|--------|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                13,069.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number (if known): 23-10579

**3.35** **Nonpriority creditor's name and mailing address**

BSM ENTERPRISE LTD.

Creditor Name

Creditor's Notice name

MINAN COMMERCIAL BUILDING

Address

NO. 160-162 EAST JINYUAN LANE, JIANGDONG

| NINGBO | Zhejiang | 315040 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              81,017.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**

C&S ARTS & CRAFTS CORP/GALWAY

Creditor Name

Creditor's Notice name

560 DAVIDSON GATEWAY DRIVE

Address

SUITE 101

| DAVIDSON | NC | 28036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              71,479.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.37 Nonpriority creditor's name and mailing address**

CHANGSHU DONGFANG WARP&WEFT/MORGAN
Creditor Name

Creditor's Notice name

UNIT H, 28T FLOOR, MAXGRAND PLAZA
Address

NO. 3 TAI YAU STREET

SAN POKONG

KOWLOON

| City | State | ZIP Code |
|------|-------|----------|

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $    6,861.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.38 Nonpriority creditor's name and mailing address**

CHAOZHOU GUIDU CERAMICS/AC
Creditor Name

Creditor's Notice name

D9-1, NORTHERN SECTION,
Address

AREA RAILWAY STATION,FENGXI

| CHAOZHOU | Guangdong | 521031 |
|----------|-----------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $    18,859.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known)*: 23-10579

**3.39 Nonpriority creditor's name and mailing address**

CHAOZHOU WEIGAO CERAMIC CRAFT CO, LTD/AC
Creditor Name


Creditor's Notice name

NORTH AREA OF TIEPU INDUSTRY
Address

ZONE, TIEPU COUNTY


| CHAOZHOU | Guangdong | 521000 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                11,173.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable


**Is the claim subject to offset?**

☒ No

☐ Yes

**3.40 Nonpriority creditor's name and mailing address**

CHINA MANUFACTURING SOLUTION LTD/AC
Creditor Name


Creditor's Notice name

5F NO 15 HUOJU EAST RD HULI
Address

HUOJU EAST ROAD


| XIAMEN | Fujian | 361009 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                19,072.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable


**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.41  Nonpriority creditor's name and mailing address**

CHINA ZHEJIANG INT'L/CRYSTAL

Creditor Name

Creditor's Notice name

11555 HERON BAY BLVD #200

Address

| CORAL SPRINGS | FL | 33076 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                14,324.48

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.42  Nonpriority creditor's name and mailing address**

CHUNG DINH/HOME CONNEXIONS

Creditor Name

Creditor's Notice name

105B15 MAI DONG STR, MAI DONG WARD

Address

HOANG MAI DIST

| Ha Noi | | |
|---|---|---|
| City | State | ZIP Code |

Vietnam

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                19,074.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Nantucket Distributing Co., LLC | Case number *(if known)*: | 23-10579 |
|---|---|---|---|
| | Name | | |

**3.43** **Nonpriority creditor's name and mailing address**

CIXI MODERN ELECTRIC/AC
Creditor Name

Creditor's Notice name

WEST INDUSTRIAL ZONE
Address

| GUANCHENG CIXI | Zhejiang | 315315 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 44,827.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**

CMA CGM AMERICA, LLC
Creditor Name

Creditor's Notice name

5701 LAKE WRIGHT DRIVE
Address

| NORFOLK | VA | 23502 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,111.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known)* 23-10579

**3.45** **Nonpriority creditor's name and mailing address**

CONNOR GROUP INTERNATIONAL, LLC
Creditor Name

TAMMY SIU
Creditor's Notice name

990 SO. ROCK BLVD
Address

SUITE F

| RENO | NV | 89502 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    16,664.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**

COSCO Shipping Lines (North America), Inc.
Creditor Name

Creditor's Notice name

9659 N. Sam Houston Parkway East, Suite 150 #240
Address

| Humble | TX | 77396 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    225,426.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.47 Nonpriority creditor's name and mailing address**

CROWN KING ENT.
Creditor Name

Creditor's Notice name

Flat D, 3/F, Cheong Yiu Bldg.
Address

No. 169 Castle Peak Road

| Tsuen Wan | Hong Kong | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                608,354.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.48 Nonpriority creditor's name and mailing address**

CTM INTERNATIONAL
Creditor Name

Creditor's Notice name

11420X ALBERT-HUDON
Address

| MONTREAL | QC | H1G3J5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                32,736.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 20,625.00 |

CTM INTERNATIONAL GIFTWARE INC/CTM

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

11420 ALBERT HUDON

Address

**Basis for the claim:**

Outstanding Accounts Payable

| MONTREAL | QC | H1G3J6 |
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 4,334.40 |

CURIO CRAFT/T MERCH

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

RTO-LAKRI ROAD,GAGAN WALI MAIN

Address

☐ Disputed

NEAR F.M INTER COLLEGE

**Basis for the claim:**

Outstanding Accounts Payable

MORADABAD

| Uttar Pradesh | | 244001 |
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*:    23-10579

**3.51** **Nonpriority creditor's name and mailing address**

CVH COMPANY LIMITED

Creditor Name

Creditor's Notice name

Rm 1201-1202, 12/F, Telford House

Address

16 Wang Hoi Road

| Kowloon Bay | Kowloon | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            207,603.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**

D&T CRAFT PRODUCTS LIMITED/PLATON

Creditor Name

Creditor's Notice name

1415 ROLLINS ROAD, STE 110

Address

| BURLINGAME | CA | 94010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            46,534.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.53 Nonpriority creditor's name and mailing address**

DALIAN J.SMART HANDICRAFT CO/AC
Creditor Name


Creditor's Notice name

20 GANGWAN ST.
Address




| DALIAN CHN | Liaoning | 116001 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    27,687.00
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Outstanding Accounts Payable


**Is the claim subject to offset?**

☒    No

☐    Yes

**3.54 Nonpriority creditor's name and mailing address**

DALIAN NEW JIEYUE CO., LTD/AC
Creditor Name


Creditor's Notice name

ROOM 1720, MINGSHI FORTUNE NO.20A,
Address

GANGWAN ST, ZHONGSHAN DIST.


| DALIAN | Liaoning | 116000 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    175,035.08
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Outstanding Accounts Payable


**Is the claim subject to offset?**

☒    No

☐    Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.55 Nonpriority creditor's name and mailing address**

DALIAN NEW STAR CO.,LTD./AC
Creditor Name

Creditor's Notice name

RM.1712, CHENGGONG BLDG.
Address

NO.72 LU XUN ROAD

ZHONGSHAN DISTRICT

| DALIAN | Liaoning | 116001 |
|--------|----------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,348.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.56 Nonpriority creditor's name and mailing address**

DAMING PLASTIC PRODUCTS IND.CO.,/AC
Creditor Name

Creditor's Notice name

FLAT C, 37/F., BLOCK 2, BEVERLY GARDEN
Address

1 TONG MING STREET

TSEUNG KWAN O

| NEW TERRITORIES | | |
|-----------------|-------|----------|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 22,275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.57 Nonpriority creditor's name and mailing address**

DECO DE TREND/INDIAN
Creditor Name

Creditor's Notice name

4/731, VANDALUR - WALLAJABDA ROAD
Address

DAVID NAGAR, PADAPPAI VILLAGE

| | | |
|---|---|---|
| CHENNAI | | 601301 |
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 7,920.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.58 Nonpriority creditor's name and mailing address**

DECOFLOOR INDIA/INDIAN
Creditor Name

Creditor's Notice name

PLOT NO-237 SECTOR29
Address

HUDA PART-1

| | | |
|---|---|---|
| PANIPAT | Haryana | 132103 |
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 6,400.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor: | Nantucket Distributing Co., LLC | Case number *(if known)*: | 23-10579 |

Name

**3.59** **Nonpriority creditor's name and mailing address**

DECOPRINT/JS

Creditor Name

Creditor's Notice name

SAALGASSE, 22

Address

| FRANKFURT | | 60311 |
| City | State | ZIP Code |

Germany

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 120,589.05

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**

DECRA LITE/AC

Creditor Name

Creditor's Notice name

UNIT 803 8/F TOWER 1

Address

HARBOUR CENTRE 1 HOK CHEUNG ST

| Hong Kong, KOWLOON | | |
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 343,785.92

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.61 Nonpriority creditor's name and mailing address**

DEGAP INTERNATIONAL CO LTD/AC
Creditor Name

C/O UNIT 2003, 20/F
Creditor's Notice name

MONGKOK COMMERCIAL CENTRE
Address

16 ARGYLE STREET, MONGKOK

KOWLOON

| City | State | ZIP Code |
|------|-------|----------|

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                161,641.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.62 Nonpriority creditor's name and mailing address**

DEHUA TONGYU CRAFTS CO.,LTD/AC
Creditor Name


Creditor's Notice name

BAOMEI IND.PARK,LONGXUN TOWN
Address

DEHUA COUNTY

| Quanzhou | Fujian | 362500 |
|----------|--------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 1,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number (if known): 23-10579

| | |
|---|---|
| **3.63 Nonpriority creditor's name and mailing address** | |

DEQING HI CHARM LIGHTING CO LTD/AC
Creditor Name

Creditor's Notice name

5.F PUBLICATION AND MEDIA PLAZA
Address

NO. 1118 SHENGQUAN ROAD,

| HEFEI | Anhui | 230000 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    41,303.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.64 Nonpriority creditor's name and mailing address**

DIHAFO CO., LTD/CONNOR
Creditor Name

Creditor's Notice name

10/F., KADER BUILDING
Address

22 KAI CHEUNG ROAD

| KOWLOON BAY | | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    51,744.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

---

**3.65** **Nonpriority creditor's name and mailing address**

DINGZHI FURNITURE CO./OFFICE STAR
Creditor Name

Creditor's Notice name

1901 S. ARCHIBALD AVE
Address

| ONTARIO | CA | 91761 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 81,378.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.66** **Nonpriority creditor's name and mailing address**

DONGGUAN HAOJIN PLASTIC/O2COOL
Creditor Name

Creditor's Notice name

300 S. RIVERSIDE PLAZA,
Address

SUITE 2300

| CHICAGO | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,880.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Name

Case number (if known)    23-10579

**3.67** **Nonpriority creditor's name and mailing address**

DONGYANG LEISURE PRODUCTS/ARIZONA

Creditor Name

Creditor's Notice name

1 W.34 ST. RM.701

Address

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              31,449.60

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**

DOWELL ENTERPRISES LIMITED/AC

Creditor Name

Creditor's Notice name

RM 1501A, NO. 1032 SINOTRANS BLDG B

Address

XIAHE ROAD, SIMING DISTRICT

| Fujian, XIAMEN | | 361007 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               9,042.00

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*:   23-10579

**3.69** **Nonpriority creditor's name and mailing address**

DUGGAL SONS/INDIAN

Creditor Name

Creditor's Notice name

8 KM STONE, MANGUPURA VILLAGE

Address

DELHI ROAD

| MORADABAD | | 244001 |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    8,835.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**

ELITE HOME DECOR/T MERCH

Creditor Name

Creditor's Notice name

B-94, SECTOR-67

Address

GAUTAM BUDH NAGAR

NOIDA

| Uttar Pradesh | | 201301 |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   45,135.74

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

**3.71 Nonpriority creditor's name and mailing address**

EMISSION GIFTS LTD/AC

Creditor Name

Creditor's Notice name

RM 1002 10F NO 229 XINGAM BLDG

Address

MIDDLE OF JIANGNAN RD HAIZHU

| GUANGZHOU | Guangdong | 510260 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 55,700.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.72 Nonpriority creditor's name and mailing address**

ESSATEX INDUSTRIES/ARTISAN 34

Creditor Name

Creditor's Notice name

1 BETHANY ROAD, BUILDING 3

Address

SUITE 43

| HAZLET | NJ | 07730 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 63,229.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

| | | |
|---|---|---|
| **3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 3,315.00 |

EVANS DELIVERY COMPANY INC.
Creditor Name

ANITA SMITH
Creditor's Notice name

PO Box 62892
Address

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

| Baltimore | MD | 21264 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account**

**number**

| | | |
|---|---|---|
| **3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 17,280.00 |

EVERFOUNT HK TEXTILES/T&C
Creditor Name

Creditor's Notice name

475 OBERLIN AVENUE SOUTH
Address

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

| LAKEWOOD | NJ | 08701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account**

**number**

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor: | Nantucket Distributing Co., LLC | Case number *(if known)*: | 23-10579 |
|---|---|---|---|
| | Name | | |

**3.75 Nonpriority creditor's name and mailing address**

EVERMAPLE LTD/AC
Creditor Name

Creditor's Notice name

RM 706, NO.2 BLDG, 61, HAIER ROAD
Address

| Qingdao | Shandong | 266071 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    17,830.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.76 Nonpriority creditor's name and mailing address**

EVERNOBLE LIMITED
Creditor Name

Creditor's Notice name

Unit G, 1/F, Hop Hing Industrial Bldg.
Address

704 Castle Peak Road

| Kowloon | | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    245,451.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

---

**3.77** **Nonpriority creditor's name and mailing address**

EVERSTAR MERCHANDISE CO., LIMITED
Creditor Name

Creditor's Notice name

11F Harbour Centre, Tower 1
Address

No. 1, Hok Cheung St.

| Hung Hom | Kowloon | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,627,675.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**

EXMART INT/TMERCH
Creditor Name

Creditor's Notice name

268 SANT NAGAR, EAST OF KAILASH
Address

| NEW DELHI | Delhi | 110065 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 4,850.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Case number (if known): 23-10579

Name

**3.79** **Nonpriority creditor's name and mailing address**

FLOOR GARDENS/TMERCH

Creditor Name

Creditor's Notice name

KALATHI VEEDU, MAYITHARA

Address

CHERTHALA ALAPPUZHA

| KERALA | | 688539 |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,726.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.80** **Nonpriority creditor's name and mailing address**

FLORA BUNDA INC.

Creditor Name

Creditor's Notice name

9528 RICHMOND PLACE

Address

| RANCHO CUCAMONGA | CA | 91730 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 92,469.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*   23-10579

**3.81** **Nonpriority creditor's name and mailing address**

FUJIAN DEHUA SHUNYITAI CRAFTS CO., LTD

Creditor Name

Creditor's Notice name

NO.18,1ST INDUSTRIAL RD.

Address

LONGHU STR,

| DEHUA | Fujian | 362500 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    5,375.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.82** **Nonpriority creditor's name and mailing address**

FUSION INT'L IND CO,LTD/AC

Creditor Name

Creditor's Notice name

ROOM 1502, ZHONGJI BUILDING, NO 666

Address

TIAN TONG SOUTH ROAD

| NINGBO | Zhejiang | 315153 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    62,865.24

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.83** **Nonpriority creditor's name and mailing address**

FUTURE HORIZON P&P/MASTERPIECE
Creditor Name

Creditor's Notice name

1750 TOWER BLVD
Address

| NORTH MANKATO | MN | 56003 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            37,313.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.84** **Nonpriority creditor's name and mailing address**

FUZHOU FORTUNE HWR /AC
Creditor Name

Creditor's Notice name

4/F XI YING LI TEA MARKET PLZ
Address

18 BAYIQI CENTRAL ROAD

| Fujian, FUZHOU | | |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            85,881.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*: 23-10579

---

**3.85 Nonpriority creditor's name and mailing address**

FUZHOU PREMIERE CRAFTS CO.,LTD/AC

Creditor Name

Creditor's Notice name

10/F,BLDG,NO.17,HAIXI BAIYUECH

Address

FUXIA RD,CANGSHAN DISTRICT

| FUZHOU CN | Fujian | 350018 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,957.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.86 Nonpriority creditor's name and mailing address**

FUZHOU WORLDSKY ARTS & CRAFTS/AC

Creditor Name

Creditor's Notice name

XIKOU INDUSTRY AREA, MINHOU, FUZHOU

Address

| Fujian, Fuzhou | | 350107 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 47,772.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.87 Nonpriority creditor's name and mailing address**

FUZHOU XINBO ARTS & CRAFTS/AC
Creditor Name

Creditor's Notice name

110 SHIFOTOU ST.HONGWEI
Address

MINHOU

| FUZHOU | Fujian | 350106 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 18,151.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.88 Nonpriority creditor's name and mailing address**

FUZHOU ZHONGHUI HANDICRAFT FCTRY/AC
Creditor Name

Creditor's Notice name

RM 601 FUSHENG LOU NO 14 GULE RD
Address

| Fujian, FUZHOU | | 350004 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 6,982.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

| | |
|---|---|
| **3.89 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 42,307.50 |
| GARDEN JOY CO., LTD/LEONARD S KLEIN | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Room 301, Unit 1, Building 5 | Outstanding Accounts Payable |
| Address | |
| Yijiang Court, Houtang Road | |

| Linhai | Zhejiang | 317000 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account**

**number**

| | |
|---|---|
| **3.90 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 7,906.10 |
| GLOBAL GLORY PVT.LTD/TMERCH | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| B-23, | Outstanding Accounts Payable |
| Address | |
| SECTOR-7 | |
| NOIDA | |

| Uttar Pradesh | | 201301 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account**

**number**

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known)*: 23-10579

| 3.91 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 179,506.00 |

3.91 **Nonpriority creditor's name and mailing address**

GLORIOUS HOME COMPANY LIMITED/AC
Creditor Name

Creditor's Notice name

UNIT 513B,5/F,FUK SHING COMM
Address

BLDG,28 ONLOK MUN ST.FANLING

HONG KONG,
City          State          ZIP Code

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 179,506.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.92 **Nonpriority creditor's name and mailing address**

GNS IMPEX/TMERCH
Creditor Name

Creditor's Notice name

E-135, SECTOR-63
Address

NOIDA, UP, Uttar
Pradesh
City          State          ZIP Code 201301

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 6,007.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*:  23-10579

---

**3.93** **Nonpriority creditor's name and mailing address**

GOLDEN ACE IND/AC
Creditor Name


Creditor's Notice name

RM 2005, 20F, GUOMAO BLDG
Address

107 LIUQUAN RD


Shandong, ZIBO
City          State          ZIP Code

China
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              15,919.95
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.94** **Nonpriority creditor's name and mailing address**

GOOD LUCK HOME DECOR/DESIGNS DIRECT
Creditor Name


Creditor's Notice name

605 PHILADELPHIA STREET
Address


COVINGTON        KY          41011
City          State          ZIP Code


Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              7,189.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 13,080.36 |

GRACE RIBBON/LA RIBBONS
Creditor Name

TINA YVON
Creditor's Notice name

LOT B9 B10 B15 VIETHUONG
Address

2 INDUSTRIAL PARK BEN

| CAT DIST | Binh Duong | 823100 |
| City | State | ZIP Code |

Vietnam
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 213,578.10 |

GRAND ART ENTERPRISE LTD/GRAND ART
Creditor Name

Creditor's Notice name

Flat D, 11/F., Fu Hop Factory Building
Address

209-211 Wai Yip Street

Kwun Tong

| Kowloon | | |
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number (if known): 23-10579

**3.97 Nonpriority creditor's name and mailing address**

GRANDWOOD HK LTD/PRODUCT WORKS

Creditor Name

Creditor's Notice name

304 WAINWRIGHT DRIVE

Address

SUITE 130

| NORTHBROOK | IL | 60062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 102,529.40

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.98 Nonpriority creditor's name and mailing address**

GREYLAND TRADING, LTD

Creditor Name

AMY LEUNG

Creditor's Notice name

66 Mody Road, Rm 705A

Address

Tsim Sha Tsui Ctr

| Kowloon | | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 184,902.10

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Nantucket Distributing Co., LLC | Case number *(if known)*: | 23-10579 |
| --- | --- | --- | --- |

Name

**3.99 Nonpriority creditor's name and mailing address**

GUANGZHOU SINCERELY A&C CO. LTD/AC

Creditor Name

Creditor's Notice name

208 LISHAN RD,SHATOUZIYANG

Address

SHITAN TOWN, ZENGCHENG

| GUANGZHOU | Guangdong | 511330 |
| --- | --- | --- |
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 188,190.48

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.100 Nonpriority creditor's name and mailing address**

GUANGZHOU TAI FENG YUAN ENT CORP/AC

Creditor Name

Creditor's Notice name

Luodui, Fogang Village

Address

Shengang Town

| Conghua City | Guangdong | 510540 |
| --- | --- | --- |
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 335,499.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

**3.101 Nonpriority creditor's name and mailing address**

HANGZHOU PROSTAR ENTERPRISES LTD/AC

Creditor Name

Creditor's Notice name

Unit 904 Huayuan Development Bld

Address

No.639 Jianguo North Road

| Hangzhou | Zhejiang | 310004 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 5,641.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.102 Nonpriority creditor's name and mailing address**

HANGZHOU ROLAND IND CO/MORGAN

Creditor Name

Creditor's Notice name

1370 BROADWAY

Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 44,457.93

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

---

**3.103** **Nonpriority creditor's name and mailing address**

HANGZHOU TOP IN INDUSTRY CO/STUPELL
Creditor Name

Creditor's Notice name

14 INDUSTRIAL LN
Address

| JOHNSTON | RI | 02919 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                18,709.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.104** **Nonpriority creditor's name and mailing address**

HANGZHOU YIBAI HOME/DESIGNS DIRECT
Creditor Name

Creditor's Notice name

605 PHILADELPHIA STREET
Address

| COVINGTON | KY | 41011 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                33,286.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.105 Nonpriority creditor's name and mailing address**

HAPPY KID TOY GROUP LTD/BARRY
Creditor Name

Creditor's Notice name

RM 410, 4TH FLOOR
Address

HOUSTON CENTRE

63 MODY RD, TST EAST

KOWLOON
City    State    ZIP Code

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 40,603.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.106 Nonpriority creditor's name and mailing address**

HEFEI YUDE INTL TRADE CO.,LTD/AC
Creditor Name

Creditor's Notice name

K-1,NO.2 LINGHU ROAD, LUYANG
Address

INDUSTRIAL ZONE

HEFEI    Anhui    230041
City    State    ZIP Code

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 134,124.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number (if known): 23-10579

**3.107** **Nonpriority creditor's name and mailing address**

HENIEMO HOME COLLECTION CO./AC

Creditor Name

Creditor's Notice name

NO.2 ZHANGJIAN RD,DAZHONG PARK

Address

DAFENG DISTRICT

| YANCHENG CITY | Shaanxi | 224100 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                33,308.76

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.108** **Nonpriority creditor's name and mailing address**

HERRITAGE CLOTHING, INC

Creditor Name

Creditor's Notice name

33/53-C 111RD CROSS

Address

KAMARAJAPURAM

| KARUR | Tamil Nadu | |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                85,769.67

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

---

3.109 **Nonpriority creditor's name and mailing address**

HIGH SCALE INTERNATIONAL/AC
Creditor Name

Creditor's Notice name

RM 609, Building 9
Address

Lianjing Erli, Siming Area

Fujian, XIAMEN
City                State                ZIP Code

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                9,345.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

---

3.110 **Nonpriority creditor's name and mailing address**

HIONE ELECTRONIC CO LTD/AC
Creditor Name

Creditor's Notice name

XUNMEI INDUS AREA FENGZE DIST
Address

Fujian,
QUANZHOU
FUJIAN
City                State                ZIP Code

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                107,173.20
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

---

**3.111** **Nonpriority creditor's name and mailing address**

HOME ACCENTS FLORAL & CRAFT LTD/AC
Creditor Name

Creditor's Notice name

Units A & B, 15/F, Neich Tower
Address

128 Gloucester Road

Wanchai
City

State

ZIP Code

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    39,439.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.112** **Nonpriority creditor's name and mailing address**

HOME AND WE / TMERCH
Creditor Name

Creditor's Notice name

D-4/1, SITE-4, KASNA ROAD
Address

NEAR HALDIRAM

GREATER NOIDA

Uttar Pradesh
City

State

201306
ZIP Code

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    58,757.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 57 of 183

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*: 23-10579

**3.113  Nonpriority creditor's name and mailing address**

HOMEFASHION TEXTILES CORP., LTD/AC

Creditor Name

WEIR WU

Creditor's Notice name

NO.19 AIGEHAO ROAD,

Address

WEITANG TOWN

| SUZHOU | Jiangsu | 215134 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                4,880.70

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.114  Nonpriority creditor's name and mailing address**

HOMEJMAX ENTERPRISE/AC

Creditor Name

Creditor's Notice name

8F 262 LANE 416 CHAO HUI ROAD

Address

| Zhejiang, NINGBO | | 315402 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              201,288.18

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

| | |
|---|---|
| 3.115 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $    62,311.44 |

HOME-KEY INDUSTRIES, LTD
Creditor Name

JOHNNY SHEK
Creditor's Notice name

BLOCK B 6TH FLOOR STAGE 1
Address

KWAI SHING IND.BLDG.42-46

TAI LIN PAI RD.

| Hong Kong | | |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| 3.116 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $    350,709.29 |

HONEST CENTURY LTD./ARTISAN 34 LLC
Creditor Name

Creditor's Notice name

1441 Broadway, 22nd fl
Address

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.117 Nonpriority creditor's name and mailing address**

HONGFAN GIFTS LTD/AC

Creditor Name

Creditor's Notice name

HONGFAN BUILDING

Address

JIANGNAN INDUSTRIAL ZONE

| Fujian, QUANZHOU FUJIAN | | 362028 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    11,195.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.118 Nonpriority creditor's name and mailing address**

HUANGYAN FOREVER ARTS & CRAFTS/AC

Creditor Name

Creditor's Notice name

BEICHANG INDUSTRY ZONE

Address

| Zhejiang, HUANGYAN | | |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    351,556.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*:  23-10579

**3.119  Nonpriority creditor's name and mailing address**

HUNG HING PACKAGING (WUXI) LTD/PLUS

Creditor Name

Creditor's Notice name

ONE AMERICAN ROAD

Address

| CLEVELAND | OH | 44144 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    39,796.20

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.120  Nonpriority creditor's name and mailing address**

HUZHOU XINTIANDI/BENDON

Creditor Name

Creditor's Notice name

605 WESTLAKE DRIVE

Address

| ASHLAND | OH | 44805 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    28,800.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC
Name

Case number (if known)    23-10579

**3.121  Nonpriority creditor's name and mailing address**

I.J.K. LIMITED
Creditor Name

Creditor's Notice name

Unit A, 7/F, Summit Building
Address

30 Man Yue Street

Hung Hom

| Kowloon | | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                320,507.96
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.122  Nonpriority creditor's name and mailing address**

IBEX CORPORATION LTD
Creditor Name

Creditor's Notice name

ROOM 139, HOUSTON CENTRE
Address

63 MODY ROAD

TSIMSHATSUI EAST

| KOWLOON | | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                118,096.92
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*: 23-10579

3.123 **Nonpriority creditor's name and mailing address**

INDIAN HANDICRAFTS/TMERCH
Creditor Name

Creditor's Notice name

423/14, ANSAR BLOCK, KARIM NAGAR
Address

HAPUR ROAD

| MEERUT | | 250002 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    7,201.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

3.124 **Nonpriority creditor's name and mailing address**

INDIAN VILLAGE HANDICRAFTS/INDIAN
Creditor Name

Creditor's Notice name

SARAK PAR ST. TOWN BEHAT,
Address

DIST. U.P.,

SAHARANPUR IN

| Uttar Pradesh | | 247121 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                   20,124.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

| | |
|---|---|
| 3.125 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 17,027.28 |

IRIS COMPANY/AC

Creditor Name

Creditor's Notice name

2ND FL. POST BLDG.

Address

187 JIUFENG ROAD

Zhejiang, HUANGYAN

City          State          ZIP Code

China

Country

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.126 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 229,938.21 |

JACK-TOM INDUSTRIAL CO. LTD.

Creditor Name

Creditor's Notice name

PO BOX 1062 SECT3 AN-TAI BLD

Address

285 NANKING E. RD 9THFLOO

TAIPEI                    1050000

City          State          ZIP Code

Taiwan

Country

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**

---

| Debtor: | Nantucket Distributing Co., LLC | Case number *(if known)* | 23-10579 |
|---|---|---|---|
| | Name | | |

**3.127** | **Nonpriority creditor's name and mailing address**

JAKKS PACIFIC (HK)
Creditor Name

NATHAN JOHNSTON
Creditor's Notice name

12/F WHARF T&T CENTRE
Address

7 CANTON ROAD

Hong Kong, KOWLOON
City                State                ZIP Code

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $                17,087.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**

JAYANITA EXPORTS PVT LTD
Creditor Name

Creditor's Notice name

298-F.I.E. PATPARGANJ
Address

NEW DELHI                          110 092
City                State                ZIP Code

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $                49,172.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*:  23-10579

---

**3.129 Nonpriority creditor's name and mailing address**

JIA WEI LIFESTYLE, INC.
Creditor Name


Creditor's Notice name

14F.-4,NO.296,SEC.4,XINYIRD.,
Address

DAAN DIST..

Taipei City

| TAIPEI CITY | | 10679 |
|---|---|---|
| City | State | ZIP Code |

Taiwan
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              284,718.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.130 Nonpriority creditor's name and mailing address**

JIANGSU ETEX TEXTILE CORP/AC
Creditor Name


Creditor's Notice name

NO 201 JIJIANG ROAD
Address


| JIANGAN | Jiangsu | 214500 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $               60,242.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*:  23-10579

**3.131** **Nonpriority creditor's name and mailing address**

JIANGSU RISING CREATIVITY CO./AC

Creditor Name

Creditor's Notice name

NO.1 WUYI RD. DAFENG DISTRICT,

Address

YANCHENG,JIANGSU

| DAFENG | Jiangsu | 224100 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    12,496.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.132** **Nonpriority creditor's name and mailing address**

JIANGSU YILILAI HOME/MORGAN

Creditor Name

Creditor's Notice name

1370 BROADWAY

Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    9,135.39

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*: 23-10579

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 47,966.85 |

JIANGYIN KAIHUA PRINTING CO/ARLEE

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

99 PARK AVENUE

Address

**Basis for the claim:**

Outstanding Accounts Payable

| NEW YORK | NY | 10016 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 27,450.00 |

JINHUA JIELING HOUSEWARES/T&C

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

475 OBERLIN AVE. SOUTH

Address

**Basis for the claim:**

Outstanding Accounts Payable

| LAKEWOOD | NJ | 08701 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Nantucket Distributing Co., LLC

Case number (if known): 23-10579

Name

**3.135 Nonpriority creditor's name and mailing address**

JM MANUFACTURING HK LIMITED

Creditor Name

Creditor's Notice name

JUSTEN CENTRE 1/F

Address

4652 WAI CHING ST JORDAN RD

Hong Kong,
KOWLOON

| City | State | ZIP Code |
|------|-------|----------|

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 57,420.36

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.136 Nonpriority creditor's name and mailing address**

JUST PLAY (HK) LTD/NESCO SALES

Creditor Name

Creditor's Notice name

10/F, MIRROR TOWER, NO. 61 MODY RD

Address

TSIM SHA TSUI EAST

KOWLOON

| City | State | ZIP Code |
|------|-------|----------|

Hong Kong

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 144,491.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

**3.137** **Nonpriority creditor's name and mailing address**

KAILU SHANGHAI TRADING CO.LTD/TMD
Creditor Name

YING SHI
Creditor's Notice name

461 MELWOOD AVE
Address

| PITTSBURGH | PA | 15213 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    27,120.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.138** **Nonpriority creditor's name and mailing address**

KAM INTERNATIONAL/T&C
Creditor Name

Creditor's Notice name

475 OBERLIN AVE SOUTH
Address

| LAKEWOOD | NJ | 08701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    6,604.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number (if known): 23-10579

Name

| | |
|---|---|
| 3.139 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 24,630.00 |
| KANISHKO INT'L TRADING/HOME BAZAAR | *Check all that apply.* |

Creditor Name

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

RM#920,9TH FL,98 S.WANPING RD

**Basis for the claim:**

Address

Outstanding Accounts Payable

XUHUI DIST.

| SHANGHAI | Shanghai | 200030 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| 3.140 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 39,476.52 |
| KEECO CHINA/KEECO | *Check all that apply.* |

Creditor Name

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

19TH FLOOR, NO.488 YAOHUA RD,

**Basis for the claim:**

Address

Outstanding Accounts Payable

PUDONG,

| SHANGHAI | Shanghai | 200126 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*  23-10579

### 3.141 Nonpriority creditor's name and mailing address

KING ASIA /AC

Creditor Name

Creditor's Notice name

158 DAQING MIDDLE ROAD

Address

| YANCHENG,JIAN GSU | Jiangsu | 224001 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $               26,582.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.142 Nonpriority creditor's name and mailing address

KING'S MFG. CO., LTD/NEW VIEW

Creditor Name

Creditor's Notice name

311 E BALTIMORE ST

Address

SUITE 300

| Media | PA | 19063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $                7,348.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

| | |
|---|---|
| 3.143 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 15,966.72 |

KJE MANUFACTURING LIMITED
Creditor Name

Creditor's Notice name

Room 1006 Flat 10 Building A
Address

New Mandarin Plaza

14 Science Road Museum Road

| TST East | Hong Kong | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.144 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $ 26,502.84

KRISHNA BEADS INDUSTRIES LLP/TMERCH
Creditor Name

Creditor's Notice name

UNIT 150, FLOOR-1
Address

A-1 SHAH&NAHAR IND ESTATE SJ MARG

LOWER PAREL W.

| MUMBAI | | 400 013 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*   23-10579

**3.145 Nonpriority creditor's name and mailing address**

Kwalitee Fabs/TMerch
Creditor Name

Creditor's Notice name

Plot No. C-29 D. No. 1/190
Address

Karur Textiles Park

Puthambur Village

| Karur | | 639003 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                105,387.04
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.146 Nonpriority creditor's name and mailing address**

LA RIBBONS/LA RIBBONS
Creditor Name

TINA YVON
Creditor's Notice name

3/F, NO. 558 YINGYAO ROAD
Address

| JIMEI DISTRICT, XIAMEN | Fujian | 361021 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                 54,302.70
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 74 of 183

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

---

3.147 **Nonpriority creditor's name and mailing address**

LEOARTS INDIA PVT LTD./TMERCH
Creditor Name

Creditor's Notice name

58 & 59, SHAHIB JI NAGAR
Address

BAGHEL

SAHARANPUR

| Uttar Pradesh | | 247001 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 37,066.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.148 **Nonpriority creditor's name and mailing address**

LHCH ENTERPRISES LIMITED
Creditor Name

Creditor's Notice name

15/B, 15/F Cheuk Nang Plaza
Address

250 Hennessy Road

| Hong Kong | | 999077 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 71,640.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.149  Nonpriority creditor's name and mailing address**

LIAONING HONGSHENGXIN TRADING CO/AC
Creditor Name

Creditor's Notice name

ROOM 2-12-1, JINHAO BLDG.,
Address

S.SANJING ST. HEPING DIST.

| SHENYANG | Liaoning | 110003 |
|----------|----------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    22,851.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.150  Nonpriority creditor's name and mailing address**

LINHAI C&S ARTS AND CRAFTS/AC
Creditor Name

Creditor's Notice name

NO 72 JINGJIANG ROAD
Address

| LINHAI | Zhejiang | 317000 |
|--------|----------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    102,728.30
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*  23-10579

**3.151** **Nonpriority creditor's name and mailing address**

LINHAI C&S ARTS/WINCRAFT

Creditor Name

Creditor's Notice name

960 E MARK ST

Address

| WINONA | MN | 55987 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    32,670.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.152** **Nonpriority creditor's name and mailing address**

LONG KING PRINTING HK CO. LTD/AC

Creditor Name

Creditor's Notice name

RM 1101,SOUTH SEAS CTR,TWR 1

Address

75 MODY RD, TST EAST

| Hong Kong, KOWLOON | | |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    64,830.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*:  23-10579

Name

**3.153** **Nonpriority creditor's name and mailing address**

LONGYOU MINGXING A & C/NEW VIEW

Creditor Name

Creditor's Notice name

311 E BALTIMORE ST

Address

SUITE 300

| MEDIA | PA | 19063 |
|-------|-----|------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    2,492.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.154** **Nonpriority creditor's name and mailing address**

LUFENG YINGTAI GIFTS CO/AC

Creditor Name

Creditor's Notice name

NO.40 XINPUWEI LANE,

Address

JIESHI TOWN

| Lufeng | Guangdong | 516545 |
|--------|-----------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                   26,224.01

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*   23-10579

Name

---

**3.155 Nonpriority creditor's name and mailing address**

LYRA CRAFT EXPORTS/TMERCH

Creditor Name

VIPIN TRIPATHI

Creditor's Notice name

B-65 SECTOR-67

Address

| NOIDA, Uttar Pradesh | | 201301 |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            3,642.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.156 Nonpriority creditor's name and mailing address**

MACHIMPEX NINGBO LTD/MACHIMPEX USA

Creditor Name

Creditor's Notice name

A-18F INTL CONVENTION & EXHIBITION

Address

CENTRE, 166-168 BAIZHANG RD

| NINGBO | Zhejiang | 315040 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            37,113.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*  23-10579

**3.157** **Nonpriority creditor's name and mailing address**

MAINSTREAM INTERNATIONAL/MAINSTREAM

Creditor Name

Creditor's Notice name

115 NEWFIELD AVENUE

Address

| EDISON | NJ | 08837 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              840,213.69

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.158** **Nonpriority creditor's name and mailing address**

MARKET UNION CO., LTD/AC

Creditor Name

Creditor's Notice name

7F, NO.1 BUILDING, NO. 1498,

Address

JIANGNAN ROAD

| NINGBO | Zhejiang | 315040 |
|--------|----------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              5,977.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.159** **Nonpriority creditor's name and mailing address**

MARTCO EXPORT/INDIAN
Creditor Name

Creditor's Notice name

NH 24 LODHIPUR RAJPUT DELHI RD
Address

| MARADABAD, Uttar Pradesh | | 244001 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 38,302.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.160** **Nonpriority creditor's name and mailing address**

MEDITERRANEAN SHIPPING COMPANY (USA) INC
Creditor Name

Creditor's Notice name

420 5TH AVENUE
Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 8,224.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

**3.161** **Nonpriority creditor's name and mailing address**

MEIZHOU SHENGHUA/AC

Creditor Name

Creditor's Notice name

NO. 33 ZHONGSHAN STREET

Address

SHUIKOU TOWN

Guangdong,
XINGNING CITY

| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              39,690.00

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.162** **Nonpriority creditor's name and mailing address**

MHT COMPANY LTD/MHT

Creditor Name

Creditor's Notice name

E, 9/F, High Win Factory Building

Address

47 Hoi Yuen Road

| Kwun Tong | Kowloon | |

| City | State | ZIP Code |

Hong Kong

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              42,088.50

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor:  Nantucket Distributing Co., LLC

Case number *(if known)*:  23-10579

**3.163  Nonpriority creditor's name and mailing address**

MIDWEST GLOVES & GEAR IMPORTS
Creditor Name

MELINDA HENRY
Creditor's Notice name

PO Box 260
Address

| chillicothe | MO | 64601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                169,121.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.164  Nonpriority creditor's name and mailing address**

MILLENIUM EXPORT/INDIAN INC
Creditor Name

Creditor's Notice name

PHASE-6/12 GHARONDA GANESH
Address

NAGAR

FIROZABAD

| Uttar Pradesh | | 283203 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 20,002.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

### 3.165 Nonpriority creditor's name and mailing address

MINHOU HONGSHENG YUAN A & C/AC

Creditor Name

Creditor's Notice name

NO 82 HOUYU

Address

| Fujian, MINHOU | | 350108 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,298.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.166 Nonpriority creditor's name and mailing address

MNS IMPEX/TMERCH

Creditor Name

Creditor's Notice name

G-309 SECTOR 63

Address

| NOIDA | | 201301 |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,830.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

| 3.167 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | $ | 24,692.21 |

**3.167 Nonpriority creditor's name and mailing address**

MORGAN HOME FASHIONS CO., LTD.
Creditor Name

EDGAR RODRIGUEZ
Creditor's Notice name

1370 BROADWAY
Address



| NEW YORK | NY | 10018 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 24,692.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.168 Nonpriority creditor's name and mailing address**

MR. CHRISTMAS, LLC
Creditor Name


Creditor's Notice name

901-903A INTER-CONTINENTAL PLAZA
Address

94 GRANVILLE RD

TSIMSHATSUI EAST

| KOWLOON | | |
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 20,859.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*  23-10579

3.169 **Nonpriority creditor's name and mailing address**

NANJING KINGCOLOR G&A CO.,LTD/AC
Creditor Name

Creditor's Notice name

RM 111, NO.86 HUA SHEN AVENUE
Address

| NANJING | Jiangsu | 210012 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  26,955.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.170 **Nonpriority creditor's name and mailing address**

NANTONG MISHANG TEXTILE/BECO HOME
Creditor Name

CARMELA PALERMO
Creditor's Notice name

10900 RUE COLBERT ST
Address

| VILLE DANJOU | QC | H1J2H8 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  150,988.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC
Name

Case number (if known)    23-10579

**3.171** **Nonpriority creditor's name and mailing address**

NATRAJ HOME FURNISHINGS/INDIAN INC
Creditor Name

Creditor's Notice name

318,HSIIDC IND.ESATE,PHASE-IV
Address

SECTOR-57

| KUNDLI | Haryana | 131028 |
|--------|---------|--------|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 36,127.20 |
|---|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.172** **Nonpriority creditor's name and mailing address**

NATURE & HOME TRENDS/AC
Creditor Name

Creditor's Notice name

RM 10E XINLI GARDEN
Address

NO 262 LVLING RD

| Fujian, XIAMEN | | |
|--------|---------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 119,421.38 |
|---|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.173  Nonpriority creditor's name and mailing address**

NEW GENERATION ENTERPRISE LIMITED

Creditor Name

Creditor's Notice name

ROOM 1006 FLAT 10 BUILDING

Address

A NEW MANDARIN PLAZA

14 SCIENCE MUSEUM ROAD

TST EAST

| City | State | ZIP Code |
|------|-------|----------|

Hong Kong

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             4,740.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.174  Nonpriority creditor's name and mailing address**

NEW STAR ARTS & CRAFTS CO., LTD/AC

Creditor Name

Creditor's Notice name

BLK B 17/F ZHONGRUN INTL BLDG

Address

NO 22 SANHAO ST HEPING DIST

Liaoning,
SHENYANG

| City | State | ZIP Code |
|------|-------|----------|

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           131,134.50

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known)*    23-10579

**3.175 Nonpriority creditor's name and mailing address**

NINGBO BELLA SOLAR CO., LTD/STARZ
Creditor Name

Creditor's Notice name

3/F, Building 7, Electrical Business Park
Address

No.568 Siming Road (East), Yinzhou Area

Zhejiang, Ningbo
City        State        ZIP Code

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 40,991.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.176 Nonpriority creditor's name and mailing address**

NINGBO BETHLEHEM ELECTRICAL/AC
Creditor Name

JAN
Creditor's Notice name

Xidian Ninghai
Address

Ningbo        Zhejiang        315613
City        State        ZIP Code

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 9,418.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

| | |
|---|---|
| Name | |

**3.177 Nonpriority creditor's name and mailing address**

NINGBO CNACC IMP & EXP/AC
Creditor Name

Creditor's Notice name

NO 598 SOUTH KANG ZHUANG ROAD
Address

| NINGBO | Zhejiang | 315032 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 18,275.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.178 Nonpriority creditor's name and mailing address**

NINGBO COLOURFUL TRAD/AC
Creditor Name

CLOUD QI
Creditor's Notice name

No. 666 Tiantong South Road
Address

Yinzhou District

| Zhejiang, NINGBO | | |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 11,389.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.179** **Nonpriority creditor's name and mailing address**

NINGBO DAFUNS IND/DISCOVERY
Creditor Name

Creditor's Notice name

FLOOR 2M BLDG 1,
Address

#177 WEST JINJUI RD, YINZHOU

| NINGBO CHN | Zhejiang | 315108 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              66,145.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.180** **Nonpriority creditor's name and mailing address**

NINGBO DUNHUANG I/E CO.LTD/AC
Creditor Name

Creditor's Notice name

18FL, YUEHU JINMAO BLDG,
Address

NO.225 LIUTING ST, HAISHU

| NINGBO | Zhejiang | 315012 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              39,717.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

**3.181 Nonpriority creditor's name and mailing address**

NINGBO FEIHONG STNY CO/IG DESIGN

Creditor Name

Creditor's Notice name

338 INDUSTRIAL BLVD

Address

| MIDWAY | GA | 31320 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                17,262.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.182 Nonpriority creditor's name and mailing address**

NINGBO GOLDEN FORTUNE/TRILAND CORP

Creditor Name

Creditor's Notice name

MINLE VILLAGE, GAOQIAO TOWN,

Address

YINZHOU DISTRICT

| NINGBO CHN | Zhejiang | 318020 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                7,812.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.183 Nonpriority creditor's name and mailing address**

NINGBO HOMEWELL INDUSTRIAL LTD/AC

Creditor Name

LUCY WANG

Creditor's Notice name

Room 203, Ningbo Hall

Address

#128, Xianghe East Rd

| Yinzhou Dist, Ningbo | Zhejiang | 315105 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                13,800.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.184 Nonpriority creditor's name and mailing address**

NINGBO HUAMAO INT'L CO.,LTD/LPG

Creditor Name

Creditor's Notice name

813 WISCONSIN STREET

Address

| WALWORTH | WI | 53191 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                35,007.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number (if known): 23-10579

---

3.185 **Nonpriority creditor's name and mailing address**

NINGBO JIAEN IMPORT LTD/AC
Creditor Name

Creditor's Notice name

ROOM 2406, NO.468,TAIKANGZHONG
Address

ROAD, YINZHOU DISTRICT

| NINGBO | Zhejiang | 315100 |
|--------|----------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              12,264.48

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.186 **Nonpriority creditor's name and mailing address**

NINGBO JOHN/AC
Creditor Name

Creditor's Notice name

NO.65, LANE 225, KAIYUAN ROAD,
Address

JIANGBEI DISTRICT

| NINGBO | Zhejiang | 315100 |
|--------|----------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              25,202.70

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Name

Case number (if known)    23-10579

**3.187 Nonpriority creditor's name and mailing address**

NINGBO KOSDA/AC

Creditor Name

Creditor's Notice name

25 PINGLE XIANG ROAD, DAXIE DEVELOPMENT ZONE

Address

BEILUN DIST

| NINGBO | Zhejiang | 315812 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                422,450.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.188 Nonpriority creditor's name and mailing address**

NINGBO OCEAN TEXTILE CO/ARLEE

Creditor Name

Creditor's Notice name

99 PARK AVENUE

Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,310.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.189 Nonpriority creditor's name and mailing address**

NINGBO RAVO IMP & EXP LTD/AC
Creditor Name

Creditor's Notice name

2F BLDG 3 NO 188 CHANGYANG RD
Address

JIANGBEI

| NINGBO | Zhejiang | 315033 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                7,490.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.190 Nonpriority creditor's name and mailing address**

NINGBO REALGOOD IND.CO.,LTD/AC
Creditor Name

Creditor's Notice name

NO.818, JINYUAN RD,
Address

YINZHOU INVESTMENT BUSINESS CENTER

| NINGBO | Zhejiang | 315100 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              147,953.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

---

**3.191 Nonpriority creditor's name and mailing address**

NINGBO REGIA HOMEWARE/AC

Creditor Name

Creditor's Notice name

NO. 415-5 KAIYUAN ROAD,

Address

JINPING STREET,FENGHUA

| NINGBO | Zhejiang | 315500 |
|--------|----------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 34,251.84

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.192 Nonpriority creditor's name and mailing address**

NINGBO RIVORAN CONSUMER ENTERPRISE/AC

Creditor Name

Creditor's Notice name

HONG TANG INDUSTRIAL ZONE A

Address

| NINGBO | Zhejiang | 31500 |
|--------|----------|-------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 140,583.23

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known)*    23-10579

**3.193 Nonpriority creditor's name and mailing address**

NINGBO SHIMAOTONG INTL CO/ELRENE
Creditor Name

Creditor's Notice name

12F, GUTING BLD, HEFENG CREATIVE SQ
Address

NO.495 JIANGDONG NORTH RD

| NINGBO | Zhejiang | 315040 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    4,392.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.194 Nonpriority creditor's name and mailing address**

NINGBO SPLENDID HOME TEXT LTD/AC
Creditor Name

Creditor's Notice name

ROOM 506 MIRROR TOWER
Address

61 MODY ROAD

TSIMSHATSUI

| EAST KOWLOON | | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    41,540.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.195 Nonpriority creditor's name and mailing address**

NINGBO WINS TIME I/E CO LTD/AC

Creditor Name

Creditor's Notice name

NO.257 EAST HUIFENG RD,17TH FL

Address

YINZHO BUSINESS BLDG

| NINGBO | Zhejiang | 315199 |
|--------|----------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                131,846.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.196 Nonpriority creditor's name and mailing address**

NINGBO YINZHOU BAOYUN ELEC./AC

Creditor Name

Creditor's Notice name

Fl. 2, Building C, Yuanquwuyou Zone

Address

Hengjie town

| Zhejiang, NINGBO | | 315181 |
|--------|----------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                139,060.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*  23-10579

**3.197** **Nonpriority creditor's name and mailing address**

NINGBO YIXINCHENG ELECT APPL/AC

Creditor Name

Creditor's Notice name

XIAOLUXIA VILLAGE SIMEN

Address

| YUYAO CITY | Zhejiang | 315472 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          72,779.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.198** **Nonpriority creditor's name and mailing address**

NINGBO ZHENGTENG STATIONERY & SPRT/AC

Creditor Name

Creditor's Notice name

RM 704,BONA PLAZA,

Address

NO. 456 TAIKANG MIDDLE RD

| NINGBO | Zhejiang | 315100 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          79,068.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
_____
Name

Case number *(if known)*: 23-10579
_____

**3.199 Nonpriority creditor's name and mailing address**

NORTHVALE INDUSTRIAL CO.
Creditor Name

_____
Creditor's Notice name

RM 703, HUNGHOM COMMERCIAL CENTRE
Address

TOWER B, 37 MA TAU WAI ROAD

_____

| HUNGHOM | KOWLOON | |
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    4,444.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.200 Nonpriority creditor's name and mailing address**

OPARI GROUP (HK) LIMITED/AC
Creditor Name

_____
Creditor's Notice name

RM 605, 6/FLR EASEY COMMERCIAL
Address

BLDG NO.253-261 HENNESSY ROAD

_____

| HONG KONG, | | |
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  150,633.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
_____
Name

Case number *(if known)*: 23-10579
_____

**3.201** **Nonpriority creditor's name and mailing address**

Orient Overseas Container Line, Ltd
_____
Creditor Name

_____
Creditor's Notice name

10913 South River Parkway, Suite 200
_____
Address

_____

_____

| South Jordan | UT | 84095 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    69,055.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.202** **Nonpriority creditor's name and mailing address**

OTIE INTERNATIONAL/CLOUD NINE
_____
Creditor Name

_____
Creditor's Notice name

PLOT NO. 33,SECTOR-29, PART-1
_____
Address

HUDA
_____

| PANIPAT | Haryana | 132103 |
|---|---|---|
| City | State | ZIP Code |

India
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    5,923.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)* 23-10579

**3.203** **Nonpriority creditor's name and mailing address**

P.P. INTERNATIONAL/WINDHAM

Creditor Name

Creditor's Notice name

155 BROOKSIDE

Address

| WEST WARWICK | RI | 02893 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 81,072.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.204** **Nonpriority creditor's name and mailing address**

PACIFIC ISLAND CREATIONS CO., LTD

Creditor Name

Creditor's Notice name

9F, NO.135 DUNHUA N. RD.

Address

SONGSHAN DIST

| Taipei City 114 | | 105 |
|---|---|---|
| City | State | ZIP Code |

Taiwan

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 752,092.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*: 23-10579

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,125,154.81

PACIFIC SUPREME

Creditor Name

Creditor's Notice name

29/4 M00 1 SOI ONNUCH 62

Address

SUKHUMVIT 77, SUANLUANG

| Bangkok | | 10250 |
|---|---|---|
| City | State | ZIP Code |

Thailand

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 13,758.40

PARTH OVERSEAS/INDIAN

Creditor Name

Creditor's Notice name

OPP.MODERN PUBLIC SCHOOL

Address

DELHI ROAD,

MORADABAD

| Uttar Pradesh | | 244001 |
|---|---|---|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.207** **Nonpriority creditor's name and mailing address**

PAW SP.ZO.O/JS

Creditor Name

Creditor's Notice name

SAALGASSE, 22

Address

| FRANKFURT | | 60311 |
|---|---|---|
| City | State | ZIP Code |

Germany

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                56,034.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.208** **Nonpriority creditor's name and mailing address**

PEM AMERICA (HK) COMPANY

Creditor Name

SEQUOIA WILSON

Creditor's Notice name

RM 1907 GREAT EAGLE CENTRE

Address

23 HARBOUR ROAD

| Hong Kong, WAN CHAI | | |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                294,716.09

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.209 Nonpriority creditor's name and mailing address**

PERPETUAL PRODUCT DEVELOPMENT O/B PPD LTD

Creditor Name

Creditor's Notice name

ROOM 709 7/F AIYIMEI BLDG.,756

Address

TIANTONG SOUTH ROAD

Zhejiang

NINGBO

City          State          ZIP Code

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    327,278.11

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.210 Nonpriority creditor's name and mailing address**

PLEDGE LIGHTING/DESIGNS DIRECT

Creditor Name

Creditor's Notice name

605 PHILADELPHIA STREET

Address

COVINGTON          KY          41011

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    31,143.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Nantucket Distributing Co., LLC | Case number *(if known)*: | 23-10579 |
| | Name | | |

**3.211 Nonpriority creditor's name and mailing address**

PRAGATI HANDICRAFTS/INDIAN
Creditor Name

Creditor's Notice name

G-19 & 20, UPSIDC SITE-IV,
Address

SURAJPUR,

GREATER NOIDA

| Uttar Pradesh | | 201306 |
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 52,059.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.212 Nonpriority creditor's name and mailing address**

PREM TEXTILES INT'L/TMERCH
Creditor Name

VASANTH KUMAR
Creditor's Notice name

Ramakrishna Puram East
Address

| Karur | | 639001 |
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 23,585.78
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Outstanding Accounts Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.213 Nonpriority creditor's name and mailing address**

PRESTIGE PATIO CO. LTD/PRESTIGE
Creditor Name

Creditor's Notice name

42 W 38 STREET, SUITE 802
Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 467,084.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.214 Nonpriority creditor's name and mailing address**

PRINPIA CO., LTD./WILLOW CREEK
Creditor Name

Creditor's Notice name

PO BOX 147
Address

| MINOCQUA | WI | 54548 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 53,850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.215  Nonpriority creditor's name and mailing address**

PRODUCT DESIGN CO
Creditor Name

Creditor's Notice name

BLOCK B, 10/F, ELDEX INDUSTRIAL BUILDING
Address

21 MATAU ROAD, HUNGHOM

KOWLOON
City          State          ZIP Code

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              88,934.22
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.216  Nonpriority creditor's name and mailing address**

Profit Cultural&Creat. /Prima Donna
Creditor Name

Creditor's Notice name

41 MADISON AVE, FL 8
Address

NEW YORK       NY           10010
City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               6,770.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

| | |
|---|---|
| **3.217 Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 70,560.00 |
| PT LAXHOLM & NIELSEN/CONNOR | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Kemiri RT 01 RW 04 Tlogorandu | Outstanding Accounts Payable |
| Address | |
| Juwiring, Klaten | |

Central Java

City | State | ZIP Code

Indonesia

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.218 Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 29,172.00 |
| QINGDAO ALPHA TEXTILE CO., LTD | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| NO.5 WENLING ROAD, | Outstanding Accounts Payable |
| Address | |
| LAOSHAN DISTRICT | |

QINGDAO | Shandong | 266000

City | State | ZIP Code

China

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.219 Nonpriority creditor's name and mailing address**

QINGDAO CHEER ARTS & CRAFTS/AZZURE
Creditor Name

Creditor's Notice name

141 West 36th St, Ste 901
Address

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                49,054.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.220 Nonpriority creditor's name and mailing address**

QINGDAO CHY HOME FASHIONS CO LTD/AC
Creditor Name

Creditor's Notice name

STE 1013-1015 BLDG A WORLD TR
Address

CNT, NO 6 HONG KONG MIDDLE RD

| QINGDAO | Shandong | 266071 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               143,384.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.221 Nonpriority creditor's name and mailing address**

QINGDAO EVERPROSPER IND.CO.LTD/AC

Creditor Name

Creditor's Notice name

RM 2021, SCIENCE INFORMATION

Address

MANSION, NO.228,LIAONING ROAD

| QINGDAO | Shandong | 266012 |
|---------|----------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,582.97

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.222 Nonpriority creditor's name and mailing address**

QINGDAO GREAT TEXTILE I/E LTD/AC

Creditor Name

Creditor's Notice name

3A04-05 TOWER A, NO. 177 TAILIU ROAD

Address

| qingdao | Shandong | 266033 |
|---------|----------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              116,162.53

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
_____
Name

Case number *(if known)*    23-10579

**3.223** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 160,971.39
QINGDAO SUNTEX CO., LTD/AC
_____
Creditor Name

Check all that apply.

_____
Creditor's Notice name

☐ Contingent

☐ Unliquidated

1802, NO.1 BLDG.SHINAN SOFTWAR
_____
Address

☐ Disputed

PARK, 288 NINGXIA RD

**Basis for the claim:**

_____

Outstanding Accounts Payable
_____

_____

| QINGDAO CN | Shandong | 226071 |
|---|---|---|
| City | State | ZIP Code |

China
_____
Country

**Date or dates debt was incurred**        **Is the claim subject to offset?**
_____   ☒ No

**Last 4 digits of account**                 ☐ Yes

**number**

**3.224** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 20,864.84
QUALITY EXPORTS/T MERCHANDISING
_____
Creditor Name

Check all that apply.

_____
Creditor's Notice name

☐ Contingent

☐ Unliquidated

LAKRI FAZALPUR, DELHI ROAD
_____
Address

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

_____

| MORADABAD, Uttar Pradesh | | 244001 |
|---|---|---|
| City | State | ZIP Code |

India
_____
Country

**Date or dates debt was incurred**        **Is the claim subject to offset?**
_____   ☒ No

**Last 4 digits of account**                 ☐ Yes

**number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.225 Nonpriority creditor's name and mailing address**

QUANG DUNG TRADING CO./CONNOR
Creditor Name

Creditor's Notice name

BINH DUONG TOWN
Address

PHU MY DISTRICT VN

| BINH DINH PROVINCE | Binh Dinh | 59000 |
|---|---|---|
| City | State | ZIP Code |

Vietnam
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $                155,439.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.226 Nonpriority creditor's name and mailing address**

QUANZHOU RICH GIFTS CO., LTD/STARZ
Creditor Name

Creditor's Notice name

2/F, FURONGHUA BLDG.D NO. 397,
Address

SOUTH CHENGHUA RD,FENGZE DIST.

| QUANZHOU | Fujian | 362000 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:  $                55,917.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.227**  **Nonpriority creditor's name and mailing address**

R.R. INTERNATIONAL/INDIAN
Creditor Name

RAVI SINGH
Creditor's Notice name

LAKRI FAZALPUR, MINI BYE PASS,
Address

DELHI ROAD,

MORADABAD

| Uttar Pradesh | | 244001 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    4,842.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.228**  **Nonpriority creditor's name and mailing address**

RAKHAVA IMPEX/ELRENE
Creditor Name

Creditor's Notice name

99 Park AVENUE
Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    10,659.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

**3.229 Nonpriority creditor's name and mailing address**

RAOPING LONGXIN HANDICRAFT/BLUE SKY

Creditor Name

Creditor's Notice name

2075 S ATLANTIC AVE, SUITE H

Address

| MONTEREY PARK | CA | 91754 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $            102,887.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.230 Nonpriority creditor's name and mailing address**

RASIK PRODUCTS PVT. LTD/LINDY

Creditor Name

Creditor's Notice name

7180 TROY HILL DRIVE

Address

SUITES J & K

| ELKRIDGE | MD | 21075 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $            153,190.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*: 23-10579

**3.231 Nonpriority creditor's name and mailing address**

RATAN TEXTILES/INDIAN

Creditor Name

Creditor's Notice name

B-189, APPAREL PARK

Address

MAHAL ROAD, JAGATPURA

| JAIPUR | | 302025 |
|--------|-------|--------|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33,066.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.232 Nonpriority creditor's name and mailing address**

Ravan Transit, LLC

Creditor Name

HELAINA G, YIANNI RAVANIS

Creditor's Notice name

59 New Taunton Avenue

Address

| Norton | MA | 02766 |
|--------|-------|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,360.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.233** **Nonpriority creditor's name and mailing address**

Raymond Steve/AC

Creditor Name

Creditor's Notice name

SUITE 611, TOWER A

Address

HUNGHOM COMMERCIAL CENTRE

39 MATAUWEI ROAD

HUNGHOM

City            State            ZIP Code

Hong Kong

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                29,463.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.234** **Nonpriority creditor's name and mailing address**

RENAISSANCE/TMERCH

Creditor Name

Creditor's Notice name

PLOT NO.117, SECTOR-06

Address

IMT MANESAR

GURGAON         Haryana         122050

City            State            ZIP Code

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                24,897.49

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.235 Nonpriority creditor's name and mailing address**

RIBA TEXTILES LTD/PARAMPARA

Creditor Name

AMIT GARG

Creditor's Notice name

DD-14 NEHRU ENCLAVE

Address

OPP. KALKAJI POST OFFICE

| NEW DELHI | Delhi | 110019 |
|-----------|-------|--------|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                314,088.06

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.236 Nonpriority creditor's name and mailing address**

RIDDHI SIDDHI/NATCO

Creditor Name

Creditor's Notice name

155 BROOKSIDE AVENUE

Address

| WEST WARWICK | RI | 02893 |
|--------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    672.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Nantucket Distributing Co., LLC | | Case number *(if known)* | 23-10579 |
| | Name | | | |

**3.237 Nonpriority creditor's name and mailing address**

RMS INTERNATIONAL (USA), INC.
Creditor Name

Creditor's Notice name

40 SHATTUCK ROAD, STE 204
Address

| ANDOVER | MA | 01810 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                          57,120.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.238 Nonpriority creditor's name and mailing address**

RR INDUSTRIES/INDIAN
Creditor Name

Creditor's Notice name

PLOT-563, UDYOG VIHAR, PHASE-5
Address

GURGAON

| HARYANA | | 122001 |
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                          12,056.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*: 23-10579

**3.239 Nonpriority creditor's name and mailing address**

RUGAO HONGTAI TEXTILE/AC

Creditor Name

Creditor's Notice name

NO.76, SECTION 1, JIANSHE BEI ROAD

Address

| CHENGDU | Sichuan | 610000 |
|---------|---------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $          12,761.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.240 Nonpriority creditor's name and mailing address**

RUIAN D-BRIGHT ARTS & CRAFTS CO/AC

Creditor Name

Creditor's Notice name

LINXI INDUSTRY DISTRICT

Address

| RUIAN | Zhejiang | 325213 |
|-------|----------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $          22,927.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*:   23-10579

**3.241** **Nonpriority creditor's name and mailing address**

SACRED HOME/TMERCH
Creditor Name


Creditor's Notice name

C-275, SECTOR-63
Address



NOIDA, Uttar Pradesh | | 201 301
City | State | ZIP Code

India
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                18,949.39
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable


**Is the claim subject to offset?**

☒   No

☐   Yes

**3.242** **Nonpriority creditor's name and mailing address**

SAID HASAN & SONS/INDIAN INC
Creditor Name


Creditor's Notice name

EID GAH RD, NEAR POLICE CHOWKI
Address



SAHARANPUR, Uttar Pradesh | | 247001
City | State | ZIP Code

India
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                32,694.45
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable


**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.243** **Nonpriority creditor's name and mailing address**

SANDBOX INDUSTRIES LIMITED
Creditor Name

CHRIS WONG
Creditor's Notice name

401 KAI FUK INDUSTRIAL CTR
Address

1 WANG TUNG ST

| KOWLOON BAY | Kowloon | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                65,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.244** **Nonpriority creditor's name and mailing address**

SARLA HANDICRAFTS (P) LTD./TMERCH
Creditor Name

Creditor's Notice name

NEAR FLORA INTERNATIONAL
Address

SECTOR - 29

| HUDA PANIPAT | Haryana | 132103 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                42,619.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known):* 23-10579

**3.245 Nonpriority creditor's name and mailing address**

SCENT-SATIONAL ENTERPRISES CO.,LTD
Creditor Name

Creditor's Notice name

ROOM 2208, HANGDU BUILDING,
Address

HUAFU ROAD, FUTIAN DISTRICT

| SHENZHEN | Guangdong | 518000 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                146,810.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.246 Nonpriority creditor's name and mailing address**

SEAZNS SHANGHAI CO., LTD/AC
Creditor Name

Creditor's Notice name

ROOM 2207A, NO. 28 MAJI ROAD
Address

PILOT FREE TRADE ZONE

| Shanghai | Shanghai | 200137 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                36,276.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known)*:  23-10579

**3.247**  **Nonpriority creditor's name and mailing address**

SHANDONG EXCEL LIGHT IND LTD/AC
Creditor Name

Creditor's Notice name

168 MINXIANG ROAD ZIBO HIGH-
Address

TECH INDUSTRIAL PARK

| SHANDONG | Shandong | 255000 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                199,195.42
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.248**  **Nonpriority creditor's name and mailing address**

SHANGHAI ANP IMP & EXP CO LTD/AC
Creditor Name

Creditor's Notice name

ROOM 2403/24TH FLOOR, 2ND BLDG.,
Address

NO.571, LAO SHAN E ROAD

| Pudong | Shanghai | 200010 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                56,832.29
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

---

**3.249** **Nonpriority creditor's name and mailing address**

SHANGHAI ASHBURN ALUM FOIL/AC

Creditor Name

Creditor's Notice name

No. 210 Fengshan Road

Address

| Yuyao | Zhejiang | 315400 |
|-------|----------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    100,732.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.250** **Nonpriority creditor's name and mailing address**

SHANGHAI CREATION HOME CO.,LTD/AC

Creditor Name

Creditor's Notice name

RM 507,BUILDING 15

Address

NO.1951 DUHUI RD., MINHANG

| SHANGHAI | Shanghai | 201108 |
|----------|----------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,437.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

3.251 **Nonpriority creditor's name and mailing address**

SHANGHAI LILY GIFT CO., LTD/AC
Creditor Name

Creditor's Notice name

RM 203, NO. 1951
Address

SOUTH LIANHUA RD.

| SHANGHAI | Shanghai | 201108 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 120,887.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.252 **Nonpriority creditor's name and mailing address**

SHANGHAI UNITEX TEXTILES/T & C
Creditor Name

Creditor's Notice name

475 OBERLIN AVE. SOUTH
Address

| LAKEWOOD | NJ | 08701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 40,056.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

**3.253** **Nonpriority creditor's name and mailing address**

SHANGYI HOME PRODUCTS CO., LTD/AC

Creditor Name

Creditor's Notice name

#1 DALUXINQU,GUANGLONG,LIANXIA

Address

CHENGHAI, SHANTOU

| GUANGDONG | Guangdong | 515800 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                8,976.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.254** **Nonpriority creditor's name and mailing address**

SHANTOU CHENGHAI RONGSHENG TRADE/AC

Creditor Name

Creditor's Notice name

NO 6, XINXING ROAD, XINNING

Address

FENGXIANG, CHENGHAI

| SHANTOU | Guangdong | 515800 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              165,391.08

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.255 Nonpriority creditor's name and mailing address**

SHAOXING BOLAN HOME TEX/ELRENE
Creditor Name

Creditor's Notice name

99 PARK AVENUE
Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 44,050.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.256 Nonpriority creditor's name and mailing address**

SHAOXING SWEETE TEXTILE CO/ELRENE
Creditor Name

Creditor's Notice name

99 PARK AVENUE
Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 28,003.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Nantucket Distributing Co., LLC

Case number *(if known)*:  23-10579

---

**3.257** **Nonpriority creditor's name and mailing address**

SHAOXING TIANCHANG HOME TEXT/ELRENE
Creditor Name

Creditor's Notice name

99 Park Avenue
Address


NEW YORK | NY | 10016
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                18,660.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.258** **Nonpriority creditor's name and mailing address**

SHENYANG NEW VISION CO LTD/AC
Creditor Name

Creditor's Notice name

RM 2016 NO 7-3 TIANCI ST
Address

HUNNANXIN DIST


SHENYANG | Liaoning | 110179
City | State | ZIP Code

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                39,369.10
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 130 of 183

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known)*    23-10579

**3.259** **Nonpriority creditor's name and mailing address**

SHENZHEN JUSIN METAL/NEW VIEW
Creditor Name

Creditor's Notice name

311 E BALTIMORE ST
Address

SUITE 300

| MEDIA | PA | 19063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,068.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.260** **Nonpriority creditor's name and mailing address**

SHENZHEN ZILLION COM & TRADE LTD/AC
Creditor Name

Creditor's Notice name

NO 303 3F ZHONGMAO BUILDING
Address

BEIZHAN RD 1ST LOUHU DIST

| SHENZHEN | Guangdong | 518001 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,689.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.261 Nonpriority creditor's name and mailing address**

SHEPHERDS INDIA INC/TMERCH
Creditor Name

Creditor's Notice name

LANE NO 5, PEERZADA ROAD
Address

HAYAT NAGAR

MORADABAD

| Uttar Pradesh | | 244001 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    10,368.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.262 Nonpriority creditor's name and mailing address**

SHINE ARTS (XIAMEN) INC/AC
Creditor Name

Creditor's Notice name

UNIT401 NO5 BLDG ZHONGCANG IND
Address

NO 29 PING CHENG W RD HAICANG

| XIAMEN | Fujian | 361026 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    254,259.95
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*     23-10579
Name

**3.263** **Nonpriority creditor's name and mailing address**

SHIV SHAKTI EXPORTS/INDIAN
Creditor Name

Creditor's Notice name

PASSINA KALAN ROAD
Address

| PANIPAT | Haryana | 132103 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                17,653.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.264** **Nonpriority creditor's name and mailing address**

SHREYANS INC./T MERCH
Creditor Name

NEERAJ AHUJA
Creditor's Notice name

Plot No 113 Sec-25 Part II
Address

| Huda Panipat | Haryana | 132103 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                13,697.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*   23-10579

---

**3.265 Nonpriority creditor's name and mailing address**

SHREYSHA TEXTILES PRIVATE/TMERCH
Creditor Name

Creditor's Notice name

D-298,SECTOR 63,NOIDA
Address

UTTAR PRADESH

NOIDA

| Uttar Pradesh | | 201301 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    17,785.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.266 Nonpriority creditor's name and mailing address**

SICHUAN TEXTILES I/E LTD/AC
Creditor Name

Creditor's Notice name

NO.182 JIANGHAN ROAD
Address

| CHENGDU | Sichuan | 610031 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    52,655.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

Name

**3.267** **Nonpriority creditor's name and mailing address**

SINGSONG GIFT ENT.CO.,LTD/AC

Creditor Name

Creditor's Notice name

NO.29,LANE 3999, XIUPU RD,

Address

PUDONG

| SHANGHAI | Shanghai | 201319 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                39,239.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.268** **Nonpriority creditor's name and mailing address**

SINO AGRO ENTERPRISE/AC

Creditor Name

Creditor's Notice name

GUANGDONG GENERAL CORP 2 YI RD

Address

LIANGTIAN INDUS PK ZHONGLUOTAN

| Sichuan, GUANGZHOU | | |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $               476,113.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
Case number *(if known)*: 23-10579

| | |
|---|---|
| **3.269** | **Nonpriority creditor's name and mailing address** |

SINO SG DESIGN/AC
Creditor Name

Creditor's Notice name

NO 19 LONGXIN ROAD
Address

TANGTOWN INDUSTRIAL PC

| PUDONG | Shanghai | 201201 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,080.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.270** | **Nonpriority creditor's name and mailing address** |

Sleep Products NCDACS
Creditor Name

Creditor's Notice name

4110 Reedy Creek Road
Address

| Raleigh | NC | 27607 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.271** **Nonpriority creditor's name and mailing address**

SMART CONCEPTS
Creditor Name

NICK SIU
Creditor's Notice name

FLAT D 5FL LERRY PLAZA
Address

15 CHEUNG SHUN ST.

| | | |
|---|---|---|
| Hong Kong, CHEUNG SHA WAU | | |
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    274,485.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.272** **Nonpriority creditor's name and mailing address**

SMARTEN UNION CO./TRILAND CORP
Creditor Name

Creditor's Notice name

No. 8,-3 Yinfang Ln, Xiashao Vlg, Xiaogang St
Address

Beilun Dist

| | | |
|---|---|---|
| Ningbo | Zhejiang | 315803 |
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    9,163.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*: 23-10579

**3.273 Nonpriority creditor's name and mailing address**

SORCION/WINDY HILL

Creditor Name

Creditor's Notice name

1343 GUNNELL CT.

Address

| MCLEAN | VA | 22102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    222,337.65

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.274 Nonpriority creditor's name and mailing address**

SOUTH CHINA REBORN RESOURCES/ELRENE

Creditor Name

Creditor's Notice name

99 PARK AVENUE

Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    105,787.55

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number (if known): 23-10579

3.275 **Nonpriority creditor's name and mailing address**

SPEEDMARK TRANSPORTATION, INC.
Creditor Name

AUSTIN LI
Creditor's Notice name

480 MCCLELLAN HWY
Address

SUITE 300

| EAST BOSTON | MA | 02128 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    15,636.94
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.276 **Nonpriority creditor's name and mailing address**

STARZ RISING GLOBAL INT CO., LIMITED
Creditor Name

Creditor's Notice name

DONG TIAN LI YUAN, DONG TIAN
Address

PROP MGMNT CHANGPING TOWN

| Guangdong, DONGGUAN CITY | | 523560 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    67,725.11
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
_____
Name

Case number *(if known)*    23-10579
_____

**3.277  Nonpriority creditor's name and mailing address**

SUKHVARSHA/TMERCH
_____
Creditor Name

_____
Creditor's Notice name

PLOT NO. 7, SECTOR 90
_____
Address

GAUTAM BUDDH NAGAR
_____

NOIDA
_____

| Uttar Pradesh | | 201305 |
|---|---|---|
| City | State | ZIP Code |

India
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              6,133.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.278  Nonpriority creditor's name and mailing address**

SUN WORLD COMMERCE (HONG KONG) CO., LTD
_____
Creditor Name

_____
Creditor's Notice name

Unit 11, 6/F, W212
_____
Address

No. 212 Texaco Road, Tsuen Wan
_____

_____

| Hong Kong, New Territories | | |
|---|---|---|
| City | State | ZIP Code |

China
_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $             40,278.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known)*    23-10579

**3.279** **Nonpriority creditor's name and mailing address**

SUNSHINE PAPER BOX & HANDCRAFTS/AC
Creditor Name

Creditor's Notice name

NO.7,9/F.,WEALTH COMMERCIAL
Address

CENTRE,48 KWONG WAH ST.MONGKOK

HONG KONG,
City                State                ZIP Code

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                3,758.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.280** **Nonpriority creditor's name and mailing address**

SUNSHINE/PS
Creditor Name

Creditor's Notice name

ZINFENG INDST.CTY,XITIAN
Address

VILLAGE GUANTAN TOWN

Guangdong,
SHENZHEN                    518110
City                State                ZIP Code

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                8,460.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.281** **Nonpriority creditor's name and mailing address**

SUNVIM GROUP CO./SCT

Creditor Name

Creditor's Notice name

303 FIFTH AVENUE, SUITE 1402

Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                24,972.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.282** **Nonpriority creditor's name and mailing address**

SUNVIM GROUP TOWEL MILL3 CO LTD/T&C

Creditor Name

Creditor's Notice name

475 OBERLIN AVE SOUTH

Address

| LAKEWOOD | NJ | 08701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                82,920.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.283** **Nonpriority creditor's name and mailing address**

SUNWORLD CRAFTS LIMITED/AC
Creditor Name

Creditor's Notice name

UNIT 703, CITICORP CENTRE
Address

18 WHITFIELD ROAD

CAUSEWAY BAY
City              State              ZIP Code

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    49,230.60
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒    No

☐    Yes

**3.284** **Nonpriority creditor's name and mailing address**

SUPERIOR HOME FASHIONS/ MADISON
Creditor Name

Creditor's Notice name

99 Park Avenue
Address

New York        NY        10016
City              State              ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    40,141.44
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒    No

☐    Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.285** **Nonpriority creditor's name and mailing address**

Supersonic Marketing Pvt Ltd/Indian

Creditor Name

Creditor's Notice name

B-111 2ND FLOOR, SECTOR-63

Address

| | | |
|---|---|---|
| NOIDA, Uttar Pradesh | | 201301 |
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    10,516.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.286** **Nonpriority creditor's name and mailing address**

SUZHOU YIHONG CRAFTS/NEW VIEW

Creditor Name

Creditor's Notice name

311 E BALTIMORE ST

Address

SUITE 300

| | | |
|---|---|---|
| MEDIA | PA | 19063 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,854.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Nantucket Distributing Co., LLC | Case number *(if known)*: | 23-10579 |
|---|---|---|---|
| | Name | | |

**3.287** **Nonpriority creditor's name and mailing address**

SYNTHESIS/TMERCH
Creditor Name

Creditor's Notice name

69-74 ATHUR SIDCO IND. EST
Address

SALEM BY-PASS ROAD

| KARUR | Tamil Nadu | 639006 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,202.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.288** **Nonpriority creditor's name and mailing address**

T Merchandising Services PVT, LTD
Creditor Name

Creditor's Notice name

349 NARMADA APARTMENT, ALAKNANDA
Address

| NEW DELHI | | 110019 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,071.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.289 Nonpriority creditor's name and mailing address**

TAIXING HAIYI TEXTILE CO LTD/ARLEE
Creditor Name

Creditor's Notice name

99 PARK AVENUE
Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                16,663.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.290 Nonpriority creditor's name and mailing address**

TAIXING HAIYI TEXTILE CO LTD/ELRENE
Creditor Name

Creditor's Notice name

99 PARK AVENUE
Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                18,048.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known)*:  23-10579

**3.291** **Nonpriority creditor's name and mailing address**

TAIZHOU HUANGYAN BOYUE PLASTIC/AC
Creditor Name

Creditor's Notice name

SANLI BRIDGE, XINHUI ROAD,
Address

| XINXIANG CITY | Henan | 318010 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 15,438.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.292** **Nonpriority creditor's name and mailing address**

TAIZHOU HUANGYAN MEIDIJIAJU/AC
Creditor Name

Creditor's Notice name

NO 618 DAQIAO RD
Address

TAIZHOU

| ZHEJIANG | Zhejiang | 31820 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 19,672.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

| | |
|---|---|
| **3.293** | **Nonpriority creditor's name and mailing address** |

TAIZHOU LIXIN CRAFTS CO., LTD./AC
Creditor Name

Creditor's Notice name

248 INDUSTRIAL ROAD, XIANJU
Address

| TAIZHOU | Zhejiang | 317300 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 53,652.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.294** | **Nonpriority creditor's name and mailing address** |

TAIZHOU SUNNY COAST/JACK TOM
Creditor Name

Creditor's Notice name

9TH 285 NANKING EAST ROAD, SEC. 3
Address

TAIPEI

| Taipei City | | 105 |
|---|---|---|
| City | State | ZIP Code |

Taiwan
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,012,493.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Nantucket Distributing Co., LLC |
|---|---|

Name

Case number *(if known)*    23-10579

**3.295 Nonpriority creditor's name and mailing address**

TAIZHOU TENGYUAN DEC.LIGHTING/AC
Creditor Name


Creditor's Notice name

QINGTANTOU VILLAGE
Address

YANGJIANG TOWN, LINHAI


| TAIZHOU | Zhejiang | 317022 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           56,277.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.296 Nonpriority creditor's name and mailing address**

TAIZHOU XINAN ARTWARE CO LTD/AC
Creditor Name

ARTS & CRAFTS CITY OF CHINA
Creditor's Notice name

XIANJU ZHEJIANG CHINA
Address


| Zhejiang | PC | 317300 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           10,672.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*   23-10579

**3.297** **Nonpriority creditor's name and mailing address**

THE LINDY BOWMAN COMPANY

Creditor Name

Creditor's Notice name

7180 TROY HILL DRIVE

Address

SUITE J-K

ELKRIDGE          MD          21075-0000

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          131,573.80

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.298** **Nonpriority creditor's name and mailing address**

THE UNITED COIR FACTORIES

Creditor Name

Creditor's Notice name

AS Road, Kalappura Ward

Address

Kommady Alleppey

Kerala          688007

City          State          ZIP Code

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          126,939.95

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.299 Nonpriority creditor's name and mailing address**

THIEN MINH PRODUCTION TRADING/AC
Creditor Name

Creditor's Notice name

BAU SEN HEMLET, DUC LAP HA VILLAGE
Address

DUC HOA DISTRICT

| Vietnam | Long An | |
|---|---|---|
| City | State | ZIP Code |

Vietnam
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 70,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.300 Nonpriority creditor's name and mailing address**

THIS & THAT INTERNATIONAL CO LTD
Creditor Name

Creditor's Notice name

UNIT 11, 10/F FOCAL INDUSTRIAL CENTRE
Address

BLOCK A, 21 MAN LOK ST

HUNG HOM

| KOWLOON | | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,242.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

| | |
|---|---|
| **3.301** | **Nonpriority creditor's name and mailing address** |

THUAN DUC JOINT STOCK CO/TRAJET

Creditor Name

Creditor's Notice name

6 Central Avenue

Address

| Island Heights | NJ | 08732 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    112,540.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| **3.302** | **Nonpriority creditor's name and mailing address** |

TOPBRIGHT ANIMATION CORP./AC

Creditor Name

Creditor's Notice name

6/F AGRICULTURE BANK BLDG,

Address

ANYANG NEW DISTRICT

| RUIAN | Zhejiang | 325200 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    31,081.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known)*    23-10579

**3.303 Nonpriority creditor's name and mailing address**

TOPSUN ELECTRONIC TECHNOLOGY/AC
Creditor Name

Creditor's Notice name

3RD FL, GOLDEN BLD,SHIGONGLING
Address

CHENDONG,FENGZE, QUANZHOU

| FUJIAN | Fujian | 362000 |
|--------|--------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    47,708.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.304 Nonpriority creditor's name and mailing address**

TOWN AND COUNTRY SHANGHAI/T & C
Creditor Name

SHEILA PAOLONI
Creditor's Notice name

475 OBERLIN AVE SOUTH
Address

| LAKEWOOD | NJ | 08701 |
|----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    55,497.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known)*    23-10579

| 3.305 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: $ | 17,671.42 |
|---|---|---|---|---|

**3.305 Nonpriority creditor's name and mailing address**

TRANSPARENT OVERSEAS/TMERCH
Creditor Name

Creditor's Notice name

OPP.PRADEEP NAGER,
Address

DOLPURA CROSSING AGRA ROAD

FIROZABAD

| Uttar Pradesh | | 283203 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    17,671.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.306 Nonpriority creditor's name and mailing address**

TRENDY EMBROIDER-HANDICRAFT MFG
Creditor Name

Creditor's Notice name

ROOM 39, 11/F, MEECO IND BLDG
Address

53-55 AU PUI WAN STREET

| FOTAN SHANTIN | | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    32,784.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.307 Nonpriority creditor's name and mailing address**

TRENDZONE/MAINSTREAM
Creditor Name

Creditor's Notice name

115 NEWFIELD AVENUE
Address

| EDISON | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 10,560.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.308 Nonpriority creditor's name and mailing address**

TRIBURG IMTIARA CONSULTANTS LLP
Creditor Name

Creditor's Notice name

182, Udyog Vihar, Phase - I
Address

| Gurugram | Haryana | 122016 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 13,497.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 6,159.11 |

TRIBURG IMTIARA DESIGN SERVICES LLP
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent
☐ Unliquidated
☐ Disputed

182, Udyog Vihar, Phase - I
Address

**Basis for the claim:**

Outstanding Accounts Payable

| Gurugram | Haryana | 122016 |
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account**

**number**

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 50,914.25 |

TUFKO INT/PARAMPARA
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent
☐ Unliquidated
☐ Disputed

KOLLAMKULAM BUILDING ANAKKAL
Address

**Basis for the claim:**

PO KANJIRAPALLY

Outstanding Accounts Payable

| KOTTAYAM DIST | Kerala | 686508 |
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account**

**number**

---

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

---

**3.311** **Nonpriority creditor's name and mailing address**

TULIP HOME VIETNAM/NATCO
Creditor Name

KATIE MCGLOIN
Creditor's Notice name

155 BROOKSIDE AVENUE
Address

| WEST WARWICK | RI | 02893 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $  8,792.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.312** **Nonpriority creditor's name and mailing address**

TWO SISTERS COMPANY/TMERCH
Creditor Name

Creditor's Notice name

B-39, SECTOR-58
Address

| NOIDA, Uttar Pradesh | | 201301 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $  50,446.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.313** **Nonpriority creditor's name and mailing address**

UNITED LINENS LIMITED/ELRENE
Creditor Name

Creditor's Notice name

99 PARK AVENUE
Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 11,025.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.314** **Nonpriority creditor's name and mailing address**

VANSON INT'L LTD./FOUR SEASONS
Creditor Name

Creditor's Notice name

FLAT F-2, 6/F, KAISER ESTATE, PHASE 1
Address

41 MAN YUE STREET

| HUNGHOM | KOWLOON | |
|---|---|---|
| City | State | ZIP Code |

HONG KONG
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 63,664.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.315  Nonpriority creditor's name and mailing address**

VANTAGE METALWARE LIMITED/AC

Creditor Name

Creditor's Notice name

RM 2605, FUYING INTL BLDG,

Address

166-3 CHANGGANGZHONG RD.

| GUANGZHOU | Guangdong | 510250 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            12,650.88

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.316  Nonpriority creditor's name and mailing address**

VICTORY SOLUTIONS LTD/ICUP INC.

Creditor Name

Creditor's Notice name

2389 FOREST GROVE ROAD

Address

UNIT 1

| FURLONG | PA | 18925 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            11,004.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.317 Nonpriority creditor's name and mailing address**

VIETNAM EVERGREEN CO., LTD/TRAJET
Creditor Name

Creditor's Notice name

6 CENTRAL AVENUE
Address

| ISLAND HEIGHTS | NJ | 08732 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $             235,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.318 Nonpriority creditor's name and mailing address**

VIVSUN EXPORTS/INDIAN
Creditor Name

VIVEK AGGARWAL
Creditor's Notice name

M7 ESSEL HOUSE, 10 ASAF ALI ROAD
Address

| NEW DELHI | | 110006 |
|---|---|---|
| City | State | ZIP Code |

India
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $               7,726.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.319 Nonpriority creditor's name and mailing address**

WAUKEEN CRAFTS CO LTD/AC

Creditor Name

Creditor's Notice name

RM 706 HUYUE BUILDING

Address

HUXIN STREET FENGZE DISTRICT

| Fujian,<br>QUANZHOU | | 362026 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              62,470.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.320 Nonpriority creditor's name and mailing address**

WELLBEST INDUSTRIES LTD

Creditor Name

Creditor's Notice name

Rm. 608, New Mandarin Plaza, Tower A

Address

14 Science Museum Road, TST East

| Kowloon | | |
|---|---|---|
| City | State | ZIP Code |

Hong Kong

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              33,791.62

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.321  Nonpriority creditor's name and mailing address**

WENZHOU HONGYUN CRAFTS CO., LTD/AC
Creditor Name

Creditor's Notice name

NO. 128 YANJIANGXILU,
Address

PINGYANGKENG

| RUIAN | Zhejiang | 325209 |
|-------|----------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    62,673.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.322  Nonpriority creditor's name and mailing address**

WENZHOU WANJIAXIANG ARTS&CRAFTS/AC
Creditor Name

Creditor's Notice name

ZHANG SHAN AN, LINCHUAN TOWN,
Address

| Ruian City | Zhejiang | 325213 |
|------------|----------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    39,281.43
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.323   Nonpriority creditor's name and mailing address**

WIN HANG ENTERPRISE LTD/AC

Creditor Name

Creditor's Notice name

Unit A, 8/F., Eton Building

Address

288 Des Voeux Road Central

Hong Kong

City                State           ZIP Code

Hong Kong

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    251,140.29

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.324   Nonpriority creditor's name and mailing address**

WONDERFUL ENTERPRISE CO., LTD/AC

Creditor Name

Creditor's Notice name

RM 14/F.,YONGTONG BLDG

Address

REMIN NORTH ROAD, DONG MEN BLOCK

Guangdong,
SHENZHEN                         518001

City                State           ZIP Code

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    4,104.00

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*:  23-10579

**3.325** **Nonpriority creditor's name and mailing address**

WORLDFA EXPORTS PVT LTD

Creditor Name

Creditor's Notice name

449-450, HSIIDC, EPIP, KUNDLI

Address

| SONIPAT | Haryana | 131028 |
|---------|---------|--------|
| City | State | ZIP Code |

India

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  3,030.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.326** **Nonpriority creditor's name and mailing address**

XCELLENT MFG. ASSOC. CO.

Creditor Name

Creditor's Notice name

12F-2, NO.77, KEELUNG RD

Address

SECTION 2

| TAIPEI | | 110 |
|--------|--|-----|
| City | State | ZIP Code |

Taiwan

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  357,746.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number (if known): 23-10579

---

**3.327** **Nonpriority creditor's name and mailing address**

XIAMEN AMOYDECOR IND.CO.,LTD/AC
Creditor Name

Creditor's Notice name

RM.401-407, BLDG.B,NO.9-19,
Address

FANGHU ROAD, HULI DISTRICT,

| XIAMEN | Fujian | 361000 |
|--------|--------|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 108,988.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.328** **Nonpriority creditor's name and mailing address**

XIAMEN FOSON CO., LTD/ZAER
Creditor Name

Creditor's Notice name

134 IRON HILL RD
Address

| NEW BRITAIN | PA | 18901 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 54,337.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known)*  23-10579

**3.329 Nonpriority creditor's name and mailing address**

XIAMEN HELIOS I/E CO., LTD/AC
Creditor Name


Creditor's Notice name

ROOM 803, CHEVALIER HOUSE 45-51
Address

CHATHAM ROAD SOUTH


TSIM SHA TSUI
City                State              ZIP Code

Hong Kong
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                15,052.48
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable


**Is the claim subject to offset?**

☑  No

☐  Yes

**3.330 Nonpriority creditor's name and mailing address**

XIAMEN KERYON IMP & EXP CO LTD/AC
Creditor Name


Creditor's Notice name

ROOM 18, STONE ROOF STREET NO. 32UNIT,
Address

SIMING DISTRICT B STREET, 2ND FL


XIAMEN          Fujian             361000
City                State              ZIP Code

China
Country

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 9,320.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Outstanding Accounts Payable


**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*  23-10579

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 24,467.85 |

**XIAMEN STABLE-LONG IND & TRADE/AC**
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

NO 64 ANREN ROAD
Address

**Basis for the claim:**

GUANKOU COUNTY

Outstanding Accounts Payable

| Fujian, XIAMEN CITY | | 361023 |
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 10,763.94 |

**XIANJU EAST RING CRAFTS LTD/AC**
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

RM 810 PIONEERING PARK NO.11
Address

**Basis for the claim:**

XIQUAN ROAD ANZHOU STREET

Outstanding Accounts Payable

| XIANJU | Zhejiang | 317300 |
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

---

**3.333 Nonpriority creditor's name and mailing address**

XIANJU KUKE/DESIGNS DIRECT
Creditor Name

Creditor's Notice name

605 PHILADELPHIA STREET
Address


| COVINGTON | KY | 41011 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    3,613.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.334 Nonpriority creditor's name and mailing address**

XIANYOU NANLIN A&C /AC
Creditor Name

Creditor's Notice name

UNIT 10 16F WORLD WIDE
Address

PLAZA, 158 WUSI RD


| Fujian, FUZHOU | | |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   32,023.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

**3.335 Nonpriority creditor's name and mailing address**

XINCHENGMEI/THE GALWAY

Creditor Name

Creditor's Notice name

560 DAVIDSON GATEWAY DRIVE

Address

SUITE 101

| DAVIDSON | NC | 28036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 54,150.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.336 Nonpriority creditor's name and mailing address**

YANCHENG YITONG TOY&HOMETEX/MORGAN

Creditor Name

Creditor's Notice name

1370 BROADWAY

Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,780.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.337 Nonpriority creditor's name and mailing address**

YIWU GIRAFFE PAPER PRODUCTS CO/ALEF

Creditor Name

Creditor's Notice name

12300 MCNULTY RD

Address

| PHILADELPHIA | PA | 19154 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    13,074.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.338 Nonpriority creditor's name and mailing address**

YIWU WELL KNOWN PACKING CO/ALEF

Creditor Name

Creditor's Notice name

12300 MCNULTY RD

Address

| PHILADELPHIA | PA | 19154 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    32,474.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*    23-10579

**3.339 Nonpriority creditor's name and mailing address**

YONG SHENG ARTS & CRAFTS LTD/AC

Creditor Name

Creditor's Notice name

NO 8 HUAN ROAD

Address

YANDIAN HULING TOWN RUIAN

| ZHEJIANG | Zhejiang | 325213 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 63,213.12

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.340 Nonpriority creditor's name and mailing address**

YUE HUA ART & CRAFT/WINDY HILL

Creditor Name

Creditor's Notice name

1343 GUNNELL CT.

Address

| MCLEAN | VA | 22102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 9,120.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 1,633.50 |

**3.341 Nonpriority creditor's name and mailing address**

YUE SHING GIFT CO LTD/AC
Creditor Name

Creditor's Notice name

RM. A, 5/FL., HAY NIEN BLDG.
Address

NO. 1 TAI YIP ST.

KOWLOON
City          State          ZIP Code

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,633.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.342 Nonpriority creditor's name and mailing address**

YUSEN LOGISTICS (AMERICAS) INC
Creditor Name

Creditor's Notice name

300 LIGHTING WAY
Address

6TH FLOOR

SECAUCUS          NJ          07094
City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 80,315.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.343** **Nonpriority creditor's name and mailing address**

ZEST GARDEN LTD/AC

Creditor Name

Creditor's Notice name

10F No. 143 Shih-Shang Road

Address

Shih-Lin

| Taipei City 111 | | 111 |
|---|---|---|
| City | State | ZIP Code |

Taiwan

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 36,034.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.344** **Nonpriority creditor's name and mailing address**

ZHEJIANG HENGDA PLASTIC CO/STARZ

Creditor Name

Creditor's Notice name

NO.10 LIANPING RD, CHENGJIANG

Address

HUANGYAN, TAIZHOU

| ZHEJIANG CN | Zhejiang | 318020 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,193.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*:  23-10579

**3.345 Nonpriority creditor's name and mailing address**

ZHEJIANG HUANGYAN FEIDA/AC

Creditor Name

Creditor's Notice name

#11 TANGXI RD, BEICHENG WEST

Address

IND. ZONE, HUANGYAN

| TAIZHOU | Zhejiang | 318020 |
|---------|----------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                45,724.06

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.346 Nonpriority creditor's name and mailing address**

ZHEJIANG HUANGYAN JIUTONG CRAFT/AC

Creditor Name

Creditor's Notice name

Alic Mansion, 19 Meishan Road

Address

| Hefei | Anhui | 318020 |
|-------|-------|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 9,720.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

Name

---

**3.347** **Nonpriority creditor's name and mailing address**

ZHEJIANG MAIGAO/TRILAND CORP
Creditor Name

Creditor's Notice name

SUITE 1503 PENINSULA SQUARE, 18
Address

SUNG ON STREET I HUNG HOM

KOWLOON

| City | State | ZIP Code |
|------|-------|----------|

Hong Kong
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,140.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.348** **Nonpriority creditor's name and mailing address**

ZHEJIANG QICAIHUA IND & TRADE/AC
Creditor Name

Creditor's Notice name

13 JINGOU ROAD
Address

YONGKANG

Zhejiang,
ZHEJIANG

| City | State | ZIP Code |
|------|-------|----------|

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,594.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

**3.349 Nonpriority creditor's name and mailing address**

ZHEJIANG SUNBOW ARTS CO/CRYSTAL

Creditor Name

Creditor's Notice name

30# CHUNLAN RD,

Address

ECONOMIC DEVELOPMENT ZONE

| LANXI CITY | Zhejiang | 321100 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                8,252.08

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.350 Nonpriority creditor's name and mailing address**

ZHEJIANG WUYI NATURAL HOME/AC

Creditor Name

Creditor's Notice name

GANGTOU INDUS ZONE

Address

WUYI CITY LVTAN

| ZHEJIANG PROVINCE | Zhejiang | 321200 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                11,452.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known)*: 23-10579

**3.351** **Nonpriority creditor's name and mailing address**

ZHEJIANG XIANJU JIEDA FECH/CRYSTAL
Creditor Name

Creditor's Notice name

11555 HERON BAY BLVD #200
Address

| CORAL SPRINGS | FL | 33076 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,709.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.352** **Nonpriority creditor's name and mailing address**

ZHEJIANG YICHENG TECH/TRILAND CORP
Creditor Name

Creditor's Notice name

NO.8-9 BUILDING 4, YIBANG INDUSTRIAL PARK
Address

| LONGGANG | Zhejiang | 325802 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,153.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC
_____
Name

Case number *(if known)*:  23-10579

**3.353 Nonpriority creditor's name and mailing address**

ZHEJIANG ZI RAN MEI/DESIGNS DIRECT
Creditor Name

_____
Creditor's Notice name

605 PHILADELPHIA STREET
Address

_____

| COVINGTON | KY | 41011 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              43,394.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.354 Nonpriority creditor's name and mailing address**

ZIBO ANTO GLASS IND./AC
Creditor Name

_____
Creditor's Notice name

NO. 4, DING HONG ROAD
Address

HIGH-TECH AREA
_____

| Shandong, ZIBO | | 255035 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               6,537.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Nantucket Distributing Co., LLC | Case number *(if known)*: | 23-10579 |
|---|---|---|---|
| | Name | | |

**3.355** **Nonpriority creditor's name and mailing address**

ZIBO INTRUE LIGHT INDUS/PRIMA DONNA
Creditor Name

Creditor's Notice name

41 MADISON AVENUE
Address

8TH FLOOR

| NEW YORK | NY | 10010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    9,848.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.356** **Nonpriority creditor's name and mailing address**

ZIBO INTRUE LIGHTS IND PROD CO/AC
Creditor Name

Creditor's Notice name

NO 137 MINXIANG RD MINYINGYUAN
Address

ZIBO HIGH & NEW TECH ZONE

| Shandong, SHANGDONG | | |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   31,571.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Nantucket Distributing Co., LLC

Case number *(if known):* 23-10579

**3.357 Nonpriority creditor's name and mailing address**

ZIM AMERICAN INTEGRATED SHIPPING SERVICE CO., LLC

Creditor Name

Creditor's Notice name

5801 Lake Wright Drive

Address

| Norfolk | VA | 23502 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33,889.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.358 Nonpriority creditor's name and mailing address**

ZURU LLC/BSA TOYS

Creditor Name

Creditor's Notice name

228 NEVADA STREET

Address

| EL SEGUNDO | CA | 90245 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 69,431.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Outstanding Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 Cosco Shipping Lines (N.America) Inc.<br>Name<br>ATTN Michael Carver, VP Sales, Global Trade & Sales Dept.<br>Notice Name<br>100 Lighting Way<br>Street<br><br>Secaucus    NJ    07094<br>City    State    ZIP Code<br><br>Country | Line  3.46<br>☐  Not Listed.Explain | |
| 4.2 Mediterranean Shipping Company (USA) Inc.<br>Name<br>ATTN Nicholas Hargreaves<br>Notice Name<br>700 Watermark Blvd<br>Street<br><br>Charleston    SC    29464<br>City    State    ZIP Code<br><br>Country | Line  3.160<br>☐  Not Listed.Explain | |
| 4.3 Orient Overseas Container Line Limited<br>Name<br>ATTN Teddy Fung<br>Notice Name<br>25 Harbour Road<br>Street<br>31/F, Harbour Centre<br><br>Wanchai<br>City    State    ZIP Code<br>Hong Kong<br>Country | Line  3.201<br>☐  Not Listed.Explain | |

Debtor: Nantucket Distributing Co., LLC
_____
Name

Case number *(if known)*:  23-10579
_____

4.4 ZIM Integrated Shipping Services, Ltd
_____
Name

Line  3.357

☐  Not Listed.Explain

Attn Mark E. Newcomb - Counsel & VP of Claims & Ins.
_____
Notice Name

9 Andrei Sakharov Street
_____
Street

PO Box 15067
_____

Haifa                                    3190500
_____  _____  _____
City                    State      ZIP Code

Israel
_____
Country

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 27,518,295.05 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 27,518,295.05 |

**Fill in this information to identify the case:**

Debtor Name: In re : Nantucket Distributing Co., LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10579 (TMH)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for and the nature of the debtor's interest**

   Name

   Notice Name

   **State the term remaining**

   Address

   **List the contract number of any government contract**

   | City | State | ZIP Code |
   |------|-------|----------|

   Country

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor Name: In re : Nantucket Distributing Co., LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10579 (TMH)

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Christmas Tree Shops, LLC | 64 Leona Drive <br> Street <br><br> Middleboro   MA   02346 <br> City   State   ZIP Code <br><br> Country | Eclipse Business Capital | ☒ D <br><br> ☐ E/F <br><br> ☐ G |
| 2.2 Christmas Tree Shops, LLC | 64 Leona Drive <br> Street <br><br> Middleboro   MA   02346 <br> City   State   ZIP Code <br><br> Country | Pathlight Capital LP | ☒ D <br><br> ☐ E/F <br><br> ☐ G |
| 2.3 Christmas Tree Shops, LLC | 64 Leona Drive <br> Street <br><br> Middleboro   MA   02346 <br> City   State   ZIP Code <br><br> Country | ReStore Capital, LLC | ☒ D <br><br> ☐ E/F <br><br> ☐ G |

Debtor: Nantucket Distributing Co., LLC
Name

Case number *(if known):*    23-10579

| 2.4 | Handil Holdings, LLC | 64 Leona Drive | | | Eclipse Business Capital | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Middleboro | MA | 02346 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.5 | Handil Holdings, LLC | 64 Leona Drive | | | Pathlight Capital LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Middleboro | MA | 02346 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.6 | Handil Holdings, LLC | 64 Leona Drive | | | ReStore Capital, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Middleboro | MA | 02346 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.7 | Handil, LLC | 64 Leona Drive | | | Eclipse Business Capital | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Middleboro | MA | 02346 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.8 | Handil, LLC | 64 Leona Drive | | | Pathlight Capital LP | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Middleboro | MA | 02346 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor: Nantucket Distributing Co., LLC

Name

Case number *(if known)*    23-10579

| 2.9 Handil, LLC | 64 Leona Drive | ReStore Capital, LLC | ☑ D |
|---|---|---|---|
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Middleboro | MA | 02346 |
| | City | State | ZIP Code |
| | Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : Nantucket Distributing Co., LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10579 (TMH)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/26/2023
            MM / DD / YYYY

✖ / s / Marc Salkovitz
Signature of individual signing on behalf of debtor

Marc Salkovitz
Printed name

Chief Executive Officer
Position or relationship to debtor