IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTMAS TREE SHOPS, LLC, *et al.*, | ) | Case No. 23-10576 (TMH) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS AND PLEADINGS

**PLEASE TAKE NOTICE**, that the undersigned hereby enters their appearance as counsel to Jay Hirsch, Richard Kohn, and Bradford A. Spencer, as Trustees of Lynnfield Plaza Realty Trust, and demand, pursuant to Rules 2002, 4006, 9007, 9010, 9013 and 9022 of the Federal Rules of Bankruptcy Procedure and Section 342 of the Bankruptcy Code, and any other rules or sections of the Bankruptcy Code or local rules as may be applicable in this case governing notice, that all notices given or requested to be given in this case and all papers and pleading served or required to be served in this case be given to and served upon the following:

| | |
|---|---|
| Charles J. Brown, III (DE 3368)<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-5813<br>Facsimile:  (302) 425-5814<br>cbrown@gsbblaw.com | James M. Liston, Esq.<br>Jaqueline M. Price, Esq.<br>Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110<br>Telephone: (617) 422-0200<br>jml@bostonbusinesslaw.com<br>jmp@bostonbusinesslaw.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notice, pleadings and orders referred to in the Rules specified above, but also includes, without limitation, all other notices and papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or

otherwise, which affects the above captioned Debtors' property in its possession, custody or control or the administration of the Debtors' bankruptcy case.

Dated: May 31, 2023
       Wilmington, DE

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5813
Facsimile: (302) 425-5814
E-mail: cbrown@gsbblaw.com

**HACKETT FEINBERG P.C.**

James M. Liston (Bar No. 301750)
(to be admitted *pro hac vice*)
Jaqueline M. Price (Bar No. 707618)
(to be admitted *pro hac vice*)
155 Federal Street, 9th Floor
Boston, MA 02110
Telephone: (617) 422-0200
Email: jml@bostonbusinesslaw.com
Email: jmp@bostonbusinesslaw.com

*Counsel to Jay Hirsch, Richard Kohn, and Bradford A. Spencer, as Trustees of Lynnfield Plaza Realty Trust*