IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| CHRISTMAS TREE SHOPS, LLC, et al.,[1] | ) Case No. 23-10576 (TMH) |
| | ) |
| | ) Joint Administration Required |
| Debtors, | ) |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

TO:   Clerk of the Court
      United States Bankruptcy Court
      District of Delaware
      824 Market Street
      Wilmington, DE  19801

Please enter the appearance of Joe D. Calhoun of Calhoun Law Firm as counsel for Samsonico USA, LLC ("Samsonico").  Samsonico is a creditor and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby requests that all notices in these cases be given to and served upon:

> Joe D. Calhoun
> CALHOUN LAW FIRM
> P.O. Box 251504
> Little Rock, AR  72225
> Telephone:     (501) 374-1700
> Facsimile:     (501) 374-1701
> Email: Joe.Calhoun@CalhounLawFirm.com

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's U.S. tax identification numbers are: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).  The notice address for Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

1

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, filed in this Chapter 11 case.

This Notice of Appearance and Request for Matrix Entry and Request for Service of All Notices and Documents shall not be deemed or construed to be a waiver of Samsonico's right: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which Samsonico is or may be entitled, in law or in equity, all of which Samsonico expressly reserves.

DATED: May 23, 2023.

Respectfully submitted by,

CALHOUN LAW FIRM
P.O. Box 251504
Little Rock, AR  72225
(501) 374-1700 Telephone
(501) 801-1193 Telefax
Joe.Calhoun@CalhounLawFirm.com

    /s/ Joe D. Calhoun
BY:_____
    Joe D. Calhoun [Ark. Bar No. 85021]

Attorneys for Samsonico USA, LLC.