IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 11 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*, | ) |
| | ) Case No. 23-10576 (TMH) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that M. Claire McCudden, Esquire hereby enters her appearance on behalf of Bridge Real Estate Trust, Waquoit Road Real Estate Trust, Route 132 Real Estate Trust, South Orleans Real Estate Trust, D and C Real Estate Trust, Quaker Real Estate Trust, CTS West Dennis Route Twenty-Eight Real Estate LLC, BFE Ventures LLC, and Shrewsbury Village Limited Partnership.

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN**

 /s/ M. Claire McCudden
M. Claire McCudden (#5036)
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE 19899 – 8888
E: MCMcCudden@MDWCG.com
T:  302.552.4354
F: 302.552.4340

*Attorneys for Bridge Real Estate Trust, Waquoit Road Real Estate Trust, Route 132 Real Estate Trust, South Orleans Real Estate Trust, D and C Real Estate Trust, Quaker Real Estate Trust CTS West Dennis Route Twenty-Eight Real Estate LLC, BFE Ventures LLC and Shrewsbury Village Limited Partnership*

DATED: June 6, 2023