# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTMAS TREE SHOPS, LLC, *et al.*, | ) | Case No. 23-10576 (TMH) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS AND PLEADINGS

**PLEASE TAKE NOTICE**, that Jay Hirsch, Richard Kohn, and Bradford A. Spencer, as Trustees of Lynnfield Plaza Realty Trust appear herein through their counsel, Hackett Feinberg P.C., and demand, pursuant to Rules 2002, 4006, 9007, 9010, 9013 and 9022 of the Federal Rules of Bankruptcy Procedure and Section 342 of the Bankruptcy Code, and any other rules or sections of the Bankruptcy Code or local rules as may be applicable in this case governing notice, that all notices given or requested to be given in this case and all papers and pleading served or required to be served in this case be given to and served upon the following:

> James M. Liston, Esq.
> Hackett Feinberg P.C.
> 155 Federal Street, 9th Floor
> Boston, MA 02110
> (617) 422-0200
> jml@bostonbusinesslaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notice, pleadings and orders referred to in the Rules specified above, but also includes, without limitation, all other notices and papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or

otherwise, which affects the above captioned Debtors' property in its possession, custody or control or the administration of the Debtors' bankruptcy case.

Dated: Boston, Massachusetts
      June 7, 2023

*/s/ James M. Liston*
James M. Liston (Bar No. 301750)
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Telephone: (617) 422-0200
Email: jml@bostonbusinesslaw.com