# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>            Debtors | )<br>)<br>) Chapter 11<br>)<br>) Case No. 23-10576 (TMH)<br>)<br>) Jointly Administered<br>) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Faegre Drinker Biddle & Reath LLP hereby enters its appearance (the "Notice of Appearance"), in the above-captioned cases as counsel to USM, Inc. pursuant to sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "Bankruptcy Code"), rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").  Faegre Drinker Biddle & Reath LLP hereby requests that copies of any and all notices, motions, proposed orders, applications, petitions, pleadings, requests, complaints, demands, memoranda, affidavits, declarations, presentments, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein or entered in these cases be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

> **Joseph N. Argentina, Jr., Esq.** (DE Bar. 5453)
> Faegre Drinker Biddle & Reath LLP
> 222 Delaware Ave., Suite 1410
> Wilmington, DE 19801-1621
> Telephone: (302) 467-4200
> Facsimile: (302) 467-4201
> Email: joseph.argentina@faegredrinker.com

  **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code, Bankruptcy Rules and Local Rules, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax, electronic mail or otherwise made with regard to the referenced case and proceedings herein.

  **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after *de novo* review by a district court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) any right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies, or (v) any other substantive or procedural right.

  **PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

| | |
|---|---|
| Dated: June 8, 2023<br>Wilmington, Delaware | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Joseph N. Argentina, Jr.*<br>Joseph N. Argentina, Jr. (DE Bar No. 5453)<br>222 Delaware Ave., Suite 1410<br>Wilmington, DE 19801-1621<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>Joseph.Argentina@faegredrinker.com<br><br>*Counsel for USM, Inc.* |