## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                                                          Case No. 23-10576-TMH
                                                                                Chapter 11
Christmas Tree Shops, LLC

Debtor(s).

## NOTICE OF APPEARANCE

**Vigo Importing Company**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daire Pyle, Esq.**
**Stern & Eisenberg, PC**
**200 Biddle Avenue, Suite 107**
**Newark, DE 19702**

By:   /s/ Daire Pyle
Daire Pyle, Esquire
Bar No: 6895
Stern & Eisenberg, PC
200 Biddle Avenue, Suite 107
Newark, DE 19702
Phone: (302) 731-7200
Fax: (302) 731-7211
dpyle@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 8th day of June, 2023, to the following:

Evelyn J Meltzer
Troutman Pepper Hamilton Sanders, LLP
Hercules Plaza
Suite 5100
1313 N. Market Street
Wilmington, DE 19899
Evelyn.Meltzer@troutman.com
*Attorney for Debtor(s)*

Christopher Condon
Murphy & King, Professional Corporation
28 State Street
Suite 3101
Boston, MA 02109
617-423-0400
Fax : 617-423-0498
*Attorney for Debtor(s)*


U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
USTPRegion03.WL.ECF@USDOJ.GOV
*U.S. Trustee*



and by standard first class mail postage prepaid to:

Christmas Tree Shops, LLC
64 Leona Dr
Middleborough, MA 02346

*Debtor(s)*


                                                By:       /s/  Daire Pyle, Esquire
                                                             Daire Pyle