IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10576 (TMH)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Bowditch & Dewey and Landis Rath & Cobb LLP hereby appear as counsel for HC Atlantic Development LP (the "HC Atlantic") pursuant to 11 U.S.C. § 1109(b) and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| **BOWDITCH & DEWEY**<br>Mark W. Powers, Esq.<br>311 Main Street<br>Worcester, MA 01608<br>Telephone: (508) 791-3511<br>Facsimile: (508) 929-3099<br>Email: mpowers@bowditch.com | **LANDIS RATH & COBB LLP**<br>Kimberly A. Brown, Esq.<br>Howard W. Robertson IV, Esq.<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: brown@lrclaw.com<br>            robertson@lrclaw.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), Handil, LLC (1150), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

{200.000-W0071238.2}

pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive HC Atlantic's (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated:  June 13, 2023
         Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Howard W. Robertson IV*
Kimberly A. Brown (No. 5138)
Howard W. Robertson IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: brown@lrclaw.com
      robertson@lrclaw.com

- and -

**BOWDITCH & DEWEY**
Mark W. Powers, Esq. (*pro hac vice* pending)
311 Main Street
Worcester, MA 01608
Telephone: (508) 791-3511
Facsimile: (508) 929-3099
Email: mpowers@bowditch.com

*Counsel to HC Atlantic Development LP*