**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) |
|  | ) Jointly Administered |
| Debtors | ) |
|  | ) **Hearing Date**: June 29, 2023 at 1:30 p.m. (ET) |
|  | ) |
|  | ) **Related to Docket Nos. 296, 314** |

### NOTICE OF REVISED PROPOSED SUPPLEMENTAL DIP ORDER

**PLEASE TAKE FURTHER NOTICE THAT** on June 28, 2023, the Debtors filed the *Debtors' Notice of Proposed Supplemental Order to the Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I)Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* (the "**Supplemental DIP Notice**") [Docket No. 314]. Attached to the Supplemental DIP Notice as Exhibit 1 was the proposed order (the "**Supplemental DIP Order**").

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is a further revised Supplemental DIP Order (the "**Revised Supplemental DIP Order**"), which remains subject to review and approval by the parties.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit B** is a blackline comparison of the Revised Supplemental DIP Order against the Supplemental DIP Order.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

1

159353435v2

| | |
|---|---|
| Dated: June 29, 2023<br>Wilmington, Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>By: */s/ Evelyn J. Meltzer*<br>Evelyn J. Meltzer (Del. Bar No. 4581)<br>Marcy J. McLaughlin Smith (Del. Bar No. 6184)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br>Email: evelyn.meltzer@troutman.com<br>marcy.smith@troutman.com<br><br>-and-<br><br>**MURPHY & KING, PROFESSIONAL CORPORATION**<br>Harold B. Murphy (admitted *pro hac vice*)<br>Christopher M. Condon (admitted *pro hac vice*)<br>28 State Street, Suite 3101<br>Boston, Massachusetts 02109<br>Tel: (617) 423-0400<br>Email: hmurphy@murphyking.com<br>ccondon@murphyking.com<br><br>*Attorneys for Debtors and Debtors in Possession* |

159353435v2