## **CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, hereby certify that, on this 6th day of July 2023, I caused a true and correct copy of the foregoing *Limited Objection and Reservation of Rights of Acadia Realty Limited Partnership, ARG CRHAGMD001, LLC, ARG TCFLOKY001, LLC, Brixmor Operating Partnership L.P., FR Assembly Square, LLC, KRE Colonie Owner LLC, and Soundwater Properties, Inc. to Notice of Occurrence of DIP Termination Event and Objection Deadline with Respect to Debtors' Authorization to Conduct Liquidation Sales at all of the Debtors' Stores* to be served *via* CM/ECF on all parties who have registered for electronic service in these cases, and also upon the parties on the attached service list in the manner indicated.

Dated: July 6, 2023
Wilmington, Delaware

/s/ Laurel D. Roglen
Laurel D. Roglen, Esquire (DE No. 5759)
BALLARD SPAHR LLP

**SERVICE LIST**

**Via E-mail and Hand-Delivery**
Evelyn J. Meltzer, Esquire
Marcy J. McLaughlin Smith, Esquire
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, Delaware 19801
E-mail: evelyn.meltzer@troutman.com
        marcy.smith@troutman.com

*Counsel for the Debtors*

**Via E-mail and Hand-Delivery**
Benjamin A. Hackman, Esquire
Office of the United States Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
E-mail: benjamin.a.hackman@usdoj.gov

*United States Trustee*

**Via E-mail and First-Class Mail**
Warren J. Martin Jr., Esquire
Robert M. Schechter, Esquire
Rachel A. Parisi,  Esquire
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962-1997
E-mail: wjmartin@pbnlaw.com
        rmschechter@pbnlaw.com
        raparisi@pbnlaw.com

*Counsel to the Official Committee of
Unsecured Creditors*

**Via E-mail and First-Class Mail**
Harold B. Murphy, Esquire
Christopher M. Condon, Esquire
Murphy & King, Professional Corporation
28 State Street, Suite 3101
Boston, MA 02109
E-mail: hmurphy@murphyking.com
        ccondon@murphyking.com

*Counsel to the Debtors*

**Via E-mail and Hand-Delivery**
Matthew P. Ward, Esquire
Ericka F. Johnson, Esquire
Morgan L. Patterson, Esquire
Lisa Bittle Tancredi, Esquire
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
E-mail: matthew.ward@wbd-us.com
        ericka.johnson@wbd-us.com
        morgan.patterson@wbd-us.com
        lisa.tancredi@wbd-us.com

*Counsel to the Official Committee of
Unsecured Creditors*

**Via E-mail and Hand Delivery**
Anthony W. Clark, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
E-mail: Anthony.Clark@gtlaw.com
        Dennis.Meloro@gtlaw.com

*Counsel to Eclipse Business Capital LLC and
Eclipse Business Capital SPV, LLC*

**Via E-mail and First-Class Mail**
Jeffrey M. Wolf, Esquire
Greenberg Traurig, LLP
One International Place
Suite 2000
Boston, MA 02110
E-mail: Jeffrey.Wolf@gtlaw.com

*Counsel to Eclipse Business Capital LLC and Eclipse Business Capital SPV, LLC*

**Via E-mail and Hand Delivery**
Mark L. Desgrosseilliers, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
E-mail: desgross@chipmanbrown.com

*Counsel to Restore Capital, LLC*

**Via E-mail and First-Class Mail**
Jeramy D. Webb, Esquire
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Email: jeramy.webb@ropesgray.com

*Counsel to Restore Capital, LLC*

**Via E-mail and First-Class Mail**
Steven E. Fox, Esquire
Riemer & Braunstein LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, New York 10036
E-mail: sfox@riemerlaw.com

*Counsel to Pathlight Capital LP*

**Via E-mail and First-Class Mail**
Brian E. Greer, Esquire
Leo Muchnik, Esquire
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
E-mail: greerb@gtlaw.com
          muchnikl@gtlaw.com

*Counsel to Eclipse Business Capital LLC and Eclipse Business Capital SPV, LLC*

**Via E-mail and First-Class Mail**
Gregg M. Galardi, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
E-mail: gregg.galardi@ropesgray.com

*Counsel to Restore Capital, LLC*

**Via E-mail and Hand Delivery**
Gregory A. Taylor, Esquire
Michael D. DeBaecke, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
E-mail: gtaylor@ashbygeddes.com
          mdebaecke@ashbygeddes.com

*Counsel to Pathlight Capital LP*

**Via E-mail and First-Class Mail**
Paul D. Bekker, Esquire
Riemer & Braunstein LLP
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
E-mail: pbekker@riemerlaw.com

*Counsel to Pathlight Capital LP*