**CERTIFICATE OF SERVICE**

I, Charles J. Brown, hereby certify that on July 6, 2023, I caused a true and correct copy of the *Objection of the Trustees of Lynnfield Plaza Realty Trust to the Application of the Final Store Closing Order to Additional Stores* to be served via the CM/ECF electronic notification and via electronic mail upon the parties below:

Evelyn J. Meltzer, Esq.
Marcy J. McLaughlin Smith, Esq.
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, Delaware 19801

Harold B. Murphy, Esq.
Christopher M. Condon, Esq.
Murphy & King, Professional Corporation
28 State Street, Suite 301
Boston, Massachusetts 02109

*/s/ Charles J. Brown, III*
Charles J. Brown, III