# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Christmas Tree Shops, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | Jointly Administered |
| | **D.I. __** |

### ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER CONVERTING THE DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE PURSUANT TO 11 U.S.C. § 1112(b)

This matter is before the Court upon the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112(b)* (the "Motion"),[2] filed by the Official Committee of Unsecured Creditors of Christmas Tree Shops, LLC, *et al.*, (the "Committee"); and due and proper notice of the Motion and opportunity for hearing thereon having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested in the Motion is in the best interest of the Committee, the Debtors, their estates, and creditors, and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED** as follows:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

7402590

1.      The Motion is GRANTED as provided herein.

2.      Pursuant to section 1112 of the Bankruptcy Code, the Chapter 11 Cases are hereby converted, effective as of the date (the "Effective Date") and time of entry of this Order, to cases under chapter 7 of the Bankruptcy Code.

3.      The Debtors shall turn over to the chapter 7 trustee, once one is appointed, all records and property of their estates in their possession or control, as required by Rule 1019(4) of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules").

4.      Within 14 days of the Effective Date, the Debtors shall file schedules of unpaid debts incurred after the filing of their voluntary petitions and before conversion of the Chapter 11 Cases, including the name and address of each holder of a claim as required by Bankruptcy Rule 1019(5)(A)(i).

5.      Within 30 days of the Effective Date, the Debtors shall file and transmit to the United States Trustee a final report and account as required by Bankruptcy Rule 1019(5)(A)(ii).

6.      A representative of the Debtors and, if requested by the chapter 7 trustee, counsel to the Debtors in the Chapter 11 Cases, shall appear at the first meeting of creditors after conversion of the Debtors' cases to chapter 7 pursuant to sections 341(a) and 343 of the Bankruptcy Code, and such representative shall be available to testify at such meeting.

7.      The Debtors are hereby authorized and empowered to take all actions necessary to implement and effectuate the terms of this Order.

8.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.