

July 11, 2023

**VIA OVERNIGHT MAIL**

Hon. Thomas M. Horan, U.S.B.J.
United States Bankruptcy Court
District of Delaware
824 North Market St., 3rd Floor
Wilmington, DE 19801

      Re:   *In re: Christmas Tree Shops, LLC, et al.,*
              **Case No. 23-10576 (TMH) (Chapter 11)**

Dear Judge Horan:

My name is Ainslie Vorel. I am a former employee of Christmas Tree Shops (CTS), and one of the many individuals who CTS laid off on July 7, 2023. I have attended the last two Court hearings, but neither I nor any of the other former employees have had an opportunity (or reason) to address the Court during those proceedings. Nor have any of our individual issues been raised by any other creditors.

I am writing to respectfully request that Wednesday's hearing be adjourned briefly, as I and many of the other unemployed CTS workers are in the process of securing counsel, so that our concerns can be conveyed to Your Honor in the same fashion as the other represented creditors. For example, given CTS' mass layoff on July 7th of over 100 employees (with more planned for July 28 and August 11), it seems the parties and the Court need to update the current list of creditors, schedules, and potential plans. I understand and apologize that this request is being made on short notice, but I only very recently received word that I was laid off, and since then my world has been turned upside down.

Providing a brief adjournment will allow me to obtain counsel who will ensure that these issues are presented to the Court properly, for the benefit of all the former employees dealing with this new reality. Alternatively, I ask that the impact of this large number of new creditors be added as an agenda item to the next Court conference.

I thank the Court for its consideration of this letter and am available should Your Honor have any questions.

Sincerely,

*Ainslie Vorel*
Ainslie Vorel

ahvorel@gmail.com

## 11IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED
2023 JUL 12 AM 10: 24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, et al.,<br><br>Debtors | Chapter 11<br><br>Case No. 23-10576 (TMH)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, a former employee of Debtor, hereby enters his appearance as a *pro se* party. Please serve copies of all papers in this matter upon the undersigned at the e-mail address listed below.

Dated: July 11, 2023

By: Wendy DiSanto

Email: hawksw17@gmail.com







