# EXHIBIT A

7402684

## **Timekeeper Summary – May 22, 2023 – May 31, 2023**

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Warren J. Martin Jr. | Principal in Bankruptcy Department since 2003, Member of NJ Bar 1986 | $1,095 | 51.60 | $56,502.00 |
| Robert M. Schechter | Principal in Bankruptcy Department since 2014, Member of NJ Bar since 2005 | $795 | 30.00 | $23,850.00 |
| Rachel A. Parisi | Principal in Bankruptcy Department since 2020, Member of NJ Bar 2011 | $735 | 21.90 | $16,096.50 |
| Christopher P. Mazza | Associate in Bankruptcy Department Since 2017 Member of NJ Bar 2017 | $550 | 58.30 | $32,065.00 |
| Christopher P. Mazza | Associate in Bankruptcy Department Since 2017 Member of NJ Bar 2017 | $275[1] | 3.00 | $825.00 |
| David E. Sklar | Associate in Bankruptcy Department Since 2020, Member of NJ Bar 2013 | $595 | 6.70 | $3,986.50 |
| Dean M. Oswald | Associate in Bankruptcy Department since 2021, Member of NY Bar since 2022 | $440 | 26.30 | $11,572.00 |
| Maria P. Dermatis | Paralegal in Bankruptcy Department since 2009 | $350 | 28.10 | $9,835.00 |
| Jessica M. O'Connor | Paralegal in Bankruptcy Department since 2020 | $315 | .40 | $ 126.00 |
| **Totals** | | | **226.30** | **$154,858.00** |
| **Blended Rate:** | | **$684.30** | | |

---

[1] This rate is limited to Non-Working Travel time billed at 50%.

## Compensation By Category –May 22, 2023 – May 31, 2023

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 14.2 | $8,149.00 |
| Asset Disposition | 1.1 | $1,174.50 |
| Budgeting | 1.2 | $1,284.00 |
| Business Operations | 45.8 | $30,678.50 |
| Case Administration | 12.4 | $6,440.50 |
| Claims Administration and Objections | 19.9 | $10,345.00 |
| Fee/Employment Applications | 20 | $13,475.00 |
| Financing | 94.8 | $69,056.00 |
| Lien Investigation | .3 | $220.50 |
| Meeting of Creditors | 13.1 | $12,722.50 |
| Non-Working Travel[2] | 3.0 | $825.00 |
| Plan and Disclosure Statement | .3 | $328.50 |
| Relief from Stay Proceedings | .2 | $159.00 |
| **Totals** | **226.30** | **$154,858.00** |

---

[2] Billed at 50%.



100 SOUTHGATE PARKWAY, PO BOX 1997
MORRISTOWN, NJ 07962-1997
TEL (973) 538-4006
FAX (973) 538-5146
TAX ID: 22-2005150

July 11, 2023

Amounts Due to be Paid upon Application to the
United States Bankruptcy Court for the District of
Delaware                                                                          Invoice # 3300772
,

Re:    *Christmas Tree Shops, LLC, et al.*
Our Matter #    025783.094982
Billing Attorney:    Warren Martin

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 05/31/23

| | |
|---|---:|
| Professional Services | 154,858.00 |
| Disbursements | 866.43 |
| **TOTAL CURRENT INVOICE** | **$155,724.43** |
| **TOTAL BALANCE DUE** | **$155,724.43** |

**Please make check payable to Porzio, Bromberg & Newman, P.C.**

# REMITTANCE PAGE



100 SOUTHGATE PARKWAY, PO BOX 1997
MORRISTOWN, NJ 07962-1997
TEL (973) 538-4006
FAX (973) 538-5146
TAX ID: 22-2005150

July 11, 2023

Amounts Due to be Paid upon Application to the
United States Bankruptcy Court for the District of
Delaware

Invoice # 3300772

,

Re:  *Christmas Tree Shops, LLC, et al.*
Our Matter #   025783.094982
Billing Attorney:   Warren Martin

## AGGREGATE TIME SUMMARY BY TASK CODE

| Task Code | Task Description | Total Hours | Total Amount |
|---|---|---|---|
| ASSTANAL | Asset Analysis and Recovery | 14.20 | 8,149.00 |
| ASSTDISP | Asset Disposition | 1.10 | 1,174.50 |
| BUDGTNG | Budgeting (Case) | 1.20 | 1,284.00 |
| BUSOPS | Business Operations | 45.80 | 30,678.50 |
| CASEADMN | Case Administration | 12.40 | 6,440.50 |
| CLAIMS | Claims Administration and Objections | 19.90 | 10,345.00 |
| FEEAPPS | Fee/Employment Applications | 20.00 | 13,475.00 |
| FINANCE | Financing | 94.80 | 69,056.00 |
| LIENINV | Lien Investigation | 0.30 | 220.50 |
| MEETCOM | Meetings and Communications with Creditors | 13.10 | 12,722.50 |
| NONWKGTV | Non-Working Travel | 3.00 | 825.00 |
| PLANDSCL | Plan and Disclosure Statement | 0.30 | 328.50 |
| RELIEF | Relief from Stay Proceedings | 0.20 | 159.00 |
| **Total** | | **226.30** | **154,858.00** |

## AGGREGATE TIME SUMMARY BY TASK CODE BY TIMEKEEPER

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| ASSTANAL | Schechter, R. M. | Principal | 2.20 | 795.00 | 1,749.00 |
| | Mazza, C. P. | Associate 1 | 11.00 | 550.00 | 6,050.00 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 1.00 | 350.00 | 350.00 |
| **Asset Analysis and Recovery** | | | | | |

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| **Total** | | | **14.20** | | **8,149.00** |

**Asset Disposition**

| ASSTDISP | Martin, W. | Principal | 1.00 | 1,095.00 | 1,095.00 |
| | Schechter, R. M. | Principal | 0.10 | 795.00 | 79.50 |
| **Asset Disposition Total** | | | **1.10** | | **1,174.50** |

**Budgeting (Case)**

| BUDGTNG | Martin, W. | Principal | 1.10 | 1,095.00 | 1,204.50 |
| | Schechter, R. M. | Principal | 0.10 | 795.00 | 79.50 |
| **Budgeting (Case) Total** | | | **1.20** | | **1,284.00** |

**Business Operations**

| BUSOPS | Martin, W. | Principal | 5.60 | 1,095.00 | 6,132.00 |
| | Schechter, R. M. | Principal | 10.40 | 795.00 | 8,268.00 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 11.80 | 350.00 | 4,130.00 |
| | Parisi, R. A. | Principal | 12.60 | 735.00 | 9,261.00 |
| | Sklar, D. E. | Associate 1 | 3.30 | 595.00 | 1,963.50 |
| | Oswald, D. M. | Associate 3 | 2.10 | 440.00 | 924.00 |
| **Business Operations Total** | | | **45.80** | | **30,678.50** |

**Case Administration**

| CASEADMN | Martin, W. | Principal | 1.30 | 1,095.00 | 1,423.50 |
| | Schechter, R. M. | Principal | 0.60 | 795.00 | 477.00 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 5.20 | 350.00 | 1,820.00 |
| | Parisi, R. A. | Principal | 1.40 | 735.00 | 1,029.00 |
| | OConnor, J. M. | Paralegal - 2 - Senior Level | 0.20 | 315.00 | 63.00 |
| | Oswald, D. M. | Associate 3 | 3.70 | 440.00 | 1,628.00 |
| **Case Administration Total** | | | **12.40** | | **6,440.50** |

**Claims Administration and Objections**

| CLAIMS | Martin, W. | Principal | 0.30 | 1,095.00 | 328.50 |
| | Schechter, R. M. | Principal | 3.80 | 795.00 | 3,021.00 |

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 0.50 | 350.00 | 175.00 |
| | Parisi, R. A. | Principal | 0.30 | 735.00 | 220.50 |
| | Oswald, D. M. | Associate 3 | 15.00 | 440.00 | 6,600.00 |
| **Claims Administration and Objections Total** | | | **19.90** | | **10,345.00** |

**Fee/Employment Applications**

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| FEEAPPS | Martin, W. | Principal | 5.10 | 1,095.00 | 5,584.50 |
| | Schechter, R. M. | Principal | 1.60 | 795.00 | 1,272.00 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 7.00 | 350.00 | 2,450.00 |
| | Parisi, R. A. | Principal | 3.00 | 735.00 | 2,205.00 |
| | Sklar, D. E. | Associate 1 | 3.30 | 595.00 | 1,963.50 |
| **Fee/Employment Applications Total** | | | **20.00** | | **13,475.00** |

**Financing**

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| FINANCE | Martin, W. | Principal | 28.70 | 1,095.00 | 31,426.50 |
| | Schechter, R. M. | Principal | 8.40 | 795.00 | 6,678.00 |
| | Mazza, C. P. | Associate 1 | 47.30 | 550.00 | 26,015.00 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 2.60 | 350.00 | 910.00 |
| | Parisi, R. A. | Principal | 2.10 | 735.00 | 1,543.50 |
| | OConnor, J. M. | Paralegal - 2 - Senior Level | 0.20 | 315.00 | 63.00 |
| | Oswald, D. M. | Associate 3 | 5.50 | 440.00 | 2,420.00 |
| **Financing Total** | | | **94.80** | | **69,056.00** |

**Lien Investigation**

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| LIENINV | Parisi, R. A. | Principal | 0.30 | 735.00 | 220.50 |
| **Lien Investigation Total** | | | **0.30** | | **220.50** |

**Meetings and Communications with Creditors**

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| MEETCOM | Martin, W. | Principal | 8.20 | 1,095.00 | 8,979.00 |
| | Schechter, R. M. | Principal | 2.60 | 795.00 | 2,067.00 |
| | Parisi, R. A. | Principal | 2.20 | 735.00 | 1,617.00 |
| | Sklar, D. E. | Associate 1 | 0.10 | 595.00 | 59.50 |

**Meetings and Communications with Creditors**

Our Matter # 025783.094982                                             July 11, 2023
Invoice #3300772                                                            Page:4

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| **Total** | | | **13.10** | | **12,722.50** |

**Non-Working Travel**

| NONWKGTV | Mazza, C. P. | Associate 1 | 3.00 | 275.00 | 825.00 |
| **Non-Working Travel Total** | | | **3.00** | | **825.00** |

**Plan and Disclosure Statement**

| PLANDSCL | Martin, W. | Principal | 0.30 | 1,095.00 | 328.50 |
| **Plan and Disclosure Statement Total** | | | **0.30** | | **328.50** |

**Relief from Stay Proceedings**

| RELIEF | Schechter, R. M. | Principal | 0.20 | 795.00 | 159.00 |
| **Relief from Stay Proceedings Total** | | | **0.20** | | **159.00** |

| **Total** | | | **226.30** | | **154,858.00** |

**AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL**

| 0080 | Martin, W. | Principal | 51.60 | 1,095.00 | 56,502.00 |
|---|---|---|---|---|---|
| 0694 | Schechter, R. M. | Principal | 30.00 | 795.00 | 23,850.00 |
| 1982 | Mazza, C. P. | Associate 1 | 3.00 | 275.00 | 825.00 |
| 1982 | Mazza, C. P. | Associate 1 | 58.30 | 550.00 | 32,065.00 |
| 2002 | Dermatis, M. P. | Paralegal - 2 - Senior Level | 28.10 | 350.00 | 9,835.00 |
| 2268 | Parisi, R. A. | Principal | 21.90 | 735.00 | 16,096.50 |
| 2616 | Sklar, D. E. | Associate 1 | 6.70 | 595.00 | 3,986.50 |
| 2624 | OConnor, J. M. | Paralegal - 2 - Senior Level | 0.40 | 315.00 | 126.00 |
| 2658 | Oswald, D. M. | Associate 3 | 26.30 | 440.00 | 11,572.00 |
| | **Total** | | **226.30** | | **154,858.00** |

**Time Detail**

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| 05/27/23 | Download of discovery received in connection with committee's request for records. | MPD | ASSTANAL | 1.00 | 350.00 |
| 05/28/23 | Review schedules and sofas (1.8), consider issues for further research and consideration by legal and FA teams (0.2), and communications regarding same (0.1). | RMS | ASSTANAL | 2.10 | 1,669.50 |
| 05/29/23 | Review correspondence relating to Debtors' assets and consigned goods. | RMS | ASSTANAL | 0.10 | 79.50 |
| 05/30/23 | Prepare for depositions of Debtor and secured lender parties while outlining topics with W. Martin, Jr. for today's depositions and meetings (3.0); Further preparations for (2.0) and take deposition of president of ReStore and HMR (2.0). Negotiate terms of deal with DIP Lenders and prepetition secured parties (4.0). | CPM | ASSTANAL | 11.00 | 6,050.00 |
| | | | **ASSTANAL Total** | **14.20** | **8,149.00** |
| 05/26/23 | Telephone conference with M. Patterson regarding issues list on GOB sales and consignment goods (.3); emails to and from same and review draft issues list (.3); craft edits to GOB/Consignment issues list and send to M. Patterson (.4). | WJM | ASSTDISP | 1.00 | 1,095.00 |
| 05/30/23 | Review communications regarding SSG. | RMS | ASSTDISP | 0.10 | 79.50 |
| | | | **ASSTDISP Total** | **1.10** | **1,174.50** |
| 05/25/23 | Communications regarding liquidation vs reorganization and potential outcomes. | RMS | BUDGTNG | 0.10 | 79.50 |
| 05/29/23 | Zoom calls - two separate - with Rock Creek to go through DIP budget refresh for creating exhibit to DIP Objection (.6); review final version of Exhibit A and edit (.3); final call with Rock Creek and approve final version of same for including as Exhibit to objection (.2) | WJM | BUDGTNG | 1.10 | 1,204.50 |
| | | | **BUDGTNG Total** | **1.20** | **1,284.00** |

Our Matter # 025783.094982                                                                          July 11, 2023
Invoice #3300772                                                                                         Page:6

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| 05/22/23 | Review of case docket (0.5) and draft chart outlining initial first steps re first days (0.5). | DES | BUSOPS | 1.00 | 595.00 |
| 05/22/23 | Review docket (0.6), consider pending motion/issues and timing (0.8), factual information required from Debtors (0.7) and next steps for legal team (0.5). | RMS | BUSOPS | 2.50 | 1,987.50 |
| 05/23/23 | Discussion concerning action items for First Day matters | DES | BUSOPS | 0.20 | 119.00 |
| 05/23/23 | Review and revise First day orders for the Debtors' filing, including utilities motion (0.6), cash management motion (0.9), and insurance motion (0.5). | DES | BUSOPS | 2.00 | 1,190.00 |
| 05/23/23 | Call with R. Parisi and D. Sklar regarding first day motions. | DMO | BUSOPS | 0.10 | 44.00 |
| 05/23/23 | Continued review of docket and update calendars with revised deadlines. | MPD | BUSOPS | 0.30 | 105.00 |
| 05/23/23 | Discuss second day orders with D. Sklar and D. Oswald | RAP | BUSOPS | 0.30 | 220.50 |
| 05/23/23 | Introductory call with Debtors' counsel | RAP | BUSOPS | 0.60 | 441.00 |
| 05/23/23 | Call with Debtors' counsel on initial objectives. | RMS | BUSOPS | 0.60 | 477.00 |
| 05/23/23 | Emails to and from R. Schechter and R. Parisi regarding pre-call prior to call with Debtor (.1); pre-call with R. Schechter on topics to cover (.1); download from R. Parisi/R. Schechter on call with Debtor (.3); | WJM | BUSOPS | 0.50 | 547.50 |
| 05/24/23 | Discussion with R. Parisi concerning initial debtor filings | DES | BUSOPS | 0.10 | 59.50 |
| 05/24/23 | Cash management discussion and analysis with L. Tancredi (0.3); review and revise cash management redline, circulate to UCC professionals team (0.5). | RAP | BUSOPS | 0.80 | 588.00 |
| 05/24/23 | Review and finalize changes to Insurance second day order | RAP | BUSOPS | 0.60 | 441.00 |
| 05/24/23 | Review and finalize changes to Utilities second day order (0.5); review objection filed and consider (0.3). | RAP | BUSOPS | 0.80 | 588.00 |
| 05/24/23 | Initial call with Debtors' financial team. | RMS | BUSOPS | 0.80 | 636.00 |
| 05/25/23 | Analysis (0.7) and correspondence with R. Parisi regarding KCC application as Administrative Advisor (0.3). | DMO | BUSOPS | 1.00 | 440.00 |

Our Matter # 025783.094982                                    July 11, 2023
Invoice #3300772                                                     Page:7

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| 05/25/23 | Redline Debtor proposed order to retain KCC as administrative advisor. | DMO | BUSOPS | 1.00 | 440.00 |
| 05/25/23 | Continued review of filings and information relating to financial and operation issues (0.5), discussion with Debtors including M. Kaufman and FAAN team (1.0) and draft Committee update regarding same (0.3). | RMS | BUSOPS | 1.80 | 1,431.00 |
| 05/25/23 | Confer with R. Parisi regarding status of first days and redlines of first day orders (.2); brief review of same and authorize circulation to debtor team (.2). | WJM | BUSOPS | 0.40 | 438.00 |
| 05/26/23 | Review and respond to emails regarding prep for second day hearing on 5.31.23. | MPD | BUSOPS | 1.50 | 525.00 |
| 05/26/23 | Update of tracking chart with all objections/responses to outstanding motions in preparing for second day hearing on 5.31.23. | MPD | BUSOPS | 1.50 | 525.00 |
| 05/26/23 | Catch up call with WBD team to discuss deliverables to Debtors and lenders with respect to DIP, store closing and consignment objections, in addition to second day orders | RAP | BUSOPS | 1.00 | 735.00 |
| 05/26/23 | Review store closing issues and communications regarding same. | RMS | BUSOPS | 0.20 | 159.00 |
| 05/26/23 | Communications regarding inventory levels/assets and related information to be shared with the Committee. | RMS | BUSOPS | 0.30 | 238.50 |
| 05/26/23 | Review DIP, consignment and store closing issues lists. | RMS | BUSOPS | 0.30 | 238.50 |
| 05/27/23 | Conduct research regarding various fees presented in consignment motions and store closing motion for R. Parisi review. | MPD | BUSOPS | 2.50 | 875.00 |
| 05/27/23 | Telephone call with R. Parisi regarding consignment motion research. | MPD | BUSOPS | 0.50 | 175.00 |
| 05/27/23 | Research regarding consignment /GOB fee structures (4.6), emails to team regarding same (0.3). | RAP | BUSOPS | 4.90 | 3,601.50 |
| 05/27/23 | Call with Committee and debtor team regarding revenue split, operating and budgeting issues. | WJM | BUSOPS | 0.30 | 328.50 |
| 05/27/23 | Portion of call with Gregg and others dealing with GOB sales (.2); portion of call with Debtor and committee teams only, addressing such issues, after exit of | WJM | BUSOPS | 0.70 | 766.50 |

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| | Lender team (.3); telephone conference with R. Parisi regarding s anecdotal GOB Agent fee structures and expert testimony (.2). | | | | |
| 05/28/23 | Prepare fileshare link of cases identified by R. Parisi in support of research for store closing/consignment motion for co-counsel review. | MPD | BUSOPS | 0.50 | 175.00 |
| 05/28/23 | Review information relating to consignments and fees in this case. | RMS | BUSOPS | 0.40 | 318.00 |
| 05/29/23 | Additional review of cases for liquidation of inventory issue. | MPD | BUSOPS | 1.20 | 420.00 |
| 05/29/23 | Research into certain fee structures and provisions from going out of business sale motions for R. Parisi review. | MPD | BUSOPS | 1.90 | 665.00 |
| 05/29/23 | Call regarding negotiation of second day orders with Debtors. | RAP | BUSOPS | 0.80 | 588.00 |
| 05/29/23 | Continue research and compilation of store closing / consignment fee structures. | RAP | BUSOPS | 1.80 | 1,323.00 |
| 05/29/23 | Research relating to consignment structures and fees (0.8), review prior cases for related motions and terms (0.7), review approved fees in connection with same (0.3). | RMS | BUSOPS | 1.80 | 1,431.00 |
| 05/29/23 | Continued review of consignment issues (0.4), objection to related motion and suggest edits to same (0.3). | RMS | BUSOPS | 0.70 | 556.50 |
| 05/29/23 | Meeting to discuss pending unresolved matters, filings and hearing preparation. | RMS | BUSOPS | 0.80 | 636.00 |
| 05/29/23 | Review consignment objection and revise (.8); confer with Womble team regarding same and regarding inter-relatedness with DIP Objection (.4); emails to and from Womble team regarding rates for GOB consignment and objections to same (.4); review R. Parisi analytics chart of rates for GOB/Consignment and walk through same with full team for annexing to GOB/Store Closing/Consignment objection (.6). | WJM | BUSOPS | 2.20 | 2,409.00 |
| 05/30/23 | Continued review of consignment fee analysis and communications regarding same. | RMS | BUSOPS | 0.20 | 159.00 |

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| 05/31/23 | Review of final orders for any deadlines/information needing to be calendared and update same. | MPD | BUSOPS | 1.10 | 385.00 |
| 05/31/23 | Review docket and download all final orders entered in case . | MPD | BUSOPS | 0.80 | 280.00 |
| 05/31/23 | Attend portion of second day hearing | RAP | BUSOPS | 1.00 | 735.00 |
| 05/31/23 | Meet with M. Ward regarding changes to Consignment and GOB orders and new legal issues raised (.5); review revised language for order (.3); court appearance regarding GOB and consignment settlements and confer with parties on same (.7). | WJM | BUSOPS | 1.50 | 1,642.50 |
| | | | **BUSOPS Total** | **45.80** | **30,678.50** |
| 05/22/23 | Begin drafting bylaws. | DMO | CASEADMN | 1.80 | 792.00 |
| 05/22/23 | Initial review of docket (0.5) and download all interim motions/proposed orders for team access and review (0.2). | MPD | CASEADMN | 0.70 | 245.00 |
| 05/22/23 | Prepare initial committee and professional contact lists | MPD | CASEADMN | 0.50 | 175.00 |
| 05/22/23 | Prepare and revise initial list of case assignments as related to pending motions. | MPD | CASEADMN | 1.00 | 350.00 |
| 05/22/23 | Review docket and outstanding objection deadlines / upcoming hearings (0.5); email to PBN and WBD teams regarding same (0.2). | RAP | CASEADMN | 0.70 | 514.50 |
| 05/22/23 | Emails to and from Womble team regarding workload and staffing (.7); teams meeting with co-counsel Womble as selected by Committee and work up division of labor (.6). | WJM | CASEADMN | 1.30 | 1,423.50 |
| 05/23/23 | Continue refining UCC bylaws. | DMO | CASEADMN | 1.10 | 484.00 |
| 05/23/23 | Prepare notice of appearance for Porzio and forward to R. Parisi. | MPD | CASEADMN | 0.20 | 70.00 |
| 05/23/23 | Review pro hacs and NOA | RAP | CASEADMN | 0.20 | 147.00 |
| 05/24/23 | CTS Professional catch up call | RAP | CASEADMN | 0.50 | 367.50 |
| 05/26/23 | Prepare tracking chart of all case filings to date, update and send to R. Parisi | MPD | CASEADMN | 1.10 | 385.00 |
| 05/26/23 | Update of professional/committee contact lists and forward to team. | MPD | CASEADMN | 0.60 | 210.00 |
| 05/26/23 | Review notice of agenda for 5/31 hearing with related filings and consider hearing prep issues. | RMS | CASEADMN | 0.50 | 397.50 |

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| 05/30/23 | Email from C. Mazza regarding drafting pro hac | JMO | CASEADMN | 0.10 | 31.50 |
| 05/30/23 | Email to C. Mazza regarding draft pro hac | JMO | CASEADMN | 0.10 | 31.50 |
| 05/30/23 | Review correspondence regarding settled orders and COCs. | RMS | CASEADMN | 0.10 | 79.50 |
| 05/31/23 | Provide further edits on bylaws and send to R. Parisi and M. Dermatis for further review | DMO | CASEADMN | 0.80 | 352.00 |
| 05/31/23 | Review of committee bylaws and respond to e-mail from D. Oswald re additional information for inclusion. | MPD | CASEADMN | 1.10 | 385.00 |
| | | | **CASEADMN Total** | **12.40** | **6,440.50** |
| 05/23/23 | Edit and provide comments in redlined bar date motion (1.5) and send email to R. Parisi attaching redlined version and summarizing potential issues (0.7). | DMO | CLAIMS | 2.20 | 968.00 |
| 05/23/23 | Review analyze and consider potential issues and objections regarding bar date motion. | DMO | CLAIMS | 1.80 | 792.00 |
| 05/23/23 | Draft email to C. Mazza regarding make whole issue | DMO | CLAIMS | 0.30 | 132.00 |
| 05/23/23 | Research and analyze potential enforceability of make whole premium as it relates to Pathlight | DMO | CLAIMS | 1.30 | 572.00 |
| 05/23/23 | Continued review of docket filings (0.7), explore multifaceted Hilco relationship (0.9) and impact on issues presently before the court or to be raised (0.8). | RMS | CLAIMS | 2.30 | 1,828.50 |
| 05/24/23 | Consider alternative challenges to Pathlight transaction (2.0); Include such alternatives in make-whole memo (0.5). | DMO | CLAIMS | 2.50 | 1,100.00 |
| 05/24/23 | Continue to edit draft memo on make-whole provisions. | DMO | CLAIMS | 4.20 | 1,848.00 |
| 05/24/23 | Conduct further research on make-whole provisions in the Third Circuit. | DMO | CLAIMS | 2.40 | 1,056.00 |
| 05/24/23 | Telephone conference with R. Lehane regarding landlord objections and claims regarding stub rent; emails to and from Ballard Spahr attorney representing other landlords regarding same issue. | WJM | CLAIMS | 0.30 | 328.50 |
| 05/25/23 | Review stub rent issues and filings (0.5), and communications regarding same (0.1). | RMS | CLAIMS | 0.60 | 477.00 |

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| 05/26/23 | Review and analyze UCC redline on bar date order | DMO | CLAIMS | 0.30 | 132.00 |
| 05/26/23 | Review and sign off on final bar date order changes | RAP | CLAIMS | 0.30 | 220.50 |
| 05/26/23 | Review motion for leave to file omnibus reply to landlord objections and review proposed objection. | RMS | CLAIMS | 0.20 | 159.00 |
| 05/26/23 | Review correspondence regarding lien review information. | RMS | CLAIMS | 0.10 | 79.50 |
| 05/26/23 | Review correspondence regarding make whole. | RMS | CLAIMS | 0.20 | 159.00 |
| 05/26/23 | Review limited objection of certain landlords. | RMS | CLAIMS | 0.20 | 159.00 |
| 05/30/23 | Review of bar date order and calendar all relevant deadlines. | MPD | CLAIMS | 0.50 | 175.00 |
| 05/31/23 | Review bar date notice. | RMS | CLAIMS | 0.20 | 159.00 |
| | | | **CLAIMS Total** | **19.90** | **10,345.00** |
| | | | | | |
| 05/22/23 | Coordination of FA interviews | RAP | FEEAPPS | 1.00 | 735.00 |
| 05/22/23 | Communications regarding FA interviews. | RMS | FEEAPPS | 0.20 | 159.00 |
| 05/23/23 | Review information requested for retention application and compile for review by team. | MPD | FEEAPPS | 0.80 | 280.00 |
| 05/23/23 | Prepare pro hac papers for R. Parisi and forward to co-counsel for filing. | MPD | FEEAPPS | 0.60 | 210.00 |
| 05/23/23 | Prepare pro hac papers for W. Martin and forward to co-counsel for filing. | MPD | FEEAPPS | 0.60 | 210.00 |
| 05/23/23 | FA deliberations with Committee | RAP | FEEAPPS | 0.50 | 367.50 |
| 05/23/23 | FA Interviews | RAP | FEEAPPS | 1.50 | 1,102.50 |
| 05/23/23 | Review information relating to parties in interest, retention and certification. | RMS | FEEAPPS | 1.10 | 874.50 |
| 05/23/23 | FA interviews (1.5); committee deliberations following FA interviews and decision (1.0); calls to losing and winning FA candidates (.8); review Porzio retention pleadings for filing (.2); follow up discussions with J. Borrow (.4); B. Ayers (.4); and M. Ward on FA decisions (.5). | WJM | FEEAPPS | 4.80 | 5,256.00 |
| 05/24/23 | Review and prepare information for Porzio's Retention Application. | MPD | FEEAPPS | 1.10 | 385.00 |
| 05/25/23 | Preparation of retention application | DES | FEEAPPS | 1.50 | 892.50 |
| 05/25/23 | Review (1.5) and prepare information for Porzio's Retention Application (1.7); | MPD | FEEAPPS | 3.40 | 1,190.00 |

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| | forward filings (0.2) | | | | |
| 05/25/23 | Communications regarding retention application and certification. | RMS | FEEAPPS | 0.30 | 238.50 |
| 05/25/23 | Confer with team regarding retention pleadings and approval of same. | WJM | FEEAPPS | 0.30 | 328.50 |
| 05/30/23 | Prepare pro hac papers for C. Mazza. | MPD | FEEAPPS | 0.50 | 175.00 |
| 05/31/23 | Preparation of retention application to be retained as Committee Counsel | DES | FEEAPPS | 1.80 | 1,071.00 |
| | | | **FEEAPPS Total** | **20.00** | **13,475.00** |
| 05/22/23 | Review case filings to date. Initial DIP motion review, review of first day affidavit, confer with W. Martin, Jr. and R. Parisi. | CPM | FINANCE | 4.40 | 2,420.00 |
| 05/22/23 | Study DIP Agreement and Order in preparation for drafting objection. | WJM | FINANCE | 2.00 | 2,190.00 |
| 05/23/23 | Continue review and analysis of first day affidavit in anticipation of DIP filing (1.8); Continue review of DIP motion (2.5) and outlining response (2.4); Confer with W. Martin, Jr. and R. Parisi and team regarding same (0.3). | CPM | FINANCE | 7.00 | 3,850.00 |
| 05/23/23 | Prepare first draft of DIP objection and forward to C. Mazza for review. | MPD | FINANCE | 1.00 | 350.00 |
| 05/23/23 | Discuss DIP objection with C. Mazza | RAP | FINANCE | 0.30 | 220.50 |
| 05/23/23 | Communications regarding landlord issues, DIP funding and timeline. | RMS | FINANCE | 0.30 | 238.50 |
| 05/23/23 | Work on DIP Objection including meetings and discussions with C. Mazza (1.0); continued reading and analysis of DIP Loan documents and legal issues (1.2). | WJM | FINANCE | 2.20 | 2,409.00 |
| 05/24/23 | Continued DIP motion review (1.3), review of first day affidavit (1.4), confer with W. Martin, Jr. and R. Parisi (0.2). Continue to sketch out objection to DIP motion (1.7). | CPM | FINANCE | 4.60 | 2,530.00 |
| 05/24/23 | Meet with C. Mazza regarding DIP questions and approach on objection (.4); meet with R. Parisi regarding interplay of DIP with Utilities motions and other second day motions (.2). | WJM | FINANCE | 0.60 | 657.00 |
| 05/25/23 | Drafting of (6.0), and legal research related to (2.0), DIP Objection, preparation of issues list (0.8), for | CPM | FINANCE | 9.30 | 5,115.00 |

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| | sharing with Debtors' and secured lenders' counsel, and conversations with R. Parisi and W. Martin, Jr. regarding same (0.5). | | | | |
| 05/25/23 | Review and consider DIP issues list for items outstanding/to be addressed. | RMS | FINANCE | 0.30 | 238.50 |
| 05/25/23 | Review Rock Creek information request list. | RMS | FINANCE | 0.10 | 79.50 |
| 05/25/23 | Draft issues list for discussions with lenders, as requested by lenders (.5); email same to C. Mazza and confer with C. Mazza regarding same (.2); review C. Mazza revised/augmented version (.2). | WJM | FINANCE | 0.90 | 985.50 |
| 05/26/23 | Continue work on DIP objection (4.4) and DIP issues list (1.2). Conference call with Womble and Rockcreek to discuss combined issues list to Debtors' and DIP Lenders' counsel (0.8). | CPM | FINANCE | 6.40 | 3,520.00 |
| 05/26/23 | Research Third Cir caselaw/briefs/trial docs regarding lender / liquidator affiliation. | DMO | FINANCE | 1.80 | 792.00 |
| 05/26/23 | Continue research re legal standard as relatedd to affiliated lender/ liquidator. | DMO | FINANCE | 2.70 | 1,188.00 |
| 05/26/23 | Review and revise DIP issues list and pending motions list in anticipation of WBD / PBN catch up call | RAP | FINANCE | 0.50 | 367.50 |
| 05/26/23 | Work up and finalize DIP Issues list (.7); emails from and to G. Galardi regarding same (.1); confer with C. Mazza regarding edits to same and status of DIP Objection draft (.2); finalize same and draft email to lenders regarding same (.3); circulate email draft to team, obtain sign off, and send (.2). | WJM | FINANCE | 1.50 | 1,642.50 |
| 05/27/23 | Prepare for various calls re UCC pending objections (1.0); conference call with lenders' and debtors' counsel (0.8); conference call with debtors' counsel (0.6); conference call among Committee professionals (0.4). | CPM | FINANCE | 2.80 | 1,540.00 |
| 05/27/23 | Review draft DIP objection. | RMS | FINANCE | 1.00 | 795.00 |
| 05/27/23 | Review and consider outstanding issues in preparation for call with Debtors and secured creditors (1.1) and attend calls in connection with same including, call | RMS | FINANCE | 2.90 | 2,305.50 |

Our Matter # 025783.094982

July 11, 2023

Invoice #3300772

Page:14

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| | with Gregg's team (0.8) and commitee / debtor team (0.6), and the UCC team only (0.4). | | | | |
| 05/27/23 | Communications regarding open DIP issues. | RMS | FINANCE | 0.20 | 159.00 |
| 05/27/23 | Review DIP Term sheet issues list and Interim DIP Order in preparation for call with Gregg (.4); call with Gregg and others, and specifically portion of call relating to DIP Order issues (.6); meet with committee team regarding next steps on DIP Order issues (.4). | WJM | FINANCE | 1.40 | 1,533.00 |
| 05/28/23 | Follow up on DIP objection issues with team. | CPM | FINANCE | 0.50 | 275.00 |
| 05/28/23 | Communications regarding DIP issues. | RMS | FINANCE | 0.20 | 159.00 |
| 05/28/23 | Work up changes to DIP Objection drafted by C. Mazza. | WJM | FINANCE | 1.70 | 1,861.50 |
| 05/28/23 | Emails to and from G. Galardi regarding discovery (.6); emails to and from Rock Creek regarding back-up required for deposition and possible testimony Tuesday (.5); work with Womble firm on proper dep noticing and filing exhibits in preparation for contested hearing on Tuesday (.5). | WJM | FINANCE | 1.60 | 1,752.00 |
| 05/29/23 | Review all correspondence with team (0.5), multiple conference calls regarding responses to issues list, including one with Rock Creek to go through DIP budget (0.6) and final call with RC re filings (0.2) and analyze steps moving forward, outstanding action items (1.0). | CPM | FINANCE | 2.30 | 1,265.00 |
| 05/29/23 | Review and analyze cases cited in DIP objection to confirm applicability. | DMO | FINANCE | 0.80 | 352.00 |
| 05/29/23 | Email W. Martin, Jr. and team regarding DIP objection. | DMO | FINANCE | 0.20 | 88.00 |
| 05/29/23 | Review of e-mails from W. Martin, Jr. (0.2) and incorporate edits to DIP Objection (1.4). | MPD | FINANCE | 1.60 | 560.00 |
| 05/29/23 | Touch base with WMD and Porzio team to discuss upcoming DIP and store closing / consignment objections. | RAP | FINANCE | 0.80 | 588.00 |
| 05/29/23 | Review DIP rate information from FAs. | RMS | FINANCE | 0.10 | 79.50 |
| 05/29/23 | Review DIP financing objection (0.5) and consider related issues including | RMS | FINANCE | 1.20 | 954.00 |

Our Matter # 025783.094982                                                                July 11, 2023
Invoice #3300772                                                                              Page:15

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| | Hilco relationships (0.4); review and revisions to same (0.3). | | | | |
| 05/29/23 | Review correspondence regarding deposition and deposition notice. | RMS | FINANCE | 0.30 | 238.50 |
| 05/29/23 | Review Hilco witness and exhibit list. | RMS | FINANCE | 0.10 | 79.50 |
| 05/29/23 | Work up revisions to DIP Objection (2.8); emails to and from Maria on questions on changes (.2); review second turn of objection and edit (.3). | WJM | FINANCE | 3.50 | 3,832.50 |
| 05/30/23 | Emails from and to K. Vachris regarding Objection to DIP Motion and Objection to Store Closing Agreement | JMO | FINANCE | 0.20 | 63.00 |
| 05/30/23 | Attend Salkovitz deposition | RAP | FINANCE | 0.50 | 367.50 |
| 05/30/23 | Review matters on for hearing tomorrow, related filings and correspondence regarding negotiations and potential settlement terms (.8); Review amended agenda (.1). Review proposed forms of orders and revisions (.3). | RMS | FINANCE | 1.20 | 954.00 |
| 05/30/23 | Review correspondence regarding deposition topics. | RMS | FINANCE | 0.10 | 79.50 |
| 05/30/23 | Final revisions to objection to DIP Motion (1.8) and authorize filing of same (0.2). | WJM | FINANCE | 2.00 | 2,190.00 |
| 05/30/23 | Preparation for depositions of I. Fredericks and M. Salkovitz including analytics of ReStore and Hilco pre and post-petition documents and publicly available information, rate information, etc., and outline Fredericks deposition topics (3.0); deposition of I. Fredericks (2.0); settlement discussions with Gregg Galardi and others including private caucuses with committee team, and reach agreement in principle (4). | WJM | FINANCE | 9.00 | 9,855.00 |
| 05/31/23 | Review of multiple redlines and DIP Order revisions (2.0).  Attend Second Day hearing and arguments on Consignment motion, store closing motion, DIP motion, landlord objections as well as various other presentations and ongoing negotiations with parties (7.0).  Draft and respond to emails regarding last night's negotiations (1.0). | CPM | FINANCE | 10.00 | 5,500.00 |

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
| 05/31/23 | Review correspondence and communications regarding DIP order negotiations, resolution and language to be included in same to address outstanding issues. | RMS | FINANCE | 0.40 | 318.00 |
| 05/31/23 | Review revised form of DIP Order and telephone conference with C. Mazza regarding same (.6); edit DIP Order and email to Lender team (.4); discuss final changes with G. Galardi (.3); court appearance before Judge Horan and present settlement to DIP Order (1.0). | WJM | FINANCE | 2.30 | 2,518.50 |
| | | | **FINANCE Total** | **94.80** | **69,056.00** |
| 05/23/23 | Review lien investigation document request list from WBD | RAP | LIENINV | 0.30 | 220.50 |
| | | | **LIENINV Total** | **0.30** | **220.50** |
| 05/22/23 | Initial Committee professionals call | RAP | MEETCOM | 0.80 | 588.00 |
| 05/22/23 | Committee professionals meeting. | RMS | MEETCOM | 0.60 | 477.00 |
| 05/22/23 | Meet with committee as to next steps and retention of FA's following selection as committee counsel. | WJM | MEETCOM | 1.00 | 1,095.00 |
| 05/24/23 | CTS Committee call | RAP | MEETCOM | 1.40 | 1,029.00 |
| 05/24/23 | Prepare for (0.1) and attend committee call (1.4). | RMS | MEETCOM | 1.50 | 1,192.50 |
| 05/24/23 | Draft agenda for today's committee meeting and circulate (.6); review comments and revise (.3); Meet with Committee professionals team in order to plan full committee meeting agenda (.5); circulate finalized agenda (.3); attend and co-chair committee meeting in accordance with Agenda (1.4) | WJM | MEETCOM | 3.00 | 3,285.00 |
| 05/25/23 | Communications regarding committee contact list. | RMS | MEETCOM | 0.20 | 159.00 |
| 05/26/23 | Forward status report to Committee regarding DIP Issues list (.2); emails to and from Committee chair regarding same (.3). | WJM | MEETCOM | 0.50 | 547.50 |
| 05/28/23 | Work with Matt Ward to finalize committee update to all committee members, particularly focused on DIP issues as addressed in meetings yesterday with Debtors and Lenders (.8); | WJM | MEETCOM | 1.00 | 1,095.00 |

| Date | Description | Initials | Task Code | Hours | Value |
|------|-------------|----------|-----------|-------|-------|
|  | finalize and authorize sending (.2). |  |  |  |  |
| 05/30/23 | Discussion with creditor concerning case issues and status | DES | MEETCOM | 0.10 | 59.50 |
| 05/30/23 | Draft real time updates to committee during settlement negotiations (.5); draft negative notice memo to committee regarding settlement ultimately proposed (.7). | WJM | MEETCOM | 1.20 | 1,314.00 |
| 05/31/23 | Communicate with counsel to creditors regarding status of issues before court today. | RMS | MEETCOM | 0.30 | 238.50 |
| 05/31/23 | Draft second communication to creditors committee regarding proposed settlement and negative notice (.9); emails from and to two committee members (.3); multiple emails with one committee member (.3). | WJM | MEETCOM | 1.50 | 1,642.50 |
|  |  |  | **MEETCOM Total** | **13.10** | **12,722.50** |
| 05/31/23 | Travel back from Second Day Hearings in Wilmington (3.0). | CPM | NONWKGTV | 3.00 | 825.00 |
|  |  |  | **NONWKGTV Total** | **3.00** | **825.00** |
| 05/27/23 | Portion of call with committee team and debtor team addressing fundraise and refinance plan. | WJM | PLANDSCL | 0.30 | 328.50 |
|  |  |  | **PLANDSCL Total** | **0.30** | **328.50** |
| 05/30/23 | Review Turtle Rock stay relief motion. | RMS | RELIEF | 0.20 | 159.00 |
|  |  |  | **RELIEF Total** | **0.20** | **159.00** |
|  |  |  | **Fees Total** | **226.30** | **154,858.00** |

**Disbursement Summary**                                    **Total**
Business Meals                                                       159.30
Ground Transportation                                          68.23
Lodging                                                                    399.00
Miscellaneous                                                         48.90
Rail Transportation                                                191.00
**Total Disbursements**                                       **866.43**


**Disbursement Detail**

| Date | Description | Amount |
|------|-------------|--------|
| 05/30/23 | VENDOR: American Express INVOICE#: MARTIN061423 DATE: 6/26/2023<br>Expense Reimbursement | 3.00 |
| 05/30/23 | VENDOR: American Express INVOICE#: MARTIN061423 DATE: 6/26/2023<br>Expense Reimbursement - Lunch | 22.50 |
| 05/31/23 | VENDOR: American Express INVOICE#: MARTIN061423 DATE: 6/26/2023<br>Expense Reimbursement - Dinner | 133.80 |
| 05/31/23 | VENDOR: CHRISTOPHER MAZZA INVOICE#: 5992221306261745 DATE: 6/26/2023<br>Expense Reimbursement - Hotel | 399.00 |
| 05/31/23 | VENDOR: CHRISTOPHER MAZZA INVOICE#: 5992221306261745 DATE: 6/26/2023<br>Expense Reimbursement - Hotel | 39.90 |
| 05/31/23 | VENDOR: CHRISTOPHER MAZZA INVOICE#: 5992221306261745 DATE: 6/26/2023<br>Expense Reimbursement - Amtrak from DE | 191.00 |
| 05/31/23 | VENDOR: CHRISTOPHER MAZZA INVOICE#: 5992221306261745 DATE: 6/26/2023<br>Expense Reimbursement - Uber from Newark Penn to office after traveling to DE to attend CTS second day hearings | 68.23 |
| 05/31/23 | VENDOR: CHRISTOPHER MAZZA INVOICE#: 5992221306261745 DATE: 6/26/2023<br>Expense Reimbursement - Travel insurance on Amtrak Ticket for Second Day Hearings | 9.00 |

                                                              **TOTAL DISBURSEMENTS**      **$866.43**


**TOTALS FOR THIS MATTER**

| | |
|---|---|
| Professional Services | 154,858.00 |
| Disbursements | 866.43 |
| Total Professional Services & Disbursements | 155,724.43 |

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 155,724.43** |

| | |
|---|---|
| Previous Balance Due | 0.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE INCLUDING THIS INVOICE** | **$ 155,724.43** |