# EXHIBIT B

7402684

## Summary of Expenses – May 22, 2023 – May 31, 2023

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing/Court Fees**<br>    Payable to Clerk of Court. (Admission Fees) | $0.00 |
| b) **Computer Assisted Legal Research**<br>    Westlaw, Lexis and a description of manner calculated. | $0.00 |
| c) **Pacer Fees**<br>    Payable to the Pacer Service Center for search and/or print. | $0.00 |
| d) **Fax (with rates)**<br>    No. of Pages     Rate per Page     (Max. $1.00/pg.) | $0.00 |
| e) **Case Specific Telephone / Conference Call Charges**<br>    Exclusive of overhead charges. | $0.00 |
| f) **In-House Reproduction Services**<br>    Exclusive of overhead charges. | $0.00 |
| g) **Outside Reproduction Services**<br>    Including scanning services. | $0.00 |
| h) **Other Research**<br>    Title searches, UCC searches, Asset searches, Accurint. | $0.00 |
| i) **Court Reporting / Deposition Services**<br>    Transcripts. | $0.00 |
| j) **Travel**<br>    Mileage, rolls, airfare and parking. | $707.13 |
| k) **Courier & Express Carriers**<br>    Overnight and personal delivery | $0.00 |
| l) **Postage** | $0.00 |
| m) **Other (specify) – Business Meals** | $159.30 |
| **DISBURSEMENTS TOTAL:** | **$866.43** |

7402684