**Exhibit 1**

**Revised Budget**

*ACTIVE 688626125v12*

**Christmas Tree Shops GOB Cashflow Projections**
**Weekly Cash Flow Forecast - Detail**

NOTE: THE TIMING OF RECEIPTS AND PAYMENTS MAY VARY FROM WEEK TO WEEK BASED ON AMOUNTS ACTUALLY RECEIVED OR ACTUALLY DISBURSED AND NEGOTIATED BY THE RECIPIENT

| Week Ending | 7/1/2023 | 7/8/2023 | 7/15/2023 | 7/22/2023 | 7/29/2023 | 8/5/2023 | 8/12/2023 | 8/19/2023 | 8/26/2023 | 9/2/2023 *9/2 or later | Total | Total GOB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pre-GOB | Pre-GOB | | | | | | | | | | |
| Receipts (CTS) | 2,483 | 3,500 | 15,260 | 8,890 | 7,059 | 5,248 | 2,890 | | | | 45,330 | 39,347 |
| Receipts (ReStore) | 2,391 | 3,090 | 12,800 | 6,093 | 4,526 | 2,000 | 960 | | | | 31,860 | 26,379 |
| **Total before Sales Tax** | **4,874** | **6,590** | **28,060** | **14,983** | **11,585** | **7,248** | **3,850** | | | | **77,190** | **65,726** |
| Estimated Sales Tax | | | 1,403 | 749 | 579 | 362 | 193 | | | | 3,286 | 3,286 |
| **Total Receipts after Sales Tax** | **4,874** | **6,590** | **29,463** | **15,732** | **12,164** | **7,611** | **4,043** | | | | **80,477** | **69,013** |
| | | | | | | | | | | | | |
| **Other Receipts** | | | | | | | | | | | | |
| Gift Card/Merchandise Credits | | | | (59) | | | | | | | (119) | (119) |
| Add'l Receipts | 25 | | (59) | | | | | 2,922 | | | 2,947 | 2,922 |
| Intellectual Property | | | | | | | | | | | - | - |
| Gross Store FF&E Proceeds | 160 | | | | | 160 | | 992 | | | 1,312 | 1,152 |
| Gross DC/Corporate Office FF&E Proceeds | | | | | | 100 | | | | | 100 | 100 |
| Lease Sale Proceeds | | | | | | | | | | | - | - |
| Consignment Credit | | | | | | | | 500 | | | 500 | - |
| Release of Future Funding Reserve | | | | | | 1,000 | | | | | 1,000 | 1,000 |
| Release of Indemnity Reserve | | | | | | | | 500 | | | 500 | 500 |
| Sales Tax Refund | | | | | | | | | | 600 | 600 | 600 |
| Utility Deposit Refund | | | | | | | | | | 524 | 524 | 524 |
| Surety Bond | | | | | | | | | | 200 | 200 | 200 |
| Return of Work Comp LC Cash Collateral | | | | | | | | | | 2,100 | 2,100 | 2,100 |
| **Total Receipts** | **5,059** | **6,590** | **29,404** | **15,672** | **12,164** | **8,871** | **4,043** | **4,914** | | **3,424** | **89,641** | **77,992** |
| | | | | | | | | | | | | |
| **Head Office Costs** | | | | | | | | | | | | |
| Freight and Merchandise | (677) | (600) | (350) | (350) | (100) | (100) | | | | | (2,177) | (900) |
| Employee Costs - Head Office | | (921) | (82) | (558) | | (284) | | (256) | | | (2,102) | (720) |
| Head Office Vacation Pay - Pre GOB Accrual | | (229) | (44) | | (32) | | | (163) | | | (468) | - |
| Head Office Vacation pay - GOB Accrual | | | | | | | | | | | - | - |
| KERP | | | | | | | | | | | - | - |
| Hong Kong Office and Payroll Costs | (91) | (316) | (179) | (66) | | (321) | (179) | (66) | | | (1,219) | (812) |
| Insurance | (233) | | | (123) | | | | | | | (356) | (123) |
| Financing (Interest) | (494) | (40) | | | | | | | | | (534) | - |
| Store Closing Expenses (10 previously closed stores) | | (165) | (114) | (114) | (114) | (114) | (114) | (114) | | | (850) | (685) |
| IT Expenses | (202) | | (50) | (1,571) | | | | (3,061) | | (555) | (5,439) | (5,237) |
| Sales Tax | | | | | | | | | | | - | - |
| **Store Level Costs** | | | | | | | | | | | | |
| Employee Costs - Store Level | (130) | (1,486) | (140) | (1,395) | (25) | (1,395) | (25) | (1,395) | | | (5,991) | (3,537) |
| Store Level - Vacation Pay pre-GOB Accrual | | (119) | | | | | | (325) | | | (444) | - |
| Store Level - Vacation Pay GOB Accrual | | | | | | | | | | | - | - |
| Employee Costs - DC | | (278) | | (197) | | (158) | | | | | (633) | (216) |
| DC - Vacation Pay - Pre-GOB Accrual | | (36) | | | (19) | | | | | | (55) | - |
| DC - Vacation Pay - GOB Accrual | | | | | | | | | | | - | - |
| Employee Health Claims | | | (175) | (175) | (175) | (175) | (175) | | | | (875) | (175) |
| Store level bonuses | | | | | | | | | | (599) | (599) | (599) |

| Line item | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Rent - DC and Stores | | (5,335) | | | | | (3,681) | | | (9,016) |
| Occupancy Reserve | (200) | | | | | | | | | (200) |
| Other Store Level Expenses | (39) | (154) | (72) | (72) | (72) | (72) | (72) | | | (553) |
| Utilities | (49) | (100) | (250) | (250) | (250) | (250) | (250) | | | (1,399) |
| Credit card fees | (75) | (101) | (454) | (242) | (187) | (117) | (62) | | | (1,239) |
| ReStore Consignment Fees/Augment Payment | (2,138) | (1,391) | (5,340) | (8,200) | (5,636) | (4,187) | (1,850) | | (888) | (29,629) |
| Liquidation Advertising | | | (160) | (160) | (160) | (160) | (160) | | | (801) |
| Liquidation Supervision | | | (146) | (146) | (146) | (146) | (146) | | | (732) |
| Liquidation Fee (2% of Gross Proceeds) | | | (305) | (178) | (141) | (105) | (58) | | | (787) |
| Liquidation FF&E Fee (17.5% of Gross Proceeds) | (28) | | | | | (46) | | (174) | | (247) |
| **Professional Fees** | | | | | | | | | | |
| Legal Fees - Debtor Lead Counsel | (420) | | (25) | (25) | | | | | | (470) |
| Legal Fees - Debtor Local Counsel | (420) | | (75) | (75) | | | | | | (570) |
| FA - Debtor | (195) | | (25) | (25) | | | | | | (245) |
| FA - Banker | (100) | | | (150) | | | | | | (250) |
| Unfunded Carveout Debtors Professionals | | | (205) | | | | | | | (205) |
| Committee Professional Fees | (438) | | (52) | (148) | | | | | | (638) |
| Unfunded Carveout Committee Professionals | | | (318) | | | | | | | (318) |
| Lender Professional Fees | | | (350) | (650) | | | | | | (1,000) |
| Noticing Agent Fees | (132) | (50) | (50) | (50) | (50) | (50) | (50) | (100) | (100) | (732) |
| Conversion Fees | | | | | | | | | (25) | (25) |
| OCP Fees | | (20) | (10) | (10) | (10) | | | | | (50) |
| UST Fees | (195) | (56) | | | | | | | (250) | (501) |
| **Distribution to Pathlight** | | | | | | | | | | |
| Proceeds to be Distributed to Pathlight | | | | | | | | (240) | | (240) |
| **Total Disbursements** | (6,256) | (11,396) | (8,971) | (14,932) | (7,119) | (11,361) | (3,142) | (5,894) | (2,417) | (71,588) |
| **Net Operating Cashflow** | (1,197) | (4,806) | 20,433 | 741 | 5,046 | (2,490) | 901 | (980) | 1,007 | 18,053 |
| | | | | | | | | | | |
| Cash balance, Opening | | | | | | 3,639 | 649 | 1,550 | 570 | |
| Receipts | | | 29,404 | 15,672 | 12,164 | 8,871 | 4,043 | 4,914 | | 3,424 |
| Draws from revolver | | | 8,971 | | | | | | | |
| Disbursements | | | (8,971) | (14,932) | (7,119) | (11,361) | (3,142) | (5,894) | (100) | (2,417) |
| Sweeps to revolver | | | (29,404) | | | | | | | |
| **Cash balance, Closing** | | | | 741 | 5,046 | 1,149 | 1,550 | 570 | 470 | 1,007 |
| | | | | | | | | | | |
| Revolver Balance incl. Payable Portion of ETF, Opening | | | 19,480 | | | | | | | |
| Revolver Draws | | | 8,971 | | | | | | | |
| Revolver Sweeps | | | (29,404) | | | | | | | |
| **Revolver Balance incl. Payable Portion of ETF, Closing** | | 19,480 | - | | | | | | | |