**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10576 (TMH)<br>(Jointly Administered)<br><br>**Hearing Date: August 16, 2023, at 2:00 p.m.**<br>**Obj. Deadline: August 9, 2023, at 4:00 p.m.** |

### MOTION OF CONOPCO, INC. d/b/a UNILEVER FOR AN ORDER COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE

Conopco, Inc. d/b/a Unilever ("Unilever"), a creditor in the above-captioned case, by and through its undersigned counsel, respectfully requests entry of an order, substantially in the form of the attached Order (the "Proposed Order"): (i) allowing Unilever's administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) with respect to goods in the amount of $22,121.97 received by Debtor Christmas Tree Shops, LLC ("CTS") post-petition, and (ii) directing immediate payment of such allowed claims, and in support thereof, respectfully represents as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, and the *Amended Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of Delaware, entered on February 29, 2012, (Sleet, C.J.).

2.      This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b) (2) (A), and (B).

---

[1]      The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. TIN are: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and CTS Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, MA 02346.

3.  Pursuant to Local Rule 9013-1(f), Unilever consents to the entry of a final judgement or order by this Court in connection with this motion.

4.  Venue is proper in this District pursuant to 28 U.S.C. § 1408 and 1409.

5.  The statutory predicates for the relief requested herein are sections 105 and 503(a) and (b) of the Bankruptcy Code.

## **BACKGROUND**

6.  On May 5, 2023 (the "Petition Date"), CTS and four affiliated entities (collectively, the "Debtors") each filed a Petition for Relief (collectively, the "Petitions") under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (as amended) (the "Bankruptcy Code").

7.  The Debtors' Chapter 11 cases are being jointly administered under case number 23-10576 (TMH), pursuant to the Court's order [Docket No. 62] entered on May 9, 2023.

8.  Unilever is a vendor to CTS, supplying CTS, and its affiliated debtors, with ice cream food products.

***Unpaid Post-Petition Goods***

9.  On May 30, 2023, Unilever and CTS (hereinafter, the "Parties") agreed that CTS would send weekly payments on Wednesdays for the previous week's shipment and that any missed payments would result in shipments being held until the account is current.

10. Starting on or about June 6, 2023, Unilever processed orders for CTS across numerous invoices. See a true and correct copy of the 7/12/2023 CTS Accounting attached hereto as Exhibit "A."

11. The goods listed on the invoices were shipped to CTS.

12. On June 14, 2023, Unilever contacted CTS about an insufficient payment, and breach of their payment arrangement. Although a weekly payment was made, the payment only addressed one (1) invoice.

13.    CTS has received goods totaling $22,121.97 (the "Unpaid Post-Petition Goods") that remain unpaid.

14.    Upon further information and belief, the goods have been, or are being, offered for sale in at least one of the Debtors' store locations.

**RELIEF REQUESTED**

15.    Unilever respectfully requests that the Court enter an order compelling payment in full for the Unpaid Post-Petition Goods by a date certain.

16.    Bankruptcy Code section 503(b)(1) provides: "[a]fter notice and a hearing, there shall be allowed, administrative expenses . . . including . . . the actual, necessary costs and expenses of preserving the estate." 11 U.S.C. § 503(b)(1). "[W]hen third parties are induced to supply goods or services to the debtor-in-possession pursuant to a contract that has not been rejected, the purposes of [administrative claims] plainly require that their claims be afforded priority." *In re Goody's Family Clothing, Inc.*, 610 F.3d 812, 818 (3d Cir. 2010) (internal citations omitted).

17.    As the Unpaid Post-Petition Goods were unquestionably ordered and received by the Debtors post-petition, Unilever is entitled to an administrative expense claim for the value of the Unpaid Post-Petition Goods.

18.    Unilever requests that this Court order prompt payment of its administrative expense claim. It is well settled that the decision whether to order payment of § 503(b)(1) administrative claims is within the sound discretion of this Honorable Court. *See, e.g., In re HQ Global Holdings, Inc.*, 282 B.R. 169, 173 (Bankr. D. Del., 2002); *In re Christmas Tree Shops, LLC*, Case No. 23-10576, Dkt. No. 257 (Order Granting Application Of Riba Textiles, Ltd. For An Order Compelling Payment Of Administrative Claim required payment in 3 installment payments due within 18 days of date of the order).

## NOTICE

19.     Notice of this Motion is being provided to: (i) the Debtors; (ii) counsel to the Debtors; (iii) the Office of the United States Trustee; (iv) counsel to the official committee of unsecured creditors; and (v) all parties requesting notice in the Debtors' chapter 11 cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.  In light of the nature of relief requested herein, Prestige Patio respectfully submits that no other or further notice is necessary.

## CONCLUSION

For the foregoing reasons, Prestige Patio respectfully requests that the Court enter the proposed Order attached as Exhibit A; and such other and further relief as is just and proper.

Dated: July 20, 2023

Respectfully submitted,

**JOHN R. WEAVER, JR., P.A.**
**Attorney at Law**

*By: /s/ John R. Weaver, Jr*.
John R. Weaver, Jr.
2409 Lanside Drive
Wilmington, Delaware, 19801
(302) 655-7371 (direct)
jweaverlaw@verizon.net

-and-

By: */s/ Joseph H. Lemkin*
Joseph H. Lemkin, Esquire
**STARK & STARK, P.C.**
A Professional Corporation
100 American Metro Blvd
Hamilton, NJ 08619
(609) 896-9060 (main)
(609) 895-7395 (facsimile)
jlemkin@stark-stark.com

Attorneys for Attorneys for Unilever Importing Inc.

# EXHIBIT "A"

| Account | Assignment | Invoice | Document Date | Amount |
|---------|-----------|---------|---------------|--------|
| 30735453 | 40200742-391460 | 9408686512 | 6/7/2023 | $ (50.64) |
| 30735453 | 11800002-391012 | 9408686513 | 6/7/2023 | $ (9.67) |
| 30735453 | 20702868 | 9408548939 | 6/6/2023 | $ 732.24 |
| 30735453 | 1012315207 | 9408577752 | 6/6/2023 | $ 363.44 |
| 30735453 | 20702862 | 9408577753 | 6/6/2023 | $ 319.76 |
| 30735453 | 32401193 | 9408591792 | 6/7/2023 | $ 561.64 |
| 30735453 | 3680667 | 9408593148 | 6/7/2023 | $ 229.92 |
| 30735453 | 5232315720 | 9408593750 | 6/7/2023 | $ 311.76 |
| 30735453 | 1012315407 | 9408595089 | 6/7/2023 | $ 517.20 |
| 30735453 | 20600123 | 9408595340 | 6/7/2023 | $ 355.44 |
| 30735453 | 1012315601 | 9408595341 | 6/7/2023 | $ 334.08 |
| 30735453 | 1012315608 | 9408595342 | 6/7/2023 | $ 457.68 |
| 30735453 | 1012315704 | 9408647717 | 6/8/2023 | $ 361.92 |
| 30735453 | 11831982 | 9408655527 | 6/8/2023 | $ 141.60 |
| 30735453 | 32401216 | 9408674795 | 6/8/2023 | $ 424.84 |
| 30735453 | 3022315912 | 9408676086 | 6/8/2023 | $ 387.60 |
| 30735453 | 20600134 | 9408694148 | 6/9/2023 | $ 143.04 |
| 30735453 | 5702315914 | 9408700057 | 6/9/2023 | $ 359.52 |
| 30735453 | 1012315802 | 9408700980 | 6/9/2023 | $ 700.88 |
| 30735453 | 3685743 | 9408706297 | 6/9/2023 | $ 234.24 |
| 30735453 | 3684223 | 9408706298 | 6/9/2023 | $ 430.08 |
| 30735453 | 32500612 | 9408718737 | 6/9/2023 | $ 379.04 |
| 30735453 | 3685101 | 9408738027 | 6/10/2023 | $ 396.72 |
| 30735453 | 3686380 | 9408738029 | 6/10/2023 | $ 231.12 |
| 30735453 | 3686560 | 9408777460 | 6/11/2023 | $ 275.76 |
| 30735453 | 3688487 | 9408823958 | 6/13/2023 | $ 389.04 |
| 30735453 | 5042316318 | 9408824322 | 6/13/2023 | $ 278.16 |
| 30735453 | 3687478 | 9408823957 | 6/13/2023 | $ 317.76 |
| 30735453 | 1012315908 | 9408811335 | 6/13/2023 | $ 472.32 |
| 30735453 | 12013891 | 9408812026 | 6/13/2023 | $ 684.12 |
| 30735453 | 1012316006 | 9408816962 | 6/13/2023 | $ 279.60 |
| 30735453 | 1902316016 | 9408817272 | 6/13/2023 | $ 210.24 |
| 30735453 | 77355376 | 9408817859 | 6/13/2023 | $ 321.12 |
| 30735453 | 75341760 | 9408817870 | 6/13/2023 | $ 215.76 |
| 30735453 | 20600146 | 9408820326 | 6/13/2023 | $ 115.68 |
| 30735453 | 6022316408 | 9408900542 | 6/14/2023 | $ 329.04 |
| 30735453 | 792316505 | 9408917219 | 6/15/2023 | $ 334.56 |
| 30735453 | 1532316019 | 9408965841 | 6/16/2023 | $ 235.92 |
| 30735453 | 32401271 | 9408994894 | 6/16/2023 | $ 616.36 |
| 30735453 | 74766092 | 9409059631 | 6/19/2023 | $ 556.80 |
| 30735453 | 1012317007 | 9409141584 | 6/21/2023 | $ 122.68 |
| 30735453 | 1012316604 | 9409150678 | 6/21/2023 | $ 309.16 |
| 30735453 | 952317224 | 9409272403 | 6/23/2023 | $ 855.84 |
| 30735453 | 75341910 | 9409304878 | 6/24/2023 | $ 226.56 |
| 30735453 | 602317410 | 9409352434 | 6/26/2023 | $ 486.72 |
| 30735453 | 3708065 | 9409357834 | 6/26/2023 | $ 448.64 |

| | | | | | |
|---|---|---|---|---|---|
| 30735453 | 1012317210 | 9409371762 | 6/26/2023 | $ | 683.12 |
| 30735453 | 32400004 | 9409371763 | 6/26/2023 | $ | 721.28 |
| 30735453 | 1012317110 | 9409371764 | 6/26/2023 | $ | 171.92 |
| 30735453 | 32500716 | 9409371765 | 6/26/2023 | $ | 263.60 |
| 30735453 | 4012317711 | 9409374640 | 6/26/2023 | $ | 251.04 |
| 30735453 | 32401315 | 9409387900 | 6/27/2023 | $ | 350.24 |
| 30735453 | 6832317711 | 9409390457 | 6/27/2023 | $ | 303.12 |
| 30735453 | 20600192 | 9409398255 | 6/27/2023 | $ | 84.52 |
| 30735453 | 6022317809 | 9409496915 | 6/28/2023 | $ | 305.52 |
| 30735453 | 80442156 | 9409525648 | 6/29/2023 | $ | 404.64 |
| 30735453 | 3714581 | 9409532000 | 6/29/2023 | $ | 238.36 |
| 30735453 | 32400009 | 9409547063 | 6/29/2023 | $ | 93.20 |
| 30735453 | 45000839-394690 | 9409747895 | 7/6/2023 | $ | (24.20) |
| 30735453 | 3711531 | 9409579225 | 6/30/2023 | $ | 415.48 |
| 30735453 | 1012317902 | 9409607154 | 6/30/2023 | $ | 313.96 |
| 30735453 | 3707365 | 9409625742 | 7/2/2023 | $ | 163.24 |
| 30735453 | 3717763 | 9409625743 | 7/2/2023 | $ | 344.00 |
| 30735453 | 1532318114 | 9409629707 | 7/3/2023 | $ | 341.43 |
| 30735453 | 30408126 | 9409740378 | 7/5/2023 | $ | 302.21 |
| | | | | | $22,121.97 |