## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10576 (TMH)<br>(Jointly Administered)<br><br>**Hearing Date: August 16, 2023, at 2:00 p.m.**<br>**Obj. Deadline: August 9, 2023, at 4:00 p.m.** |

### NOTICE OF MOTION OF CONOPCO, INC. d/b/a UNILEVER FOR AN ORDER COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE

**PLEASE TAKE NOTICE** that on July 20, 2023, Conopco, Inc. d/b/a Unilever ("Unilever") filed the Motion of Unilever for an Order Compelling Payment of Administrative Expense (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned counsel for Prestige Patio on or before **August 9, 2023, at 4:00 p.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Motion may be held before the Honorable Thomas M. Horan in the Bankruptcy Court, 824 Market Street, 3rd Floor, Courtroom #6, Wilmington, Delaware 19801 on **August 16, 2023, at 2:00 p.m.,** (prevailing Eastern Time).

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. TIN are: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and CTS Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, MA 02346.

4865-6492-8881, v. 2

**PLEASE TAKE FURTHER NOTICE** that a copy of the complete motion is available on the Bankruptcy Claims Agent website: https://www.kccllc.net/christmastreeshops or upon request to the undersigned attorney.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 20, 2023

Respectfully submitted,

**JOHN R. WEAVER, JR., P.A.**
**Attorney at Law**

By: */s/ John R. Weaver, Jr.*
John R. Weaver, Jr.
2409 Lanside Drive
Wilmington, Delaware, 19801
(302) 655-7371 (direct)
jweaverlaw@verizon.net

-and-

By: */s/ Joseph H. Lemkin*
Joseph H. Lemkin, Esquire
**STARK & STARK, P.C.**
A Professional Corporation
100 American Metro Blvd
Hamilton, NJ 08619
(609) 896-9060 (main)
(609) 895-7395 (facsimile)
jlemkin@stark-stark.com

Attorneys for Attorneys for Unilever Importing Inc.