IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10576 (TMH)<br>(Jointly Administered) |

**ORDER GRANTING MOTION OF CONOPCO, INC. d/b/a UNILEVER
FOR AN ORDER COMPELLING PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM**

Upon the Motion of Conopco, Inc. d/b/a Unilever ("Unilever") for an Order Compelling Payment of Administrative Expense Claim (the "Motion"), and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and all objections to the Motion, if any, having been withdrawn, resolved, or overruled; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice; and it is further

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. TIN are: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and CTS Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, MA 02346.

**ORDERED** that all amounts due for the Unpaid Post-Petition Goods[2] are deemed to be entitled to priority according to 11 U.S.C. §§ 503(b)(1)(A); and it is further

**ORDERED** that Debtors shall pay all amounts due for the Unpaid Post-Petition Goods, which total $22,121.97, by wire to any account designated in writing by Unilever on or before _____, 2023; and it is further

**ORDERED** that the Debtors and Unilever are directed and authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application; and it is further

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order; and it is further

**ORDERED** that the 14-day stay of the Order, provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, is waived and this Order becomes effective immediately.

---

[2] Capitalized terms not defined in this Order shall have the same meaning as ascribed in the Motion.