**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CHRISTMAS TREE SHOPS, LLC, et al., | Case No.: 23-10576 (TMH) |
| | Objections due by: August 9, 2023 |
| Debtors, | Hearing Date: August 16, 2023 at 2:00 pm |

**CERTIFICATION OF SERVICE OF MOTION OF CONOPCO, INC. d/b/a UNILEVER FOR AN ODER COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE**

John Weaver, Esquire hereby certifies that on the 20th day of July, 2023, a true and correct copy of Conopco Inc. d/b/a Unilever, Motion for an Order Compelling Payment of Administrative Expense, was served upon the addressees listed on the attached service list in the manner indicated.

Dated: July 20, 2023

Respectfully submitted,

**JOHN R. WEAVER, JR., P.A.**
**Attorney at Law**

By: */s/ John R. Weaver, Jr.*
John R. Weaver, Jr.
2409 Lanside Drive
Wilmington, Delaware, 19801
(302) 655-7371 (direct)
jweaverlaw@verizon.net

-and-

By: */s/ Joseph H. Lemkin*
Joseph H. Lemkin, Esquire
**STARK & STARK, P.C.**
A Professional Corporation
100 American Metro Blvd
Hamilton, NJ 08619
(609) 896-9060 (main)
(609) 895-7395 (facsimile)
Attorneys for Attorneys for Conopco Inc., d/b/a Unilever

1

4876-5345-5216, v. 3

**SERVICE LIST**

VIA CM/ECF & ELECTRONIC MAIL

Harold B. Murphy, Esq.
Christopher Condon, Esq.
Murphy & King, P.C.
28 State Street, Suite 3101
Boston, MA 02109
Email: ccondon@murphyking.com; hmurphy@murphyking.com
*Counsel to Debtor*

Evelyn J. Meltzer, Esq.
Marcy J. McLaughlin Smith, Esq.
Troutman Pepper
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899
Email: Evelyn.Meltzer@troutman.com; Marcy.Smith@troutman.com
*Counsel for Debtor*

Christopher P. Mazza, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Pkwy
Morristown, NJ 07960
Email: CPMazza@pbnlaw.com
*Counsel for Cred. Committee*

Benjamin A. Hackman, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email: Benjamin.a.hackman@usdoj.gov
*United States Trustee*

2

4876-5345-5216, v. 3