## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | Jointly Administered |
| | Objection Deadline: August 11, 2023 at 4:00 p.m. (ET).<br>Hearing Date: To be determined if objection filed. |

**NOTICE OF FIRST MONTHLY FEE APPLICATION OF WOMBLE
BOND DICKINSON (US) LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MAY 22, 2023 THROUGH JUNE 30, 2023**

**PLEASE TAKE NOTICE** that on July 21, 2023, the Official Committee of Unsecured Creditors (the "Committee") of Christmas Tree Shops, LLC, *et al.*, by and through the Committee's undersigned counsel, filed the *First Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from May 22, 2023 Through June 30, 2023* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 258] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and be served upon: (a) the attorneys for

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

the Debtors, (i) Murphy & King, P.C., 28 State Street, Suite 3101, Boston, Massachusetts 02019, Attn: Harold B. Murphy and Christopher Condon, (email: HMurphy@murphyking.com, CCondon@murphyking.com; and (ii) Troutman Pepper Hamilton Sanders LLP, Attn: Evelyn J. Meltzer and Marcy J. McLaughlin Smith (evelyn.meltzer@troutman.com, marcy.smith@troutman.com); (b) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Benjamin Hackman (email: Benjamin.A.Hackman@usdoj.gov); (c) counsel to Eclipse, Greenberg Traurig, LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Jeffrey Wolf and Brian Greer (Jeffrey.Wolf@gtlaw.com; greerb@gtlaw.com); and (ii) Greenberg Traurig, LLP, 222 Delaware Avenue, Suite 1600, Wilmington, DE 19801, Attn: Anthony Clark and Dennis Meloro (anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com); (d) counsel to ReStore Capital, LLC, (i) Ropes & Gray LLP, 1211 6th Ave, New York, NY 10036, Attn: Gregg M. Galardi (Gregg.Galardi@ropesgray.com); and (ii) Chipman Brown Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, DE 19801, Attn: Mark L. Desgrosseilliers (desgross@chipmanbrown.com); (e) counsel to Pathlight Capital LP, (i) Riemer & Braunstein, Times Square Tower, Suite 2506, Seven Times Square, New York, NY 10036, Attn: Steven E. Fox and Paul D. Bekker (sfox@riemerlaw.com; pbekker@riemerlaw.com); and (ii) Ashby & Geddes, 500 Delaware Avenue, 8th Floor, Wilmington, DE 19801, Attn: Gregory A. Taylor (gtaylor@ashbygeddes.com) and (f) proposed counsel to the Committee, (i) Porzio, Bromberg & Newman, P.C., 100 Southgate Parkway, P.O. Box 1997, Morristown, NJ 07962-1997, Attn: Warren J. Martin Jr., Robert M. Schechter, and Rachel A. Parisi (wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; raparisi@pbnlaw.com); and (ii) Womble Bond Dickinson (US) LLP,

1313 North Market Street, Suite 1200, Wilmington, DE 19801, Attn: Matthew P. Ward, Ericka F. Johnson, Morgan L. Patterson, and Lisa Bittle Tancredi (matthew.ward@wbd-us.com; ericka.johnson@wbd-us.com; morgan.patterson@wbd-us.com; lisa.tancredi@wbd-us.com) by no later than **August 11, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"). A hearing on the Application shall be held only in the event timely objections are filed.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 21, 2023

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
Morgan L. Patterson (DE Bar No. 5388)
Lisa Bittle Tancredi (DE Bar No. 4657)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: ericka.johnson@wbd-us.com
Email: morgan.patterson@wbd-us.com
Email: lisa.tancredit@wbd-us.com

and

**PORZIO, BROMBERG & NEWMAN, P.C.**
Warren J. Martin Jr. (admitted *pro hac vice*)
Robert M. Schechter (admitted *pro hac vice*)
Rachel A. Parisi (admitted *pro hac vice*)
100 Southgate Parkway, P.O. Box 1997
Morristown, New Jersey 07962-1997
Telephone: (973) 538-4006
Facsimile: (973) 538-5146
Email: wjmartin@pbnlaw.com
Email: rmschechter@pbnlaw.com
Email: raparisi@pbnlaw.com

*Counsel to the Official Committee of Unsecured Creditors*