**EXHIBIT B**



**Womble Bond Dickinson (US) LLP**
1313 North Market Street
Suite 1200
Wilmington, Delaware 19801

Tel: (302) 252-4320
Fax: (302) 252-4330
www.womblebonddickinson.com

July 21, 2023
Matter Number 118979.0001.2
Bill Number 4813511
STATEMENT FOR SERVICES RENDERED

c/o Womble Bond Dickinson
1313 N. Market Street
Suite 1200
Wilmington, DE  19801

RE:   Christmas Tree Shops

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2023 | $219,962.50 |
| DISBURSEMENTS THROUGH 06/30/2023 | $3,582.67 |
| **CURRENT TOTAL** | **$223,545.17** |

Christmas Tree Shops -Official Committee of Unsecured Creditors  118979.0001.2/4813511
Christmas Tree Shops

## DISBURSEMENTS AND OTHER CHARGES

| Date: | Description: | Amount: |
|---|---|---|
| May 23, 2023 | Filing Fee<br>COURTS/USDC-DE - Pro Hac Filing Fee | $ 25.00 |
| May 25, 2023 | Postage<br>Reliable Wilmington - print, postage, & envelopes for CTS NOA | $ 62.05 |
| May 31, 2023 | Messenger/Courier Service<br>Reliable Wilmington - print, tab, put in binder, & deliver to Judge Horan | $ 6.00 |
| May 31, 2023 | Binding<br>Reliable Wilmington - print, tab, put in binder, & deliver to Judge Horan | $ 21.00 |
| May 31, 2023 | Transcript<br>Reliable Wilmington - Original and Certified Copy of Transcript of Ian Federicks and Marc Salkovitz regarding Christmas Tree Shops, LLC, et. al. | $ 909.00 |
| May 31, 2023 | Filing Fee<br>COURTS/USDC-DE - Pro Hac Filing Fee | $ 25.00 |
| May 31, 2023 | Binding<br>Reliable Wilmington - print, tab, & put in binders | $ 62.00 |
| May 31, 2023 | Messenger/Courier Service<br>Reliable Wilmington - pick up/deliver, a box, to & from court | $ 12.00 |
| Jun 13, 2023 | Postage<br>Reliable Wilmington - print, postage, & envelopes | $ 348.60 |
| Jun 29, 2023 | Transcript<br>Reliable Wilmington - hearing transcripts | $ 142.80 |
| | Photocopies | $ 1,969.22 |
| | **Total Disbursements:** | $ 3,582.67 |

Any disbursement appearing on our statements as Business Meals and Entertainment is stated at cost. The Revenue Reconciliation Act of 1993 reduced the deductibility of these expenses to you from 80% to 50%. We maintain the supporting documentation for these costs and will make the documentation available to you upon request.