# **EXHIBIT B**

**(Detailed Description of Expenses Incurred During Fee Period)**

**Murphy & King, Professional Corporation**
**Expenses for the Period from 5/5/23 - 6/30/23**

| Date Incurred | Vendor | Amount | Description |
|---|---|---|---|
| **i. Copies** | | | |
| 5/5/2023 - 6/30/2023 | Internal | $ 978.80 | 9,788 B&W Copies @ $.10 each |
| 5/5/2023 - 6/29/2023 | Internal | $ 1,684.00 | 2,105 Color Copies @ $.80 each |
| **Total:** | | **$ 2,662.80** | |
| **v. Online Research** | | | |
| 4/25/2023 | Corporation Service Corporation | $ 135.00 | UCC On-Line Searches |
| 5/31/23 | Pacer | $ 4.40 | Research |
| 5/31/2023 | Pacer | $ 14.40 | Research |
| **Total:** | | **$ 153.80** | |
| **vi. Delivery Service/Couriers** | | | |
| 5/15/2023 | Federal Express | $ 21.94 | Delivery |
| **Total:** | | **$ 21.94** | |
| **ix. Out-of-Town Travel** | | | |
| | **(a) Transportation** | | |
| 5/6/2023 | American Airlines | $ 510.20 | Round trip Flight from Boston - Philadelphia for C. Condon for 5/9/23 |
| 5/6/2023 | American Airlines | $ 510.20 | Round trip Flight from Boston - Philadelphia for H. Murphy for 5/9/23 |
| 5/6/2023 | American Airlines/Expedia | $ 127.88 | Flight for C. Condon on 5/22/23 |
| 5/11/2023 | American Airlines | $ 457.93 | Round trip flight from Boston - Philadelphia for H. Murphy for 5/31/23 |
| 5/15/2023 | American Airlines | $ 478.43 | Round trip flight from Boston - Philadelphia for H. Murphy for 6/15/23 |
| 5/23/2023 | American Airlines/Expedia | $ 351.76 | Round trip Flight from Boston - Philadelphia for C. Condon for 6/21/23 |
| 5/30/2023 | American Airlines | $ 54.65 | Flight from Boston - Philadelphia for H. Murphy for 6/21/23 |
| 5/30/2023 | American Airlines | $ 105.01 | Flight from Boston - Philadelphia for C. Condon for 6/21/23 |
| **Total:** | | **$ 2,596.06** | |
| | **(b) Hotel** | | |
| 5/31/2023 | Hotel du Pont | $ 32.00 | Hotel for 6/21/2023 |
| 6/1/2023 | Hotel du Pont | $ 571.90 | Hotel for 5/30 - 5/31/23 for H. Murphy |
| 6/1/2023 | Hotel du Pont | $ 482.90 | Hotel for 5/30 - 5/31/23 for C. Condon |
| **Total:** | | **$ 1,086.80** | |
| | **(c) Meals** | | |
| 5/9/2023 | Bud & Marilyn's | $ 48.44 | Meal for H. Murphy on 5/22/23 |
| **Total:** | | **$ 48.44** | |
| | **(d) Ground Transportation** | | |
| 5/8/2023 | Delaware Limo | $ 134.00 | Car service on 5/22/23 |
| 5/11/2023 | Uber | $ 29.29 | Car service on 5/3/23 for L. O'Farrell |
| 5/30/2023 | Verifone Transportation | $ 63.25 | Car service in Philadelphia on 6/21/23 |
| 5/31/2023 | Boston Taxi | $ 26.76 | Car service to airport on 6/21/23 |
| 6/14/2023 | Boston Coach | $ 137.56 | Car service to airport on 6/21/23 |
| 6/18/2023 | Boston Taxi | $ 33.01 | Car service to airport on 6/21/23 |
| **Total:** | | **$ 423.87** | |
| **x. Meals (Local)** | | | |
| 5/11/2023 | Cheesecake Factory | $ 24.11 | Dinner for L. O'Farrell on 5/3/23 |
| 6/16/2026 | Door Dash/Sweet Green | $ 70.63 | Dinner for K. Cruickshank, etc. on 5/22/23 |

**Murphy & King, Professional Corporation**
**Expenses for the Period from 5/5/23 - 6/30/23**

| Date Incurred | Vendor | Amount | Description |
|---|---|---|---|
| 6/30/2023 | Al's Café | $ 53.74 | Lunch for L. O'Farrell, etc. on 6/29 |
| 6/30/2023 | Bailey & Sage | $ 58.48 | lunch for L. O'Farrell, etc. on 6/14 |
| **Total:** | | **$ 206.96** | |
| | | | |
| **xvii. Litigation Support Vendor** | | | |
| | | | |
| 5/31/2023 | Reliable Court Reporting | $ 637.35 | Depositions of I. Fredericks and M. Salkovitz |
| **Total:** | | **$ 637.35** | |
| | | | |
| **xxi. Other (State Filing Fees)** | | | |
| | | | |
| 6/16/2023 | Maine.gov | $ 6.00 | Filing/Recording Fee |
| 6/16/2023 | MI Corp Division | $ 16.00 | Filing/Recording Fee |
| 6/16/2023 | NJ Business Services | $ 0.30 | Filing/Recording Fee |
| 6/16/2023 | NYS DOS | $ 5.00 | Filing/Recording Fee |
| 6/16/2023 | PA BCCO Corp Fees Dos | $ 40.00 | Filing/Recording Fee |
| 6/16/2023 | SC Business Filing | $ 15.00 | Filing/Recording Fee |
| 6/16/2023 | Sec of MA | $ 81.00 | Filing/Recording Fee |
| 6/16/2023 | Sec of State Alabama | $ 80.50 | Filing/Recording Fee |
| 6/16/2023 | Texas Sec of State | $ 1.00 | Filing/Recording Fee |
| **Total:** | | **$ 244.80** | |
| | | | |
| **EXPENSE TOTAL:** | | **$ 8,082.82** | |