# EXHIBIT A

**(Detailed Description, by Project Category, of Services Rendered During Fee Period)**

| Date | Name | Hours | Billable Amount | Category | Narrative |
|---|---|---|---|---|---|
| 5/8/2023 | Lana Bezner | 1.86 | 1,395.00 | 1.1 | Call with N. Manzoor, M. Kaufman, E. Dibenedetto regarding next steps related to the Ch.11 filing, including, financial reporting requirements to lenders and in the Ch. 11 proceedings generally. |
| 5/8/2023 | Naveed Manzoor | 0.75 | 596.25 | 1.1 | Call with L. Bezner, M. Kaufman, E. Dibenedetto regarding next steps related to the Ch.11 filing, including, financial reporting requirements to lenders and in the Ch. 11 proceedings generally. |
| 5/11/2023 | Lana Bezner | 0.28 | 210.00 | 1.1 | Review notice of entry of interim, orders, and secondary hearing, |
| 5/12/2023 | Lana Bezner | 1 | 750.00 | 1.1 | Review first day orders and other materials |
| 5/26/2023 | Lana Bezner | 1 | 750.00 | 1.1 | Review various materials filed in chapter 11 proceedings |
| 6/8/2023 | Lana Bezner | 2.16 | 1,620.00 | 1.1 | Review filed schedules and statements and other materials |
| | | **7.05** | **5,321.25** | **1.1** | **Chapter 11 Process/Case Management** |
| 5/10/2023 | Lana Bezner | 2.25 | 1,687.50 | 1.2 | Review weekly cash flow, variance and future cash flow.  Call to review weekly cash flow, variance analysis and future cash flow, with N Manzoor, M. Kaufman and E. Dibenedetto. Call with N. Manzoor, M. Kaufman, E. Dibenedetto and D. Defigueiredo, reading final DIP loan agreement |
| 5/10/2023 | Naveed Manzoor | 1.5 | 1,192.50 | 1.2 | 2 calls with company  to review cash flows and operational issues - review spreadsheets |
| 5/12/2023 | Lana Bezner | 1.32 | 990.00 | 1.2 | Call with M. Kaufman, E. Dibenedetto and D. Defigueiredo regarding various cash flow matters including payments to be made and timing of same as well as next steps in the chapter 11 proceedings, reviewing the DIP loan agreement and related reporting requirements. |
| 5/17/2023 | Lana Bezner | 1 | 750.00 | 1.2 | Review weekly cash flow and variance analysis, call with E. Dibenedetto, M. Kaufman and N. Manzoor re:weekly cash flow and variance reporting. |
| 5/17/2023 | Naveed Manzoor | 0.9 | 715.50 | 1.2 | Call with Company and L. Bezner to discuss weekly cashflow and variance requirements. |
| 5/17/2023 | Naveed Manzoor | 0.2 | 159.00 | 1.2 | Call with M. Smith from Troutman re FAAN retention and discussion with L. Bezner re same. |
| 5/23/2023 | Lana Bezner | 5.36 | 4,020.00 | 1.2 | call with M. Kaufman re various matters including cash flow reporting and liquidation analysis, |
| 5/24/2023 | Lana Bezner | 6.28 | 4,710.00 | 1.2 | Weekly cash flow review and discussion with E. Dibenedetto, M. Kaufman, S. Kasprick, updating liquidation analysis. Call with M. Kaufman, H. Murphy re liquidation analysis.  Call with H. Murphy, M. Kaufman, N. Manzoor, Counsel to creditor committee, FA to creditor committee. |
| 5/24/2023 | Sydney Kasprick | 2.15 | 806.25 | 1.2 | Cashflow meeting with E. Dibenedetto, L. Bezner and M. Kaufman |
| 5/25/2023 | Sydney Kasprick | 0.79 | 296.25 | 1.2 | Call with E. Dibenedetto to review cash flow workbook process. reviewed workbooks for discussion with E.  Dibenedetto, M. Kaufman and D. Defigueiredo tomorrow. |
| 5/26/2023 | Lana Bezner | 2.75 | 2,062.50 | 1.2 | Call with S. Kasprick, M. Kaufman and D. Defigueiredo, E. Dibenedetto re transition of weekly cash flow preparation, Call with M. Kaufman re various matters, including cash flow. Discussions with S. Kasprick regarding cash flow transition. |
| 5/26/2023 | Sydney Kasprick | 1.65 | 618.75 | 1.2 | Call with  E. Dibenedetto, M. Kaufman and D. Defigueiredo. Review daily cash flow and weekly cash flow |
| 5/29/2023 | Sydney Kasprick | 0.72 | 270.00 | 1.2 | Begin weekly cashflow reporting for week ending May 27th |
| 5/30/2023 | Lana Bezner | 1.35 | 1,012.50 | 1.2 | Discussions with S. Kasprick re weekly cash flow and review of same |
| 5/30/2023 | Sydney Kasprick | 2.9 | 1,087.50 | 1.2 | Weekly cashflow report, reviewed numbers from previous week, entered new data for week of May 27 |
| 5/31/2023 | Lana Bezner | 5.65 | 4,237.50 | 1.2 | Cash flow call with M. Kaufman, D. Defigueiredo, S. Kasprick, review, reconcile and update cash flow with S. Kasprick |
| 5/31/2023 | Sydney Kasprick | 6.07 | 2,276.25 | 1.2 | Finish weekly cashflow, Calls with D. Defigueiredo, & M. Kaufman to review |
| 6/1/2023 | Sydney Kasprick | 0.15 | 56.25 | 1.2 | Update weekly reporting workbook |
| 6/2/2023 | Sydney Kasprick | 1.45 | 543.75 | 1.2 | Review changes from M. Kaufman's adjusted workbook |
| 6/5/2023 | Lana Bezner | 0.67 | 502.50 | 1.2 | Respond to emails, call with M. Kaufman, D. Defigueiredo, S. Kasprick re weekly cash flow |
| 6/5/2023 | Sydney Kasprick | 1.08 | 405.00 | 1.2 | Call with M. Kaufman & D. Defigueiredo, updating new DIP budget on tracker |
| 6/6/2023 | Lana Bezner | 4.6 | 3,450.00 | 1.2 | Discussion with N. Manzoor re status of file, matters related to weekly cash flow, call with D. Defigueiredo, S. Kasprick, M. Kaufman re weekly cash flow and BBC, discussions with S. Kasprick re cash flow, |
| 6/6/2023 | Naveed Manzoor | 2.2 | 1,749.00 | 1.2 | Call with L. Bezner re cash flows, review statements |
| 6/6/2023 | Sydney Kasprick | 5.75 | 2,156.25 | 1.2 | Weekly cashflow week ending June 3; Call with M. Kaufman & D. Defigueiredo |
| 6/7/2023 | Lana Bezner | 4 | 3,000.00 | 1.2 | Discussion with M. Kaufman and S. Kasprick re weekly cash flow, review weekly cash flow, discussions with S. Kasprick. |
| 6/7/2023 | Sydney Kasprick | 5.65 | 2,118.75 | 1.2 | Weekly cashflow week ending June 3, 2023. Calls with L. Bezner, M. Kaufman and D. Defigueiredo regarding same. |
| 6/12/2023 | Lana Bezner | 0.15 | 112.50 | 1.2 | Review email re sales from P. Shandly, and emails among party, N. Manzoor and SSG |
| 6/12/2023 | Sydney Kasprick | 0.96 | 360.00 | 1.2 | Weekly cash flow week end June 10 |
| 6/13/2023 | Lana Bezner | 2.83 | 2,122.50 | 1.2 | Review weekly cash flow, calls with S. Kasprick re weekly cash flow |
| 6/13/2023 | Sydney Kasprick | 4.93 | 1,848.75 | 1.2 | Weekly cash flow week ending June 10, call with M. Kaufman, D. Defigueiredo E. Lewandowski. Calls with L. Bezner |
| 6/14/2023 | Lana Bezner | 1.93 | 1,447.50 | 1.2 | Call with M. Kaufman re cash flow, review revised cash flow. Call with N. Manzoor. |
| 6/14/2023 | Sydney Kasprick | 0.5 | 187.50 | 1.2 | Budget Certificate, weekly cashflow workbook finalization |
| 6/16/2023 | Lana Bezner | 0.36 | 270.00 | 1.2 | Call with M. Kaufman regarding restore inventory. Call with S. Kasprick re same. |
| 6/16/2023 | Sydney Kasprick | 1.12 | 420.00 | 1.2 | Restore change on workbook, update roll for next week., calls with L. Bezner |
| 6/19/2023 | Lana Bezner | 1.52 | 1,140.00 | 1.2 | Review weekly cash adjusted for restore change, discussion with S. Kasprick re same, call with M. Kaufman and S. Kasprick re revised projections with ReStore inventory adjustments |
| 6/19/2023 | Sydney Kasprick | 1.07 | 401.25 | 1.2 | Call with M. Kaufman and L. Bezner, Prepare weekly cashflow report |
| 6/20/2023 | Lana Bezner | 1.81 | 1,357.50 | 1.2 | Call with D. Defigueiredo, call with S. Kasprick regarding preparation of weekly cash flow, review weekly cash flow, call with D. Defigueiredo, E. Lewandowski, M. Kaufman, S. Kasprick. Weekly call with M. Kaufman and Creditor Committee representatives. |

| Date | Name | Hours | Billable Amount | Category | Narrative |
|---|---|---|---|---|---|
| 6/20/2023 | Sydney Kasprick | 3.2 | 1,200.00 | 1.2 | Weekly cash review, Call with E. Lewandowski to review process, Call with L. Bezner, M. Kaufman, D. Defigueiredo and E. Lewandowski to review for the week. |
| 6/21/2023 | Lana Bezner | 1.92 | 1,440.00 | 1.2 | Review weekly reporting and discussions with S. Kasprick re cash roll, call with SSG, CTS, H. Murphy, review order establishing compensation and reimbursement of expenses. |
| 6/21/2023 | Sydney Kasprick | 2.88 | 1,080.00 | 1.2 | Weekly reporting package finalization, updating bbc and budget certificate. Calls with L. Bezner |
| 6/22/2023 | Lana Bezner | 0.71 | 532.50 | 1.2 | Call with M. Kaufman regarding among other things, cash flow reporting and breach of DIP covenants |
| 6/24/2023 | Naveed Manzoor | 2.6 | 2,067.00 | 1.2 | Calls with M. Kaufman re budget requests from Hilco. Review previous weeks cash flows. |
| 6/26/2023 | Lana Bezner | 7.89 | 5,917.50 | 1.2 | Discussion re N. Manzoor re weekend calls. Review GOB cash flow. Discussion with N. Manzoor re same. Call with M. Kaufman, M. Salkovitz, N. Manzoor re GOB budget. Reviewing information and preparing GOB budget. |
| 6/26/2023 | Naveed Manzoor | 4.3 | 3,418.50 | 1.2 | Call with H. Murphy re situation. Multiple calls with L. Bezner. Calls with Company and L. Bezner. review DIP order, GOB budget as prepared by M. Kaufman. |
| 6/26/2023 | Sydney Kasprick | 2.28 | 855.00 | 1.2 | Weekly cash flow, call with J. Privette |
| 6/27/2023 | Lana Bezner | 6.75 | 5,062.50 | 1.2 | Prepare GOB budget, call with payroll department, call with M. Salkovitz and N. Manzoor, call with M. Salkovitz, M. Kaufman, legal counsel, SSG and N. Manzoor re status, DIP budget and GOB budget. |
| 6/27/2023 | Naveed Manzoor | 3.8 | 3,021.00 | 1.2 | Work on GOB budget with L. Bezner. Call with M. Salkovitz and L. Bezner. Call with company, legal counsel and SSG |
| 6/27/2023 | Sydney Kasprick | 2.41 | 903.75 | 1.2 | Weekly cash flow review, Call with D. Defigueiredo, E. Lewandowksi & J. Privette, working on employee spreadsheets for GOB budget |
| 6/28/2023 | Lana Bezner | 7.68 | 5,760.00 | 1.2 | Working on DIP budget, calls with H. Murphy, M. Salkovitz, N. Manzoor, D. Defigueiredo, review weekly cash flow and variance, calls with E. Meltzer, H. Murphy, J. Kuzinevich, M. Kaufman, N. Manzoor, M. Salkovitz, SSG regarding status, working on GOB budget, Call with group + creditor committee |
| 6/28/2023 | Naveed Manzoor | 3.4 | 2,703.00 | 1.2 | Call with Company, legal counsel and L. Bezner. calls with I. Fredrickson at Hilco. Call with A. McKeown at Hilco. |
| 6/28/2023 | Sydney Kasprick | 1.69 | 633.75 | 1.2 | Weekly cashflow finalization, budget compliance certificate |
| 6/29/2023 | Lana Bezner | 8.4 | 6,300.00 | 1.2 | Updating 2 week DIP budget. Calls with N. Manzoor, call with M. Salkovitz, M. Kaufman and N. Manzoor regarding GOB budget, working on GOB budget. Attending a call with J. Kusinovich, M. Salkovitz and J. Napoli re IT requirements in context of GOB. |
| 6/29/2023 | Naveed Manzoor | 4.87 | 3,871.65 | 1.2 | Work on GOB budget. Multiple calls with M. Kaufman and company and L. Bezner. |
| 6/29/2023 | Sydney Kasprick | 2.2 | 825.00 | 1.2 | Organize employee information re GOB budget |
| 6/30/2023 | Lana Bezner | 4.92 | 3,690.00 | 1.2 | Call with M. Salkovitz, H. Murphy, J. Kusinovich, N. Manzoor re various questions related to the GOB budget and other legal questions. |
| 6/30/2023 | Naveed Manzoor | 3.6 | 2,862.00 | 1.2 | Call with M. Salkovitz, legal counsel and L. Bezner re GOB budget. Review budgets |
| 6/30/2023 | Sydney Kasprick | 4.72 | 1,770.00 | 1.2 | Employee pay termination pivot tables, rent pivot tables, warn excel re GOB budget |
| | | **165.79** | **104,454.15** | **1.2** | **DIP Financing** |
| 5/16/2023 | Naveed Manzoor | 1.9 | 1,510.50 | 1.3 | Call with Call with M. Salkovitz, H. Murphy, M. Kaufman, J. Kuzinevich, and L. Bezner to discuss various analysis and information needed. Follow up call with L. Bezner after to discuss plan. Review inventory and IP appraisal provided by Company. |
| 5/16/2023 | Lana Bezner | 1.96 | 1,470.00 | 1.3 | Call with M. Salkovitz, H. Murphy, M. Kaufman, J. Kuzinevich, N. Manzoor, discussed, among other things, leases, disclosure plan including projections and the preparation of liquidation analysis, status of SSG engagement, value of IP. Commence preparation of the liquidation analysis. Follow up call with N. Manzoor to discuss next steps. |
| 5/17/2023 | Lana Bezner | 4.73 | 3,547.50 | 1.3 | Review 5 year financial projections prepared by M. Kaufman. Call with M. Kaufman re 5 year financial projections, including detailed discussion of underlying assumptions. Working on liquidation analysis |
| 5/18/2023 | Lana Bezner | 4.39 | 3,292.50 | 1.3 | Call with M. Salkovitz, H. Murphy, M. Kaufman, J. Kuzinevich, to discuss various items, including drafting of disclosure plan and related financial projections. Preparation of liquidation analysis, call with M. Kaufman re projections and liquidation analysis. Call with N. Manzoor re liquidation analysis. |
| 5/18/2023 | Naveed Manzoor | 0.9 | 715.50 | 1.3 | Call with L. Bezner re update on call with company and legal counsel re disclosures and liquidation analysis. Discuss analysis with L. Bezner |
| 5/19/2023 | Lana Bezner | 4.5 | 3,375.00 | 1.3 | Call with M. Salkovitz, H. Murphy, M. Kaufman, J. Kuzinevich to discuss among other things the long term projections and various other matters, preparing liquidation analysis, call with M. Kaufman re projections and liquidation analysis |
| 5/21/2023 | Lana Bezner | 4.75 | 3,562.50 | 1.3 | Preparing liquidation analysis and reviewing related materials |
| 5/22/2023 | Lana Bezner | 4.64 | 3,480.00 | 1.3 | Review 5 year projections, discussion with N. Manzoor about the liquidation analysis. |
| 5/22/2023 | Naveed Manzoor | 1.75 | 1,391.25 | 1.3 | Review projections and liquidation analysis. Call with L. Bezner to review liquidation analysis |
| 5/29/2023 | Lana Bezner | 4.9 | 3,675.00 | 1.3 | Reviewing draft disclosure statement, working on liquidation analysis |
| 5/29/2023 | Naveed Manzoor | 2.3 | 1,828.50 | 1.3 | Discussion with L. Bezner re draft disclosure statement and review of same. |
| 5/30/2023 | Lana Bezner | 2.23 | 1,672.50 | 1.3 | Further review of draft disclosure statement, call with C. Condon (Murphy King) re comments/questions related to draft Disclosure Statement |
| 6/1/2023 | Naveed Manzoor | 2.6 | 2,067.00 | 1.3 | Update from L. Bezner re SSG involvement. Review financial projections. |
| 6/1/2023 | Lana Bezner | 4.89 | 3,667.50 | 1.3 | Call with M. Kaufman, H. Murphy and SSG re financial projections and related assumptions, call with M. Kaufman re among other things, disclosure statement and liquidation analysis. Updating liquidation analysis. |
| | | **46.44** | **35,255.25** | **1.3** | **Plan of Reorganization/Disclosure Statement** |
| 6/7/2023 | Lana Bezner | 1.4 | 1,050.00 | 1.4 | call with M. Kaufman, H. Murphy, N. Manzoor, J. Kuzinevich, SSG representatives, follow up call with N. Manzoor |

| Date | Name | Hours | Billable Amount | Category | Narrative |
|---|---|---|---|---|---|
| 6/7/2023 | Naveed Manzoor | 1.4 | 1,113.00 | 1.4 | call with M. Kaufman, H. Murphy, L. Bezner, J. Kuzinevich, SSG representatives, follow up call with L. Bezner |
| 6/7/2023 | Naveed Manzoor | 0.9 | 715.50 | 1.4 | Call with interested party who wanted to participate in sales process. Call with M. Kaufman to update her on interested party and get them into the process. |
| 6/12/2023 | Naveed Manzoor | 0.1 | 79.50 | 1.4 | Review email from interested party and correspondence with L. Bezner, SSG and party. |
| 6/13/2023 | Lana Bezner | 1.1 | 825.00 | 1.4 | Call with SSG and N. Manzoor re interested party and information requests, follow up call with N. Manzoor. |
| 6/13/2023 | Naveed Manzoor | 1.1 | 874.50 | 1.4 | Call with SSG re requests from interested party. Follow up with L. Bezner. |
| 6/14/2023 | Lana Bezner | 0.63 | 472.50 | 1.4 | Review SSG process summary, Call with SSG and CTS, follow up call with N. Manzoor to discuss SSG call among other matters. |
| 6/14/2023 | Naveed Manzoor | 0.6 | 477.00 | 1.4 | Call with L. Bezner re various CTS matters, including call with SSG. |
| 6/25/2023 | Naveed Manzoor | 3.28 | 2,607.60 | 1.4 | Call with Company, Hilco, SSG, legal counsel and various others re situation and next steps. Call with I. Fredrickson at Hilco. 2 calls with M. Kaufman. |
| | | **10.51** | **8,214.60** | **1.4** | **Disposition of Assets** |
| 6/29/2023 | Lana Bezner | 1.83 | 1,372.50 | 1.5 | Attend at Court |
| 6/29/2023 | Naveed Manzoor | 1.83 | 1,454.85 | 1.5 | Attend at Court |
| | | **3.66** | **2,827.35** | **1.5** | **Court Hearing** |
| 5/11/2023 | Naveed Manzoor | 0.4 | 318.00 | 1.6 | Call with M. Kaufman re FAAN appointment and retention application. |
| 5/17/2023 | Lana Bezner | 0.2 | 150.00 | 1.6 | Call with M. Smith from Troutman re FAAN Retention and discussions with N. Manzoor re same. |
| 5/23/2023 | Lana Bezner | 0.4 | 300.00 | 1.6 | Review and provide comments on materials related FAAN retention motion, discussion with N.. Manzoor re retention motion materials |
| 5/23/2023 | Naveed Manzoor | 2.6 | 2,067.00 | 1.6 | Review draft retention application provided by Troutman. Discuss with L. Bezner. Reconcile amounts owed. Send comments and questions to M. Smith at Troutman. |
| 5/24/2023 | Lana Bezner | 0.7 | 525.00 | 1.6 | Providing information regarding the FAAN retention motion and discussion with N. Manzoor re same. |
| 5/24/2023 | Naveed Manzoor | 1.8 | 1,431.00 | 1.6 | Work with L. Bezner re o/s questions for retention motion. Follow up with M. Smith at Troutman re retention application. Go through conflict/disclosers. Call with L. Bezner, company and creditors committee. |
| 5/25/2023 | Lana Bezner | 0.4 | 300.00 | 1.6 | Review retention motion materials. |
| 5/25/2023 | Naveed Manzoor | 0.7 | 556.50 | 1.6 | Review revised draft and finalize retention application. |
| 6/5/2023 | Naveed Manzoor | 0.38 | 302.10 | 1.6 | Respond to queries from M. Smith at Troutman re retention application. |
| 6/9/2023 | Naveed Manzoor | 0.75 | 596.25 | 1.6 | Review supplemental declaration re: FAAN retention as prepared by Troutman and executing same. |
| | | **8.33** | **6,545.85** | **1.6** | **Retention Application and Relationship Disclosures** |