**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline**: August 14, 2023 at 4:00 p.m. (ET)<br>**Hearing Date**: September 14, 2023 at 11:00 a.m. (ET) |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN**
**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT THEIR**
**DISTRIBUTION CENTER LEASE; AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on July 31, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Their Distribution Center Lease; and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections or other responses to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **August 14, 2023 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") and served upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion will be held on **September 14, 2023 at 11:00 a.m. (ET)** before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), Handil, LLC (1150), and Nantucket Distributing Co., LLC (1640).  The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

161044629v1

| | |
|---|---|
| Dated: July 31, 2023<br>Wilmington, Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>By: */s/ Marcy J. McLaughlin Smith*<br>Evelyn J. Meltzer (Del. Bar No. 4581)<br>Marcy J. McLaughlin Smith (Del. Bar No. 6184)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br>Email: evelyn.meltzer@troutman.com<br>    marcy.smith@troutman.com<br><br>-and-<br><br>**MURPHY & KING, PROFESSIONAL CORPORATION**<br>Harold B. Murphy (admitted *pro hac vice*)<br>Christopher M. Condon (admitted *pro hac vice*)<br>28 State Street, Suite 3101<br>Boston, Massachusetts 02109<br>Tel: (617) 423-0400<br>Email: hmurphy@murphyking.com<br>    ccondon@murphyking.com<br><br>*Attorneys for Debtors and Debtors in Possession* |

161044629v1