**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 420** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY FEE APPLICATION OF PORZIO, BROMBERG & NEWMAN, P.C. AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 22, 2023 THROUGH MAY 31, 2023**

The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading to the *First Monthly Fee Application of Porzio, Bromberg & Newman, P.C. as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance and Compensation and Reimbursement of Expenses for the Period of May 22, 2023 Through May 31, 2023* [ECF Docket No. 420] (the "Application"), filed by Porzio, Bromberg & Newman, P.C. ("Porzio"), Co-Counsel for the Official Committee of Unsecured Creditors on July 12, 2023. The deadline to object to the Application was August 2, 2023 at 4:00 p.m.

As of the date hereof, the undersigned further certifies they have not been served with any objection or response to the Application, and a review of the Court's docket in these cases indicates that no objections or responses to the Application have been filed.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 258] no further order is required and

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

Porzio is entitled to receive 80% of the $154,858.00, in total fees, which calculates out to $123,886.40 plus 100% of its reimbursement of expenses in the amount of $866.43 for a total of $124,752.83.

Dated:   August 3, 2023

**PORZIO, BROMBERG & NEWMAN, P.C.**

*/s/ Warren J. Martin Jr.*
Warren J. Martin Jr., Esq.
Robert M. Schechter, Esq.
Rachel A. Parisi, Esq.
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962-1997
Telephone: (973) 538-4006
Facsimile: (973) 538-5146
Email: wjmartin@pbnlaw.com
Email: rmschechter@pbnlaw.com
Email: raparisi@pbnlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

7425100