# **EXHIBIT A**

**(Detailed Description, by Project Category, of Services Rendered During Fee Period)**

160877998v2

Murphy King, Professional Corporation
Detailed Statement of Fees Incurred, by Project Category
For the Period from 7/1/23 - 7/31/23

| | Date | Employee | Hours | Task Code | Billed Amount | Narrative |
|---|---|---|---|---|---|---|
| **Case Administration** | | | | | | |
| | 7/5/2023 | LAO | 0.70 | B110 | $ 227.50 | Emails to CTS re: open items; listening to voicemails re: CTS |
| | 7/6/2023 | LAO | 1.60 | B110 | $ 520.00 | Open items; drafting notice of termination of gift card program; conversation with CMC re: same |
| | 7/17/2023 | LAO | 0.40 | B110 | $ 130.00 | Call with HBM/CMC; meeting with CMC re: open items/assignments |
| | 7/26/2023 | HBM | 0.70 | B110 | $ 514.50 | Telephone call with co-counsel and client re: open issues, etc.; conference with C. Condon re: same |
| | 7/28/2023 | HBM | 0.40 | B110 | $ 294.00 | Emails re: wind down issues; conference with C. Condon re: same |
| **Total:** | | | **3.80** | | **$ 1,686.00** | |
| **Asset Disposition** | | | | | | |
| | 7/5/2023 | HBM | 0.40 | B130 | $ 294.00 | Telephone call with client/sale prospects |
| | 7/5/2023 | LAO | 0.20 | B130 | $ 65.00 | Discussion with CMC re: bid procedures |
| | 7/7/2023 | LAO | 0.60 | B130 | $ 195.00 | Call with team and SSG re: term sheet, status |
| | 7/10/2023 | CMC | 1.10 | B130 | $ 643.50 | Calls with client and SSG regarding potential sale |
| | 7/18/2023 | HBM | 0.60 | B130 | $ 441.00 | Telephone call with M. Kaufman re: case issues; telephone call with J. Kaufman and Salkovitz re: potential of IP and leases |
| | 7/19/2023 | HBM | 0.80 | B130 | $ 588.00 | Telephone call with client and SSG re: potential sale; emails re: same |
| **Total:** | | | **3.70** | | **$ 2,226.50** | |

| | Date | Employee | Hours | Task Code | Amount | Description |
|---|---|---|---|---|---|---|
| **Relief from Stay/Adequate Protection Proceedings** | | | | | | |
| | 7/3/2023 | LAO | 0.20 | B140 | $ 65.00 | Call with Counsel to Soundwater Dartmouth |
| | 7/3/2023 | LAO | 0.80 | B140 | $ 260.00 | Call with CMC; email to counsel for soundwater Dartmouth; edits to proposed order; call with HBM |
| | 7/3/2023 | LAO | 1.20 | B110 | $ 390.00 | Drafting response to stay motion; research re: same |
| | 7/5/2023 | LAO | 0.40 | B140 | $ 130.00 | Revised order stay motion; discussion with CMC |
| | 7/5/2023 | CMC | 0.80 | B140 | $ 468.00 | Work on issues re motions for relief and motions to compel |
| | 7/10/2023 | HBM | 0.50 | B140 | $ 367.50 | Review motion for relief from stay; conference with C. Condon re: same; email re: same |
| | 7/10/2023 | CMC | 0.60 | B140 | $ 351.00 | Review Huntington motion; conference re liquidation issue |
| | 7/11/2023 | CMC | 0.80 | B140 | $ 468.00 | Work on Soundwater deal |
| **Total:** | | | **5.30** | | **$ 2,499.50** | |
| **Fee/Employment Applications** | | | | | | |
| | Date | Employee | Hours | Task Code | Amount | Description |
| | 7/18/2023 | CMC | 1.50 | B160 | $ 877.50 | Draft/revise fee application |
| | 7/20/2023 | HBM | 0.80 | B160 | $ 588.00 | Review and revise draft fee application; conference with C. Condon re: same |
| | 7/25/2023 | CMC | 1.50 | B100 | $ 877.50 | Finalize fee application |
| | 7/25/2023 | CMC | 1.50 | B160 | $ 877.50 | Finalize exhibits for fee application |
| **Total:** | | | **5.30** | | **$ 3,220.50** | |

**Murphy King, Professional Corporation**
**Detailed Statement of Fees Incurred, by Project Category**
**For the Period from 7/1/23 - 7/31/23**

| | Date | Employee | Hours | Task Code | Billed Amount | Narrative |
|---|---|---|---|---|---|---|
| **Assumption/Rejection of Leases and Contracts** | | | | | | |
| | 7/10/2023 | CMC | 0.80 | B185 | $ 468.00 | Revise order re lease motion |
| | 7/11/2023 | CMC | 0.70 | B185 | $ 409.50 | Finalize order re lease motion |
| | 7/14/2023 | CMC | 0.40 | B185 | $ 234.00 | Work on lease issues re BBBy |
| | 7/17/2023 | LAO | 0.50 | B185 | $ 162.50 | Rejected leases, compare new list to BBBY subleases; call with K&E re: lease status |
| | 7/17/2023 | HBM | 0.50 | B110 | $ 367.50 | Email from client re: potential sale of IP/Lease Rights; telephone call with client re: same |
| | 7/17/2023 | HBM | 0.30 | B185 | $ 220.50 | Telephone call with Kirkland & Ellis re: status of subleases, case, etc. |
| | 7/17/2023 | CMC | 0.80 | B185 | $ 468.00 | Review Committee stip re challenge period; emails re same |
| | 7/27/2023 | HBM | 1.30 | B185 | $ 955.50 | Telephone call with John K.; telephone call with M. Kaufman; telephone call with K&E re: leases, BBBY; conference with C. Condon re: same |
| | 7/28/2023 | CMC | 1.10 | B185 | $ 643.50 | Work on BBBy lease issues; emails to client re same; draft memo re status |
| | 7/31/2023 | CMC | 0.60 | B185 | $ 351.00 | Address landlord issues re lease rejections |
| **Total:** | | | **7.00** | | **$ 4,280.00** | |
| **Other Contested Matters (excluding B185)** | | | | | | |
| | 7/3/2023 | LAO | 0.60 | B190 | $ 195.00 | Call with CMC re: pending motions/objections; follow up email re: same |
| | 7/5/2023 | LAO | 0.40 | B190 | $ 130.00 | Discussion with CMC re: utility stipulation, open tasks |
| | 7/5/2023 | CMC | 0.70 | B190 | $ 409.50 | Work on proposed order re pending motion to compel |
| | 7/6/2023 | HBM | 1.40 | B190 | $ 1,029.00 | Deal with Settlement of utilities objection; review draft; emails re: same to client/DIP lenders |
| | 7/6/2023 | LAO | 1.30 | B190 | $ 422.50 | Emails regarding proposed orders; reviewing utility settlements; agreements for orders; miscellaneous open items |
| | 7/6/2023 | LAO | 1.10 | B190 | $ 357.50 | Communications re insurance; call with V. Moody |
| | 7/6/2023 | LAO | 0.30 | B190 | $ 97.50 | Responding to email re open potential settlements |
| | 7/6/2023 | CMC | 1.20 | B190 | $ 702.00 | Review utility agreement; confer with H. Murphy re same |
| | 7/6/2023 | CMC | 0.40 | B190 | $ 234.00 | Negotiations re Prestige claims |
| | 7/6/2023 | CMC | 0.50 | B190 | $ 292.50 | Multiple emails re utility deal |
| | 7/6/2023 | CMC | 0.60 | B190 | $ 351.00 | Review Prestige claim order |
| | 7/6/2023 | CMC | 0.40 | B190 | $ 234.00 | Review utility order; revise |
| | 7/7/2023 | CMC | 0.70 | B190 | $ 409.50 | Work finalizing utility agreement |
| | 7/10/2023 | HBM | 0.50 | B190 | $ 367.50 | Review Motion to Convert; email re: same; conference with C. Condon re: same |
| | 7/10/2023 | CMC | 0.70 | B190 | $ 409.50 | Review motion to convert filed by Committee; conferences re same |
| | 7/10/2023 | CMC | 0.30 | B190 | $ 175.50 | Revise order re Prestige motion |
| | 7/10/2023 | CMC | 0.50 | B190 | $ 292.50 | Finalize utility order |
| | 7/11/2023 | CMC | 0.30 | B190 | $ 175.50 | Review lenders' objection re: conversion |
| | 7/17/2023 | LAO | 1.20 | B110 | $ 390.00 | Drafting objection to application for admin expense |
| | 7/18/2023 | LAO | 0.60 | B190 | $ 195.00 | Objection to application for admin expense; discussion with CMC; email to G&T re: same |

**Murphy King, Professional Corporation**
**Detailed Statement of Fees Incurred, by Project Category**
**For the Period from 7/1/23 - 7/31/23**

| | Date | Employee | Hours | Task Code | Billed Amount | Narrative |
|---|---|---|---|---|---|---|
| | 7/20/2023 | CMC | 0.40 | B190 | $ 234.00 | Email re WARN Act and related issues |
| | 7/26/2023 | CMC | 0.90 | B190 | $ 526.50 | Call re WARN Act claims; review documents re: same |
| | 7/26/2023 | CMC | 1.30 | B190 | $ 760.50 | Prepare for and participate in call with landlord and liquidator counsel re Distribution Center issues, asserted stay violation; emails re same |
| | 7/28/2023 | LAO | 0.30 | B190 | $ 97.50 | Editing objection to motion; email to Troutman re: same; call with CMC |
| | 7/31/2023 | LAO | 0.60 | B190 | $ 195.00 | Call with Evelyn; discussion with CMC; reviewing proposed order |
| Total: | | | 17.20 | | $ 8,683.00 | |
| | | | | | | |
| **Non-working Travel** | | | | | | |
| | 7/6/2023 | HBM | 1.80 | B110 | $ 661.50 | Travel to Delaware (3.5) |
| | 7/6/2023 | CMC | 1.80 | B195 | $ 526.50 | Travel to Delaware for hearing |
| | 7/7/2023 | HBM | 2.00 | B110 | $ 735.00 | Travel to Boston (Delaware) |
| | 7/7/2023 | CMC | 2.00 | B195 | $ 585.00 | Travel back to Boston |
| | 7/12/2023 | HBM | 2.00 | B110 | $ 735.00 | Travel and prepare for hearings |
| | 7/12/2023 | CMC | 2.00 | B230 | $ 585.00 | Travel to Delaware; prepare for hearing |
| | 7/13/2023 | HBM | 1.90 | B110 | $ 698.25 | Travel back to Boston |
| | 7/13/2023 | CMC | 1.90 | B195 | $ 555.75 | Travel back to Boston |
| Total: | | | 15.40 | | $ 5,082.00 | |
| | | | | | | |
| **Financing/Cash Collections** | | | | | | |
| | 7/5/2023 | HBM | 1.30 | B230 | $ 955.50 | Emails re: Thursday hearing; telephone call with creditors committee re: same (utility motion, landlord motion, DIP motion); telephone call with M. Kaufman re: same; email re: DIP orders |
| | 7/5/2023 | HBM | 1.20 | B230 | $ 882.00 | Telephone call with client/FAAM re: issues/questions re: GOB budget |
| | 7/5/2023 | HBM | 0.50 | B230 | $ 367.50 | Emails re: potential settlement with objection Landlords; email to client; telephone call with G. Galardi |
| | 7/5/2023 | HBM | 1.60 | B230 | $ 1,176.00 | Multiple emails re: budget; telephone call with client re: same; conference with C. Condon re: issues re: same |
| | 7/5/2023 | LAO | 1.00 | B230 | $ 325.00 | Review budget, call with FAAN |
| | 7/5/2023 | LAO | 0.20 | B230 | $ 65.00 | Reviewing filings; GOB Budget |
| | 7/5/2023 | LAO | 1.20 | B230 | $ 390.00 | Organizing documents for hearing; reviewing budget & funded amount |
| | 7/5/2023 | CMC | 0.60 | B230 | $ 351.00 | Work on deal with landlords re objection to DIP |
| | 7/5/2023 | CMC | 0.70 | B230 | $ 409.50 | Draft witness and exhibit list |
| | 7/5/2023 | CMC | 1.10 | B230 | $ 643.50 | Calls with lender re DIP issues |
| | 7/5/2023 | CMC | 0.80 | B230 | $ 468.00 | Review DIP budget with FAAN; confer with H. Murphy |
| | 7/6/2023 | HBM | 1.00 | B230 | $ 735.00 | Review Budget, Schedules; emails re: same |
| | 7/6/2023 | HBM | 4.00 | B230 | $ 2,940.00 | Review Budget for DIP lender; review revised draft DIP Order; conference with client re: same; email to DIP re: issues; work on issues for tomorrow's hearing |

Murphy King, Professional Corporation
Detailed Statement of Fees Incurred, by Project Category
For the Period from 7/1/23 - 7/31/23

| Date | Employee | Hours | Task Code | Billed Amount | Narrative |
|---|---|---|---|---|---|
| 7/6/2023 | CMC | 0.90 | B230 | $ 526.50 | Calls re: DIP issues |
| 7/6/2023 | CMC | 0.30 | B230 | $ 175.50 | Emails re DIP issues |
| 7/6/2023 | CMC | 1.10 | B230 | $ 643.50 | Meet with lenders counsel and client re issues |
| 7/7/2023 | HBM | 4.10 | B110 | $ 3,013.50 | Prepare for and attend hearing on multiple motions; conference with client, co-counsel; UCC DIP and landlord counsel |
| 7/7/2023 | CMC | 1.20 | B230 | $ 702.00 | Multiple meetings with client re DIP order and budget issues |
| 7/7/2023 | CMC | 1.50 | B230 | $ 877.50 | Meetings with lenders re revised DIP |
| 7/7/2023 | CMC | 1.90 | B230 | $ 1,111.50 | Prepare for and attend hearing re DIP order |
| 7/7/2023 | CMC | 1.00 | B230 | $ 585.00 | Meeting with lenders and client re budget |
| 7/10/2023 | HBM | 0.40 | B230 | $ 294.00 | Telephone call from M. Fencer re: GOB/Employee issues; conference with C. Condon re: same |
| 7/10/2023 | HBM | 0.30 | B230 | $ 220.50 | Emails re: GOB/case status |
| 7/10/2023 | HBM | 0.70 | B230 | $ 514.50 | Emails re: budget, utilities, etc.; request shorten notice; telephone call with client re: same |
| 7/10/2023 | CMC | 1.50 | B230 | $ 877.50 | Work on issues re DIP budget |
| 7/10/2023 | CMC | 0.90 | B230 | $ 526.50 | Further work on settlements re objections to DIP |
| 7/11/2023 | HBM | 0.30 | B230 | $ 220.50 | Telephone call with M. Kaufman re: budget and issues re: GOB |
| 7/11/2023 | HBM | 2.50 | B230 | $ 1,837.50 | Review latest budget for Bank; emails re: same; telephone call with G. Galardi; conference with C. Condon re: same |
| 7/11/2023 | CMC | 0.90 | B230 | $ 526.50 | Work on DIP deal; multiple conferences re same |
| 7/11/2023 | CMC | 1.10 | B230 | $ 643.50 | Prepare for hearing; calls re: deal |
| 7/12/2023 | HBM | 2.50 | B230 | $ 1,837.50 | Prepare for hearing; meet with client; meet with lenders re: budget order |
| 7/12/2023 | HBM | 2.60 | B230 | $ 1,911.00 | Attend hearing; meet with client and parties after hearing |
| 7/12/2023 | HBM | 2.30 | B230 | $ 1,690.50 | Work on resolving budget issues with client and lenders |
| 7/12/2023 | CMC | 2.50 | B230 | $ 1,462.50 | Prepare for hearing; meet with clients and other parties after hearing |
| 7/12/2023 | CMC | 2.30 | B230 | $ 1,345.50 | Work on resolving budget issues with client and lenders |
| 7/12/2023 | CMC | 2.60 | B230 | $ 1,521.00 | Prepare for hearing; met with client; meet with lenders re budget and order |
| 7/13/2023 | HBM | 3.00 | B230 | $ 2,205.00 | Work on resolving budget issues re: deficit; multiple conferences with Lenders, client and Troutman |
| 7/13/2023 | HBM | 2.40 | B230 | $ 1,764.00 | Finalize issues re: budget and order and prepare for hearing |
| 7/13/2023 | HBM | 1.80 | B230 | $ 1,323.00 | Attend hearing re: Supplement Final DIP; meeting with Troutman re: next steps |
| 7/13/2023 | CMC | 3.00 | B230 | $ 1,755.00 | Work on resolving budget issues re deficit; multiple conferences with lenders, client and Delaware counsel |
| 7/13/2023 | CMC | 2.40 | B230 | $ 1,404.00 | Finalize issues re budget/order and prepare for hearing |
| 7/13/2023 | CMC | 1.80 | B230 | $ 1,053.00 | Attend hearing re supplemental final DIP order; meeting with Troutman re next steps |
| Total: | | 65.00 | | $ 42,276.00 | |