# **EXHIBIT B**

**(Detailed Description of Expenses Incurred During Fee Period)**

**Murphy King, Professional Corporation**
**Expenses for the Period from 7/1/23 - 7/31/23**

| Date Incurred | Vendor | Amount | Description |
|---|---|---|---|
| **i. Copies** | | | |
| | Internal - Black & White | $ 77.90 | |
| | Internal - Color | $ 20.00 | |
| **Total:** | | $ 97.90 | |
| | | | |
| **iii. Telephone** | | | |
| 7/15/2023 | Vast Conference | $ 2.32 | |
| **Total:** | | $ 2.32 | |
| | | | |
| **vi. Delivery Service/Couriers** | | | |
| 7/10/2023 | Federal Express | $ 31.70 | Delivery |
| **Total:** | | $ 31.70 | |
| | | | |
| **ix. Out-of-Town Travel** | | | |
| | **(a) Transportation** | | |
| 5/11/2023 | American Airlines | $ 518.75 | Round trip flight from Nantucket - Philadelphia for H. Murphy for 7/6/23 |
| 6/8/2023 | American Airlines | $ 297.42 | Round trip flight from Boston to Philadelphia for H. Murphy for 7/7/23 |
| 6/20/2023 | Jet Blue/Expedia | $ 335.80 | Round trip flight from Boston - Philadelphia for C. Condon for 7/6/23 |
| 7/8/2023 | Delta Airlines | $ 268.90 | Round trip flight from Boston to Philadelphia for H. Murphy for 7/8/23 |
| 7/12/2023 | American Airlines | $ 457.60 | Round trip flight from Boston - Philadelphia for C. Condon for 7/12/23 |
| 7/12/2023 | American Airlines | $ 238.45 | Flight from Philadelphia for C. Condon on 7/13/23 |
| 7/12/2023 | American Airlines | $ 238.45 | Flight from Philadelphia for H. Murphy on 7/13/23 |
| **Total:** | | $ 2,355.37 | |
| | | | |
| | **(b) Hotel** | | |
| 6/18/2023 | Hotel du Pont | $ 553.30 | Hotel for 7/6 -7/7/23 for H. Murphy |
| 6/18/2023 | Hotel du Pont | $ 553.30 | Hotel for 7/6 -7/7/23 for C. Condon |
| 7/9/2023 | Marriott Philadelphia | $ 356.23 | Hotel for 7/8/23 for H. Murphy |
| 7/12/2023 | Hotel du Pont | $ 641.90 | Hotel for 7/12-7/13/23 for C. Condon |
| 7/12/2023 | Hotel du Pont | $ 693.90 | Hotel for 7/12-13/23 for H. Murphy |
| **Total:** | | $ 2,798.63 | |
| | | | |
| | **(c) Meals** | | |
| 7/7/2023 | Sky Asian Bistro | $ 54.17 | Meal for C. Condon on 7/7/23 |
| 7/8/2023 | Jim's Steaks | $ 21.30 | Meal for H. Murphy on 7/8/23 |
| 7/12/2023 | Independence Prime | $ 90.25 | Meals for C. Condon and H. Murphy on 7/12/23 |
| 7/12/2023 | Mezzogiorno | $ 14.78 | Meal for C. Condon and H. Murphy on 7/12/23 |
| **Total:** | | $ 180.50 | |
| | | | |
| | **(d) Ground Transportation** | | |
| 7/6/2023 | Verifone Transportation | $ 117.26 | Car service on 7/6/23 |
| 7/6/2023 | Uber | $ 107.05 | Car service on 7/6/23 |
| 7/7/2023 | Uber | $ 101.47 | car service on 7/7/23 |
| 7/2/2023 | Creative Mobile | $ 26.90 | Car service on 7/8/23 |
| 7/11/2023 | Boston Coach | $ 137.56 | Car service to airport on 7/12/23 |
| 7/12/2023 | Uber | $ 90.05 | car service on 7/12/23 |
| 7/12/2023 | Verifone Transportation | $ 74.38 | Car service on 7/12/23 |
| 7/13/2023 | Uber | $ 146.14 | Car service on 7/13/23 |
| **Total:** | | $ 800.81 | |
| | | | |
| **EXPENSE TOTAL:** | | $ 6,267.23 | |