# **EXHIBIT B**

**(Detailed Description of Expenses Incurred During Fee Period)**

Print Date: August 3, 2023  09:15:59  
Billing Rep: Karen McIlvaine  

**TROUTMAN PEPPER**  
Prebill #5710564  
Thru 07/31/23  

Page 72

**UNBILLED DISBURSEMENT DETAIL**

| Type | Date | Timekeeper | Description | E-Code | Amount |
|---|---|---|---|---|---|
| 34 Copy Charges | 07/10/23 | Molitor, Monica A. | Vendor: Reliable Copy Service Invoice#: WL111499 Date: 7/10/2023  - Digital printing b/w pdfs, tabs, and binder - Digital printing b/w pdfs, tabs, and binder [Disb ID No. 17344902] | E102 | 126.30 |
| 34 Copy Charges | 07/10/23 | Molitor, Monica A. | Vendor: Reliable Copy Service Invoice#: WL111468 Date: 7/10/2023  - Print from CM/ECF site, tabs, binders and hand delivery to Judge Horan - Print from CM/ECF site, tabs, binders and hand delivery to Judge Horan [Disb ID No. 17344923] | E102 | 139.80 |
| 53 Transcript Cost | 07/12/23 | Molitor, Monica A. | Vendor: Reliable Copy Service Invoice#: WL111554 Date: 7/12/2023  - Hearing transcript - Hearing transcript [Disb ID No. 17344906] | E116 | 42.00 |
| 53 Transcript Cost | 07/14/23 | Molitor, Monica A. | Vendor: Reliable Copy Service Invoice#: WL111588 Date: 7/14/2023  - Hearing transcript - Hearing transcript [Disb ID No. 17344904] | E116 | 24.00 |
| | | | | **Total** | **332.10** |