# **EXHIBIT A**

**(Detailed Description, by Project Category, of Services Rendered During Fee Period)**

| Date | Name | Hours | Billable Amount | Category | Narrative |
|---|---|---|---|---|---|
| 7/17/2023 | Lana Bezner | 0.25 | 187.50 | 1.1 | Status update call with M. Kaufman. |
| | | 0.25 | 187.50 | 1.1 | **Chapter 11 Process/Case Management** |
| 7/1/2023 | Lana Bezner | 0.40 | 300.00 | 1.2 | Update DIP budget, emails |
| 7/1/2023 | Naveed Manzoor | 0.30 | 238.50 | 1.2 | Review DIP budget, correspondence |
| 7/3/2023 | Naveed Manzoor | 1.10 | 874.50 | 1.2 | Start review of draft GOB budget; call with L. Bezner |
| 7/3/2023 | Lana Bezner | 5.42 | 4,065.00 | 1.2 | Preparing GOB budget |
| 7/3/2023 | Sydney Kasprick | 0.75 | 281.25 | 1.2 | GOB budget, payroll projection |
| 7/4/2023 | Naveed Manzoor | 4.30 | 3,418.50 | 1.2 | Work on GOB budget and wind down analysis with L. Bezner |
| 7/4/2023 | Lana Bezner | 8.34 | 6,255.00 | 1.2 | Preparing GOB projections and related wind down analysis, review with N. Manzoor, respond to M. Kaufman email re projections, discussions with S. Kasprick discussion with S. Kasprick re weekly reporting. |
| 7/4/2023 | Sydney Kasprick | 4.21 | 1,578.75 | 1.2 | GOB budget, employee essential worker workbook; Cashflow workbook week ending July 1, 2023 |
| 7/5/2023 | Naveed Manzoor | 4.60 | 3,657.00 | 1.2 | Calls with L. Bezner, company and counsel for company re: GOB budget. Review analysis. Follow up with L. Bezner. review emails. Email to prospective with M. Salkovitz. |
| 7/5/2023 | Lana Bezner | 9.78 | 7,335.00 | 1.2 | Call with N. Manzoor, call with M. Kaufman, M. Salkovitz, H. Murphy, N. Manzoor re GOB budget, call with M. Kaufman re GOB budget. Various calls with Kasprick re weekly reporting and the GOB budget. Call with creditor committee and M. Kaufman. Call with C. Condon at Murphy King re professional fees |
| 7/5/2023 | Sydney Kasprick | 6.46 | 2,422.50 | 1.2 | Call with M. Kaufman ; review for cash flow workbook ending July 1/23 & Budget compliance certificate, GOB budget, reviewing and working on essential |
| 7/6/2023 | Naveed Manzoor | 3.80 | 3,021.00 | 1.2 | Calls with L. Bezner and M. Kaufman re Hilco queries. Call with company and Hilco re GOB kickoff planning. Call with A. McKeown from Hilco. Review re GOB budget. |
| 7/6/2023 | Lana Bezner | 9.47 | 7,102.50 | 1.2 | Call with N. Manzoor, call with N. Manzoor and M. Kaufman re Hilco request. Call with Hilco team. Calls with ReStore representatives, calls with CTS repr discussions, re GOB budget, call with Murphy King. |
| 7/6/2023 | Sydney Kasprick | 1.30 | 487.50 | 1.2 | GOB budget, pivot tables for AP, merch payments; recalculate staff retention bonus |
| 7/7/2023 | Naveed Manzoor | 2.30 | 1,828.50 | 1.2 | Attend call with SSG, company and others re offers. Review materials. |
| 7/7/2023 | Sydney Kasprick | 0.68 | 255.00 | 1.2 | GOB budget, review calculation of store level retention bonuses |
| 7/10/2023 | Lana Bezner | 0.36 | 270.00 | 1.2 | GOB budget - review store level payroll and discussion with S. Kasprick re spreadsheet from L. Bitton. |
| 7/10/2023 | Sydney Kasprick | 0.25 | 93.75 | 1.2 | GOB budget, matters related to payroll and bonuses |
| 7/11/2023 | Naveed Manzoor | 0.80 | 636.00 | 1.2 | Review revised GOB budget provided by Hilco. Review multiple emails. |
| 7/11/2023 | Lana Bezner | 2.02 | 1,515.00 | 1.2 | Call with M. Kaufman re status and info request from Hilco. Call with M. Kaufman, D. DeFigueiredo, S. Kasprick, J. Privette re weekly cash flow, call with D Kaufman re Hilco updates to GOB budget. Call with D. DeFigueiredo and C. Condon at Murphy King |
| 7/11/2023 | Sydney Kasprick | 2.66 | 997.50 | 1.2 | Call with J. Privette reviewing weekly cash flow report, call with L. Britton to review retention bonus calculation; Call with M. Kaufman, D. DeFigueiredo & J cashflow. |
| 7/12/2023 | Naveed Manzoor | 0.90 | 715.50 | 1.2 | Cal with L. Bezner to discuss latest GOB budget discussions. Review analysis provided by Hilco. Emails. |
| 7/12/2023 | Lana Bezner | 2.02 | 1,515.00 | 1.2 | Review info related to payroll, emails re weekly reporting, call with M. Kaufman, call with N. Manzoor. |
| 7/12/2023 | Sydney Kasprick | 0.31 | 116.25 | 1.2 | Finalization of Weekly Cashflow for week ended July 8, 2023 |
| 7/13/2023 | Naveed Manzoor | 0.50 | 397.50 | 1.2 | Review GOB budget. |
| 7/13/2023 | Lana Bezner | 2.24 | 1,680.00 | 1.2 | Call with M. Kaufman re GOB budget and review of same, review revised GOB budget, call with M. Kaufman re: revisions to collection assumptions |
| 7/17/2023 | Sydney Kasprick | 0.08 | 30.00 | 1.2 | Review cashflow with J. Privette |
| 7/18/2023 | Lana Bezner | 0.89 | 667.50 | 1.2 | Review weekly cash flow reporting, discussions with S. Kasprick, call with D. DeFigueiredo, M. Kaufman, S. Kasprick and J. Privette re weekly reporting. |
| 7/18/2023 | Sydney Kasprick | 1.85 | 693.75 | 1.2 | Reviewing weekly cashflow with J. Privette, Weekly cash call with D. DeFigueiredo |
| 7/19/2023 | Lana Bezner | 1.72 | 1,290.00 | 1.2 | Call with M. Kaufman, D. DeFigueiredo, J. Privette and S. Kasprick re weekly reporting, review SSG emails in advance of call, review revised weekly repor Kasprick |
| 7/19/2023 | Sydney Kasprick | 2.15 | 806.25 | 1.2 | Weekly cash flow update, call with M. Kaufman, D. DeFigueiredo, and J. Privette. |
| | | 81.96 | 54,544.50 | 1.2 | **DIP Financing** |
| 7/10/2023 | Naveed Manzoor | 0.20 | 159.00 | 1.3 | Review emails re potential purchaser. |
| 7/16/2023 | Naveed Manzoor | 0.50 | 397.50 | 1.3 | call with M. Williams from Pathlight re sale of IP |
| 7/18/2023 | Naveed Manzoor | 0.30 | 238.50 | 1.3 | Review proposed engagement letter from Hilco Streambank re IP. Call with M. Salkovitz. |
| 7/20/2023 | Naveed Manzoor | 0.20 | 159.00 | 1.3 | Call with J. Parker from Hilco Streambank re sale of IP |
| | | 1.20 | 954.00 | 1.3 | **Disposition of Assets** |
| 7/7/2023 | Naveed Manzoor | 0.60 | 477.00 | 1.4 | Attending at Court |
| 7/12/2023 | Lana Bezner | 0.40 | 300.00 | 1.4 | Attending at Court |
| 7/12/2023 | Naveed Manzoor | 0.40 | 318.00 | 1.4 | Attending at Court |
| 7/13/2023 | Lana Bezner | 0.30 | 225.00 | 1.4 | Attending at Court |
| 7/13/2023 | Naveed Manzoor | 0.30 | 238.50 | 1.4 | Attending at Court |
| | | 2.00 | 1,558.50 | 1.4 | **Court Hearing** |
| 7/19/2023 | Lana Bezner | 0.25 | 187.50 | 1.5 | Review info re motion to seek fee approval |
| 7/20/2023 | Sydney Kasprick | 1.50 | 562.50 | 1.5 | Preparation of materials for fee approval motion |
| 7/21/2023 | Lana Bezner | 0.73 | 547.50 | 1.5 | Preparation of fee motion materials and call with C. Condon re same |
| 7/21/2023 | Sydney Kasprick | 2.20 | 825.00 | 1.5 | Preparation of materials for fee approval motion |

| Date | Name | Hours | Amount | Task | Description |
|---|---|---|---|---|---|
| 7/25/2023 | Lana Bezner | 1.24 | 930.00 | 1.5 | Preparation of fee application for fees through June 30 2023 |
| 7/25/2023 | Naveed Manzoor | 1.40 | 1,113.00 | 1.5 | Fee application, review and make changes to affidavit. Call with C. Condon from Murphy King. Call with L. Bezner |
| 7/25/2023 | Sydney Kasprick | 0.70 | 262.50 | 1.5 | Preparation of materials for fee approval motion |
| 7/26/2023 | Lana Bezner | 0.20 | 150.00 | 1.5 | Preparing and updating docs re fee approval motion |
| | | **8.22** | **4,578.00** | **1.5** | **Preparation of Fee Approval Materials** |