# **EXHIBIT B**

# **NO EXPENSES**