# **EXHIBIT A**



**Womble Bond Dickinson (US) LLP**
1313 North Market Street
Suite 1200
Wilmington, Delaware 19801

Tel: (302) 252-4320
Fax: (302) 252-4330
www.womblebonddickinson.com

August 10, 2023
Matter Number 118979.0001.2
Bill Number 4821342
STATEMENT FOR SERVICES RENDERED

c/o Womble Bond Dickinson
1313 N. Market Street
Suite 1200
Wilmington, DE  19801

RE:    Christmas Tree Shops

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2023 | $69,115.50 |
| DISBURSEMENTS THROUGH 07/31/2023 | $2,161.45 |
| **CURRENT TOTAL** | **$71,276.95** |

Christmas Tree Shops -Official Committee of Unsecured Creditors                          118979.0001.2/4821342
Christmas Tree Shops

## ITEMIZED SERVICES BILL

| Date: | Description: | Attorney: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| **BKAA - Asset Analysis/Estate Property Due Diligence** | | | | | |
| 07/06/2023 | Revise draft Bed Bath proof of claim form and addendum (.3); teleconference and correspondences with M. Patterson re same (.4) | Ward, Matthew P. (2176) | 0.70 | 785.00 | $ 549.50 |
| 07/06/2023 | Review and analyze BBB proof of claim issues | Tancredi, Lisa B. (311) | 1.00 | 595.00 | $ 595.00 |
| 07/07/2023 | Address matters re Bed Bath proofs of claim (.3); teleconference and correspondences with M. Patterson re same (.3) | Ward, Matthew P. (2176) | 0.60 | 785.00 | $ 471.00 |
| | | **Total for Task:** | | | $ 1,615.50 |
| **BKAD - Asset Disposition - General** | | | | | |
| 07/06/2023 | Review buyer term sheet | Ward, Matthew P. (2176) | 0.10 | 785.00 | $ 78.50 |

Christmas Tree Shops -Official Committee of Unsecured Creditors          118979.0001.2/4821342
Christmas Tree Shops

| 07/12/2023 | Review revised proposal from T. Kohl (.1); correspondences with W. Martin and J. Gansman re same (.1) | Ward, Matthew P. (2176) | 0.20 | 785.00 | $ 157.00 |
| 07/13/2023 | Teleconference with T. Kohl re bid (.1); review/analyze consignment agreement and order (.4); teleconference and correspondences with M. Patterson re same (.2) | Ward, Matthew P. (2176) | 0.70 | 785.00 | $ 549.50 |
| 07/19/2023 | Review/analyze offer for IP (.1); teleconferences and correspondences with T. Kohl, W. Martin, and J. Gansman re same (.6) | Ward, Matthew P. (2176) | 0.70 | 785.00 | $ 549.50 |
| 07/19/2023 | Review LOI for leases/IP (.2); call with Jim Gansman regarding same (.4) | Patterson, Morgan L. (2372) | 0.60 | 655.00 | $ 393.00 |
| 07/20/2023 | Call with Committee professionals regarding remaining sale efforts and strategy | Patterson, Morgan L. (2372) | 0.80 | 655.00 | $ 524.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                    118979.0001.2/4821342
Christmas Tree Shops

|  |  |  |  |  | $ 2,251.50 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

### BKAV - Adversary

| 07/17/2023 | Email (x5) to/from M. Patterson regarding challenge deadline (.3); revise stipulation (.2); prepare certification, stipulation and order for filing (.2); efile same, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.80 | 350.00 | $ 280.00 |
|---|---|---|---|---|---|
| 07/18/2023 | Retrieve and review entered order and stipulation extending challenge deadline (.1); email to committee professionals (.1); coordinate service of same (.1); email to L. Thomas regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 350.00 | $ 140.00 |
| 07/20/2023 | Email to/from M. Ward regarding adversary proceeding; retrieve and review adversary proceeding; email to PBN and WBD teams | Giobbe, Cynthia M.* (10258) | 0.20 | 350.00 | $ 70.00 |
| 07/21/2023 | Email (x2) to/from M. Patterson regarding second stipulation extending challenge deadline (.1); prepare same for filing (.1); efile COC, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 350.00 | $ 105.00 |

|  |  |  |  |  | $ 595.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

### BKB - Investigation of Claims

Christmas Tree Shops -Official Committee of Unsecured Creditors          118979.0001.2/4821342
Christmas Tree Shops

| 07/05/2023 | Review and retrieve proofs of claims (.2); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 350.00 | $ 105.00 |
|---|---|---|---|---|---|
| 07/06/2023 | Email (x3) to/from M. Patterson regarding proofs of claims (.1); email (x5) to/from E. Kosman regarding same (.3) | Giobbe, Cynthia M.* (10258) | 0.40 | 350.00 | $ 140.00 |
| 07/11/2023 | Review issues related to Eclipse's claim | Tancredi, Lisa B. (311) | 0.70 | 595.00 | $ 416.50 |
| 07/24/2023 | Correspondence with Debtors counsel regarding D&O policies (.1); review Bed Bath & Beyond proposed Plan regarding treatment of claims (.3) | Patterson, Morgan L. (2372) | 0.40 | 655.00 | $ 262.00 |
| 07/25/2023 | Review Bed Bath and Beyond chapter 11 cases regarding claim treatment | Patterson, Morgan L. (2372) | 0.40 | 655.00 | $ 262.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors          118979.0001.2/4821342
Christmas Tree Shops

|  |  |  |  |  | $ 1,185.50 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKC - Creditors Committee Meeting/Conferences**

| 07/10/2023 | Numerous correspondences with committee members re conversion motion and strategy | Ward, Matthew P. (2176) | 0.30 | 785.00 | $ 235.50 |
|---|---|---|---|---|---|
| 07/11/2023 | Video meeting with Porzio team in advance of committee meeting | Ward, Matthew P. (2176) | 0.60 | 785.00 | $ 471.00 |
| 07/12/2023 | Participate in committee video meeting | Ward, Matthew P. (2176) | 0.50 | 785.00 | $ 392.50 |
| 07/12/2023 | Attend Committee meeting | Patterson, Morgan L. (2372) | 0.50 | 655.00 | $ 327.50 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                     118979.0001.2/4821342
Christmas Tree Shops

| 07/14/2023 | Call with creditor regarding status of cases | Patterson, Morgan L. (2372) | 0.50 | 655.00 | $ 327.50 |
| 07/16/2023 | Revise/send update regarding challenges to Committee members | Patterson, Morgan L. (2372) | 0.30 | 655.00 | $ 196.50 |
| 07/21/2023 | Prepare for committee video meeting (.3); participate in same (.6) | Ward, Matthew P. (2176) | 0.90 | 785.00 | $ 706.50 |
| 07/21/2023 | Attend video Committee meeting | Patterson, Morgan L. (2372) | 0.80 | 655.00 | $ 524.00 |
| 07/31/2023 | Multiple correspondence with Committee members regarding status | Patterson, Morgan L. (2372) | 0.30 | 655.00 | $ 196.50 |

Christmas Tree Shops -Official Committee of Unsecured Creditors
Christmas Tree Shops

118979.0001.2/4821342

|  |  |  |  |  | $ 3,377.50 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKCI - Creditor Information Sharing/1102 Matters**

| 07/10/2023 | Correspondences with landlord/creditor re case status | Ward, Matthew P. (2176) | 0.10 | 785.00 | $ 78.50 |
|---|---|---|---|---|---|
| 07/25/2023 | Correspondences with landlord creditor re case status inquiry | Ward, Matthew P. (2176) | 0.10 | 785.00 | $ 78.50 |

|  |  |  |  |  | $ 157.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKCO - Claims Objections**

| 07/31/2023 | Review Debtors' objection to claim | Patterson, Morgan L. (2372) | 0.20 | 655.00 | $ 131.00 |
|---|---|---|---|---|---|

|  |  |  |  |  | $ 131.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKE - Executory Contracts/Lease Agreements**

Christmas Tree Shops -Official Committee of Unsecured Creditors                     118979.0001.2/4821342
Christmas Tree Shops

| 07/26/2023 | Call with Jim Gansman regarding lease status | Patterson, Morgan L. (2372) | 0.40 | 655.00 | $ 262.00 |
|---|---|---|---|---|---|
| 07/27/2023 | Review lease rejection regarding potential sale of leases | Patterson, Morgan L. (2372) | 0.40 | 655.00 | $ 262.00 |

|  |  |  |  | Total for Task: | $ 524.00 |
|---|---|---|---|---|---|

**BKEB - Employee Benefits**

| 07/12/2023 | Teleconference with alleged WARN claimant (.1); email with Porzio team re same (.1) | Ward, Matthew P. (2176) | 0.20 | 785.00 | $ 157.00 |
|---|---|---|---|---|---|
| 07/13/2023 | Call with potential counsel to employees regarding WARN claims | Patterson, Morgan L. (2372) | 0.40 | 655.00 | $ 262.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                    118979.0001.2/4821342
Christmas Tree Shops

| Date | Description | Name | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07/20/2023 | Review WARN complaint | Patterson, Morgan L. (2372) | 0.80 | 655.00 | $ 524.00 |
| | | | | | $ 943.00 |
| | | **Total for Task:** | | | |

**BKF - Fee Application/Monthly Billing**

| Date | Description | Name | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07/12/2023 | Prepare WBD first monthly fee application (1.2); prepare notice and certificate of service regarding same (.4) | Giobbe, Cynthia M.* (10258) | 1.60 | 350.00 | $ 560.00 |
| 07/20/2023 | Prepare fee application | Patterson, Morgan L. (2372) | 3.10 | 655.00 | $ 2,030.50 |
| 07/21/2023 | Review/revise and file fee application | Patterson, Morgan L. (2372) | 1.10 | 655.00 | $ 720.50 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                    118979.0001.2/4821342
Christmas Tree Shops

| 07/21/2023 | Revise WBD first monthly fee application (.6); email to/from M. Patterson regarding same (.2); revise notice and certificate of service (.2); email to/from M. Ward regarding same (.1); prepare application, notice, exhibits and certificate of service for filing (.2); efile same (.1); coordinate service of same (.1); calendar objection deadlines (.1) | Giobbe, Cynthia M.* (10258) | 1.40 | 350.00 | $ 490.00 |
|---|---|---|---|---|---|

|  |  |  |  | | $ 3,801.00 |
|---|---|---|---|---|---|
|  |  |  | **Total for Task:** | | |

### BKFDL - Fiduciary Duty Litigation/D&O Litigation

| 07/25/2023 | Review D&O policy (.2); correspondence with Debtors' counsel regarding same (.1) | Patterson, Morgan L. (2372) | 0.30 | 655.00 | $ 196.50 |
|---|---|---|---|---|---|

| 07/26/2023 | Review excess D&O policy | Patterson, Morgan L. (2372) | 0.20 | 655.00 | $ 131.00 |
|---|---|---|---|---|---|

|  |  |  |  | | $ 327.50 |
|---|---|---|---|---|---|
|  |  |  | **Total for Task:** | | |

### BKFO - Fees of Others

| 07/12/2023 | Review and file fee applications for co-counsel | Patterson, Morgan L. (2372) | 0.40 | 655.00 | $ 262.00 |
|---|---|---|---|---|---|

Christmas Tree Shops -Official Committee of Unsecured Creditors
Christmas Tree Shops

118979.0001.2/4821342

| 07/12/2023 | Prepare Porzio first monthly fee application, notice, COS, exhibits (.4); prepare Porzio second monthly fee application, notice, COS, exhibits (.3); efile Porzio first monthly fee application (.2); efile second monthly fee application (.1); email (x2) to/from M. Patterson regarding service (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 1.20 | 350.00 | $ 420.00 |

|  |  | Total for Task: |  |  | $ 682.00 |

### BKG - General Case Administration

| 07/05/2023 | Call with Porzio and Rock Creek teams regarding strategy and case administration issues | Tancredi, Lisa B. (311) | 1.00 | 595.00 | $ 595.00 |
| 07/05/2023 | Retrieve and review retention orders for Porzio, Womble and Rock Creek (.2); coordinate service of same (.1); prepare certificate of service regarding retention order (.1); email to M. Patterson regarding same (.1); efile same (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 350.00 | $ 210.00 |
| 07/12/2023 | Retrieve and review ECF filings (.5); email (x2) same to professionals (.2) | Giobbe, Cynthia M.* (10258) | 0.70 | 350.00 | $ 245.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                    118979.0001.2/4821342
Christmas Tree Shops

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 07/14/2023 | Email to/from M. Patterson regarding omnibus hearing dates (.1); review docket regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 350.00 | $ 70.00 |
| 07/24/2023 | Update case calendar (.4); update 2002 list (.1); circulate filed pleadings (.1) | Thomas, Elizabeth C.* (10159) | 0.60 | 350.00 | $ 210.00 |
| 07/25/2023 | Circulate, review and distribute recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 07/26/2023 | Circulate and review recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 07/27/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                    118979.0001.2/4821342
Christmas Tree Shops

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 07/28/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 07/31/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| | | | | | $ 1,680.00 |
| | | | Total for Task: | | |

**BKH - Court Hearings/Preparation/Agenda**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 07/05/2023 | Review agenda and circulate (.3); prepare for hearing (.3) | Patterson, Morgan L. (2372) | 0.60 | 655.00 | $ 393.00 |
| 07/06/2023 | Call with Matthew Ward regarding hearing preparation (.3); call with Committee Professionals regarding exhibits for hearing (.3); calls and correspondence to Debtors counsel regarding same (.4); review budget in preparation for hearing (.3) | Patterson, Morgan L. (2372) | 1.30 | 655.00 | $ 851.50 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                118979.0001.2/4821342
Christmas Tree Shops

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/2023 | Retrieve and review 7/7/23 second amended agenda (.1); email to Committee members (.1); email to WBD, Rock Creek and Porzio teams (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 350.00 | $ 70.00 |
| 07/07/2023 | Prepare for and attend hearing on extended DIP (2.7); meetings, teleconferences, and correspondences with W. Martin and J. Gansman re same (2.1); teleconference with M. Patterson re same (.2) | Ward, Matthew P. (2176) | 5.00 | 785.00 | $ 3,925.00 |
| 07/07/2023 | Attend hearing (1.2); call with Matthew Ward regarding same (.3) | Patterson, Morgan L. (2372) | 1.50 | 655.00 | $ 982.50 |
| 07/07/2023 | Email to/from M. Ward and M. Patterson regarding continued DIP hearing (.1); calendar 7/12/23 hearing (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 350.00 | $ 70.00 |
| 07/10/2023 | Call with Phil Mohr regarding hearing testimony preparation (.4); research same (.3) | Patterson, Morgan L. (2372) | 0.70 | 655.00 | $ 458.50 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                    118979.0001.2/4821342
Christmas Tree Shops

| 07/11/2023 | Prepare and file witness and exhibit list | Patterson, Morgan L. (2372) | 0.60 | 655.00 | $ 393.00 |
|---|---|---|---|---|---|
| 07/11/2023 | Email to/from M. Patterson regarding 7/12/23 witness list (.1); efile same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 350.00 | $ 105.00 |
| 07/12/2023 | Prepare for and attend hearing | Patterson, Morgan L. (2372) | 4.10 | 655.00 | $ 2,685.50 |
| 07/12/2023 | Email (x2) to/from M. Patterson regarding 7/12/23 (.1); retrieve, review and circulate to professionals second amended agenda (.1); retrieve, review and circulate to professionals notice of hearing time change (.1); preparation of hearing documents (.3); revise notice of hearing regarding conversion motion (.2); email to M. Patterson regarding same (.1); email to claims agent regarding same (.1); register J. Gansman, B. Ayres, J. Keller, G. Manternach, J. Lincoln, E. Maffa, M. Patterson, R. Parisi and C. Mazza for 7/13/23 continued hearing (.5); email to professionals regarding notice of adjourned hearing (.2) | Giobbe, Cynthia M.* (10258) | 1.70 | 350.00 | $ 595.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                                  118979.0001.2/4821342
Christmas Tree Shops

| 07/13/2023 | Prepare for extended DIP hearing (.7); participate in same (.3); pre- and post-hearing meetings with parties and W. Martin (1.8); teleconference with J. Gansman re same (.2) | Ward, Matthew P. (2176) | 3.00 | 785.00 | $ 2,355.00 |
|---|---|---|---|---|---|
| 07/13/2023 | Email (x2) to/from P. Donnelly regarding 7/13/23 hearing (.2); email (x2) to/from M. Ward regarding 7/13/23 hearing (.2); preparation for 7/13/23 hearing (.8) | Giobbe, Cynthia M.* (10258) | 1.20 | 350.00 | $ 420.00 |
| 07/25/2023 | Request and subsequently circulate 7/12/23 and 7/13/23 hearing transcripts | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |

|  |  |  | Total for Task: |  | $ 13,339.00 |
|---|---|---|---|---|---|

**BKLT - Litigation**

| 07/13/2023 | Teleconference and correspondences with M. Patterson re potential Bed Bath claims and strategy | Ward, Matthew P. (2176) | 0.30 | 785.00 | $ 235.50 |
|---|---|---|---|---|---|

Christmas Tree Shops -Official Committee of Unsecured Creditors                    118979.0001.2/4821342
Christmas Tree Shops

| 07/13/2023 | Review DIP order regarding Bed Bath litigation claims (1.5); summarize same for Committee professionals (.4); call with Matthew Ward regarding same (.3); prepare standing motion (.9) | Patterson, Morgan L. (2372) | 3.10 | 655.00 | $ 2,030.50 |
|---|---|---|---|---|---|
| 07/14/2023 | Develop strategy re pathlight claims (.4); correspondences with W. Martin and M. Patterson re same (.2) | Ward, Matthew P. (2176) | 0.60 | 785.00 | $ 471.00 |
| 07/14/2023 | Prepare motion for standing (4.1); call with Ericka Johnson regarding same (.4); address Bed Bath claims (1.5); call with Warren Martin regarding challenge deadline (.6); draft committee update regarding same (.3) | Patterson, Morgan L. (2372) | 6.90 | 655.00 | $ 4,519.50 |
| 07/16/2023 | Review/revise/circulate COC and stipulation regarding extension of challenge period | Patterson, Morgan L. (2372) | 0.40 | 655.00 | $ 262.00 |
| 07/17/2023 | Multiple calls and correspondence with Porzio team and counsel to Pathlight regarding extension of challenge period (.7); review/file same (.4) | Patterson, Morgan L. (2372) | 1.10 | 655.00 | $ 720.50 |

Christmas Tree Shops -Official Committee of Unsecured Creditors        118979.0001.2/4821342
Christmas Tree Shops

| 07/19/2023 | Review/analyze WARN Act complaint | Ward, Matthew P. (2176) | 0.30 | 785.00 | $ 235.50 |
| 07/20/2023 | Teleconference and numerous correspondences with W. Martin, C. Mazza, and M. Patterson re potential causes of action and plan strategy | Ward, Matthew P. (2176) | 0.80 | 785.00 | $ 628.00 |
| 07/20/2023 | Phone call from R. Malone to discuss adversary complaint | Johnson, Ericka F. (2199) | 0.10 | 715.00 | $ 71.50 |
| 07/20/2023 | Multiple correspondence with Committee professionals regarding status of Pathlight challenge (.3); prepare further COC and stipulation regarding challenge extension (.4) | Patterson, Morgan L. (2372) | 0.70 | 655.00 | $ 458.50 |
| 07/21/2023 | Revise and file COC and stipulation regarding extension of challenge period | Patterson, Morgan L. (2372) | 0.30 | 655.00 | $ 196.50 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                                118979.0001.2/4821342
Christmas Tree Shops

| 07/25/2023 | Maintain discovery documents | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
|---|---|---|---|---|---|
| 07/26/2023 | Draft standing motion | Patterson, Morgan L. (2372) | 2.30 | 655.00 | $ 1,506.50 |
| 07/27/2023 | Correspondences with Porzio team, S. Fox, and M. Patterson re Pathlight negotiations | Ward, Matthew P. (2176) | 0.20 | 785.00 | $ 157.00 |
| 07/27/2023 | Draft and circulate standing motion | Patterson, Morgan L. (2372) | 3.10 | 655.00 | $ 2,030.50 |
| 07/28/2023 | Correspondences with Porzio team, S. Fox, and M. Patterson re Pathlight negotiations | Ward, Matthew P. (2176) | 0.20 | 785.00 | $ 157.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors      118979.0001.2/4821342
Christmas Tree Shops

| 07/28/2023 | Draft/file further stipulation extending challenge period | Patterson, Morgan L. (2372) | 0.50 | 655.00 | $ 327.50 |
|---|---|---|---|---|---|

| | | | | | $ 14,042.50 |
|---|---|---|---|---|---|
| | | Total for Task: | | | |

**BKM - Other Motion Practice**

| 07/08/2023 | Review/analyze amended budget in connection with conversion motion (.1); correspondences with Porzio and Rock Creek teams re same (.3) | Ward, Matthew P. (2176) | 0.40 | 785.00 | $ 314.00 |
|---|---|---|---|---|---|
| 07/09/2023 | Review draft conversion motion (.3); teleconference and correspondences with W. Martin re same and strategy (.2) | Ward, Matthew P. (2176) | 0.50 | 785.00 | $ 392.50 |
| 07/10/2023 | Review revised draft of conversion motion (.3); review motion and proposed order to expedite (.1); numerous correspondences with W. Martin, J. Gansman, and M. Patterson re same (.4) | Ward, Matthew P. (2176) | 0.80 | 785.00 | $ 628.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                              118979.0001.2/4821342
Christmas Tree Shops

| 07/10/2023 | Review/revise motion to convert (2.3); legal research regarding same (1.8); multiple correspondence with Committee members regarding same (.3); review/revise and circulate motion to shorten for motion to convert (1.1); review/revise and circulate witness and exhibit list for hearing on motion to convert; call with Brian Ayers regarding testimony on same (.3) | Patterson, Morgan L. (2372) | 5.80 | 655.00 | $ 3,799.00 |
| --- | --- | --- | --- | --- | --- |
| 07/10/2023 | Prepare motion and order to shorten regarding motion to convert (2.1); email (x3) to/from M. Patterson regarding same (.2) | Giobbe, Cynthia M.* (10258) | 2.30 | 350.00 | $ 805.00 |
| 07/11/2023 | Review Restore objection to motion to expedite (.1); teleconference with M. Patterson re same (.1) | Ward, Matthew P. (2176) | 0.20 | 785.00 | $ 157.00 |
| 07/11/2023 | Call with Committee Professionals regarding motion to convert status/strategy (.8); review response to motion to shorten and address same (.7); call with Matthew Ward regarding same (.3) | Patterson, Morgan L. (2372) | 1.80 | 655.00 | $ 1,179.00 |
| 07/12/2023 | Address scheduling and service of conversion motion | Patterson, Morgan L. (2372) | 0.40 | 655.00 | $ 262.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors

Christmas Tree Shops

118979.0001.2/4821342

| 07/13/2023 | Review emails regarding conversion | Tancredi, Lisa B. (311) | 0.20 | 595.00 | $ 119.00 |
| 07/13/2023 | Email (x3) to/from M. Patterson regarding motion to convert (.2); coordinate service of motion (.9) | Giobbe, Cynthia M.* (10258) | 1.10 | 350.00 | $ 385.00 |
| 07/14/2023 | Review and file notice of withdrawal of motion to convert (.2) | Patterson, Morgan L. (2372) | 0.20 | 655.00 | $ 131.00 |
| 07/14/2023 | Email (x4) to/from M. Patterson regarding notice of withdrawal of conversion motion (.2); prepare notice of withdrawal (.2); email to M. Ward regarding hearing regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 350.00 | $ 175.00 |

**Total for Task:** $ 8,346.50

**BKO - Claims Administration**

Christmas Tree Shops -Official Committee of Unsecured Creditors                 118979.0001.2/4821342
Christmas Tree Shops

| 07/05/2023 | Review Bed Bath & Beyond claims and documents | Patterson, Morgan L. (2372) | 0.90 | 655.00 | $ 589.50 |
|---|---|---|---|---|---|
| 07/06/2023 | Work with Elazar Kosman regarding preparation of Debtors' Bed Bath and Beyond claims (.7); review/revise and circulate same (.8) | Patterson, Morgan L. (2372) | 1.50 | 655.00 | $ 982.50 |
| 07/06/2023 | Draft proof of claim and addendum to proof of claim. | Kosman, Elazar A. (10329) | 6.00 | 340.00 | $ 2,040.00 |
| 07/07/2023 | Revise and file Bed Bath & Beyond claims | Patterson, Morgan L. (2372) | 1.10 | 655.00 | $ 720.50 |
| 07/07/2023 | Email (x5) to/from M. Patterson regarding proofs of claims (.3); prepare (x74) proofs of claim and addendums for filing (1.9); file (x74) proofs of claims (6.1) | Giobbe, Cynthia M.* (10258) | 8.30 | 350.00 | $ 2,905.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                    118979.0001.2/4821342
Christmas Tree Shops

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 07/24/2023 | Pull/forward Bed, Bath & Beyond plan and disclosure statement to Morgan Patterson regarding filed claims | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 07/31/2023 | Review claims register and prepare chart listing Debtors claims filed in Bed Bath Beyond bankruptcy | Thomas, Elizabeth C.* (10159) | 0.50 | 350.00 | $ 175.00 |

|  |  |  |  |  | $ 7,447.50 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKP - Post Petition Financing**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 07/05/2023 | Numerous correspondences with Porzio team re upcoming DIP hearing, potential resolution, and strategy | Ward, Matthew P. (2176) | 0.40 | 785.00 | $ 314.00 |
| 07/05/2023 | Call with Committee professionals regarding supplemental DIP order issues/strategy (1.1); address potential settlement of DIP financing default and challenges (.7) | Patterson, Morgan L. (2372) | 1.80 | 655.00 | $ 1,179.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                                    118979.0001.2/4821342
Christmas Tree Shops

| 07/06/2023 | Review/analyze revised proposed budget and lender response (.2); correspondences with M. Patterson re same (.1) | Ward, Matthew P. (2176) | 0.30 | 785.00 | $ 235.50 |
|------------|---|---|---|---|---|
| 07/07/2023 | Review further revised proposed supplemental DIP order (.1); numerous correspondences with parties (lenders, landlords, committee members) re same and status (.6) | Ward, Matthew P. (2176) | 0.70 | 785.00 | $ 549.50 |
| 07/09/2023 | Correspondences wtih E. Meltzer and W. Martin re budget | Ward, Matthew P. (2176) | 0.20 | 785.00 | $ 157.00 |
| 07/10/2023 | Review lender fees and calendar | Patterson, Morgan L. (2372) | 0.20 | 655.00 | $ 131.00 |
| 07/11/2023 | Review/analyze multiple revised versions of budget (.2); dozens of correspondences with parties (lenders, landlords, debtors, committee) re same (.5) | Ward, Matthew P. (2176) | 0.70 | 785.00 | $ 549.50 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                    118979.0001.2/4821342
Christmas Tree Shops

| 07/11/2023 | Prepare for supplemental DIP hearing (1.6); review supplemental order drafts and budgets (.8) | Patterson, Morgan L. (2372) | 2.40 | 655.00 | $ 1,572.00 |
| 07/12/2023 | Teleconference with J. Gansman re extended DIP and strategy | Ward, Matthew P. (2176) | 0.20 | 785.00 | $ 157.00 |
| 07/12/2023 | Numerous correspondences with Porzio and Rock Creek teams re budget and supplemental DIP proposal (.4); review multiple further rounds of comments to proposed order (.3); numerous correspondences with all parties re same (.3) | Ward, Matthew P. (2176) | 1.00 | 785.00 | $ 785.00 |
| 07/13/2023 | Dozens of correspondences with lender counsel, landlord counsel, and Porzio team re supplemental DIP order | Ward, Matthew P. (2176) | 0.80 | 785.00 | $ 628.00 |
| 07/13/2023 | Prepare for supplemental DIP hearing regarding consignment/GOB sales issues | Patterson, Morgan L. (2372) | 2.20 | 655.00 | $ 1,441.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                    118979.0001.2/4821342
Christmas Tree Shops

| 07/24/2023 | Serve order approving 2nd stipulation between committee, debtors and Pathlight extending challenge deadlines | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 07/25/2023 | Prepare and efile certificate of service re order approving 2nd stipulation extending challenge period | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 07/28/2023 | Finalize and efile certification of counsel seeking entry of order approving 3rd stipulation extending the challenge deadline and upload order for approval | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |

|  |  |  |  |  | $ 7,838.50 |
|  |  | **Total for Task:** |  |  |  |

**BKRO - Retention of Others**

| 07/05/2023 | Address service of retention orders (.1); review/file COS regarding same (.1) | Patterson, Morgan L. (2372) | 0.20 | 655.00 | $ 131.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                    118979.0001.2/4821342
Christmas Tree Shops

| 07/05/2023 | Retrieve and review 7/7/23 hearing agenda (.1) register J. Keller, E. Moffa, J. Lincoln, I. Lebwohl,  G. Manternach, R. Smith regarding same (.5); email to committee members regarding same (.2); email to M. Patterson regarding same (.1); register M. Patterson regarding hearing (.1); email to M. Patterson regarding zoom link (.1); prepare hearing binder for M. Ward regarding 7/7/23 hearing (.6); register B. Ayers, J. Gansman and P. Donnelly for hearing (.2); email to Rock Creek team regarding same (.1) | Giobbe, Cynthia M.* (10258) | 2.00 | 350.00 | $ 700.00 |
|---|---|---|---|---|---|

$ 831.00

**Total for Task:**

**Total for Services:**     $ 69,115.50

\*   If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Christmas Tree Shops -Official Committee of Unsecured Creditors                    118979.0001.2/4821342
Christmas Tree Shops

**TIMEKEEPER SUMMARY**

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Ward, Matthew P. | 22.30 | $ 17,505.50 | $ 785.00 |
| Johnson, Ericka F. | 0.10 | $ 71.50 | $ 715.00 |
| Patterson, Morgan L. | 57.60 | $ 37,728.00 | $ 655.00 |
| Tancredi, Lisa B. | 2.90 | $ 1,725.50 | $ 595.00 |
| Kosman, Elazar A. | 6.00 | $ 2,040.00 | $ 340.00 |
| Thomas, Elizabeth C.* | 2.80 | $ 980.00 | $ 350.00 |
| Giobbe, Cynthia M.* | 25.90 | $ 9,065.00 | $ 350.00 |
| **Totals:** | 117.60 | $ 69,115.50 | |

\* If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Christmas Tree Shops -Official Committee of Unsecured Creditors     118979.0001.2/4821342
Christmas Tree Shops

## TASK SUMMARY BILLING INFORMATION

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| BKAA | Asset Analysis/Estate Property Due Diligence | 2.30 | $ 1,615.50 |
| BKAD | Asset Disposition - General | 3.10 | $ 2,251.50 |
| BKAV | Adversary | 1.70 | $ 595.00 |
| BKB | Investigation of Claims | 2.20 | $ 1,185.50 |
| BKC | Creditors Committee Meeting/Conferences | 4.70 | $ 3,377.50 |
| BKCI | Creditor Information Sharing/1102 Matters | 0.20 | $ 157.00 |
| BKCO | Claims Objections | 0.20 | $ 131.00 |
| BKE | Executory Contracts/Lease Agreements | 0.80 | $ 524.00 |
| BKEB | Employee Benefits | 1.40 | $ 943.00 |
| BKF | Fee Application/Monthly Billing | 7.20 | $ 3,801.00 |
| BKFDL | Fiduciary Duty Litigation/D&O Litigation | 0.50 | $ 327.50 |
| BKFO | Fees of Others | 1.60 | $ 682.00 |
| BKG | General Case Administration | 4.10 | $ 1,680.00 |
| BKH | Court Hearings/Preparation/Agenda | 20.50 | $ 13,339.00 |
| BKLT | Litigation | 21.00 | $ 14,042.50 |
| BKM | Other Motion Practice | 14.20 | $ 8,346.50 |
| BKO | Claims Administration | 18.40 | $ 7,447.50 |
| BKP | Post Petition Financing | 11.30 | $ 7,838.50 |
| BKRO | Retention of Others | 2.20 | $ 831.00 |
| | **Total** | 117.60 | $ 69,115.50 |