# **EXHIBIT B**

Christmas Tree Shops -Official Committee of Unsecured Creditors     118979.0001.2/4821342
Christmas Tree Shops

## DISBURSEMENTS AND OTHER CHARGES

| Date: | Description: | Attorney: | Quantity: | Amount: |
|---|---|---|---|---|
| Jul 11, 2023 | Filing Fee COURTS/USBC-DE-T - Filing Fee for Motion to Convert - | Sasso, Heidi E. | | $ 75.00 |
| Jul 18, 2023 | Messenger/Courier Service Reliable Wilmington - Mailout services | Giobbe, Cynthia M. | | $ 115.20 |
| Jul 18, 2023 | Transcript Reliable Wilmington - Hourly transcript | Thomas, Elizabeth C. | | $ 42.00 |
| Jul 26, 2023 | Messenger/Courier Service Reliable Wilmington - Courier service | Thomas, Elizabeth C. | | $ 142.20 |
| Jul 31, 2023 | Copying/Printing DLS Discovery, LLC - Printing/Copy/Prepare for Delivery/Postage | Thomas, Elizabeth C. | | $ 395.28 |
| Jul 31, 2023 | Copying/Printing DLS Discovery, LLC - Job No. 13366; Copy/Print/Prepare for Delivery/Postage | Thomas, Elizabeth C. | | $ 750.55 |
| Jul 31, 2023 | Copying/Printing DLS Discovery, LLC - Copy/Print/Prepare Delivery/Postage | Thomas, Elizabeth C. | | $ 454.18 |
| Jul 31, 2023 | Transcript Reliable Wilmington - Hourly transcript | Thomas, Elizabeth C. | | $ 48.00 |
| Jul 31, 2023 | Messenger/Courier Service Reliable Wilmington - Mailout services | Thomas, Elizabeth C. | | $ 139.04 |
| | | **Total Disbursements:** | | $ 2,161.45 |

Any disbursement appearing on our statements as Business Meals and Entertainment is stated at cost. The Revenue Reconciliation Act of 1993 reduced the deductibility of these expenses to you from 80% to 50%. We maintain the supporting documentation for these costs and will make the documentation available to you upon request.

Christmas Tree Shops -Official Committee of Unsecured Creditors  118979.0001.2/4821342
Christmas Tree Shops

**DISBURSEMENT SUMMARY**

| Date: | Description: | Amount: |
|---|---|---|
| | Copying/Printing | $ 1,600.01 |
| | Filing Fee | $ 75.00 |
| | Messenger/Courier Service | $ 396.44 |
| | Transcript | $ 90.00 |
| | **Total Disbursements:** | **$ 2,161.45** |

Any disbursement appearing on our statements as Business Meals and Entertainment is stated at cost. The Revenue Reconciliation Act of 1993 reduced the deductibility of these expenses to you from 80% to 50%. We maintain the supporting documentation for these costs and will make the documentation available to you upon request.

**Use of Legal Support Service Providers**

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information. WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product. As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.