IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>Christmas Tree Shops, LLC, et al.<br><br>         Debtors. | Chapter 11<br><br>Case No. 23-10576 |

### ORDER ON BANK OF AMERICA, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO EXERCISE SETOFF RIGHTS RELATING TO A LETTER OF CREDIT

Upon consideration of the Motion of Bank of America, N.A. ("BOA") for Relief from the Automatic Stay to Exercise Setoff Rights Relating to a Letter of Credit (the "Motion"), it is hereby ORDERED as follows:

1. The Motion is GRANTED in all respects;

2. The automatic stay is hereby lifted to permit BOA to enforce its first priority security interest and exercise setoff rights in respect to the Deposit Account (as defined in the Motion) to be applied against the Debtor's obligations under the Letter of Credit (as defined in the Motion). Alternatively, it is hereby determined that BOA has a first priority lien in the Deposit Account and may recoup against the Deposit Account without relief from the automatic stay.

Dated: August 11th, 2023
Wilmington, Delaware

THOMAS M. HORAN
UNITED STATES BANKRUPTCY JUDGE