# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) |
| | ) (Jointly Administered) |
| Debtors | ) |
| | ) **Related to Docket Nos. 524, 526** |

**SECOND AMENDED**[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 16, 2023 AT 9:00 A.M.**[3] **(EASTERN TIME)**

---

This hearing will be conducted in person,[4] and utilizing Zoom, and requires all remote participants to register in advance.

Please register no later than August 15, 2023 at 4:00 p.m. (ET)

COURTCALL WILL NOT BE USED FOR THIS HEARING.

Please use the following link to register for this hearing as a Zoom participant:

https://debuscourts.zoomgov.com/meeting/register/vJIsduGprzssGTVnqhwHQOHt7SlzERNA9ug

After registering your appearance by Zoom, you will receive a
confirmation email containing information about joining the video hearing

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), Handil, LLC (1150), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

[2] **Amended information is reflected in bold.** The amended information includes the *correct* Zoom registration link embedded in the agenda. The Zoom link provided in the original agenda [Docket No. 524] was not working.

[3] This hearing start time was changed from 2:00 p.m. (ET) to 9:00 a.m. (ET), pursuant to the *Notice of Change of Hearing Time for August 16, 2023* [Docket No. 448].

[4] The Courtroom is located at 824 N. Market Street, Wilmington, Delaware, 3rd Floor, Courtroom No. 7. All participants, including witnesses, are required to attend in person, except that participation via Zoom is permitted for: (i) counsel for a party or a *pro se* litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a *pro se* basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court.

161646833v1

MATTERS FOR WHICH ORDERS HAVE BEEN ENTERED:

1. Motion of the Huntington National Bank (A) For Allowance and Payment of Administrative Expense Claim and (B) To Compel Debtors to Assume or Reject an Executory Contract, or Alternatively, for Relief from Automatic Stay (Filed 7/10/23; Docket No. 369)

    Response Deadline:  July 24, 2023 at 4:00 p.m. (ET).  Extended to August 7, 2023, with respect to the Debtors.

    Response(s):  Informal comments received from the Debtors

    Related Document(s):

    A.  Certification of Counsel Regarding Motion of the Huntington National Bank (A) For Allowance and Payment of Administrative Expense Claim and (B) To Compel Debtors to Assume or Reject an Executory Contract, or Alternatively, for Relief from Automatic Stay (Filed 8/7/23; Docket No. 498)

    B.  Order on Motion of the Huntington National Bank (A) for Allowance and Payment of Administrative Expense Claim and (B) to Compel Debtors to Assume or Reject an Executory Contract, or Alternatively, for Relief from Automatic Stay (Entered 8/7/23; Docket No. 500)

    Status:  An order with respect to this matter has been entered by the Court.

2. Motion of Achim Importing Inc. for an Order Compelling Payment of Administrative Expense (Filed 7/14/23; Docket No. 434)

    Response Deadline:  August 9, 2023 at 4:00 p.m. (ET).

    Response(s):  Informal comments received from the Debtors

    Related Document(s):

    A.  Certification of Counsel (Filed 8/11/23; Docket No. 517)

    B.  Order Granting Motion of Achim Importing Company Inc. for an Order Compelling of Administrative Expense Claim (Entered 8/11/23; Docket No. 519)

    Status:  An order with respect to this matter has been entered by the Court.

3. Motion of Conopco, Inc. d/b/a Unilever for an Order Compelling Payment of Administrative Expense (Filed 7/20/23; Docket No. 441)

    Response Deadline:  August 9, 2023 at 4:00 p.m. (ET).

    Response(s):  Informal comments received from the Debtors

Related Document(s):

A.  Certification of Counsel Regarding (Filed 8/11/23; Docket No. 518)

B.  Order Granting Motion of Conopco, Inc. d/b/a Unilever United States for an Order Compelling Payment of Administrative Expense Claim (Entered 8/11/23; Docket No. 520)

Status:  An order with respect to this matter has been entered by the Court.

4.  Bank of America, N.A.'s Motion for Relief from the Automatic Stay to Exercise Setoff Rights Relating to a Letter of Credit (Filed 7/24/23; Docket No. 462)

    Response Deadline:  August 9, 2023 at 4:00 p.m. (ET).

    Response(s):  None

    Related Document(s):

    A.  Notice of Bank of America, N.A.'s Motion for Relief from the Automatic Stay to Exercise Setoff Rights Relating to a Letter of Credit (Filed 7/24/23; Docket No. 467)

    B.  Certificate of No Objection Regarding Bank of America, N.A.'s Motion for Relief from the Automatic Stay to Exercise Setoff Rights Relating to a Letter of Credit (Filed 8/11/23; Docket No. 516)

    C.  Order on Bank of America, N.A.'s Motion for Relief from the Automatic Stay to Exercise Setoff Rights Relating to a Letter of Credit (Entered 8/11/23; Docket No. 521)

    Status:  The order with respect to this matter has been entered by the Court.

5.  Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief (Filed 7/26/23; Docket No. 471)

    Response Deadline:  August 9, 2023 at 4:00 p.m. (ET).

    Response(s):

    Related Document(s):

    A.  Certificate of No Objection Regarding Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief (Filed 8/10/23; Docket No. 512)

B.  Second Omnibus Order (I) Authorizing the Debtors to Reject Certain Leases of Nonresidential Real Property; and (II) Granting Related Relief (Entered 8/11/23; Docket No. 522)

Status:  The order with respect to this matter has been entered by the Court.

6. Application of Parampara for an Order Compelling Payment of Administrative Expense (Filed 6/27/23; Docket No. 304)

Response Deadline:  July 12, 2023 at 4:00 p.m. (ET).  Extended to July 31, 2023, with respect to the Debtors.

Response(s):

A.  Objection to the Application of Parampara for an Order Compelling Payment of Administrative Expense (Filed 7/31/23; Docket No. 482)

Related Document(s):

A.  Certification of Counsel Regarding Order Granting Application of Parampara for an Order Compelling Payment of Administrative Claim (Filed 8/11/23; Docket No. 523)

B.  Order Granting Application of Parampara for an Order Compelling Payment of Administrative Expense (Entered 8/14/23; Docket No. 525)

Status: An order with respect to this matter has been entered by the Court.

7. Landlord-Creditor's, Levin Properties, L.P., Motion to Lift the Automatic Stay Pursuant to Bankruptcy Code Section 362(d) Due to Failure to Make Post-Petition Rent Payments and Allowance and Payment for Administrative Expense Claim (Filed 7/13/23; Docket No. 427)

Response Deadline:  August 9, 2023 at 4:00 p.m. (ET).

Response(s):  Informal comments received from the Debtors

Related Document(s):

**A.  Certification of Counsel (Filed 8/15/23; Docket No. 530)**

**B.  Order Granting Levin Properties, L.P. Relief from Automatic Stay (Entered 8/14/23; Docket No. 535)**

**Status:  An order with respect to this matter has been entered by the Court.**

MATTER GOING FORWARD:

8. Debtors' Motion for Entry of an Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112(b); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amount into a Segregated Attorney Trust Account Maintained by Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related Relief (Filed 8/10/23; Docket No. 506)

   Response Deadline: August 15, 2023 at 4:00 p.m. (ET).

   Response(s): Informal comments received from the United States Trustee**, counsel for the WARN Act class plaintiff and Pathlight**

   A. **WARN Act Plaintiffs' Limited Objection to Debtors' Motion for Entry of an Order Shortening Notice and Objection Periods with Respect to the Debtors' Motion for Entry of an Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. §§ 1112(b); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amount into a Segregated Attorney Trust Account Maintained by Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related Relief (Filed 8/15/23; Docket No. 533)**

   Related Document(s):

   A. Debtors' Motion for Entry of an Order Shortening Notice and Objection Periods with Respect to the Debtors' Motion for Entry of an Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. §§ 1112(b); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amount into a Segregated Attorney Trust Account Maintained by Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related Relief (Filed 8/10/23; Docket No. 508)

   B Order Shortening Notice and Objection Periods with Respect to the Debtors' Motion for Entry of an Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112(b); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amount into a Segregated Attorney Trust Account Maintained by Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related Relief (Entered 8/10/23; Docket No. 510)

C.     Notice of Debtors' Motion for Entry of an Order Shortening Notice and Objection Periods with Respect to the Debtors' Motion for Entry of an Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § § 1112(b); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amount into a Segregated Attorney Trust Account Maintained by Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related Relief (Filed 8/10/23; Docket No. 511)

D.     **Notice of Revised Order with Respect to Debtors' Motion for Entry of an Order Shortening Notice and Objection Periods with Respect to the Debtors' Motion for Entry of an Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. §§ 1112(b); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amount into a Segregated Attorney Trust Account Maintained by Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related Relief (Filed 8/15/23; Docket No. 534)**

Status:  **The Debtors have filed a proposed revised order incorporating comments received from the UST and WARN Act counsel, which informal comments are acceptable to the UST, WARN Act counsel and Committee.  Pathlight objects to the inclusion of new paragraph 7 in the proposed revised order.**  This matter will be going forward.

161646833v1

| | |
|---|---|
| Dated: August 15, 2023<br>Wilmington, Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>By: */s/ Evelyn J. Meltzer*<br>Evelyn J. Meltzer (Del. Bar No. 4581)<br>Marcy J. McLaughlin Smith (Del. Bar No. 6184)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br>Email: evelyn.meltzer@troutman.com<br>          marcy.smith@troutman.com<br><br>-and-<br><br>**MURPHY & KING, PROFESSIONAL CORPORATION**<br>Harold B. Murphy (admitted *pro hac vice*)<br>Christopher M. Condon (admitted *pro hac vice*)<br>28 State Street, Suite 3101<br>Boston, Massachusetts 02109<br>Tel: (617) 423-0400<br>Email: hmurphy@murphyking.com<br>          ccondon@murphyking.com<br><br>*Attorneys for Debtors and Debtors in Possession* |