IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 470** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY APPLICATION OF TROUTMAN PEPPER HAMILTON SANDERS LLP AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MAY 5, 2023 THROUGH AND INCLUDING JUNE 30, 2023**

The undersigned counsel to the above-captioned debtors (the "Debtors") filed the *First Monthly Application of Troutman Pepper Hamilton Sanders LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 5, 2023 Through and Including June 30, 2023* (the "Application") [Docket No. 470] on July 26, 2023. The notice filed with the Application established a deadline of August 16, 2023 at 4:00 p.m. (ET) for filing and service of responses to the Application. The undersigned further certifies that she has reviewed the docket in these cases and that no response to the Application appears thereon.

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 258], Troutman Pepper Hamilton Sanders LLP is authorized to be paid the sum of $341,092.24, which represents 80% of the total fees requested ($419,510.00) and 100% of the expenses requested ($5,484.24) in

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), Handil, LLC (1150), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

161696888v1

the Application upon the filing of this certificate and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: August 18, 2023<br>Wilmington, Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>By: */s/ Marcy J. McLaughlin Smith*<br>Evelyn J. Meltzer (Del. Bar No. 4581)<br>Marcy J. McLaughlin Smith (Del. Bar No. 6184)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br>Email: evelyn.meltzer@troutman.com<br>          marcy.smith@troutman.com<br><br>-and-<br><br>**MURPHY & KING, PROFESSIONAL CORPORATION**<br>Harold B. Murphy (admitted *pro hac vice*)<br>Christopher M. Condon (admitted *pro hac vice*)<br>28 State Street, Suite 3101<br>Boston, Massachusetts 02109<br>Tel: (617) 423-0400<br>Email: hmurphy@murphyking.com<br>          ccondon@murphyking.com<br><br>*Attorneys for Debtors* |

161696888v1