**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 547, 548, 549** |

**CERTIFICATE OF SERVICE**

I, Marcy J. McLaughlin Smith, hereby certify that on the 18th day of August, 2023, I caused copies of the following documents to be served upon the parties set forth on the attached list, by email and first class mail; and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court:

- *Certificate of No Objection Regarding First Monthly Application of Murphy & King, Professional Corporation, as Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from May 5, 2023 Through and Including June 30, 2023* [Docket No. 547];

- *Certificate of No Objection Regarding First Monthly Application of Troutman Pepper Hamilton Sanders LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 5, 2023 Through and Including June 30, 2023;* [Docket No. 548]; and

- *Certificate of No Objection Regarding First Monthly Application of FAAN Advisors Group Inc. as Financial Advisor to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from May 5, 2023 Through and Including June 30, 2023* [Docket No. 549]

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), Handil, LLC (1150), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

161740358v1

Dated: August 18, 2023
      Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Marcy J. McLaughlin Smith*
Evelyn J. Meltzer (Del. Bar No. 4581)
Marcy J. McLaughlin Smith (Del. Bar No. 6184)
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, Delaware 19801
Tel: (302) 777-6500
Fax: (302) 421-8390
Email: evelyn.meltzer@troutman.com
      marcy.smith@troutman.com

-and-

**MURPHY & KING, PROFESSIONAL CORPORATION**
Harold B. Murphy (admitted *pro hac vice*)
Christopher M. Condon (admitted *pro hac vice*)
28 State Street, Suite 3101
Boston, Massachusetts 02109
Tel: (617) 423-0400
Email: hmurphy@murphyking.com
      ccondon@murphyking.com

*Attorneys for Debtors*

## Service List

*(Counsel to Eclipse)*  
Greenberg Traurig, LLP  
One Vanderbilt Avenue  
New York, NY 10017  
Attn: Jeffrey Wolf and Brian Greer  
Jeffrey.Wolf@gtlaw.com  
greerb@gtlaw.com  

*(Counsel to Eclipse)*  
Greenberg Traurig, LLP  
222 Delaware Avenue  
Suite 1600  
Wilmington, DE 19801  
Attn: Anthony Clark and Dennis Meloro  
anthony.clark@gtlaw.com  
dennis.meloro@gtlaw.com  

*(Counsel to ReStore Capital, LLC)*  
Ropes & Gray LLP  
1211 6th Ave  
New York, NY 10036  
Attn: Gregg M. Galardi  
Gregg.Galardi@ropesgray.com  

*(Counsel to ReStore Capital, LLC)*  
Chipman Brown Cicero & Cole, LLP  
1313 North Market Street, Suite 5400  
Wilmington, DE 19801  
Attn: Mark L. Desgrosseilliers  
desgross@chipmanbrown.com  

*(Counsel to Pathlight Capital LP)*  
Riemer & Braunstein  
Times Square Tower, Suite 2506  
Seven Times Square  
New York, NY 10036  
Attn: Steven E. Fox and Paul D. Bekker  
sfox@riemerlaw.com  
pbekker@riemerlaw.com  

*(Counsel to Pathlight Capital LP)*  
Ashby & Geddes  
500 Delaware Avenue, 8th Floor  
Wilmington, DE 19801  
Attn: Gregory A. Taylor  
gtaylor@ashbygeddes.com  

*(Counsel to the Committee)*  
Porzio, Bromberg & Newman, P.C.  
100 Southgate Parkway, P.O. Box 1997  
Morristown, NJ 07962-1997  
Attn: Warren J. Martin Jr., Robert M. Schechter, and Rachel A. Parisi  
wjmartin@pbnlaw.com  
rmschechter@pbnlaw.com  
raparisi@pbnlaw.com  

*(Counsel to the Committee)*  
Womble Bond Dickinson (US) LLP  
1313 North Market Street, Suite 1200  
Wilmington, DE 19801  
Attn: Matthew P. Ward, Ericka F. Johnson  
Morgan L. Patterson, and Lisa Bittle Tancredi  
matthew.ward@wbd-us.com  
ericka.johnson@wbd-us.com  
morgan.patterson@wbd-us.com  
lisa.tancredi@wbd-us.com  

Office of the United States Trustee  
for the District of Delaware  
844 King Street, Suite 2207  
Lockbox 35  
Wilmington, Delaware 19801  
Attn: Benjamin Hackman  
Benjamin.A.Hackman@usdoj.gov  

George L. Miller, Chapter 7 Trustee  
Miller Coffee Tate LLP  
8 Penn Center, Suite 950  
1628 John F. Kennedy Blvd.  
Philadelphia, PA 19103-2110  
gmiller@mctllp.com  

*(Proposed Counsel to the Chapter 7 Trustee)*  
Bradford J. Sandler  
Pachulski Stang Ziehl & Jones  
919 North Market Street  
17th Floor  
Wilmington, DE 19801  
bsandler@pszjlaw.com  

161740358v1