**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-10576 |
| Debtors. | ) ) ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Jonathan J. Thomson, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On August 16, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Certification of Counsel Regarding Order with Respect to Debtors' Motion for Entry of an Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112(b); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amount into a Segregated Attorney Trust Account Maintained by Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related Relief** [Docket No. 544]

*(Continued on Next Page)*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), Handil, LLC (1150), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

- **Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112(b); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amount into a Segregated Attorney Trust Account Maintained by Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related Relief** [Docket No. 545]

Dated: August 21, 2023

*/s/ Jonathan J. Thomsuan*
Jonathan J. Thomson
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Interested Party | Ainslie Vorel | | ahvorel@gmail.com |
| Interested Party | Amanda Best | | amandabest_us@yahoo.com |
| Counsel to Pathlight Capital, LP | Ashby & Geddes, P.A. | Gregory A. Taylor and Michael D. DeBaecke | gtaylor@ashbygeddes.com; mdebaecke@ashbygeddes.com |
| Counsel to Acadia Realty Limited Partnership, Brixmor Operating Partnership L.P., FR Assembly Square, LLC, and KRE Colonie Owner LLC | Ballard Spahr LLP | Dustin P. Branch, Jessica M. Simon and Nahal Zarnighian | branchd@ballardspahr.com; simonjm@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Acadia Realty Limited Partnership, Brixmor Operating Partnership L.P., FR Assembly Square, LLC, and KRE Colonie Owner LLC | Ballard Spahr LLP | Leslie C. Heilman, Laurel D. Roglen and Margaret A. Vesper | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to 64 Leona Property Owner LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M. Capuzzi and John C. Gentile | kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| Interested Party | Betania Neto | | betanianeto1@gmail.com |
| Counsel to HC Atlantic Development LP | Bowditch & Dewey | Mark W. Powers | mpowers@bowditch.com |
| Equity Holder | Bradley W Snyder | | Bradley.Snyder@YMail.com |
| Counsel to Brookfield Properties Retail Inc. | Brookfield Properties Retail Inc., as Agent | Kristen N. Pate | bk@bpretail.com |
| Committee Member | BSREP II CYPRESS MT LLC | Julie Minnick Bowden | julie.bowden@bpretail.com |
| Counsel to Bank of America, N.A. | Buchanan Ingersoll & Rooney PC | Geoffrey G. Grivner | geoffrey.grivner@bipc.com |
| Counsel to Samsonico USA, LLC | Calhoun Law Firm | Joe D. Calhoun | Joe.Calhoun@CalhounLawFirm.com |
| Interested Party | Capreece Taylor | | capreecetaylor@gmail.com |
| Counsel to Hilco Merchant Resources, LLC | Chipman Brown Cicero & Cole, LLP | Mark Desgrosseilliers | desgross@chipmanbrown.com |
| Interested Party | Christa Ciezobka | | cciezobka@gmail.com |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Counsel to Utz Quality Foods, LLC | Cozen O'Connor | John T. Carroll, III | jcarroll@cozen.com |
| Equity Holder | Daniel M Kane | | DKane@TigerGroup.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Coastal One Properties, LLC | Duane Morris LLP | Lawrence J. Kotler | ljkotler@duanemorris.com |
| Interested Party | Edel Corrigan | | edeljoanne@gmail.com |
| Interested Party | Elizabeth Strabley | | estrabley@verizon.net |
| Counsel to USM, Inc. | Faegre Drinker Biddle & Reath LLP | Joseph N. Argentina, Jr. | joseph.argentina@faegredrinker.com |
| Other Secured Party | FGX International Inc. | Hinckley Allen & Snyder LLP | odoherty@hinckleyallen.com |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to WPG Legacy, LLC f/k/a Washington Prime Group Inc. and Consolidated Management, LLC | Frost Brown Todd LLP | Ronald E. Gold and A.J. Webb | rgold@fbtlaw.com; awebb@fbtlaw.com |
| Interested Party | Gaellyn Ridler | | Gaellyns@gmail.com |
| Counsel to Jay Hirsch, Richard Kohn, and Bradford A. Spencer, as Trustees of Lynnfield Plaza Realty Trust, and the Huntington National Bank | Gellert Scali Busenkell & Brown, LLC | Charles J. Brown, III, Michael Busenkell, and Amy D. Brown | cbrown@gsbblaw.com; mbusenkell@gsbblaw.com; abrown@gsbblaw.com |
| Equity Holder | Geoffrey Lewis | | GHLewis18@GMail.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to North Conway Plaza, LLC | Goulston & Storrs PC | Douglas B. Rosner | drosner@goulstonstorrs.com |
| Counsel to DIP Agent, Eclipse Business Capital LLC and Eclipse Business Capital SPV, LLC | Greenberg Traurig, LLP | Anthony W. Clark and Dennis A. Meloro | Anthony.Clark@gtlaw.com; Dennis.Meloro@gtlaw.com |
| Counsel to DIP Agent, Eclipse Business Capital LLC and Eclipse Business Capital SPV, LLC | Greenberg Traurig, LLP | Brian E. Greer and Leo Muchnik | greerb@gtlaw.com; muchnikl@gtlaw.com |
| Counsel to DIP Agent, Eclipse Business Capital LLC and Eclipse Business Capital SPV, LLC | Greenberg Traurig, LLP | Jeffrey M. Wolfe | Jeffrey.Wolf@gtlaw.com; greerb@gtlaw.com |
| Counsel to Jay Hirsch, Richard Kohn, and Bradford A. Spencer, as Trustees of Lynnfield Plaza Realty Trust | Hackett Feinberg P.C. | James M. Liston and Jacqueline M. Price | jml@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com |
| Other Secured Party | Hallmark Cards, Incorporated | Legal Division | becky.long@hallmark.com |
| Counsel to NPP Development LLC | Hinckley, Allen & Snyder LLP | Jennifer V. Doran | jdoran@hinckleyallen.com |
| Counsel to Loomis Armored US, LLC | Hogan McDaniel | Garvan F. McDaniel | gfmcdaniel@dkhogan.com |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Interested Party | Jacqueline Stevens | | jstevens705@gmail.com |
| Interested Party | Julia Markowitz | | julialmarkowitz@gmail.com |
| Counsel to Supreme Light Candle, Inc. | Kasen & Kasen, P.C. | c/o Jenny R. Kasen | jkasen@kasenlaw.com |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Counsel to Bed, Bath and Beyond, Inc. | Kirkland & Ellis LLP | Joshua A. Sussberg | joshua.sussberg@kirkland.com |

In re Christmas Tree Shops, LLC, et al.
Case No. 23-10576

Page 1 of 3

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Interested Party | Krysten Gutierrez | | krystennj@gmail.com |
| Counsel to Airport Associates, LP | Kurtzman Steady, LLC | Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Counsel to HC Atlantic Development LP | Landis Rath & Cobb LLP | Kimberly A. Brown and Howard W. Robertson IV | brown@lrclaw.com; robertson@lrclaw.com |
| Interested Party | Leslie Rossi | | leslierossi129@gmail.com |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| Committee Member | Mainstream International Corp. | David Bennett | dbennett@mainstreamintl.com |
| Counsel to Turtle Rock, LLC, CTS Fiduciary, LLC, as Trustee of Bridge Realty Trust, Bridge Real Estate Trust, Waquoit Road Real Estate Trust, Route 132 Real Estate Trust, South Orleans Real Estate Trust, D and C Real Estate Trust, Quaker Real Estate Trust, CTS West Dennis Route Twenty-Eight Real Estate LLC, BFE Ventures LLC and Shrewsbury Village Limited Partnership | Marshall Dennehey Warner Coleman & Goggin | M. Claire McCudden | MCMcCudden@MDWCG.com |
| Counsel to SVMP DE, LLC | Martone & Associates, LLC | Christopher S. Martone | martonelaw@gmail.com |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Counsel to MCS-Lancaster DE LP | McElroy, Deutsch, Mulvaney & Carpenter, LLP | David P. Primack | dprimack@mdmc-law.com |
| Interested Party | Michael Berger | | michaeldberger@yahoo.com |
| Interested Party | Michele Olbrys | | MLOLbrys9@gmail.com |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to Sun Life Assurance Company of Canada and Medford Wellington Service Co., Inc. | Mirick, OConnell, DeMallie & Lougee, LLP | Paul W. Carey | pcarey@mirickoconnell.com |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A. | Rachel B. Mersky | rmersky@monlaw.com |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| Interested Party | Nicole Quinn | | Nicoleb430@gmail.com |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | Benjamin.A.Hackman@usdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Landlord | PA Eastway, Inc. | Lindsey M. Harrison Madgar | LMadgar@cafarocompany.com |
| Interested Party | Pam Roberts | | pmalroberts@gmail.com |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to 64 Leona Property Owner LLC | Pierce Atwood LLP | Alex F. Mattera | amattera@PierceAtwood.com |
| Counsel to the Official Committee of Unsecured Creditors | Porzio, Bromberg & Newman, P.C. | Warren J. Martin Jr., Robert M. Schechter and Rachel A. Parisi | wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; raparisi@pbnlaw.com |
| Committee Member | REO FUNDIT 1 ASSET LLC | | annac@cre-pro.com |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Counsel to Pathlight Capital, LP | Riemer & Braunstein LLP | Paul D. Bekker | pbekker@riemerlaw.com |
| Counsel to Pathlight Capital, LP | Riemer & Braunstein LLP | Steven E. Fox | sfox@riemerlaw.com; pbekker@riemerlaw.com |
| Counsel to DIP Agent, ReStore Capital (CTS), LLC, Restore Capital (CTS), LLC, and Hilco Merchant Resources, LLC | Ropes & Gray LLP | Gregg M. Galadri | Gregg.Galardi@ropesgray.com |
| Counsel to DIP Agent, ReStore Capital (CTS), LLC, Restore Capital (CTS), LLC, and Hilco Merchant Resources, LLC | Ropes & Gray LLP | Jeramy D. Webb | jeramy.webb@ropesgray.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Landlord | Simon Property Group, Inc. | Attn: Ronald M. Tucker | rtucker@simon.com |
| Counsel to Holyoke Crossing LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon | dplon@sirlinlaw.com |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| Counsel to Levin Properties, L.P., High Pointe Commons Holding II-HAP, LP and Conopco Inc. dba Unilever United States | Stark & Stark, P.C. | Joseph H. Lemkin and Thomas S. Onder | jlemkin@stark-stark.com; tonder@stark-stark.com |
| Counsel to Vigo Importing Company | Stern & Eisenberg, PC | Daire Pyle | dpyle@sterneisenberg.com |
| Counsel to Giovannie Insauto | Subin Associates, LLP | Lee Huttner, Jean Marie Gaziano, Bianca Cacace, Mahvish Shah | LHuttner@subinlaw.com; jmg@subinlaw.com; bcacace@subinlaw.com; MShah@subinlaw.com |
| Interested Party | Tarra Nelan | | tjcostine@gmail.com |

In re Christmas Tree Shops, LLC, et al.
Case No. 23-10576

Page 2 of 3

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to High Pointe Commons Holding II-HAP, LP | Tenenbaum & Saas, P.C. | Bradshaw Rost | BRost@tspclaw.com |
| Interested Party | Tom Tedone | | tom0157@aol.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Interested Party | Victoria Patella | | vatp8675@yahoo.com |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Interested Party | Wendy DiSanto | | hawksw17@gmail.com |
| Counsel to the Official Committee of Unsecured Creditors | Womble Bond Dickinson (US) LLP | Matthew P. Ward, Ericka F. Johnson, Morgan L. Patterson and Lisa Bittle Tancredi | matthew.ward@wbd-us.com; ericka.johnson@wbd-us.com; morgan.patterson@wbd-us.com; lisa.tancredi@wbd-us.com |
| Committee Member | Workday Inc | Rob Smith | rob.smith@workday.com |

# Exhibit B

**Exhibit B**
**Objecting & Responding Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Ainslie H. Vorel, Individually and as Class Representative | Gibbons, P.C. | Christopher Viceconte | cviceconte@gibbonslaw.com |
| Counsel for Ainslie H. Vorel, Individually and as Class Representative | Gibbons, P.C. | Robert K. Malone, Mark B. Conlan and Christopher P. Anton | rmalone@gibbonslaw.com; mconlan@gibbonslaw.com; canton@gibbonslaw.com |

In re Christmas Tree Shops, LLC, et al.
Case No. 23-10576

Page 1 of 1

# Exhibit C

Case 23-10576-TMH    Doc 551    Filed 08/21/23    Page 9 of 13

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Interested Party | Accertify, Inc | c/o Becket & Lee LLP | PO Box 3002 | | | Malvern | PA | 19355-0702 |
| Counsel to AMEX TRS Co., Inc. | AMEX TRS Co., Inc. | c/o Becket & Lee LLP | Shraddha Bharatia | PO Box 3001 | | Malvern | PA | 19355-0701 |
| Other Secured Party | Banc of America Leasing & Capital, LLC | | 3400 Pawtucket Ave | | | Riverside | RI | 02915 |
| Committee Member | BSREP II CYPRESS MT LLC | Julie Minnick Bowden | 350 N. Orleans St, Suite 300 | | | Chicago | IL | 60654-1607 |
| Counsel to Samsonico USA, LLC | Calhoun Law Firm | Joe D. Calhoun | P.O. Box 251504 | | | Little Rock | AR | 72225 |
| Counsel to Hilco Merchant Resources, LLC | Chipman Brown Cicero & Cole, LLP | Mark Desgrosseilliers | 1313 N. Market Street, Suite 5400 | Hercules Plaza | | Wilmington | DE | 19801 |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Other Secured Party | FGX International Inc. | Hinckley Allen & Snyder LLP | 28 State St | | | Boston | MA | 02109 |
| Other Secured Party | FGX International Inc. | | 500 George Washington Hwy | | | Smithfield | RI | 02917 |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| Counsel to DIP Agent, Eclipse Business Capital LLC and Eclipse Business Capital SPV, LLC | Greenberg Traurig, LLP | Anthony W. Clark and Dennis A. Meloro | 222 Delaware Avenue | Suite 1600 | | Wilmington | DE | 19801 |
| Counsel to DIP Agent, Eclipse Business Capital LLC and Eclipse Business Capital SPV, LLC | Greenberg Traurig, LLP | Brian E. Greer and Leo Muchnik | One Vanderbilt Avenue | | | New York | NY | 10017 |
| Counsel to DIP Agent, Eclipse Business Capital LLC and Eclipse Business Capital SPV, LLC | Greenberg Traurig, LLP | Jeffrey M. Wolfe | One International Place, Suite 2000 | | | Boston | MA | 02110 |
| Other Secured Party | Hallmark Cards, Incorporated | Legal Division | 2501 McGee Trafficway, MD 339 | | | Kansas City | MO | 64108 |
| Other Secured Party | Hallmark Marketing Company, LLC | | 2501 McGee Trafficway, MD 339 | | | Kansas City | MO | 64108 |
| Other Secured Party | Huntington Technology Finance, Inc. | | 2285 Franklin Rd, Ste 100 | | | Bloomfield Hills | MI | 48302 |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 |
| Counsel to Bed, Bath and Beyond, Inc. | Kirkland & Ellis LLP | Joshua A. Sussberg | 601 Lexington Avenue | | | New York | NY | 10022 |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 |
| Committee Member | Mainstream International Corp. | David Bennett | 115 Newfield Avenue | | | Edison | NJ | 08837 |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 |
| Counsel to Charles County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Nicole C. Kenworthy | 6801 Kenilworth Avenue, Suite 400 | | | Riverdale | MD | 20737-1385 |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | J. Caleb Boggs Federal Bldg | Wilmington | DE | 19801 |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Counsel to 64 Leona Property Owner LLC | Pierce Atwood LLP | Alex F. Mattera | 100 Summer Street, 22nd Floor | | | Boston | MA | 02110 |
| Committee Member | REO FUNDIT 1 ASSET LLC | | 19790 West Dixie Highway, Suite 902 | | | Miami | FL | 33180 |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| Counsel to Pathlight Capital, LP | Riemer & Braunstein LLP | Steven E. Fox | Times Square Tower, Suite 2506 | Seven Times Square | | New York | NY | 10036 |

In re Christmas Tree Shops, LLC, et al.
Case No. 23-10576

Page 1 of 2

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to DIP Agent, ReStore Capital (CTS), LLC, Restore Capital (CTS), LLC, and Hilco Merchant Resources, LLC | Ropes & Gray LLP | Gregg M. Galadri | 1211 Avenue of the Americas | | | New York | NY | 10036-8704 |
| Counsel to DIP Agent, ReStore Capital (CTS), LLC, Restore Capital (CTS), LLC, and Hilco Merchant Resources, LLC | Ropes & Gray LLP | Jeramy D. Webb | 191 North Wacker Drive, 32nd Floor | | | Chicago | IL | 60606 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 |
| Counsel to Vigo Importing Company | Stern & Eisenberg, PC | Daire Pyle | 200 Biddle Avenue, Suite 107 | | | Newark | DE | 19702 |
| Counsel to Giovannie Insauto | Subin Associates, LLP | Lee Huttner, Jean Marie Gaziano, Bianca Cacace, Mahvish Shah | 150 Broadway | | | New York | NY | 10038 |
| Counsel to High Pointe Commons Holding II-HAP, LP | Tenenbaum & Saas, P.C. | Bradshaw Rost | 4504 Walsh Street, Suite 200 | | | Chevy Chase | MD | 20815 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 |
| Committee Member | Workday Inc | Rob Smith | 6110 Stoneridge Mall Rd. | | | Pleasanton | CA | 94588 |

# Exhibit D

**Exhibit D**
**Objecting & Responding Parties Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Ainslie H. Vorel, Individually and as Class Representative | Gibbons, P.C. | Christopher Viceconte | 300 Delaware Avenue, Suite 1015 | Wilmington | DE | 19801-1671 |
| Counsel for Ainslie H. Vorel, Individually and as Class Representative | Gibbons, P.C. | Robert K. Malone, Mark B. Conlan and Christopher P. Anton | One Gateway Center | Newark | NJ | 07102 |

In re Christmas Tree Shops, LLC, et al.
Case No. 23-10576

Page 1 of 1