**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Christmas Tree Shops, LLC., et al..,[1] | Case No. 23-10576 (TMH) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 5, 2023, at 4:00 P.M. (EST)** |
| | **Hearing: September 14, 2023 at 11:00 A.M. (EST)** |
| | **RE: D.I. 527** |

**NOTICE OF HEARING ON 64 LEONA PROPERTY OWNER LLC'S:**
**(A) OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I)**
**AUTHORIZING THE DEBTORS TO REJECT THEIR DISTRIBUTION CENTER**
**LEASE; AND (II) GRANTING RELATED RELIEF; AND (B) MOTION FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that, on August 14, 2023, *64 Leona Property Owner LLC's:*

*(A) Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject their*

*Distribution Center Lease; and (II) Granting Related Relief; and (B) Motion for Allowance and*

*Payment of Administrative Expense Claim* [D.I. 527] (the "Motion") was filed with the United

States Bankruptcy Court of the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion (the

"Hearing") will be held on **September 14, 2023 at 11:00 a.m. (Prevailing Eastern Time)** before

the Honorable Thomas M. Horan at the Bankruptcy Court, 824 North Market Street, 3rd Floor,

Courtroom 7, Wilmington, Delaware 19801.

---

[1]     The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the relief requested in the Motion shall be filed and served upon the undersigned no later than **4:00 p.m. (Prevailing Eastern Time) on September 5, 2023.**

**PLEASE TAKE FURTHER NOTICE** that copies of the document referenced above may be obtained free of charge from the website of the Debtors' notice and claims agent at https://www.kccllc.net/christmastreeshops.  You may also obtain copies from the Court's website at www.deb.uscourts.gov for a fee.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: August 22, 2023
Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

  _/s/ Kevin M. Capuzzi_
Kevin M. Capuzzi (DE 5462)
John C. Gentile (DE 6159)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1313 N. Market St., Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Email:  kcapuzzi@beneschlaw.com
        jgentile@beneschlaw.com

-and-

Alex F. Mattera (admitted *pro hac vice*)
Pierce Atwood LLP
100 Summer Street, 22nd Floor
Boston, MA 02110
Telephone:  (617) 488-8112
Email:  amattera@pierceatwood.com

*Attorneys for 64 Leona Property Owner LLC*

## CERTIFICATE OF SERVICE

I, Kevin M. Capuzzi, Esq., hereby certify that the *Notice of Hearing on  64 Leona Property Owner LLC's: (A) Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject their Distribution Center Lease; and (II) Granting Related Relief; and (B) Motion for Allowance and Payment of Administrative Expense Claim* was served on August 16, 2023 on all parties registered to receive notices in this case via CM/ECF and via email on the attorneys for the Chapter 7 Trustee listed below:

Bradford J. Sandler, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

  */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE 5462)