**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| | ) Case No. 23-10576 (TMH) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Re: D.I. ____** |
| | ) |

**ORDER APPROVING STANDSTILL STIPULATION BETWEEN GEORGE L.
MILLER, CHAPTER 7 TRUSTEE AND PATHLIGHT CAPITAL LP**

Upon the *Certification of Counsel Submitting Order Approving Standstill Stipulation Between Chapter 7 Trustee and Pathlight Capital LP* (the "Certification of Counsel") and the *Standstill Stipulation Between George L. Miller, Chapter 7 Trustee and Pathlight Capital LP* (the "Stipulation"),[2] attached hereto as **Exhibit 1**, by and among George L. Miller, chapter 7 trustee (the "Trustee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and Pathlight Capital LP ("Pathlight,"  and together with the Trustee, the "Parties"); and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Stipulation is approved.

---

[1]     The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

[2]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

2.      The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

3.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.      This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

DOCS_DE:244394.1 57097/001

**<u>Exhibit 1</u>**

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) |
| | ) |
| | ) Jointly Administered |
| | ) **Re: D.I. 229** |

## STANDSTILL STIPULATION BETWEEN GEORGE L. MILLER, CHAPTER 7 TRUSTEE AND PATHLIGHT CAPITAL LP

This stipulation (this "Stipulation") is entered into between: (a) George L. Miller, the chapter 7 trustee (the "Trustee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and (b) Pathlight Capital LP ("Pathlight").  The Trustee and Pathlight are collectively referenced herein as the "Parties."

WHEREAS, on May 5, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

WHEREAS, On June 5, 2023, the Court entered the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [D.I. 229], as supplemented by the *Final Supplemental Order to the Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

*Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [D.I. 431] (together, the "Final DIP Order").[2]

WHEREAS, on August 16, 2023, the Chapter 11 Cases were converted to Chapter 7 pursuant to the *Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. 1112(b); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amounts Into a Segregated Attorney Trust Account Maintained by Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related Relief* [Docket No. 23-10576] (the "Conversion Order"). George L. Miller was appointed as the Chapter 7 Trustee by the Office of the United States Trustee for the District of Delaware.

WHEREAS, pursuant to the Final DIP Order, the Challenge Period shall be extended for a chapter 7 trustee for an additional ten (10) days if the Cases are converted prior to the expiration of the Challenge Period;

WHEREAS, Pathlight asserts the Challenge Period has expired;

WHEREAS, the Trustee asserts that he has until ten (10) days after the date of entry of the Conversion Order pursuant to the Final DIP Order to assert a Challenge (as defined in the Final DIP Order); and

WHEREAS the Trustee and Pathlight, in order to facilitate discussions and negotiations relating to the Parties' respective rights, claims and defenses, have agreed to a standstill and to forbear and not exercise their respective rights and remedies under the Final DIP Order for a period of fifteen (15) days until September 11, 2023 (the "Standstill Period").

---

[2] Capitalized terms not otherwise defined herein shall have their meaning as set forth in the Final DIP Order.

Error! No document variable supplied.

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1.      During the Standstill Period, the Parties will not exercise any rights or remedies against one another relating to the Final DIP Order or any applicable document described therein and each Party reserves any and all rights, remedies, claims, causes of action and defenses thereunder; and whenever the Standstill Period (as may be extended from time to time) actually expires it shall be as if the Parties are returned to their respective positions *status quo ante* as of August 23, 2023.

2.      The Parties respective rights, remedies, claims, causes of action and defenses are expressly preserved during the Standstill Period and are not waived, released or barred from the entry into this Stipulation.

3.      The Standstill Period may only be extended further by written agreement (including, without limitation, by electronic mail or DocuSign) of the Parties.

4.      This Stipulation will be binding and effective upon execution by the Parties hereto. This Stipulation may not be amended or modified without the written consent of the Parties. This Stipulation may be executed in counterparts by facsimile or other electronic transmission, each of which will be deemed an original, and all of which when taken together will constitute one document.

5.      The Court will retain jurisdiction over all matters related to this Stipulation and the Final DIP Order.

*[remainder of page intentionally blank]*

3

Dated:  August 24, 2023            **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
          crobinson@pszjlaw.com
          pkeane@pszjlaw.com
          ecorma@pszjlaw.com

*Proposed Counsel for the Chapter 7 Trustee*

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
Michael D. DeBaecke (DE Bar No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Email: gtaylor@ashbygeddes.com
Email: mdebaecke@ashbygeddes.com

-and-

**RIEMER & BRAUNSTEIN LLP**
Steven E. Fox, Esq.
Times Square Tower, Suite 2506
Seven Times Square
New York, New York 10036
Tel: (212) 789-3100
Email: sfox@riemerlaw.com

-and-

**RIEMER & BRAUNSTEIN LLP**
Paul D. Bekker, Esq.
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114-2527
Tel: (617) 523-9000
Email: pbekker@riemerlaw.com

*Counsel to Pathlight Capital LP*