# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 ) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) ) ) (Jointly Administered) |
| Debtors. | ) ) ) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane hereby certify that on the 24th day of August 2023, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> *Notice of Hearing Regarding Chapter 7 Trustee's Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief*

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

Service List
23-10576

**1. Service Via U.S. First Class Mail**

| | | |
|---|---|---|
| HYANNIS<br>655 ROUTE 132<br>HYANNIS MA 02601 | NEWPORT<br>99 EAST MAIN ROAD<br>AQUIDNECK CENTER<br>MIDDLETOWN RI 02842 | SHREWSBURY<br>1000 BOSTON TURNPIKE<br>SHREWSBURY VILLAGE<br>SHREWSBURY MA 01545 |
| AVON<br>15 STOCKWELL DRIVE<br>AVON MA 02322 | LYNNFIELD<br>28-34 BROADWAY RT 1 SOUTH<br>LYNNFIELD MA 01940 | MANCHESTER<br>120 HALE ROAD<br>MANCHESTER CT 06040 |
| SALEM<br>92 CLUFF CROSSING ROAD ROUTE 28<br>SALEM NH 03079 | HOLYOKE<br>50 HOLYOKE STREET PO BOX 10177<br>HOLYOKE MALL AT INGLESIDE<br>HOLYOKE MA 01040 | ORANGE<br>220 INDIAN RIVER ROAD<br>PO BOX 809<br>ORANGE CT 06477 |
| N ATTLEBORO<br>1505 SOUTH WASHINGTON STREET<br>NORTH ATTLEBORO MA 02760 | ALBANY<br>1425 CENTRAL AVENUE<br>COLONIE CENTER UNIT 242<br>ALBANY NY 12205 | S PORTLAND<br>490 PAYNE ROAD<br>SCARBOROUGH ME 04074 |
| DANBURY<br>15 BACKUS AVE<br>DANBURY SQUARE MALLSUITE 42<br>DANBURY CT 06810 | SYRACUSE<br>132 NORTHERN LIGHTS PLAZA<br>NORTH SYRACUSE NY 13212 | WILLISTON<br>100 CYPRESS STREET<br>WILLISTON VT 05495 |
| SOMERVILLE<br>177 MIDDLESEX AVE<br>ASSEMBLY SQUARE MALL<br>SOMERVILLE MA 02145 | PARAMUS<br>300 IKEA DRIVE<br>PARAMUS NJ 07652 | STATEN ISLAND<br>85 BRICKTOWN WAY<br>STATEN ISLAND NY 10309 |
| CHERRY HILL<br>2130 ROUTE 70 WEST<br>SUITE C<br>CHERRY HILL NJ 08002 | FREEHOLD<br>100 TROTTERS WAY<br>FREEHOLD NJ 07728 | HARTSDALE<br>393 NORTH CENTRAL AVE<br>HARTSDALE NY 10530 |
| HENRIETTTA<br>790 JEFFERSON RD RTE 252<br>ROCHESTER NY 14623 | MONTAGE MTN<br>4001 SHOPPES BLVD<br>MOOSIC PA 18507 | BRICK<br>479 RT 70 EAST<br>BRICK NJ 08723 |

DOCS_LA:350826.1 57097/001

BRANDYWINE
5450 BRANDYWINE PARKWAY
BRANDYWINE DE 19803

YORK
2935 CONCORD ROAD
YORK PA 17402

JOHNSON CITY
420 HARRY L DRIVE
JOHNSON CITY NY 13790

POUGHKEEPSIE
1895 SOUTH HILL ROAD RTE 9
SOUTH HILLS PLAZA
POUGHKEEPSIE NY 12601

FOXBOROUGH
340 PATRIOTS PLACE
FOXBORO MA 02035

WATERFORD
824 HARTFORD TURNPIKE
CRYSTAL MALL
WATERFORD CT 06385

NORTH CONWAY
1584 WHITE MT HIGHWAY
NORTHWAY PLAZA
NORTH CONWAY NH 03860

DEER PARK NY
1150 THE ARCHES CIRCLE
DEER PARK NY 11729

AMHERST NY
1701 NIAGARA FALLS BLVD SUITE 500
BOULEVARD CONSUMER SQUARE
AMHERST NY 14228

HARRISBURG EAST PA
4690 HIGH POINTE BLVD
SWATARA PA 17111

DAYTON OH
2264 MIAMISBURG CENTERVILLE ROAD
SOUTH TOWNE CENTER
DAYTON OH 45459

UTICA MI
13361 HALL ROAD
SHELBY CORNERS SUITE 101
UTICA MI 48315

WALDORF MD
2925 FESTIVAL WAY
WALDORF MD 20601

MISHAWAKA IN
5851 NORTH GRAPE ROAD
MISHAWAKA IN 46545

MAYS LANDING NJ
230 CONSUMERS SQUARE
2300 WRANGLEBORO RD
MAYS LANDING NJ 08330

ROCKAWAY NJ
327 MOUNT HOPE AVENUE
SUITE 1001
ROCKAWAY NJ 07866

SPRINGFIELD NJ
350 ROUTE 22 WEST
SPRINGFIELD NJ 07081

GREENSBORO NC
1210 BRIDFORD PKWY EAST
WENDOVER PLACE
GREENSBORO NC 27407

BANGOR ME
46 SPRINGER DRIVE
BANGOR ME 04401

MIDDLETOWN NY
1100 NORTH GALLERIA DRIVE
MIDDLETOWN NY 10941

RICHMOND VA
9819 WEST BROAD STREET
GLEN ALLEN VA 23228

RIVERHEAD NY
1791 OLD COUNTRY RD CR58
RIVERHEAD NY 11901

DEPTFORD NJ
1775 DEPTFORD CENTER ROAD
DEPTFORD NJ 08096

REHOBOTH DE
19563 COASTAL HWY
UNIT 3
REHOBOTH BEACH DE 19971

WOODLAND PARK NJ
1728 US ROUTE 46
WOODLAND PARK NJ 07424

| | | |
|---|---|---|
| ACCERTIFY INC<br>C/O BECKET & LEE LLP<br>PO BOX 3002<br>MALVERN PA 19355-0702 | AMEX TRS CO INC<br>C/O BECKET & LEE LLP<br>SHRADDHA BHARATIA<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BANC OF AMERICA LEASING & CAPITAL LLC<br>3400 PAWTUCKET AVE<br>RIVERSIDE RI 02915 |
| CHRISTMAS TREE SHOPS<br>64 LEONA DRIVE<br>MIDDLEBORO MA 02346 | FGX INTERNATIONAL INC<br>500 GEORGE WASHINGTON HWY<br>SMITHFIELD RI 02917 | HALLMARK MARKETING COMPANY LLC<br>2501 MCGEE TRAFFICWAY MD 339<br>KANSAS CITY MO 64108 |
| HUNTINGTON TECHNOLOGY FINANCE INC<br>2285 FRANKLIN RD STE 100<br>BLOOMFIELD HILLS MI 48302 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>PHILADELPHIA PA 19104 |
| MEYERS RODBELL & ROSENBAUM PA<br>NICOLE C KENWORTHY<br>6801 KENILWORTH AVENUE SUITE 400<br>RIVERDALE MD 20737-1385 | | |

**2. Service Via Email**

| | | |
|---|---|---|
| Connecticut Attorney General Attn Bankruptcy Department<br>attorney.general@ct.gov | Cozen O'Connor John T. Carroll, III<br>jcarroll@cozen.com | Daniel M Kane<br>DKane@TigerGroup.com |
| Delaware Attorney General Attn Bankruptcy Department<br>attorney.general@state.de.us | Delaware Dept of Justice Attorney General<br>attorney.general@state.de.us;<br>attorney.general@delaware.gov | Delaware Secretary of State Division of Corporations<br>dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury<br>statetreasurer@state.de.us | Duane Morris LLP Lawrence J. Kotler<br>ljkotler@duanemorris.com | Edel Corrigan<br>edeljoanne@gmail.com |
| Elizabeth Strabley<br>estrabley@verizon.net | Faegre Drinker Biddle & Reath LLP Joseph N. Argentina, Jr.<br>joseph.argentina@faegredrinker.com | FGX International Inc. Hinckley Allen & Snyder LLP<br>odoherty@hinckleyallen.com |
| Florida Attorney General Attn Bankruptcy Department<br>citizenservices@myfloridalegal.com;<br>oag.civil.eserve@myfloridalegal.com | Frost Brown Todd LLP Ronald E. Gold and A.J. Webb<br>rgold@fbtlaw.com; awebb@fbtlaw.com | Gaellyn Ridler<br>Gaellyns@gmail.com |
| Gellert Scali Busenkell & Brown, LLC Charles J. Brown, III, Michael Busenkell, and Amy D. Brown<br>cbrown@gsbblaw.com;<br>mbusenkell@gsbblaw.com;<br>abrown@gsbblaw.com | Geoffrey Lewis<br>GHLewis18@GMail.com | Georgia Attorney General Attn Bankruptcy Department<br>Agcarr@law.ga.gov |
| Goulston & Storrs PC Douglas B. Rosner<br>drosner@goulstonstorrs.com | Greenberg Traurig, LLP Anthony W. Clark and Dennis A. Meloro<br>Anthony.Clark@gtlaw.com;<br>Dennis.Meloro@gtlaw.com | Greenberg Traurig, LLP Brian E. Greer and Leo Muchnik<br>greerb@gtlaw.com;<br>muchnikl@gtlaw.com |

| | | |
|---|---|---|
| Greenberg Traurig, LLP Jeffrey M. Wolfe<br>Jeffrey.Wolf@gtlaw.com;<br>greerb@gtlaw.com | Hackett Feinberg P.C. James M. Liston and Jacqueline M. Price<br>jml@bostonbusinesslaw.com;<br>jmp@bostonbusinesslaw.com | Hallmark Cards, Incorporated Legal Division<br>becky.long@hallmark.com |
| Hinckley, Allen & Snyder LLP Jennifer V. Doran<br>jdoran@hinckleyallen.com | Hogan McDaniel Garvan F. McDaniel<br>gfmcdaniel@dkhogan.com | Indiana Attorney General Attn Bankruptcy Department<br>info@atg.in.gov |
| Internal Revenue Service Attn Susanne Larson<br>SBSE.Insolvency.Balt@irs.gov | Jacqueline Stevens<br>jstevens705@gmail.com | Julia Markowitz<br>julialmarkowitz@gmail.com |
| Kasen & Kasen, P.C. c/o Jenny R. Kasen<br>jkasen@kasenlaw.com | Kentucky Attorney General Attn Bankruptcy Department<br>attorney.general@ag.ky.gov | Kirkland & Ellis LLP Joshua A. Sussberg<br>joshua.sussberg@kirkland.com |
| Krysten Gutierrez<br>krystennj@gmail.com | Kurtzman Steady, LLC Jeffrey Kurtzman<br>kurtzman@kurtzmansteady.com | Landis Rath & Cobb LLP Kimberly A. Brown and Howard W. Robertson IV<br>brown@lrclaw.com;<br>robertson@lrclaw.com |
| Leslie Rossi<br>leslierossi129@gmail.com | Maine Attorney General Attn Bankruptcy Department<br>attorney.general@maine.gov | Mainstream International Corp. David Bennett<br>dbennett@mainstreamintl.com |
| Marshall Dennehey Warner Coleman & Goggin M. Claire McCudden<br>MCMcCudden@MDWCG.com | Martone & Associates, LLC Christopher S. Martone<br>martonelaw@gmail.com | Maryland Attorney General Attn Bankruptcy Department<br>oag@oag.state.md.us |
| Massachusetts Attorney General Attn Bankruptcy Department<br>ago@state.ma.us | McElroy, Deutsch, Mulvaney & Carpenter, LLP David P. Primack<br>dprimack@mdmc-law.com | Michael Berger<br>michaeldberger@yahoo.com |
| Michele Olbrys<br>MLOLbrys9@gmail.com | Michigan Attorney General Attn Bankruptcy Department<br>miag@michigan.gov | Mirick, OConnell, DeMallie & Lougee, LLP Paul W. Carey<br>pcarey@mirickoconnell.com |
| Monzack Mersky and Browder, P.A. Rachel B. Mersky<br>rmersky@monlaw.com | Murphy & King, Professional Corporation Harry Murphy & Christopher Condon<br>HMurphy@murphyking.com;<br>CCondon@murphyking.com | New Hampshire Attorney General Attn Bankruptcy Department<br>attorneygeneral@doj.nh.gov |
| New Jersey Attorney General Attn Bankruptcy Department<br>Heather.Anderson@law.njoag.gov;<br>NJAG.ElectronicService.CivilMatters@law.njoag.gov | New York Attorney General Attn Bankruptcy Department<br>Louis.Testa@ag.ny.gov;<br>letitia.james@ag.ny.gov | Nicole Quinn<br>Nicoleb430@gmail.com |
| North Carolina Attorney General Attn Bankruptcy Department<br>ncago@ncdoj.gov | Office of the United States Trustee Delaware Benjamin Hackman<br>Benjamin.A.Hackman@usdoj.gov | Ohio Attorney General Attn Bankruptcy Department<br>Kristin.Radwanick@OhioAGO.gov |
| PA Eastway, Inc. Lindsey M. Harrison Madgar<br>LMadgar@cafarocompany.com | Pam Roberts<br>pmalroberts@gmail.com | Pennsylvania Attorney General Attn Bankruptcy Department<br>info@attorneygeneral.gov |
| Pierce Atwood LLP Alex F. Mattera<br>amattera@PierceAtwood.com | Porzio, Bromberg & Newman, P.C. Warren J. Martin Jr., Robert M. Schechter and Rachel A. Parisi<br>wjmartin@pbnlaw.com;<br>rmschechter@pbnlaw.com;<br>raparisi@pbnlaw.com | REO FUNDIT 1 ASSET LLC<br>annac@cre-pro.com |
| Rhode Island Attorney General Attn Bankruptcy Department<br>ag@riag.ri.gov | Riemer & Braunstein LLP Paul D. Bekker<br>pbekker@riemerlaw.com | Riemer & Braunstein LLP Steven E. Fox<br>sfox@riemerlaw.com;<br>pbekker@riemerlaw.com |

4

5

| | | |
|---|---|---|
| Ropes & Gray LLP Gregg M. Galadri Gregg.Galardi@ropesgray.com | Ropes & Gray LLP Jeramy D. Webb jeramy.webb@ropesgray.com | Securities & Exchange Commission NY Regional Office bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| Securities & Exchange Commission PA Regional Office philadelphia@sec.gov | Securities & Exchange Commission Secretary of the Treasury SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov | Simon Property Group, Inc. Attn: Ronald M. Tucker rtucker@simon.com |
| Sirlin Lesser & Benson, P.C. Dana S. Plon dplon@sirlinlaw.com | South Carolina Attorney General Attn Bankruptcy Department bankruptcy@scag.gov | Stark & Stark, P.C. Joseph H. Lemkin and Thomas S. Onder jlemkin@stark-stark.com; tonder@stark-stark.com |
| Stern & Eisenberg, PC Daire Pyle dpyle@sterneisenberg.com | Subin Associates, LLP Lee Huttner, Jean Marie Gaziano, Bianca Cacace, Mahvish Shah LHuttner@subinlaw.com; jmg@subinlaw.com; bcacace@subinlaw.com; MShah@subinlaw.com | Tarra Nelan tjcostine@gmail.com |
| Tenenbaum & Saas, P.C. Bradshaw Rost BRost@tspclaw.com | Tom Tedone tom0157@aol.com | Troutman Pepper Hamilton Sanders LLP Evelyn Meltzer & Marcy McLaughlin Smith evelyn.meltzer@troutman.com; marcy.smith@troutman.com |
| US Attorney for District of Delaware US Attorney for Delaware usade.ecfbankruptcy@usdoj.gov | Vermont Attorney General Attn Bankruptcy Department ago.info@vermont.gov | Victoria Patella vatp8675@yahoo.com |
| Virginia Attorney General Attn Bankruptcy Department mailoag@oag.state.va.us | Wendy DiSanto hawksw17@gmail.com | Womble Bond Dickinson (US) LLP Matthew P. Ward, Ericka F. Johnson, Morgan L. Patterson and Lisa Bittle Tancredi matthew.ward@wbd-us.com; ericka.johnson@wbd-us.com; morgan.patterson@wbd-us.com; lisa.tancredi@wbd-us.com |
| Workday Inc Rob Smith rob.smith@workday.com | | |

DOCS_LA:350826.1 57097/001