**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

IN RE:

CHRISTMAS TREE SHOPS, LLC, et al.,

*Debtors.*

**NOTICE OF APPEARANCE**

23-10576 (TMH)

---

**PLEASE TAKE NOTICE** that the Attorney General of the State of New York, LETITIA JAMES, by Robert J. Rock, Assistant Attorney General, of counsel, whose address and telephone number are as set forth below, hereby appears in this case on behalf of the State of New York. All notices given in this action and all papers filed herein shall be served upon the undersigned at the address shown below.

Dated:  Albany, New York
        August 24, 2023

                LETITIA JAMES
                Attorney General of the State of New York
                Attorney for the State of New York
                The Capitol
                Albany, New York  12224

                By: */s/ Robert J. Rock*
                Robert J. Rock
                Assistant Attorney General, of Counsel
                Telephone: (518) 776-2603
                Email: robert.rock@ag.ny.gov