**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 )  )  Case No. 23-10576 (TMH) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) )  (Jointly Administered) ) |
| Debtors. | ) ) |

**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND HIGH POINTE COMMONS HOLDING II – HAP, LP REGARDING (I) REJECTION OF LEASE, (II) ABANDONMENT OF ASSETS, (III) WAIVER OF CLAIMS AGAINST THE ESTATES, AND (IV) RELIEF FROM THE AUTOMATIC STAY**

Upon the *Certification of Counsel Submitting Order Approving Stipulation Between Chapter 7 Trustee and High Pointe Commons Holding II – HAP, LP Regarding (I) Rejection of Lease; (II) Abandonment of Assets; (III) Waiver of Claims Against the Estates; and (IV) Relief from the Automatic Stay* (the "Certification of Counsel") and the *Stipulation Between Chapter 7 Trustee and High Pointe Commons Holding II – HAP, LP Regarding (I) Rejection of Lease; (II) Abandonment of Assets; (III) Waiver of Claims Against the Estates; and (IV) Relief from the Automatic Stay* (the "Stipulation"),[2] attached hereto as **Exhibit 1**, by and among George L. Miller, chapter 7 trustee (the "Trustee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and High Pointe Commons Holding II – HAP, LP ("High Pointe," and together with the Trustee, the "Parties"); and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

2

the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

## Exhibit 1

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] <br><br> Debtors. | ) Chapter 7 <br> ) <br> ) Case No. 23-10576 (TMH) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) |

**STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND HIGH POINTE COMMONS HOLDING II – HAP, LP REGARDING (I) REJECTION OF LEASE, (II) ABANDONMENT OF ASSETS, (III) WAIVER OF CLAIMS AGAINST THE ESTATES, AND (IV) RELIEF FROM THE AUTOMATIC STAY**

This stipulation (the "Stipulation") is made and entered into by and among George L. Miller, chapter 7 trustee (the "Trustee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and High Pointe Commons Holding II – HAP, LP ("High Pointe," and together with the Trustee, the "Parties").

**RECITALS**

WHEREAS, on May 5, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On August 16, 2023, the above-captioned cases were converted to chapter 7 of the Bankruptcy Code pursuant to the *Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. 1112(b); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amounts Into a Segregated Attorney Trust Account Maintained by Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related*

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

1

*Relief* [Docket No. 545]. George L. Miller (the "Trustee") was appointed as the chapter 7 trustee on the same date [Docket No. 546].

WHEREAS, prior to the Petition Date, Bed Bath & Beyond, Inc., as assignor, Debtor Christmas Tree Shops, LLC ("CTS"), as assignee, and High Pointe Commons Holding II – HAP, LP ("High Pointe") were parties to that certain Lease Agreement, dated December 13, 2007 (including any related agreements, addenda, amendments, and schedules thereto, the "Lease"). Under the Lease, CTS leased from High Pointe that certain premises in the shopping center commonly known as High Point Commons located in Swatara Township, Pennsylvania (the "Premises").

WHEREAS, the Parties have negotiated this Stipulation in good faith and at arms' length.

WHEREAS, in consideration of the mutual covenants contained herein, it is stipulated and agreed among the Parties, subject to and conditioned upon approval of the Bankruptcy Court, as follows:

1. The Lease shall be deemed rejected as of the date of entry of the Order approving this Stipulation (the "Rejection Effective Date").

2. Any personal property that may be located on the Premises is hereby abandoned, with such abandonment being effective as of the Rejection Effective Date. High Pointe is authorized to use or dispose of the abandoned personal property without notice or liability to the Trustee or any third party and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. High Pointe hereby waives the right to any recovery on account of any claims, whether filed or unfiled, scheduled or not scheduled, against the Debtors and their bankruptcy estates.

2

4. The automatic stay is hereby lifted as to High Pointe to allow High Pointe to terminate the Lease and re-let the Premises without any liability to the Debtors' estates.

5. The Parties represent and warrant to each other that the signatories to this Stipulation have the full power and authority to enter into this Stipulation.

6. The Parties shall cooperate with one another to seek Bankruptcy Court approval of this Stipulation, which shall be effective upon the Bankruptcy Court's entry of an order approving this Stipulation.

7. This Stipulation may be executed in identical counterparts, each of which when so executed and delivered will constitute an original, but all of which taken together will constitute one and the same instrument. The exchange of copies of this Stipulation and of signature pages by facsimile transmission or by other electronic transmission of a manual signature (by portable data format (PDF) or other method that enables the recipient to reproduce a copy of the manual signature) will constitute effective execution and delivery of this Stipulation as to the Parties and may be used in lieu of the original Stipulation for all purposes.

*[Remainder of Page Intentionally Left Blank]*

8. The Bankruptcy Court will retain jurisdiction to resolve any disputes or controversies arising from or relating to this Stipulation.

WHEREFORE, the undersigned have executed this Stipulation on behalf of the Parties hereto.

Dated: August 24, 2023

| PACHULSKI STANG ZIEHL & JONES LLP | TENENBAUM & SAAS P.C. |
|---|---|
| */s/ Bradford J. Sandler* | */s/ Bradshaw Rost* |
| Bradford J. Sandler (DE Bar No. 4142) | Bradshaw Rost |
| Colin R. Robinson (DE Bar No. 5524) | 4504 Walsh Street |
| Peter J. Keane (DE Bar No. 5503) | Suite 200 |
| Edward A. Corma (DE Bar No. 6718) | Chevy Chase, MD 20815 |
| 919 North Market Street, 17th Floor | Telephone: (301) 961-5300 |
| P.O. Box 8705 | Facsimile: (301) 961-5305 |
| Wilmington, DE 19899-8705 (Courier 19801) | Email: brost@tspclaw.com |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | *Counsel for High Pointe Commons* |
| Email: bsandler@pszjlaw.com | *Holding II – HAP, LP* |
|       crobinson@pszjlaw.com | |
|       pkeane@pszjlaw.com | |
|       ecorma@pszjlaw.com | |
| | |
| *Proposed Counsel to George L. Miller,* | |
| *Chapter 7 Trustee* | |