# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on August 24, 2023, I caused a copy of the following document(s) to be served on the individuals on the attached service list via U.S. First Class Mail, and on August 25, 2023, I caused a copy of the following document(s) to be served on the individuals on the attached service list via Overnight Mail:

- *Chapter 7 Trustee's Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief* [Docket No. 555]

- *Chapter 7 Trustees Motion to Shorten Notice and Schedule Expedited Hearing on Chapter 7 Trustee's Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief* [Docket No. 556]

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

Service List
23-10576

HYANNIS
655 ROUTE 132
HYANNIS MA 02601

NEWPORT
99 EAST MAIN ROAD
AQUIDNECK CENTER
MIDDLETOWN RI 02842

SHREWSBURY
1000 BOSTON TURNPIKE
SHREWSBURY VILLAGE
SHREWSBURY MA 01545

AVON
15 STOCKWELL DRIVE
AVON MA 02322

LYNNFIELD
28-34 BROADWAY RT 1 SOUTH
LYNNFIELD MA 01940

MANCHESTER
120 HALE ROAD
MANCHESTER CT 06040

SALEM
92 CLUFF CROSSING ROAD ROUTE 28
SALEM NH 03079

HOLYOKE
50 HOLYOKE STREET PO BOX 10177
HOLYOKE MALL AT INGLESIDE
HOLYOKE MA 01040

ORANGE
220 INDIAN RIVER ROAD
PO BOX 809
ORANGE CT 06477

N ATTLEBORO
1505 SOUTH WASHINGTON STREET
NORTH ATTLEBORO MA 02760

ALBANY
1425 CENTRAL AVENUE
COLONIE CENTER UNIT 242
ALBANY NY 12205

S PORTLAND
490 PAYNE ROAD
SCARBOROUGH ME 04074

DANBURY
15 BACKUS AVE
DANBURY SQUARE MALLSUITE 42
DANBURY CT 06810

SYRACUSE
132 NORTHERN LIGHTS PLAZA
NORTH SYRACUSE NY 13212

WILLISTON
100 CYPRESS STREET
WILLISTON VT 05495

SOMERVILLE
177 MIDDLESEX AVE
ASSEMBLY SQUARE MALL
SOMERVILLE MA 02145

PARAMUS
300 IKEA DRIVE
PARAMUS NJ 07652

STATEN ISLAND
85 BRICKTOWN WAY
STATEN ISLAND NY 10309

CHERRY HILL
2130 ROUTE 70 WEST
SUITE C
CHERRY HILL NJ 08002

FREEHOLD
100 TROTTERS WAY
FREEHOLD NJ 07728

HARTSDALE
393 NORTH CENTRAL AVE
HARTSDALE NY 10530

HENRIETTTA
790 JEFFERSON RD RTE 252
ROCHESTER NY 14623

MONTAGE MTN
4001 SHOPPES BLVD
MOOSIC PA 18507

BRICK
479 RT 70 EAST
BRICK NJ 08723

DOCS_LA:350829.1 57097/001

| | | |
|---|---|---|
| BRANDYWINE<br>5450 BRANDYWINE PARKWAY<br>BRANDYWINE DE 19803 | YORK<br>2935 CONCORD ROAD<br>YORK PA 17402 | JOHNSON CITY<br>420 HARRY L DRIVE<br>JOHNSON CITY NY 13790 |
| POUGHKEEPSIE<br>1895 SOUTH HILL ROAD RTE 9<br>SOUTH HILLS PLAZA<br>POUGHKEEPSIE NY 12601 | FOXBOROUGH<br>340 PATRIOTS PLACE<br>FOXBORO MA 02035 | WATERFORD<br>824 HARTFORD TURNPIKE<br>CRYSTAL MALL<br>WATERFORD CT 06385 |
| NORTH CONWAY<br>1584 WHITE MT HIGHWAY<br>NORTHWAY PLAZA<br>NORTH CONWAY NH 03860 | DEER PARK NY<br>1150 THE ARCHES CIRCLE<br>DEER PARK NY 11729 | AMHERST NY<br>1701 NIAGARA FALLS BLVD SUITE 500<br>BOULEVARD CONSUMER SQUARE<br>AMHERST NY 14228 |
| HARRISBURG EAST PA<br>4690 HIGH POINTE BLVD<br>SWATARA PA 17111 | DAYTON OH<br>2264 MIAMISBURG CENTERVILLE ROAD<br>SOUTH TOWNE CENTER<br>DAYTON OH 45459 | UTICA MI<br>13361 HALL ROAD<br>SHELBY CORNERS SUITE 101<br>UTICA MI 48315 |
| WALDORF MD<br>2925 FESTIVAL WAY<br>WALDORF MD 20601 | MISHAWAKA IN<br>5851 NORTH GRAPE ROAD<br>MISHAWAKA IN 46545 | MAYS LANDING NJ<br>230 CONSUMERS SQUARE<br>2300 WRANGLEBORO RD<br>MAYS LANDING NJ 08330 |
| ROCKAWAY NJ<br>327 MOUNT HOPE AVENUE<br>SUITE 1001<br>ROCKAWAY NJ 07866 | SPRINGFIELD NJ<br>350 ROUTE 22 WEST<br>SPRINGFIELD NJ 07081 | GREENSBORO NC<br>1210 BRIDFORD PKWY EAST<br>WENDOVER PLACE<br>GREENSBORO NC 27407 |
| BANGOR ME<br>46 SPRINGER DRIVE<br>BANGOR ME 04401 | MIDDLETOWN NY<br>1100 NORTH GALLERIA DRIVE<br>MIDDLETOWN NY 10941 | RICHMOND VA<br>9819 WEST BROAD STREET<br>GLEN ALLEN VA 23228 |
| RIVERHEAD NY<br>1791 OLD COUNTRY RD CR58<br>RIVERHEAD NY 11901 | DEPTFORD NJ<br>1775 DEPTFORD CENTER ROAD<br>DEPTFORD NJ 08096 | REHOBOTH DE<br>19563 COASTAL HWY<br>UNIT 3<br>REHOBOTH BEACH DE 19971 |
| WOODLAND PARK NJ<br>1728 US ROUTE 46<br>WOODLAND PARK NJ 07424 | | |