# **EXHIBIT A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) | Case No. 23-10576 (TMH) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| Debtors | ) | **Re: D.I. ___** |
| | ) | |

## ORDER GRANTING
## MOTION TO SHORTEN NOTICE AND SCHEDULE EXPEDITED HEARING ON MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, PURSUANT TO SECTIONS 105, 363, AND 365 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2002, 6004, AND 6006, AND LOCAL RULE 6004-1, FOR ENTRY OF AN ORDER AUTHORIZING SALE AND ASSUMPTION AND ASSIGNMENT OF SOMERVILLE, MA LEASE (STORE #7028) TO RAYMOURS FURNITURE COMPANY, INC.

Upon consideration of the motion (the "Motion to Shorten")[2] for an order pursuant to Del. Bankr. L.R. 9006-1(e) scheduling an expedited hearing and shortening notice with respect to the *Motion of George L. Miller, Chapter 7 Trustee, Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, and 6006, and Local Rule 6004-1, for Entry of an Order Authorizing Sale and Assumption and Assignment of Somerville, MA Lease (Store #7028) to Raymours Furniture Company, Inc.*, filed by George L. Miller, chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (collectively, the "Debtors"); and the Court having considered the Motion to Shorten; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

[2] Capitalized terms not defined herein shall have the meaning attributed to them in the Motion to Shorten or the KERP Motion, as applicable.

United States District Court for the District of Delaware, dated February 29, 2012, and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing to consider the Sale Motion shall be held on August 31, 2023 at 11:00 a.m. (prevailing Eastern Time) (the "Hearing").

3. Objections or responses to the Sale Motion, if any, may be presented at the Hearing.

4. The Trustee shall immediately serve a copy of this Order and a notice for the Hearing on the Sale Motion in the manner described in the Motion to Shorten

5. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.