**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MARK T. POWER**

Pursuant to Local Rule 9010-1 and the accompanying certification, counsel moves the admission *pro hac vice* of Mark T. Power of the law firm Thompson Coburn Hahn & Hessen LLP to represent Raymours Furniture Company, Inc. d/b/a Raymour & Flanigan Furniture | Mattresses in connection with the above-captioned cases and any related proceedings.

Dated: August 25, 2023

/s/ Bryan J. Hall
Bryan J. Hall (No. 6285)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
(302) 777-4350
bjhall@archerlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, in the United States District Courts for the Southern, Eastern, and Western Districts of New York, the United States Courts of Appeals for the Second and Third Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 25, 2023

/s/ Mark T. Power
Mark T. Power
THOMPSON COBURN HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200
mpower@thompsoncoburn.com

**ORDER GRANTING MOTION**

*IT IS HEREBY ORDERED* that counsel's motion for admission *pro hac vice* is granted.