IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) | Case No. 23-10576 (TMH) |
|  | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## CHAPTER 7 TRUSTEE'S WITNESS LIST
## FOR HEARING ON AUGUST 31, 2023 AT 11:00 A.M. (ET)

George L. Miller, the Chapter 7 Trustee (the "Trustee") hereby submits this witness list in connection with (i) the *Chapter 7 Trustee's Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief* [Docket No. 555] (the "Rejection Motion") and (ii) the *Motion of George L. Miller, Chapter 7 Trustee, Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, and 6006, and Local Rule 6004-1, for Entry of an Order Authorizing Sale and Assumption and Assignment of Somerville, MA Lease (Store #7028) to Raymours Furniture Company, Inc.* [Docket No. 569] (the "Assumption Motion" and together with the Rejection Motion, the "Motions") scheduled for hearing on **August 31, 2023 at 11:00 a.m.** (ET) before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 5, Wilmington, Delaware 19801 (the "Hearing").

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

1

**WITNESSES**

The Trustee designates the following persons as witnesses in connection with the Motions:

(1) George L. Miller, Chapter 7 Trustee.

The Trustee also cross designates all witnesses designated by any other party in connection with the Motions, and reserve the right to call any necessary rebuttal or impeachment witnesses.

The Trustee reserves the right to amend or supplement this witness list prior to the Hearing.

Dated: August 29, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
 crobinson@pszjlaw.com
 pkeane@pszjlaw.com
 ecorma@pszjlaw.com

*Proposed Counsel for the Chapter 7 Trustee*