# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 ) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) ) ) (Jointly Administered) ) |
| Debtors. | ) **Ref. Docket Nos. 581 and 582** ) |

## CERTIFICATE OF SERVICE

I, Colin D. Robinson, hereby certify that on August 25, 2023, I caused a copy of the following document(s) to be served on the individuals on the attached service list in the manner indicated:

- Chapter 7 Trustees Witness List for Hearing on August 31, 2023 at 11:00 a.m. (ET) [dkt 581]

- Notice of Agenda of Matters Scheduled for Hearing [dkt 582]

*/s/ Colin D. Robinson*
Colin D. Robinson (DE Bar No. 5524)

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

Service List
23-10576

1. **Service Via E-mail**

| | | |
|---|---|---|
| Ainslie Vorel<br>ahvorel@gmail.com | Amanda Best<br>amandabest_us@yahoo.com | Ashby & Geddes, P.A. Gregory A. Taylor and Michael D. DeBaecke<br>gtaylor@ashbygeddes.com;<br>mdebaecke@ashbygeddes.com |
| Ballard Spahr LLP Dustin P. Branch, Jessica M. Simon and Nahal Zarnighian<br>branchd@ballardspahr.com;<br>simonjm@ballardspahr.com;<br>zarnighiann@ballardspahr.com | Ballard Spahr LLP Leslie C. Heilman, Laurel D. Roglen and Margaret A. Vesper<br>heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com | Benesch, Friedlander, Coplan & Aronoff LLP Kevin M. Capuzzi and John C. Gentile<br>kcapuzzi@beneschlaw.com;<br>jgentile@beneschlaw.com |
| Betania Neto<br>betanianeto1@gmail.com | Bowditch & Dewey Mark W. Powers<br>mpowers@bowditch.com | Bradley W Snyder<br>Bradley.Snyder@YMail.com |
| Brookfield Properties Retail Inc., as Agent Kristen N. Pate<br>bk@bpretail.com | BSREP II CYPRESS MT LLC Julie Minnick Bowden<br>julie.bowden@bpretail.com | Buchanan Ingersoll & Rooney PC Geoffrey G. Grivner<br>geoffrey.grivner@bipc.com |
| Calhoun Law Firm Joe D. Calhoun<br>Joe.Calhoun@CalhounLawFirm.com | Capreece Taylor<br>capreecetaylor@gmail.com | Chipman Brown Cicero & Cole, LLP Mark Desgrosseilliers<br>desgross@chipmanbrown.com |
| Christa Ciezobka<br>cciezobka@gmail.com | Connecticut Attorney General Attn Bankruptcy Department<br>attorney.general@ct.gov | Cozen O'Connor John T. Carroll, III<br>jcarroll@cozen.com |
| Daniel M Kane<br>DKane@TigerGroup.com | Delaware Attorney General Attn Bankruptcy Department<br>attorney.general@state.de.us | Delaware Dept of Justice Attorney General<br>attorney.general@state.de.us;<br>attorney.general@delaware.gov |
| Delaware Secretary of State Division of Corporations<br>dosdoc_bankruptcy@state.de.us | Delaware State Treasury<br>statetreasurer@state.de.us | Duane Morris LLP Lawrence J. Kotler<br>ljkotler@duanemorris.com |
| Edel Corrigan<br>edeljoanne@gmail.com | Elizabeth Strabley<br>estrabley@verizon.net | Faegre Drinker Biddle & Reath LLP Joseph N. Argentina, Jr.<br>joseph.argentina@faegredrinker.com |
| FGX International Inc. Hinckley Allen & Snyder LLP<br>odoherty@hinckleyallen.com | Florida Attorney General Attn Bankruptcy Department<br>citizenservices@myfloridalegal.com;<br>oag.civil.eserve@myfloridalegal.com | Frost Brown Todd LLP Ronald E. Gold and A.J. Webb<br>rgold@fbtlaw.com;<br>awebb@fbtlaw.com |
| Gaellyn Ridler<br>Gaellyns@gmail.com | Gellert Scali Busenkell & Brown, LLC Charles J. Brown, III, Michael Busenkell, and Amy D. Brown<br>cbrown@gsbblaw.com;<br>mbusenkell@gsbblaw.com;<br>abrown@gsbblaw.com | Geoffrey Lewis<br>GHLewis18@GMail.com |
| Georgia Attorney General Attn Bankruptcy Department<br>Agcarr@law.ga.gov | Goulston & Storrs PC Douglas B. Rosner<br>drosner@goulstonstorrs.com | Greenberg Traurig, LLP Anthony W. Clark and Dennis A. Meloro<br>Anthony.Clark@gtlaw.com;<br>Dennis.Meloro@gtlaw.com |
| Greenberg Traurig, LLP Brian E. Greer and Leo Muchnik<br>greerb@gtlaw.com;<br>muchnikl@gtlaw.com | Greenberg Traurig, LLP Jeffrey M. Wolfe<br>Jeffrey.Wolf@gtlaw.com;<br>greerb@gtlaw.com | Hackett Feinberg P.C. James M. Liston and Jacqueline M. Price<br>jml@bostonbusinesslaw.com;<br>jmp@bostonbusinesslaw.com |

| | | |
|---|---|---|
| Hallmark Cards, Incorporated Legal Division<br>becky.long@hallmark.com | Hinckley, Allen & Snyder LLP Jennifer V. Doran<br>jdoran@hinckleyallen.com | Hogan McDaniel Garvan F. McDaniel<br>gfmcdaniel@dkhogan.com |
| Indiana Attorney General Attn Bankruptcy Department<br>info@atg.in.gov | Internal Revenue Service Attn Susanne Larson<br>SBSE.Insolvency.Balt@irs.gov | Jacqueline Stevens<br>jstevens705@gmail.com |
| Julia Markowitz<br>julialmarkowitz@gmail.com | Kasen & Kasen, P.C. c/o Jenny R. Kasen<br>jkasen@kasenlaw.com | Kentucky Attorney General Attn Bankruptcy Department<br>attorney.general@ag.ky.gov |
| Kirkland & Ellis LLP Joshua A. Sussberg<br>joshua.sussberg@kirkland.com | Krysten Gutierrez<br>krystennj@gmail.com | Kurtzman Steady, LLC Jeffrey Kurtzman<br>kurtzman@kurtzmansteady.com |
| Landis Rath & Cobb LLP Kimberly A. Brown and Howard W. Robertson IV<br>brown@lrclaw.com;<br>robertson@lrclaw.com | Leslie Rossi<br>leslierossi129@gmail.com | Maine Attorney General Attn Bankruptcy Department<br>attorney.general@maine.gov |
| Mainstream International Corp. David Bennett<br>dbennett@mainstreamintl.com | Marshall Dennehey Warner Coleman & Goggin M. Claire McCudden<br>MCMcCudden@MDWCG.com | Martone & Associates, LLC Christopher S. Martone<br>martonelaw@gmail.com |
| Maryland Attorney General Attn Bankruptcy Department<br>oag@oag.state.md.us | Massachusetts Attorney General Attn Bankruptcy Department<br>ago@state.ma.us | McElroy, Deutsch, Mulvaney & Carpenter, LLP David P. Primack<br>dprimack@mdmc-law.com |
| Michael Berger<br>michaeldberger@yahoo.com | Michele Olbrys<br>MLOLbrys9@gmail.com | Michigan Attorney General Attn Bankruptcy Department<br>miag@michigan.gov |
| Mirick, OConnell, DeMallie & Lougee, LLP Paul W. Carey<br>pcarey@mirickoconnell.com | Monzack Mersky and Browder, P.A. Rachel B. Mersky<br>rmersky@monlaw.com | Murphy & King, Professional Corporation Harry Murphy & Christopher Condon<br>HMurphy@murphyking.com;<br>CCondon@murphyking.com |
| New Hampshire Attorney General Attn Bankruptcy Department<br>attorneygeneral@doj.nh.gov | New Jersey Attorney General Attn Bankruptcy Department<br>Heather.Anderson@law.njoag.gov;<br>NJAG.ElectronicService.CivilMatters@law.njoag.gov | New York Attorney General Attn Bankruptcy Department<br>Louis.Testa@ag.ny.gov;<br>letitia.james@ag.ny.gov<br>robert.rock@ag.ny.gov |
| Nicole Quinn<br>Nicoleb430@gmail.com | North Carolina Attorney General Attn Bankruptcy Department<br>ncago@ncdoj.gov | Office of the United States Trustee Delaware Benjamin Hackman<br>Benjamin.A.Hackman@usdoj.gov |
| Ohio Attorney General Attn Bankruptcy Department<br>Kristin.Radwanick@OhioAGO.gov | PA Eastway, Inc. Lindsey M. Harrison Madgar<br>LMadgar@cafarocompany.com | Pam Roberts<br>pmalroberts@gmail.com |
| Pennsylvania Attorney General Attn Bankruptcy Department<br>info@attorneygeneral.gov | Pierce Atwood LLP Alex F. Mattera<br>amattera@PierceAtwood.com | Porzio, Bromberg & Newman, P.C. Warren J. Martin Jr., Robert M. Schechter and Rachel A. Parisi<br>wjmartin@pbnlaw.com;<br>rmschechter@pbnlaw.com;<br>raparisi@pbnlaw.com |
| REO FUNDIT 1 ASSET LLC<br>annac@cre-pro.com | Rhode Island Attorney General Attn Bankruptcy Department<br>ag@riag.ri.gov | Riemer & Braunstein LLP Paul D. Bekker<br>pbekker@riemerlaw.com |
| Riemer & Braunstein LLP Steven E. Fox<br>sfox@riemerlaw.com;<br>pbekker@riemerlaw.com | Ropes & Gray LLP Gregg M. Galadri<br>Gregg.Galardi@ropesgray.com | Ropes & Gray LLP Jeramy D. Webb<br>jeramy.webb@ropesgray.com |

| | | |
|---|---|---|
| Securities & Exchange Commission NY Regional Office bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov | Securities & Exchange Commission PA Regional Office philadelphia@sec.gov | Securities & Exchange Commission Secretary of the Treasury SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Simon Property Group, Inc. Attn: Ronald M. Tucker rtucker@simon.com | Sirlin Lesser & Benson, P.C. Dana S. Plon dplon@sirlinlaw.com | South Carolina Attorney General Attn Bankruptcy Department bankruptcy@scag.gov |
| Stark & Stark, P.C. Joseph H. Lemkin and Thomas S. Onder jlemkin@stark-stark.com; tonder@stark-stark.com | Stern & Eisenberg, PC Daire Pyle dpyle@sterneisenberg.com | Subin Associates, LLP Lee Huttner, Jean Marie Gaziano, Bianca Cacace, Mahvish Shah LHuttner@subinlaw.com; jmg@subinlaw.com; bcacace@subinlaw.com; MShah@subinlaw.com |
| Tarra Nelan tjcostine@gmail.com | Tenenbaum & Saas, P.C. Bradshaw Rost BRost@tspclaw.com | Tom Tedone tom0157@aol.com |
| Troutman Pepper Hamilton Sanders LLP Evelyn Meltzer & Marcy McLaughlin Smith evelyn.meltzer@troutman.com; marcy.smith@troutman.com | US Attorney for District of Delaware US Attorney for Delaware usade.ecfbankruptcy@usdoj.gov | Vermont Attorney General Attn Bankruptcy Department ago.info@vermont.gov |
| Victoria Patella vatp8675@yahoo.com | Virginia Attorney General Attn Bankruptcy Department mailoag@oag.state.va.us | Wendy DiSanto hawksw17@gmail.com |
| Womble Bond Dickinson (US) LLP Matthew P. Ward, Ericka F. Johnson, Morgan L. Patterson and Lisa Bittle Tancredi matthew.ward@wbd-us.com; ericka.johnson@wbd-us.com; morgan.patterson@wbd-us.com; lisa.tancredi@wbd-us.com | Workday Inc Rob Smith rob.smith@workday.com | |

**2. Service Via First Class Mail**

ACCERTIFY INC
C/O BECKET & LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

AMEX TRS CO INC
C/O BECKET & LEE LLP
SHRADDHA BHARATIA
PO BOX 3001
MALVERN PA 19355-0701

BANC OF AMERICA LEASING & CAPITAL LLC
3400 PAWTUCKET AVE
RIVERSIDE RI 02915

CHRISTMAS TREE SHOPS
64 LEONA DRIVE
MIDDLEBORO MA 02346

FGX INTERNATIONAL INC
500 GEORGE WASHINGTON HWY
SMITHFIELD RI 02917

HALLMARK MARKETING COMPANY LLC
2501 MCGEE TRAFFICWAY MD 339
KANSAS CITY MO 64108

HUNTINGTON TECHNOLOGY FINANCE INC
2285 FRANKLIN RD STE 100
BLOOMFIELD HILLS MI 48302

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
PHILADELPHIA PA 19104

MEYERS RODBELL & ROSENBAUM PA
NICOLE C KENWORTHY
6801 KENILWORTH AVENUE SUITE 400
RIVERDALE MD 20737-1385