IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 555, 556<br><br>**Objection Deadline: At the hearing**<br>**Hearing Date: August 31, 2023 at 11:00 a.m. (ET)** |

**NOTICE OF HEARING REGARDING CHAPTER 7 TRUSTEE'S EMERGENCY MOTION PURSUANT TO SECTION 362 AND 542 OF THE BANKRUPTCY CODE TO COMPEL TURNOVER OF ESTATE PROPERTY AND ENFORCE THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that on August 29, 2023, George L. Miller, the chapter 7 trustee (the "Trustee") of the above-captioned debtors (collectively, the "Debtors"), filed the *Chapter 7 Trustee's Emergency Motion Pursuant to Section 362 and 542 of the Bankruptcy Code to Compel Turnover of Estate Property and Enforce the Automatic Stay* [Docket No. 588] (the "Motion") and *Chapter 7 Trustee's Emergency Motion Pursuant to Section 362 and 542 of the Bankruptcy Code to Compel Turnover of Estate Property and Enforce the Automatic Stay* [Docket No. 589] (the "Motion to Shorten") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion and Motion to Shorten were previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that on August 29, 2023, the Bankruptcy Court entered the *Order Granting Motion to Shorten Notice and Schedule Expedited Hearing on Chapter 7 Trustee's Emergency Motion Pursuant to Section 362 and 542 of the Bankruptcy Code*

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

*to Compel Turnover of Estate Property and Enforce the Automatic Stay* [Docket No. 590] (the "Order Shortening Notice") on the Motion to Shorten. A copy of the Order Shortening Notice is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be made at the hearing on **August 31, 2023 at 11:00 a.m. (Eastern time)**.

**PLEASE TAKE FURTHER NOTICE** that if you choose to file a written response or objection prior to the hearing, you must at the same time serve a copy of the response or objection upon: (a) counsel for the Trustee, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler and Colin R. Robinson) bsandler@pszjlaw.com, crobinson@pszjlaw.com; (b) the U.S. Trustee; Benjamin A. Hackman, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, benjamin.a.hackman@usdoj.gov; and (c) all parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **AUGUST 31, 2023 AT 11:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

Dated: August 29, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin D. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
 crobinson@pszjlaw.com
 pkeane@pszjlaw.com
 ecorma@pszjlaw.com

*Proposed Counsel for the Chapter 7 Trustee*