# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 ) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) ) |
| Debtors. | ) (Jointly Administered) ) ) |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 31, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7**[3]**, WILMINGTON, DELAWARE 19801**

> **This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Horan. All participants over Zoom must register in advance. Please register by August 30, 2023 at 4:00 p.m.**
> **Please use the following link to register for this hearing:**
> https://debuscourts.zoomgov.com/meeting/register/vJIsceGgqToiHARSucIWBS0W0hZlDQIvA9o
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## I.   CASE STATUS CONFERENCE

1. Status Conference

    **Status**:  The Court has requested a case status conference following conversion from chapter 11 to chapter 7.

---

[1]   The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

[2]   Amended items appear in **bold**.

[3]   Please note the new Courtroom location, Courtroom 7.

## II.  MATTERS GOING FORWARD

1. Chapter 7 Trustee's Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief [Filed August 24, 2023, Docket No. 555].

   **Response Deadline:**  Responses or Objections are due at or before the Hearing.

   **Responses Received:**

   None to date.

   **Related Documents:**

   A. Motion to Shorten Chapter 7 Trustees Motion to Shorten Notice and Schedule Expedited Hearing on Chapter 7 Trustees Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief [Filed August 24, 2023, Docket No. 556].

   B. (Signed) Order Granting Chapter 7 Trustee's Motion to Shorten Notice and Schedule Expedited Hearing on Chapter 7 Trustee's Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief [Filed August 24, 2023, Docket No. 557].

   C. Notice of Hearing Regarding Chapter 7 Trustees Motion to Shorten Notice and Schedule Expedited Hearing on Chapter 7 Trustees Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief [Filed August 24, 2023, Docket No. 561].

   D. Chapter 7 Trustee's Witness List for Hearing on August 31, 2023 at 11:00 a.m. (ET) [Filed August 29, 2023, Docket No. #581].

   **Status**:  This matter is going forward.

2. Motion of George L. Miller, Chapter 7 Trustee, Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, and 6006, and Local Rule 6004-1, for Entry of an Order Authorizing Sale and Assumption and Assignment of Somerville, MA Lease (Store #7028) to Raymours Furniture Company, Inc. [Filed August 25, 2023, Docket No. 569].

   **Response Deadline:**  Responses or Objections are due at or before the Hearing.

   **Responses Received:**

   None to date.

**Related Documents:**

A. Motion to Shorten Notice and Schedule Expedited Hearing on Motion of George L. Miller, Chapter 7 Trustee, Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, and 6006, and Local Rule 6004-1, for Entry of an Order Authorizing Sale and Assumption and Assignment of Somerville, MA Lease (Store #7028) to Raymours Furniture Company, Inc. [Filed August 25, 2023, Docket No. 570].

B. (Signed) Order Granting Motion to Shorten Notice and Schedule Expedited Hearing on Motion of George L. Miller, Chapter 7 Trustee, Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, and 6006, and Local Rule 6004-1, for Entry of an Order Authorizing Sale and Assumption and Assignment of Somerville, MA Lease (Store #7028) to Raymours Furniture Company, Inc. [Filed August 25, 2023, Docket No. 571].

C. Notice of Hearing Regarding Motion of George L. Miller, Chapter 7 Trustee, Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, and 6006, and Local Rule 6004-1, for Entry of an Order Authorizing Sale and Assumption and Assignment of Somerville, MA Lease (Store #7028) to Raymours Furniture Company, Inc. [Filed August 25, 2023, Docket No. 574].

D. Chapter 7 Trustee's Witness List for Hearing on August 31, 2023 at 11:00 a.m. (ET) [Filed August 29, 2023, Docket No. 581].

E. **Declaration of George L. Miller in Support of Motion of George L. Miller, Chapter 7 Trustee, Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, and 6006, and Local Rule 6004-1, for Entry of an Order Authorizing Sale and Assumption and Assignment of Somerville, MA Lease (Store #7028) to Raymours Furniture Company, Inc. [Filed August 30, 2023, Docket No. 592].**

**Status**: This matter is going forward.

3. **Chapter 7 Trustee's Emergency Motion Pursuant to Section 362 and 542 of the Bankruptcy Code to Compel Turnover of Estate Property and Enforce the Automatic Stay [Filed August 29, 2023, Docket No. 588].**

   **Response Deadline:** Responses or Objections are due at or before the Hearing.

   **Responses Received:**

   None to date.

   **Related Documents:**

   A. **Motion to Shorten Notice and Schedule Expedited Hearing on Chapter 7 Trustee's Emergency Motion Pursuant to Section 362 and 542 of the**

        **Bankruptcy Code to Compel Turnover of Estate Property and Enforce the Automatic Stay [Filed August 29, 2023, Docket No. 589].**

B.    **(Signed) Order Granting Motion to Shorten Notice and Schedule Expedited Hearing on Chapter 7 Trustee's Emergency Motion Pursuant to Section 362 and 542 of the Bankruptcy Code to Compel Turnover of Estate Property and Enforce the Automatic Stay [Filed August 29, 2023, Docket No. 590].**

C.    **Notice of Hearing Regarding Chapter 7 Trustee's Emergency Motion Pursuant to Section 362 and 542 of the Bankruptcy Code to Compel Turnover of Estate Property and Enforce the Automatic Stay [Filed August 29, 2023, Docket No. 591].**

    **Status**: This matter is going forward.

Dated: August 30, 2023

                                      **PACHULSKI STANG ZIEHL & JONES LLP**

                                      */s/ Bradford J. Sandler*
                                      Bradford J. Sandler (DE Bar No. 4142)
                                      Colin R. Robinson (DE Bar No. 5524)
                                      Peter J. Keane (DE Bar No. 5503)
                                      Edward A. Corma (DE Bar No. 6718)
                                      919 North Market Street, 17th Floor
                                      P.O. Box 8705
                                      Wilmington, DE 19899-8705 (Courier 19801)
                                      Telephone: (302) 652-4100
                                      Facsimile: (302) 652-4400
                                      Email: bsandler@pszjlaw.com
                                                    crobinson@pszjlaw.com
                                                    pkeane@pszjlaw.com
                                                    ecorma@pszjlaw.com

                                      *Proposed Counsel for the Chapter 7 Trustee*