IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 502** |

**CERTIFICATE OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIRST MONTHLY FEE APPLICATION OF ROCK CREEK ADVISORS, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MAY 22, 2023 THROUGH JULY 31, 2023**

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleading to the relief requested in to the *First Monthly Fee Application of Rock Creek Advisors, LLC* ("Rock Creek") *for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors for the Official Committee of Unsecured Creditors for the Period from May 23, 2023 Through July 31, 2023* [Docket No. 502] (the "Application"), filed with the Court on August 8, 2023. Pursuant to the notice appended to the Application, responses or objections to the Application were due to be filed on or before August 29, 2023 at 4:00 p.m. (prevailing Eastern Time). The undersigned certifies that the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application has been filed.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 258], Rock Creek is authorized to be

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

WBD (US) 63697283v1

paid $181,007.20, which represent 80% of the fees ($226,259.00),[2] for the period from May 23, 2023 through and including July 31, 2023, upon the filing of this certification of no objection and without the need for entry a court order.

Dated: August 30, 2023

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
Morgan L. Patterson (DE Bar No. 5388)
Lisa Bittle Tancredi (DE Bar No. 4657)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: ericka.johnson@wbd-us.com
Email: morgan.patterson@wbd-us.com
Email: lisa.tancredit@wbd-us.com

And

**PORZIO, BROMBERG & NEWMAN, P.C.**
Warren J. Martin Jr. (admitted *pro hac vice*)
Robert M. Schechter (admitted *pro hac vice*)
Rachel A. Parisi (admitted *pro hac vice*)
100 Southgate Parkway, P.O. Box 1997
Morristown, New Jersey 07962-1997
Telephone: (973) 538-4006
Facsimile: (973) 538-5146
Email: wjmartin@pbnlaw.com
Email: rmschechter@pbnlaw.com
Email: raparisi@pbnlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[2] Rock Creek did not request reimbursement of expenses in the Application.