IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) | Case No. 23-10576 (TMH) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING (I) FINAL REPORT AND ACCOUNT
AND (II) SCHEDULE OF UNPAID DEBTS**

**PLEASE TAKE NOTICE** that on August 16, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112(B); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amount Into a Segregated Attorney Trust Account Maintained By Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related Relief* [Docket No. 545] (the "**Conversion Order**")[2].

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Conversion Order, these chapter 11 cases were converted to cases under chapter 7 of title 11 of the United States Code, effective as of 5:00 p.m. (ET) on August 16, 2023 (the "**Conversion Date**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 1019(5) of the Federal Rules of Bankruptcy Procedure and the Conversion Order, the above-captioned debtors (collectively, the

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), Handil, LLC (1150), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

[2] Capitalized terms used herein but not defined shall have the meanings ascribed to such terms in the Conversion Order.

"**Debtors**") hereby submit to the United States Trustee for the District of Delaware (i) their final report and account, which is attached hereto as **Exhibit A** and (ii) schedule of unpaid debts incurred from the petition date of May 5, 2023 through the Conversion Date of (the "**Schedule**"), which is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that nothing included in the Schedule is intended or shall be deemed to (i) constitute an admission as to the validity of any debt or (ii) impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtors, their estates or the chapter 7 trustee with respect to the debts listed therein.

| | |
|---|---|
| Dated: August 30, 2023<br>Wilmington, Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>By: */s/ Evelyn J. Meltzer*<br>Evelyn J. Meltzer (Del. Bar No. 4581)<br>Marcy J. McLaughlin Smith (Del. Bar No. 6184)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br>Email: evelyn.meltzer@troutman.com<br>         marcy.smith@troutman.com<br><br>-and-<br><br>**MURPHY & KING, PROFESSIONAL CORPORATION**<br>Harold B. Murphy (admitted *pro hac vice*)<br>Christopher M. Condon (admitted *pro hac vice*)<br>28 State Street, Suite 3101<br>Boston, Massachusetts 02109<br>Tel: (617) 423-0400<br>Email: hmurphy@murphyking.com<br>         ccondon@murphyking.com<br><br>*Attorneys for Debtors* |