# Exhibit A

*(Final Report and Account)*

161638623v3

Christmas Tree Shops, LLC, *et al*.
Case No. 23-10576 (TMH)
Final Report to U.S. Trustee
August 30, 2023

## I. BANK ACCOUNTS

A list of the Debtors' bank accounts as of the Petition Date was filed with the cash management motion [Docket No. 6].

As of the Conversion Date and in accordance with the Final DIP Order entered on June 5, 2023 [Docket Nos. 229], the Supplemental DIP Order entered on July 13, 2023 [Docket No. 431], and the Final Order allowing the Debtors' Motion Prohibiting Utilities from Discontinuing Service [Docket No. 103], the Debtor opened an account at Bank of America (ending 4168) to deposit reserves for payment of estate professionals and an account at Bank of America (ending 7306) to hold adequate assurance deposits for the benefit of the Debtors' utility providers.

## II. ACCOUNTS RECEIVABLE

As of the Conversion Date, the Debtors were due approximately $132,000 in solar renewable energy credits (SRECS) through their consultant Robert Eckhardt of Solar Performance LLC. The Debtors have provided information to the chapter 7 trustee regarding this receivable.

## III. SUMMARY OF SEGREGATED ACCOUNTS

In accordance with the Final DIP Order and Supplemental DIP Order, the Debtor established a segregated account at Bank of America (ending 4168) for the Professional Fee Funding Amount for distribution to professionals retained in these cases pursuant to the interim compensation order [Docket No. 258] and any orders approving the Final Fee Applications to the extent authorized in the Final DIP Order and Supplemental DIP Order.

In accordance with the Final Order allowing the Debtors' Motion Prohibiting Utilities from Discontinuing Service [Docket No. 103], the Debtor established a segregated account at Bank of America (ending 7306) to hold the Adequate Assurance Deposit, as defined in that order.

## IV. POTENTIAL OTHER ASSETS

The Debtors conducted an orderly liquidation via going out of business sales at the Debtors' stores from July 6, 2023 to August 12, 2023. Remaining potential other assets include the Debtors' intellectual property, certain leases (for which rent has been paid through August 31, 2023) and certain claims and/or causes of action including the claims asserted by the Committee in the *Motion for Entry of an Order (I) Granting Leave, Standing, and Authority to Commence, Prosecute and Settle Certain Claims on Behalf of the Estates; (II) Authorization to Hold, Assert and, if Necessary, Waive Privileges on Behalf of the Estates; and (III) Related Relief* [Docket No. 504].

## V. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The Debtors filed three motions seeking to reject unexpired leases [Docket No. 16, 284, and 471].

A-2

## VI. PRE-CONVERSION QUARTERLY U.S. TRUSTEE FEES

The Debtors have paid all quarterly U.S. Trustee fees for the period from the Petition Date through quarter ending June 30, 2023.

## VII. POST-PETITION LIABILITIES

Attached as Exhibit B to the Notice is the Debtors' schedule of unpaid debts. Pursuant to the Conversion Order, the deadline for professionals retained in these cases to submit their final fee applications is September 15, 2023. All such fees and expenses will be subject to the Court's approval.