IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576-TMH<br><br>Jointly Administered<br><br>Re: D.I. 588, 589, 590, 591<br><br>**Objection Deadline: At the hearing**<br>**Hearing Date: August 31, 2023 at 11:00 a.m. (ET)** |

**BANK OF AMERICA, N.A.'S OPPOSITION TO THE CHAPTER 7 TRUSTEE'S EMERGENCY MOTION PURSUANT TO SECTIONS 362 AND 542 OF THE BANKRUPTCY CODE TO COMPEL THE TURNOVER OF ESTATE PROPERTY AND ENFORCE THE AUTOMATIC STAY**

Bank of America, N.A., ("**Bank**"), by and through its attorneys, Buchanan Ingersoll & Rooney PC, submits its Opposition to the Chapter 7 Trustee's ("**Trustee**") Emergency Motion Pursuant to Sections 362 and 542 of the Bankruptcy Code to Compel the Turnover of Estate Property and Enforce the Automatic Stay (the "**Motion**").

## INTRODUCTION

1.  The Motion is not necessary and should not have been filed. The Bank has already informed the Trustee that the Bank will turnover the funds requested by the Trustee (except for a holdback of $100,000 due to a set-off claim). On August 24, 2023, Bank counsel Chris Schueller sent the Trustee and his counsel the following email:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

> George,
>
> Brad and I just spoke. He asked that I reach out to you directly because Brad has a hearing starting soon.
>
> The bank is going to send you the bulk of the deposit proceeds (everything except about $100,000 - Brad will explain to you about the $100,000). Do you want the account proceeds sent to you by bank check as you requested in your letter or by wire? If by wire, please send me the wire account information.
>
> Chris

Again, on August 28, 2023, counsel for the Bank sent counsel for the Trustee this update:

> The bank is not sending the check out tonight. The bank is having an internal meeting tomorrow morning at 9:30 a.m. to make sure everything is in order and then will send the trustee the check tomorrow night.
>
> Of course, the bank will provide the trustee with bank statements confirming the accuracy of the ultimate amount sent to the trustee.

2.     The Bank is acting in good faith and is diligently working to transfer the funds. There are some complexities here. There are seven accounts which had been placed on hold. The hold had to be lifted and some time given to post additional transactions to the account. There was also a transaction among Debtor affiliates which resulted in an overdraft and that situation had to be analyzed to make sure the correct amounts would be delivered to the Trustee. On top of all this, the Trustee requested a payment by wire which the Bank considered. The Bank ultimately determined that the payment should be made by check. The Bank is justifiably concerned that debits could post to the account before a wire is sent because debit restrictions must be removed to send a wire. By contrast, the Bank has chosen to eliminate that risk to the Estate by placing the funds in a suspense account and issuing a check to the Trustee.

3.     As of the filing of this pleading, the Bank intends to deliver a check to the Trustee on or before Friday September 1.

4. It should also be noted that the automatic stay cannot be violated by inaction. *City of Chicago v. Fulton*, 141 S.Ct. 585 (2021).

5. The Motion is unnecessary and should be denied.

**WHEREFORE**, the Bank respectfully requests that the Motion be denied and that the Court grant other and further appropriate relief.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (4711)
500 Delaware Avenue, Suite 720
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com
*Counsel to Bank of America, N.A.*

Date: August 31, 2023
Wilmington, DE