## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 )|
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) ) ) Jointly Administered ) |
| Debtors | ) ) Re: Docket No. 569 |

### NOTICE OF FILING OF REVISED PROPOSED ORDER APPROVING THE SALE AND ASSUMPTION AND ASSIGNMENT OF SOMERVILLE, MA LEASE (STORE #7028) TO RAYMOURS FURNITURE COMPANY, INC.

**PLEASE TAKE NOTICE** that on August 25, 2023, George L. Miller, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), filed the *Motion of George L. Miller, Chapter 7 Trustee, Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, and 6006, and Local Rule 6004-1, for Entry of an Order Authorizing Sale and Assumption and Assignment of Somerville, MA Lease (Store #7028) to Raymours Furniture Company, Inc.* [Docket No. 569] (the "Sale Motion"),[2] which attached proposed order (the "Proposed Order") to approve the sale and assumption and assignment of the Lease for Store 7028 to Raymours Furniture Company, Inc. (the "Buyer").

**PLEASE TAKE FURTHER NOTICE** that the Court scheduled a hearing on the Sale Motion on August 31, 2023 at 11:00 a.m. (ET) (the "Hearing").

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Sale Motion.

1

**PLEASE TAKE FURTHER NOTICE** that, after discussions with the Buyer and the Landlord, the Trustee has further revised the Proposed Order to incorporate certain agreed changes (the "Revised Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is the Revised Proposed Order and attached hereto as **Exhibit 2** is a redline of changes to the revised Revised Proposed Order against the version of the Proposed Order originally filed with the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that the Trustee will present the Revised Proposed Order at the Hearing.

| | |
|---|---|
| Dated:  August 31, 2023<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward A. Corma (DE Bar No. 6718)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  bsandler@pszjlaw.com<br>            crobinson@pszjlaw.com<br>            pkeane@pszjlaw.com<br>            ecorma@pszjlaw.com<br><br>*Proposed Counsel to George L. Miller, Chapter 7 Trustee* |