# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 7 ) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) ) ) (Jointly Administered) |
| Debtors. | ) ) **Ref. Docket No. 555** ) |

### CERTIFICATION OF COUNSEL SUBMITTING ORDER (I) AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY; AND (II) GRANTING RELATED RELIEF

The undersigned counsel hereby certifies that:

1. On August 24, 2023 (the "Petition Date"), George L. Miller (the "Trustee"), the duly-appointed Chapter 7 Trustee for the above-captioned debtors (the "Debtors") filed the *Chapter 7 Trustee's Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief* [Docket No. 555] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"), which attached a proposed order granting Motion (the "Proposed Order").

2. The Trustee received informal comments to the proposed form of order to the Motion from counsel to certain landlords represented by Ballard Spahr LLP (the "Ballard Spahr Landlords") and counsel to Loomis Armored US, LLP ("Loomis").

3. On August 31, 2023, the Court held a hearing on the Motion (the "Hearing") at which the Court approved the Motion. Following the Hearing, the Trustee also received comments

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

from counsel to certain landlords represented by Kelley Drye & Warren LLP (the "Kelley Drye Landlords"), which have been incorporated into the Revised Proposed Order.

4. Attached hereto as **Exhibit A** is a revised Proposed Order (the "Revised Proposed Order") incorporating the agreed changes from the Ballard Spahr Landlords, Loomis, and the Kelley Drye Landlords and updating the exhibit to remove a lease that is subject to a separate sale motion approved at the Hearing.

5. Attached hereto as **Exhibit B** is a redline reflecting changes made to the Revised Proposed Order as compared against the Proposed Order filed with the Motion.

6. The Trustee respectfully requests entry of the Revised Proposed Order at the Court's earliest convenience.

| | |
|---|---|
| Dated:  August 31, 2023<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Bradford J. Sandler*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward A. Corma (DE Bar No. 6718)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>          crobinson@pszjlaw.com<br>          pkeane@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br>*Proposed Counsel to George L. Miller, Chapter 7 Trustee* |