# Schedule 1

## Leases

| Store # | Name | Address | Address 2 | | City | State | Zip | LDOB | Vacate Date |
|---|---|---|---|---|---|---|---|---|---|
| 7002 | HYANNIS | 655 Route 132 | | - | Hyannis | MA | 02601 | 8/12/2023 | 8/14/2023 |
| 7009 | NEWPORT | 99 East Main Road | Aquidneck Center | | Middletown | RI | 02842 | 8/12/2023 | 8/14/2023 |
| 7010 | SHREWSBURY | 1000 Boston Turnpike | Shrewsbury Village | | Shrewsbury | MA | 01545 | 8/12/2023 | 8/14/2023 |
| 7012 | AVON | 15 Stockwell Drive | | - | Avon | MA | 02322 | 8/12/2023 | 8/14/2023 |
| 7013 | LYNNFIELD | 28-34 Broadway, Rt. 1 South | | - | Lynnfield | MA | 01940 | 8/12/2023 | 8/14/2023 |
| 7014 | MANCHESTER | 120 Hale Road | | - | Manchester | CT | 06040 | 8/12/2023 | 8/14/2023 |
| 7015 | SALEM | 92 Cluff Crossing Road Route 28 | | - | Salem | NH | 03079 | 8/12/2023 | 8/14/2023 |
| 7016 | HOLYOKE | 50 Holyoke Street PO Box 10177 | Holyoke Mall at Ingleside | | Holyoke | MA | 01040 | 8/12/2023 | 8/14/2023 |
| 7017 | ORANGE | 220 Indian River Road | PO Box 809 | | Orange | CT | 06477 | 8/12/2023 | 8/14/2023 |
| 7018 | N ATTLEBORO | 1505 South Washington Street | | - | North Attleboro | MA | 02760 | 8/12/2023 | 8/14/2023 |
| 7019 | ALBANY | 1425 Central Avenue | Colonie Center Unit 242 | | Albany | NY | 12205 | 8/12/2023 | 8/14/2023 |
| 7020 | S PORTLAND | 490 Payne Road | | - | Scarborough | ME | 04074 | 8/12/2023 | 8/14/2023 |
| 7021 | DANBURY | 15 Backus Ave. | Danbury Square Mall  Suite 42 | | Danbury | CT | 06810 | 8/12/2023 | 8/14/2023 |
| 7025 | SYRACUSE | 132 Northern Lights Plaza | | - | North Syracuse | NY | 13212 | 8/12/2023 | 8/14/2023 |
| 7026 | WILLISTON | 100 Cypress Street | | - | Williston | VT | 05495 | 8/12/2023 | 8/14/2023 |
| 7029 | PARAMUS | 300 Ikea Drive | | - | Paramus | NJ | 07652 | 8/12/2023 | 8/14/2023 |
| 7030 | STATEN ISLAND | 85 Bricktown Way | | - | Staten Island | NY | 10309 | 8/12/2023 | 8/14/2023 |
| 7031 | CHERRY HILL | 2130 Route 70 West | Suite C | | Cherry Hill | NJ | 08002 | 8/12/2023 | 8/14/2023 |
| 7032 | FREEHOLD | 100 Trotters Way | | - | Freehold | NJ | 07728 | 8/12/2023 | 8/14/2023 |
| 7033 | HARTSDALE | 393 North Central Ave. | | - | Hartsdale | NY | 10530 | 8/12/2023 | 8/14/2023 |
| 7035 | HENRIETTTA | 790 Jefferson Rd. Rte 252 | | - | Rochester | NY | 14623 | 8/12/2023 | 8/14/2023 |
| 7036 | MONTAGE MTN | 4001 Shoppes Blvd. | | - | Moosic | PA | 18507 | 8/12/2023 | 8/14/2023 |
| 7037 | BRICK | 479 Rt. 70 East | | - | Brick | NJ | 08723 | 8/12/2023 | 8/14/2023 |
| 7038 | BRANDYWINE | 5450 Brandywine Parkway | | - | Brandywine | DE | 19803 | 8/12/2023 | 8/14/2023 |
| 7039 | YORK | 2935 Concord Road | | - | York | PA | 17402 | 8/12/2023 | 8/14/2023 |
| 7040 | JOHNSON CITY | 420 Harry L Drive | | - | Johnson City | NY | 13790 | 8/12/2023 | 8/14/2023 |
| 7041 | POUGHKEEPSIE | 1895 South Hill Road Rte 9 | South Hills Plaza | | Poughkeepsie | NY | 12601 | 8/12/2023 | 8/14/2023 |
| 7042 | FOXBOROUGH | 340 Patriots Place | | - | Foxboro | MA | 02035 | 8/12/2023 | 8/14/2023 |
| 7043 | Waterford | 824 Hartford Turnpike | Crystal Mall | | Waterford | CT | 06385 | 8/12/2023 | 8/14/2023 |
| 7044 | North Conway | 1584 White Mt. Highway | Northway Plaza | | North Conway | NH | 03860 | 8/12/2023 | 8/14/2023 |
| 7045 | DEER PARK, NY | 1150 The Arches Circle | | - | Deer Park | NY | 11729 | 8/12/2023 | 8/14/2023 |
| 7048 | AMHERST, NY | 1701 Niagara Falls Blvd Suite 500 | Boulevard Consumer Square | | Amherst | NY | 14228 | 8/12/2023 | 8/14/2023 |
| 7049 | HARRISBURG EAST, PA | 4690 High Pointe Blvd. | | - | Swatara | PA | 17111 | 8/12/2023 | 8/14/2023 |
| 7053 | DAYTON, OH | 2264 Miamisburg Centerville Road | South Towne Center | | Dayton | OH | 45459 | 8/12/2023 | 8/14/2023 |
| 7054 | UTICA, MI | 13361 Hall Road | Shelby Corners Suite 101 | | Utica | MI | 48315 | 8/12/2023 | 8/14/2023 |
| 7056 | WALDORF, MD | 2925 Festival Way | | - | Waldorf | MD | 20601 | 8/12/2023 | 8/14/2023 |
| 7058 | MISHAWAKA, IN | 5851 North Grape Road | | - | Mishawaka | IN | 46545 | 8/12/2023 | 8/14/2023 |
| 7059 | MAYS LANDING, NJ | 230 Consumers Square | 2300 Wrangleboro Rd. | | Mays Landing | NJ | 08330 | 8/12/2023 | 8/14/2023 |
| 7061 | ROCKAWAY, NJ | 327 Mount Hope Avenue | Suite 1001 | | Rockaway | NJ | 07866 | 8/12/2023 | 8/14/2023 |
| 7063 | SPRINGFIELD, NJ | 350 Route 22 West | | - | Springfield | NJ | 07081 | 8/12/2023 | 8/14/2023 |
| 7066 | GREENSBORO, NC | 1210 Bridford Pkwy East | Wendover Place | | Greensboro | NC | 27407 | 8/12/2023 | 8/14/2023 |
| 7069 | BANGOR, ME | 46 Springer Drive | | - | Bangor | ME | 04401 | 8/12/2023 | 8/14/2023 |
| 7071 | MIDDLETOWN, NY | 1100 North Galleria Drive | | - | Middletown | NY | 10941 | 8/12/2023 | 8/14/2023 |
| 7074 | Richmond VA | 9819 West Broad Street | | - | Glen Allen | VA | 23228 | 8/12/2023 | 8/14/2023 |
| 7076 | Riverhead, NY | 1791 Old Country Rd CR58 | | - | Riverhead | NY | 11901 | 8/12/2023 | 8/14/2023 |
| 7080 | Deptford, NJ | 1775 Deptford Center Road | | | Deptford | NJ | 08096 | 8/12/2023 | 8/14/2023 |

| Store # | Name | Address | Address 2 | | City | State | Zip | LDOB | Vacate Date |
|---|---|---|---|---|---|---|---|---|---|
| 7086 | Rehoboth, DE | 19563 Coastal Hwy | Unit 3 | | Rehoboth Beach | DE | 19971 | 8/12/2023 | 8/14/2023 |
| 7087 | Woodland Park, NJ | 1728 US Route 46 | | - | Woodland Park | NJ | 07424 | 8/12/2023 | 8/14/2023 |