## EXHIBIT A

**Declaration of Gary Roddy**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) | Case No. 23-10576-TMH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

## DECLARATION OF GARY RODDY

I, Gary Roddy, declare as follows:

1)      I am an adult, over the age of eighteen (18) years, and of sound mind.  I make the following Declaration from my own personal knowledge.  If called to testify hereabout, I could and would do so competently.

2)      I am currently the Vice President of Legal Collections for CBL & Associates Management, Inc. ("CBL").  I am personally familiar with CBL's business operations and its business records, including but not limited to those operations and records that pertain to this bankruptcy case.

3)      By lease agreement dated December 3, 2021 and as amended from time to time (collectively, the "Lease"), York Town Center Holding, L.P., by CBL & Associates Management, Inc., its managing agent (the "Claimant") as Landlord,[2] leased unto Christmas Tree Shops, LLC (the "Debtor") as Tenant, certain premises situated at 2935 Concord Road, York, Pennsylvania (the "Premises").  The term of said Lease commenced on December 1, 2021, and was set to expire on January 31, 2033.

4)      A true and correct copy of relevant portions of the Lease is attached hereto

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

[2] Defined terms not described herein shall be prescribed the same meaning as in CBL's *Motion for Allowance of Payment of Administrative Claims Pursuant to 11 U.S.C. §§ 365(d)(3), 503(b)(1)(A), and 507(a)* (the "Motion") filed concurrently herewith.

1

as **Exhibit 1.** The Lease, in its entirety is not attached due to its confidential and voluminous nature – however, the Lease is available upon appropriate request to CBL's counsel in the matter.

5)    Debtor filed a voluntary petition for bankruptcy on May 5, 2023 (the "Petition Date"). CBL timely filed a proof of claim in the Debtor's bankruptcy proceedings [Claim No. 73].

5)    Debtor rejected the Lease on August 31, 2023, on or about the date the Debtor surrendered the Premises. Debtor thereafter filed an amended proof of claim in the Debtor's bankruptcy proceedings [Claim No. 314].

6)    Under the terms of the Lease, Debtor is required to make certain payments to Landlord arising out of their use and occupancy of the Premises. These payments include such items as rent and related charges, common area maintenance obligations, real property taxes, and all other charges imposed by the Lease, including year-end adjustments and reconciliations for charges that are paid on an estimated basis.

7)    The Debtor has not paid all obligations that have arisen or accrued during the post-petition period, and certain amounts remain due and owing for the period from the Petition Date through the date of this Motion.

8)    The following amounts detailed in *Table 1* are due and owing under the Lease:

| Property Name | Property Location | Unpaid Rent & Charges Prior to May 5, 2023 | Unpaid Rent & Charges from May 5, 2023 to May 31, 2023 | Unpaid Rent & Charges from June 1, 2023 to August 31, 2023 |
|---|---|---|---|---|
| York Town Center | York, PA | $221,416.40 | $46,422.88 | $102,671.14 |

9)    A true and correct copy of CBL's Accounts Receivable Report for the Lease

is attached hereto as **Exhibit 2.**

10)    A true and correct copy of the Tax Bill issued post-petition and pre-rejection related to the Lease is attached hereto as **Exhibit 3.**

11)    Debtors operated in the Leased Premises or retain personal property in the Leased Premises through August 31, 2023, including, but not limited to the Stub Rent Period (as defined in the Motion).

12)    CBL is entitled to an administrative expense claim for such obligations in the total amount of One Hundred Forty-Nine Thousand Ninety-Four and 02/100 Dollars ($149,094.02) (the "Claim"), which represents the amount of rent and charges that accrued under Lease from May 5, 2023 through the date of this Declaration, minus Debtor's post-petition payments to date.

I declare under penalty of perjury under the laws of Tennessee and the United States that the foregoing is true and correct and that this Declaration was executed as of the date shown below at Chattanooga, Hamilton County, Tennessee.

DATE: _9/5/2023_

_____

GARY RODDY
Vice President – Legal Collections
CBL & Associates Management, Inc.

3

# EXHIBIT 1

**LEASE AGREEMENT**

Between

YORK TOWN CENTER HOLDING, L.P.

a Pennsylvania limited partnership,

Landlord

and

CHRISTMAS TREE SHOPS, INC.,

a Massachusetts corporation,

Tenant

**York Town Center**
**Springettsbury Township, PA**

Dated: ~~February~~ March 7, 2007

\* \* \* \* \* \*

**Table of Contents**

Page

ARTICLE 1 BASIC TERMS AND DEFINITIONS...................................................................1
    Section 1.1   Basic Terms and Definitions....................................................................1

ARTICLE 2 LEASE OF PREMISES; LEASE TERM; DELIVERY DATE......................................4
    Section 2.1   Lease of Premises ................................................................................4
    Section 2.2   Term. ...................................................................................................4
    Section 2.3   Delivery Date........................................................................................5
    Section 2.4   Unseasonable Delivery:  Slack Period....................................................7
    Section 2.5   Initial Co-Tenancy Condition. ................................................................7

ARTICLE 3 IMPROVEMENTS.............................................................................................9
    Section 3.1   Landlord's Work and Tenant's Work.........................................................9
    Section 3.2   Plan Approvals......................................................................................9
    Section 3.3   Performance of Work. ............................................................................9
    Section 3.4   Measurement; Adjustment of Rent.......................................................11

ARTICLE 4 FIXED RENT AND TAXES:  DETERMINATION AND PAYMENT..........................12
    Section 4.1   Fixed Rent...........................................................................................12
    Section 4.2   Payment of Rent .................................................................................12
    Section 4.3   Real Estate and Other Taxes. ..............................................................12

ARTICLE 5 COMMON AREAS, THEIR USE AND CHARGES .................................................13
    Section 5.1   Common Areas:  Maintenance..............................................................13
    Section 5.2   Common Areas:  Restrictions................................................................16

ARTICLE 6 UTILITIES......................................................................................................18
    Section 6.1   Utility Service ......................................................................................18
    Section 6.2   Interruption.........................................................................................18
    Section 6.3   Intentionally Omitted...........................................................................18

ARTICLE 7 SIGNS..........................................................................................................18
    Section 7.1   Tenant's Building Signage.....................................................................18
    Section 7.2   Pylon/Monument Signage .....................................................................18
    Section 7.3   Signage:  Alteration/Removal/Allocation.................................................19
    Section 7.4   Cooperation ........................................................................................19
    Section 7.5   Signage Restrictions and Criteria. ........................................................19

ARTICLE 8 ALTERATIONS AND IMPROVEMENTS...............................................................19
    Section 8.1   Alterations and Improvements...............................................................19

ARTICLE 9 REPAIRS.......................................................................................................20
    Section 9.1   Tenant's Repairs .................................................................................20
    Section 9.2   Landlord's Repairs ...............................................................................21
    Section 9.3   Legal Compliance Work .......................................................................21

ARTICLE 10 INDEMNIFICATION, INSURANCE AND WAIVER OF SUBROGATION ..............22
    Section 10.1  Mutual Release, Waiver of Subrogation and Mutual Indemnification. .....22
    Section 10.2  Tenant's Insurance..............................................................................22
    Section 10.3  Landlord's Insurance............................................................................23
    Section 10.4  General Insurance Requirements...........................................................23

ARTICLE 11 FIRE AND OTHER CASUALTY; EMINENT DOMAIN .........................................24
    Section 11.1  Fire and Other Casualty. ......................................................................24
    Section 11.2  Eminent Domain..................................................................................26
    Section 11.3  Abatement of Rent Charges..................................................................27

ARTICLE 12 COVENANTS, REPRESENTATIONS AND WARRANTIES...................................27
    Section 12.1  Quiet Enjoyment..................................................................................27
    Section 12.2  Authority.............................................................................................27
    Section 12.3  Landlord's Covenants, Warranties and Representations.........................28
    Section 12.4  Environmental Matters.........................................................................29
    Section 12.5  Intentionally Omitted...........................................................................
    Section 12.6  Purchase and Sale Contract.................................................................30

ARTICLE 13 USES AND RESTRICTIONS ...........................................................................31

Section 13.1  Permitted and Prohibited Uses................................................................31
Section 13.2  Tenant's Exclusive in Center .................................................................31

ARTICLE 14 CONDUCT OF BUSINESS OPERATIONS .........................................................33

ARTICLE 15 TENANT ASSIGNMENT AND SUBLETTING......................................................33
Section 15.1  Assignment and Subletting....................................................................33
Section 15.2  Liability of Tenant..................................................................................33
Section 15.3  Collateral Assignment ...........................................................................34
Section 15.4  Cure Rights of Original Tenant. ..............................................................34
Section 15.5  Recognition Agreement.........................................................................34
Section 15.6  Landlord's Right to Terminate. ...............................................................35

ARTICLE 16 DEFAULT AND DISPUTE RESOLUTION ...........................................................36
Section 16.1  Tenant Default.......................................................................................36
Section 16.2  Landlord Default....................................................................................37
Section 16.3  Arbitration.............................................................................................37

ARTICLE 17 RIGHT TO MORTGAGE AND NON-DISTURBANCE; ESTOPPEL
    CERTIFICATE.............................................................................................................37
Section 17.1  Right to Mortgage and Non-Disturbance ...............................................37
Section 17.2  Estoppel Certificate ...............................................................................38
Section 17.3  Existing Mortgages................................................................................38

ARTICLE 18 NOTICE ........................................................................................................38

ARTICLE 19 TENANT'S PROPERTY ...................................................................................39

ARTICLE 20 END OF TERM ..............................................................................................39
Section 20.1  Surrender of Premises ...........................................................................39
Section 20.2  Hold Over..............................................................................................39

ARTICLE 21 TENANT'S RIGHT OF FIRST OFFER ...............................................................39

ARTICLE 22 ONGOING CO-TENANCY ...............................................................................40

ARTICLE 23 MISCELLANEOUS..........................................................................................40
Section 23.1  Loading Facilities ..................................................................................40
Section 23.2  Liens.....................................................................................................40
Section 23.3  Broker's Commission .............................................................................40
Section 23.4  Force Majeure .......................................................................................41
Section 23.5  Consents................................................................................................41
Section 23.6  Costs.....................................................................................................41
Section 23.7  Attorneys' Fees ......................................................................................41
Section 23.8  Survival of Obligations..........................................................................41
Section 23.9  Non-Waiver............................................................................................41
Section 23.10 Rights Cumulative .................................................................................41
Section 23.11 Definition of Landlord ...........................................................................41
Section 23.12 Successors and Assigns ........................................................................41
Section 23.13 Limitation of Landlord's Liability............................................................42
Section 23.14 Limitation of Tenant's Liability...............................................................42
Section 23.15 Joint and Several Liability......................................................................42
Section 23.16 Severability ..........................................................................................42
Section 23.17 Grammatical Usages and Construction ..................................................42
Section 23.18 Table of Contents, Line Numbering and Paragraph Headings.................42
Section 23.19 Definition of Hereunder, Herein, etc......................................................42
Section 23.20 Short Form Lease ..................................................................................42
Section 23.21 Entire Agreement and Modification........................................................42
Section 23.22 No Joint Venture or Partnership Created by Lease .................................42
Section 23.23 Tenant's Tradename ..............................................................................42
Section 23.24 Counterparts.........................................................................................43
Section 23.25 Governing Law......................................................................................43
Section 23.26 Waiver of Certain Rights. ......................................................................44

1                                    ********

2                                    **EXHIBITS**

3    Exhibit A         Legal Description of Shopping Center
4    Exhibit B         Site Plan
5    Exhibit C         Rent Commencement and Expiration Date Agreement
6    Exhibit D         Specifications for Landlord's Work
7    Exhibit D-1       Exterior Elevations of the Premises, Adjacent Space and Sidewalk Plan
8    Exhibit D-2       Exterior Elevations of the Shopping Center
9    Exhibit D-3       Scope of Tenant's Shell Work for the Adjacent Space
10   Exhibit E         Permitted Encumbrances
11   Exhibit F         Tenant's Signage
12   Exhibit G         Subordination, Non-Disturbance and Attornment Agreement
13   Exhibit H         Subtenant Recognition Agreement
14   Exhibit I         Delivery Date Notice
15   Exhibit J         Form of Delivery Date Certification; Phase B Substantial Completion
16                     Certification and Phase C Substantial Completion Certification
17   Exhibit K         Existing Leases
18   Exhibit K-1       Existing Exclusives
19   Exhibit L         Form of Mechanics' Lien indemnification
20   Exhibit M         Use Restrictions and Exclusive Use Restrictions
21   Exhibit N         Form of Fee Owner Recognition Agreement

1                            **LEASE AGREEMENT**

2        THIS LEASE AGREEMENT (*"Lease"*) is entered into as of February ___, 2007 by and
3    between YORK TOWN CENTER HOLDING, L.P., a Pennsylvania limited partnership, having an
4    office at CBL Center, Suite 500, 2030 Hamilton Place Boulevard, Chattanooga, Tennessee
5    37421 (*"Landlord"*), and CHRISTMAS TREE SHOPS, INC., a Massachusetts corporation,
6    having an office at 261 White's Path, South Yarmouth, Massachusetts 02664 (*"Tenant"*).

7                            W I T N E S S E T H:

22
23

**ARTICLE 4**
**FIXED RENT AND TAXES: DETERMINATION AND PAYMENT**

24  Section 4.1    Fixed Rent.  Commencing on the Rent Commencement Date and
25  continuing throughout the Term, Tenant shall pay to Landlord the Fixed Rent, in equal
26  successive monthly installments, in advance, on the first day of each and every calendar month
27  throughout the Term, except that Fixed Rent payable for any partial calendar month during the
28  Term shall be prorated.  Fixed Rent shall be paid without deduction or set-off, except to the
29  extent otherwise expressly provided herein.

30  Section 4.2    Payment of Rent.  All Rent shall be mailed or otherwise delivered to
31  Landlord's Mailing Address above or, upon at least thirty (30) days' prior notice to Tenant, to
32  such other address as Landlord may from time to time designate.  Landlord acknowledges and
33  agrees that for administrative purposes, Tenant may designate a corporation or other entity to
34  act as a paying agent, to make all Rent payments due to Landlord under this Lease.  Said
35  designation (which may be revoked by Tenant at any time) is not intended as, and shall not
36  constitute, an assignment of any rights or obligations of Tenant to the paying agent, and Tenant
37  shall remain primarily liable for payment of Rent under this Lease.  All payments of Rent
38  received by Landlord from the paying agent shall be credited to Tenant as if such payments of
39  Rent had been made by Tenant directly to Landlord.

40

40

41  Section 4.3    Real Estate and Other Taxes.

42  4.3.1.  Landlord shall pay on or before the due dates thereof all "Taxes"
43  (defined in Subsection 4.3.3 below) other than personal property taxes levied against tenants.
44  Throughout the Term, Landlord shall cause the Shopping Center to be maintained entirely
45  within tax parcels and lots that exclude any property not a part of the Shopping Center.

46  4.3.2.  (a)    Tenant shall pay to Landlord Tenant's Pro Rata Share of
47  the Taxes which accrue during the Term, subject to the provisions of this Section 4.3.  Any
48  Taxes for a real estate fiscal tax year, only a part of which is included within the Term, shall be
49  adjusted between Landlord and Tenant on the basis of a 365-day year as of the Rent
50  Commencement Date or the date on which the Term expires or earlier terminates, as the case
51  may be, for the purpose of computing Tenant's Pro Rata Share of Taxes.  If, by law, any Taxes
52  may, at the option of the taxpayer, be paid in installments (whether or not interest shall accrue
53  on the unpaid balance thereof), Landlord shall exercise such option so as to maximize the
54  number of installments, and Landlord shall pay the same as they come due and before any fine,
55  penalty, interest or cost may be added thereto for nonpayment thereof.

56  (b)    Landlord shall submit to Tenant a copy of the bill for Taxes
57  issued by the applicable taxing authority, a computation of Tenant's Pro Rata Share of such

Taxes and proof of the payment of Taxes for the previous payment period, as well as copies of all notices concerning assessments, tax rates, and changes thereto. Tenant shall pay Landlord in the amount required by this Subsection 4.3.2 within thirty (30) days after receipt of such bill (but in no event earlier than the fifteenth (15th) day prior to the last day on which such Taxes may be paid in order to receive the maximum discount from the taxing authority.

4.3.3. As used herein, *"Taxes"* shall mean all general, *ad valorem* real estate taxes, and assessments for betterments and improvements that are levied or assessed by any lawful authority on the Shopping Center (general or special), including any substitution therefor, in whole or in part, due to a future change in the method of taxation. Taxes shall be reduced by any deferral, abatement, or other tax-lowering adjustment received by Landlord from the taxing authorities. For purposes of computing Tenant's Pro Rata Share of Taxes, Taxes shall not include any: (1) income, excise, profits, estate, inheritance, succession, gift, transfer, franchise, capital, or other tax or assessment upon Landlord or upon the rentals payable under this Lease; (2) taxes on rents (other than to the extent that such taxes are customarily paid by retail tenants in the state in which the Shopping Center is located, which rent taxes applicable for this Lease shall be paid by Tenant), gross receipts or revenues of Landlord from the Premises; (3) fine, penalty, cost or interest for any tax or assessment, or part thereof, which Landlord or its lender failed to timely pay (except if same are caused by an Event of Default); (4) assessment for a public improvement arising from the initial construction or expansion of the Shopping Center or the Premises (it being agreed that all assessments imposed during the Term which are permitted to be included within Taxes hereunder shall, for the purposes of computing Tenant's Pro Rata Share thereof, be deemed to have been paid in the maximum number of installments permitted by the applicable taxing authority); (5) Taxes resulting directly from an increase in the assessment caused by a sale or ground lease of all or any portion of the Shopping Center to an Affiliate of Landlord more than once every five (5) years; or (6) fees imposed upon Landlord in connection with Landlord's development of the Shopping Center (including, without limitation, trip generation fees). All Taxes payable by Tenant pursuant to this Section 4.3 shall be determined as if the Shopping Center was the only property owned by Landlord. Landlord represents to Tenant that, as of the Effective Date and, to the best of Landlord's knowledge, as of the anticipated Delivery Date, no portion of the Shopping Center is or will be (i) subject to or the beneficiary of an abatement of Taxes, (ii) subject to any special assessments or similar charges, or (iii) included in any special improvement district(s) which would result in higher sales taxes or other similar impositions than would exist in the absence of such district(s). Landlord estimates that the Tenant's Pro Rata Share of Taxes for the first full calendar year after the Shopping Center has been completed and fully-assessed will be approximately $1.25 per square foot of Floor Area in the Premises.

4.3.4. At Tenant's request, Landlord shall contest the amount or validity of any assessed valuation or Taxes, failing which, Tenant shall have the right to contest the assessed valuation or Taxes by appropriate proceedings in good faith, whereupon Landlord shall cooperate with Tenant, execute any and all documents required in connection therewith and, if required by any governmental authority having jurisdiction, join with Tenant in the prosecution thereof. If, as a result of any contest or otherwise, any rebate or refund of Taxes is received, Tenant shall be entitled to Tenant's Pro Rata Share thereof (after reasonable and customary expenses incurred by Landlord and/or Tenant in connection with such contest are paid to the party which incurred such expense).

22    IN WITNESS WHEREOF, the parties have executed this instrument under seal the day
23    and year first-above written.

24
25
26    WITNESS:
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41    WITNESS:
42
43
44
45
46
47

**LANDLORD:**

YORK TOWN CENTER HOLDING, L.P., a
Pennsylvania limited partnership
FEIN:

By:  CBL & ASSOCIATES MANAGEMENT,
INC., MANAGING AGENT,
FEIN:

By:
Name:           Stephen D. Lebovitz
Title:              President

Linda S. Devine

**TENANT:**

CHRISTMAS TREE SHOPS, INC.,
a Massachusetts corporation

By:
Name:  Steven H. Temares
Title:  Director and Authorized Signatory

Katherine Sloss

# EXHIBIT 2

## Aging Detail as of 8/28/23

| Property | Lease | Charge Code | Date | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|
| **York Town Center (110-0669)** | | | | | | | | | | |
| **Christmas Tree Shops (I0027775)** | | | | | | | | | | |
| 110-0669 | Christmas Tree Shops | wrttrue | 11/29/2022 | 562.06 | 0.00 | 0.00 | 0.00 | 562.06 | 0.00 | 562.06 |
| 110-0669 | Christmas Tree Shops | wrttrue | 4/28/2023 | 548.35 | 0.00 | 0.00 | 0.00 | 548.35 | 0.00 | 548.35 |
| | **Christmas Tree Shops** | | | **1,110.41** | **0.00** | **0.00** | **0.00** | **1,110.41** | **0.00** | **1,110.41** |
| **Christmas Tree Shops (t0037575)** | | | | | | | | | | |
| 110-0669 | Christmas Tree Shops | retadj | 9/30/2022 | 95,633.21 | 0.00 | 0.00 | 0.00 | 95,633.21 | 0.00 | 95,633.21 |
| 110-0669 | Christmas Tree Shops | camfixan | 1/1/2023 | 3,829.77 | 0.00 | 0.00 | 0.00 | 3,829.77 | 0.00 | 3,829.77 |
| 110-0669 | Christmas Tree Shops | camfixan | 2/1/2023 | 3,824.10 | 0.00 | 0.00 | 0.00 | 3,824.10 | 0.00 | 3,824.10 |
| 110-0669 | Christmas Tree Shops | ancbase | 3/1/2023 | 51,696.17 | 0.00 | 0.00 | 0.00 | 51,696.17 | 0.00 | 51,696.17 |
| 110-0669 | Christmas Tree Shops | camfixan | 3/1/2023 | 3,824.10 | 0.00 | 0.00 | 0.00 | 3,824.10 | 0.00 | 3,824.10 |
| 110-0669 | Christmas Tree Shops | censew | 3/1/2023 | 46.00 | 0.00 | 0.00 | 0.00 | 46.00 | 0.00 | 46.00 |
| 110-0669 | Christmas Tree Shops | wtrest | 3/1/2023 | 59.66 | 0.00 | 0.00 | 0.00 | 59.66 | 0.00 | 59.66 |
| 110-0669 | Christmas Tree Shops | ancbase | 4/1/2023 | 51,696.17 | 0.00 | 0.00 | 0.00 | 51,696.17 | 0.00 | 51,696.17 |
| 110-0669 | Christmas Tree Shops | camfixan | 4/1/2023 | 3,824.10 | 0.00 | 0.00 | 0.00 | 3,824.10 | 0.00 | 3,824.10 |
| 110-0669 | Christmas Tree Shops | censew | 4/1/2023 | 46.00 | 0.00 | 0.00 | 0.00 | 46.00 | 0.00 | 46.00 |
| 110-0669 | Christmas Tree Shops | wtrest | 4/1/2023 | 59.66 | 0.00 | 0.00 | 0.00 | 59.66 | 0.00 | 59.66 |
| 110-0669 | Christmas Tree Shops | ancbase | 5/1/2023 | 49,324.88 | 0.00 | 0.00 | 0.00 | 49,324.88 | 0.00 | 49,324.88 |
| 110-0669 | Christmas Tree Shops | camfixan | 5/1/2023 | 3,824.10 | 0.00 | 0.00 | 0.00 | 3,824.10 | 0.00 | 3,824.10 |
| 110-0669 | Christmas Tree Shops | censew | 5/1/2023 | 46.00 | 0.00 | 0.00 | 0.00 | 46.00 | 0.00 | 46.00 |
| 110-0669 | Christmas Tree Shops | wtrest | 5/1/2023 | 59.66 | 0.00 | 0.00 | 0.00 | 59.66 | 0.00 | 59.66 |
| 110-0669 | Christmas Tree Shops | wtrest | 5/1/2023 | 45.70 | 0.00 | 0.00 | 0.00 | 45.70 | 0.00 | 45.70 |
| 110-0669 | Christmas Tree Shops | wtrest | 7/1/2023 | 45.70 | 0.00 | 0.00 | 45.70 | 0.00 | 0.00 | 45.70 |
| 110-0669 | Christmas Tree Shops | wtrest | 7/1/2023 | 45.70 | 0.00 | 0.00 | 45.70 | 0.00 | 0.00 | 45.70 |
| 110-0669 | Christmas Tree Shops | wtrest | 7/1/2023 | 45.70 | 0.00 | 0.00 | 45.70 | 0.00 | 0.00 | 45.70 |
| 110-0669 | Christmas Tree Shops | wtrest | 7/1/2023 | 45.70 | 0.00 | 0.00 | 45.70 | 0.00 | 0.00 | 45.70 |
| 110-0669 | Christmas Tree Shops | wtrest | 7/1/2023 | 45.70 | 0.00 | 0.00 | 45.70 | 0.00 | 0.00 | 45.70 |
| 110-0669 | Christmas Tree Shops | wtrest | 7/1/2023 | 45.70 | 0.00 | 0.00 | 45.70 | 0.00 | 0.00 | 45.70 |
| 110-0669 | Christmas Tree Shops | wtrest | 8/1/2023 | 45.70 | 45.70 | 0.00 | 0.00 | 0.00 | 0.00 | 45.70 |
| 110-0669 | Christmas Tree Shops | retadj | 8/23/2023 | 8,692.90 | 8,692.90 | 0.00 | 0.00 | 0.00 | 0.00 | 8,692.90 |
| 110-0669 | Christmas Tree Shops | retadj | 8/23/2023 | 93,658.34 | 93,658.34 | 0.00 | 0.00 | 0.00 | 0.00 | 93,658.34 |
| | **Christmas Tree Shops** | | | **370,510.42** | **102,396.94** | **0.00** | **274.20** | **267,839.28** | **0.00** | **370,510.42** |
| **110-0669** | | | | **371,620.83** | **102,396.94** | **0.00** | **274.20** | **268,949.69** | **0.00** | **371,620.83** |
| **Grand Total** | | | | **371,620.83** | **102,396.94** | **0.00** | **274.20** | **268,949.69** | **0.00** | **371,620.83** |

# EXHIBIT 3



August 23, 2023

Christmas Tree Shops, LLC
64 Leona Drive
Middleboro, MA 02346
US

**Re:**  York Town Center, 2925 Concord Rd
Christmas Tree Shops 7039
Recovery Reconciliation for the period 01/2023 - 12/2023

Dear Christmas Tree Shops, LLC:

Please be advised that your account has been billed as shown below and is due upon receipt. This represents your share of the 2023 Recovery Calculation for York Town Center. The calculations for this amount are as follows:

| Recovery Group | Recovery Period | Percent of Year Open | Premises Area | Net Denominator | Current Expense | Tenant Share | Amount Owed |
|---|---|---|---|---|---|---|---|
| **Original Lease** | | | | | | | |
| TAX | 1/1/2023 - 1/31/2023 | 8.49% | 33,992 | 251,793.00 | 758,158.52 | 8,692.90 | 8,692.90 |
| **Renewal** | | | | | | | |
| TAX | 2/1/2023 - 12/31/2023 | 91.51% | 33,992 | 251,793.00 | 758,158.52 | 93,658.34 | 93,658.34 |

| | |
|---|---|
| **Recovery Group Totals** | **102,351.24** |
| **Previously Billed** | **0.00** |
| **Total Due** | **102,351.24** |

Thank you in advance for your prompt payment. If you have any questions regarding the calculations, please contact me at patti.storm@cblproperties.com.

Sincerely,

**York Town Center**
**By: CBL & Associates Management, Inc., its Managing Agent**

**Patti Storm**
**Recovery Analyst**
**E-mail: patti.storm@cblproperties.com**

**Remit to:**

**York Town Center**

P.O. Box 746200
Atlanta, GA 30374-6200
US

**Expense Detail By Pool**

| Recovery Group | Expense Pool | Total Expenses |
|---|---|---|
| TAX | Real Estate Tax, 1/1/2023 - 1/31/2023 | 778,984.90 |
| **Total for TAX** | | **778,984.90** |
| **Administration Fee** | | **0.00** |
| **Less Contributions** | | **-20,826.38** |
| **Current Expenses for TAX** | | **758,158.52** |
| | | |
| TAX | Real Estate Tax, 2/1/2023 - 12/31/2023 | 778,984.90 |
| **Total for TAX** | | **778,984.90** |
| **Administration Fee** | | **0.00** |
| **Less Contributions** | | **-20,826.38** |
| **Current Expenses for TAX** | | **758,158.52** |

**MAKE CHECKS PAYABLE TO:**



**2023 REAL ESTATE TAX BILL**
FOR COUNTY OF YORK, PA SPRINGETTSBURY I-DST

3343

**GENA DWYER SPRINGETTSBURY TWP IND, Tax Collector**
PHONE: 717-757-3521 EXT 1
1501 MOUNT ZION RD
YORK PA 17402

PROPERTY LOCATION: **2801 -2901 CONCORD RD**
PROPERTY ID/PARCEL ID NO: **46-000-JJ-0007.E0-00000**

YORK TOWN CENTER HOLDING LP
ATTN YORK TOWN CENTER HOLDING G
1853 WILLIAM PENN WAY
LANCASTER PA 17601-6713

**BILL NUMBER: 3351**
**BILL DATE:** 02/15/2023
**District No. 46I**
**CLASS : C**

**ASSESSMENT**

| | |
|---|---|
| LAND: | 450,180 |
| IMPROVEMENT: | 2,087,310 |
| TOTAL: | 2,537,490 |



| TAXES | TAX RATE | TAX AMOUNT | DURING THIS PERIOD | | PAY ONE AMOUNT ONLY |
|---|---|---|---|---|---|
| YORK COUNTY | 6.9000ML | $17,508.68 | 2% Discount Period | 02/15/23 - 04/17/23 | $21,385.97 |
| TOWNSHIP | 1.7000ML | $4,313.73 | Face Period | 04/18/23 - 06/16/23 | $21,822.41 |
| | | | 10% Penalty Period | 06/17/23 - 12/31/23 | $24,004.65 |
| | | | **UNPAID TAXES SUBMITTED TO TAX CLAIM AFTER DECEMBER 31, 2023 WILL RESULT IN ADDITIONAL CHARGES.** | | |
| | | | County Website: **WWW.YORKCOUNTYPA.GOV** | | |

**IF YOU DO NOT DESIRE A RECEIPT, KEEP TOP SECTION FOR YOUR RECORDS**
**\*IF YOU DESIRE A RECEIPT, ENCLOSE A SELF-ADDRESSED, STAMPED ENVELOPE WITH THE ENTIRE BILL**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

2023 REAL ESTATE TAX BILL FOR COUNTY OF YORK, PA SPRINGETTSBURY I-DST

**MAKE CHECKS PAYABLE TO:**
**GENA DWYER SPRINGETTSBURY TWP IND, Tax Collector**
PHONE: 717-757-3521 EXT 1
1501 MOUNT ZION RD
YORK PA 17402

PLEASE DO NOT STAPLE

PROPERTY LOCATION: **2801 -2901 CONCORD RD**
PROPERTY ID/PARCEL ID NO: **46-000-JJ-0007.E0-00000**

**BILL NUMBER: 3351**
BILL DATE: 02/15/2023
District No. 46I  CLASS: C

**ASSESSMENT**

YORK TOWN CENTER HOLDING LP
ATTN YORK TOWN CENTER HOLDING G
1853 WILLIAM PENN WAY
LANCASTER PA 17601-6713

IF YOUR TAXES ARE HELD IN ESCROW,
PLEASE FORWARD THIS BILL TO YOUR MORTGAGE COMPANY

| | |
|---|---|
| LAND: | 450,180 |
| IMPROVEMENT: | 2,087,310 |
| TOTAL: | 2,537,490 |

| TAXES | TAX RATE | DISCOUNT AMOUNT | FACE AMOUNT | PENALTY AMOUNT | DURING THIS PERIOD | | PAY ONE AMOUNT ONLY |
|---|---|---|---|---|---|---|---|
| YORK COUNTY | 6.9000ML | $17,158.51 | $17,508.68 | $19,259.55 | 2% Discount Period | 02/15/23 - 04/17/23 | $21,385.97 |
| TOWNSHIP | 1.7000ML | $4,227.46 | $4,313.73 | $4,745.10 | Face Period | 04/18/23 - 06/16/23 | $21,822.41 |
| | | | | | 10% Penalty Period | 06/17/23 - 12/31/23 | $24,004.65 |

23146000JJ0007E0000000002138597002182241002400465S

TAX COLLECTOR'S COPY

**MAKE CHECKS PAYABLE TO:**

**2023 REAL ESTATE TAX BILL** 
FOR COUNTY OF YORK, PA SPRINGETTSBURY I-DST

**GENA DWYER SPRINGETTSBURY TWP IND, Tax Collector**
PHONE: 717-757-3521 EXT 1
1501 MOUNT ZION RD
YORK PA 17402

`* 46000JJ0007E0C000C *`

**BILL NUMBER: 3352**
**BILL DATE:** 02/15/2023
**District No. 46I**
**CLASS : C**

**PROPERTY LOCATION: 2935 -2965 CONCORD RD**
**PROPERTY ID/PARCEL ID NO: 46-000-JJ-0007.E0-C000C**

### ASSESSMENT

|  |  |
|---|---|
| LAND: | 200,480 |
| IMPROVEMENT: | 4,716,080 |
| TOTAL: | 4,916,560 |

YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421



| TAXES | TAX RATE | TAX AMOUNT | DURING THIS PERIOD | | PAY ONE AMOUNT ONLY |
|---|---|---|---|---|---|
| YORK COUNTY | 6.9000ML | $33,924.26 | 2% Discount Period | 02/15/23 - 04/17/23 | $41,436.76 |
| TOWNSHIP | 1.7000ML | $8,358.15 | Face Period | 04/18/23 - 06/16/23 | $42,282.41 |
| | | | 10% Penalty Period | 06/17/23 - 12/31/23 | $46,510.66 |
| | | | **UNPAID TAXES SUBMITTED TO TAX CLAIM AFTER DECEMBER 31, 2023 WILL RESULT IN ADDITIONAL CHARGES.** | | |

County Website: **WWW.YORKCOUNTYPA.GOV**

---

**IF YOU DO NOT DESIRE A RECEIPT, KEEP TOP SECTION FOR YOUR RECORDS**
**\*IF YOU DESIRE A RECEIPT, ENCLOSE A SELF-ADDRESSED, STAMPED ENVELOPE WITH THE ENTIRE BILL**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MAKE CHECKS PAYABLE TO:**
**GENA DWYER SPRINGETTSBURY TWP IND, Tax Collector**
PHONE: 717-757-3521 EXT 1
1501 MOUNT ZION RD
YORK PA 17402

2023 REAL ESTATE TAX BILL FOR COUNTY OF YORK, PA SPRINGETTSBURY I-DST

PLEASE DO NOT STAPLE

**BILL NUMBER: 3352**
BILL DATE: 02/15/2023
District No. 46I   CLASS: C

**PROPERTY LOCATION: 2935 -2965 CONCORD RD**
PROPERTY ID/PARCEL ID NO: 46-000-JJ-0007.E0-C000C

### ASSESSMENT

YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421

IF YOUR TAXES ARE HELD IN ESCROW,
PLEASE FORWARD THIS BILL TO YOUR MORTGAGE COMPANY

|  |  |
|---|---|
| LAND: | 200,480 |
| IMPROVEMENT: | 4,716,080 |
| TOTAL: | 4,916,560 |

| TAXES | TAX RATE | DISCOUNT AMOUNT | FACE AMOUNT | PENALTY AMOUNT | DURING THIS PERIOD | PAY ONE AMOUNT ONLY |
|---|---|---|---|---|---|---|
| YORK COUNTY | 6.9000ML | $33,245.77 | $33,924.26 | $37,316.69 | 2% Discount Period 02/15/23 - 04/17/23 | $41,436.76 |
| TOWNSHIP | 1.7000ML | $8,190.99 | $8,358.15 | $9,193.97 | Face Period 04/18/23 - 06/16/23 | $42,282.41 |
| | | | | | 10% Penalty Period 06/17/23 - 12/31/23 | $46,510.66 |

`23146000JJ0007E0C000C0041436760042282410046510666`    `* 46000JJ0007E0C000C *`

TAX COLLECTOR'S COPY

**MAKE CHECKS PAYABLE TO:**



**2023 REAL ESTATE TAX BILL**
FOR COUNTY OF YORK, PA SPRINGETTSBURY I-DST

**GENA DWYER SPRINGETTSBURY TWP IND, Tax Collector**
PHONE: 717-757-3521 EXT 1
1501 MOUNT ZION RD
YORK PA 17402

3345

**BILL NUMBER: 3353**
**BILL DATE:** 02/15/2023
**District No. 46I**
**CLASS : C**

PROPERTY LOCATION: 2803 -2865 CONCORD RD
PROPERTY ID/PARCEL ID NO: 46-000-JJ-0007.E0-C000D

**ASSESSMENT**

YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421

| LAND: | 537,290 |
| IMPROVEMENT: | 12,639,260 |
| TOTAL: | 13,176,550 |



| TAXES | TAX RATE | TAX AMOUNT | DURING THIS PERIOD | | PAY ONE AMOUNT ONLY |
|---|---|---|---|---|---|
| YORK COUNTY | 6.9000ML | $90,918.20 | 2% Discount Period | 02/15/23 - 04/17/23 | $111,051.98 |
| TOWNSHIP | 1.7000ML | $22,400.14 | Face Period | 04/18/23 - 06/16/23 | $113,318.34 |
| | | | 10% Penalty Period | 06/17/23 - 12/31/23 | $124,650.17 |

**UNPAID TAXES SUBMITTED TO TAX CLAIM AFTER DECEMBER 31, 2023 WILL RESULT IN ADDITIONAL CHARGES.**

County Website: **WWW.YORKCOUNTYPA.GOV**

---

**IF YOU DO NOT DESIRE A RECEIPT, KEEP TOP SECTION FOR YOUR RECORDS**
***IF YOU DESIRE A RECEIPT, ENCLOSE A SELF-ADDRESSED, STAMPED ENVELOPE WITH THE ENTIRE BILL**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MAKE CHECKS PAYABLE TO:**
**GENA DWYER SPRINGETTSBURY TWP IND, Tax Collector**
PHONE: 717-757-3521 EXT 1
1501 MOUNT ZION RD
YORK PA 17402

2023 REAL ESTATE TAX BILL FOR COUNTY OF YORK, PA SPRINGETTSBURY I-DST

PLEASE DO NOT STAPLE

**BILL NUMBER: 3353**
BILL DATE: 02/15/2023
District No. **46I**  CLASS: C
**ASSESSMENT**

PROPERTY LOCATION: **2803 -2865 CONCORD RD**
PROPERTY ID/PARCEL ID NO: **46-000-JJ-0007.E0-C000D**

YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421

IF YOUR TAXES ARE HELD IN ESCROW,
PLEASE FORWARD THIS BILL TO YOUR MORTGAGE COMPANY

| LAND: | 537,290 |
| IMPROVEMENT: | 12,639,260 |
| TOTAL: | 13,176,550 |

| TAXES | TAX RATE | DISCOUNT AMOUNT | FACE AMOUNT | PENALTY AMOUNT | DURING THIS PERIOD | | PAY ONE AMOUNT ONLY |
|---|---|---|---|---|---|---|---|
| YORK COUNTY | 6.9000ML | $89,099.84 | $90,918.20 | $100,010.02 | 2% Discount Period | 02/15/23 - 04/17/23 | $111,051.98 |
| TOWNSHIP | 1.7000ML | $21,952.14 | $22,400.14 | $24,640.15 | Face Period | 04/18/23 - 06/16/23 | $113,318.34 |
| | | | | | 10% Penalty Period | 06/17/23 - 12/31/23 | $124,650.17 |

23146000JJ0007E0C000D0111051980113318340124650179

TAX COLLECTOR'S COPY

**MAKE CHECKS PAYABLE TO:**

**2023 REAL ESTATE TAX BILL**
FOR COUNTY OF YORK, PA SPRINGETTSBURY R-DST

9012

**GENA DWYER, Tax Collector**
PHONE: 717-757-3521 EXT 1
1501 MOUNT ZION RD
YORK PA 17402

**BILL NUMBER: 4638**
**BILL DATE:** 02/15/2023
**District No. 46R**
**CLASS : C**

PROPERTY LOCATION: **3001 CONCORD RD**
PROPERTY ID/PARCEL ID NO:  **46-000-JJ-0007.G0-00000**

**ASSESSMENT**

YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421

| LAND: | 169,880 |
| IMPROVEMENT: | 1,145,550 |
| TOTAL: | 1,315,430 |



| TAXES | TAX RATE | TAX AMOUNT | DURING THIS PERIOD | | PAY ONE AMOUNT ONLY |
|---|---|---|---|---|---|
| YORK COUNTY | 6.9000ML | $9,076.47 | **2% Discount Period** | 02/15/23 - 04/17/23 | **$11,086.45** |
| TOWNSHIP | 1.7000ML | $2,236.23 | **Face Period** | 04/18/23 - 06/16/23 | **$11,312.70** |
| | | | **10% Penalty Period** | 06/17/23 - 12/31/23 | **$12,443.97** |
| | | | **UNPAID TAXES SUBMITTED TO TAX CLAIM AFTER DECEMBER 31, 2023 WILL RESULT IN ADDITIONAL CHARGES.** | | |
| | | | County Website: **WWW.YORKCOUNTYPA.GOV** | | |

**IF YOU DO NOT DESIRE A RECEIPT, KEEP TOP SECTION FOR YOUR RECORDS**
**\*IF YOU DESIRE A RECEIPT, ENCLOSE A SELF-ADDRESSED, STAMPED ENVELOPE WITH THE ENTIRE BILL**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MAKE CHECKS PAYABLE TO:**
**GENA DWYER, Tax Collector**
PHONE: 717-757-3521 EXT 1
1501 MOUNT ZION RD
YORK PA 17402

2023 REAL ESTATE TAX BILL FOR COUNTY OF YORK, PA SPRINGETTSBURY R-DST

PLEASE DO NOT STAPLE

**BILL NUMBER: 4638**
BILL DATE: 02/15/2023
District No. **46R**  CLASS: **C**
**ASSESSMENT**

PROPERTY LOCATION: **3001 CONCORD RD**
PROPERTY ID/PARCEL ID NO:  **46-000-JJ-0007.G0-00000**

YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421

IF YOUR TAXES ARE HELD IN ESCROW,
PLEASE FORWARD THIS BILL TO YOUR MORTGAGE COMPANY

| LAND: | 169,880 |
| IMPROVEMENT: | 1,145,550 |
| TOTAL: | 1,315,430 |

| TAXES | TAX RATE | DISCOUNT AMOUNT | FACE AMOUNT | PENALTY AMOUNT | DURING THIS PERIOD | | PAY ONE AMOUNT ONLY |
|---|---|---|---|---|---|---|---|
| YORK COUNTY | 6.9000ML | $8,894.94 | $9,076.47 | $9,984.12 | **2% Discount Period** | 02/15/23 - 04/17/23 | **$11,086.45** |
| TOWNSHIP | 1.7000ML | $2,191.51 | $2,236.23 | $2,459.85 | **Face Period** | 04/18/23 - 06/16/23 | **$11,312.70** |
| | | | | | **10% Penalty Period** | 06/17/23 - 12/31/23 | **$12,443.97** |

23146000JJ0007G000000000110864500113127000124439 76

**TAX COLLECTOR'S COPY**

**MAKE CHECKS PAYABLE TO:**

9013

## 2023 REAL ESTATE TAX BILL
FOR COUNTY OF YORK, PA SPRINGETTSBURY R-DST

**GENA DWYER, Tax Collector**
PHONE: 717-757-3521 EXT 1
1501 MOUNT ZION RD
YORK PA 17402

* 46000JJ0007G0C000A *

**BILL NUMBER: 4639**
**BILL DATE:** 02/15/2023
**District No. 46R**
**CLASS : C**

PROPERTY LOCATION: **2915 CONCORD RD**
PROPERTY ID/PARCEL ID NO: **46-000-JJ-0007.G0-C000A**

### ASSESSMENT

| | |
|---|---|
| LAND: | 73,200 |
| IMPROVEMENT: | 1,751,900 |
| TOTAL: | 1,825,100 |

YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421



| TAXES | TAX RATE | TAX AMOUNT | DURING THIS PERIOD | | PAY ONE AMOUNT ONLY |
|---|---|---|---|---|---|
| YORK COUNTY | 6.9000ML | $12,593.19 | 2% Discount Period | 02/15/23 - 04/17/23 | $15,381.95 |
| TOWNSHIP | 1.7000ML | $3,102.67 | Face Period | 04/18/23 - 06/16/23 | $15,695.86 |
| | | | 10% Penalty Period | 06/17/23 - 12/31/23 | $17,265.45 |
| | | | **UNPAID TAXES SUBMITTED TO TAX CLAIM AFTER DECEMBER 31, 2023 WILL RESULT IN ADDITIONAL CHARGES.** | | |
| | | | County Website: **WWW.YORKCOUNTYPA.GOV** | | |

**IF YOU DO NOT DESIRE A RECEIPT, KEEP TOP SECTION FOR YOUR RECORDS**
***IF YOU DESIRE A RECEIPT, ENCLOSE A SELF-ADDRESSED, STAMPED ENVELOPE WITH THE ENTIRE BILL**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MAKE CHECKS PAYABLE TO:**
**GENA DWYER, Tax Collector**
PHONE: 717-757-3521 EXT 1
1501 MOUNT ZION RD
YORK PA 17402

2023 REAL ESTATE TAX BILL FOR COUNTY OF YORK, PA SPRINGETTSBURY R-DST

PLEASE DO NOT STAPLE

**BILL NUMBER: 4639**
BILL DATE: 02/15/2023
District No. **46R** CLASS: C

PROPERTY LOCATION: **2915 CONCORD RD**
PROPERTY ID/PARCEL ID NO: **46-000-JJ-0007.G0-C000A**

### ASSESSMENT

YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421

IF YOUR TAXES ARE HELD IN ESCROW,
PLEASE FORWARD THIS BILL TO YOUR MORTGAGE COMPANY

| | |
|---|---|
| LAND: | 73,200 |
| IMPROVEMENT: | 1,751,900 |
| TOTAL: | 1,825,100 |

| TAXES | TAX RATE | DISCOUNT AMOUNT | FACE AMOUNT | PENALTY AMOUNT | DURING THIS PERIOD | | PAY ONE AMOUNT ONLY |
|---|---|---|---|---|---|---|---|
| YORK COUNTY | 6.9000ML | $12,341.33 | $12,593.19 | $13,852.51 | 2% Discount Period | 02/15/23 - 04/17/23 | $15,381.95 |
| TOWNSHIP | 1.7000ML | $3,040.62 | $3,102.67 | $3,412.94 | Face Period | 04/18/23 - 06/16/23 | $15,695.86 |
| | | | | | 10% Penalty Period | 06/17/23 - 12/31/23 | $17,265.45 |

23146000JJ0007G0C000A0015381950015695860017265457

* 46000JJ0007G0C000A *

TAX COLLECTOR'S COPY

## Top section — York Suburban School (Bill# 3331)

REAL ESTATE TAX NOTICE

DISTRICT 46I
BILL# 3331
PROPERTY ID
46-000-JJ-0007.EO-C00000

TAX YEAR 2023-24
PAYABLE TO
GENA DWYER, TAX COLLECTOR, PHONE: 737-757-3521 (OPTION 1)
1501 MT. ZION ROAD
YORK PA 17402

BILL DATE
07/01/2023

YORK SUBURBAN SCHOOL

| TAXING AUTHORITY YORK SUBURBAN SCHOOL | ASSESSMENT | TAX LIABILITY |
|---|---|---|
| ASSESSED VALUE | 2,537,490 | $65,177.46 |
| HOMESTEAD EXCLUSION | 0 | $0.00 |
| FARMSTEAD EXCLUSION | 0 | $0.00 |
| NET ASSESSMENT | 2,537,490 | $65,177.46 |

PAY ONE AMT.ONLY AS PER DATES BELOW
ON OR BEFORE DISCOUNT DATE
ON OR BEFORE FACE DATE
ON OR AFTER PENALTY DATE

| TAX | SCHOOL | |
|---|---|---|
| RATE | 25.6858M | |
| DISCOUNT | $63,873.91 | 08/31/2023 |
| FACE | $65,177.46 | 10/31/2023 |
| PENALTY | $71,695.21 | 11/01/2023 |

TO

YORK TOWN CENTER HOLDING LP
ATTN YORK TOWN CENTER HOLDING G
1853 WILLIAM PENN WAY
LANCASTER PA 17601-6713

PROPERTY
LOCATION  2801 -2901 CONCORD RD
SEE REVERSE SIDE OF THIS BILL FOR IMPORTANT TAX INFORMATION       TAXPAYER'S COPY

### (Collector's copy, right)

REAL ESTATE TAX NOTICE

DISTRICT 46I
BILL# 3331
PROPERTY ID
46-000-JJ-0007.EO-00000

TAX YEAR 2023-24
PAYABLE TO
GENA DWYER, TAX COLLECTOR

YORK SUBURBAN SCHOOL

| TAX | SCHOOL | | TAXES PAID AT | | |
|---|---|---|---|---|---|
| | | | | FACE | PENALTY |
| RATE | 25.6858M | | DISCOUNT | | |
| DISCOUNT | $63,873.91 | 08/31/2023 | $63,873.91 | | DISCOUNT |
| FACE | $65,177.46 | 10/31/2023 | $65,177.46 | | FACE |
| PENALTY | $71,695.21 | 11/01/2023 | $71,695.21 | | PENALTY |

2801 -2901 CONCORD RD
PROPERTY LOCATION

| | ASSESSMENT | TAX LIABILITY |
|---|---|---|
| YORK TOWN CENTER HOLDING LP | ASSESSED VALUE | 2,537,490 | $65,177.46 |
| | HOMESTEAD EXCLUSION | 0 | $0.00 |
| ATTN YORK TOWN CENTER HOLDING G | FARMSTEAD EXCLUSION | 0 | $0.00 |
| | NET ASSESSMENT | 2,537,490 | $65,177.46 |

BILL DATE
07/01/2023        TAX COLLECTOR'S COPY        BILL# 3331

---

## Bill# 3332 — York Suburban School

REAL ESTATE TAX NOTICE

DISTRICT 46I
BILL# 3332
PROPERTY ID
46-000-JJ-0007.EO-C000C

TAX YEAR 2023-24
PAYABLE TO
GENA DWYER, TAX COLLECTOR

YORK SUBURBAN SCHOOL

| TAX | SCHOOL | | TAXES PAID AT | | |
|---|---|---|---|---|---|
| | | | DISCOUNT | FACE | PENALTY |
| RATE | 25.6858M | | | | |
| DISCOUNT | $123,760.06 | 08/31/2023 | $123,760.06 | | DISCOUNT |
| FACE | $126,285.78 | 10/31/2023 | $126,285.78 | | FACE |
| PENALTY | $138,914.36 | 11/01/2023 | $138,914.36 | | PENALTY |

2935 -2965 CONCORD RD
PROPERTY LOCATION

| | ASSESSMENT | TAX LIABILITY |
|---|---|---|
| YORK TOWN CENTER HOLDINGS LP | ASSESSED VALUE | 4,916,560 | |
| | HOMESTEAD EXCLUSION | 0 | $0.00 |
| 2030 HAMILTON PLACE BLVD STE 500 | FARMSTEAD EXCLUSION | 0 | $0.00 |
| | NET ASSESSMENT | 4,916,560 | |

BILL DATE
07/01/2023        TAX COLLECTOR'S COPY        BILL# 3332

### (Taxpayer's copy, left for 3332)

X YEAR 2023-24
YABLE TO
GENA DWYER, TAX COLLECTOR, PHONE: 717-757-3521 (OPTION 1)
1501 MT. ZION ROAD
YORK PA 17402

REAL ESTATE TAX NOTICE

DISTRICT 46I
BILL# 3332
PROPERTY ID
46-000-JJ-0007.EO-C000C

BILL DATE
07/01/2023

RK SUBURBAN SCHOOL

| | ASSESSMENT | TAX LIABILITY |
|---|---|---|
| ASSESSED VALUE | 4,916,560 | $126,285.78 |
| IMESTEAD EXCLUSION | 0 | $0.00 |
| RMSTEAD EXCLUSION | 0 | $0.00 |
| NET ASSESSMENT | 4,916,560 | $126,285.78 |

PAY ONE AMT.ONLY AS PER DATES BELOW
ON OR BEFORE DISCOUNT DATE
ON OR BEFORE FACE DATE
ON OR AFTER PENALTY DATE

| TAX | SCHOOL | |
|---|---|---|
| RATE | 25.6858M | |
| DISCOUNT | $123,760.06 | 08/31/2023 |
| FACE | $126,285.78 | 10/31/2023 |
| PENALTY | $138,914.36 | 11/01/2023 |

YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421

PERTY
CATION  2935 -2965 CONCORD RD
REVERSE SIDE OF THIS BILL FOR IMPORTANT TAX INFORMATION       TAXPAYER'S COPY

---

## Bill# 3333 — York Suburban School

REAL ESTATE TAX NOTICE

DISTRICT 46I
BILL# 3333
PROPERTY ID
46-000-JJ-0007.EO-C000D

TAX YEAR 2023-24
PAYABLE TO
GENA DWYER, TAX COLLECTOR

YORK SUBURBAN SCHOOL

| TAX | SCHOOL | | TAXES PAID AT | | |
|---|---|---|---|---|---|
| | | | DISCOUNT | FACE | PENALTY |
| RATE | 25.6858M | | | | |
| DISCOUNT | $331,681.23 | 08/31/2023 | $331,681.23 | | DISCOUNT |
| FACE | $338,450.23 | 10/31/2023 | $338,450.23 | | FACE |
| PENALTY | $372,295.25 | 11/01/2023 | $372,295.25 | | PENALTY |

2803 -2865 CONCORD RD
PROPERTY LOCATION

| | ASSESSMENT | TAX LIABILITY |
|---|---|---|
| YORK TOWN CENTER HOLDINGS LP | ASSESSED VALUE | 13,176,550 | |
| | HOMESTEAD EXCLUSION | 0 | $0.00 |
| 2030 HAMILTON PLACE BLVD STE 500 | FARMSTEAD EXCLUSION | 0 | $0.00 |
| | NET ASSESSMENT | 13,176,550 | |

BILL DATE
07/01/2023        TAX COLLECTOR'S COPY        BILL# 3333

### (Taxpayer's copy, left for 3333)

X YEAR 2023-24
YABLE TO
GENA DWYER, TAX COLLECTOR, PHONE: 717-757-3521 (OPTION 1)
1501 MT. ZION ROAD
YORK PA 17402

REAL ESTATE TAX NOTICE

DISTRICT 46I
BILL# 3333
PROPERTY ID
46-000-JJ-0007.EO-C000D

BILL DATE
07/01/2023

RK SUBURBAN SCHOOL

| | ASSESSMENT | TAX LIABILITY |
|---|---|---|
| ASSESSED VALUE | 13,176,550 | $338,450.23 |
| IMESTEAD EXCLUSION | 0 | $0.00 |
| RMSTEAD EXCLUSION | 0 | $0.00 |
| NET ASSESSMENT | 13,176,550 | $338,450.23 |

PAY ONE AMT.ONLY AS PER DATES BELOW
ON OR BEFORE DISCOUNT DATE
ON OR BEFORE FACE DATE
ON OR AFTER PENALTY DATE

| TAX | SCHOOL | |
|---|---|---|
| RATE | 25.6858M | |
| DISCOUNT | $331,681.23 | 08/31/2023 |
| FACE | $338,450.23 | 10/31/2023 |
| PENALTY | $372,295.25 | 11/01/2023 |

YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421

PERTY
CATION  2803 -2865 CONCORD RD
REVERSE SIDE OF THIS BILL FOR IMPORTANT TAX INFORMATION       TAXPAYER'S COPY

REAL ESTATE TAX NOTICE

**TAX YEAR 2023-24**
Gena Dwyer, Tax Collector

Central York School District

BILL DATE
Jul 15, 2023

DISTRICT 46R
Bill #05621
PROPERTY I.D.
46-000-JJ-0007J60-0000

TO:
YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421

| SCHOOL | | |
|---|---|---|
| RATE | | |
| 21.87M | | |
| DISCOUNT | FACE | PENALTY |
| $28,193.08 | $28,768.45 | $31,645.30 |
| Sep 15, 2023 | Nov 15, 2023 | Nov 15, 2023 |

PAY ONE AMT ONLY
AS SHOWN 11 BELOW

TAXPAYER'S COPY

FOR INSTALLMENT PAYMENTS SEE REVERSE SIDE

---

REAL ESTATE TAX NOTICE

**TAX YEAR 2023-24**
Gena Dwyer, Tax Collector

Central York School District

BILL
DATE
Jul 15, 2023

3001 CONCORD RD
PROPERTY LOCATION

DISTRICT 46R
Bill #05621
PROPERTY I.D.
46-000-JJ-0007J60-0000

YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421

| SCHOOL | | |
|---|---|---|
| RATE | | |
| 21.87M | | |
| DISCOUNT | FACE | PENALTY |
| $28,193.08 | $28,768.45 | $31,645.30 |
| Sep 15, 2023 | Nov 15, 2023 | Nov 15, 2023 |

| | ASSESSMENT | TAX LIABILITY |
|---|---|---|
| ASSESSED VALUE | 1,315,430 | 28,768.45 |
| HOMESTEAD EXCLUSION | 0 | 0 |
| FARMSTEAD EXCLUSION | 0 | 0 |
| NET ASSESSMENT | 1,315,430 | 28,768.45 |

| TAXES PAID AT | | |
|---|---|---|
| DISCOUNT | FACE | PENALTY |

TAX COLLECTOR'S COPY

**$28,193.08**

---

REAL ESTATE TAX NOTICE

**TAX YEAR 2023-24**
PAYABLE Gena Dwyer, Tax Collector
TO: 1501 Mt Zion Road
York, PA 17402

PH. 717-757-3521

Central York School District

TAXING AUTHORITY

BILL DATE
Jul 15, 2023

DISTRICT 46R
Bill #05622
PROPERTY I.D.
46-000-JJ-0007J60-0000A

TO:
YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421

LOCATION 3001 CONCORD RD

| | ASSESSMENT | TAX LIABILITY |
|---|---|---|
| ASSESSED VALUE | 1,825,100 | 39,914.94 |
| HOMESTEAD EXCLUSION | 0 | 0 |
| FARMSTEAD EXCLUSION | 0 | 0 |
| NET ASSESSMENT | 1,825,100 | 39,914.94 |

| SCHOOL | | |
|---|---|---|
| TAX | | |
| RATE | | |
| 21.87M | | |
| DISCOUNT | FACE | PENALTY |
| $39,116.64 | $39,914.94 | $43,906.43 |
| Sep 15, 2023 | Nov 15, 2023 | Nov 15, 2023 |

PAY ONE AMT ONLY

TAXPAYER'S COPY

FOR INSTALLMENT PAYMENTS SEE REVERSE SIDE

---

REAL ESTATE TAX NOTICE

**TAX YEAR 2023-24**
Gena Dwyer, Tax Collector

Central York School District

BILL
DATE
Jul 15, 2023

2915 CONCORD RD
PROPERTY LOCATION

DISTRICT 46R
Bill #05622
PROPERTY I.D.
46-000-JJ-0007J60-0000A

YORK TOWN CENTER HOLDINGS LP
2030 HAMILTON PLACE BLVD STE 500
CHATTANOOGA TN 37421

| SCHOOL | | |
|---|---|---|
| RATE | | |
| 21.87M | | |
| DISCOUNT | FACE | PENALTY |
| $39,116.64 | $39,914.94 | $43,906.43 |
| Sep 15, 2023 | Nov 15, 2023 | Nov 15, 2023 |

| | ASSESSED VALUE | |
|---|---|---|
| HOMESTEAD EXCLUSION | 1,825,100 | |
| FARMSTEAD EXCLUSION | | |
| NET ASSESSMENT | 1,825,100 | |

| TAXES PAID AT | | |
|---|---|---|
| DISCOUNT | FACE | PENALTY |

TAX COLLECTOR'S COPY

Bill #05622

**$39,116.64**