IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | **Re: Docket No(s).** |

**ORDER GRANTING MOTION OF CBL & ASSOCIATES MANAGEMENT, INC. FOR ALLOWANCE OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §§ 365(d)(3), 503(b)(1)(A), AND 507(a)**

Upon the motion (the "Motion")[2] of CBL & Associates Management, Inc., managing agent for York Town Center Holding, L.P., for an order granting Landlord an allowed administrative expense claim pursuant to Bankruptcy Code Sections 365(d)(3), 503(b)(1)(A), and 507(a); and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, as follows:

1. The Motion is GRANTED in its entirety.

2. CBL shall have and is hereby granted an allowed administrative claim against the Debtors in the amount of $149,094.02 pursuant to sections 365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code, and which allowed claim is entitled to priority under Bankruptcy Code section 507(a)(2).

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640) The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

[2] Capitalized terms not herein defined shall have the meanings ascribed to them in the Motion.

2

4. This order shall be enforceable and effective immediately upon its entry.