# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| CHRISTMAS TREE SHOPS, LLC, *et al.,*[1] ) | Case No. 23-10576 (TMH) |
| ) | |
| Debtors. ) | **Hearing Date: October 17, 2023 at 11:00 am** |
| ) | **Objections Due: October 10, 2023 at 4:00 pm** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 8, 2023, CBL & Associates Management, Inc., managing agent for York Town Center Holding, L.P. ("Landlord") filed the **Motion of CBL & Associates Management, Inc. for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(b)(1)(A) and 507(a)** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **OCTOBER 10, 2023 AT 4:00 PM** (prevailing Eastern Standard Time) (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for Landlord.

**PLEASE TAKE FURTHER NOTICE THAT** only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 17, 2023 AT 11:00 AM** BEFORE THE HONORABLE THOMAS M. HORAN, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6th FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640) The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

Dated: September 8, 2023　　　　　　　　HOGAN♦McDANIEL

　　　　　　　　　　　　　　　　　　　　*/s/Garvan F. McDaniel*
　　　　　　　　　　　　　　　　　　　　Garvan F. McDaniel (DE Bar No. 4167)
　　　　　　　　　　　　　　　　　　　　1311 Delaware Avenue
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19806
　　　　　　　　　　　　　　　　　　　　Telephone: 302.656.7540
　　　　　　　　　　　　　　　　　　　　Facsimile: 302.656.7599
　　　　　　　　　　　　　　　　　　　　Email: gfmcdaniel@dkhogan.com

　　　　　　　　　　　　　　　　　　　　*ATTORNEY FOR CBL & ASSOCIATES MANAGEMENT, INC.*