## CERTIFICATE OF SERVICE

I, Garvan McDaniel, hereby certify that on September 8, 2023, I caused a copy of the foregoing **Motion of CBL & Associates Management, Inc. for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(b)(1)(A) and 507(a)** to be served on all parties receiving service via ECF and the parties on the attached service list via first class mail.

*/s/Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar No. 4167)

## Service List

TROUTMAN PEPPER HAMILTON
SANDERS LLP
Evelyn J. Meltzer, Esq.
Marcy J. McLaughlin Smith, Esq.
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, Delaware 19801

MURPHY & KING, PROFESSIONAL
CORPORATION
Harold B. Murphy, Esq.
Christopher M. Condon, Esq.
28 State Street, Suite 301
Boston, Massachusetts 02109

WOMBLE BOND DICKINSON (US) LLP
Matthew P. Ward, Esq.
Ericka F. Johnson, Esq.
Morgan L. Patterson, Esq.
Lisa Bittle Tancredi, Esq.
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801

PORZIO, BROMBERG & NEWMAN, P.C.
Warren J. Martin Jr. , Esq.
Robert M. Schechter, Esq.
Rachel A. Parisi, Esq.
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962-1997

Office of the United States Trustee
Attn: Benjamin Hackman, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Chapter 7 Trustee
George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110

PACHULSKI STANG ZIEHL & JONES
Edward A. Corma
Peter J. Keane
Colin R. Robinson
Bradford J. Sandler
919 North Market Street, 17th Floor
Wilmington, DE 19801