# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 9/12/2023 |
| Case: 23−10576−TMH | Form ID: van439 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty          Garvan F. McDaniel          gfmcdaniel@dkhogan.com

                                                                                        TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
18516046    CBL & Associates Management, Inc.    Gary Roddy Vice President    2030 Hamilton Place Blvd, Suite 500    Legal Collections    Chattanooga, TN 37421

                                                                                        TOTAL: 1