IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC | ) ) ) | Case No. 23-10576 |
| Debtor. | ) ) |  |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO F.R.B.P. RULE 3001(e)(2)

The undersigned hereby provides Notice of Transfer of Claim in the above-referenced bankruptcy proceeding. Claim No. 109, in the amount of $5,285.97, has been transferred from Transferor to Transferee, with evidence of such transfer attached hereto as Exhibit A.

Transferee:

Guaranteed Claim Funding LLC
P.O. Box 735491
Chicago, IL 60673-5491

Transferor:

Michael S. Feist
622 E Berger Street
Emmaus, PA 18049

Dated: September 12, 2023

/s/ Nathalie Sar
By: Nathalie Sar, Manager
Guaranteed Claim Funding LLC

### EXHIBIT A

### ASSIGNMENT OF CLAIM

Michael Feist (the "Seller") is the original holder of a claim or claims (whether scheduled or filed) in In re: CHRISTMAS TREE SHOPS, LLC, Case No. 23-10576, United States Bankruptcy Court for the District of Delaware (such claim(s) collectively referred to as the "Claim").

Seller, for value received, has knowingly decided to sell, transfer and assign any and all interest in the Claim to Guaranteed Claim Funding LLC (the "Buyer").

Seller grants all right, title and interest, including any funds that may be generated, in the Claim to Buyer pursuant to the terms of the Purchase Agreement between Seller and Buyer. (the "Agreement").

Seller has performed their obligations under the Agreement, and all representations and warranties of the Seller are true and correct.

Seller waives its right to receive notice under Rule 3001 of the Federal Rules of Bankruptcy Procedure, waives any objection to the transfer of claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and consents to the substitution of Seller by Buyer for all purposes in the Bankruptcy Case with respect to the Claim.

By: _____
Michael Feist (Sep 1, 2023 15:44 EDT)

_____

Creditor: **Michael Feist**

**Authorized Signatory**