# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**NOTICE OF AGENDA FOR HEARING ON SEPTEMBER 14, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**PLEASE NOTE:  AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELED WITH PERMISSION OF THE COURT.**

## I. ADJOURNED MATTER

1. Debtors' Motion for Entry of an Order (I) Authorizing The Debtors To Reject Their Distribution Center Lease; and (II) Granting Related Relief [Filed July 31, 2023, Docket No. 484].

    **Response Deadline:**  August 14, 2023.

    **Responses Received:**

    (a) 64 Leona Property Owner LLCs: (A) Objection to Debtors Motion for Entry of an Order (I) Authorizing the Debtors to Reject their Distribution Center Lease; and (II) Granting Related Relief; and (B) Motion for Allowance and Payment of Administrative Expense Claim [Filed August 14, 2023, Docket No. 527].

    **Related Documents:**

    A. Certificates of Service [Filed August 10, 2023, Docket No. 513 and 529].

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

**Status**:  The parties have agreed to adjourn this matter to the October 17, 2023 omnibus hearing.  The parties will continue to work on a stipulation to resolve this matter.  The hearing has been canceled with permission of the Court.

Dated:  September 12, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
        crobinson@pszjlaw.com
        pkeane@pszjlaw.com
        ecorma@pszjlaw.com

*Proposed Counsel for the Chapter 7 Trustee*