IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 ) ) Case No. 23-10576 (TMH) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) ) (Jointly Administered) ) |
| Debtors. | ) ) |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING ON SEPTEMBER 18, 2023 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

*This hearing will be conducted in-person before the Honorable Thomas M. Horan, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom #7. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Horan.*

*All participants over Zoom must register in advance. Please register by September 15, 2023, at 4:00 p.m. (EST). at the link below.*

*https://debuscourts.zoomgov.com/meeting/register/vJItcu-orjkrE6mUa9Ebvp79apHKzOcg9Jk*

I. **MATTER GOING FORWARD**

   II.   Chapter 7 Trustee's Emergency Motion Pursuant to Sections 362 and 542 of the Bankruptcy Code to Compel Turnover of Estate Property and Enforce the Automatic Stay [Filed August 29, 2023, Docket No. 588].

   **Response Deadline:** August 31, 2023.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

[2] Amendments are in *italics*.

**Responses Received:**

(a)     Bank Of America, N.A.s Opposition To The Chapter 7 Trustees Emergency Motion Pursuant To Sections 362 And 542 Of The Bankruptcy Code To Compel The Turnover Of Estate Property And Enforce The Automatic Stay [Filed August 31, 2023, Docket No. 599].

**Related Documents:**

A.     [Signed] Order Compelling the Turnover of Estate Property and Enforcing the Automatic Stay [Filed August 31, 2023, Docket No. 606].

**Status**: The matter will go forward as a status conference.

Dated:  September 12, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
      crobinson@pszjlaw.com
      pkeane@pszjlaw.com
      ecorma@pszjlaw.com

*Proposed Counsel for the Chapter 7 Trustee*