# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                                         **Case No.:** 23−10576−TMH
Christmas Tree Shops, LLC

                                                                                                             **Chapter:** 7

## ADMINISTRATIVE CLAIM NOTICE

Your administrative expense claim has been received, and has been added to the docket and the claims register in this bankruptcy case. Your claim will not be noticed for a hearing at this time. You will receive written notice in the future when your administrative expense claim will be scheduled for a hearing.

BY THE COURT

Date: 9/12/23

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN−439)

United States Bankruptcy Court

District of Delaware

In re:                                                                                            Case No. 23-10576-TMH

Christmas Tree Shops, LLC                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                                      User: admin                                            Page 1 of 9

Date Rcvd: Sep 12, 2023                          Form ID: van439                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

**Recip ID**               **Recipient Name and Address**
18516046           +   CBL & Associates Management, Inc., Gary Roddy Vice President, 2030 Hamilton Place Blvd, Suite 500, Legal Collections, Chattanooga, TN 37421-6000

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023                                       Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor Select Consolidated Management LLC awebb@fbtlaw.com, awebb@ecf.courtdrive.com |
| Adam J. Ruttenberg | on behalf of Creditor BFE Ventures LLC aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | on behalf of Creditor South Orleans Real Estate Trust aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | on behalf of Creditor Bridge Real Estate Trust aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | on behalf of Creditor CTS West Dennis Route Twenty-Eight Real Estate LLC aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | |

| | |
|---|---|
| | on behalf of Creditor Route 132 Real Estate Trust aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | |
| | on behalf of Creditor Quaker Real Estate Trust aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | |
| | on behalf of Creditor D and C Real Estate Trust aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | |
| | on behalf of Creditor Waquoit Road Real Estate Trust aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | |
| | on behalf of Creditor Shrewsbury Village Limited Partnership aruttenberg@beaconlawgroup.com |
| Amy D. Brown | |
| | on behalf of Creditor The Huntington National Bank abrown@gsbblaw.com |
| Benjamin A. Hackman | |
| | on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov |
| Bradford J. Sandler | |
| | on behalf of Trustee George L. Miller bsandler@pszjlaw.com |
| Brett S. Theisen | |
| | on behalf of Creditor Ainslie Vorel btheisen@gibbonslaw.com |
| Bryan J Hall | |
| | on behalf of Interested Party Raymours Furniture Company  Inc. bjhall@archerlaw.com |
| Charles J. Brown, III | |
| | on behalf of Creditor Jay Hirsch  Richard Kohn, and Bradford A. Spencer cbrown@gsbblaw.com |
| Christopher Viceconte | |
| | on behalf of Creditor Ainslie Vorel cviceconte@gibbonslaw.com  dseward@gibbonslaw.com |
| Christopher Viceconte | |
| | on behalf of Plaintiff Ainslie H. Vorel cviceconte@gibbonslaw.com  dseward@gibbonslaw.com |
| Christopher S Martone | |
| | on behalf of Creditor SVMP DE  LLC martonelaw@gmail.com |
| Colin R. Robinson | |
| | on behalf of Trustee George L. Miller crobinson@pszjlaw.com |
| Daire J Pyle | |
| | on behalf of Creditor Vigo Importing Company dpyle@sterneisenberg.com  ecfaccount@orlans.com;ANHSOrlans@InfoEX.com |
| Dana S. Plon | |
| | on behalf of Creditor Holyoke Crossing LLC dplon@sirlinlaw.com |
| David P. Primack | |
| | on behalf of Creditor MCS-Lancaster DE LP dprimack@mdmc-law.com  scarney@mdmc-law.com |
| Dennis A. Meloro | |
| | on behalf of Interested Party Eclipse Business Capital LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com |
| Dennis A. Meloro | |
| | on behalf of Interested Party Eclipse Business Capital SPV  LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com |
| Douglas B. Rosner | |
| | on behalf of Creditor Vickerry Realty Co Trust drosner@goulstonstorrs.com |
| Douglas B. Rosner | |
| | on behalf of Creditor North Conway Plaza  LLC drosner@goulstonstorrs.com |
| Dustin Parker Branch | |
| | on behalf of Creditor KRE Colonie Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor FR Assembly Square  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Brixmor Operating Partnership L.P. branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | |
| | on behalf of Creditor Acadia Realty Limited Partnership branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 3 of 9 |
| Date Rcvd: Sep 12, 2023 | Form ID: van439 | Total Noticed: 1 |

Edward A. Corma
    on behalf of Trustee George L. Miller ecorma@pszjlaw.com

Ericka Fredricks Johnson
    on behalf of Creditor Committee Official Committee of Unsecured Creditors Ericka.johnson@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com

Evelyn J. Meltzer
    on behalf of Debtor Christmas Tree Shops  LLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Evelyn J. Meltzer
    on behalf of Debtor Handil Holdings  LLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Evelyn J. Meltzer
    on behalf of Debtor Nantucket Distributing Co.  LLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Evelyn J. Meltzer
    on behalf of Debtor Salkovitz Family Trust 2  LLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Evelyn J. Meltzer
    on behalf of Debtor Handil  LLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Garvan F. McDaniel
    on behalf of Creditor CBL & Associates Management  Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel
    on behalf of Creditor Loomis Armored US  LLC, gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Geoffrey G. Grivner
    on behalf of Creditor Bank of America  N.A. geoffrey.grivner@bipc.com, sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

George L. Miller
    gmiller@mctllp.com lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com

Gregg M. Galardi
    on behalf of Creditor Restore Capital (CTS)  LLC gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Gregg M. Galardi
    on behalf of Creditor Restore Capital  LLC gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Gregg M. Galardi
    on behalf of Creditor Hilco Merchant Resources  LLC gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Gregory A. Taylor
    on behalf of Other Prof. Pathlight Capital LP gtaylor@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com

Howard W Robertson, IV
    on behalf of Interested Party HC Atlantic Development LP robertson@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com

Jacqueline Price
    on behalf of Creditor Jay Hirsch  Richard Kohn, and Bradford A. Spencer jmp@bostonbusinesslaw.com

James M Liston
    on behalf of Creditor Jay Hirsch  Richard Kohn, and Bradford A. Spencer jml@bostonbusinesslaw.com

Jeffrey Kurtzman
    on behalf of Creditor Airport Associates LP kurtzman@kurtzmansteady.com

Jeffrey C. Wisler
    on behalf of Creditor Blue Yonder  Inc. jwisler@connollygallagher.com

Jennifer V. Doran
    on behalf of Creditor NPP Development LLC jdoran@hinckleyallen.com calirm@haslaw.com

Jenny Kasen
    on behalf of Creditor Supreme Lights Candle  Inc. jkasen@kasenlaw.com

Joe Calhoun
    on behalf of Creditor Samsonico USA  LLC Joe.Calhoun@CalhounLawFirm.com

John C Gentile
    on behalf of Creditor 64 Leona Property Owner LLC jgentile@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John R. Weaver, Jr.
    on behalf of Creditor Achim Importing  Inc. jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.

Case 23-10576-TMH    Doc 636    Filed 09/14/23    Page 5 of 10

| District/off: 0311-1 | User: admin | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Conopco Inc. dba Unilever United States jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com |
| John R. Weaver, Jr. | |
| | on behalf of Creditor Levin Properties L.P. jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com |
| John T. Carroll, III | |
| | on behalf of Creditor Utz Quality Foods LLC jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com |
| Joseph H Lemkin | |
| | on behalf of Creditor Conopco Inc. dba Unilever United States jlemkin@stark-stark.com |
| Joseph H Lemkin | |
| | on behalf of Creditor Levin Properties L.P. jlemkin@stark-stark.com |
| Joseph H Lemkin | |
| | on behalf of Creditor High Pointe Commons Holding II-HAP LP jlemkin@stark-stark.com |
| Joseph N. Argentina, Jr. | |
| | on behalf of Creditor USM Inc. joseph.argentina@faegredrinker.com, rokeysha.ramos@faegredrinker.com;cathy.greer@faegredrinker.com |
| Karen C. Bifferato | |
| | on behalf of Creditor North Conway Plaza LLC kbifferato@connollygallagher.com |
| Karen C. Bifferato | |
| | on behalf of Creditor Vickerry Realty Co Trust kbifferato@connollygallagher.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor 64 Leona Property Owner LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kimberly A. Brown | |
| | on behalf of Interested Party HC Atlantic Development LP brown@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com |
| Kristen N. Pate | |
| | on behalf of Creditor Brookfield Properties Retail Inc bk@bpretail.com |
| Kyle P. McEvilly | |
| | on behalf of Creditor Ainslie Vorel kmcevilly@gibbonslaw.com |
| Laurel D. Roglen | |
| | on behalf of Creditor Brixmor Operating Partnership L.P. roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | |
| | on behalf of Creditor KRE Colonie Owner LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | |
| | on behalf of Creditor Federal Realty Investment Trust roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | |
| | on behalf of Creditor Soundwater Properties Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | |
| | on behalf of Creditor ARG CRHAGMD001 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | |
| | on behalf of Creditor ARG TCFLOKY001 LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | |
| | on behalf of Creditor Acadia Realty Limited Partnership roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | |
| | on behalf of Creditor FR Assembly Square LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Lawrence Joel Kotler | |
| | on behalf of Creditor Coastal One Properties LLC ljkotler@duanemorris.com |
| Leo Muchnik | |
| | on behalf of Interested Party Eclipse Business Capital LLC muchnikl@gtlaw.com |
| Leo Muchnik | |
| | on behalf of Interested Party Eclipse Business Capital SPV LLC muchnikl@gtlaw.com |
| Leslie C. Heilman | |
| | on behalf of Creditor Acadia Realty Limited Partnership heilmanl@ballardspahr.com carbonej@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor FR Assembly Square LLC heilmanl@ballardspahr.com, carbonej@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor Soundwater Dartmouth LLC heilmanl@ballardspahr.com, carbonej@ballardspahr.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 5 of 9 |
| Date Rcvd: Sep 12, 2023 | Form ID: van439 | Total Noticed: 1 |

Leslie C. Heilman
    on behalf of Creditor Brixmor Operating Partnership L.P. heilmanl@ballardspahr.com carbonej@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor KRE Colonie Owner LLC heilmanl@ballardspahr.com carbonej@ballardspahr.com

Lindsey M. Harrison Madgar
    on behalf of Creditor PA Eastway Inc. lmadgar@cafarocompany.com

Lisa Bittle Tancredi
    on behalf of Creditor Committee Official Committee of Unsecured Creditors lisa.tancredi@wbd-us.com liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com

M. Claire McCudden
    on behalf of Creditor CTS Fiduciary LLC MCMcCudden@MDWCG.com

M. Claire McCudden
    on behalf of Creditor Turtle Rock LLC MCMcCudden@MDWCG.com

M. Claire McCudden
    on behalf of Creditor Waquoit Road Real Estate Trust MCMcCudden@MDWCG.com

M. Claire McCudden
    on behalf of Creditor D and C Real Estate Trust MCMcCudden@MDWCG.com

M. Claire McCudden
    on behalf of Creditor South Orleans Real Estate Trust MCMcCudden@MDWCG.com

M. Claire McCudden
    on behalf of Creditor Route 132 Real Estate Trust MCMcCudden@MDWCG.com

M. Claire McCudden
    on behalf of Creditor Quaker Real Estate Trust MCMcCudden@MDWCG.com

M. Claire McCudden
    on behalf of Creditor CTS West Dennis Route Twenty-Eight Real Estate LLC MCMcCudden@MDWCG.com

M. Claire McCudden
    on behalf of Creditor Bridge Real Estate Trust MCMcCudden@MDWCG.com

M. Claire McCudden
    on behalf of Creditor BFE Ventures LLC MCMcCudden@MDWCG.com

M. Claire McCudden
    on behalf of Creditor Shrewsbury Village Limited Partnership MCMcCudden@MDWCG.com

Marc J. Phillips
    on behalf of Creditor Prestige Patio Co. Ltd. mphillips@mmwr.com marc-phillips-8177@ecf.pacerpro.com

Marcy J. McLaughlin Smith
    on behalf of Debtor Christmas Tree Shops LLC Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Margaret A. Vesper
    on behalf of Creditor Brixmor Operating Partnership L.P. vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Acadia Realty Limited Partnership vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor FR Assembly Square LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor KRE Colonie Owner LLC vesperm@ballardspahr.com

Mark B. Conlan
    on behalf of Plaintiff Ainslie H. Vorel mconlan@gibbonslaw.com nmitchell@gibbonslaw.com

Mark B. Conlan
    on behalf of Creditor Ainslie Vorel mconlan@gibbonslaw.com nmitchell@gibbonslaw.com

Mark L. Desgrosseilliers
    on behalf of Creditor Restore Capital LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;lord@chipmanbrown.com

Mark L. Desgrosseilliers
    on behalf of Creditor Hilco Merchant Resources LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;lord@chipmanbrown.com

Mark L. Desgrosseilliers
    on behalf of Creditor Restore Capital (CTS) LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;lord@chipmanbrown.com

Mark W Powers

Case 23-10576-TMH    Doc 636    Filed 09/14/23    Page 7 of 10

| District/off: 0311-1 | User: admin | Page 6 of 9 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party HC Atlantic Development LP mpowers@bowditch.com |
| Matthew P. Ward | on behalf of Creditor Committee Official Committee of Unsecured Creditors matthew.ward@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com |
| Michael D DeBaecke | on behalf of Other Prof. Pathlight Capital LP mdebaecke@ashbygeddes.com |
| Michael G. Busenkell | on behalf of Creditor The Huntington National Bank mbusenkell@gsbblaw.com |
| Michelle Newton | on behalf of Creditor Donald Lee mln@stoneinjury.com |
| Morgan L. Patterson | on behalf of Creditor Committee Official Committee of Unsecured Creditors morgan.patterson@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com |
| Paul Bekker | on behalf of Other Prof. Pathlight Capital LP pbekker@riemerlaw.com |
| Paul W. Carey | on behalf of Creditor Medford Wellington Service Co. Inc. pcarey@mirickoconnell.com |
| Paul W. Carey | on behalf of Creditor Sun Life Assurance Company of Canada pcarey@mirickoconnell.com |
| Peter J Keane | on behalf of Trustee George L. Miller pkeane@pszjlaw.com |
| Rachel A. Parisi | on behalf of Creditor Committee Official Committee of Unsecured Creditors raparisi@pbnlaw.com mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel B. Mersky | on behalf of Creditor Kimco Realty Corporation rmersky@monlaw.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Richard L. Schepacarter | on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov |
| Robert Rock | on behalf of Creditor NYS Department of Taxation and Finance robert.rock@ag.ny.gov |
| Robert Rock | on behalf of Interested Party Attorney General of the State of New York robert.rock@ag.ny.gov |
| Robert K. Malone | on behalf of Creditor Ainslie Vorel rmalone@gibbonslaw.com nmitchell@gibbonslaw.com |
| Robert K. Malone | on behalf of Plaintiff Ainslie H. Vorel rmalone@gibbonslaw.com nmitchell@gibbonslaw.com |
| Robert L. LeHane | on behalf of Creditor Kite Realty Group L.P. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Brookfield Properties Retail Inc KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | on behalf of Creditor Blumenfeld Development Group Ltd. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert M. Schechter | on behalf of Creditor Committee Official Committee of Unsecured Creditors rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Ronald E Gold | on behalf of Creditor WPG Legacy LLC rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;bparker@fbtlaw.com |
| Ronald Mark Tucker | on behalf of Creditor Simon Property Group Inc. rtucker@simon.com, bankruptcy@simon.com |
| Scott L. Fleischer | on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com |
| Shannon Dougherty Humiston | on behalf of Creditor KeySpan Energy Delivery New York shumiston@mccarter.com |

District/off: 0311-1                           User: admin                                  Page 7 of 9
Date Rcvd: Sep 12, 2023                        Form ID: van439                              Total Noticed: 1

| | |
|---|---|
| Shannon Dougherty Humiston | on behalf of Creditor Parampara shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Potomac Edison Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor New York State Electric and Gas Corporation shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Public Service Electric And Gas Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Orange & Rockland Utilities  Inc. shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Florida Power & Light Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Public Service Company of New Hampshire shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Niagara Mohawk Power Corporation shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Riba Textiles  Ltd. shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Narragansett Electric Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Boston Gas Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Yankee Gas Service Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Rochester Gas & Electric Corporation shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor NStar East Electric Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Jersey Central Power & Light Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Pennsylvania Electric Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Colonial Gas Cape Cod shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Georgia Power Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor PECO Energy Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Metropolitan Edison Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor KeySpan Energy Delivery Long Island shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Delmarva Power & Light Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Eversource Gas of Massachusetts shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Massachusetts Electric Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Nstar Gas Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor The Connecticut Light & Power Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Atlantic City Electric Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Consolidated Edison Company Of New York  Inc. shumiston@mccarter.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 8 of 9 |
| Date Rcvd: Sep 12, 2023 | Form ID: van439 | Total Noticed: 1 |

| | |
|---|---|
| Susan E. Kaufman | on behalf of Creditor Kite Realty Group L.P. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Oak Street Real Estate Capital LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor Blumenfeld Development Group Ltd. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor Brookfield Properties Retail Inc skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor DLC Management Corp. skaufman@skaufmanlaw.com |
| Thomas Onder | on behalf of Creditor High Pointe Commons Holding II-HAP LP tonder@stark-stark.com, ereid@stark-stark.com |
| Thomas Onder | on behalf of Creditor Levin Properties L.P. tonder@stark-stark.com, ereid@stark-stark.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| Warren J. Martin, Jr. | on behalf of Creditor Committee Official Committee of Unsecured Creditors wjmartin@pbnlaw.com |
| William F. Taylor, Jr. | on behalf of Creditor Public Service Electric And Gas Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Metropolitan Edison Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Florida Power & Light Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Jersey Central Power & Light Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Boston Gas Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Niagara Mohawk Power Corporation bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Pennsylvania Electric Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor KeySpan Energy Delivery New York bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor The Connecticut Light & Power Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Consolidated Edison Company Of New York Inc. bankruptcydel@mccarter.com, bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor New York State Electric and Gas Corporation bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Orange & Rockland Utilities Inc. bankruptcydel@mccarter.com, bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Georgia Power Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Rochester Gas & Electric Corporation bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor NStar East Electric Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Colonial Gas Cape Cod bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Eversource Gas of Massachusetts bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Yankee Gas Service Company bankruptcydel@mccarter.com bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | |

District/off: 0311-1  User: admin  Page 9 of 9
Date Rcvd: Sep 12, 2023  Form ID: van439  Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Atlantic City Electric Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor PECO Energy Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Public Service Company of New Hampshire bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor KeySpan Energy Delivery Long Island bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Potomac Edison Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Massachusetts Electric Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Narragansett Electric Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Delmarva Power & Light Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |

TOTAL: 198