# EXHIBIT C

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES FOR FINAL APPLICATION PERIOD
## (MAY 5, 2023 THROUGH AUGUST 16, 2023)

Murphy & King's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Murphy & King's hourly rates for bankruptcy services are comparable to the rates charged by the firm for non-bankruptcy engagements staffed by professionals and paraprofessionals in Murphy & King's domestic United States offices, whether in court or otherwise, regardless of whether a fee application is required.

| POSITION | BLENDED HOURLY RATE FOR THIS FEE APPLICATION | BLENDED HOURLY RATE FIRM-WIDE FOR PRECEDING FISCAL YEAR 2022 |
|---|---|---|
| Shareholder | $650 | $619 |
| Associate | $325 | $340 |
| Paralegal | $240 | $240 |
| **AGGREGATE BLENDED HOURLY RATE – ALL TIMEKEEPERS** | $520 | $529 |