# EXHIBIT D

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FINAL FEE APPLICATION
### (MAY 5, 2023 THROUGH AUGUST 16, 2023)

| Timekeeper Name | Position (Year of Bar Admission) | Department | Fees Billed in this Fee Application | Hours Billed in this Fee Application | Hourly Rate Billed in this Fee Application | Number of Rate Increases in this Fee Application |
|---|---|---|---|---|---|---|
| Harold B. Murphy | Shareholder (1981) | Finance and Restructuring | $255,008.25 | 354.7 | $ 735 | None |
| Charles R. Bennett, Jr. | Shareholder (1974) | Finance and Restructuring | $24,622.50 | 33.5 | $ 735 | None |
| Andrew G. Lizotte | Shareholder (1991) | Finance and Restructuring | $10,335.00 | 15.9 | $ 650 | None |
| D. Ethan Jeffery | Shareholder (1991) | Finance and Restructuring | $2,600.00 | 4 | $ 650 | None |
| Christopher M. Condon | Shareholder (2002) | Finance and Restructuring | $238,767.75 | 417.5 | $ 585 | None |
| Kathleen R. Cruickshank | Shareholder (1987) | Finance and Restructuring | $32,000 | 51.2 | $ 625 | None |
| William R. Moorman | Shareholder (1986) | Finance and Restructuring | $24,245.00 | 37.3 | $ 650 | None |
| Steven M. Veenema | Shareholder (2008) | Business Litigation | $345.00 | 0.6 | $ 575 | None |
| Leah A. O'Farrell | Associate (2021) | Business Litigation | $75,075.00 | 231 | $ 325 | None |
| Amanda Spanos | Paralegal | Finance and Restructuring | $192.00 | 0.8 | $ 240 | None |
| Michael J. Tretter | Paralegal | Business Litigation | $408.00 | 1.7 | $ 240 | None |
| Elizabeth C. Johnson | Paralegal | Business Litigation | $1,680.00 | 7.0 | $ 240 | None |
| **TOTALS:** | | | **$ 665,268.50**[12] | **1,155.2** | | |

---

[12] The total payment to Murphy & King, in accordance with the Supplemental DIP Order, for fees and expenses is capped at $607,508.57. *See Supra* Note 2.