**<u>EXHIBIT E</u>**

**SUMMARY OF FEES REQUESTED DURING FINAL APPLICATION PERIOD, CATEGORIZED BY
TASK CODE (MAY 5, 2023 THROUGH AUGUST 16, 2023)**

| Project Category Code | Project Category Description | Total Hours Billed | Total Compensation Billed |
|---|---|---|---|
| B110 | Case Administration | 48.9 | $22,773.00 |
| B130 | Asset Disposition | 49.1 | $27,778.50 |
| B140 | Relief from Stay – Adequate Protection Proceedings | 29 | $16,563.00 |
| B150 | Meetings of and Communications with Creditors | 47.8 | $29,004.50 |
| B160 | Fee/Employment Applications | 26.2 | $15,975.00 |
| B180 | Avoidance Action Analysis | 12.2 | $8,117.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 74 | $41,741.00 |
| B190 | Other Contested Matters | 149.9 | $86,509.00 |
| B195 | Non-working Travel | 34.2 | $11,166.00 |
| B210 | Business Operations | 103.2 | $57,468.00 |
| B220 | Employee Benefits | 22.9 | $12,225.50 |
| B230 | Financing/Cash Collections | 251.60 | $155,893.50 |
| B300 | Claims and Plans | 52.8 | $33,040.00 |
| B310 | Claims Administration and Objections | 18.4 | $10,394.00 |
| B320 | Plan and Disclosure Statement | 235 | $136,630.50 |
| **TOTAL:** | | **1,155.2** | **$665,268.50**[13] |

---

[13]    The total payment to Murphy & King, in accordance with the Supplemental DIP Order, for fees and expenses is capped at $607,508.57. *See Supra* Note 2.