## EXHIBIT F

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED
## FOR FINAL APPLICATION PERIOD, BY CATEGORY
## (MAY 5, 2023 THROUGH AUGUST 16, 2023)

| EXPENSE DESCRIPTION | VENDOR/PROVIDER | AMOUNT |
|---|---|---|
| Copy and Mailing Charges | Internal | $2,760.70 |
| Telephone | Vast Conference | $2.32 |
| Online Research | Various | $156.80 |
| Delivery Service / Messengers | Federal Express | $53.64 |
| Out-of-Town Travel | Various | $11,582.63 |
| Meals | Various | $405.75 |
| Litigation Vendor Support | Reliable Court Reporting | $637.35 |
| Online Services/Filing Fees | Various | $244.80 |
| Ground Transportation | Various | $800.81 |
| | **TOTAL** | **$16,664.80** |