# EXHIBIT G

## MURPHY & KING BUDGET FOR MAY 5, 2023 THROUGH JULY 29, 2023

| Project Category Code | Project Category Description | Low Hours | High Hours | Low Total Compensation | High Total Compensation | Total Hours Billed[14] | Total Compensation Billed |
|---|---|---|---|---|---|---|---|
| B110 | Case Administration | 100 | 115 | $64,500 | $75,000 | 48.9 | $22,773.00 |
| B111 | Statement of Financial Affairs and Schedules | 20 | 30 | $13,000 | $20,000 | N/A | N/A |
| B112, B113, B190, B191 | Creditor Inquiries, Review of Pleadings, Contested Matters and Motions, and General Litigation | 160 | 175 | $103,500 | $113,000 | 197.7 | $115,513.50 |
| B140 | Relief from Stay | 10 | 15 | $6,500 | $10,000 | 29 | $16,563.00 |
| B150 | Creditors' Committee | 50 | 60 | $32,500 | $40,000 | N/A | N/A |
| B155 | Court Hearings | 40 | 50 | $26,000 | $33,000 | 34.2 | $11,166.00 |
| B160, B165, B170, B175 | Employment/Retention, and Fee Applications | 30 | 40 | $20,000 | $26,000 | 26.2 | $15,975.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 50 | 75 | $33,000 | $50,000 | 74 | $41,741.00 |
| B210, B211, B212, B220, B240, B241 | Business Operations, Financial Reports, Vendor Issues, Employee Benefits/Pensions, Tax Issues, and Utility Issues | 100 | 125 | $64,500 | $81,000 | 126.1 | 80,859.50 |
| B230 | DIP Financing and Cash Collateral | 75 | 85 | $49,000 | $55,000 | 251.6 | $155,893.50 |
| B310 | Claims Administration & Objections | 30 | 35 | $20,000 | $22,500 | 71.2 | $43,434.00 |
| B130, B320 | Asset Disposition, Disclosure Statement, Solicitation, Plan and Confirmation | 200 | 225 | $129,000 | $145,000 | 284.1 | 164,409.00 |
| TOTALS: | | 865 | 1,030 | $565,000 | $670,000 | 1,143 | $657,151.50[15] |

---

[14] Omits Avoidance Action Analysis (B180), which was not included in the original budget.

[15] The total payment to Murphy & King, in accordance with the Supplemental DIP Order, for fees and expenses is capped at $607,508.57. *See Supra* Note 2.