# EXHIBIT A

## SUMMARY AND DETAILS OF FEES FOR THIRD MONTHLY PERIOD
### (AUGUST 1, 2023 THROUGH AUGUST 16, 2023)

### SUMMARY OF SERVICES RENDERED BY TIMEKEEPER

| TIMEKEEPER NAME | POSITION (YEAR OF BAR ADMISSION) | DEPARTMENT | FEES BILLED IN THIS FEE APPLICATION | HOURS BILLED IN THIS FEE APPLICATION | HOURLY RATE BILLED IN THIS FEE APPLICATION | NUMBER OF RATE INCREASES IN THIS FEE APPLICATION |
|---|---|---|---|---|---|---|
| Evelyn J. Meltzer | Partner (2001) | Finance and Restructuring | $23,000 | 23.00 | $1,000 | None |
| Marcy J. McLaughlin Smith | Associate (2015) | Finance and Restructuring | $14,616.00 | 17.4 | $840 | None |
| Susan M. Henry | Paralegal | Finance and Restructuring | $1,092.00 | 2.8 | $390 | None |
| Monica A. Molitor | Paralegal | Finance and Restructuring | $13,104.00 | 33.6 | $390 | None |
| | | **TOTALS:** | **$51,812.00** | **76.8** | | |
| | | **TOTAL BLENDED RATE:** | **$674.64** | | | |

162096658v4

## SUMMARY OF SERVICES RENDERED BY TASK CODE

| Project Category Code | Project Category Description | Total Hours Billed | Total Compensation Billed |
|---|---|---|---|
| B110 | Case Administration | 3.9 | $1,627.00 |
| B130 | Asset Disposition | 3.5 | $3,340.00 |
| B140 | Relief from Stay – Adequate Protection Proceedings | 2.4 | $1,707.00 |
| B150 | Meetings of and Communications with Creditors | 0.4 | $400.00 |
| B155 | Court Hearings | 17.2 | $10,543.00 |
| B160 | Fee Applications | 4.7 | $2,549.00 |
| B165 | Fee Applications – Others | 9.5 | $4,871.00 |
| B175 | Retention Applications - Others | 0.1 | $39.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 3.6 | $2,425.00 |
| B188 | Assumption/Rejection of Non-Residential Real Estate Leases | 1.5 | $1,260.00 |
| B190 | Other Contested Matters | 24.0 | $18,472.00 |
| B191 | General Litigation | 1.0 | $586.00 |
| B210 | Business Operations | 0.1 | $100.00 |
| B230 | Financing/Cash Collections | 0.2 | $123.00 |
| B320 | Plan and Disclosure Statement | 4.7 | $3,770.00 |
| B460 | Other – Insurance Matters | 3.6 | $2,425.00 |
| **TOTAL:** | | **76.8** | **$51,812.00** |

162096658v4

Troutman Pepper Hamilton Sanders LLP Time Entry Detail by Task Code for Period: 8/1/23 to 8/16/23

| Date | TKPR Name | Bs Hrs | Tobill Amt | Task Code | Narrative |
|---|---|---|---|---|---|
| 8/1/2023 | Molitor, Monica A. | 0.20 | $78.00 | B110 | Update critical dates calendar |
| 8/2/2023 | Molitor, Monica A. | 0.10 | $39.00 | B110 | Email from L. Taylor re Reliable invoice re hearing binder preparation, delivery to Court, review invoice |
| 8/2/2023 | Molitor, Monica A. | 0.20 | $78.00 | B110 | Email exchanges with E. Meltzer, M. McLaughlin Smith re 8/2 filing deadline per Del. Bankr. L.R. 9006-1(c) |
| 8/3/2023 | Molitor, Monica A. | 0.30 | $117.00 | B110 | Update critical dates calendar |
| 8/4/2023 | Molitor, Monica A. | 0.30 | $117.00 | B110 | Update critical dates calendar |
| 8/7/2023 | Molitor, Monica A. | 0.20 | $78.00 | B110 | Email exchanges with E. Meltzer, M. McLaughlin Smith, noticing agent re service of pleadings for 8.7 |
| 8/7/2023 | Molitor, Monica A. | 0.40 | $156.00 | B110 | Update critical dates calendar |
| 8/8/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B110 | Review and respond to M. Molitor email re: critical dates calendar |
| 8/8/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B110 | Speaking with M. Molitor re case calendar |
| 8/8/2023 | Molitor, Monica A. | 0.20 | $78.00 | B110 | Email exchanges with E. Meltzer, M. McLaughlin Smith re critical dates calendar |
| 8/8/2023 | Molitor, Monica A. | 0.10 | $39.00 | B110 | Confer with E. Meltzer re case status, calendar |
| 8/8/2023 | Molitor, Monica A. | 0.10 | $39.00 | B110 | Update critical dates calendar |
| 8/9/2023 | Molitor, Monica A. | 0.10 | $39.00 | B110 | Email to E. Meltzer, M. McLaughlin Smith re case calendar through 8.31 |
| 8/9/2023 | Molitor, Monica A. | 0.20 | $78.00 | B110 | Update critical dates calendar |
| 8/9/2023 | Molitor, Monica A. | 0.10 | $39.00 | B110 | Email to E. Meltzer, M. McLaughlin Smith re case calendar through 9/1 |
| 8/11/2023 | Molitor, Monica A. | 0.20 | $78.00 | B110 | Update critical dates calendar |
| 8/11/2023 | Molitor, Monica A. | 0.20 | $78.00 | B110 | Update critical dates calendar |
| 8/14/2023 | Molitor, Monica A. | 0.20 | $78.00 | B110 | Update critical dates calendar |
| 8/15/2023 | Molitor, Monica A. | 0.20 | $78.00 | B110 | Update critical dates calendar |
| 8/16/2023 | Molitor, Monica A. | 0.40 | $156.00 | B110 | Update critical dates calendar pursuant to conversion order deadlines |
| | | **3.90** | **$1,627.00** | **B110** | **Case Administration** |
| | | | | | |
| 8/1/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B130 | Emails with Company team and E. Meltzer re: potential lease/IP sale |
| 8/1/2023 | McLaughlin Smith, Marcy J | 0.60 | $504.00 | B130 | Telephone call with E. Meltzer, and in part T. Kohl (0.2), re: potential IP and lease sale |
| 8/1/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B130 | Review emails with L. Scott and E. Meltzer re: estimated cost re: potential sale notices |
| 8/1/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B130 | Email to M. Kauffman re budget for IP and leases sales |
| 8/1/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B130 | Email to M. Salkovitz re lease sales |
| 8/1/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B130 | Email to KCC re cost to serve sale notice on creditor's matrix |
| 8/1/2023 | Meltzer, Evelyn J | 0.30 | $300.00 | B130 | Call with M. Smith re IP and lease sales |
| 8/1/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B130 | Speaking with T. Kohl re IP and lease sales |
| 8/2/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B130 | Telephone call with E. Meltzer re: potential IP/lease sales update |
| 8/2/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B130 | Emails with S. Fox and E. Meltzer re: potential IP/lease sales |
| 8/2/2023 | Meltzer, Evelyn J | 0.30 | $300.00 | B130 | Email to S Fox re: go forward budget |
| 8/2/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B130 | Speaking to M Smith re: go forward budget |
| 8/3/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B130 | Emails with S. Fox and E. Meltzer re: potential IP/lease sales |
| 8/3/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B130 | Emails with MK team and E. Meltzer re: potential lease sales |
| 8/3/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B130 | Emails with M. Kaufman and E. Meltzer re: budget for potential IP/lease sale |
| 8/3/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B130 | Email to M Kauffman re: go forward budget |
| 8/3/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B130 | Speaking to T Kohl re: IP sale |
| 8/3/2023 | Meltzer, Evelyn J | 0.30 | $300.00 | B130 | Speaking to A&G re: lease sales |
| 8/8/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B130 | Speaking with M. Powers re sale of leases |
| 8/10/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B130 | Review M. Desgrosseilliers email re: cash procedures at closing store locations |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B130 | Speaking with potential buyer re IP |
| 8/11/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B130 | Speak with M. Powers re sale of lease |
| 8/11/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B130 | Email to M. Power re amounts owed under lease |
| 8/14/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B130 | Email to M. Kauffman re go forward funds |
| | | **3.90** | **$3,676.00** | **B130** | **Asset Disposition** |

| Date | TKPR Name | Bs Hrs | Tobill Amt | Task Code | Narrative |
|---|---|---|---|---|---|
| 8/1/2023 | Molitor, Monica A. | 0.10 | $39.00 | B140 | Obtain, review agreed order re Soundwater lift stay motion |
| 8/2/2023 | McLaughlin Smith, Marcy J | 0.30 | $252.00 | B140 | Review Bank of America stay relief motion |
| 8/2/2023 | McLaughlin Smith, Marcy J | 0.20 | $168.00 | B140 | Email M. Kaufman and E. Meltzer re: BoA stay relief motion |
| 8/7/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B140 | Emails with M. Kaufman and E. Meltzer re: BoA stay relief motion |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B140 | Email to M Kauffman re: BoA Stay Relief Motion |
| 8/8/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B140 | Telephone call with E. Meltzer re: BoA stay relief motion |
| 8/8/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B140 | Review E. Meltzer email to UCC counsel re: BoA stay relief motion |
| 8/8/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B140 | Speaking with M. Smith re BoA stay relief motion |
| 8/8/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B140 | Email to Committee re stay relief motion |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B140 | Email to Committee re Bank of America stay relief motion |
| 8/9/2023 | Molitor, Monica A. | 0.10 | $39.00 | B140 | Email exchanges with E. Meltzer, M. McLaughlin Smith re Bank of America lift stay motion re 8.16 hearing agenda |
| 8/11/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B140 | Email to G. Grivner re Bank of America stay relief motion |
| 8/11/2023 | Molitor, Monica A. | 0.20 | $78.00 | B140 | Email exchanges with E. Meltzer, G. Grivener re CNO re Bank of America lift stay motion |
| 8/11/2023 | Molitor, Monica A. | 0.10 | $39.00 | B140 | Email from J. Lemkin re revised order, accounting re Levin Properties lift stay motion |
| 8/14/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B140 | Emails with E. Meltzer and J. Lemkin re: Levin Properties stay relief motion and revised proposed order |
| 8/14/2023 | Molitor, Monica A. | 0.20 | $78.00 | B140 | Emails from J. Lemkin, E. Meltzer re revised order to submit under COC re Levin Properties lift stay motion scheduled for 8.16 hearing |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B140 | Obtain, review order granting Levin Properties, L.P re motion for lift stay, admin claim |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B140 | Obtain, review COC filed by Levin Properties, L.P re motion for lift stay, admin claim |
|  |  | **2.40** | **$1,707.00** | **B140** | **Relief from Stay-Adequate Protection Proceedings** |
|  |  |  |  |  |  |
| 8/9/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B150 | Speaking with M. Molitor re 8/16/23 hearing agenda |
| 8/14/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B150 | Reviewing amended agenda |
| 8/14/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B150 | Email to Court re final fee hearing |
|  |  | **0.40** | **$400.00** | **B150** | **Meetings of and Communications with Creditors** |
|  |  |  |  |  |  |
| 8/2/2023 | Molitor, Monica A. | 0.20 | $78.00 | B155 | Prepare special service list re 9.14 hearing |
| 8/2/2023 | Molitor, Monica A. | 0.60 | $234.00 | B155 | Prepare 9.14 hearing agenda |
| 8/2/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Email to A. Smith re Reliable invoice re hearing binder preparation, delivery to Court |
| 8/3/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Update 8.16 hearing agenda |
| 8/4/2023 | Molitor, Monica A. | 0.40 | $156.00 | B155 | Update 9.14 hearing agenda |
| 8/7/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B155 | Emails with chambers, E. Meltzer and M. Molitor re: 8/31 hearing date and COC re: same |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B155 | Email to M Patterson re: Committee standing motion. |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B155 | Email to Court re: August 31st hearing |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B155 | Reviewing COC re: omnibus hearing |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Finalize COC, order setting 8.31 omnibus date for efiling |
| 8/7/2023 | Molitor, Monica A. | 0.20 | $78.00 | B155 | Prepare COC, order settting 8.31 omnibus hearing date |
| 8/7/2023 | Molitor, Monica A. | 0.30 | $117.00 | B155 | Email exchanges with E. Meltzer, M. McLaughlin Smith, A. Hrycak re 8.31 omnibus hearing date, courtroom number for same, COC and order re same |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Efile COC, order re 8.31 omnibus hearing |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Obtain as-filed COC re 8.31 omnibus hearing |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Upload order setting 8.31 omnibus hearing date |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Obtain order entered by Court setting 8.31 hearing |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Email exchange with noticing agent re service of COC, order setting 8.31 omnibus hearing date |
| 8/8/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Confer with E. Meltzer re status of matters scheduled for 8.16 hearing |
| 8/9/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Email from D. Gadson re Zoom registration link re 8.31 hearing |
| 8/9/2023 | Molitor, Monica A. | 0.30 | $117.00 | B155 | Prepare 8.31 hearing agenda |
| 8/9/2023 | Molitor, Monica A. | 0.30 | $117.00 | B155 | Update 8.16 hearing agenda |

| Date | TKPR Name | Bs Hrs | Tobill Amt | Task Code | Narrative |
|---|---|---|---|---|---|
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Prepare hearing binder cover re 8.16 hearing binder for chambers |
| 8/11/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B155 | Review M. Molitor email re: 8/16 hearing agenda question |
| 8/11/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Confer with E. Meltzer re 8.16 hearing agenda, matters going forward |
| 8/11/2023 | Molitor, Monica A. | 0.30 | $117.00 | B155 | Obtain, review certifications of counsel, orders filed by movants re matters scheduled for 8.16 hearing |
| 8/11/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Confer with E. Meltzer re 8.16 hearing, matters going forward re same |
| 8/11/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Email to E. Meltzer, M. McLaughlin Smith re 8.16 hearing agenda |
| 8/11/2023 | Molitor, Monica A. | 0.60 | $234.00 | B155 | Update 8.16 hearing agenda |
| 8/11/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Email to E. Meltzer, M. McLaughlin Smith re 8.16 hearing agenda, status of matters |
| 8/11/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Email to E. Meltzer, M. McLaughlin Smith re 8.16 hearing agenda |
| 8/14/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B155 | Emails with E. Meltzer and M. Molitor re: 8/16 hearing agenda |
| 8/14/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B155 | Review and respond to L. Muchnik email re: Zoom link re: 8/16 hearing agenda |
| 8/14/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B155 | Emails with E. Meltzer and M. Molitor re: amended 8/16 hearing agenda |
| 8/14/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B155 | Telephone call with M. Molitor re: amended 8/16 hearing agenda |
| 8/14/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B155 | Review amended 8/16 hearing agenda |
| 8/14/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B155 | Preparing 8/16/2023 hearing agenda |
| 8/14/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B155 | Email to M. Molitor re 8/16/2023 hearing agenda |
| 8/14/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B155 | Email to H. Murphy re 8/16/23 hearing |
| 8/14/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B155 | Email to M. Molitor re amended agenda |
| 8/14/2023 | Molitor, Monica A. | 0.70 | $273.00 | B155 | Email exchanges with E. Meltzer, M. McLaughlin Smith re 8.16 hearing agenda, amended agenda with updated Zoom registration link |
| 8/14/2023 | Molitor, Monica A. | 0.20 | $78.00 | B155 | Email exchanges with noticing agent re service of 8.16 hearing agenda, special service parties re same, service of amended agenda re same |
| 8/14/2023 | Molitor, Monica A. | 0.20 | $78.00 | B155 | Email exchanges with T. Kohl, N. Manzoor re Zoom registration link re 8.16 hearing |
| 8/14/2023 | Molitor, Monica A. | 0.20 | $78.00 | B155 | Emails to clients, debtors' professionals re 8.16 hearing agenda, amended agenda with updated Zoom registration link |
| 8/14/2023 | Molitor, Monica A. | 0.40 | $156.00 | B155 | Email exchanges with B. Campbell re 8.16 hearing agenda, pleadings for binder preparation, delivery to Judge Horan's chambers |
| 8/14/2023 | Molitor, Monica A. | 0.30 | $117.00 | B155 | Prepare amended agenda re 8.16 hearing |
| 8/14/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Email to chambers re as-filed amended agenda re 8.16 hearing |
| 8/14/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Email to chambers re as-filed 8.16 hearing agenda |
| 8/14/2023 | Molitor, Monica A. | 0.20 | $78.00 | B155 | Finalize, efile amended agenda re 8.16 hearing |
| 8/14/2023 | Molitor, Monica A. | 0.20 | $78.00 | B155 | Finalize, efile 8.16 hearing agenda |
| 8/14/2023 | Molitor, Monica A. | 0.20 | $78.00 | B155 | Email exchanges with D. Gadson re updated Zoom link re 8.16 hearing |
| 8/15/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B155 | Emails with chambers and E. Meltzer re: final fee hearing |
| 8/15/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B155 | Preparing second amended agenda |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Confer with E. Meltzer re WARN counsel comments to conversion motion, reflection of same on amended agenda re 8.16 hearing |
| 8/15/2023 | Molitor, Monica A. | 0.20 | $78.00 | B155 | Email exchanges with noticing agent re service of notice of revised conversion order, 2nd amended agenda re 8.16 hearing, service of pleadings for 8.15 |
| 8/15/2023 | Molitor, Monica A. | 0.30 | $117.00 | B155 | Update 2nd amended 8.16 hearing agenda |
| 8/15/2023 | Molitor, Monica A. | 0.40 | $156.00 | B155 | Prepare 2nd amended notice of agenda re 8.16 hearing |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Efile 2nd amended agenda re 8.16 hearing |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Obtain as-filed 2nd amended agenda re 8.16 hearing |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Email to chambers re as-filed 2nd amended agenda re 8.16 hearing, notice of revised conversion motion, WARN Act plaintiff limited objection to conversion motion |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Email to E. Meltzer, M. McLaughlin Smith re email submission of 2nd amended agenda to chambers with additional pleadings, confirmation that binder supplements to be delivered to chambers early 8.16 |
| 8/15/2023 | Molitor, Monica A. | 0.30 | $117.00 | B155 | Email exchanges with E. Meltzer, M. McLaughlin Smith re 2nd amended agenda, updates to same |
| 8/15/2023 | Molitor, Monica A. | 0.30 | $117.00 | B155 | Prepare hearing binders supplement package for delivery to Judge Horan's chambers |
| 8/15/2023 | Molitor, Monica A. | 0.20 | $78.00 | B155 | Email exchanges with B. Campbell re delivery of hearing binder supplement package to Judge Horan's chambers @ 8 am, 8.16 |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.30 | $252.00 | B155 | Telephone call with E. Meltzer re: conversion hearing debrief |

| Date | TKPR Name | Bs Hrs | Tobill Amt | Task Code | Narrative |
|---|---|---|---|---|---|
| 8/16/2023 | McLaughlin Smith, Marcy J | 2.00 | $1,680.00 | B155 | Attend adjourned conversion hearing (1.0), including conference with H. Murphy and C. Condon re: hearing debrief and revisions to conversion order (1.0) |
| 8/16/2023 | Meltzer, Evelyn J | 3.00 | $3,000.00 | B155 | Attending conversion hearing |
| 8/16/2023 | Molitor, Monica A. | 0.20 | $78.00 | B155 | Email exchanges with E. Meltzer, M. McLaughlin Smith, G. Matthews re no order for 8.16 hearing transcript |
| 8/16/2023 | Molitor, Monica A. | 0.10 | $39.00 | B155 | Email exchanges with B. Campbell re confirmation of delivery of 2nd amended agenda, hearing binder supplements to Judge Horan's chambers |
| | | 17.20 | $10,543.00 | B155 | **Court Hearings** |
| | | | | | |
| 8/1/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B160 | Email to S. Henry re TP July fee application |
| 8/2/2023 | Henry, Susan M | 0.10 | $39.00 | B160 | Prepare e-mail to E. Meltzer re second monthly fee application |
| 8/2/2023 | Henry, Susan M | 0.20 | $78.00 | B160 | Prepare Troutman second monthly fee application |
| 8/3/2023 | Henry, Susan M | 0.10 | $39.00 | B160 | Prepare e-mail to Accounting re information for Troutman second fee application |
| 8/3/2023 | Meltzer, Evelyn J | 0.50 | $500.00 | B160 | Preparing TP July fee application |
| 8/4/2023 | Henry, Susan M | 0.10 | $39.00 | B160 | Prepare e-mail to E. Meltzer re Troutman second monthly fee application |
| 8/4/2023 | Henry, Susan M | 0.20 | $78.00 | B160 | Prepare notice of Troutman second monthly fee application |
| 8/4/2023 | Henry, Susan M | 1.10 | $429.00 | B160 | Prepare Troutman second monthly fee application and exhibits for same |
| 8/4/2023 | Molitor, Monica A. | 0.10 | $39.00 | B160 | Email from S. Henry re TPHS July fee application, notice, exhibits |
| 8/4/2023 | Molitor, Monica A. | 0.10 | $39.00 | B160 | Review TPHS July fee application re fee, expense data |
| 8/7/2023 | Henry, Susan M | 0.20 | $78.00 | B160 | Revise second monthly fee application and exhibit for same |
| 8/7/2023 | Henry, Susan M | 0.10 | $39.00 | B160 | Prepare e-mails to Accounting re information for second monthly fee application |
| 8/7/2023 | Henry, Susan M | 0.10 | $39.00 | B160 | Prepare e-mail to E. Meltzer re second monthly fee application |
| 8/7/2023 | Henry, Susan M | 0.10 | $39.00 | B160 | Prepare e-mail to KCC re service of second monthly fee application |
| 8/7/2023 | Henry, Susan M | 0.20 | $78.00 | B160 | File second monthly fee application |
| 8/7/2023 | Henry, Susan M | 0.10 | $39.00 | B160 | Prepare e-mail to Accounting re LEDES file for second monthly fee application |
| 8/7/2023 | Meltzer, Evelyn J | 0.30 | $300.00 | B160 | Preparing Troutman Pepper's July monthly fee application |
| 8/8/2023 | Henry, Susan M | 0.10 | $39.00 | B160 | Prepare e-mail to US Trustee re LEDES file for Troutman second monthly fee application |
| 8/8/2023 | Molitor, Monica A. | 0.20 | $78.00 | B160 | Prepare CNO re TPHS 1st monthly fee application |
| 8/9/2023 | Henry, Susan M | 0.10 | $39.00 | B160 | Prepare e-mail to K. McIlvaine re exhibit to Troutman second monthly fee application |
| 8/11/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B160 | Review E. Meltzer email re: invoice re: TPHS first monthly fee app |
| 8/11/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B160 | Email to D. Willauer re invoice for TPHS first fee application |
| 8/11/2023 | Molitor, Monica A. | 0.10 | $39.00 | B160 | Email, Outlook invite from E. Meltzer re CNO re TPHS 1st monthly fee application |
| 8/15/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B160 | Email to D. Willauer re TPHS final fee application |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B160 | Email to E. Meltzer, M. McLaughlin Smith, S. Henry re TPHS1st fee application CNO |
| 8/16/2023 | Molitor, Monica A. | 0.10 | $39.00 | B160 | Email to E. Meltzer, M. McLaughlin Smith re CNO, underlying application re Troutman Pepper 1st fee application |
| | | 4.70 | $2,549.00 | B160 | **Fee Applications** |
| | | | | | |
| 8/1/2023 | Molitor, Monica A. | 0.20 | $78.00 | B165 | Prepare notice re M&K 2nd monthly fee application |
| 8/1/2023 | Molitor, Monica A. | 0.20 | $78.00 | B165 | Prepare notice re FAAN advisors 2nd monthly fee application |
| 8/3/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B165 | Emails with L. Scott and E. Meltzer re: KCC first monthly fee app |
| 8/3/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B165 | Email MK and FAAN teams re: July fee apps |
| 8/3/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B165 | Emails with M. Molitor re: KCC first monthly fee app and notice re: same |
| 8/3/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B165 | Review notice re: KCC first monthly fee app |
| 8/3/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B165 | Telephone call with M. Molitor re: KCC first monthly fee app |
| 8/3/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B165 | Reviewing KCC's first fee application |
| 8/3/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B165 | Email to same re: reviewing KCC's first fee application |
| 8/3/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Efile KCC 1st fee application |
| 8/3/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Obtain as-filed KCC 1st fee application |
| 8/3/2023 | Molitor, Monica A. | 0.20 | $78.00 | B165 | Email exchange with noticing agent, co-counsel, E. Meltzer, M. McLaughlin Smith re service of KCC 1st fee application |

| Date | TKPR Name | Bs Hrs | Tobill Amt | Task Code | Narrative |
|---|---|---|---|---|---|
| 8/3/2023 | Molitor, Monica A. | 0.30 | $117.00 | B165 | Finalize KCC 1st fee application, notice, Ex. A for efiling |
| 8/3/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Confer with M. McLaughlin Smith re Ex. A to KCC 1st fee application, redaction to same |
| 8/3/2023 | Molitor, Monica A. | 0.20 | $78.00 | B165 | Email exchanges with M. McLaughlin Smith, E. Meltzer re notice of KCC 1st fee application |
| 8/3/2023 | Molitor, Monica A. | 0.20 | $78.00 | B165 | Prepare notice of KCC 1st fee application |
| 8/3/2023 | Molitor, Monica A. | 0.30 | $117.00 | B165 | Email exchanges with E. Meltzer, L. Scott, M. McLaughlin Smith re KCC 1st fee application |
| 8/3/2023 | Molitor, Monica A. | 0.30 | $117.00 | B165 | Update fee application/CNO index |
| 8/3/2023 | Molitor, Monica A. | 0.20 | $78.00 | B165 | Obtain, review respective CNOs re Porzio, Bromberg & Newman 1st and 2nd monthly fee applications |
| 8/3/2023 | Molitor, Monica A. | 0.20 | $78.00 | B165 | Update fee application, CNO status chart |
| 8/4/2023 | Molitor, Monica A. | 0.20 | $78.00 | B165 | Update fee application, CNO status chart |
| 8/4/2023 | Molitor, Monica A. | 0.20 | $78.00 | B165 | Prepare notice re SSG Advisors 1st fee application |
| 8/7/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B165 | Review M. Molitor and KCC emails re: service of COC and omnibus hearing order and MK, FAAN and TPHS July fee apps |
| 8/7/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B165 | Telephone call with E. Meltzer re: SSG fee app |
| 8/7/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B165 | Emails with T. Kohl, S. Victor and E. Meltzer re: SSG fee app |
| 8/7/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B165 | Speaking to T Kohl re: SSG fee application |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B165 | Reviewing SSG fee application |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B165 | Reviewing M&K July fee application |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B165 | Email to M Molitor re M&K July fee application |
| 8/7/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B165 | Reviewing FAAN July fee application |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B165 | Email to M Molitor re: FAAN July fee application |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Email to B. Hackman re as-filed M&K 2nd fee application, LEDES data re same |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Email exchange with noticing agent re service of FAAN Advisors 2nd fee application |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Confer with E. Meltzer re SSG Advisors first and final fee application, notice, required scheduling for hearing re same |
| 8/7/2023 | Molitor, Monica A. | 0.30 | $117.00 | B165 | Emails from T. Kohl, J. Victor, E. Meltzer re SSG Advisors first and final fee application |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Obtain as-filed FAAN Advisors 2nd fee application |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Email to N. Manzoor, L. Bezner re as-filed FAAN Advisors 2nd fee application |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Email exchanges with E. Meltzer re FAAN Advisors 2nd fee application, as finalized for efiling |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Efile FAAN Advisors 2nd fee application, notice, Ex. A |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Update notice re FAAN Advisors 2nd fee application |
| 8/7/2023 | Molitor, Monica A. | 0.40 | $156.00 | B165 | Update, finalize FAAN Advisors 2nd monthly fee application, notice, Ex. A for efiling |
| 8/7/2023 | Molitor, Monica A. | 0.30 | $117.00 | B165 | Email exchanges with L. Bezner, E. Meltzer, M. McLaughlin Smith, D. Willauer re FAAN Advisors 2nd fee application, updates to same |
| 8/7/2023 | Molitor, Monica A. | 0.40 | $156.00 | B165 | Update fee application/CNO status chart, and index |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Obtain as-filed M&K 2nd fee application |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Email exchange with noticing agent re service of M&K 2nd fee application |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Efile M&K 2nd monthly fee application, notice, exhibits A, B |
| 8/7/2023 | Molitor, Monica A. | 0.20 | $78.00 | B165 | Email exchanges with E. Meltzer, M. McLaughlin Smith re collated M&K 2nd fee application, notice finalized for efiling |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Update notice re M&K 2nd fee application |
| 8/7/2023 | Molitor, Monica A. | 0.30 | $117.00 | B165 | Finalize M&K 2nd fee application, notice, exhibits for efiling |
| 8/7/2023 | Molitor, Monica A. | 0.40 | $156.00 | B165 | Email exchanges with C. Condon, E. Meltzer, M. McLaughlin Smith re M&K July fee application, exhibits and LEDES data re same |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Email exchange with E. Meltzer re SSG Advisors first fee application |
| 8/8/2023 | Molitor, Monica A. | 0.20 | $78.00 | B165 | Update respective CNOs re M&K, FAAN Advisors 1st fee applications |
| 8/9/2023 | Molitor, Monica A. | 0.20 | $78.00 | B165 | Update fee application status chart, related index |
| 8/9/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Obtain, review Rock Creek Advisors 1st fee application |
| 8/11/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B165 | Email to W. Martin re invoice for payments of oustanding fees |
| 8/14/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B165 | Speaking with M. Kauffman re professional fees |
| 8/14/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B165 | Email to Committee re professional fees |
| 8/14/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Emails from E. Meltzer, D. Gadson re final fee application hearing to reflect on conversion order |
| 8/15/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B165 | Review M. Molitor email re: CNOs re TPHS, M&K, FAAN 1st monthly fee apps |

| Date | TKPR Name | Bs Hrs | Tobill Amt | Task Code | Narrative |
|---|---|---|---|---|---|
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Email to E. Meltzer, M. McLaughlin Smith, S. Henry re respective CNOs re M&K and FAAN 1st fee applications |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B165 | Review and respond to N. Manzoor email re: FAAN first monthly fee application status |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.20 | $168.00 | B165 | Review CNOs re: MK, FAAN and TPHS first monthly fee apps |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B165 | Emails with E. Meltzer and M. Molitor re: CNOs re: MK, FAAN and TPHS first monthly fee apps |
| 8/16/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Email to E. Meltzer, M. McLaughlin Smith re terms of conversion order re fee applications |
| 8/16/2023 | Molitor, Monica A. | 0.20 | $78.00 | B165 | Emails from M. McLaughlin Smith, E. Meltzer re filing and service of monthly fee application CNOs for 8.18 |
| 8/16/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Email to E. Meltzer, M. McLaughlin Smith re CNO, underlying application re Murphy & King 1st fee application |
| 8/16/2023 | Molitor, Monica A. | 0.10 | $39.00 | B165 | Email to E. Meltzer, M. McLaughlin Smith re CNO, underlying application re FAAN Advisors 1st fee application |
| | | **10.50** | **$5,534.00** | **B165** | **Fee Applications - Other** |
| | | | | | |
| 8/3/2023 | Molitor, Monica A. | 0.10 | $39.00 | B175 | Email exchange with E. Meltzer, M. McLaughlin Smith re extended target date to file Jackson Lewis OCP declaration |
| | | **0.10** | **$39.00** | **B175** | **Retention Applications - Others** |
| | | | | | |
| 8/1/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Email to A. Mattera re distribution center |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Email to M Kauffman re: distribution center |
| 8/8/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B185 | Emails with D. Graubard, BBBy counsel and C. Condon re: West Falls Plaza rent |
| 8/8/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Email to M. Kauffman re distribution center |
| 8/8/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Speaking with C. Condon re rent owed to landlord |
| 8/8/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Email to B. Roy re surrender of keys for lease |
| 8/8/2023 | Molitor, Monica A. | 0.20 | $78.00 | B185 | Email exchanges with E. Meltzer, M. McLaughlin re notice re 3rd omnibus rejection motion |
| 8/8/2023 | Molitor, Monica A. | 0.20 | $78.00 | B185 | Prepare notice re 3rd omnibus rejection motion |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Email to A. Mattera re distribution center |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Email to M. Kauffman re stub rent |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Speaking with M. Kauffman re stub rent |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Reviewing CNO re 2nd omnibus rejection motion |
| 8/9/2023 | Molitor, Monica A. | 0.10 | $39.00 | B185 | Finalize order re 2nd lease rejection motion, scan schedule 1 for order upload |
| 8/9/2023 | Molitor, Monica A. | 0.10 | $39.00 | B185 | Finalize CNO for efiling re 2nd omnibus lease rejection |
| 8/9/2023 | Molitor, Monica A. | 0.20 | $78.00 | B185 | Email exchanges with E. Meltzer, M. McLaughlin Smith re CNO re 2nd omnibus lease rejection |
| 8/9/2023 | Molitor, Monica A. | 0.20 | $78.00 | B185 | Prepare CNO re 2nd omnibus lease rejection |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Speaking with M. Molitor re 3rd rejection motion |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Reviewing 3rd rejection motion |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Reviewing 3rd rejection motion |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Email to M. Kauffman re 3rd rejection motion |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Email to M. Kauffman re stub rent |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B185 | Upload order granting 2nd omnibus lease rejection |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B185 | Efile CNO re 2nd lease rejection motion |
| 8/10/2023 | Molitor, Monica A. | 0.20 | $78.00 | B185 | Email exchanges with E. Meltzer, M. McLaughlin Smith re 3rd omnibus rejection of leases, status of filing same |
| 8/11/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Email to landlord counsel re rejection of leases |
| 8/11/2023 | Molitor, Monica A. | 0.10 | $39.00 | B185 | Email to noticing agent re service of CNO, order granting 2nd omnibus rejection motion |
| 8/11/2023 | Molitor, Monica A. | 0.10 | $39.00 | B185 | Obtain, review order granting 2nd omnibus rejection motion |
| 8/15/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B185 | Email to L. Rogel re leases |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B185 | Emails from counsel for Brookfield Properties Retail, Inc., E. Meltzer re status of rejection of lease, to be handled by chapter 7 trustee |
| 8/16/2023 | Molitor, Monica A. | 0.20 | $78.00 | B185 | Email exchanges with E. Meltzer, M. McLaughlin Smith re motion to reject distribution center lease, objection filed to same |
| | | **3.60** | **$2,425.00** | **B185** | **Assumption/Rejection of Leases and Contracts** |
| | | | | | |
| 8/1/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B188 | Emails with DC landlord counsel, M. Desgrosseilliers and E. Meltzer re: DC lease rejection/premises surrender |
| 8/4/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B188 | Emails with M. Kaufman and E. Meltzer re: DC landlord follow-up |

| Date | TKPR Name | Bs Hrs | Tobill Amt | Task Code | Narrative |
|---|---|---|---|---|---|
| 8/4/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B188 | Emails with B. Roy and E. Meltzer re: future lease rejection motion |
| 8/4/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B188 | Review and respond to E. Meltzer and J. Price emails re: Lynnfield August rent and stub rent |
| 8/8/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B188 | Emails with M. Kaufman and E. Meltzer re: distribution center issues |
| 8/9/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B188 | Email M. Desgrosseilliers and J. Webb re: store list re: third omnibus rejection motion |
| 8/10/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B188 | Emails with E. Meltzer and M. Molitor re: third omnibus rejection motion |
| 8/10/2023 | McLaughlin Smith, Marcy J | 0.20 | $168.00 | B188 | Telephone call with E. Meltzer re: third omnibus rejection motion |
| 8/10/2023 | McLaughlin Smith, Marcy J | 0.40 | $336.00 | B188 | Draft third omnibus rejection motion |
| 8/11/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B188 | Review M. Molitor and KCC team emails re: service of order granting second omnibus rejection motion and CNO re: same |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B188 | Review and respond to W. Holtmeier email re: status of Harrisburg store lease |
| | | **1.50** | **$1,260.00** | **B188** | **Assumption/Rejection of Non-Residential Real Estate Leases** |
| | | | | | |
| 8/2/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Email to M. McLaughlin Smith re Debtor responses to creditor motions scheduled for 8.16 hearing |
| 8/2/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Email from M. McLaughlin Smith re status of Debtor responses to creditor motions scheduled for 8.16 hearing |
| 8/3/2023 | McLaughlin Smith, Marcy J | 0.40 | $336.00 | B190 | Telephone call with E. Meltzer re: next steps in case |
| 8/3/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B190 | Speaking to M Smith re: conversion motion |
| 8/4/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Emails with M. Kaufman, C. Condon and E. Meltzer re: post-GOB next steps |
| 8/4/2023 | Meltzer, Evelyn J | 0.40 | $400.00 | B190 | Call with CTS and M&K re conversion of case |
| 8/7/2023 | McLaughlin Smith, Marcy J | 0.20 | $168.00 | B190 | Telephone call with E. Meltzer re: pending motions and next steps re: conversion and rejection motions |
| 8/7/2023 | McLaughlin Smith, Marcy J | 1.30 | $1,092.00 | B190 | Draft conversion motion |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Follow up call with M Kauffman re: preserving IP for trustee |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Call with M Smith re: motion to convert |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to T Kohl re: re: motion to convert |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Speaking to T Kohl re motion to convert |
| 8/7/2023 | Meltzer, Evelyn J | 0.40 | $400.00 | B190 | Call with Pathlight re: preserving IP for trustee |
| 8/8/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Review E. Meltzer email re: summary of next steps re: transition to chapter 7 trustee |
| 8/8/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Email E. Meltzer re: draft conversion motion |
| 8/8/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Email M. Molitor re: notices re: conversion motion and third omnibus rejection motion |
| 8/8/2023 | McLaughlin Smith, Marcy J | 1.40 | $1,176.00 | B190 | Draft conversion motion |
| 8/8/2023 | Molitor, Monica A. | 0.20 | $78.00 | B190 | Review motion, prepare notice re motion to dismiss |
| 8/8/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Update notice re motion to convert |
| 8/8/2023 | Molitor, Monica A. | 0.20 | $78.00 | B190 | Email exchanges with E. Meltzer re updated motion to convert, updated notice re same |
| 8/8/2023 | Molitor, Monica A. | 0.20 | $78.00 | B190 | Email exchanges with W. Meltzer, M. McLaughlin Smith re motion to dismiss, notice for same |
| 8/9/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Telephone call with E. Meltzer re: conversion motion |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Reviewing notice re conversion motion |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Reviewing notice re conversion motion |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Reviewing notice re 3rd lease rejection motion |
| 8/9/2023 | Meltzer, Evelyn J | 1.00 | $1,000.00 | B190 | Preparing motion to convert |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to CTS re motion to convert |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to Committee re motion to convert |
| 8/9/2023 | Meltzer, Evelyn J | 0.30 | $300.00 | B190 | Speaking with H. Murphy re motion to convert |
| 8/9/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B190 | Research re final reports |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to H. Murphy re final reports |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to M. Kauffman re IP and website |
| 8/9/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Email to E. Meltzer, M. McLaughlin Smith re providing Court with unredacted matrix post conversion |
| 8/10/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Telephone call with E. Meltzer re: conversion motion and motion to shorten re: same |
| 8/10/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Email E. Meltzer re: sample motion to shorten re: conversion motion |
| 8/10/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Further telephone call with E. Meltzer re: conversion motion and motion to shorten re: same |
| 8/10/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Email B. Hackman and Committee counsel re: positions re: shortened notice request re: conversion motion |

| Date | TKPR Name | Bs Hrs | Tobill Amt | Task Code | Narrative |
|---|---|---|---|---|---|
| 8/10/2023 | McLaughlin Smith, Marcy J | 0.20 | $168.00 | B190 | Telephone call with E. Meltzer re: Company transition issues |
| 8/10/2023 | McLaughlin Smith, Marcy J | 0.60 | $504.00 | B190 | Draft motion to shorten re: conversion motion |
| 8/10/2023 | Meltzer, Evelyn J | 2.00 | $2,000.00 | B190 | Preparing motion to convert |
| 8/10/2023 | Meltzer, Evelyn J | 0.50 | $500.00 | B190 | Preparing motion to shorten re motion to convert |
| 8/10/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B190 | Call with CTS and M&K re motion to convert |
| 8/10/2023 | Meltzer, Evelyn J | 0.30 | $300.00 | B190 | Emails to CTS and M&K re motion to shorten re motion to convert |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to B .Hackman re motion to convert |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to M. Kauffman re IP |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to Court re motion to shorten |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to CTS re IT at distribution center |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to A. Mattera re IT at distribution center |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Reviewing notice re order shortening notice on motion to convert |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to M. Kauffman re conversion list |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Upload order shortening notice re conversion motion via ECF |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Obtain as-filed motion to convert, motion to shorten notice re same |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Email to chambers re as-filed motion to convert, motion to shorten notice re same |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Finalize order shortening notice for ECF upload |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Efile motion to convert, Ex. A to same |
| 8/10/2023 | Molitor, Monica A. | 0.20 | $78.00 | B190 | Update motion to shorten, Ex. A to same for efiling |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Complete payment of motion to convert USBC filing fee |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Email to USBC intake re payment of respective USBC filing fees re conversion of affiliate debtor cases |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Efile motion to shorten notice re motion to convert, Ex. A to same |
| 8/10/2023 | Molitor, Monica A. | 0.20 | $78.00 | B190 | Email exchanges with E. Meltzer, M. McLaughlin Smith re updated notice re motion to convert |
| 8/10/2023 | Molitor, Monica A. | 0.20 | $78.00 | B190 | Finalize motion to convert, Ex. A to same for efiling |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Call with E. Meltzer re re motion to convert, motion to shorten notice re same |
| 8/10/2023 | Molitor, Monica A. | 0.20 | $78.00 | B190 | Update notice re motion to convert, pursuant to entry of order shortening notice |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Obtain order shortening notice re conversion motion |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Update notice of motion re conversion |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Finalize notice of conversion motion for efiling |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Efile notice of motion to convert case |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Obtain as-filed notice of conversion motion |
| 8/10/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Email exchanges with noticing agent re service of notice, conversion motion, motion and order shortening notice |
| 8/11/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Preparing agenda for conversion prep call |
| 8/11/2023 | Meltzer, Evelyn J | 0.30 | $300.00 | B190 | Emails to M. Salkovitz re preserving IP in connection with wind down |
| 8/11/2023 | Meltzer, Evelyn J | 0.50 | $500.00 | B190 | Call with M. Kauffman re conversion |
| 8/11/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B190 | Email to M. Kauffman re winddown payroll |
| 8/11/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to S. Fox re preserving IP in connection with wind down |
| 8/14/2023 | McLaughlin Smith, Marcy J | 0.20 | $168.00 | B190 | Telephone call with E. Meltzer re: case, conversion and 8/16 hearing updates |
| 8/14/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Review B. Hackman and E. Meltzer emails re: comments to proposed conversion order |
| 8/14/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Review M. Conlan email re: WARN Act plaintiff's limited response to conversion motion |
| 8/14/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B190 | Speaking with M. Kauffman re conversion documents |
| 8/14/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B190 | Speaking with M. Smith re conversion documents |
| 8/14/2023 | Meltzer, Evelyn J | 0.50 | $500.00 | B190 | Call with H. Murphy, C. Condon, et al. re conversion hearing |
| 8/15/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Emails with B. Hackman, UCC counsel and E. Meltzer re: comments to proposed conversion order |
| 8/15/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Telephone call with E. Meltzer re: conversion hearing matters |
| 8/15/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Email E. Meltzer re: landlord contact information |
| 8/15/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Emails with M. Salkovitz and E. Meltzer re: final report |
| 8/15/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Speaking with M. Molitor re notice of revised conversion order |

| Date | TKPR Name | Bs Hrs | Tobill Amt | Task Code | Narrative |
|---|---|---|---|---|---|
| 8/15/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to D. Willauer re final report |
| 8/15/2023 | Meltzer, Evelyn J | 0.80 | $800.00 | B190 | Preparing final accounting |
| 8/15/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to S. Fox re revised conversion order |
| 8/15/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Email to B. Hackman re revised conversion order |
| 8/15/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B190 | Preparing notice of revised conversion order |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Confer with E. Meltzer re notice of revised order re motion to convert |
| 8/15/2023 | Molitor, Monica A. | 0.30 | $117.00 | B190 | Prepare notice of revised conversion order, blackline |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Email to E. Meltzer, M. McLaughlin Smith re notice of revised conversion order, blackline comparison |
| 8/15/2023 | Molitor, Monica A. | 0.20 | $78.00 | B190 | Conferences with E. Melzer re notice of revised conversion order, blackline, comments on same from certain parties |
| 8/15/2023 | Molitor, Monica A. | 0.30 | $117.00 | B190 | Emails from E. Meltzer, UST, counsel for committee, counsel for WARN Act plaintiff, Pathlight re comments to revised conversion order |
| 8/15/2023 | Molitor, Monica A. | 0.30 | $117.00 | B190 | Email exchanges with E. Melzer, M. McLaughlin Smith re notice of revised conversion order, blackline, comments from certain parties re revised order |
| 8/15/2023 | Molitor, Monica A. | 0.20 | $78.00 | B190 | Email exchanges with E. Meltzer re notice of revised conversion order, blackline |
| 8/15/2023 | Molitor, Monica A. | 0.20 | $78.00 | B190 | Finalize notice of revised conversion order, exhibits for efiling |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Obtain WARN Act plaintiff limited objection to conversion motion |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Obtain as-filed notice of revised conversion order, exhibits |
| 8/15/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Efile notice of revised conversion order, exhibits to same |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Telephone call with B. Hackman re: conversion hearing |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Email H. Murphy and C. Condon re: telephone call with B. Hackman re: conversion hearing |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Conference call with B. Hackman, H. Murphy and C. Condon re: conversion hearing |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Email M. Conlon re: revised conversion order |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Emails with parties in interest re: post-hearing revisions to conversion order |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Telephone call with C. Condon re: further post-hearing revisions to conversion order |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Emails with D. Gadson re: final fee hearing date and COC/revised conversion order |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Emails with M. Molitor COC re: revised conversion order |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.20 | $168.00 | B190 | Review and revise COC re: revised conversion order |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.20 | $168.00 | B190 | Revise conversion order |
| 8/16/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B190 | Emails with KCC team and M. Molitor re: service of conversion order and COC re: same |
| 8/16/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Email exchanges with A. Smith, M. McLaughlin Smith, D. Willauer, M. Willey re USBC fee receipt re motion to convert from chapter 11 to 7 |
| 8/16/2023 | Molitor, Monica A. | 0.30 | $117.00 | B190 | Finalize COC, exhibits A, B re revised conversion order for efiling |
| 8/16/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Efile COC, exhibits re revised conversion order |
| 8/16/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Update, finalize revised conversion order for ECF upload |
| 8/16/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Upload revised conversion order |
| 8/16/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Email exchanges with chambers re as-filed COC, ECF confirmation of revised order upload re conversion |
| 8/16/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Obtain as-filed COC re conversion order |
| 8/16/2023 | Molitor, Monica A. | 0.20 | $78.00 | B190 | Email exchanges with M. McLaughlin Smith, noticing agent re service of COC, conversion order |
| 8/16/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Obtain, review conversion order |
| 8/16/2023 | Molitor, Monica A. | 0.60 | $234.00 | B190 | Review pleadings and prepare COC re revised conversion order, blackline |
| 8/16/2023 | Molitor, Monica A. | 0.20 | $78.00 | B190 | Email exchanges with M. McLaughlin Smith re revised conversion order filed 8.15, filing of COC for Court to enter order |
| 8/16/2023 | Molitor, Monica A. | 0.10 | $39.00 | B190 | Email from E. Meltzer re terms of conversion order |
| | | 25.20 | $19,550.00 | B190 | **Other Contested Matters** |
| 8/2/2023 | Molitor, Monica A. | 0.40 | $156.00 | B191 | Review Del. Bankr. L.R. 7016, 7026 re pretrial conference, meet and confer requirements, submission of proposed scheduling order prior to hearing |
| 8/4/2023 | Molitor, Monica A. | 0.10 | $39.00 | B191 | Review DI 490 docket text re sealed Committee motion for standing scheduled for 9.14 hearing |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B191 | Reviewing stipulation extending answer deadline re: WARN Act Complaint |

Troutman Pepper Hamilton Sanders LLP Time Entry Detail by Task Code for Period: 8/1/23 to 8/16/23

| Date | TKPR Name | Bs Hrs | Tobill Amt | Task Code | Narrative |
|---|---|---|---|---|---|
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B191 | Obtain, review stipulation extending answer deadline re Vorel v. CTS adv. proc. |
| 8/10/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B191 | Review M. Shah email re: PI suit/service list and email E. Meltzer re: same |
| 8/11/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B191 | Review E. Meltzer email re: M. Shah email re: PI suit/service list |
| 8/15/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B191 | Respond to M. Shah email re: PI suit/service list |
| | | 1.00 | $586.00 | B191 | **General Litigation** |
| | | | | | |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B210 | Email to C Condon re: gift cards |
| | | 0.10 | $100.00 | B210 | **Business Operations** |
| | | | | | |
| 8/1/2023 | Molitor, Monica A. | 0.10 | $39.00 | B230 | Obtain, review order approving 3rd stipulation extending challenge deadline |
| 8/10/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B230 | Emails with Company and MK teams and E. Meltzer re: notice of default |
| | | 0.20 | $123.00 | B230 | **Financing / Cash Collateral** |
| | | | | | |
| 8/2/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Emails with M. Kaufman, D. Difigueiredo and E. Meltzer re: Achim and Conopco asserted admin expense claims |
| 8/2/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Email E. Meltzer re: Achim and Conopco admin expense requests |
| 8/2/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Emails with A. Brown re: Huntington admin expense/stay relief motion |
| 8/2/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B310 | Email to M Kauffman re: pending admin claims |
| 8/3/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Email to and from M. Molitor re: adjourned objection deadline re: Huntington admin expense/stay relief motion |
| 8/3/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Emails with E. Meltzer re: Achim and Conopco admin expense requests |
| 8/3/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Emails with A. Brown re: Huntington admin expense/stay relief motion |
| 8/3/2023 | McLaughlin Smith, Marcy J | 0.20 | $168.00 | B310 | Email J. Lemkin and J. Weaver re: Achim and Conopco admin expense requests |
| 8/3/2023 | Molitor, Monica A. | 0.10 | $39.00 | B310 | Email and Outlook event change from M. McLaughlin Smith re further extended response deadline re Huntington National Bank Admin Expense Claim Motion |
| 8/4/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Review and respond to L. O'Farrell email re: status of Huntington admin expense/stay relief motion |
| 8/7/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Email E. Meltzer re: revised proposed order re: Huntington admin expense/stay relief motion |
| 8/7/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Email A. Brown re: revised proposed order re: Huntington admin expense/stay relief motion |
| 8/7/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Review revised proposed order re: Huntington admin expense/stay relief motion |
| 8/7/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Email S. Hoffmann re: status of Huntington admin expense/stay relief motion |
| 8/7/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Email J. Lemkin and J. Weaver re: Achim and Conopco admin expense requests |
| 8/7/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B310 | Email to counsel for Levin Properties re: admin motion |
| 8/7/2023 | Molitor, Monica A. | 0.10 | $39.00 | B310 | Obtain, review order re Huntington National Bank administrative claim, resolving lift stay motion |
| 8/8/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Telephone call with E. Meltzer re: Levin, Achim and Conopco pending admin claim requests |
| 8/8/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Email E. Meltzer re: status of pending admin expense and stay relief motions |
| 8/8/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Review S. Hoffman email re: status of pending admin expense and stay relief motions |
| 8/8/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B310 | Leaving messages for counsel for Levin Properties re admin claim |
| 8/8/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B310 | Email to counsel for Achim and Conopco re admin claims |
| 8/8/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B310 | Email to S. Hoffman re pending admin motions |
| 8/8/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B310 | Email to J. Lemkin re admin motions |
| 8/8/2023 | Molitor, Monica A. | 0.10 | $39.00 | B310 | Email from E. Meltzer re resolution of Achim Importing Inc. and Conopco, Inc. d/b/a Unilever respective motions for administrative expense |
| 8/9/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Emails with C. Condon and E. Meltzer re: status of Parampara admin expense motion |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B310 | Email to counsel for Levin Properties re admin claim |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B310 | Speaking with counsel for Levin Properties re admin claim |
| 8/9/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B310 | Email to H. Murphy re Parampara admin claim |
| 8/9/2023 | Molitor, Monica A. | 0.20 | $78.00 | B310 | Emails from E. Meltzer, counsel for Achim and Conopco re revised forms of order, filing of COCs re same |
| 8/9/2023 | Molitor, Monica A. | 0.20 | $78.00 | B310 | Email exchanges with E. Meltzer, M. McLaughlin Smith, C. Condon re status of Paramara admin claim motion scheduled for 8.16 hearing |
| 8/10/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Review and respond to E. Meltzer email w/ attachment re: proposed revised Achim and Conopco admin expense requests |

Troutman Pepper Hamilton Sanders LLP Time Entry Detail by Task Code for Period: 8/1/23 to 8/16/23

| Date | TKPR Name | Bs Hrs | Tobill Amt | Task Code | Narrative |
|---|---|---|---|---|---|
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B310 | Reviewing Achim and Conopco admin orders |
| 8/10/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B310 | Email to M. Smith re Achim and Conopco admin orders |
| 8/10/2023 | Molitor, Monica A. | 0.30 | $117.00 | B310 | Emails from J. Lemkin, E. Meltzer re revised orders to submit under COC re respective Achim and Conopco Admin Expense motions scheduled for 8.16 hearing, review proposed orders re same |
| 8/11/2023 | McLaughlin Smith, Marcy J | 0.10 | $84.00 | B310 | Emails with L. O'Farrell and E. Meltzer re: revised Parampara admin expense order |
| 8/14/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B310 | Email to M. Kauffman re Levin properties admin claim motion |
| 8/14/2023 | Meltzer, Evelyn J | 0.20 | $200.00 | B310 | Emails to J. Lemkin re Levin properties admin claim motion |
| 8/14/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B310 | Speaking to M. Kauffman re Levin properties admin claim motion |
| 8/14/2023 | Meltzer, Evelyn J | 0.10 | $100.00 | B310 | Revising Levin admin order |
| | | **4.70** | **$3,770.00** | **B310** | **Claims Administration and Objections** |