## EXHIBIT B

### SUMMARY AND DETAILS OF EXPENSE REIMBURSEMENT REQUESTED FOR THIRD MONTHLY PERIOD
### (AUGUST 1, 2023 THROUGH AUGUST 16, 2023)

| EXPENSE DESCRIPTION | VENDOR/PROVIDER | AMOUNT |
|---|---|---|
| Filing Fees | PHS Corporate Services, Inc. | $745.00 |
| Delivery Service / Messengers | PACER Service Center | $22.50 |
| Online Services/ Internet Web Sites | PACER Service Center | $102.60 |
| Hearing Transcript(s) | Reliable | $24.00 |
| | **TOTAL EXPENSES REQUESTED**: | **$894.10** |

162096658v4

Invoice Date 08/31/23
Invoice Number 30606921
File No. 264487.000002
Page 30



Christmas Tree Shops LLC

Post-Petition, Effective 5/5/23

**FOR COSTS AND EXPENSES INCURRED THROUGH 08/16/23**

| Description | | Amount |
|---|---|---:|
| Filing Fees | | 745.00 |
| Outside Courier Services | | 22.50 |
| Search Costs | | 102.60 |
| Transcript Cost | | 24.00 |
| | Total: | 894.10 |
| | Total Fees & Costs: | $52,706.10 |