# EXHIBIT C

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES FOR FINAL APPLICATION PERIOD
## (MAY 5, 2023 THROUGH AUGUST 16, 2023)

Troutman's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Troutman's hourly rates for bankruptcy services are comparable to the rates charged by the firm for non-bankruptcy engagements staffed by professionals and paraprofessionals in Troutman's domestic United States offices, whether in court or otherwise, regardless of whether a fee application is required.

| POSITION | BLENDED HOURLY RATE FOR THIS FEE APPLICATION | BLENDED HOURLY RATE FIRM-WIDE FOR PRECEDING FISCAL YEAR 2022 |
|---|---|---|
| Partner | $1,000 | $1036 |
| Special Counsel | NA | $870 |
| Associate | $825.09 | $639 |
| Paralegal | $390 | $307 |
| Case Management Assistant / Document Clerk | NA | $208 |
| AGGREGATE BLENDED HOURLY RATE – ALL TIMEKEEPERS | $661 | $714.75 |

162096658v4