# EXHIBIT D

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FINAL FEE APPLICATION
## (MAY 5, 2023 THROUGH AUGUST 16, 2023)

| TIMEKEEPER NAME | POSITION (YEAR OF BAR ADMISSION) | DEPARTMENT | FEES BILLED IN THIS FEE APPLICATION | HOURS BILLED IN THIS FEE APPLICATION | HOURLY RATE BILLED IN THIS FEE APPLICATION | HOURLY RATE DISCLOSED AT RETENTION | NUMBER OF RATE INCREASES IN THIS FEE APPLICATION |
|---|---|---|---|---|---|---|---|
| Evelyn J. Meltzer | Partner (2001) | Finance and Restructuring | $268,700.00 | 268.7 | $1,000 | $1,000 | None |
| Marcy J. McLaughlin Smith | Associate (2015) | Finance and Restructuring | $188,748.00 | 224.7 | $840 | $840 | None |
| Pierce E. Rigney | Associate (2019) | Finance and Restructuring | $14,472.00 | 21.6 | $670 | $670 | None |
| Susan M. Henry | Paralegal | Finance and Restructuring | $15,366.00 | 39.4 | $390 | NA | None |
| Monica A. Molitor | Paralegal | Finance and Restructuring | $109,317.00 | 280.3 | $390 | $390 | None |
| | | TOTALS: | $596,603.00[12] | 834.7 | | | |

---

[12] The total payment to Troutman, in accordance with the Supplemental DIP Order, for fees and expenses is capped at $574,994.24. *See Supra* Note 2.

162096658v4