# EXHIBIT E

**SUMMARY OF FEES REQUESTED DURING FINAL APPLICATION PERIOD, CATEGORIZED BY TASK CODE (MAY 5, 2023 THROUGH AUGUST 16, 2023)**

| Project Category Code | Project Category Description | Total Hours Billed | Total Compensation Billed |
|---|---|---|---|
| B110 | Case Administration | 85.1 | $56,791.00 |
| B111 | Preparation of Statement of Financial Affairs, Schedules | 12.4 | $10,001.00 |
| B112 | General Creditor Inquiries | 6.8 | $6,393.00 |
| B113 | Pleadings Review/Memos | 15.0 | $10,044.00 |
| B130 | Asset Disposition | 71.0 | $55,811.00 |
| B140 | Relief from Stay – Adequate Protection Proceedings | 9.8 | $7,050.00 |
| B150 | Meetings of and Communications with Creditors | 15.2 | $12,178.00 |
| B155 | Court Hearings | 170.6 | $115,200.00 |
| B160 | Fee Applications | 19.6 | $13,847.00 |
| B165 | Fee Applications – Others | 28.8 | $16,066.00 |
| B170 | Retention Applications | 24.2 | $16,902.00 |
| B175 | Retention Applications- Others | 69.0 | $47,701.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 44.5 | $30,907.00 |
| B188 | Assumption/Rejection of Non-Residential Real Estate Leases | 1.5 | $1,260.00 |
| B190 | Other Contested Matters | 27.5 | $21,321.00 |
| B191 | General Litigation | 4.1 | $3,160.00 |
| B210 | Business Operations | 3.0 | $2,776.00 |
| B211 | Financial Reports | 20.3 | $10,987.00 |
| B212 | Vendor Issues | 3.9 | $3,596.00 |
| B220 | Employee Benefits/Pensions | 5.6 | $3,334.00 |
| B230 | Financing/Cash Collections | 74.5 | $56,515.00 |
| B240 | Tax Issues | 3.5 | $2,065.00 |
| B241 | Utility Issues | 7.9 | $5,262.00 |
| B310 | Claims Administration and Objections | 47.4 | $34,717.00 |
| B320 | Plan and Disclosure Statement | 59.0 | $49,962.00 |
| B460 | Other – Insurance Matters | 4.5 | $2,757.00 |

162096658v4

| | | |
|---|---|---|
| **TOTAL:** | **834.7** | **$596,603.00**[13] |

---

[13] The total payment to Troutman, in accordance with the Supplemental DIP Order, for fees and expenses is capped at $574,994.24. *See Supra* Note 2.