**EXHIBIT F**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED
FOR FINAL APPLICATION PERIOD, BY CATEGORY
(MAY 5, 2023 THROUGH AUGUST 16, 2023)**

| EXPENSE DESCRIPTION | VENDOR/PROVIDER | AMOUNT |
|---|---|---|
| Copy and Mailing Charges | Parcels Inc., Reliable Copy Service | $4,195.76 |
| Delivery Service / Messengers | PACER Service Center | $318.00 |
| Filing Fees | PHS Corporate Services, Inc. | $745.00 |
| Hearing Transcript(s) | Reliable Copy Service | $659.40 |
| Meals | Various | $327.58 |
| Online Services/ Internet Web Sites | PACER Service Center | $464.70 |
|  | **TOTAL** | **$6,710.44** |

162096658v4