IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Christmas Tree Shops, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: October 6, 2023 at 4:00 p.m. (EST)** <br> **Hearing Date: October 25, 2023 at 10:00 a.m. (EST)** |

**NOTICE OF COMBINED FOURTH MONTHLY AND FINAL APPLICATION OF PORZIO, BROMBERG & NEWMAN, P.C. AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE (I) MONTHLY PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 16, 2023 AND (II) FINAL PERIOD FROM MAY 22, 2023 THROUGH AUGUST 16, 2023**

**PLEASE TAKE NOTICE** that, on September 15, 2023, Porzio, Bromberg & Newman, P.C. ("Porzio"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), filed its Combined Fourth Monthly and Final Fee Application (the "Application") For Allowance Of Compensation And Reimbursement Of Expenses For The (I) Monthly Period From August 1, 2023 Through August 16, 2023, and (II) Final Period From May 22, 2023 Through August 16, 2023.

If you object to the relief sought by the Application, you are required to file a response to the Application, on or before **October 6, 2023 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the response upon Committee's counsel:

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on October 25, 2023, at 10:00 a.m. (ET) before the Honorable Thomas M. Horan, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19081.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

7458353

Dated: Wilmington, Delaware
       September 15, 2023                  **WOMBLE BOND DICKINSON (US) LLP**

*/s/   Morgan L. Patterson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
Morgan L. Patterson (DE Bar No. 5388)
Lisa Bittle Tancredi (DE Bar No. 4657)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: ericka.johnson@wbd-us.com
Email: morgan.patterson@wbd-us.com
Email: lisa.tancredi@wbd-us.com

and

PORZIO, BROMBERG & NEWMAN, P.C.
Warren J. Martin Jr.
Robert M. Schechter
Rachel A. Parisi
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962-1997
Telephone: (973) 538-4006
Facsimile: (973) 538-5146
Email: wjmartin@pbnlaw.com
Email: rmschechter@pbnlaw.com
Email: raparisi@pbnlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

7458353