# EXHIBIT A

7458365

## Timekeeper Summary For Monthly Period
## August 1, 2023 – August 16, 2023

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Warren J. Martin Jr. | Principal in Bankruptcy Department since 2003, Member of NJ Bar 1986 | $1,095 | 14.30 | $15,658.50 |
| Rachel A. Parisi | Principal in Bankruptcy Department since 2020, Member of NJ Bar 2011 | $735 | 4.30 | $3,160.50 |
| Christopher P. Mazza | Associate in Bankruptcy Department Since 2017 Member of NJ Bar 2017 | $550 | 6.30 | $3,465.00 |
| Maria P. Dermatis | Paralegal in Bankruptcy Department since 2009 | $350 | 2.10 | $735.00 |
| Jessica M. O'Connor | Paralegal in Bankruptcy Department since 2020 | $315 | 2.00 | $630.00 |
| | Totals | | 29.00 | $23,649.00 |
| | **Blended Rate:** | **$815.48** | | |

7458365

**Compensation By Category for Monthly Period**
**August 1, 2023 – August 16, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | .5 | $547.50 |
| Asset Disposition | 1.0 | $1,095.00 |
| Avoidance Action Litigation | .3 | $328.50 |
| Case Administration | .4 | $214.50 |
| Claims Administration and Objections | 3.7 | $3,727.50 |
| Fee/Employment Applications | 4.0 | $2,004.50 |
| Financing | 1.0 | $1,095.00 |
| Litigation | 13.2 | $9,811.00 |
| Meeting of Creditors | 4.7 | $4,678.50 |
| Relief from Stay Proceedings | .2 | $147.00 |
| **Totals:** | **29.0** | **$23,649.00** |



100 SOUTHGATE PARKWAY, PO BOX 1997
MORRISTOWN, NJ 07962-1997
TEL (973) 538-4006
FAX (973) 538-5146
TAX ID: 22-2005150

September 11, 2023

Amounts Due to be Paid upon Application to the
United States Bankruptcy Court for the District of
Delaware

Invoice # 3304031

Re: *Christmas Tree Shops, LLC, et al.*
Our Matter # 025783.094982
Billing Attorney: Warren Martin

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 08/31/23

| | |
|---|---:|
| Professional Services | 23,649.00 |
| Disbursements | 1,363.50 |
| **TOTAL CURRENT INVOICE** | **$25,012.50** |
| Previous Balance Due | 185,393.95 |
| **TOTAL BALANCE DUE** | **$210,406.45** |

**Please make check payable to Porzio, Bromberg & Newman, P.C.**

# REMITTANCE PAGE



100 SOUTHGATE PARKWAY, PO BOX 1997
MORRISTOWN, NJ 07962-1997
TEL (973) 538-4006
FAX (973) 538-5146
TAX ID: 22-2005150

September 11, 2023

Amounts Due to be Paid upon Application to the
United States Bankruptcy Court for the District of
Delaware

Invoice # 3304031

Re: *Christmas Tree Shops, LLC, et al.*
Our Matter # 025783.094982
Billing Attorney: Warren Martin

## AGGREGATE TIME SUMMARY BY TASK CODE

| Task Code | Task Description | Total Hours | Total Amount |
|---|---|---|---|
| ASSTANAL | Asset Analysis and Recovery | 0.50 | 547.50 |
| ASSTDISP | Asset Disposition | 1.00 | 1,095.00 |
| AVOIDNCE | Avoidance Action Litigation | 0.30 | 328.50 |
| CASEADMN | Case Administration | 0.40 | 214.50 |
| CLAIMS | Claims Administration and Objections | 3.70 | 3,727.50 |
| FEEAPPS | Fee/Employment Applications | 4.00 | 2,004.50 |
| FINANCE | Financing | 1.00 | 1,095.00 |
| LITIGATE | Litigation (other than Avoidance Action Litigation) | 13.20 | 9,811.00 |
| MEETCOM | Meetings and Communications with Creditors | 4.70 | 4,678.50 |
| RELIEF | Relief from Stay Proceedings | 0.20 | 147.00 |
| **Total** | | **29.00** | **23,649.00** |

## AGGREGATE TIME SUMMARY BY TASK CODE BY TIMEKEEPER

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| ASSTANAL | Martin, W. | Principal | 0.50 | 1,095.00 | 547.50 |
| **Asset Analysis and Recovery Total** | | | **0.50** | | **547.50** |
| **Asset Disposition** | | | | | |
| ASSTDISP | Martin, W. | Principal | 1.00 | 1,095.00 | 1,095.00 |

Our Matter # 025783.094982                                September 11, 2023
Invoice #3304031                                                    Page:2

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| **Asset Disposition Total** | | | **1.00** | | **1,095.00** |
| **Avoidance Action Litigation** | | | | | |
| AVOIDNCE | Martin, W. | Principal | 0.30 | 1,095.00 | 328.50 |
| **Avoidance Action Litigation Total** | | | **0.30** | | **328.50** |
| **Case Administration** | | | | | |
| CASEADMN | Martin, W. | Principal | 0.10 | 1,095.00 | 109.50 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 0.30 | 350.00 | 105.00 |
| **Case Administration Total** | | | **0.40** | | **214.50** |
| **Claims Administration and Objections** | | | | | |
| CLAIMS | Martin, W. | Principal | 2.80 | 1,095.00 | 3,066.00 |
| | Parisi, R. A. | Principal | 0.90 | 735.00 | 661.50 |
| **Claims Administration and Objections Total** | | | **3.70** | | **3,727.50** |
| **Fee/Employment Applications** | | | | | |
| FEEAPPS | Martin, W. | Principal | 0.20 | 1,095.00 | 219.00 |
| | Mazza, C. P. | Associate 1 | 2.40 | 550.00 | 1,320.00 |
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 0.70 | 350.00 | 245.00 |
| | OConnor, J. M. | Paralegal - 2 - Senior Level | 0.70 | 315.00 | 220.50 |
| **Fee/Employment Applications Total** | | | **4.00** | | **2,004.50** |
| **Financing** | | | | | |
| FINANCE | Martin, W. | Principal | 1.00 | 1,095.00 | 1,095.00 |
| **Financing Total** | | | **1.00** | | **1,095.00** |
| **Litigation (other than Avoidance Action Litigation** | | | | | |
| LITIGATE | Martin, W. | Principal | 5.00 | 1,095.00 | 5,475.00 |
| | Mazza, C. P. | Associate 1 | 3.90 | 550.00 | 2,145.00 |

Our Matter # 025783.094982  September 11, 2023
Invoice #3304031  Page:3

| Task Code | Timekeeper | Title | Total Hours | Hourly Rate | Total |
|---|---|---|---:|---:|---:|
| | Dermatis, M. P. | Paralegal - 2 - Senior Level | 1.10 | 350.00 | 385.00 |
| | Parisi, R. A. | Principal | 1.90 | 735.00 | 1,396.50 |
| | OConnor, J. M. | Paralegal - 2 - Senior Level | 1.30 | 315.00 | 409.50 |
| **Litigation (other than Avoidance Action Litigation Total** | | | **13.20** | | **9,811.00** |
| | | | | | |
| **Meetings and Communications with Creditors** | | | | | |
| MEETCOM | Martin, W. | Principal | 3.40 | 1,095.00 | 3,723.00 |
| | Parisi, R. A. | Principal | 1.30 | 735.00 | 955.50 |
| **Meetings and Communications with Creditors Total** | | | **4.70** | | **4,678.50** |
| | | | | | |
| **Relief from Stay Proceedings** | | | | | |
| RELIEF | Parisi, R. A. | Principal | 0.20 | 735.00 | 147.00 |
| **Relief from Stay Proceedings Total** | | | **0.20** | | **147.00** |
| | | | | | |
| **Total** | | | **29.00** | | **23,649.00** |

**AGGREGATE TIME SUMMARY PAGE BY INDIVIDUAL**

| | | | | | |
|---|---|---|---:|---:|---:|
| 0080 | Martin, W. | Principal | 14.30 | 1,095.00 | 15,658.50 |
| 1982 | Mazza, C. P. | Associate 1 | 6.30 | 550.00 | 3,465.00 |
| 2002 | Dermatis, M. P. | Paralegal - 2 - Senior Level | 2.10 | 350.00 | 735.00 |
| 2268 | Parisi, R. A. | Principal | 4.30 | 735.00 | 3,160.50 |
| 2624 | OConnor, J. M. | Paralegal - 2 - Senior Level | 2.00 | 315.00 | 630.00 |
| | **Total** | | **29.00** | | **23,649.00** |

**Time Detail**

| Date | Description | Initials | Task Code | Hours | Value |
|---|---|---|---|---|---|
| 08/14/23 | Review CTS D&O insurance policies received from Debtors. | WJM | ASSTANAL | 0.50 | 547.50 |
| | | | **ASSTANAL Total** | **0.50** | **547.50** |
| 08/02/23 | Confer with G. Galardi regarding status of GOB sale effort and whether or not Restore will be paid in full on junior position in DIP Loan (.2); telephone conference with M. Power regarding potential buyers continuing interest and at what level (.2). | WJM | ASSTDISP | 0.40 | 438.00 |
| 08/04/23 | Email to S. Fox regarding disposition of leases/retention of A&G. | WJM | ASSTDISP | 0.20 | 219.00 |
| 08/14/23 | Telephone conference with M. Power regarding purchase of lease (.2); review correspondence from M. Power regarding same (.2). | WJM | ASSTDISP | 0.40 | 438.00 |
| | | | **ASSTDISP Total** | **1.00** | **1,095.00** |
| 08/04/23 | Confer with C. Mazza regarding avoidance/fraudulent conveyance portion of adversary complaint challenging liens of allegedly secured creditor. | WJM | AVOIDNCE | 0.30 | 328.50 |
| | | | **AVOIDNCE Total** | **0.30** | **328.50** |
| 08/04/23 | Emails from and to S. Fox regarding scheduling. | WJM | CASEADMN | 0.10 | 109.50 |
| 08/14/23 | Download and circulate Notice of Agenda for hearing on 8.16.23 and request attendance information. | MPD | CASEADMN | 0.20 | 70.00 |
| 08/15/23 | Follow up e-mail to team regarding attendance at hearing on 8.16.23. | MPD | CASEADMN | 0.10 | 35.00 |
| | | | **CASEADMN Total** | **0.40** | **214.50** |
| 08/03/23 | Review and revise WARN Act memo and analysis for presentation to Committee. | WJM | CLAIMS | 0.50 | 547.50 |
| 08/04/23 | Confer with C. Mazza regarding claims objection portion of adversary complaint. | WJM | CLAIMS | 0.30 | 328.50 |
| 08/11/23 | Meeting regarding WARN act issues | RAP | CLAIMS | 0.90 | 661.50 |
| 08/14/23 | Telephone conferences with Mark | WJM | CLAIMS | 0.40 | 438.00 |

| Date | Description | Initials | Task Code | Hours | Value |
|---|---|---|---|---|---|
| 08/15/23 | Conlan regarding WARN Act claims. Work with Gibbons firm on preserving Pathlight claims for the benefit of WARN Act/Employee claimants including analysis of Final DIP Order (.6); working up language (.5); conference call with Mark Conlan and team at Gibbons (.5). | WJM | CLAIMS | 1.60 | 1,752.00 |
| | | | **CLAIMS Total** | **3.70** | **3,727.50** |
| 08/02/23 | Draft CNO to May Monthly Fee Statement of PBN | JMO | FEEAPPS | 0.10 | 31.50 |
| 08/02/23 | Emails to and from W. Martin, Jr., R. Schechter, and R. Parisi regarding draft CNOs to May and June Monthly Fee Statements of PBN | JMO | FEEAPPS | 0.30 | 94.50 |
| 08/02/23 | Draft CNO to June Monthly Fee Statement of PBN | JMO | FEEAPPS | 0.10 | 31.50 |
| 08/07/23 | Prepare Third monthly fee statement for Porzio. | MPD | FEEAPPS | 0.50 | 175.00 |
| 08/08/23 | Emails from and to W. Martin, Jr. regarding filed CNOs to May and June Monthly Fee Statements of PBN | JMO | FEEAPPS | 0.20 | 63.00 |
| 08/09/23 | Review and authorize CNO filings. | WJM | FEEAPPS | 0.20 | 219.00 |
| 08/11/23 | Review e-mail from W. Martin, Jr. and prepare invoice for processing of Porzio's First and Second Monthly Fee Statements. | MPD | FEEAPPS | 0.20 | 70.00 |
| 08/16/23 | Assist with preparing July monthly fee application. | CPM | FEEAPPS | 2.40 | 1,320.00 |
| | | | **FEEAPPS Total** | **4.00** | **2,004.50** |
| 08/10/23 | Email to Committee Team (.3) and then Debtor (.1) regarding preserving carved out funds in connection with conversion. | WJM | FINANCE | 0.40 | 438.00 |
| 08/14/23 | Review proposed language and Final DIP Order. | WJM | FINANCE | 0.30 | 328.50 |
| 08/15/23 | Emails to and from Evelyn regarding preserving carve out funds. | WJM | FINANCE | 0.30 | 328.50 |
| | | | **FINANCE Total** | **1.00** | **1,095.00** |
| 08/01/23 | Email to S. Fox regarding proposal for "best and final" settlement offer from Committee. | WJM | LITIGATE | 0.60 | 657.00 |
| 08/02/23 | Compose email to S. Fox per committee | WJM | LITIGATE | 0.30 | 328.50 |

Our Matter # 025783.094982 September 11, 2023
Invoice #3304031 Page:6

| Date | Description | Initials | Task Code | Hours | Value |
|---|---|---|---|---|---|
| | directive as to best and final settlement offer on Pathlight lien challenge. | | | | |
| 08/03/23 | Revisions to adversary complaint challenging position of allegedly secured creditor (1.0), and confer with team regarding same (0.3). Circulate revised draft (0.1). | CPM | LITIGATE | 1.40 | 770.00 |
| 08/03/23 | Compile exhibits to Adversary Complaint | JMO | LITIGATE | 0.70 | 220.50 |
| 08/03/23 | Emails from and to C. Mazza regarding Challenge Period deadline | JMO | LITIGATE | 0.20 | 63.00 |
| 08/03/23 | Emails from and to C. Mazza regarding exhibits to complaint | JMO | LITIGATE | 0.20 | 63.00 |
| 08/04/23 | Receive and review comments from W. Martin, Jr. related to draft adversary complaint challenging liens of allegedly secured creditor (0.3), apply revisions to draft complaint (0.5), conduct additional legal research related to same (0.5), review draft motion for derivative standing (0.5), and confer with team regarding same (0.2). | CPM | LITIGATE | 2.00 | 1,100.00 |
| 08/04/23 | Emails from and to M. Patterson, M. Ward, and L. Thomas regarding exhibits to complaint | JMO | LITIGATE | 0.20 | 63.00 |
| 08/07/23 | Calendar of deadlines relating to Committee' Motion for Standing to Bring Adv. Proc. | MPD | LITIGATE | 0.10 | 35.00 |
| 08/08/23 | Review of correspondence between secured lenders, debtors, and committee, and review of unredacted version of derivative standing motion and complaint. | CPM | LITIGATE | 0.50 | 275.00 |
| 08/08/23 | Inquiry from Restore regarding Pathlight complaint (.2) and obtain authority from Pathlight to share confidentially marked documents (.2). | WJM | LITIGATE | 0.40 | 438.00 |
| 08/10/23 | Review motion to shorten time to convert (.4); emails from and to court regarding consent to shorten time (.2); email to Evelyn regarding preparation for conversion (.1). | WJM | LITIGATE | 0.70 | 766.50 |
| 08/14/23 | Review of local rules regarding sharing of documents and information, and provide rule to W. Martin, Jr.. | MPD | LITIGATE | 0.30 | 105.00 |

| Date | Description | Initials | Task Code | Hours | Value |
|---|---|---|---|---|---|
| 08/14/23 | Review and respond to e-mail from W. Martin, Jr. regarding requested information for sending to Gibbons. | MPD | LITIGATE | 0.50 | 175.00 |
| 08/15/23 | Review e-mail from W. Martin, Jr. requesting information in preparation for hearing and provide same. | MPD | LITIGATE | 0.20 | 70.00 |
| 08/15/23 | Review and respond to UST emails regarding conversion order language | RAP | LITIGATE | 0.40 | 294.00 |
| 08/16/23 | Attend motion to convert hearing | RAP | LITIGATE | 1.50 | 1,102.50 |
| 08/16/23 | Work on language in conversion order preserving trustee's claim to Pathlight litigation (1.2); attend conversion hearing and assist M. Ward with presentation (1.8). | WJM | LITIGATE | 3.00 | 3,285.00 |
| | | | **LITIGATE Total** | **13.20** | **9,811.00** |
| 08/01/23 | Correspondence regarding CTS committee meeting (0.3); prepare agenda (0.2); call with W. Martin, Jr. regarding same (0.1) | RAP | MEETCOM | 0.60 | 441.00 |
| 08/01/23 | Review R. Parisi draft agenda for tomorrow's committee meeting (.1); emails to and from professionals' team regarding suggested edits and finalizing same (.2). | WJM | MEETCOM | 0.30 | 328.50 |
| 08/01/23 | Email to professionals' team regarding tomorrow's committee call scheduling/adjournment (.1); telephone conference with R. Parisi regarding same (.1); review R. Parisi responsive email update on same (.1). | WJM | MEETCOM | 0.30 | 328.50 |
| 08/02/23 | Prep for CTS UCC call (0.3) attend portion of same (0.4) | RAP | MEETCOM | 0.70 | 514.50 |
| 08/02/23 | Confer with R. Parisi in anticipation of creditors' committee meeting today and Agenda for same (.2); review Agenda, add item regarding Pathlight proposal and circulate (.2); with M. Patterson, conduct today's committee meeting (.6). | WJM | MEETCOM | 1.00 | 1,095.00 |
| 08/09/23 | Receive creditor inquiries regarding committee motion on derivative standing and attend to sharing exhibits with interested parties as permitted. | WJM | MEETCOM | 0.50 | 547.50 |
| 08/10/23 | Inquiry from Committee member regarding administrative burn and | WJM | MEETCOM | 0.30 | 328.50 |

Our Matter # 025783.094982  
Invoice #3304031  

September 11, 2023  
Page:8

| Date | Description | Initials | Task Code | Hours | Value |
|---|---|---|---|---|---|
| | conversion (.1) and respond to full committee on next steps (.2). | | | | |
| 08/11/23 | Telephone conference with attorneys for largest administrative creditors and walk through asset analysis, conversion issues, and next steps. | WJM | MEETCOM | 0.70 | 766.50 |
| 08/15/23 | Respond to inquiry from creditor/landlord counsel. | WJM | MEETCOM | 0.30 | 328.50 |
| | | | **MEETCOM Total** | **4.70** | **4,678.50** |
| 08/09/23 | Emails regarding Bank of America stay relief motion | RAP | RELIEF | 0.20 | 147.00 |
| | | | **RELIEF Total** | **0.20** | **147.00** |
| | | | **Fees Total** | **29.00** | **23,649.00** |

**Disbursement Summary** | **Total**
--- | ---
Business Meals | 9.50
Parking | 61.00
Rail Transportation | 1,293.00
**Total Disbursements** | **1,363.50**

**Disbursement Detail**

| Date | Description | Amount |
| --- | --- | --- |
| 07/06/23 | VENDOR: American Express INVOICE#: MARTIN081523 DATE: 8/18/2023<br>Expense Reimbursement - Amtrak to DE to attend Omnibus Hearing in Christmas Tree Shop matter. | 175.00 |
| 07/07/23 | VENDOR: American Express INVOICE#: MARTIN081523 DATE: 8/18/2023<br>Expense Reimbursement - Amtrak to NJ after attending Omnibus Hearing in Christmas Tree Shop matter. | 304.00 |
| 07/07/23 | VENDOR: American Express INVOICE#: MARTIN081523 DATE: 8/18/2023<br>Expense Reimbursement - Parking fee in Newark to take Amtrak to DE for CTS Hearing. | 19.00 |
| 07/11/23 | VENDOR: American Express INVOICE#: MARTIN081523 DATE: 8/18/2023<br>Expense Reimbursement - Amtrak to attend hearing in the Christmas Tree Shops in DE. | 191.00 |
| 07/12/23 | VENDOR: American Express INVOICE#: MARTIN081523 DATE: 8/18/2023<br>Expense Reimbursement - Amtrak round trip ticket to attend hearing in the Christmas Tree Shops in DE and back to NJ. | 407.00 |
| 07/12/23 | VENDOR: American Express INVOICE#: MARTIN081523 DATE: 8/18/2023<br>Expense Reimbursement - Cafe car - Christmas Tree Shop hearing. | 3.50 |
| 07/12/23 | VENDOR: American Express INVOICE#: MARTIN081523 DATE: 8/18/2023<br>Expense Reimbursement - Amtrak from DE to Newark after attending the Christmas Tree Shop hearing. | 191.00 |
| 07/12/23 | VENDOR: American Express INVOICE#: MARTIN081523 DATE: 8/18/2023<br>Expense Reimbursement - Parking fee in Newark to take Amtrak to DE for CTS Hearing. | 19.00 |
| 07/12/23 | VENDOR: American Express INVOICE#: MARTIN081523 DATE: 8/18/2023<br>Expense Reimbursement - Amtrak ticket change on trip to DE to attend CTS | 25.00 |

| | |
|---|---|
| Our Matter # 025783.094982 | September 11, 2023 |
| Invoice #3304031 | Page:10 |

**Disbursement Detail**

| Date | Description | Amount |
|---|---|---|
| | hearing. - No receipt. | |
| 07/13/23 | VENDOR: American Express INVOICE#: MARTIN081523 DATE: 8/18/2023 | 6.00 |
| | Expense Reimbursement - Amtrak Cafe car - Christmas Tree Shop hearing. | |
| 07/13/23 | VENDOR: American Express INVOICE#: MARTIN081523 DATE: 8/18/2023 | 23.00 |
| | Expense Reimbursement - Parking fee in Newark to take Amtrak to DE for CTS Hearing. | |
| | **TOTAL DISBURSEMENTS** | **$1,363.50** |

**TOTALS FOR THIS MATTER**

| | |
|---|---|
| Professional Services | 23,649.00 |
| Disbursements | 1,363.50 |
| Total Professional Services & Disbursements | 25,012.50 |
| **BALANCE DUE THIS INVOICE** | **$ 25,012.50** |
| Previous Balance Due | 185,393.95 |
| **TOTAL AMOUNT DUE INCLUDING THIS INVOICE** | **$ 210,406.45** |

**ACCOUNTS RECEIVABLE**

| INVOICE DATE | INVOICE NUMBER | INVOICE TOTAL | OUTSTANDING BALANCE |
|---|---|---|---|
| 07/11/23 | 3300772 | 155,724.43 | 30,971.60 |
| 07/11/23 | 3300773 | 212,512.52 | 41,838.60 |
| 08/24/23 | 3303077 | 112,583.75 | 112,583.75 |
| **CURRENT BALANCE DUE** | | **$480,820.70** | **$185,393.95** |

# EXHIBIT B

7458365

**Summary of Expenses for Monthly Period**
**August 1, 2023 – August 16, 2023**

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing/Court Fees** <br>     Payable to Clerk of Court. (Admission Fees) | $0.00 |
| b) **Computer Assisted Legal Research** <br>     Westlaw, Lexis and a description of manner calculated. | $0.00 |
| c) **Pacer Fees** <br>     Payable to the Pacer Service Center for search and/or print. | $0.00 |
| d) **Fax (with rates)** <br>     No. of Pages ____ Rate per Page ____ (Max. $1.00/pg.) | $0.00 |
| e) **Case Specific Telephone / Conference Call Charges** <br>     Exclusive of overhead charges. | $0.00 |
| f) **In-House Reproduction Services** <br>     Exclusive of overhead charges. | $0.00 |
| g) **Outside Reproduction Services** <br>     Including scanning services. | $0.00 |
| h) **Other Research** <br>     Title searches, UCC searches, Asset searches, Accurint. | $0.00 |
| i) **Court Reporting / Deposition Services** <br>     Transcripts. | $0.00 |
| j) **Travel** <br>     Mileage, rolls, airfare and parking. | $1,354.00 |
| k) **Courier & Express Carriers** <br>     Overnight and personal delivery | $0.00 |
| l) **Postage** | $0.00 |
| m) **Other (specify) – Business Meals** | $9.50 |
| **DISBURSEMENTS TOTAL:** | **$1,363.50** |

7458365