# EXHIBIT A

**Customary and Comparable Compensation Disclosure with Fee Applications**

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy[1] | BILLED<br><br>In this fee application |
| Partner | $575 | $718 |
| Counsel | $265 | $595 |
| Associates | $369 | $340 |
| Paraprofessionals | $276 | $350 |
| **All Timekeepers Aggregated** | $467 | $516 |

---

[1] This blended hourly rate is adjusted to exclude hours and compensation billed to certain clients with special billing arrangements.

1