# EXHIBIT C

## STAFFING PLAN

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | Average Hourly Rate |
|---|---|---|
| Partner | 2 | $720.00 |
| Of Counsel | 1 | $595.00 |
| Associates | 1 | $340.00 |
| Paralegals | 1 | $350.00 |