# **EXHIBIT D**



**Womble Bond Dickinson (US) LLP**
1313 North Market Street
Suite 1200
Wilmington, Delaware 19801

Tel: (302) 252-4320
Fax: (302) 252-4330
www.womblebonddickinson.com

September 14, 2023
Matter Number 118979.0001.2
Bill Number 4834367
STATEMENT FOR SERVICES RENDERED

c/o Womble Bond Dickinson
1313 N. Market Street
Suite 1200
Wilmington, DE  19801

RE:    Christmas Tree Shops

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/16/2023 | $15,840.50 |
| DISBURSEMENTS THROUGH 08/16/2023 | $771.78 |
| **CURRENT TOTAL** | **$16,612.28** |

| If paying by check or online banking bill payment, please remit payment **DUE ON RECEIPT** to the following address: | If paying by wire or ach, please remit payment **DUE ON RECEIPT** as follows: | |
|---|---|---|
| PO Box 601879<br>Charlotte, North Carolina 28260-1879<br><br>**Please *do not* use the above address for trust funds or retainer payments**. Please send all trust funds and retainer payments directly to One West Fourth Street, Winston-Salem, NC 27101. | Wells Fargo Bank, N.A.<br>1525 W.T. Harris Blvd.<br>Charlotte, NC 28288<br>ABA no.  1 2 1 0 0 0 2 4 8<br>Swift Code: W F B I U S 6 S | For Credit To:<br>Womble Bond Dickinson (US) LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Account no. 2 0 8 7 3 1 1 0 4 0 4 0 8 |
| | **PLEASE include our bill # and client/matter# on EFT, or e-mail remittance advice to AccountsReceivable@wbd-us.com.** | |
| Tax Identification Number 56-0308470 | | |
| Accounting questions regarding your invoices can be directed to (336)728–7040 or AccountsReceivable@wbd-us.com. | | |

Christmas Tree Shops -Official Committee of Unsecured Creditors  
Christmas Tree Shops

118979.0001.2/4834367

**ITEMIZED SERVICES BILL**

| Date: | Description: | Attorney: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| **BKAD - Asset Disposition - General** | | | | | |
| 08/01/2023 | Attend Committee professional call regarding remaining sale efforts | Patterson, Morgan L. (2372) | 0.60 | 655.00 | $ 393.00 |
| | | | | **Total for Task:** | $ 393.00 |
| **BKC - Creditors Committee Meeting/Conferences** | | | | | |
| 08/02/2023 | Prepare for and attend video committee meeting | Patterson, Morgan L. (2372) | 1.10 | 655.00 | $ 720.50 |
| 08/11/2023 | Draft and send update to Committee | Patterson, Morgan L. (2372) | 0.40 | 655.00 | $ 262.00 |
| | | | | **Total for Task:** | $ 982.50 |
| **BKEB - Employee Benefits** | | | | | |

Christmas Tree Shops -Official Committee of Unsecured Creditors  118979.0001.2/4834367
Christmas Tree Shops

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/11/2023 | Call with creditor regarding employee bonus | Patterson, Morgan L. (2372) | 0.20 | 655.00 | $ 131.00 |
| | | **Total for Task:** | | | $ 131.00 |

**BKF - Fee Application/Monthly Billing**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/04/2023 | Emails with Morgan Patterson regarding WBD 2nd fee application (.1); begin drafting 2nd fee application (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 08/10/2023 | Review draft July fee application | Ward, Matthew P. (2176) | 0.30 | 785.00 | $ 235.50 |
| 08/10/2023 | Prepare monthly fee application | Patterson, Morgan L. (2372) | 0.60 | 655.00 | $ 393.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors　　　　　118979.0001.2/4834367
Christmas Tree Shops

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/10/2023 | Work on WBD 2nd monthly fee application (.5); finalize, efile and serve application (.4) | Thomas, Elizabeth C.* (10159) | 0.90 | 350.00 | $ 315.00 |
| 08/11/2023 | Draft CNO regarding WBD 1st monthly fee application (.2); emails with Morgan Patterson regarding same (.1) | Thomas, Elizabeth C.* (10159) | 0.30 | 350.00 | $ 105.00 |
| 08/14/2023 | Review docket for any responses to WBD 1st monthly fee application (.1); efile CNO regarding same (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| | | **Total for Task:** | | | $ 1,188.50 |

**BKFO - Fees of Others**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/2023 | Review and file CNOs for Porzio fee applications | Patterson, Morgan L. (2372) | 0.20 | 655.00 | $ 131.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors 118979.0001.2/4834367
Christmas Tree Shops

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/03/2023 | Finalize and efile CNOs regarding Porzio 1st and 2nd monthly fee applications | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 08/07/2023 | Review and provide comments to draft 1st fee application of Rock Creek | Thomas, Elizabeth C.* (10159) | 0.30 | 350.00 | $ 105.00 |
| 08/08/2023 | Review/revise/file Rock Creek fee application | Patterson, Morgan L. (2372) | 0.40 | 655.00 | $ 262.00 |
| 08/08/2023 | Finalize Rock Creek 1st monthly fee application (.7); emails with Morgan Patterson and Brian Ayers regarding application (.2); efile and serve application (.3) | Thomas, Elizabeth C.* (10159) | 1.20 | 350.00 | $ 420.00 |

**Total for Task:** $ 988.00

**BKG - General Case Administration**

Christmas Tree Shops -Official Committee of Unsecured Creditors　　　　　118979.0001.2/4834367
Christmas Tree Shops

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/03/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 08/04/2023 | Update case calendar | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 08/07/2023 | Review omnibus hearing order and update case calendar (.1); obtain and circulate recently filed pleadings (.1); update 2002 list (.1) | Thomas, Elizabeth C.* (10159) | 0.30 | 350.00 | $ 105.00 |
| 08/08/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 08/09/2023 | Emails with working group regarding today's objection deadlines and responses | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors 118979.0001.2/4834367
Christmas Tree Shops

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/09/2023 | Update case calendar | Thomas, Elizabeth C.* (10159) | 0.30 | 350.00 | $ 105.00 |
| 08/10/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 08/11/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 08/15/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 08/16/2023 | Obtain and circulate recently filed pleadings (.1); update case calendar (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors  
Christmas Tree Shops

118979.0001.2/4834367

| | | | | | |
|---|---|---|---|---|---|
| | | | **Total for Task:** | | $ 665.00 |

### BKH - Court Hearings/Preparation/Agenda

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/14/2023 | Review and circulate 8/16 hearing agenda (.1); work on attorney hearing binder (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 08/15/2023 | Prepare attorney hearing binder (.2); arrange zoom appearances for hearing (.2) | Thomas, Elizabeth C.* (10159) | 0.40 | 350.00 | $ 140.00 |
| 08/16/2023 | Prepare for conversion hearing (.5); participate in morning and afternoon sessions (1.5); numerous teleconferences and numerous correspondences with W. Martin regarding same (1.0); correspondences with WARN claimants (.2); review multiple revised versions of proposed conversion order (.3); update client regarding same (.1) | Ward, Matthew P. (2176) | 3.60 | 785.00 | $ 2,826.00 |
| | | | **Total for Task:** | | $ 3,036.00 |

### BKLT - Litigation

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/2023 | Correspondence with Committee professionals regarding standing motion | Patterson, Morgan L. (2372) | 0.20 | 655.00 | $ 131.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors                           118979.0001.2/4834367
Christmas Tree Shops

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/2023 | Prepare and efile certificate of service regarding order approving 3rd stipulation extending challenge period | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |
| 08/04/2023 | Review draft Pathlight complaint (.3); review draft standing motion and proposed order (.3); numerous correspondences with M. Patterson and Porzio team (.3) | Ward, Matthew P. (2176) | 0.90 | 785.00 | $ 706.50 |
| 08/04/2023 | Further review and file standing motion and proposed complaint with respect to Pathlight | Patterson, Morgan L. (2372) | 3.40 | 655.00 | $ 2,227.00 |
| 08/04/2023 | Emails with Morgan Patterson regarding derivative standing motion (.4); review and finalize exhibits to motion (.3); review and edit motion to compel and draft complaint (.3); finalize and efile standing motion under seal (.5); serve pertinent parties with sealed motion (.2) | Thomas, Elizabeth C.* (10159) | 1.70 | 350.00 | $ 595.00 |
| 08/07/2023 | Correspondence with counsel to lenders regarding standing motion (.1); correspondence with UST regarding same (.1) | Patterson, Morgan L. (2372) | 0.20 | 655.00 | $ 131.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors          118979.0001.2/4834367
Christmas Tree Shops

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/2023 | Emails regarding additional parties to serve with sealed standing motion (.1); serve UST and counsel to Restore with motion (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 350.00 | $ 70.00 |
| 08/08/2023 | Work with parties regarding sealing of standing motion | Patterson, Morgan L. (2372) | 0.40 | 655.00 | $ 262.00 |
| 08/09/2023 | Address unsealing of standing motion | Patterson, Morgan L. (2372) | 0.40 | 655.00 | $ 262.00 |
| 08/09/2023 | Confer with Morgan Patterson regarding redacted standing motion (.1); email sealed standing motion to Eclipse counsel (.1); draft seal motion (.5); emails regarding redacted/unsealed standing motion (.2); finalize and efile unsealed version of standing motion (.5); serve standing motion (without exhibits to complaint) (.2) | Thomas, Elizabeth C.* (10159) | 1.60 | 350.00 | $ 560.00 |
| 08/10/2023 | Prepare and efile certificate of service regarding unsealed version of standing motion | Thomas, Elizabeth C.* (10159) | 0.10 | 350.00 | $ 35.00 |

Christmas Tree Shops -Official Committee of Unsecured Creditors　　　　　　　　　118979.0001.2/4834367
Christmas Tree Shops

|  |  |  | Total for Task: |  | $ 5,014.50 |

**BKM - Other Motion Practice**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/09/2023 | Review/revise Debtors' motion to convert | Patterson, Morgan L. (2372) | 0.70 | 655.00 | $ 458.50 |
| 08/10/2023 | Review/analyze conversion motion and motion to expedite (.3); develop strategy regarding same and regarding new notice of default (.4); correspondences with debtors' counsel and Porzio and Rock Creek teams regarding same (.3) | Ward, Matthew P. (2176) | 1.00 | 785.00 | $ 785.00 |
| 08/10/2023 | Multiple correspondence with co-counsel and Debtors' counsel regarding motion to convert revisions | Patterson, Morgan L. (2372) | 0.20 | 655.00 | $ 131.00 |
| 08/14/2023 | Review WARN plaintiffs' proposal regarding conversion order (.1); numerous correspondences with WARN counsel, UST, and debtors' counsel regarding conversion (.4) | Ward, Matthew P. (2176) | 0.50 | 785.00 | $ 392.50 |

Christmas Tree Shops -Official Committee of Unsecured Creditors  118979.0001.2/4834367
Christmas Tree Shops

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/15/2023 | Review revised proposed conversion order (.1); numerous (over a dozen) correspondences with debtors' counsel, WARN counsel, and Porzio team regarding same (.8); review WARN Act claimants' objection to same (.1); research regarding DIP order and chapter 7 trustee rights upon conversion (.5); prepare for conversion hearing (.3) | Ward, Matthew P. (2176) | 1.80 | 785.00 | $ 1,413.00 |
| 08/15/2023 | Correspondence with Debtor team regarding revisions to conversion order (.1); correspondence with creditor landlord counsel regarding conversion status (.1) | Patterson, Morgan L. (2372) | 0.20 | 655.00 | $ 131.00 |

|   |   |
|---|---|
| Total for Task: | $ 3,311.00 |

**BKP - Post Petition Financing**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/10/2023 | Review notice of default | Patterson, Morgan L. (2372) | 0.20 | 655.00 | $ 131.00 |

|   |   |
|---|---|
| Total for Task: | $ 131.00 |
| Total for Services: | $ 15,840.50 |

\*   If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Christmas Tree Shops -Official Committee of Unsecured Creditors  118979.0001.2/4834367
Christmas Tree Shops

**TIMEKEEPER SUMMARY**

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Ward, Matthew P. | 8.10 | $ 6,358.50 | $ 785.00 |
| Patterson, Morgan L. | 9.40 | $ 6,157.00 | $ 655.00 |
| Thomas, Elizabeth C.* | 9.50 | $ 3,325.00 | $ 350.00 |
| **Totals:** | 27.00 | $ 15,840.50 | |

\* If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Christmas Tree Shops -Official Committee of Unsecured Creditors　　　118979.0001.2/4834367
Christmas Tree Shops

**TASK SUMMARY BILLING INFORMATION**

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| BKAD | Asset Disposition - General | 0.60 | $ 393.00 |
| BKC | Creditors Committee Meeting/Conferences | 1.50 | $ 982.50 |
| BKEB | Employee Benefits | 0.20 | $ 131.00 |
| BKF | Fee Application/Monthly Billing | 2.50 | $ 1,188.50 |
| BKFO | Fees of Others | 2.30 | $ 988.00 |
| BKG | General Case Administration | 1.90 | $ 665.00 |
| BKH | Court Hearings/Preparation/Agenda | 4.20 | $ 3,036.00 |
| BKLT | Litigation | 9.20 | $ 5,014.50 |
| BKM | Other Motion Practice | 4.40 | $ 3,311.00 |
| BKP | Post Petition Financing | 0.20 | $ 131.00 |
| | **Total** | 27.00 | $ 15,840.50 |