**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: October 6, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: October 25, 2023 at 10:00 a.m. (ET)** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that on September 15, 2023, the Official Committee of Unsecured Creditors (the "Committee") of Christmas Tree Shops, LLC, *et al.*, by and through the Committee's undersigned counsel, filed the *Second Monthly and Final Fee Application of Rock Creek Advisors, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors for the Official Committee of Unsecured Creditors for the Monthly Period from August 1, 2023 Through August 16, 2023 and for the Final Period From May 23, 2023 Through August 16, 2023* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and be served upon: (a) the attorneys for the Debtors, (i) Murphy & King, P.C., 28 State Street, Suite 3101, Boston, Massachusetts 02019, Attn: Harold B. Murphy and Christopher Condon, (email: HMurphy@murphyking.com, CCondon@murphyking.com; and (ii) Troutman Pepper Hamilton Sanders LLP, Attn: Evelyn J. Meltzer and Marcy J. McLaughlin Smith (evelyn.meltzer@troutman.com, marcy.smith@troutman.com); (b) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Benjamin Hackman (email: Benjamin.A.Hackman@usdoj.gov); (c) counsel to Eclipse, Greenberg Traurig, LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Jeffrey Wolf and Brian Greer (Jeffrey.Wolf@gtlaw.com; greerb@gtlaw.com); and (ii) Greenberg Traurig, LLP, 222 Delaware Avenue, Suite 1600, Wilmington, DE 19801, Attn: Anthony Clark and Dennis Meloro (anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com); (d) counsel to ReStore Capital, LLC, (i) Ropes & Gray LLP, 1211 6th Ave, New York, NY 10036, Attn: Gregg M. Galardi (Gregg.Galardi@ropesgray.com); and (ii) Chipman Brown Cicero & Cole, LLP, 1313 North Market Street, Suite 5400, Wilmington, DE 19801, Attn: Mark L. Desgrosseilliers (desgross@chipmanbrown.com); (e) counsel to Pathlight Capital LP, (i) Riemer & Braunstein, Times Square Tower, Suite 2506, Seven Times Square, New York, NY 10036, Attn: Steven E. Fox and Paul D. Bekker (sfox@riemerlaw.com; pbekker@riemerlaw.com); and (ii) Ashby & Geddes, 500 Delaware Avenue, 8th Floor, Wilmington, DE 19801, Attn: Gregory A. Taylor (gtaylor@ashbygeddes.com); (f) counsel to the Committee, (i) Porzio, Bromberg & Newman,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

P.C., 100 Southgate Parkway, P.O. Box 1997, Morristown, NJ 07962-1997, Attn: Warren J. Martin Jr., Robert M. Schechter, and Rachel A. Parisi (wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; raparisi@pbnlaw.com); and (ii) Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801, Attn: Matthew P. Ward, Ericka F. Johnson, Morgan L. Patterson, and Lisa Bittle Tancredi (matthew.ward@wbd-us.com; ericka.johnson@wbd-us.com; morgan.patterson@wbd-us.com; lisa.tancredi@wbd-us.com); and (g) counsel to Chapter 7 Trustee, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705, Attn: Bradford J. Sandler, Colin R. Robinson, Peter J. Keane, Edward A. Corma (bsandler@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com; ecorma@pszjlaw.com) by no later than **October 6, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 15, 2023

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
Morgan L. Patterson (DE Bar No. 5388)
Lisa Bittle Tancredi (DE Bar No. 4657)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: ericka.johnson@wbd-us.com
Email: morgan.patterson@wbd-us.com
Email: lisa.tancredi@wbd-us.com

and

**PORZIO, BROMBERG & NEWMAN, P.C.**
Warren J. Martin Jr. (admitted *pro hac vice*)
Robert M. Schechter (admitted *pro hac vice*)
Rachel A. Parisi (admitted *pro hac vice*)
100 Southgate Parkway, P.O. Box 1997
Morristown, New Jersey 07962-1997
Telephone: (973) 538-4006
Facsimile: (973) 538-5146
Email: wjmartin@pbnlaw.com
Email: rmschechter@pbnlaw.com
Email: raparisi@pbnlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

WBD (US) 63874278v1

P.C., 100 Southgate Parkway, P.O. Box 1997, Morristown, NJ 07962-1997, Attn: Warren J. Martin Jr., Robert M. Schechter, and Rachel A. Parisi (wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; raparisi@pbnlaw.com); and (ii) Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801, Attn: Matthew P. Ward, Ericka F. Johnson, Morgan L. Patterson, and Lisa Bittle Tancredi (matthew.ward@wbd-us.com; ericka.johnson@wbd-us.com; morgan.patterson@wbd-us.com; lisa.tancredi@wbd-us.com); and (g) counsel to Chapter 7 Trustee, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705, Attn: Bradford J. Sandler, Colin R. Robinson, Peter J. Keane, Edward A. Corma (bsandler@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com; ecorma@pszjlaw.com) by no later than **October 6, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 15, 2023

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
Morgan L. Patterson (DE Bar No. 5388)
Lisa Bittle Tancredi (DE Bar No. 4657)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: ericka.johnson@wbd-us.com
Email: morgan.patterson@wbd-us.com
Email: lisa.tancredi@wbd-us.com

and

**PORZIO, BROMBERG & NEWMAN, P.C.**
Warren J. Martin Jr. (admitted *pro hac vice*)
Robert M. Schechter (admitted *pro hac vice*)
Rachel A. Parisi (admitted *pro hac vice*)
100 Southgate Parkway, P.O. Box 1997
Morristown, New Jersey 07962-1997
Telephone: (973) 538-4006
Facsimile: (973) 538-5146
Email: wjmartin@pbnlaw.com
Email: rmschechter@pbnlaw.com
Email: raparisi@pbnlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

WBD (US) 63874278v1