**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline: October 6, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: October 25, 2023 at 10:00 a.m. (ET)** |

**NOTICE OF FIRST AND FINAL APPLICATION OF SSG ADVISORS, LLC,
INVESTMENT BANKER TO THE DEBTORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD MAY 31, 2023 THROUGH AND INCLUDING AUGUST 16, 2023**

PLEASE TAKE NOTICE that on September 15, 2023, SSG Advisors, LLC (the "Applicant"), as investment banker to Christmas Tree Shops, LLC., *et al*., (the "Debtors") filed the **First and Final Application of SSG Advisors, LLC, Investment Banker to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period May 31, 2023 Through and Including August 16, 2023** (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 258] (the "Compensation Procedures Order") and the *Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112(b); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amount Into a Segregated Attorney Trust Account Maintained by Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related Relief* (Docket No. 545) (the "Conversion Order"), any objection or other response to the Application must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before October 6, 2023 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (ii) served so as to be actually received no later than the Objection Deadline by (a) the Applicant[2] and (b) the Notice Parties (as defined and identified in the Compensation Procedures Order).

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), Handil, LLC (1150), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

[2] Teresa C. Kohl, tkohl@ssgca.com, and J. Scott Victor, jsvictor@ssgca.com.

163062730v1

PLEASE TAKE FURTHER NOTICE that if an objection or response to the Application is filed and is not subsequently resolved, a hearing on the Application will be held on **October 25, 2023 at 10:00 a.m. (ET)** before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, in a courtroom to be determined.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

| | |
|---|---|
| Dated: September 15, 2023<br>Wilmington, Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>By: */s/ Evelyn J. Meltzer*<br>Evelyn J. Meltzer (Del. Bar No. 4581)<br>Marcy J. McLaughlin Smith (Del. Bar No. 6184)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br>Email: evelyn.meltzer@troutman.com<br>marcy.smith@troutman.com<br><br>-and-<br><br>**MURPHY & KING, PROFESSIONAL CORPORATION**<br>Harold B. Murphy (admitted *pro hac vice*)<br>Christopher M. Condon (admitted *pro hac vice*)<br>28 State Street, Suite 3101<br>Boston, Massachusetts 02109<br>Tel: (617) 423-0400<br>Email: hmurphy@murphyking.com<br>ccondon@murphyking.com<br><br>*Attorneys for Debtors* |

163062730v1