**EXHIBIT C**
**Time Sheets**

**Christmas Tree Shops, LLC, et al. - Case No. 23-10576 (TMH)**
*Teresa C. Kohl, Managing Director*
*SSG Advisors, LLC*

| Date | Task | Hours |
|---|---|---|
| 5/31/2023 | Review docket filings to date; attend Second Day Hearing; emails with Debtor, advisors and counsel re: process and filing; review diligence requests; buyer and plan sponsor research; review Debtor's plan projections and assumptions; call with UCC advisors; internal discussion | 8.5 |
| 6/1/2023 | Review and edit teaser; kick off call with Debtor team; review buyer list and plan sponsor list; review Ch 11 exit analysis; review docket filings; review diligence materials; calls and emails with potential buyers and plan sponsors; internal discussion; calls and emails with Debtor team | 9.0 |
| 6/2/2023 | Calls and emails with potential buyers and plan sponsors; review diligence materials; review projections and financials; calls and emails with Debtor team; prepare and review form NDA; buyer and plan sponsor research; review, edit and approve teaser; internal discussion | 7.5 |
| 6/3/2023 | Emails with potential buyers and plan sponsors; review projections and model; review buyer list | 2.0 |
| 6/4/2023 | Emails with potential buyers and plan sponsors; review draft executive summary; review historical financial results; review lease, go forward store and store footprint analysis; review NDAs | 2.0 |
| 6/5/2023 | Calls and emails with potential buyers and plan sponsors; calls and emails with Debtor team; review NDAs; review diligence requests; review process tracking; internal discussion | 4.5 |
| 6/6/2023 | Calls and emails with potential buyers and plan sponsors; calls and emails with Debtor team; review NDAs; review diligence materials; review draft CIM; call and emails with UCC advisors and counsel; internal discussion | 6.0 |
| 6/7/2023 | Calls and emails with potential buyers and plan sponsors; calls and emails with Debtor team; review process update; call with Debtor team re: process update; call with UCC advisors re: process update; review NDAs; review UCC advisor buyer target list; internal discussion | 4.5 |
| 6/8/2023 | Calls and emails with potential buyers and plan sponsors; calls and emails with Debtor team; review docket; review Plan documents; review NDAs; internal discussion | 4.0 |
| 6/9/2023 | Calls and emails with potential buyers and plan sponsors; calls and emails with Debtor team; review store analysis; review NDAs; internal discussion | 3.5 |
| 6/10/2023 | Emails with potential buyers and plan sponsors; call with secured lender; emails with Debtor counsel; review and edit retention application; review NDAs; internal discussion | 3.5 |
| 6/11/2023 | Emails with potential buyers and plan sponsors | 2.0 |
| 6/12/2023 | Calls and emails with potential buyers and plan sponsors; review buyer diligence requests; calls and emails with Debtor team; call with management; internal discussion | 6.0 |
| 6/13/2023 | Calls and emails with potential buyers and plan sponsors; calls and emails with Debtor team; call with Debtor FA; calls with UCC advisors and counsel; review process update; review and edit retention application; review planned exit store analysis; internal discussion | 5.5 |
| 6/14/2023 | Calls and emails with potential buyers and plan sponsors; calls and emails with Debtor team; call with Debtor team re: process update; review NDAs review diligence materials; review inventory files; emails with Debtor counsel re: retention application; review critical dates memo; internal discussion | 6.0 |
| 6/15/2023 | Calls and emails with potential buyers and plan sponsors; calls and emails with Debtor team; review NDAs; emails with Debtor counsel re: retention application; internal discussion | 4.5 |
| 6/16/2023 | Calls and emails with potential buyers and plan sponsors; calls and emails with Debtor team; review diligence requests; review rent and vendor analysis; review NDAs; internal discussion | 4.5 |
| 6/17/2023 | Emails with potential buyers | 1.0 |
| 6/19/2023 | Calls and emails with potential buyers and plan sponsors; | 2.5 |
| 6/20/2023 | Calls and emails with potential buyers and plan sponsors; review process summary for UCC advisors; emails with UCC advisors; call with UCC advisors and counsel; review cash flow reporting; calls and emails with Debtor team; internal discussion | 4.5 |
| 6/21/2023 | Calls and emails with potential buyers and plan sponsors; calls and emails with Debtor team; review process update; call with Debtor team re: process update; review cash flow reporting; internal discussion | 4.0 |
| 6/22/2023 | Calls and emails with potential buyers and plan sponsors; calls and emails with Debtor team; review diligence requests; emails with Debtor counsel; internal discussion | 4.0 |
| 6/23/2023 | Calls and emails with potential buyers and plan sponsors; calls and emails with Debtor team; call with UCC advisors re: store analysis; internal discussion | 3.5 |

| | *Christmas Tree Shops, LLC, et al. - Case No. 23-10576 (TMH)*<br>*Teresa C. Kohl, Managing Director*<br>*SSG Advisors, LLC* | |
|---|---|---|
| **Date** | **Task** | **Hours** |
| 6/24/2023 | Call and emails with potential buyers | 1.0 |
| 6/25/2023 | Call and emails with potential buyers; calls and emails with Debtor team; call with secured lender; internal discussion | 3.0 |
| 6/26/2023 | Calls and emails with potential buyers; calls and emails with Debtor team; calls and emails with Debtor counsel re: supplemental DIP order; review filings; call and emails with UCC counsel re: supplemental DIP order; review borrowing base analysis; emails with secured lender counsel; call and emails with secured lender; diligence discussion; internal discussion | 7.0 |
| 6/27/2023 | Calls and emails with potential buyers; calls and emails with Debtor team; emails with Debtor counsel; review sale motion and bid procedures; review diligence requests; review process summary; emails with Debtor counsel and secured lender counsel re: supplemental DIP order; call with Debtor team re: process update; internal discussion | 5.0 |
| 6/28/2023 | Calls and emails with potential buyers; calls and emails with Debtor team; review docket; review NDAs; emails with Debtor counsel; call and emails with UCC counsel; call with secured lender counsel; internal discussion | 6.5 |
| 6/29/2023 | Calls and emails with potential buyers; calls and emails with Debtor team; call and emails with Debtor counsel and secured lender counsel; emails with Debtor counsel; review motions and exhibits; attend virtual hearing; internal discussion | 5.5 |
| 6/30/2023 | Calls and emails with potential buyers; emails with Debtor counsel; review NDAs; review hearing transcript; email with Debtor counsel, UCC counsel and secured lender counsel re: revised supplemental DIP order; review revised supplemental DIP order; review diligence requests; review inventory file; internal discussion | 4.0 |
| 7/1/2023 | Emails with potential buyers | 1.0 |
| 7/3/2023 | Calls and emails with potential buyers; calls and emails with Debtor team; review store lease analysis; review IP detail and analysis; internal discussion | 3.0 |
| 7/4/2023 | Calls and emails with potential buyers; review NDAs; calls and emails with Debtor team; review buyer questions; internal discussion | 3.0 |
| 7/5/2023 | Calls and emails with potential buyers; review NDAs; calls with Debtor team; review docket; call with potential buyer counsel; emails with Debtor counsel; calls with secured lenders re: potential buyers and offers; internal discussion | 4.0 |
| 7/6/2023 | Calls and emails with potential buyers; review NDAs; review diligence requests; review borrowing base files; review term sheet from potential buyer; calls and emails with Debtor team; emails with Debtor counsel; review docket and filings; internal discussion | 4.5 |
| 7/7/2023 | Calls and emails with potential buyers; calls and emails with Debtor team re: term sheet; review NDAs; emails with Debtor counsel, UCC counsel and secured lender counsel re: term sheet; call and emails with secured lender re: term sheet; participate in virtual hearing; review GOB budget; | 4.5 |
| 7/8/2023 | Calls and emails with potential buyers; review going concern term sheet and potential counter; internal discussion | 3.0 |
| 7/9/2023 | Review revised term sheet counter; emails with Debtor team re: counter; internal discussion | 1.0 |
| 7/10/2023 | Calls and emails with potential buyers; emails with potential buyer re: term sheet counter; emails with Debtor counsel; review diligence; call and emails with Debtor team; review rent analysis; review inventory analysis; internal discussion | 4.5 |
| 7/11/2023 | Review UCC conversion motion and objections; emails with potential buyers; call with potential buyer re: term sheet; call with potential IP/lease buyer; review NDAs review revised term sheet; internal discussion | 3.5 |
| 7/12/2023 | Emails with potential buyer re: term sheet; emails with potential IP/lease buyers; emails with secured lenders re: revised term sheet and termination of going concern process; emails with UCC advisors and counsel re: revised term sheet; review inventory analysis; review revised draft supplemental DIP order; participate in virtual hearing; internal discussion | 3.0 |
| 7/13/2023 | Emails with potential buyers; review inventory analysis; emails with Debtor team; review draft supplemental DIP order; review buyer interest in IP/leases; participate in virtual hearing; internal discussion | 3.0 |
| 7/14/2023 | Calls and emails with potential IP/lease buyer; review IP/lease LOI; emails with Debtor team; internal discussion | 2.0 |

**Christmas Tree Shops, LLC, et al. - Case No. 23-10576 (TMH)**
*Teresa C. Kohl, Managing Director*
*SSG Advisors, LLC*

| Date | Task | Hours |
|---|---|---|
| 7/15/2023 | Emails with Debtor team re: IP/lease LOI; internal discussion | 1.0 |
| 7/17/2023 | Emails with potential buyers; emails with Debtor team; emails with secured lender re: IP/lease offer; review lease rejections; internal discussion | 2.0 |
| 7/18/2023 | Emails with potential buyers; emails with Debtor team re: lease rejections | 1.0 |
| 7/19/2023 | Emails with potential buyers; call and emails with UCC advisors re: IP/lease LOI; call with Debtor counsel; review store analysis; internal discussion | 2.5 |
| 7/20/2023 | Emails with potential buyers; review rent cure analysis; calls with UCC advisors; call with Debtor counsel | 2.5 |
| 7/21/2023 | Emails with Debtor counsel re: IP/lease LOI; emails with buyers; internal discussion; call with secured lender re: IP/leases | 3.0 |
| 7/22/2023 | Emails with Debtor counsel re: remnant assets; call with secured lender re: IP/leases | 1.0 |
| 7/24/2023 | Emails with potential buyers; emails with Debtor team; call with secured lender re: IP/leases; emails with Debtor counsel re: remnant assets; internal discussion | 2.5 |
| 7/25/2023 | Emails with potential buyers of IP assets; internal discussion | 1.5 |
| 7/26/2023 | Emails with potential buyers of IP assets; call with secured lender re: IP/leases; internal discussion | 1.0 |
| 7/27/2023 | Emails with potential buyers of IP/leases | 1.0 |
| 7/28/2023 | Emails with Debtor team; call and emails with potential buyers; review IP asset analysis; internal discussion | 1.5 |
| 7/31/2023 | Calls and emails with potential buyers of IP assets; review IP acquisition teaser; review NDA; internal discussion | 3.0 |
| 8/1/2023 | Review IP teaser; calls and emails with potential buyers of IP assets; internal discussion | 3.5 |
| 8/2/2023 | Calls and emails with potential buyers of IP assets; call with secured lender re: IP/leases; review IP diligence; calls and emails with Debtor team; review IP offer; internal discussion | 3.0 |
| 8/3/2023 | Calls and emails with potential IP buyers; review NDAs; review IP LOIs and offers; review IP diligence materials; call with Debtor counsel; internal discussion | 3.5 |
| 8/4/2023 | Calls and emails with potential IP buyers; review IP diligence and materials; call with UCC advisors; internal discussion | 2.0 |
| 8/7/2023 | Calls and emails with potential IP buyers; calls with Debtor counsel; internal discussion | 2.0 |
| 8/8/2023 | Calls and emails with potential IP buyers; review buyer diligence requests; call with secured lender re: IP; internal discussion | 2.5 |
| 8/9/2023 | Calls and emails with potential IP buyers; review buyer diligence response | 1.5 |
| 8/10/2023 | Calls and emails with potential IP buyers; review LOI/offers; review internal offer comparison; review docket and motion to convert; internal discussion | 3.0 |
| 8/11/2023 | Calls and emails with potential IP buyers; review IP LOIs; review internal offer comparison; call with Debtor team; internal discussion | 3.0 |
| 8/13/2023 | Calls and emails with potential IP buyers | 1.5 |
| 8/14/2023 | Internal review of IP offer comparison; calls with potential IP buyers; call with Debtor team; emails with secured lender re: IP offers; call with Debtor counsel | 3.0 |
| 8/15/2023 | Emails with potential IP buyers; review correspondence for potential IP buyers re: status and process; call with secured lender counsel re: IP process | 2.5 |
| 8/16/2023 | Emails with potential IP buyers; participate in virtual hearing on conversion; internal discussion | 2.5 |
| **Total** | | **232.0** |

| \ | *Christmas Tree Shops, LLC, et al. - Case No. 23-10576 (TMH)*<br>*J. Scott Victor, Managing Director*<br>*SSG Advisors, LLC* | \ |
|---|---|---|
| **Date** | **Task** | **Hours** |
| 5/31/2023 | Attend Second Day Hearing in DE; Meeting with Debtor Team and Lender Teams; Review pleadings to date; Emails with Debtor, advisors and counsel re: process; Review diligence requests; Review Debtor's plan projections and assumptions; Call with UCC advisors; Internal discussion; Travel to and from DE. | 8.5 |
| 6/1/2023 | Call with Debtor team; Review and edit teaser; Review buyer list and plan sponsor list; Review Ch 11 exit analysis; Calls and emails with potential buyers and plan sponsors; Internal discussion; Calls and emails with Debtor team; Review NDA; Review Data Request List. | 7.0 |
| 6/2/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Review and approve teaser; Internal discussion. | 4.5 |
| 6/3/2023 | Emails with potential buyers and plan sponsors. | 1.0 |
| 6/4/2023 | Review draft executive summary; Emails with potential buyers and plan sponsors; Review lease, review go forward store and store footprint analysis; Review NDAs. | 2.0 |
| 6/5/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Review NDAs; Review process tracking; Internal discussion. | 2.5 |
| 6/6/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Review NDAs; Call and emails with UCC advisors and counsel; Internal discussion; Review CIM. | 4.0 |
| 6/7/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Review process update; Call with Debtor team re: process update; Call with UCC advisors re: process update; Review NDAs; Review UCC advisor buyer target list; Internal discussion. | 4.5 |
| 6/8/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Review Plan documents; Review NDAs; Internal discussion. | 3.0 |
| 6/9/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Review store analysis; Review NDAs; Internal discussion. | 2.5 |
| 6/10/2023 | Emails with potential buyers and plan sponsors; Call with secured lender; Emails with Debtor counsel; Review and edit retention application; Review NDAs; Internal discussion. | 3.5 |
| 6/11/2023 | Emails with potential buyers and plan sponsors. | 1.0 |
| 6/12/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Call with management; Internal discussion. | 4.0 |
| 6/13/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Call with Debtor FA; Calls with UCC advisors and counsel; Review process update; Review and edit retention application; Internal discussion. | 3.5 |
| 6/14/2023 | Emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Emails with Debtor counsel re: retention application; Internal discussion. | 2.0 |
| 6/15/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Review NDAs; Emails with Debtor counsel re: retention application; Internal discussion. | 3.5 |
| 6/16/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Review NDAs; Internal discussion. | 3.0 |
| 6/17/2023 | Emails with potential buyers. | 1.0 |
| 6/19/2023 | Emails with potential buyers and plan sponsors. | 1.5 |
| 6/20/2023 | Review process summary for UCC advisors; Calls and emails with potential buyers and plan sponsors; Emails with UCC advisors; Call with UCC advisors and counsel; Calls and emails with Debtor team; Internal discussion. | 3.5 |
| 6/21/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Review process update; Call with Debtor team re: process update; Call with lender; Internal discussion. | 3.0 |
| 6/22/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Emails with Debtor counsel; Internal discussion. | 3.0 |

**Christmas Tree Shops, LLC, et al. - Case No. 23-10576 (TMH)**
*J. Scott Victor, Managing Director*
*SSG Advisors, LLC*

| Date | Task | Hours |
|---|---|---|
| 6/23/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers and plan sponsors; Call with UCC advisors re: store analysis; Internal discussion. | 2.5 |
| 6/24/2023 | Call and emails with potential buyers. | 1.0 |
| 6/25/2023 | Calls and emails with Debtor team; Call and emails with potential buyers; Call with secured lender; Call with UCC; Internal discussion. | 3.0 |
| 6/26/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers; Calls and emails with Debtor counsel re: supplemental DIP order; Call and emails with UCC counsel re: supplemental DIP order; Emails with secured lender counsel; Call and emails with secured lender; Internal discussion. | 5.0 |
| 6/27/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers; Emails with Debtor counsel; Review sale motion and bid procedures; Review process summary; Emails with Debtor counsel and secured lender counsel re: supplemental DIP order; Call with Debtor team re: process update; Internal discussion; Call with UCC Team. | 4.0 |
| 6/28/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers; emails with Debtor counsel; Call and emails with UCC counsel; Call with secured lender counsel; Internal discussion. | 4.5 |
| 6/29/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers; Call and emails with Debtor counsel and secured lender counsel; Emails with Debtor counsel; Review motions and exhibits; Attend hearing - DIP via Zoom; Internal discussion. | 5.0 |
| 6/30/2023 | Emails with Debtor counsel; Calls and emails with potential buyers; Email with Debtor counsel, UCC counsel and secured lender counsel re: revised supplemental DIP order; Review revised supplemental DIP order; Internal discussion. | 3.0 |
| 7/1/2023 | Emails with potential buyers. | 1.0 |
| 7/3/2023 | Calls and emails with Debtor team; Calls and emails with potential buyers; Review IP detail and analysis; Internal discussion. | 2.0 |
| 7/4/2023 | Emails with potential buyers; Emails with Debtor team; Internal discussion. | 1.5 |
| 7/5/2023 | Calls with Debtor team; Calls and emails with potential buyers; Call with potential buyer counsel; Emails with Debtor counsel; Internal discussion. | 2.0 |
| 7/6/2023 | Review term sheet from potential buyer; Calls and emails with potential buyers; Calls and emails with Debtor team; Emails with Debtor counsel; Internal discussion. | 2.5 |
| 7/7/2023 | Review term sheet from potential buyer; Calls and emails with potential buyers; Calls and emails with Debtor team re: term sheet; Emails with Debtor counsel, UCC counsel and secured lender counsel re: term sheet; Call and emails with secured lender re: term sheet; Attend hearing via Zoom. | 2.5 |
| 7/8/2023 | Review going concern term sheet and potential counter; Calls and emails with potential buyers; Internal discussion. | 2.0 |
| 7/9/2023 | Review revised term sheet counter; Emails with Debtor team re: counter; Internal discussion. | 1.0 |
| 7/10/2023 | Call and emails with Debtor team; Calls and emails with potential buyers; Emails with potential buyer re: term sheet counter; Emails with Debtor counsel; Internal discussion. | 2.5 |
| 7/11/2023 | Review UCC conversion motion and objections; Emails with potential buyers; Call with potential buyer re: term sheet; Call with potential IP/lease buyer; Review revised term sheet; Internal discussion. | 2.5 |
| 7/12/2023 | Emails with potential buyer re: term sheet; Emails with potential IP/lease buyers; Emails with secured lenders re: revised term sheet and termination of going concern process; Emails with UCC advisors and counsel re: revised term sheet; Review revised draft supplemental DIP order; Attend hearing via Zoom; Internal discussion. | 2.0 |
| 7/13/2023 | Review inventory analysis; Emails with potential buyers; Emails with Debtor team; Review draft supplemental DIP order; Review buyer interest in IP/leases; Internal discussion. | 1.5 |
| 7/14/2023 | Calls and emails with potential IP/lease buyer; Review IP/lease LOI; Emails with Debtor team; Internal discussion. | 1.0 |
| 7/15/2023 | Emails with Debtor team re: IP/lease LOI; Internal discussion. | 1.0 |
| 7/17/2023 | Emails with Debtor team; Emails with potential buyers; Emails with secured lender re: IP/lease offer; Internal discussion. | 1.0 |

*Christmas Tree Shops, LLC, et al. - Case No. 23-10576 (TMH)*
*J. Scott Victor, Managing Director*
*SSG Advisors, LLC*

| Date | Task | Hours |
|---|---|---|
| 7/18/2023 | Emails with Debtor team re: lease rejections; Emails with potential buyers. | 1.0 |
| 7/19/2023 | Call and emails with UCC advisors re: IP/lease LOI; Emails with potential buyers; ; Call with Debtor counsel; Internal discussion. | 1.5 |
| 7/20/2023 | Call with UCC advisors; Call with Debtor counsel. | 1.5 |
| 7/21/2023 | Emails with Debtor counsel re: IP/lease LOI; Emails with buyers; Internal discussion. | 2.0 |
| 7/22/2023 | Emails with Debtor counsel re: remnant assets. | 0.5 |
| 7/24/2023 | Emails with Debtor team; Emails with potential buyers; Emails with Debtor counsel re: remnant assets; Internal discussion. | 1.5 |
| 7/25/2023 | Emails with potential buyers of IP assets; Internal discussion. | 1.0 |
| 7/26/2023 | Emails with potential buyers of IP assets; Internal discussion. | 0.5 |
| 7/27/2023 | Emails with potential buyers of IP/leases. | 0.5 |
| 7/28/2023 | Call and emails with potential buyers; Emails with Debtor team; Review IP asset analysis; Internal discussion. | 1.0 |
| 7/31/2023 | Calls and emails with potential buyers of IP assets; Review IP acquisition teaser; Internal discussion. | 1.5 |
| 8/1/2023 | Review IP teaser; Calls and emails with potential buyers of IP assets; Internal discussion; Call with lenders. | 1.5 |
| 8/2/2023 | Calls and emails with potential buyers of IP assets; Calls and emails with Debtor team; Review IP offer; Internal discussion. | 1.5 |
| 8/3/2023 | Calls and emails with potential IP buyers; Review IP LOIs and offers; Call with Debtor counsel; Internal discussion. | 2.5 |
| 8/4/2023 | Calls and emails with potential IP buyers; Call with UCC advisors; Internal discussion. | 1.0 |
| 8/7/2023 | Calls and emails with potential IP buyers; Calls with Debtor counsel; Internal discussion. | 1.0 |
| 8/8/2023 | Internal discussion. | 0.5 |
| 8/10/2023 | Review LOI/offers; Review internal offer comparison; Review motion to convert; Internal discussion. | 1.0 |
| 8/11/2023 | Review IP LOIs; Review internal offer comparison; Call with Debtor team; Internal discussion. | 1.5 |
| 8/14/2023 | Internal review of IP offer comparison; Call with Debtor team; Emails with secured lender re: IP offers; Call with Debtor counsel. | 1.0 |
| 8/16/2023 | Emails with potential IP buyers; Attend hearing on conversion via Zoom; Internal discussion. | 2.5 |
| | **Total** | **152.5** |

| | **Christmas Tree Shops, LLC, Case 23-10576 (TMH)**<br>*Craig D. Warznak, Sr. Vice President*<br>*SSG Advisors, LLC* | |
|---|---|---|
| **Date** | **Task** | **Hours** |
| 31-May-23 | Review bankruptcy filings, emails with Debtor and professionals, review due diligence requests, market research | 7.0 |
| 1-Jun-23 | Kick-off call with Debtor and professionals, emails with Debtor and professionals, drafting/review of marketing materials, review buyer/investor list, review bankruptcy filings, review due diligence materials | 8.0 |
| 2-Jun-23 | Emails with Debtor/professionals, review due diligence materials, review marketing materials, review buyer/investor list, begin marketing process | 8.0 |
| 3-Jun-23 | Emails with buyers, negotiate NDAs, emails with Debtor/professionals, review due diligence materials | 4.0 |
| 4-Jun-23 | Emails with buyers, emails with Debtor/professionals, negotiate NDAs, review due diligence materials, review draft CIM | 4.0 |
| 5-Jun-23 | Emails/calls with buyers, negotiate NDAs, emails with Debtor, review draft CIM, review due diligence materials | 8.0 |
| 6-Jun-23 | Emails/calls with buyers, negotiate NDAs emails with Debtor/professionals, review draft CIM | 7.0 |
| 7-Jun-23 | Emails/calls with buyers, review process summary, process update call with Debtor/professionals, negotiate NDAs, review draft CIM, review due diligence materials | 7.5 |
| 8-Jun-23 | Emails/calls with buyers, negotiate NDAs, emails with Debtor/professionals, review draft CIM, review Plan of Reorg filings | 6.5 |
| 9-Jun-23 | Emails/calls with buyers, negotiate NDAs, due diligence call with Debtor, review Plan Reorg filings, data site management, emails with Debtor/professionals | 7.5 |
| 10-Jun-23 | Emails with buyers, negotiate NDAs | 3.0 |
| 11-Jun-23 | Emails with buyers, negotiate NDAs | 1.5 |
| 12-Jun-23 | Emails/calls with buyers, negotiate NDAs, review due diligence requests, emails with Debtor/professionals | 7.0 |
| 13-Jun-23 | Emails/calls with buyers, negotiate NDAs, emails/calls with Debtor/professionals, review due diligence information, data room management | 6.5 |
| 14-Jun-23 | Emails/calls with buyers, review process summary, process update call with Debtor/professionals, negotiate NDAs, review due diligence information, data site management | 7.0 |
| 15-Jun-23 | Emails/calls with buyers, emails with Debtor/professionals, review due diligence information | 6.0 |
| 16-Jun-23 | Emails/calls with buyers, emails with Debtor, review due diligence information, negotiate NDAs | 5.5 |
| 17-Jun-23 | Emails with buyers | 2.0 |
| 18-Jun-23 | Emails with buyers | 0.5 |
| 19-Jun-23 | Emails/calls with buyers, review due diligence materials | 3.5 |
| 20-Jun-23 | Emails/calls with buyers, emails/call with Debtor, review due diligence materials, data site management | 6.0 |
| 21-Jun-23 | Emails/calls with buyers, review process summary, process update call with Debtor/professionals, emails with Debtor, review due diligence materials | 5.0 |
| 22-Jun-23 | Emails/calls with buyers, emails/calls with Debtor, review due diligence materials, data site management | 4.5 |
| 23-Jun-23 | Emails/calls with buyers, call with UCC, review due diligence materials, data site management | 4.0 |
| 24-Jun-23 | Emails with buyers | 0.5 |
| 25-Jun-23 | Emails with buyers, negotiate NDAs | 1.0 |
| 26-Jun-23 | Emails/calls with buyers, review bankruptcy filings, review due diligence materials, emails with Debtor | 4.5 |
| 27-Jun-23 | Emails/calls with buyers, negotiate NDAs, review due diligence materials, call with UCC, data site management | 6.0 |
| 28-Jun-23 | Emails/calls with buyers, emails/calls with Debtor/professionals, due diligence review, data site management | 4.0 |
| 29-Jun-23 | Emails/calls with buyers, virtually attend Court hearing, emails/calls with Debtor/professionals | 5.0 |

**Christmas Tree Shops, LLC, Case 23-10576 (TMH)**
*Craig D. Warznak, Sr. Vice President*
*SSG Advisors, LLC*

| Date | Task | Hours |
|---|---|---|
| 30-Jun-23 | Emails/calls with buyers, review due diligence materials, data site management, emails with Debtor | 3.5 |
| 1-Jul-23 | Emails with buyers | 1.0 |
| 3-Jul-23 | Emails/calls with buyers, negotiate NDAs, emails with Debtor, review due diligence materials, data site management | 5.0 |
| 4-Jul-23 | Emails with buyers, negotiate NDAs | 2.5 |
| 5-Jul-23 | Emails with potential buyers; NDA management; Data room management; Reviewed bankruptcy documents; Process summary management and tracking; | 4.0 |
| 6-Jul-23 | Emails/calls with buyers, emails with Debtor/professionals, negotiate NDAs, review due diligence materials, review proposed term sheet | 5.0 |
| 7-Jul-23 | Emails/calls with buyers, attend Court hearing in person, emails withe Debtor/professionals, negotiate NDAs | 6.5 |
| 8-Jul-23 | Emails with buyers, emails with Debtor/professionals, term sheet review | 2.5 |
| 9-Jul-23 | Emails with buyers, emails with Debtor/professionals, term sheet review | 2.0 |
| 10-Jul-23 | Emails with buyers, emails with Debtor/professionals, term sheet review, review due diligence information | 5.5 |
| 11-Jul-23 | Emails/calls with buyers, emails with Debtor/professionals, review due diligence materials, negotiate NDAs, review proposed term sheet | 6.0 |
| 12-Jul-23 | Emails with buyers, virtually attend Court hearing | 3.0 |
| 13-Jul-23 | Emails with buyers, emails with Debtor/professionals, review due diligence materials | 2.5 |
| 14-Jul-23 | Emails with buyers, emails with Debtor/professionals, review term sheet for IP/leases | 4.0 |
| 15-Jul-23 | Emails with buyers, emails with Debtor/professionals | 1.0 |
| 17-Jul-23 | Emails/calls with buyers, emails with Debtor, review due diligence information | 3.0 |
| 18-Jul-23 | Emails buyers, emails with professionals, review due diligence information | 2.0 |
| 19-Jul-23 | Emails/calls with buyers, emails with Debtor/professionals, review revised term sheet, review due diligence information | 4.0 |
| 20-Jul-23 | Emails/calls with buyers, review due diligence materials | 2.0 |
| 21-Jul-23 | Emails with buyers | 1.5 |
| 22-Jul-23 | Emails with buyers | 0.5 |
| 24-Jul-23 | Emails with buyers, emails with Debtor | 1.5 |
| 25-Jul-23 | Emails with buyers | 0.5 |
| 26-Jul-23 | Emails with buyers | 0.5 |
| 27-Jul-23 | Emails with buyers | 0.5 |
| 28-Jul-23 | Emails with buyers, review due diligence materials | 1.0 |
| 31-Jul-23 | Emails with buyers, NDA negotiations, review IP marketing materials | 2.0 |
| 1-Aug-23 | Emails with buyers, review IP marketing materials, begin IP only marketing process | 4.0 |
| 2-Aug-23 | Emails/calls with buyers, review IP term sheet | 3.5 |
| 3-Aug-23 | Emails/calls with buyers, negotiate NDAs, review IP term sheet | 3.0 |
| 4-Aug-23 | Emails/calls with buyers, negotiate NDAs | 1.5 |
| 5-Aug-23 | Emails with buyers | 0.5 |
| 7-Aug-23 | Emails with buyers, prepare and review fee appliaction | 1.0 |
| 8-Aug-23 | Emails with buyers, negotiate NDAs | 1.5 |
| 9-Aug-23 | Emails with buyers | 1.0 |
| 10-Aug-23 | Emails/calls with buyers, review IP term sheets | 2.5 |
| 11-Aug-23 | Emails/calls with buyers, review IP term sheets, review IP term sheet comparison | 3.0 |
| 13-Aug-23 | Emails with buyers | 0.5 |
| 14-Aug-23 | Emails with buyers | 1.5 |
| 15-Aug-23 | Emails with buyers | 0.5 |
| **Total** | | **247.5** |

| | Christmas Tree Shops, LLC, Case 23-10576 (TMH) *Alexander D. Lamm, Senior Associate* *SSG Advisors, LLC* | |
|---|---|---|
| **Date** | **Task** | **Hours** |
| 31-May-23 | Reviewed First Day Declaration and other bankruptcy documents; Emails with Company and their advisors in relation to the bankruptcy filing; Prepared due diligence request list; Commenced buyer and plan sponsor research; Internal discussions related to marketing strategy; Commenced market and industry research; Commenced drafting teaser; Reviewed plan projections and assumptions provided by Company; | 8.0 |
| 1-Jun-23 | Kick off call with Company and advisors; Prepared draft documents including: Teaser, Buyers list, Plan sponsors list, Diligence request list, Working Group List; Chapter 11 exit analysis; Data Room Preparation; Reviewed bankruptcy documents and diligence from Company; Reviewed diligence files received by the Company; Prepared high priority diligence requests for Company; | 9.5 |
| 2-Jun-23 | Reviewed diligence materials from Company; Reviewed projections and historical financials; Internal discussions related to strategy and process; Initial data room setup; Emails with Company regarding diligence information; Reviewed NDA for process; Buyer research; Plan sponsor research; Finalized Teaser; Commenced contacting potential buyers and plan sponsors with teaser and NDA; Data room management; | 8.0 |
| 3-Jun-23 | Aggregated due diligence requests; CIM preparation; historical financial performance review; Financial preparation and analysis; buyer research; buyer's list preparation; Reviewed leases and go forward stores; Analysis on retail locations and store footprint, Reviewed NDAs; | 8.0 |
| 4-Jun-23 | Prepared draft CIM; Prepared draft store matrix; reviewed leases and store footprint; Identified potential data requests to complete memorandum; Populated data room; Reviewed NDAs; | 8.0 |
| 5-Jun-23 | Emails with potential buyers; Calls with potential buyers / plan sponsors; Reviewed NDAs; Emails with Company related to diligence requests; Updated memorandum; Data room management; Process Summary Tracking; Reviewed NDAs; | 8.0 |
| 6-Jun-23 | Emails with potential buyers; Calls with potential buyers / plan sponsors; Reviewed NDAs; Emails with Company; Updated memorandum; Data room management; Provided Draft CIM to management; Provided populated data room to management; Reviewed NDAs; | 8.0 |
| 7-Jun-23 | Emails with potential buyers; Calls with potential buyers / plan sponsors; Prepared weekly sale process update report; Weekly Process Update Call; Call with Company Advisors; Reviewed NDAs; Reviewed NDAs; | 8.0 |
| 8-Jun-23 | Emails with potential buyers; Calls with potential buyers / plan sponsors; Weekly Process Update Call; Call with Company Advisors; Reviewed NDAs; Reviewed BK plan docs; Reviewed NDAs; | 8.0 |
| 9-Jun-23 | Emails with potential buyers; Calls with potential buyers / plan sponsors; Reviewed store level financial information provided by Company: Store P&Ls 2020 - 2023; Reviewed NDAs; Reviewed NDAs; | 8.0 |
| 10-Jun-23 | Emails with potential buyers; | 2.0 |
| 11-Jun-23 | Emails with potential buyers; | 2.0 |
| 12-Jun-23 | Emails with potential buyers; Calls with potential buyers / plan sponsors; Reviewed diligence requests from prospective buyers; Reviewed NDAs; Provided management with list of initial diligence questions from buyers / investors; | 10.0 |
| 13-Jun-23 | Calls with potential buyers / plan sponsors; Emails with Company regarding Planned Exit stores; Emails with Company regarding data room; Data Room Management; Reviewed diligence information - owned inventory by location, sales and product GM, inventory on order; Reviewed diligence requests from buyers; Emails with potential buyers; | 8.0 |
| 14-Jun-23 | Prepared weekly sale process update reports; Weekly Process Update Call; Reviewed NDAs; Emails with potential buyers; Data Room Management; Analyzed inventory consignment files and data received from Company; Reviewed Company data to assess inventory levels for buyer diligence; | 8.0 |

| | **Christmas Tree Shops, LLC, Case 23-10576 (TMH)**<br>*Alexander D. Lamm, Senior Associate*<br>*SSG Advisors, LLC* | |
|---|---|---|
| **Date** | **Task** | **Hours** |
| 15-Jun-23 | Calls with potential buyers / plan sponsors; Emails with potential buyers; Reviewed NDAs; Data Room Management; Reviewed financial docs and diligence received by the Company; | 6.0 |
| 16-Jun-23 | Emails with potential buyers; Reviewed diligence request lists from potential buyers; Cross referenced diligence buyer diligence with data available; Analyzed outstanding rents by location and vendor concentration data from Company for buyer diligence; Analyzed AP Aging files; Reviewed NDAs; Data Room management; | 8.0 |
| 17-Jun-23 | Emails with potential buyers; | 1.0 |
| 19-Jun-23 | Calls with potential buyers / plan sponsors; Emails with potential buyers; | 5.0 |
| 20-Jun-23 | Calls with potential buyers / plan sponsors; Call with Company Advisors; Emails with potential buyers; Call with Company to discuss diligence requests; Reviewed 13 week cash flow; Reviewed consignment inventory files; | 5.0 |
| 21-Jun-23 | Prepared weekly sale process update reports; Weekly Process Update Call; Calls with potential buyers / plan sponsors; Reviewed weekly cash flow report; Emails with buyers regarding diligence; Emails with Company regarding 4-wall analysis; | 5.0 |
| 22-Jun-23 | NDA management; Calls with potential buyers / plan sponsors; Emails with potential buyers regarding outstanding diligence; Data room management; Prepared condensed listing of outstanding diligence requests for Company; Reviewed IT systems file for diligence; | 5.0 |
| 23-Jun-23 | Calls with potential buyers / plan sponsors; Emails with potential buyers; Data room management; Diligence request management; | 3.0 |
| 25-Jun-23 | Emails with potential buyers; Reviewed updated diligence list from potential buyer; | 2.0 |
| 26-Jun-23 | Calls with potential buyers / plan sponsors; Emails with potential buyers regarding diligence questions; Emails with Company regarding diligence questions related to Imperial inventory; Reviewed borrowing base files and consignment inventory files for diligence requests; | 5.0 |
| 27-Jun-23 | Prepared weekly sale process update reports; Weekly Process Update Call; Calls with potential buyers / plan sponsors; NDA management; Data room management; Reviewed diligence files related to monthly sales and GM by product; Emails with potential buyers; | 5.0 |
| 28-Jun-23 | Call with Company to discuss diligence items; Calls with potential buyers / plan sponsors; Emails with potential buyers; Emails with Company and advisors related to process; | 5.0 |
| 29-Jun-23 | BK Hearing; Calls with potential buyers / plan sponsors; Emails with potential buyers; | 4.5 |
| 30-Jun-23 | Calls with potential buyers / plan sponsors; Emails with potential buyers; Reviewed NDAs; Data Room Management; Emails with Company related to diligence requests; Reviewed inventory files from Company management; | 4.5 |
| 1-Jul-23 | Emails with potential buyers; | 1.0 |
| 3-Jul-23 | Calls with potential buyers / plan sponsors; Emails with potential buyers; Emails with Company related to leases for each store; Downloaded, Reviewed and organized all store leases and amendments; Emails to Company pertaining to IP; Reviewed store level P&L files by month provided by Company; NDA management; Data room management; | 8.0 |
| 4-Jul-23 | Emails with potential buyers; NDA management; Data room management; | 3.0 |
| 5-Jul-23 | Emails with potential buyers; NDA management; Data room management; Reviewed bankruptcy documents; Process summary management and tracking; | 4.0 |
| 6-Jul-23 | Calls with potential buyers / plan sponsors; Emails with potential buyers; Reviewed NDAs; Emails with Company regarding diligence requests and employee RIFs; Reviewed updated borrowing base files; Reviewed term sheet received by potential going concern buyer; | 5.0 |
| 7-Jul-23 | BK Hearing; Calls with potential buyers / plan sponsors; Emails with potential buyers; Emails with Company and advisors regarding going concern term sheet; Reviewed NDAs; Data room management; Diligence request management; | 5.0 |
| 8-Jul-23 | Emails with potential buyers; Reviewed going concern term sheet; Internal emails related to a potential counter from buyer; | 3.0 |

| | Christmas Tree Shops, LLC, Case 23-10576 (TMH) *Alexander D. Lamm, Senior Associate* *SSG Advisors, LLC* | |
|---|---|---|
| **Date** | **Task** | **Hours** |
| 9-Jul-23 | Emails with Company regarding going concern term sheet counter; | 1.0 |
| 10-Jul-23 | Calls with potential buyers / plan sponsors; Emails with potential buyers; Reviewed diligence requests; Calls with Company related to outstanding diligence requests; Reviewed: Rent cure schedule by location and outstanding by month, inventory on hand, and weekly perpetual inventory; Analyzed consignment related inventory files; | 5.0 |
| 11-Jul-23 | Calls with potential buyers / plan sponsors; Emails with potential buyers; Reviewed BK documents; Reviewed NDA; Data room management; Reviewed revised term sheet from potential going concern buyer; Internal discussions related to process and going concern term sheet; | 5.0 |
| 12-Jul-23 | BK Hearing; Emails with potential going concern buyers; Emails with potential lease and IP only buyers; | 2.0 |
| 13-Jul-23 | Emails with potential buyers; Aggregated inventory diligence information for potential buyers; Emails with Company related to diligence requests; Internal discussions related to process; Data Room management; NDA management; Process tracking management; Reviewed leases; | 3.0 |
| 14-Jul-23 | Emails with potential buyers; Emails with Company; Reviewed IP and lease only offer from potential buyer; | 1.0 |
| 15-Jul-23 | Emails with Company regarding IP and lease offer; | 1.0 |
| 17-Jul-23 | NDA management; Emails with potential buyers; Emails with Company; Reviewed NDAs; Reviewed list of new lease rejections; | 3.0 |
| 18-Jul-23 | Emails with potential buyers; Emails related to additional lease rejections with Counsel; Reviewed updated lease rejections schedule; | 2.5 |
| 19-Jul-23 | Emails with potential buyers; Emails with Company regarding borrowing base and store closings; Reviewed updated lease and IP term sheet from potential buyer; Created an analysis for stores on potential buyers keep list; | 3.0 |
| 20-Jul-23 | Reviewed rent cures for stores; Emails with potential buyers; NDA management; | 2.0 |
| 21-Jul-23 | Emails with potential buyer regarding sale of domain name; Data room management; | 2.0 |
| 24-Jul-23 | Emails with potential buyers of IP assets; Emails with Company; | 1.0 |
| 25-Jul-23 | Emails with potential buyers of IP assets; | 1.0 |
| 26-Jul-23 | Emails with potential buyers of IP assets; | 1.0 |
| 27-Jul-23 | Emails with potential buyers of IP assets and leases; | 2.0 |
| 28-Jul-23 | Emails with Company regarding IP assets; | 1.0 |
| 31-Jul-23 | Prepared draft IP acquisition teaser for distribution to interested parties; Emails with parties potentially interested in the IP assets; NDA Review; IP buyer research; | 4.0 |
| 1-Aug-23 | Distributed IP teaser to various parties involved in the sale process; Prepared process tracker for IP sale only; | 3.0 |
| 2-Aug-23 | Emails with potential buyers; Calls with potential IP buyers; Reviewed IP related diligence requests from potential buyers; | 3.0 |
| 3-Aug-23 | Emails with potential buyers; Calls with potential IP buyers; Reviewed NDAs; Reviewed IP LOI from potential buyers; Data room management; Internal emails related to process; Prepared draft FAQ document for interested IP buyers; Emails with Company regarding IP diligence; | 6.0 |
| 4-Aug-23 | Emails with potential buyers; Reviewed NDAs; | 2.0 |
| 6-Aug-23 | Emails with potential buyers; | 1.0 |
| 7-Aug-23 | Emails with potential buyers; | 1.0 |
| 8-Aug-23 | Emails with potential buyers; Reviewed NDAs; Reviewed IP diligence request list; | 2.0 |
| 9-Aug-23 | Emails with potential buyers; Reviewed NDAs; | 1.0 |
| 10-Aug-23 | Emails with potential buyers; Reviewed IP LOIs; Reviewed internal IP offer comparison; | 3.0 |
| 11-Aug-23 | Emails with potential buyers; Calls with potential IP buyers; Reviewed IP LOIs; Reviewed internal IP offer comparison; | 2.0 |
| 14-Aug-23 | Internal discussions related to IP offers; Updated IP offer comparison; Calls with potential IP buyers; | 3.0 |
| 15-Aug-23 | Emails with potential IP buyers related to process; | 1.0 |
| **Total** | | **273.0** |

| | *Christmas Tree Shops, LLC, Case 23-10576 (TMH)* <br> *Samuel P. Charlton, Analyst* <br> *SSG Advisors, LLC* | |
|---|---|---|
| **Date** | **Task** | **Hours** |
| 31-May-23 | Work on Marketing Materials and Buyers List, Emails; Reviewed First Day Declaration and other bankruptcy documents; market and industry research | 9.0 |
| 1-Jun-23 | Kick off call with Company and advisors; Prepared draft documents including: Teaser, Buyers list, Plan sponsors list, Diligence request list, Working Group List; Research; Diligence Review; Buyer Research | 8.5 |
| 2-Jun-23 | Work on Marketing Materials; Buyer Research; Data Room Prep; Market Outreach; Emails; Buyer research; Plan sponsor research; Finalized Teaser; Commenced contacting potential buyers and plan sponsors with teaser and NDA; | 9.5 |
| 3-Jun-23 | Work on Marketing Materials; Market Outreach; Process Tracking; Data Room Prep | 6.5 |
| 4-Jun-23 | Work on Marketing Materials; Market Outreach; Process Tracking; Emails; CIM preparation; buyer research; buyer's list preparation; Reviewed leases and go forward stores; Analysis on retail locations and store footprint; Reviewed NDAs; | 8.0 |
| 5-Jun-23 | Process Tracking; Emails; Buyer Outreach; Data Room Management; Populated data room; Reviewed NDAs; | 7.5 |
| 6-Jun-23 | Process Tracking; Emails; Buyer Outreach; Data Room Management; Buyer Call; Emails with Company related to diligence requests; Updated memorandum | 5.5 |
| 7-Jun-23 | Process Tracking; Emails; Debtor Call; Data Room Management; Buyer Calls; Advisors Call; Weekly Process Update Call; Call with Company Advisors; Reviewed NDAs | 6.5 |
| 8-Jun-23 | Process Tracking; Emails; Data Room Management; Buyer Calls | 6.5 |
| 9-Jun-23 | Process Tracking; Emails; Data Room Management; Buyer Calls; Diligence Call | 5.0 |
| 12-Jun-23 | Process Tracking; Emails; Follow-up Outreach; Buyer Calls | 7.0 |
| 13-Jun-23 | Process Tracking; Emails; Buyer Calls; FA Call; Creditor Committee Call | 6.5 |
| 14-Jun-23 | Process Tracking; Emails; Analyzed inventory consignment files and data received from Company; Reviewed Company data to assess inventory levels for buyer diligence; | 5.0 |
| 15-Jun-23 | Process Tracking; Emails; Buyer Calls; Buyer Diligence Requests; Weekly Call | 6.5 |
| 16-Jun-23 | Process Tracking; Emails; Reviewed financial docs and diligence received by the Company; | 4.5 |
| 19-Jun-23 | Process Tracking; Emails; Buyer Call | 6.5 |
| 20-Jun-23 | Process Tracking; Emails; Creditor Committee Call; Call with Company to discuss diligence requests; Reviewed 13 week cash flow; Reviewed consignment inventory files | 3.5 |
| 21-Jun-23 | Process Tracking; Emails; Buyer Calls; Emails with buyers regarding diligence; Emails with Company regarding 4-wall analysis | 4.0 |
| 22-Jun-23 | Process Tracking; Emails; Buyer Calls; Buyer Diligence Requests | 2.5 |
| 23-Jun-23 | Process Tracking; Emails; Creditor Committee Call; Buyer Diligence Call | 3.5 |
| 26-Jun-23 | Calls with potential buyers / plan sponsors; Emails with potential buyers regarding diligence questions; Emails with Company regarding diligence questions related to inventory | 4.5 |
| 27-Jun-23 | Prepared weekly sale process update reports; Weekly Process Update Call; Calls with potential buyers; Data room management; Reviewed diligence files related to monthly sales and GM by product; Emails with potential buyers; | 3.5 |
| 28-Jun-23 | Process Tracking; Emails; DIP Motion internal review | 3.5 |
| 29-Jun-23 | Process Tracking; Emails; 6/29 Hearing | 3.0 |
| 30-Jun-23 | Process Tracking; Emails; Buyer Calls | 3.5 |
| 5-Jul-23 | Emails with potential buyers; NDA management; Data room management; Reviewed bankruptcy documents; Process summary management and tracking; | 4.5 |
| 6-Jul-23 | Process Tracking; Emails; Buyer Calls; Emails with Company regarding diligence requests and employee RIFs; Reviewed updated borrowing base files; Reviewed term sheet received by potential going concern buyer | 4.0 |
| 7-Jul-23 | Process Tracking; Emails; Buyer Calls; IOI Review; BK Hearing | 6.0 |
| 10-Jul-23 | Process Tracking; Emails; Buyer Call | 2.5 |
| 11-Jul-23 | Process Tracking; Emails; Buyer Calls; IOI Review; Data Room management; NDA management; Reviewed leases; | 2.0 |

*Christmas Tree Shops, LLC, Case 23-10576 (TMH)*
*Samuel P. Charlton, Analyst*
*SSG Advisors, LLC*

| Date | Task | Hours |
|---|---|---|
| 17-Jul-23 | Marketing of CTS leases & IP; Process Tracking; Emails; Reviewed list of new lease rejections; | 4.5 |
| 18-Jul-23 | Marketing of CTS leases & IP; Process Tracking; Emails; Emails related to additional lease rejections with Counsel; Reviewed updated lease rejections schedule | 4.5 |
| 19-Jul-23 | Marketing of CTS leases & IP; Process Tracking; Emails; Buyer Call | 2.5 |
| 20-Jul-23 | Process Tracking; Emails; Reviewed rent cures for stores | 3.5 |
| 21-Jul-23 | Emails with potential buyer regarding sale of domain name; Process Tracking | 4.0 |
| 24-Jul-23 | Emails with potential buyers of IP assets; Emails with Company; | 2.5 |
| 25-Jul-23 | Emails with potential buyers of IP assets; | 2.0 |
| 26-Jul-23 | Emails with potential buyers of IP assets; | 0.5 |
| 27-Jul-23 | Emails with potential buyers of IP assets and leases; | 2.0 |
| 28-Jul-23 | Emails with Company regarding IP assets; | 1.5 |
| 31-Jul-23 | Prepared draft IP acquisition teaser for distribution to interested parties; Emails with parties potentially interested in the IP assets; NDA Review; IP buyer research; | 4.0 |
| 1-Aug-23 | Distributed IP teaser to various parties involved in the sale process; Prepared process tracker for IP sale only; | 3.0 |
| 2-Aug-23 | Emails with potential buyers; Calls with potential IP buyers; Reviewed IP related diligence requests from potential buyers; | 3.0 |
| 3-Aug-23 | Emails with potential buyers; Calls with potential IP buyers; Reviewed NDAs; Reviewed IP LOI from potential buyers; Data room management; Internal emails related to process; Prepared draft FAQ document for interested IP buyers; Emails with Company regarding IP diligence; | 6.0 |
| 4-Aug-23 | Emails with potential buyers; Reviewed NDAs; | 2.0 |
| 6-Aug-23 | Emails with potential buyers; | 1.0 |
| 7-Aug-23 | Emails with potential buyers; | 1.0 |
| 8-Aug-23 | Emails with potential buyers; Reviewed NDAs; Reviewed IP diligence request list; | 2.0 |
| 9-Aug-23 | Emails with potential buyers; Reviewed NDAs; | 1.0 |
| 10-Aug-23 | Emails with potential buyers; Reviewed IP LOIs; Reviewed internal IP offer comparison; | 3.0 |
| 11-Aug-23 | Emails with potential buyers; Calls with potential IP buyers; Reviewed IP LOIs; Reviewed internal IP offer comparison; | 2.0 |
| 14-Aug-23 | Internal discussions related to IP offers; Updated IP offer comparison; Calls with potential IP buyers; | 3.0 |
| 15-Aug-23 | Emails with potential IP buyers related to process; | 1.0 |
| **Total** | | **218.5** |