# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Christmas Tree Shops, LLC | **Chapter:** 7 |
| **EIN:** 04−2471207 | **Case No.:** 23−10576−TMH |
| | Claim No.* (if known): 109<br>Amount (if known): $5285.97 |

## NOTICE OF TRANSFER OF CLAIM

To Michael Feist Claimant/Transferor:

YOU ARE HEREBY NOTIFIED that on 9/12/2023, a Transfer of Claim was filed with this Court purporting to transfer to Guaranteed Claim Funding LLC, Transferee, a claim previously filed by you.

Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| | |
|---|---|
| Clerk of Court | Transferee |
| United States Bankruptcy Court<br>District of Delaware<br>824 Market Street<br>Wilmington, DE 19801 | Guaranteed Claim Funding LLC<br>P.O. Box 735491<br>Chicago, IL 60673−5491 |

Dated: 9/16/2023

*Una O'Boyle*

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.

United States Bankruptcy Court
District of Delaware

In re:     Case No. 23-10576-TMH
Christmas Tree Shops, LLC     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 9
Date Rcvd: Sep 14, 2023     Form ID: trclaim     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| 18527585 | + Michael S. Feist, 622 E Berger Street, Emmaus, PA 18049-3005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor Select Consolidated Management  LLC awebb@fbtlaw.com, awebb@ecf.courtdrive.com |
| Adam J. Ruttenberg | on behalf of Creditor BFE Ventures LLC aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | on behalf of Creditor South Orleans Real Estate Trust aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | on behalf of Creditor Bridge Real Estate Trust aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | on behalf of Creditor CTS West Dennis Route Twenty-Eight Real Estate LLC aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | on behalf of Creditor Route 132 Real Estate Trust aruttenberg@beaconlawgroup.com |

District/off: 0311-1 — User: admin — Page 2 of 9
Date Rcvd: Sep 14, 2023 — Form ID: trclaim — Total Noticed: 1

| Name | Representation |
|---|---|
| Adam J. Ruttenberg | on behalf of Creditor Quaker Real Estate Trust aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | on behalf of Creditor D and C Real Estate Trust aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | on behalf of Creditor Waquoit Road Real Estate Trust aruttenberg@beaconlawgroup.com |
| Adam J. Ruttenberg | on behalf of Creditor Shrewsbury Village Limited Partnership aruttenberg@beaconlawgroup.com |
| Amy D. Brown | on behalf of Creditor The Huntington National Bank abrown@gsbblaw.com |
| Benjamin A. Hackman | on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov |
| Bradford J. Sandler | on behalf of Trustee George L. Miller bsandler@pszjlaw.com |
| Brett S. Theisen | on behalf of Creditor Ainslie Vorel btheisen@gibbonslaw.com |
| Bryan J Hall | on behalf of Interested Party Raymours Furniture Company Inc. bjhall@archerlaw.com |
| Charles J. Brown, III | on behalf of Creditor Jay Hirsch Richard Kohn, and Bradford A. Spencer cbrown@gsbblaw.com |
| Christopher Viceconte | on behalf of Creditor Ainslie Vorel cviceconte@gibbonslaw.com dseward@gibbonslaw.com |
| Christopher Viceconte | on behalf of Plaintiff Ainslie H. Vorel cviceconte@gibbonslaw.com dseward@gibbonslaw.com |
| Christopher S Martone | on behalf of Creditor SVMP DE LLC martonelaw@gmail.com |
| Colin R. Robinson | on behalf of Trustee George L. Miller crobinson@pszjlaw.com |
| Daire J Pyle | on behalf of Creditor Vigo Importing Company dpyle@sterneisenberg.com ecfaccount@orlans.com;ANHSOrlans@InfoEX.com |
| Dana S. Plon | on behalf of Creditor Holyoke Crossing LLC dplon@sirlinlaw.com |
| David P. Primack | on behalf of Creditor MCS-Lancaster DE LP dprimack@mdmc-law.com scarney@mdmc-law.com |
| Dennis A. Meloro | on behalf of Interested Party Eclipse Business Capital LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com |
| Dennis A. Meloro | on behalf of Interested Party Eclipse Business Capital SPV LLC melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com |
| Douglas B. Rosner | on behalf of Creditor Vickerry Realty Co Trust drosner@goulstonstorrs.com |
| Douglas B. Rosner | on behalf of Creditor North Conway Plaza LLC drosner@goulstonstorrs.com |
| Dustin Parker Branch | on behalf of Creditor KRE Colonie Owner LLC branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor FR Assembly Square LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Brixmor Operating Partnership L.P. branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Dustin Parker Branch | on behalf of Creditor Acadia Realty Limited Partnership branchd@ballardspahr.com carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com |
| Edward A. Corma | on behalf of Trustee George L. Miller ecorma@pszjlaw.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 3 of 9 |
| Date Rcvd: Sep 14, 2023 | Form ID: trclaim | Total Noticed: 1 |

Ericka Fredricks Johnson
on behalf of Creditor Committee Official Committee of Unsecured Creditors Ericka.johnson@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com

Evelyn J. Meltzer
on behalf of Debtor Christmas Tree Shops LLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Evelyn J. Meltzer
on behalf of Debtor Handil Holdings LLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Evelyn J. Meltzer
on behalf of Debtor Nantucket Distributing Co. LLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Evelyn J. Meltzer
on behalf of Debtor Salkovitz Family Trust 2 LLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Evelyn J. Meltzer
on behalf of Debtor Handil LLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Garvan F. McDaniel
on behalf of Creditor CBL & Associates Management Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel
on behalf of Creditor Loomis Armored US LLC, gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Geoffrey G. Grivner
on behalf of Creditor Bank of America N.A. geoffrey.grivner@bipc.com, sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

George L. Miller
gmiller@mctllp.com lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com

Gregg M. Galardi
on behalf of Creditor Restore Capital (CTS) LLC gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Gregg M. Galardi
on behalf of Creditor Restore Capital LLC gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Gregg M. Galardi
on behalf of Creditor Hilco Merchant Resources LLC gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Gregory A. Taylor
on behalf of Other Prof. Pathlight Capital LP gtaylor@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com

Howard W Robertson, IV
on behalf of Interested Party HC Atlantic Development LP robertson@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com;Bianco@lrclaw.com

Jacqueline Price
on behalf of Creditor Jay Hirsch Richard Kohn, and Bradford A. Spencer jmp@bostonbusinesslaw.com

James M Liston
on behalf of Creditor Jay Hirsch Richard Kohn, and Bradford A. Spencer jml@bostonbusinesslaw.com

Jeffrey Kurtzman
on behalf of Creditor Airport Associates LP kurtzman@kurtzmansteady.com

Jeffrey C. Wisler
on behalf of Creditor Blue Yonder Inc. jwisler@connollygallagher.com

Jennifer V. Doran
on behalf of Creditor NPP Development LLC jdoran@hinckleyallen.com calirm@haslaw.com

Jenny Kasen
on behalf of Creditor Supreme Lights Candle Inc. jkasen@kasenlaw.com

Joe Calhoun
on behalf of Creditor Samsonico USA LLC Joe.Calhoun@CalhounLawFirm.com

John C Gentile
on behalf of Creditor 64 Leona Property Owner LLC jgentile@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John R. Weaver, Jr.
on behalf of Creditor Achim Importing Inc. jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
on behalf of Creditor Conopco Inc. dba Unilever United States jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

District/off: 0311-1 User: admin Page 4 of 9
Date Rcvd: Sep 14, 2023 Form ID: trclaim Total Noticed: 1

| | |
|---|---|
| John R. Weaver, Jr. | on behalf of Creditor Levin Properties  L.P. jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com |
| John T. Carroll, III | on behalf of Creditor Utz Quality Foods  LLC jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com |
| Joseph H Lemkin | on behalf of Creditor Conopco  Inc. dba Unilever United States jlemkin@stark-stark.com |
| Joseph H Lemkin | on behalf of Creditor Levin Properties  L.P. jlemkin@stark-stark.com |
| Joseph H Lemkin | on behalf of Creditor High Pointe Commons Holding II-HAP  LP jlemkin@stark-stark.com |
| Joseph N. Argentina, Jr. | on behalf of Creditor USM  Inc. joseph.argentina@faegredrinker.com, rokeysha.ramos@faegredrinker.com;cathy.greer@faegredrinker.com |
| Karen C. Bifferato | on behalf of Creditor North Conway Plaza  LLC kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor Vickerry Realty Co Trust kbifferato@connollygallagher.com |
| Kevin M. Capuzzi | on behalf of Creditor 64 Leona Property Owner LLC kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kimberly A. Brown | on behalf of Interested Party HC Atlantic Development LP brown@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com;Bianco@lrclaw.com |
| Kristen N. Pate | on behalf of Creditor Brookfield Properties Retail Inc bk@bpretail.com |
| Kyle P. McEvilly | on behalf of Creditor Ainslie Vorel kmcevilly@gibbonslaw.com |
| Laurel D. Roglen | on behalf of Creditor Brixmor Operating Partnership L.P. roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor KRE Colonie Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Federal Realty Investment Trust roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Soundwater Properties  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARG CRHAGMD001  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor ARG TCFLOKY001  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Acadia Realty Limited Partnership roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor FR Assembly Square  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Lawrence Joel Kotler | on behalf of Creditor Coastal One Properties  LLC ljkotler@duanemorris.com |
| Leo Muchnik | on behalf of Interested Party Eclipse Business Capital LLC muchnikl@gtlaw.com |
| Leo Muchnik | on behalf of Interested Party Eclipse Business Capital SPV  LLC muchnikl@gtlaw.com |
| Leslie C. Heilman | on behalf of Creditor KRE Colonie Owner LLC heilmanl@ballardspahr.com  carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Acadia Realty Limited Partnership heilmanl@ballardspahr.com  carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor FR Assembly Square  LLC heilmanl@ballardspahr.com, carbonej@ballardspahr.com |
| Leslie C. Heilman | |

District/off: 0311-1                          User: admin                                    Page 5 of 9
Date Rcvd: Sep 14, 2023                       Form ID: trclaim                               Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Soundwater Dartmouth LLC heilmanl@ballardspahr.com, carbonej@ballardspahr.com |
| Leslie C. Heilman | |
| | on behalf of Creditor Brixmor Operating Partnership L.P. heilmanl@ballardspahr.com  carbonej@ballardspahr.com |
| Lindsey M. Harrison Madgar | |
| | on behalf of Creditor PA Eastway  Inc. lmadgar@cafarocompany.com |
| Lisa Bittle Tancredi | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors lisa.tancredi@wbd-us.com liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com |
| M. Claire McCudden | |
| | on behalf of Creditor CTS Fiduciary  LLC MCMcCudden@MDWCG.com |
| M. Claire McCudden | |
| | on behalf of Creditor Turtle Rock  LLC MCMcCudden@MDWCG.com |
| M. Claire McCudden | |
| | on behalf of Creditor Waquoit Road Real Estate Trust MCMcCudden@MDWCG.com |
| M. Claire McCudden | |
| | on behalf of Creditor D and C Real Estate Trust MCMcCudden@MDWCG.com |
| M. Claire McCudden | |
| | on behalf of Creditor South Orleans Real Estate Trust MCMcCudden@MDWCG.com |
| M. Claire McCudden | |
| | on behalf of Creditor Route 132 Real Estate Trust MCMcCudden@MDWCG.com |
| M. Claire McCudden | |
| | on behalf of Creditor Quaker Real Estate Trust MCMcCudden@MDWCG.com |
| M. Claire McCudden | |
| | on behalf of Creditor CTS West Dennis Route Twenty-Eight Real Estate LLC MCMcCudden@MDWCG.com |
| M. Claire McCudden | |
| | on behalf of Creditor Bridge Real Estate Trust MCMcCudden@MDWCG.com |
| M. Claire McCudden | |
| | on behalf of Creditor BFE Ventures LLC MCMcCudden@MDWCG.com |
| M. Claire McCudden | |
| | on behalf of Creditor Shrewsbury Village Limited Partnership MCMcCudden@MDWCG.com |
| Marc J. Phillips | |
| | on behalf of Creditor Prestige Patio Co. Ltd. mphillips@mmwr.com  marc-phillips-8177@ecf.pacerpro.com |
| Marcy J. McLaughlin Smith | |
| | on behalf of Debtor Christmas Tree Shops  LLC Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Brixmor Operating Partnership L.P. vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor Acadia Realty Limited Partnership vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor FR Assembly Square  LLC vesperm@ballardspahr.com |
| Margaret A. Vesper | |
| | on behalf of Creditor KRE Colonie Owner LLC vesperm@ballardspahr.com |
| Mark A Salzberg | |
| | on behalf of Creditor Blue Yonder  Inc. mark.salzberg@squirepb.com, sarah.conley@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com |
| Mark B. Conlan | |
| | on behalf of Plaintiff Ainslie H. Vorel mconlan@gibbonslaw.com  nmitchell@gibbonslaw.com |
| Mark B. Conlan | |
| | on behalf of Creditor Ainslie Vorel mconlan@gibbonslaw.com  nmitchell@gibbonslaw.com |
| Mark L. Desgrosseilliers | |
| | on behalf of Creditor Restore Capital  LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;lord@chipmanbrown.com |
| Mark L. Desgrosseilliers | |
| | on behalf of Creditor Hilco Merchant Resources  LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;lord@chipmanbrown.com |
| Mark L. Desgrosseilliers | |
| | on behalf of Creditor Restore Capital (CTS)  LLC desgross@chipmanbrown.com, |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 6 of 9 |
| Date Rcvd: Sep 14, 2023 | Form ID: trclaim | Total Noticed: 1 |

| | |
|---|---|
| | fusco@chipmanbrown.com;lord@chipmanbrown.com |
| Mark W Powers | |
| | on behalf of Interested Party HC Atlantic Development LP mpowers@bowditch.com |
| Matthew P. Ward | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors matthew.ward@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com |
| Michael D DeBaecke | |
| | on behalf of Other Prof. Pathlight Capital LP mdebaecke@ashbygeddes.com |
| Michael G. Busenkell | |
| | on behalf of Creditor The Huntington National Bank mbusenkell@gsbblaw.com |
| Michelle Newton | |
| | on behalf of Creditor Donald Lee mln@stoneinjury.com |
| Morgan L. Patterson | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors morgan.patterson@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com |
| Paul Bekker | |
| | on behalf of Other Prof. Pathlight Capital LP pbekker@riemerlaw.com |
| Paul W. Carey | |
| | on behalf of Creditor Medford Wellington Service Co. Inc. pcarey@mirickoconnell.com |
| Paul W. Carey | |
| | on behalf of Creditor Sun Life Assurance Company of Canada pcarey@mirickoconnell.com |
| Peter J Keane | |
| | on behalf of Trustee George L. Miller pkeane@pszjlaw.com |
| Rachel A. Parisi | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors raparisi@pbnlaw.com mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel B. Mersky | |
| | on behalf of Creditor Kimco Realty Corporation rmersky@monlaw.com |
| Reliable Companies | |
| | gmatthews@reliable-co.com |
| Richard L. Schepacarter | |
| | on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov |
| Robert Rock | |
| | on behalf of Creditor NYS Department of Taxation and Finance robert.rock@ag.ny.gov |
| Robert Rock | |
| | on behalf of Interested Party Attorney General of the State of New York robert.rock@ag.ny.gov |
| Robert K. Malone | |
| | on behalf of Creditor Ainslie Vorel rmalone@gibbonslaw.com nmitchell@gibbonslaw.com |
| Robert K. Malone | |
| | on behalf of Plaintiff Ainslie H. Vorel rmalone@gibbonslaw.com nmitchell@gibbonslaw.com |
| Robert L. LeHane | |
| | on behalf of Creditor Kite Realty Group L.P. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
| | on behalf of Creditor Brookfield Properties Retail Inc KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert L. LeHane | |
| | on behalf of Creditor Blumenfeld Development Group Ltd. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Robert M. Schechter | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Ronald E Gold | |
| | on behalf of Creditor WPG Legacy LLC rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;bparker@fbtlaw.com |
| Ronald Mark Tucker | |
| | on behalf of Creditor Simon Property Group Inc. rtucker@simon.com, bankruptcy@simon.com |
| Scott L. Fleischer | |
| | on behalf of Creditor DLC Management Corp. sfleischer@barclaydamon.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 7 of 9 |
| Date Rcvd: Sep 14, 2023 | Form ID: trclaim | Total Noticed: 1 |

| | |
|---|---|
| Shannon Dougherty Humiston | on behalf of Creditor KeySpan Energy Delivery New York shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Parampara shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Potomac Edison Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor New York State Electric and Gas Corporation shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Public Service Electric And Gas Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Orange & Rockland Utilities  Inc. shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Florida Power & Light Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Public Service Company of New Hampshire shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Niagara Mohawk Power Corporation shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Riba Textiles  Ltd. shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Narragansett Electric Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Boston Gas Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Yankee Gas Service Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Rochester Gas & Electric Corporation shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor NStar East Electric Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Jersey Central Power & Light Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Pennsylvania Electric Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Colonial Gas Cape Cod shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Georgia Power Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor PECO Energy Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Metropolitan Edison Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor KeySpan Energy Delivery Long Island shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Delmarva Power & Light Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Eversource Gas of Massachusetts shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Massachusetts Electric Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Nstar Gas Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor The Connecticut Light & Power Company shumiston@mccarter.com |
| Shannon Dougherty Humiston | on behalf of Creditor Atlantic City Electric Company shumiston@mccarter.com |

| | |
|---|---|
| Shannon Dougherty Humiston | on behalf of Creditor Consolidated Edison Company Of New York  Inc. shumiston@mccarter.com |
| Susan E. Kaufman | on behalf of Creditor Kite Realty Group  L.P. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Oak Street Real Estate Capital  LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor Blumenfeld Development Group  Ltd. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor Brookfield Properties Retail Inc skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor DLC Management Corp. skaufman@skaufmanlaw.com |
| Thomas Onder | on behalf of Creditor High Pointe Commons Holding II-HAP  LP tonder@stark-stark.com, ereid@stark-stark.com |
| Thomas Onder | on behalf of Creditor Levin Properties  L.P. tonder@stark-stark.com, ereid@stark-stark.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| Warren J. Martin, Jr. | on behalf of Creditor Committee Official Committee of Unsecured Creditors wjmartin@pbnlaw.com |
| William F. Taylor, Jr. | on behalf of Creditor Public Service Electric And Gas Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Metropolitan Edison Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Florida Power & Light Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Jersey Central Power & Light Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Boston Gas Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Niagara Mohawk Power Corporation bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Pennsylvania Electric Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor KeySpan Energy Delivery New York bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor The Connecticut Light & Power Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Consolidated Edison Company Of New York  Inc. bankruptcydel@mccarter.com, bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor New York State Electric and Gas Corporation bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Orange & Rockland Utilities  Inc. bankruptcydel@mccarter.com, bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Georgia Power Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Rochester Gas & Electric Corporation bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor NStar East Electric Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Colonial Gas Cape Cod bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Eversource Gas of Massachusetts bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | |

| | |
|---|---|
| | on behalf of Creditor Yankee Gas Service Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Atlantic City Electric Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor PECO Energy Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Public Service Company of New Hampshire bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor KeySpan Energy Delivery Long Island bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Potomac Edison Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Massachusetts Electric Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Narragansett Electric Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |
| William F. Taylor, Jr. | on behalf of Creditor Delmarva Power & Light Company bankruptcydel@mccarter.com  bankruptcydel@mccarter.com |

TOTAL: 199