IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Morgan L. Patterson, do hereby certify that on the 15th day of September 2023, I caused a copy of the following to be served upon the parties listed on the attached Notice Parties Service List via Electronic Mail.

- Docket No. 641: Combined Fourth Monthly and Final Fee Application of Porzio, Bromberg & Newman, P.C. as Co-Counsel for the Official Committee of Unsecured Creditors, For Allowance Of Compensation And Reimbursement Of Expenses For The (I) Monthly Period From August 1, 2023 Through August 16, 2023, and (II) Final Period from May 22, 2023 to August 16, 2023

- Docket No. 644: Third Monthly and Final Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the Monthly Period from August 1, 2023 through August 16, 2023 and for the Final Period from May 22, 2023 to August 16, 2023

- Docket No. 645: Second Monthly and Final Fee Application of Rock Creek Advisors, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors for the Official Committee of Unsecured Creditors for the Monthly Period from August 1, 2023 Through August 16, 2023 and for the Final Period from May 23, 2023 to August 16, 2023

Dated: September 18, 2023

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
Morgan L. Patterson (DE Bar No. 5388)
Lisa Bittle Tancredi (DE Bar No. 4657)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: ericka.johnson@wbd-us.com
Email: morgan.patterson@wbd-us.com
Email: lisa.tancredit@wbd-us.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number areas follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

WBD (US) 62399410v7

**CHRISTMAS TREE SHOPS**
**FEE APP NOTICE PARTIES SERVICE LIST**

Counsel to the Debtor
MURPHY & KING, P.C.
Harold B. Murphy
Christopher Condon
28 State Street, Suite 3101
Boston, Massachusetts 02019
Email: HMurphy@murphyking.com;
CCondon@murphyking.com

Counsel to the Debtor
TROUTMAN PEPPER HAMILTON SANDERS LLP
Evelyn J. Meltzer
Marcy J. McLaughlin Smith
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801
Email: evelyn.meltzer@troutman.com;
marcy.smith@troutman.com

Office of the United States Trustee for the District of Delaware
J. Caleb Boggs Federal Building
Attn: Benjamin Hackman
844 King Street, Suite 2207
Wilmington, DE 19801
Email: Benjamin.A.Hackman@usdoj.gov

Counsel to Eclipse Greenberg Traurig, LLP
Jeffrey Wolf
Brian Greer
One Vanderbilt Avenue
New York, NY 10017
Email: Jeffrey.Wolf@gtlaw.com;
greerb@gtlaw.com

Counsel to Eclipse
GREENBERG TRAURIG, LLP
Dennis Meloro
Anthony Clark
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Email: anthony.clark@gtlaw.com;
dennis.meloro@gtlaw.com

Counsel to ReStore Capital, LLC
ROPES & GRAY LLP
Gregg M. Galardi
1211 6th Ave
New York, NY 10036
Email: Gregg.Galardi@ropesgray.com

Counsel to ReStore Capital, LLC
CHIPMAN BROWN CICERO & COLE, LLP
Mark L. Desgrosseilliers
1313 North Market Street, Suite 5400
Wilmington, DE 19801
Email: desgross@chipmanbrown.com

Counsel to Pathlight Capital LP
RIEMER & BRAUNSTEIN
Steven E. Fox
Paul D. Bekker
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036
Email: sfox@riemerlaw.com
pbekker@riemerlaw.com

Counsel to Pathlight Capital LP
ASHBY & GEDDES
Gregory A. Taylor
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Email: gtaylor@ashbygeddes.com

Counsel to Ch 7 Trustee
PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
Edward A. Corma
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Email: bsandler@pszjlaw.com;
crobinson@pszjlaw.com; pkeane@pszjlaw.com;
ecorma@pszjlaw.com