# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>Christmas Tree Shops, LLC, *et al.*,[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 23-10576 -TMH<br><br>Jointly Administered<br><br>**Hearing Date: October 17, 2023 at 11:00 a.m.**<br>**Objection Deadline: October 10, 2023 at 4:00 p.m.** |

## NOTICE OF BANK OF AMERICA, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO EXERCISE SETOFF RIGHTS RELATING TO A DEPOSIT ACCOUNT

To:

| | |
|---|---|
| Bradford J. Sandler, Esq.<br>Pachulski Stang Ziehl & Jones<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Counsel for Chapter 7 Trustee | Christopher P. Mazza, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Pkwy<br>Morristown, NJ 07960<br>Counsel for the Creditors Committee |
| Harold B. Murphy, Esq.<br>Christopher Condon, Esq.<br>Murphy & King, P.C.<br>28 State Street, Suite 3101<br>Boston, MA 02109<br>Counsel for Debtor | Benjamin A. Hackman, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Evelyn J. Meltzer, Esq.<br>Marcy J. McLaughlin Smith, Esq.<br>Troutman Pepper Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Counsel for Debtor | |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

**PLEASE TAKE NOTICE** that on September 19, 2023, Bank of America, N.A. ("BOA") filed the Motion For Relief From The Automatic Stay to Exercise Setoff Rights Relating to a Deposit Account (the "Motion) in which BOA seeks, *inter alia*, relief from the automatic stay to enforce BOA's right of setoff.

**Hearing on the Motion is scheduled for October 17, 2023 at 11:00 a.m.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

> BUCHANAN INGERSOLL & ROONEY PC
> Geoffrey G. Grivner
> 500 Delaware Avenue, Suite 720
> Wilmington, Delaware 19801
> Email: geoffrey.grivner@bipc.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issue raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as the value of the property, and the extent and validity of any security agreement.

*All remote hearings are conducted over Zoom, which requires participants to register in advance. The Zoom registration link will be listed on the hearing agenda filed on or before noon two business days prior to the hearing.*

> Respectfully submitted,
>
> **BUCHANAN INGERSOLL & ROONEY PC**
> /s/ Geoffrey G. Grivner
> Geoffrey G. Grivner (4711)
> 500 Delaware Avenue, Suite 720
> Wilmington, Delaware 19801
> Telephone: (302) 552-4200
> Facsimile: (302) 552-4295
> Email: geoffrey.grivner@bipc.com
> *Counsel to Bank of America, N.A.*

Date:   September 20, 2023
        Wilmington, DE