IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC., *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | Jointly Administered |

**SECOND SUPPLEMENTAL DECLARATION OF SARAH BAKER IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I)(A) CONFIRMING, ON AN INTERIM BASIS, THAT THE STORE CLOSING AGREEMENT IS OPERATIVE AND EFFECTIVE AND (B) AUTHORIZING ON A FINAL BASIS THE DEBTORS TO ASSUME THE STORE CLOSING AGREEMENT, (II) AUTHORIZING AND APPROVING CLOSING SALES FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES, AND (III) GRANTING RELATED RELIEF**

I, Sarah Baker, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1. I am Vice President, Deputy General Counsel of Hilco Trading, LLC ("Hilco Trading"), the ultimate parent company of Hilco Merchant Resources, LLC ("Hilco"), located at 5 Revere Drive, Suite 206, Northbrook, Illinois.

2. On May 17, 2023, I filed a declaration (Docket No. 101) (the "Original Declaration") in support of *Debtors' Emergency Motion for Interim and Final Orders (I)(A)Confirming, on an Interim Basis, that the Store Closing Agreement is Operative and Effective and (B) Authorizing on a Final Basis the Debtors to Assume the Store Closing Agreement, (II)*

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

*Authorizing and Approving Closing Sales Free and Clear of All Liens, Claims, and Encumbrances, and (III) Granting Related Relief* (D.I. 20) (the "Motion").[2]

3. On August 8, 2023, I filed a supplemental declaration (Docket No. 503) (the "Supplemental Declaration" and together with the Original Declaration, the "Earlier Declarations") in support of the Motion.

4. The facts set forth in this second supplemental declaration (the "Second Supplemental Declaration") are based upon my personal knowledge, information, and belief, and upon records kept in the ordinary course of business that were reviewed by me or other employees of Hilco Trading under my supervision and direction. If called as a witness, I would testify to the facts set forth in this Second Supplemental Declaration.

5. As described in detail in my Earlier Declarations, in the ordinary course of its business, Hilco Trading, Hilco, and their affiliates and subsidiaries (collectively, "Hilco Global") maintain a database (the "Transaction Database") for purposes of performing "conflicts checks." The Transaction Database contains information regarding present and past representations and transactions of Hilco Global.

6. Based on Hilco's continuing search of the Transaction Database with respect to the Debtors and potential parties-in-interest in these cases, Hilco has the following additional connection to disclose:

   a. Hilco IP Services, LLC d/b/a Hilco Streambank, an affiliate of Hilco, has been engaged to advise an unrelated third party with respect to potentially acquiring the Debtors' intellectual property assets.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such term sin the Original Declaration.

7. Hilco is conducting further inquiries regarding Hilco's engagement by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of Hilco's engagement if Hilco should discover any facts bearing on the matters described herein, Hilco will supplement the information contained in this Second Supplemental Declaration.

*[Remainder of page intentionally left blank]*

153153765v3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Northbrook, Illinois
September 26, 2023

**Hilco Merchant Resources, LLC**

By: _____
Sarah Baker
Vice President & Deputy General Counsel,
Managing Member

153153765v3