IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC., *et al*.,[1] | Case No. 23-10576 (TMH) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2023, a true and correct copy of the *Second Supplemental Declaration of Sarah Baker in Support of Debtors' Emergency Motion for Interim and Final Orders (I)(A) Confirming, on an Interim Basis, that the Store Closing Agreement is Operative and Effective and (B) Authorizing on a Final Basis the Debtors to Assume the Store Closing Agreement, (II)Authorizing and Approving Closing Sales Free and Clear of All Liens, Claims, and Encumbrances, and (III) Granting Related Relief* [Docket No. 656] (the "**Declaration**")  was filed *via* the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through CM/ECF.

I further certify that, in addition, on the same day, I caused the Declaration to be served on the parties on the below-listed counsel via electronic mail.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

00060780.1

Evelyn J. Meltzer, Esq.
Marcy J. McLaughlin Smith, Esq
TROUTMAN PEPPER HAMILTON
 SANDERS LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
Email: evelyn.meltzer@troutman.com
 marcy.smith@troutman.com

Harold B. Murphy, Esq.
Christopher M. Condon, Esq.
MURPHY & KING, PROFESSIONAL
 CORPORATION
28 State Street, Suite 3101
Boston, MA 02109
Email: hmurphy@murphyking.com
 ccondon@murphyking.com

Office of the United States Trustee for the District of Delaware
J. Caleb Boggs Federal Building
Attn: Benjamin Hackman
844 King Street, Suite 2207
Wilmington, DE 19801
 Email: Benjamin.A.Hackman@usdoj.gov

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
Edward A. Corma
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Email: bsandler@pszjlaw.com
 crobinson@pszjlaw.com
 pkeane@pszjlaw.com
 ecorma@pszjlaw.com

Dated:  September 26, 2023
            Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: desgross@chipmanbrown.com

  -and-

**ROPES & GRAY LLP**
Gregg M. Galardi (No. 2991)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596 9000
E-mail: gregg.galardi@ropesgray.com

  -and-

- 3 -

Jeramy D. Webb (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Email: jeramy.webb@ropesgray.com

Counsel to Hilco Merchant Resources, LLC