**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date: Nov. 13, 2023 at 10:00 a.m. (Eastern)**<br>**Objection Deadline: Oct. 17, 2023 at 4:00 p.m. (Eastern)** |

**NOTICE OF MOTION OF JSM AT BRICK, LLC FOR AN ORDER
ALLOWING AND COMPELLING PAYMENT OF CHAPTER 11
ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)**

**PLEASE TAKE NOTICE** that, on October 3, 2023, JSM at Brick, LLC (the "Lessor") filed the *Motion of JSM at Brick, LLC for an Order Allowing and Compelling Payment of Chapter 11 Administrative Claim Pursuant to 11 U.S.C. § 365(d)(3) and 503(b)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion must be in writing, filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned counsel to the Lessor so as to be received on or before **October 17, 2023, at 4:00 p.m. (Eastern)**.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on **November 13, 2023, at 10:00 a.m. (Eastern).**

---

[1] The Debtors and the last four digits of each Debtor's U.S. TIN are: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, MA 02346.

- 2 -

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: October 3, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>REED SMITH LLP<br><br>By:  */s/ Jason D. Angelo*<br>Jason D. Angelo (No. 6009)<br>1201 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>E-mail: jangelo@reedsmith.com<br><br>-and-<br><br>Derek J. Baker, Esquire<br>REED SMITH LLP<br>Three Logan Square<br>1717 Arch St., Suite 3100<br>Philadelphia, PA 19103-7301<br>Telephone: (215) 851-8100<br>Facsimile: (215) 851-142<br>E-mail: dbaker@reedsmith.com<br><br>*Counsel for Lessor JSM at Brick, LLC* |