## **EXHIBIT A**

Proposed Order

(Attached)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>**Re: Docket No. _____** |

### ORDER GRANTING MOTION OF CHERRY HILL RETAIL PARTNERS, LLC FOR AN ORDER ALLOWING AND COMPELLING PAYMENT OF CHAPTER 11 ADMINISTRATIVE CLAIM

Upon the motion (the "Motion")[2] of Cherry Hill Retail Partners, LLC ("Lessor"), for entry of an order allowing Lessor's chapter 11 administrative expense claim in the amount of $153,799.78 (plus additional fees and interest) (the "Administrative Claim"); and the Court having found that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of the chapter 7 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation thereon and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extend set forth herein.

---

[1] The Debtors and the last four digits of each Debtor's U.S. TIN are: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, MA 02346.

[2] Terms not otherwise defined in this Order shall have the meaning ascribed to such terms in the Motion.

2. Lessor is hereby granted an allowed chapter 11 administrative expense priority claim in the amount of $153,799.78 (plus additional fees and interest) pursuant to sections 365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code.

3. Pursuant to 11 U.S.C. § 365(d)(3), no later than three (3) days following the entry of this Order on the docket of the chapter 7 cases, Debtors are directed to pay to Lessor the sum of $153,799.78 (plus additional fees and interest) via wire instructions to be provided by Lessor's counsel.

4. Lessor's right to (i) amend, modify, or supplement the Motion in any manner, at any time and for any purpose, and to assert and file any and all additional claims of whatever kind or nature that it has or may hereafter have against the Debtors (including, without limitation, claims under 11 U.S.C. §§ 502, 503, and 365) and (ii) bring forth additional documentation supporting any and all of its claims including, but not limited to, any documents that may become available after further investigation and discovery, are hereby reserved.

5. The Court shall retain jurisdiction over all matters related to the Motion, this Order, and the relief granted herein.