# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 ) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) ) ) (Jointly Administered) ) |
| Debtors. | ) **Ref. Docket Nos. 662** ) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on October 5, 2023, I caused a copy of the following document(s) to be served on the individuals on the attached service lists in the manner indicated:

- *Chapter 7 Trustee's Omnibus Response to Final Fee Applications of Chapter 11 Estate Professionals* [Docket No. 662]

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

Service List
23-10576

1. **Service Via E-mail**

| | | |
|---|---|---|
| Ainslie Vorel<br>ahvorel@gmail.com | Amanda Best<br>amandabest_us@yahoo.com | Ashby & Geddes, P.A. Gregory A. Taylor and Michael D. DeBaecke<br>gtaylor@ashbygeddes.com; mdebaecke@ashbygeddes.com |
| Ballard Spahr LLP Dustin P. Branch, Jessica M. Simon and Nahal Zarnighian<br>branchd@ballardspahr.com; simonjm@ballardspahr.com; zarnighiann@ballardspahr.com | Ballard Spahr LLP Leslie C. Heilman, Laurel D. Roglen and Margaret A. Vesper<br>heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com | Benesch, Friedlander, Coplan & Aronoff LLP Kevin M. Capuzzi and John C. Gentile<br>kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| Betania Neto<br>betanianeto1@gmail.com | Bowditch & Dewey Mark W. Powers<br>mpowers@bowditch.com | Bradley W Snyder<br>Bradley.Snyder@YMail.com |
| Brookfield Properties Retail Inc., as Agent Kristen N. Pate<br>bk@bpretail.com | BSREP II CYPRESS MT LLC Julie Minnick Bowden<br>julie.bowden@bpretail.com | Buchanan Ingersoll & Rooney PC Geoffrey G. Grivner<br>geoffrey.grivner@bipc.com |
| Calhoun Law Firm Joe D. Calhoun<br>Joe.Calhoun@CalhounLawFirm.com | Capreece Taylor<br>capreecetaylor@gmail.com | Chipman Brown Cicero & Cole, LLP Mark Desgrosseilliers<br>desgross@chipmanbrown.com |
| Christa Ciezobka<br>cciezobka@gmail.com | Connecticut Attorney General Attn Bankruptcy Department<br>attorney.general@ct.gov | Cozen O'Connor John T. Carroll, III<br>jcarroll@cozen.com |
| Daniel M Kane<br>DKane@TigerGroup.com | Delaware Attorney General Attn Bankruptcy Department<br>attorney.general@state.de.us | Delaware Dept of Justice Attorney General<br>attorney.general@state.de.us; attorney.general@delaware.gov |
| Delaware Secretary of State Division of Corporations<br>dosdoc_bankruptcy@state.de.us | Delaware State Treasury<br>statetreasurer@state.de.us | Duane Morris LLP Lawrence J. Kotler<br>ljkotler@duanemorris.com |
| Edel Corrigan<br>edeljoanne@gmail.com | Elizabeth Strabley<br>estrabley@verizon.net | Faegre Drinker Biddle & Reath LLP Joseph N. Argentina, Jr.<br>joseph.argentina@faegredrinker.com |
| FGX International Inc. Hinckley Allen & Snyder LLP<br>odoherty@hinckleyallen.com | Florida Attorney General Attn Bankruptcy Department<br>citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com | Frost Brown Todd LLP Ronald E. Gold and A.J. Webb<br>rgold@fbtlaw.com; awebb@fbtlaw.com |

| | | |
|---|---|---|
| Gaellyn Ridler<br>Gaellyns@gmail.com | Gellert Scali Busenkell & Brown, LLC Charles J. Brown, III, Michael Busenkell, and Amy D. Brown<br>cbrown@gsbblaw.com;<br>mbusenkell@gsbblaw.com;<br>abrown@gsbblaw.com | Geoffrey Lewis<br>GHLewis18@GMail.com |
| Georgia Attorney General Attn Bankruptcy Department<br>Agcarr@law.ga.gov | Goulston & Storrs PC Douglas B. Rosner<br>drosner@goulstonstorrs.com | Greenberg Traurig, LLP Anthony W. Clark and Dennis A. Meloro<br>Anthony.Clark@gtlaw.com;<br>Dennis.Meloro@gtlaw.com |
| Greenberg Traurig, LLP Brian E. Greer and Leo Muchnik<br>greerb@gtlaw.com;<br>muchnikl@gtlaw.com | Greenberg Traurig, LLP Jeffrey M. Wolfe<br>Jeffrey.Wolf@gtlaw.com;<br>greerb@gtlaw.com | Hackett Feinberg P.C. James M. Liston and Jacqueline M. Price<br>jml@bostonbusinesslaw.com;<br>jmp@bostonbusinesslaw.com |
| Hallmark Cards, Incorporated Legal Division<br>becky.long@hallmark.com | Hinckley, Allen & Snyder LLP Jennifer V. Doran<br>jdoran@hinckleyallen.com | Hogan McDaniel Garvan F. McDaniel<br>gfmcdaniel@dkhogan.com |
| Indiana Attorney General Attn Bankruptcy Department<br>info@atg.in.gov | Internal Revenue Service Attn Susanne Larson<br>SBSE.Insolvency.Balt@irs.gov | Jacqueline Stevens<br>jstevens705@gmail.com |
| Julia Markowitz<br>julialmarkowitz@gmail.com | Kasen & Kasen, P.C. c/o Jenny R. Kasen<br>jkasen@kasenlaw.com | Kentucky Attorney General Attn Bankruptcy Department<br>attorney.general@ag.ky.gov |
| Kirkland & Ellis LLP Joshua A. Sussberg<br>joshua.sussberg@kirkland.com | Krysten Gutierrez<br>krystennj@gmail.com | Kurtzman Steady, LLC Jeffrey Kurtzman<br>kurtzman@kurtzmansteady.com |
| Landis Rath & Cobb LLP Kimberly A. Brown and Howard W. Robertson IV<br>brown@lrclaw.com;<br>robertson@lrclaw.com | Leslie Rossi<br>leslierossi129@gmail.com | Maine Attorney General Attn Bankruptcy Department<br>attorney.general@maine.gov |
| Mainstream International Corp. David Bennett<br>dbennett@mainstreamintl.com | Marshall Dennehey Warner Coleman & Goggin M. Claire McCudden<br>MCMcCudden@MDWCG.com | Martone & Associates, LLC Christopher S. Martone<br>martonelaw@gmail.com |
| Maryland Attorney General Attn Bankruptcy Department<br>oag@oag.state.md.us | Massachusetts Attorney General Attn Bankruptcy Department<br>ago@state.ma.us | McElroy, Deutsch, Mulvaney & Carpenter, LLP David P. Primack<br>dprimack@mdmc-law.com |
| Michael Berger<br>michaeldberger@yahoo.com | Michele Olbrys<br>MLOLbrys9@gmail.com | Michigan Attorney General Attn Bankruptcy Department<br>miag@michigan.gov |
| Mirick, OConnell, DeMallie & Lougee, LLP Paul W. Carey<br>pcarey@mirickoconnell.com | Monzack Mersky and Browder, P.A. Rachel B. Mersky<br>rmersky@monlaw.com | Murphy & King, Professional Corporation Harry Murphy & Christopher Condon<br>HMurphy@murphyking.com;<br>CCondon@murphyking.com |
| New Hampshire Attorney General Attn Bankruptcy Department<br>attorneygeneral@doj.nh.gov | New Jersey Attorney General Attn Bankruptcy Department<br>Heather.Anderson@law.njoag.gov;<br>NJAG.ElectronicService.CivilMatters@law.njoag.gov | New York Attorney General Attn Bankruptcy Department<br>Louis.Testa@ag.ny.gov;<br>letitia.james@ag.ny.gov<br>robert.rock@ag.ny.gov |

| Nicole Quinn Nicoleb430@gmail.com | North Carolina Attorney General Attn Bankruptcy Department ncago@ncdoj.gov | Office of the United States Trustee Delaware Benjamin Hackman Benjamin.A.Hackman@usdoj.gov |
|---|---|---|
| Ohio Attorney General Attn Bankruptcy Department Kristin.Radwanick@OhioAGO.gov | PA Eastway, Inc. Lindsey M. Harrison Madgar LMadgar@cafarocompany.com | Pam Roberts pmalroberts@gmail.com |
| Pennsylvania Attorney General Attn Bankruptcy Department info@attorneygeneral.gov | Pierce Atwood LLP Alex F. Mattera amattera@PierceAtwood.com | Porzio, Bromberg & Newman, P.C. Warren J. Martin Jr., Robert M. Schechter and Rachel A. Parisi wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; raparisi@pbnlaw.com |
| REO FUNDIT 1 ASSET LLC annac@cre-pro.com | Rhode Island Attorney General Attn Bankruptcy Department ag@riag.ri.gov | Riemer & Braunstein LLP Paul D. Bekker pbekker@riemerlaw.com |
| Riemer & Braunstein LLP Steven E. Fox sfox@riemerlaw.com; pbekker@riemerlaw.com | Ropes & Gray LLP Gregg M. Galadri Gregg.Galardi@ropesgray.com | Ropes & Gray LLP Jeramy D. Webb jeramy.webb@ropesgray.com |
| Securities & Exchange Commission NY Regional Office bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov | Securities & Exchange Commission PA Regional Office philadelphia@sec.gov | Securities & Exchange Commission Secretary of the Treasury SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Simon Property Group, Inc. Attn: Ronald M. Tucker rtucker@simon.com | Sirlin Lesser & Benson, P.C. Dana S. Plon dplon@sirlinlaw.com | South Carolina Attorney General Attn Bankruptcy Department bankruptcy@scag.gov |
| Stark & Stark, P.C. Joseph H. Lemkin and Thomas S. Onder jlemkin@stark-stark.com; tonder@stark-stark.com | Stern & Eisenberg, PC Daire Pyle dpyle@sterneisenberg.com | Subin Associates, LLP Lee Huttner, Jean Marie Gaziano, Bianca Cacace, Mahvish Shah LHuttner@subinlaw.com; jmg@subinlaw.com; bcacace@subinlaw.com; MShah@subinlaw.com |
| Tarra Nelan tjcostine@gmail.com | Tenenbaum & Saas, P.C. Bradshaw Rost BRost@tspclaw.com | Tom Tedone tom0157@aol.com |
| Troutman Pepper Hamilton Sanders LLP Evelyn Meltzer & Marcy McLaughlin Smith evelyn.meltzer@troutman.com; marcy.smith@troutman.com | US Attorney for District of Delaware US Attorney for Delaware usade.ecfbankruptcy@usdoj.gov | Vermont Attorney General Attn Bankruptcy Department ago.info@vermont.gov |
| Victoria Patella vatp8675@yahoo.com | Virginia Attorney General Attn Bankruptcy Department mailoag@oag.state.va.us | Wendy DiSanto hawksw17@gmail.com |

| Womble Bond Dickinson (US) LLP Matthew P. Ward, Ericka F. Johnson, Morgan L. Patterson and Lisa Bittle Tancredi matthew.ward@wbd-us.com; ericka.johnson@wbd-us.com; morgan.patterson@wbd-us.com; lisa.tancredi@wbd-us.com | Workday Inc Rob Smith rob.smith@workday.com | Jeffrey Barney jeffb10@optonline.net |
|---|---|---|
| Kurtzman Carson Consultants LLC sharbuck@kccllc.com | FAAN Advisors Group Inc. naveed@faanadvisors.com | Rock Creek Advisors, LLC bayers@rockcreekfa.com |
| SSG Advisors, LLC tkohl@ssgca.com | | |