IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |

**NOTICE OF RESCHEDULED OMNIBUS HEARING DATE FROM
NOVEMBER 13, 2023 AT 10:00 A.M. (EASTERN TIME) TO
NOVEMBER 27, 2023 AT 11:00 A.M. (EASTERN TIME)**

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for November 13, 2023 at 10:00 a.m. prevailing Eastern Time has been rescheduled to **November 27, 2023 at 11:00 a.m. prevailing Eastern Time** before the Honorable Thomas M. Horan, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. All matters scheduled for the November 13, 2023 hearing are rescheduled to the November 27, 2023 hearing.

Dated:  October 11, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
             crobinson@pszjlaw.com
             pkeane@pszjlaw.com
             ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

---

[1]  The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).