## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC., *et al.*, | Case No. 23-10576 (TMH) |
| Debtors.[1] | (Jointly Administered)<br>**Ref. Docket Nos. 639, 640, 641, 642, 643, 644, 645 and 646** |

### NOTICE OF RESCHEDULED HEARING ON FINAL FEE APPLICATIONS FROM OCTOBER 25, 2023 AT 10:00 A.M. (EASTERN TIME) TO NOVEMBER 27, 2023 AT 11:00 A.M. (EASTERN TIME)

**PLEASE TAKE NOTICE** that the hearing on the below final fee applications scheduled for October 25, 2023 at 10:00 a.m. prevailing Eastern Time has been rescheduled to **November 27, 2023 at 11:00 a.m. prevailing Eastern Time** before the Honorable Thomas M. Horan, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

1. *Combined Third Monthly and Final Fee Application of Murphy & King, Professional Corporation as Counsel to the Debtors and Debtors In Possession for Allowance of Compensation and Reimbursement of Expenses for the (I) Monthly Period from August 1, 2023 Through August 16, 2023 and (II) Final Period from May 5, 2023 Through August 16, 2023* [Filed September 15, 2023, Docket No. 639].

2. *Combined Third Monthly and Final Fee Application of Troutman Pepper Hamilton Sanders LLP as Counsel to The Debtors and Debtors In Possession for Allowance of Compensation and Reimbursement of Expenses for The (I) Monthly Period From August 1, 2023*

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

*Through August 16, 2023 and (II) Final Period for the period May 5, 2023 to August 16, 2023* [Filed September 15, 2023, Docket No. 640].

3. *Combined Fourth Monthly and Final Fee Application of Porzio, Bromberg & Newman, P.C. as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the (I) Monthly Period From August 1, 2023 Through August 16, 2023, and (II) Final Period for the period from May 22, 2023 to August 16, 2023* [Filed September 15, 2023, Docket No. 641].

4. *Final Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period from May 5, 2023 Through and Including August 16, 2023* [Filed September 15, 2023, Docket No. 642].

5. *Combined Third Monthly and Final Fee Application of FAAN Advisors Group Inc. as Financial Advisor to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the (I) Monthly Period from August 1, 2023 Through August 16, 2023 and (II) Final Period from May 5, 2023 Through August 16, 2023* [Filed September 15, 2023, Docket No. 643].

6. *Third Monthly and Final Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the Monthly Period from August 1, 2023 through August 16, 2023 and for the Final Period for the period from May 22, 2023 to August 16, 2023* [Filed September 15, 2023, Docket No. 644].

7. *Second Monthly and Final Fee Application of Rock Creek Advisors, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors for the Official Committee of Unsecured Creditors for the Monthly Period from August 1, 2023*

DOCS_LA:351641.2 57097/001

2

Through August 16, 2023 and for the Final Period for the period from May 23, 2023 to August 16, 2023 [Filed September 15, 2023, Docket No. 645].

8.　*First and Final Application of SSG Advisors, LLC, Investment Banker to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period May 31, 2023 Through and Including August 16, 2023* [Filed September 15, 2023, Docket No. 646].

| | |
|---|---|
| Dated: October 12, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | Edward A. Corma (DE Bar No. 6718) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:　　bsandler@pszjlaw.com |
| | 　　crobinson@pszjlaw.com |
| | 　　pkeane@pszjlaw.com |
| | 　　ecorma@pszjlaw.com |
| | *Counsel to George L. Miller, Chapter 7 Trustee* |

DOCS_LA:351641.2 57097/001