# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

*CORRECTED*[2] **NOTICE OF AGENDA FOR HEARING ON OCTOBER 17, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**This hearing will be conducted in-person before the Honorable Thomas M. Horan, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Horan.**

**All participants over Zoom must register in advance. Please register by October 16, 2023, at 4:00 p.m. (EST). at the link below.**

https://debuscourts.zoomgov.com/meeting/register/vJIsf--hrjwiHwEvdtOm-qHXgBRao4W5XKs

## CASE STATUS CONFERENCE

1. Status Conference

    **Status:** The Trustee will provide a status update on the Case.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

[2] Corrected items appear in ***bold italics***.

**ADJOURNED MATTERS**

2. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Their Distribution Center Lease; and (II) Granting Related Relief [Filed July 31, 2023, Docket No. 484].

    **Response Deadline:** August 14, 2023

    **Responses Received:**

    a. 64 Leona Property Owner LLCs: (A) Objection to Debtors Motion for Entry of an Order (I) Authorizing the Debtors to Reject their Distribution Center Lease [Filed August 14, 2023, Docket No. 527].

    **Related Documents:**

    a. Notice of Hearing [Filed August 22, 2023, Docket No. 553].

    **Status:** The matter has been adjourned to November 27, 2023.

3. Bank of America, N.A.'s Motion for Relief from the Automatic Stay to Exercise Setoff Rights Relating to a Deposit Account [Filed September 20, 2023, Docket No. 652].

    **Response Deadline:** October 10, 2023

    **Responses Received:**

    a. Chapter 7 Trustees Objection to Bank of America, N.A.'s Motion for Relief from the Automatic Stay to Exercise Setoff Rights Relating to Deposit Account [Filed October 10, 2023, Docket No. 664].

    **Related Documents:** None

    **Status:** The matter has been adjourned to November 27, 2023.

4. Motion of The Trustees of The Lynnfield Plaza Realty Trust for the Allowance and of Administrative Expense Claim [Filed September 26, 2023, Docket No. 658].

    **Response Deadline:** The initial response deadline of October 10, 2023 has been adjourned to October 30, 2023.

    **Responses Received:** None

    **Related Documents:** None

    **Status:** The matter has been adjourned to November 27, 2023.

5.    Aetna Life Insurance Administrative Expense Motion [Filed September 26, 2023, Docket No. 657].

   **Response Deadline:** The initial response deadline of October 10, 2023 has been adjourned to October 30, 2023

   **Responses Received:** None

   **Related Documents:** None

   **Status:** The matter has been adjourned to November 27, 2023.

6.    Motion of CBL & Associates Management, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(B)(1)(A) and 507 (A) [Filed September 8, 2023, Docket No. 613].

   **Response Deadline:** October 10, 2023, extended by agreement of the parties.

   **Responses Received:** None

   **Related Documents:** None

   **Status:** *The matter has been adjourned to November 27, 2023*.

## ADJOURNED ADVERSARY MATTER 23-50446 (TMH)

7.    Notice of Hearing *(Pre-Trial Conference) Adjourned until November 27, 2023* [Filed October 11, 202, Docket No. 8].

   **Response Deadline:** N/A

   **Responses Received:** None

   **Related Documents:** None

   **Status:** The matter has been adjourned to November 27, 2023.

## MATTERS RESOLVED BY CNO

8.    Motion of Chapter 7 Trustee for Order Extending Deadline to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to Section 365(d)(1) of the Bankruptcy Code [Filed September 13, 2023, Docket No. 629].

   **Response Deadline:** October 10, 2023

**Responses Received:** None

**Related Documents:**

a. Certificate of No Objection Regarding Motion of Chapter 7 Trustee for Order Extending Deadline to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to Section 365(d)(1) of the Bankruptcy Code [Filed October 10, ,2023, Docket No. 665].

b. [SIGNED] Order Extending Deadline to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to Section 365(d)(1) of the Bankruptcy Code [Filed October 11, 2023, Docket No. 668].

**Status**: The matter is resolved.

9. Application of Chapter 7 Trustee for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Chapter 7 Trustee Effective as of the August 16, 2023 [Filed September 15, 2023, Docket No. 637].

**Response Deadline:** October 10, 2023

**Responses Received:** None

**Related Documents:**

a. Certificate of No Objection Regarding Application of Chapter 7 Trustee for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Chapter 7 Trustee Effective as of August 16, 2023 [Filed October 10, 2023, Docket No. 666].

b. [SIGNED] Order Granting Application of Chapter 7 Trustee for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Chapter 7 Trustee Effective as of August 16, 2023 [Filed October 11, 2023, Docket No. 669].

**Status**: The matter is resolved.

10. Application of Chapter 7 Trustee George L. Miller to Employ Miller Coffee Tate LLP as Accountants and Bankruptcy Consultants, Effective as of August 17, 2023 [Filed September 15, 2023, Docket No. 638].

**Response Deadline:** October 10, 2023

**Responses Received:** None

**Related Documents:**

    a.    Certificate of No Objection Regarding Application of Chapter 7 Trustee George L. Miller to Employ Miller Coffee Tate LLP as Accountants and Bankruptcy Consultants, Effective as of August 17, 2023 [Filed October 10, 2023, Docket No. 667].

    b.    [SIGNED] Order Approving Motion to Employ/Retain Miller Coffee Tate LLP as Accountants and Bankruptcy Consultants to the Chapter 7 Trustee [Filed October 11, 2023, Docket No. 670].

**Status**: The matter is resolved.

11.    Motion of IPFS Corporation for Relief From the Automatic Stay to Terminate Insurance Policies Effective September 14, 2023 [Filed September 14, 2023, Docket No. 632].

**Response Deadline:** October 10, 2023

**Responses Received:** None

**Related Documents:** None

**Status:** The matter has been resolved. The parties will submit an agreed stipulation for approval by the Court.

Dated: October 13, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
       crobinson@pszjlaw.com
       pkeane@pszjlaw.com
       ecorma@pszjlaw.com

*Counsel for the Chapter 7 Trustee*