# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC., *et al.*,[1]<br><br>  Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

Marcy J. McLaughlin Smith hereby withdraws her appearance as counsel for the above-captioned debtors (collectively, the "Debtors") in their chapter 7 cases and requests that she be removed from the CM/ECF noticing list and any other service lists in these cases. Evelyn J. Meltzer of Troutman Pepper Hamilton Sanders LLP will continue to represent the Debtors as counsel in these cases.

Dated: October 26, 2023
Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE 6184)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: marcy.smith@troutman.com

*Withdrawing Counsel for Debtors*

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), Handil, LLC (1150), and Nantucket Distributing Co., LLC (1640).

## **CERTIFICATE OF SERVICE**

I, Marcy J. McLaughlin Smith, hereby certify that on the 26th day of October, 2023, I caused copies of the foregoing *Notice of Withdrawal of Appearance and Request for Removal From Service Lists* to be served upon all parties receiving ECF notice in these cases.

*/s/  Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE 6184)