# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTMAS TREE SHOPS, LLC, *et al.*, | ) | Case No. 23-10576 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 658 and 690** |

### ORDER GRANTING IN PART MOTION OF THE TRUSTEES OF THE LYNNFIELD PLAZA REALTY TRUST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the Motion of the Trustees of the Lynnfield Plaza Realty Trust for Allowance and Payment of Administrative Expense Claim [Docket No. 658] (the "Motion") and all responses thereto it is hereby ORDERED that the Motion is GRANTED in part as follows:

1. Jay Hirsh, Richard Kohn, and Bradford A. Spencer, as Trustees of Lynnfield Plaza Realty Trust (the "Landlord") shall have an allowed chapter 11 administrative expense claim in the amount of $235,024.88 against the estate of Debtor Christmas Tree Shops, LLC (the "Allowed Administrative Claim")

2. The Allowed Administrative Claim shall receive any distribution on account of such claim as and when other similarly-situated chapter 11 administrative expense claims receive a distribution.

3. The Landlord's rights regarding any filed proof of claim related to rejection damages are hereby preserved, and the Trustee's rights to object to such rejection damage claim are preserved.

4.	The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*Thomas M. Horan*

**Dated: October 26th, 2023**  
**Wilmington, Delaware**

**THOMAS M. HORAN**  
**UNITED STATES BANKRUPTCY JUDGE**