IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 706 and 707** |

## CERTIFICATE OF SERVICE

      I, Evelyn J. Meltzer, hereby certify that on the 8th day of November, 2023, I caused copies of the following documents to be served by email upon the parties set forth on the attached list; and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court:

- *Debtors Professionals' Reply to the Corrected Chapter 7 Trustee's Omnibus Response to Final Fee Applications of Chapter 11 Estate Professionals* [Docket No. 706]; and

- *Declaration of Marjorie E. Kaufman* [Docket No. 707]

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), Handil, LLC (1150), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

163066019v1

| | |
|---|---|
| Dated: November 13, 2023<br>Wilmington, Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>By: /s/ *Evelyn J. Meltzer*<br>Evelyn J. Meltzer (Del. Bar No. 4581)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br>Email: evelyn.meltzer@troutman.com<br><br>-and-<br><br>**MURPHY & KING, PROFESSIONAL CORPORATION**<br>Harold B. Murphy (admitted *pro hac vice*)<br>Christopher M. Condon (admitted *pro hac vice*)<br>28 State Street, Suite 3101<br>Boston, Massachusetts 02109<br>Tel: (617) 423-0400<br>Email: hmurphy@murphyking.com<br>         ccondon@murphyking.com<br><br>*Attorneys for Debtors* |

## Service List

*(Counsel to Eclipse)*
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Attn: Jeffrey Wolf and Brian Greer
Jeffrey.Wolf@gtlaw.com
greerb@gtlaw.com

*(Counsel to Eclipse)*
Greenberg Traurig, LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
Attn: Anthony Clark and Dennis Meloro
anthony.clark@gtlaw.com
dennis.meloro@gtlaw.com

*(Counsel to ReStore Capital, LLC)*
Ropes & Gray LLP
1211 6th Ave
New York, NY 10036
Attn: Gregg M. Galardi
Gregg.Galardi@ropesgray.com

*(Counsel to ReStore Capital, LLC)*
Chipman Brown Cicero & Cole, LLP
1313 North Market Street, Suite 5400
Wilmington, DE 19801
Attn: Mark L. Desgrosseilliers
desgross@chipmanbrown.com

*(Counsel to Pathlight Capital LP)*
Riemer & Braunstein
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036
Attn: Steven E. Fox and Paul D. Bekker
sfox@riemerlaw.com
pbekker@riemerlaw.com

*(Counsel to Pathlight Capital LP)*
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Attn: Gregory A. Taylor
gtaylor@ashbygeddes.com

*(Counsel to the Committee)*
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway, P.O. Box 1997
Morristown, NJ 07962-1997
Attn: Warren J. Martin Jr., Robert M. Schechter, and Rachel A. Parisi
wjmartin@pbnlaw.com
rmschechter@pbnlaw.com
raparisi@pbnlaw.com

*(Counsel to the Committee)*
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Attn: Matthew P. Ward, Morgan L. Patterson, and Lisa Bittle Tancredi
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com
lisa.tancredi@wbd-us.com

George L. Miller, Chapter 7 Trustee
Miller Coffee Tate LLP
8 Penn Center, Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103-2110
gmiller@mctllp.com

*(Counsel to the Chapter 7 Trustee)*
Bradford J. Sandler, Colin R. Robinson, Peter J. Keane, and Edward A. Corma
Pachulski Stang Ziehl & Jones
919 North Market Street
17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com; crobinson@pszjlaw.com
pkeane@pszjlaw.com; ecorma@pszjlaw.com

Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn: Benjamin Hackman and Richard L. Schepacarter
Benjamin.A.Hackman@usdoj.gov
richard.schepacarter@usdoj.gov

163066019v1