IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[i] | ) | Case No. 23-10576 (TMH) |
| | ) | |
| Debtors. | ) | **Re: Docket No(s). 689** |
| | ) | |

**ORDER GRANTING MOTION OF LOOMIS ARMORED US, LLC FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM
<u>PURSUANT TO 11 U.S.C. §§ 503(B)(1)</u>**

Upon the motion (the "<u>Motion</u>") of Loomis Armored US, LLC ("Loomis") for an order granting Loomis an allowed administrative expense claim pursuant to Bankruptcy Code Section 503(b)(1)(A); and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, as follows:

1. The Motion is GRANTED in its entirety.

2. Loomis shall have and is hereby granted an allowed administrative claim against the Debtors in the amount of $114,426.09 plus attorney's fees pursuant to Bankruptcy Code Section 503(b)(1)(A).

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

4. This order shall be enforceable and effective immediately upon its entry.

**Dated: November 14th, 2023**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[i] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640) The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.