UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
DELAWARE DIVISION

Case number: 23-10576-TMH

**RECEIVED NOV 09 2023 By_____**

In re: CHRISTMAS TREE SHOPS, LLC
Taxpayer number: XXXXXXX2072

## ADMINISTRATIVE EXPENSE CLAIM

| Name or creditor | Send notices to |
|---|---|
| Texas Comptroller of Public Accounts | Office of the Attorney General<br>Bankruptcy & Collections Division MC-008<br>P. O. Box 12548<br>Austin, TX 78711-2548    Phone: 512-463-2173 |

**1. Basis for claim**
Taxes, Penalties and Interest

**2. Date debt was incurred**
08/16/2023

**3.** Payment of these taxes, penalties and interest is requested as an administrative expense under 11 U.S.C. sec. 503(b). Interest and penalties continue to accrue.

**4. Total amount of claim and request**
$3,000.00
FRANCHISE TAX CH. 171

| TAX | PENALTY | INTEREST |
|---|---|---|
| $3,000.00 | $0.00 | $0.00 |

**5. Supporting documents**

No documents are required to support claims based on statute.

This claim is based, in whole or in part, on estimated liability due to the debtor's non-filing of a return or returns. The claim may be amended when actual amounts are obtained.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.

Date: 10/11/2023

*Tommy Tran*
TOMMY TRAN
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Mail payments to: Revenue Accounting Division
Attention: Bankruptcy
P.O. Box 13528
Austin, TX 78711-3528

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571.

Form 00-357 (Rev.8-19/8)



89-230
(6-20)

# Bankruptcy Claim Worksheet —
## With Addendum

| Date | Case court number | Primary TP ID | Taxpayer number |
|---|---|---|---|
| 10/11/2023 | 23-10576-TMH | XXXXXXX2072 | XXXXXXX2072 |

| Entity name |
|---|
| CHRISTMAS TREE SHOPS, LLC |

Basis for claim:
13 - FRANCHISE TAX

| PERIOD | BASIS | GROSS TAX | PENALTY | INTEREST | TOTAL | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 23F | EF | $3,000.00 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **TOTAL:** | | $3,000.00 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 |

ORIGINAL ADMINISTRATIVE EXPENSE CLAIM

**GRAND TOTAL:** $3,000.00

Addendum:

- This claim is based, in whole or in part, on estimated liability due to the debtor's non-filing of a return or returns. The claim may be amended when actual amounts are obtained.

| R - Original Tax Return | F - Final Return | AR - Affiliated Return | EAA - Estimated Affiliated Audit |
| A - Audit | EF - Estimated Final Return | AA - Affiliated Audit | EAF - Estimated Affiliated Final |
| EA - Estimated Audit | SA - Successor Assessment | AF - Affiliated Final | |
| ER - Estimated Return | PA - Predecessor Assessment | EAR - Estimated Affiliated Return | |



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

10/11/2023

CHRISTMAS TREE SHOPS CLAIMS PROCESSING CENTER
C/O KCC
222 N PACIFIC COAST HWY STE 300
EL SEGUNDO, CA 90245-5614


RECEIVED NOV 09 2023 By_____

Re: Taxpayer # XXXXXXX2072
CHRISTMAS TREE SHOPS, LLC
Bankruptcy Case # 23-10576-TMH

The State of Texas submits for your office to file the enclosed Post-petition Tax Claim(s) in the above-referenced proceeding.

Enclosed is a second copy of the proof(s) of claim. Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Thank you for your cooperation in this matter.

Sincerely,

*Tommy Tran*

TOMMY TRAN
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-358 (Rev.8-19/6)

CERTIFIED MAIL™ OFFICIAL BUSINESS

KURTZMAN CARSON CONSULTANTS

RECEIVED NOV 09 2023

US POSTAGE PITNEY BOWES
ZIP 78701 $ 007.42
0000372106 OCT. 16. 2023