# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Christmas Tree Shops, LLC

**Case No.:** 23–10576–TMH

**Chapter:** 7

## ADMINISTRATIVE CLAIM NOTICE

Your administrative expense claim has been received, and has been added to the docket and the claims register in this bankruptcy case. Your claim will not be noticed for a hearing at this time. You will receive written notice in the future when your administrative expense claim will be scheduled for a hearing.

BY THE COURT

Date: 11/15/23

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN–439)