**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL SUBMITTING ORDER APPROVING
STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE, RESTORE
CAPITAL, LLC, AND PATHLIGHT CAPITAL, LP, PROVIDING FOR
PAYMENT OF CERTAIN UNPAID PAYROLL AMOUNTS**

The undersigned counsel hereby certifies that:

1.      On May 5, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  On August 16, 2023, the above-captioned cases were converted to chapter 7 of the Bankruptcy Code pursuant to the *Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. 1112(b); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amounts Into a Segregated Attorney Trust Account Maintained by Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related Relief* [Docket No. 545] (the "Conversion Order").  George L. Miller (the "Trustee") was appointed as the chapter 7 trustee on August 16, 2023 [Docket No. 546].

2.      On June 5, 2023, the Court entered the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative*

---

[1]    The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows:  Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

*Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [Docket No. 229], as supplemented by the *Final Supplemental Order to the Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [Docket No. 431] (together, the "Final DIP Order").[2]

3.      On August 31, 2023, the Bankruptcy Court entered the *Order Compelling the Turnover of Estate Property and Enforcing the Automatic Stay* [Docket No. 606] (the "Turnover Order").  Pursuant to the Turnover Order, the Trustee received funds from Bank of America, N.A. in the amount of $2,873,844.04, which funds remain in the possession, custody and control of the Trustee (the "Estate Funds").

4.      An agreement has been reached to provide the critical funds necessary to satisfy remaining payroll amounts owed to former employees of the Debtors. The Trustee, ReStore Capital, LLC ("ReStore") and Pathlight Capital, LP ("Pathlight" together with the Trustee, and ReStore, the "Parties") negotiated and entered into the attached stipulation (the "Stipulation") that, among other things, provides for the use of $300,000 of the Estate Funds to pay the Payroll Amount.  Additionally, the Professionals[3] have agreed to pro rata reductions of the payment of their final fees in the total amount of $440,000 to fund the Payroll Amount.  Following entry of an

---

[2]     A Capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Final DIP Order.

[3]     As defined in the Conversion Order.

Order approving the Stipulation and payment of the Payroll Amount by the Trustee, the Trustee

will submit an omnibus fee order under certification of counsel.

5.      A proposed order approving the Stipulation is attached hereto as **Exhibit A**.  The

Stipulation is attached as Exhibit 1 to the proposed order.

6.      Based on the foregoing, the Parties respectfully request entry of the Order at the

Court's earliest convenience.

Dated:  December 21, 2023                         **PACHULSKI STANG ZIEHL & JONES LLP**

                                                 */s/ Colin R. Robinson*
                                                 Bradford J. Sandler (DE Bar No. 4142)
                                                 Colin R. Robinson (DE Bar No. 5524)
                                                 Peter J. Keane (DE Bar No. 5503)
                                                 Edward A. Corma (DE Bar No. 6718)
                                                 919 North Market Street, 17th Floor
                                                 P.O. Box 8705
                                                 Wilmington, DE 19899-8705 (Courier 19801)
                                                 Telephone:  (302) 652-4100
                                                 Facsimile:  (302) 652-4400
                                                 Email:  bsandler@pszjlaw.com
                                                          crobinson@pszjlaw.com
                                                          pkeane@pszjlaw.com
                                                          ecorma@pszjlaw.com

                                                 *Counsel to George L. Miller, Chapter 7 Trustee*