IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CHRISTMAS TREE SHOPS, LLC, *et al.*, <br><br> Debtors.[1] | Chapter 7 <br><br> Case No. 23-10576 (TMH) <br><br> (Jointly Administered) |

**ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 7
TRUSTEE, RESTORE CAPITAL, LLC, AND PATHLIGHT CAPITAL, LP,
PROVIDING FOR PAYMENT OF CERTAIN UNPAID PAYROLL AMOUNTS**

Upon the *Certification of Counsel Submitting Order Approving Stipulation Between the Chapter 7 Trustee, Restore Capital, LLC, and Pathlight Capital, LP, Providing for Payment of Certain Unpaid Payroll Amounts* (the "Certification") and the *Stipulation Between the Chapter 7 Trustee, Restore Capital, LLC, and Pathlight Capital, LP, Providing for Payment of Certain Unpaid Payroll Amounts* (the "Stipulation"),[2] attached hereto as **Exhibit 1**, by and among (A) George L. Miller, the duly appointed chapter 7 trustee (the "Trustee") for the estates (the "Estates") of the above-captioned debtors (the "Debtors"); (B) ReStore Capital, LLC ("ReStore"); and (C) Pathlight Capital, LP ("Pathlight" together with the Trustee, and ReStore, the "Parties"); and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

DE:4856-9693-9416.1 57097.001

Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.  The Stipulation is approved.

2.  The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

3.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.  This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Dated: December 21st, 2023**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**