IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>**Re: D.I. 639, 640, 641, 642, 643, 644, 645, and 646, and 729** |

**CERTIFICATION OF COUNSEL SUBMITTING OMNIBUS ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES OF VARIOUS PROFESSIONALS**

The undersigned counsel hereby certifies that:

1. On May 5, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On August 16, 2023, the above-captioned cases were converted to chapter 7 of the Bankruptcy Code pursuant to the *Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. 1112(b); (II) Approving the Conversion Procedures; (III) Authorizing the Transfer of the Professional Fee Funding Amounts Into a Segregated Attorney Trust Account Maintained by Debtors' Counsel; (IV) Limiting Notice of the Motion and (V) Granting Related Relief* [Docket No. 545] (the "Conversion Order"). George L. Miller (the "Trustee") was appointed as the chapter 7 trustee on August 16, 2023 [Docket No. 546].

2. On June 5, 2023, the Court entered the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superiority Administrative*

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

*Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [Docket No. 229], as supplemented by the *Final Supplemental Order to the Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [Docket No. 431] (together, the "Final DIP Order").[2]

3. On August 31, 2023, the Bankruptcy Court entered the *Order Compelling the Turnover of Estate Property and Enforcing the Automatic Stay* [Docket No. 606] (the "Turnover Order"). Pursuant to the Turnover Order, the Trustee received funds from Bank of America, N.A. in the amount of $2,873,844.04, which funds remain in the possession, custody and control of the Trustee (the "Estate Funds").

4. On December 21, 2023, the Bankruptcy Court entered the *Order Approving Stipulation Between the Chapter 7 Trustee, ReStore Capital, LLC, and Pathlight Capital, LP, Providing for Payment of Certain Unpaid Payroll Amounts* [Docket No. 729] (the "Payroll Stipulation").

5. Pursuant to the Payroll Stipulation, the Trustee was authorized to pay the Payroll Amount by wire transfer to the payroll processing company ("ADP") upon payment of the Carve Out Reimbursement. Upon confirmation to the Bankruptcy Court of the payment of the Payroll Amounts, and entry of the Final Fee Order, the Trustee is authorized to use Estate Funds to pay the final fees and expenses of the Professionals as set forth in the Final Fee Order.

---

[2] A capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Final DIP Order or the Payroll Stipulation.

6. The undersigned counsel confirms that the Trustee paid the Payroll Amounts to ADP and ADP distributed the Payroll Amounts to the Debtors' former employees on December 27, 2023 and December 28, 2023.  Accordingly, the Trustee submits the Final Fee Order, attached hereto as Exhibit A, for review and approval by the Bankruptcy Court.

7. Based on the foregoing, the Trustee respectfully requests entry of the Final Fee Order at the Court's earliest convenience.

Dated:  December 28, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
          crobinson@pszjlaw.com
          pkeane@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*