# Exhibit A

**Final Fee Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 639, 640, 641, 642, 643, 644, 654, and 646** |

**OMNIBUS ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES OF VARIOUS PROFESSIONALS**

Upon consideration of the final applications of estate professionals (the "Professionals") retained by the above-captioned chapter 11 debtors and debtors in possession (the "Debtors") and the Official Committee of Unsecured Creditors, as identified on the attached **Exhibit A**, for allowance of final compensation and reimbursement of expenses for the periods set forth on **Exhibit A** (collectively, the "Final Fee Applications"); and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notices of the Final Fee Applications were appropriate; and after due deliberation and sufficient good cause appearing therefore; it is hereby:

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

ORDERED, that the Final Fee Applications are hereby APPROVED on a final basis as set forth herein; and it is further

ORDERED, that each Professional is granted, on a final basis, allowance of compensation and reimbursement of expenses in the amount set forth in the column entitled "Total Allowed Fees and Expenses" on **Exhibit A** attached hereto with respect to such Professional; and it is further

ORDERED, that each professional shall provide wire instructions to counsel for the Chapter 7 trustee; and it is further

ORDERED, that the Chapter 7 Trustee shall wire each Professional the amount set forth in column entitled "Payment From Carve Out" on **Exhibit A** attached hereto from the Professional Fee Reserve (as defined in the Final DIP Oder) with respect to such Professional; and it is further

ORDERED, that each Professional is granted an allowed administrative expense claim in the chapter 11 cases in the amount set forth in the column entitled "Allowed Chapter 11 Administrative Expense Claim" on **Exhibit A** attached hereto with respect to such Professional; and it is further

ORDERED, that this Order shall be deemed a separate order for each of the Professionals, and the appeal of any order with respect to any of the Professionals shall have no effect on the authorized fees and expenses of any of the other Professionals; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# EXHIBIT A

| PROFESSIONAL | ROLE | D.I. | PERIOD COVERED | FEES REQUESTED | EXPENSES REQUESTED | TOTAL ALLOWED FEES AND EXPENSES | FEES AND EXPENSES PREVIOUSLY PAID | PAYMENT FROM CARVE OUT | ALLOWED CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Murphy & King, Professional Corporation | Debtors' counsel | 639 | 5/5/23-8/16/23 | $665,268.50 | $16,644.80 | $681,913.30 | $0.00 | $548,354.50 | $133,464.06 |
| Troutman Pepper Hamilton Sanders LLP | Debtors' Delaware counsel | 640 | 5/5/23-8/16/23 | $596,603.00 | $6,710.44 | $603,313.44 | $0.00 | $512,684.11 | $90,629.33 |
| Porzio, Bromberg & Newman, P.C. | Counsel to Committee | 641 | 5/22/23-8/16/23 | $497,271.75 | $8,561.45 | $505,833.20 | $295.426.75 | $100,069.25 | $83,864.00 |
| Kurtzman Carson Consultants, LLC | Administrative Advisor to Debtors | 642 | 5/5/23-8/16/23 | $29,544.24 | $0.00 | $29,544.24 | $0.00 | $25,169.24 | $4,375.00 |
| FAAN Advisors Group, Inc. | Financial Advisor to Debtors | 643 | 5/5/23-8/16/23 | $239,507.70 | $0.00 | $239,507.70 | $0.00 | $204,043.66 | $35,464.04 |
| Womble Bond Dickinson (US) LLP | Delaware Counsel to Committee | 644 | 5/22/23-8/16/23 | $309,918.50 | $6,515.90 | $299,767.00 | $179,522.67 | $67,766.31 | $52,448.00 |
| Rock Creek Advisors, LLC | Financial Advisors to Committee | 645 | 5/23/23-8/16/23 | $233,748.00 | $0.00 | $233,748.00 | $0.00 | $182,703.00 | $38,720.00 |
| SSG Advisors, LLC | Investment Banker to Debtors | 646 | 5/31/23-8/16/12 | $275,000.00 | $0.00 | $275,000.00 | $100,000.00 | $134,281.28 | $40,718.72 |