**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) | Case No. 23-10576 (TMH) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |

**ADMINISTRATIVE EXPENSE PROOF OF CLAIM AND**
**REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

1.  Kurtzman Carson Consultants LLC ("KCC"), located at 222 N. Pacific Coast Highway, 3rd Floor, El Segundo, California 90245, hereby files this Administrative Expense Proof of Claim and Request for Payment of Administrative Expense (the "Administrative Claim"). The undersigned is duly authorized by KCC to file this Administrative Claim.

2.  KCC is the Bankruptcy Court approved claims and noticing agent for the Debtors pursuant to the *Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 76] (the "KCC Order").

3.  For the period of June 1, 2023 through September 30, 2023, the Debtors are indebted to KCC in the sum of $377,412.55 (the "Administrative Claim Amount") under the terms of the KCC Order and the Services Agreement (as such term is defined in the KCC Order). The Administrative Claim Amount is an administrative expense of each of the Debtors' estates pursuant to the terms of the KCC Order, 28 U.S.C. § 156(c) and 11 U.S.C. § 503(b)(1)(A). See attached Exhibit A for a listing of the outstanding invoice.

4.  KCC hereby asserts and requests immediate payment of the Administrative Claim Amount. KCC reserves the right to amend or withdraw this Administrative Claim and/or to file additional claims and requests for payment should circumstances arise that would support such claims and requests.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

$377,412.55
Total Administrative Claim Amount

Name of Creditor: KURTZMAN CARSON CONSULTANTS
LLC Dated: December 13, 2023

                                                  /s/ *Sarah Harbuck*
                                                  Sarah Harbuck
                                                  Assistant General Counsel
                                                  222 N. Pacific Coast Highway
                                                  3rd Floor
                                                  El Segundo, CA  90245
                                                  (310) 751-1539

## **EXHIBIT A**

*Kurtzman Carson Consultants LLC*

| Invoice Number | Outstanding Amount |
|---|---:|
| US_KCC2571724 | $40,036.44 |
| US_KCC2552726 | $108,190.91 |
| US_KCC2531987 | $229,185.20 |
| **Total** | **$377,412.55** |