**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 )  |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) ) |
| Debtors. | ) (Jointly Administered) ) ) ) |

*AMENDED*[2] **NOTICE OF AGENDA FOR HEARING ON JANUARY 17, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

**THE HEARING ON JANUARY 17, 2024 at 10:00 A.M. (PREVAILING EASTERN TIME) HAS BEEN CANCELLED**

**ALL MATTERS HAVE BEEN ADJOURNED TO A DATE TO BE DETERMINED.**

**RESOLVED MATTER**

1. Motion for Payment of Administrative Expenses/Claims Filed by Aetna Life Insurance Company [Filed 09.26.23, Docket No. 657].

    **Response Deadline:** October 17, 2023. Response deadline was extended to November 10, 2023 by agreement of the parties.

    **Responses Received:**

    a. Limited Objection and Reservation of Rights of Chapter 7 Trustee Aetna Life Insurance Company's Application for Allowance and Payment of Chapter 11 Administrative Expense and Reservation of Rights [Filed 11.10.23, Docket No. 708].

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

[2] Amended items appear in **bold**.

**Related Documents:**

    a.    Certification of Counsel Regarding the Application of Aetna Life Insurance Company for an Order Granting Allowance and Payment of Administrative Expense and Reservation of Rights [Filed December 29, 2023, Docket No. 735].

    b.    [Signed] Order Granting Aetna Life Insurance Company's Application for Allowance and Payment of Chapter 11 Administrative Expense and Reservation of Rights [Filed December 29, 2023, Docket No. 736].

**Status**: This matter is resolved.

## ADJOURNED MATTERS

2.    64 Leona Property Owner LLCs: (A) Objection to Debtors Motion for Entry of an Order (I) Authorizing the Debtors to Reject their Distribution Center Lease [Filed 08.14.23, Docket No. 527]

**Response Deadline:** August 14, 2023

**Responses Received:** None.

**Related Documents:**

    a.    Debtors' Motion for Entry of an Order (I) Authorizing The Debtors To Reject Their Distribution Center Lease; and (II) Granting Related Relief [Filed July 31, 2023, Docket No. 484].

    b.    Certificate of Service [Filed 08.14.23, Docket No. 529].

**Status**: This matter is adjourned to the next hearing date to be determined.

3.    Motion of Chapter 7 Trustee for Order Extending Deadline to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to Section 365(d)(1) of Bankruptcy Code [Filed 12.13.23, Docket No. 719].

**Response Deadline:** December 27, 2023

**Responses Received:**

    a.    Blue Yonder, Inc. Limited Objection to Motion of Chapter 7 Trustee for Order Extending Deadline to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to Section 365(d)(1) of Bankruptcy Code [Filed 12.19.23, Docket No. 726].

    b.    Workday Inc.'s Limited Objection to Motion of Chapter 7 Trustee for Order Extending Deadline to Assume or Reject Executory Contracts and

Unexpired Leases of Personal Property Pursuant to Section 365(d)(1) of Bankruptcy Code [Filed 12.27.23, Docket No. 730].

**Related Documents:**  None.

**Status**:  **This matter is adjourned to the next hearing date to be determined.**

Dated:  January 17, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com
            ecorma@pszjlaw.com

*Counsel for the Chapter 7 Trustee*