# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 <br> ) <br> ) Case No. 23-10576 (TMH) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) <br> ) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| DATE | TIME |
|---|---|
| March 25, 2024 | (Omnibus Hearing) <br> 1:00 pm (Prevailing Eastern Time) <br><br> 3rd Floor, Courtroom No. 7 |

**Dated: February 7th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

LA:4895-2022-6445.2 57097.001