**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Christmas Tree Shops, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 759** |

**LIMITED OBJECTION OF**
**RESTORE CAPITAL, LLC, TO FIRST INTERIM APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI**
**STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE,**
**FOR THE PERIOD FROM AUGUST 16, 2023 THROUGH DECEMBER 31, 2023**

Restore Capital, LLC ("**ReStore**"), by and through its undersigned counsel, hereby files

this limited objection (the "**Limited Objection**") with respect to the *First Interim Application for*

*Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel*

*to the Chapter 7 Trustee, for the Period from August 16, 2023 through December 31, 2023* [Docket

No. 759] (the "**Fee Application**").[2]   In support of the Limited Objection, ReStore states as follows:

**LIMITED OBJECTION**

1.      On February 14, 2024, PSZ&J filed the Fee Application.  While ReStore raises no

objection to the allowance of any amounts set forth in the Fee Application, ReStore objects to the

payment of any such amounts, absent ReStore's prior written consent, from assets (or any proceeds

thereof) that constitute DIP Collateral or Prepetition Collateral (each as defined in the *Final Order*

*Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to*

---

[1]      The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640.

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in, as applicable, the Fee Application or the Final DIP Order (as defined herein).

*Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [Docket No. 229] (the "**Final DIP Order**")) prior to the payment in full in cash of all amounts owing to the DIP Secured Parties pursuant to the DIP Loan Documents, which amounts are not less than $6,082,381.18.[3]

2.      Until such amounts have been satisfied, the DIP Obligations constitute senior secured superpriority administrative expense claims against the Debtors' estates, which are senior to the claims for the fees and expenses of the Chapter 7 Trustee, and the Court should not authorize the payment, absent written consent, of junior amounts to the detriment of a senior creditor.

3.      ReStore reserves all of its rights, including its right to seek discovery, raise additional objections, or join in any objections raised by any other parties.

[*Remainder of Page Intentionally Left Blank*]

---

[3]      *See* (a) Proof of Claim No. 522 filed against Christmas Tree Shops, LLC (Bankr. Case No. Case 23-10576 (TMH)); (b) Proof of Claim No. 6 filed against Handil, LLC (Bankr. Case No. Case 23-10574 (TMH)); (c) Proof of Claim No. 7 filed against Handil Holdings, LLC (Bankr. Case No. Case 23-10575 (TMH)); (d) Proof of Claim No. 4 filed against Salkovitz Family Trust 2, LLC (Bankr. Case No. 23-10578 (TMH)); and (e) Proof of Claim No. 21 filed against Nantucket Distributing Co., LLC (Bankr. Case No. Case 23-10579 (TMH)).

**WHEREFORE**, ReStore respectfully requests that the Court deny payment of the amounts set forth in the Fee Application, absent ReStore's prior written consent, from any assets (or any proceeds thereof) that constitute DIP Collateral or Prepetition Collateral prior to the payment in full of all DIP Obligations and grant such other relief as is proper and just.

Dated: February 28, 2024
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: desgross@chipmanbrown.com

-and-

**ROPES & GRAY LLP**
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596 9000
E-mail: gregg.galardi@ropesgray.com

-and-

Jeramy D. Webb
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Email: jeramy.webb@ropesgray.com

Counsel to Restore Capital, LLC

3