# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 )<br>) Case No. 23-10576 (TMH) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | )<br>) (Jointly Administered) |
| Debtors. | )<br>) **Ref. Docket No. 719**<br>) |

### CERTIFICATION OF COUNSEL SUBMITTING ORDER REGARDING REJECTION OF BLUE YONDER, INC. CONTRACTS PURSUANT TO SECTION 365(d)(1) OF THE BANKRUPTCY CODE

The undersigned counsel hereby certifies that:

1. On December 13, 2023 (the "Petition Date"), George L. Miller (the "Trustee"), the duly-appointed Chapter 7 Trustee for the above-captioned debtors (the "Debtors") filed the *Motion of Chapter 7 Trustee for Order Extending Deadline to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to Section 365(d)(1) of the Bankruptcy Code* [Docket No. 719] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"), which attached a proposed order granting Motion.

2. On December 19, 2023, Blue Yonder, Inc. "Blue Yonder") filed its *Limited Objection to Motion of Chapter 7 Trustee for Order Extending Deadline to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to Section 365(d)(1) of Bankruptcy Code* [Docket No. 729] (the "Objection").[2]

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

[2] Capitalized terms not otherwise defined herein shall have their meaning as set forth in the Motion or the Objection.

3.  On February 21 2024, the Court held a hearing on the Motion (the "Hearing") at which the parties indicated they would submit an agreed proposed order regarding the rejection of the Agreements.

4.  Attached hereto as **Exhibit A** is a proposed Order (the "Proposed Order") rejecting the Agreements.

5.  The Trustee respectfully requests entry of the Proposed Order at the Court's earliest convenience.

Dated: February 29, 2024.    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:    bsandler@pszjlaw.com
     crobinson@pszjlaw.com
     pkeane@pszjlaw.com
     ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*