IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 23-10576 (TMH) |
| CHRISTMAS TREE SHOPS, LLC, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 719** |

**ORDER EXTENDING DEADLINE TO ASSUME OR REJECT BLUE YONDER, INC. CONTRACTS PURSUANT TO SECTION 365(d)(1) OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion") of George L. Miller, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), for entry of an order (this "Order"), pursuant to section 365(d)(1) of title 11 of the Bankruptcy Code, extending the deadline to assume or reject any Executory Contracts and Unexpired Leases, all as more fully set forth in the Motion; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and based on the presentations at the hearing on the Motion held on February 21, 2024;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein, but without prejudice to, and without overruling, the *Limited Objection to Motion of Chapter 7 Trustee for Order Extending Deadline to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property*

4895-8222-1225.1 57097.001

*Pursuant to Section 365(d)(1) of Bankruptcy Code* [Docket No. 726] (the "Blue Yonder Objection").

2. The period under section 365(d)(1) of the Bankruptcy Code for the Trustee to assume or reject the Agreements (as defined in the Blue Yonder Objection) is extended through and including **February 16, 2024**.

3. The Agreements were not assumed by the Trustee on or before February 16, 2024, and the Agreements are therefore deemed rejected as of February 17, 2024, pursuant to 11 U.S.C. § 365(d)(1).

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed an admission or a waiver of any and all rights, claims or defenses of the Trustee, the Debtors or Blue Yonder, Inc. under the Agreements.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*Thomas M. Horan*

**Dated: March 4th, 2024**  
**Wilmington, Delaware**

**THOMAS M. HORAN**  
**UNITED STATES BANKRUPTCY JUDGE**

4895-8222-1225.1 57097.001

2