## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 ) ) Case No. 23-10576 (TMH) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) ) (Jointly Administered) ) |
| Debtors. | ) ) ) |

### NOTICE OF AGENDA FOR HEARING ON AUGUST 26, 2024 AT 10:00 A.M.
### (PREVAILING EASTERN TIME)

**PLEASE NOTE: AS NO MATTERS ARE GOING FORWARD, THE HEARING IS CANCELED WITH THE COURT'S PERMISSION.**

### ADJOURNED MATTERS

1. 64 Leona Property Owner LLCs: (A) Objection to Debtors Motion for Entry of an Order (I) Authorizing the Debtors to Reject their Distribution Center Lease [Filed 08.14.23, Docket No. 527]

   **Response Deadline:** August 14, 2023

   **Responses Received:** None.

   **Related Documents:**

   a. Debtors' Motion for Entry of an Order (I) Authorizing The Debtors To Reject Their Distribution Center Lease; and (II) Granting Related Relief [Filed July 31, 2023, Docket No. 484].

   **Status**: This matter is adjourned to the next omnibus hearing on October 1, 2024, at 11:00 a.m. (ET).

2. Amazon Web Services, Inc.'s Motion for Relief from the Automatic Stay to Terminate Executory Contract with Christmas Tree Shops, LLC [Filed 07.24.24, Docket No. 787]

   **Response Deadline:** August 19, 2023

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

2

**Responses Received:**

a. Limited Objection of Chapter 7 Trustee to Amazon Web Services, Inc.'s Motion for Relief from the Automatic Stay to Terminate Executory Contract with Christmas Tree Shops, LLC [Filed 08.20.24, Docket No. 792]

**Related Documents:**  None.

**Status**: This matter is adjourned to the next omnibus hearing on October 1, 2024, at 11:00 a.m. (ET).

Dated:  August 22, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel for the Chapter 7 Trustee*