


February 20, 2025

Case N° 2303300399

**CHRISTMAS TREE SHOPS, LLC**

**United States Bankruptcy Court**

**District of Delaware**

H. Judge Thomas M. Horan
824 North Market Street
3rd Floor, Courtroom 7
Wilmington, DE 19801

RE: Change of Address in Case Number 2303300399

Acting as an authorized agent on behalf of the listed creditor *LIBRA INC.* hereby we respectfully request a change of address in the case referenced above. The new address is described below:

*600 College Road East, Suite 1110*
*Princeton, New Jersey, 08540, USA*

Should you need additional information/documentation please communicate to the information described in this document.

Firmado por:
*Luis Torres*
729F27489630434...

Luis Torres
Debt Collection Analyst  bankruptcy.legal.nar@coface.com

Coface North America Insurance Company
600 College Road East, Suite 1110 Princeton, New Jersey, 08540, USA