

**coface**
FOR TRADE

2025 MAR 13 PM 2:53

February 20, 2025

**Case N° 2305310327**

**CHRISTMAS TREE SHOPS, LLC**

**United States Bankruptcy Court**

**District of Delaware**

H. Judge Thomas M. Horan

824 North Market Street

3rd Floor, Courtroom 7

Wilmington, DE 19801

RE: Change of Address in Case Number 2305310327

Acting as an authorized agent on behalf of the listed creditor *MORINAGA AMERICA, INC.*
hereby we respectfully request a change of address in the case referenced above. The
new address is described below:

*600 College Road East, Suite 1110*
*Princeton, New Jersey, 08540, USA*

Should you need additional information/documentation please communicate to the information
described in this document.

Firmado por:

*Luis Torres*

729F27489630434...

Luis Torres

Debt Collection Analyst   bankruptcy.legal.nar@coface.com

Coface North America Insurance Company
600 College Road East, Suite 1110 Princeton, New Jersey, 08540, USA