



February 20, 2025

Case N° 2306130336
CHRISTMAS TREE SHOPS, LLC
United States Bankruptcy Court
District of Delaware

H. Judge Thomas M. Horan
824 North Market Street
3rd Floor, Courtroom 7
Wilmington, DE 19801

RE: Change of Address in Case Number 2306130336

Acting as an authorized agent on behalf of the listed creditor *MOBILE STAR LLC.* hereby we respectfully request a change of address in the case referenced above. The new address is described below:

*600 College Road East, Suite 1110*
*Princeton, New Jersey, 08540, USA*

Should you need additional information/documentation please communicate to the information described in this document.

Firmado por:
Luis Torres
729F27489630434...

Luis Torres
Debt Collection Analyst
bankruptcy.legal.nar@coface.com

Coface North America Insurance Company
600 College Road East, Suite 1110 Princeton, New Jersey, 08540, USA