

February 20, 2025

Case N° 2302060013
CHRISTMAS TREE SHOPS, LLC
United States Bankruptcy Court
District of Delaware

Judge Thomas M. Horan
824 N Market St
3rd Floor
Wilmington, DE 19801


RE: Change of Address in Case Number 2302060013

Acting as an authorized agent on behalf of the listed creditor JAM'N PRODUCTS, INC hereby we respectfully request a change of address in the case referenced above. The new address is described below:

600 College Road East, Suite 1110
Princeton, New Jersey, 08540, USA

Should you need additional information/documentation please communicate to the information described in this document.

Firmado por:
Luis Torres
729F27489630434...

Luis Torres
Debt Collection Analyst
bankruptcy.legal.nar@coface.com

Coface North America Insurance Company
600 College Road East, Suite 1110 Princeton, New Jersey, 08540, USA