# N THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 7<br>)<br>) Case No. 23-10576 (TMH)<br>)<br>) (Jointly Administered)<br>)<br>)<br>) |

**NOTICE OF AGENDA FOR HEARING ON MARCH 24, 2025
AT 1:00 P.M. (PREVAILING EASTERN TIME)**

**THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT**

**MATTER ADJOURNED:**

1. 64 Leona Property Owner LLCs: (A) Objection to Debtors Motion for Entry of an Order (I) Authorizing the Debtors to Reject their Distribution Center Lease [Filed 08.14.23, Docket No. 527]

   **Response Deadline:** August 14, 2023

   **Responses Received:** None.

   **Related Documents:**

   a. Debtors' Motion for Entry of an Order (I) Authorizing The Debtors To Reject Their Distribution Center Lease; and (II) Granting Related Relief [Filed July 31, 2023, Docket No. 484].

   **Status**: This matter is adjourned to April 23, 2025 at 11:00 a.m.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4897-2732-2410.2 57097.001

Dated:  March 21, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
           crobinson@pszjlaw.com
           pkeane@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel for the Chapter 7 Trustee*