# EXHIBIT A

# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 2/16/2023 | $15,000.00 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 2/22/2023 | $15,000.00 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 3/2/2023 | $15,000.00 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 3/8/2023 | $15,000.00 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 3/15/2023 | $15,000.00 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 3/22/2023 | $15,000.00 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 3/30/2023 | $15,000.00 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 4/5/2023 | $15,000.00 | Vendors |

| | | | | |
|---|---|---|---|---|
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 4/12/2023 | $15,000.00 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 2/16/2023 | $20,004.36 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 2/22/2023 | $20,009.30 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 3/2/2023 | $20,005.84 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 3/8/2023 | $20,001.70 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 3/15/2023 | $19,997.72 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 3/22/2023 | $20,006.26 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 3/30/2023 | $20,001.17 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 4/5/2023 | $20,000.00 | Vendors |

| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 4/12/2023 | $20,000.00 | Vendors |
|---|---|---|---|---|
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 4/19/2023 | $20,000.00 | Vendors |
| VIABELLA HOLDINGS LLC<br>9 Kendrick Road<br>Wareham, MA 02571 | Christmas Tree Shops LLC | 5/4/2023 | $35,484.14 | Vendors |
|  |  |  | **$370,510.49** |  |