# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Christmas Tree Shops, LLC, | Case No. 23-10576-TMH |
| Debtor(s). | |

## NOTICE OF WITHDRAW OF APPEARANCE

**PLEASE TAKE NOTICE** that Kasen & Kasen, P.C. hereby withdraws its appearance as counsel for Supreme Lights Candle, Inc., in this bankruptcy case, and requests that Kasen & Kasen, P.C. be removed from any applicable service lists herein on behalf of Supreme Lights Candle, Inc., including the Court's CM/ECF electronic notification list.

Supreme Lights Candle, Inc. has no controversy currently pending before the Court, and the undersigned certifies that Supreme Lights Candle, Inc. consents to this withdrawal of appearance.

**PLEASE TAKE FURTHER NOTICE** that all future notices, papers and pleadings related to Supreme Lights Candle, Inc. should be forwarded to them directly, as follows:

Supreme Lights Candle, Inc.
c/o Monica Bumgarner
23811 Washington Avenue, Suite# 110,
PMB 371
Murrieta, CA

Dated:  May 20, 2025                    KASEN & KASEN, P.C.

                                        */s/ Jenny R. Kasen*
                                        Jenny R. Kasen, Esquire (DE Bar No. 5849)
                                        1213 N. King Street, Suite 2
                                        Wilmington, DE 19801
                                        Telephone: (302) 652-3300
                                        Facsimile: (856) 424-7565
                                        E-Mail: jkasen@kasenlaw.com
                                        *Withdrawing counsel to Supreme Lights Candle, Inc.*