**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTMAS TREE SHOPS, LLC, | ) | |
| | ) | Case No. 23-10576 (BLS) |
| Debtor. | ) | |
| | ) | Related to Docket No. 909 |

**<u>NOTICE OF WITHDRAWAL OF FILING IN ERROR</u>**

PLEASE TAKE NOTICE that the *Certification of Counsel Regarding Stipulation Further Extending Time for Defendant to Answer or Otherwise Respond to Complaint* [Docket No. 909], filed on July 18, 2025, is hereby withdrawn as filed in error.

PLEASE TAKE FURTHER NOTICE that the undersigned counsel requests that the associated images be removed from the docket.

Dated: July 18, 2025

                                             **GOLDSTEIN & MCCLINTOCK LLLP**

                                             */s/ Aaron R. Harburg*
                                             Maria Aprile Sawczuk (DE Bar No. 3320)
                                             Aaron R. Harburg (DE Bar No. 7207)
                                             501 Silverside Road, Suite 65
                                             Wilmington, DE 19809
                                             Telephone: (302) 444-6710
                                             Email: marias@goldmclaw.com
                                                          aaronh@goldmclaw.com

                                             *Counsel for Prestige Patio Co. Ltd.*