# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*, | Adv. Proc. No. (*See* Exhibit 1) |
| Plaintiff, | |
| vs. | |
| (*SEE* EXHIBIT 1 ATTACHED HERETO) | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on July 18, 2025, I caused a copy of the following documents to be served on the individuals listed on **Exhibit 1** in the manner indicated:

- *Notice of Agenda for Hearing on July 22, 2025, at 10:00 a.m. (prevailing Eastern Time)*

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4921-4835-9511.1 57097.001

**Service of Core/2002 parties by U.S. First Class Mail**

ACCERTIFY INC
C/O BECKET & LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

AMEX TRS CO INC
C/O BECKET & LEE LLP
SHRADDHA BHARATIA
PO BOX 3001
MALVERN PA 19355-0701

BANC OF AMERICA LEASING &
CAPITAL LLC
3400 PAWTUCKET AVE
RIVERSIDE RI 02915

CHRISTMAS TREE SHOPS
64 LEONA DRIVE
MIDDLEBORO MA 02346

FGX INTERNATIONAL INC
500 GEORGE WASHINGTON HWY
SMITHFIELD RI 02917

HALLMARK MARKETING COMPANY
LLC
2501 MCGEE TRAFFICWAY MD 339
KANSAS CITY MO 64108

HUNTINGTON TECHNOLOGY
FINANCE INC
2285 FRANKLIN RD STE 100
BLOOMFIELD HILLS MI 48302

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
2970 MARKET ST
PHILADELPHIA PA 19104

MEYERS RODBELL & ROSENBAUM
PA
NICOLE C KENWORTHY
6801 KENILWORTH AVENUE SUITE
400
RIVERDALE MD 20737-1385

Nicholas Hahn
GODFREY & KAHN, S.C.
100 West Lawrence
Appleton, WI 54912-2728

**Service of Core/2002 parties by Email**

| | | |
|---|---|---|
| Ainslie Vorel
ahvorel@gmail.com | Amanda Best
amandabest_us@yahoo.com | Ashby & Geddes, P.A. Gregory A. Taylor and Michael D. DeBaecke
gtaylor@ashbygeddes.com;
mdebaecke@ashbygeddes.com |
| Ballard Spahr LLP Dustin P. Branch, Jessica M. Simon and Nahal Zarnighian
branchd@ballardspahr.com;
simonjm@ballardspahr.com;
zarnighiann@ballardspahr.com | Ballard Spahr LLP Leslie C. Heilman, Laurel D. Roglen and Margaret A. Vesper
heilmanl@ballardspahr.com;
roglenl@ballardspahr.com;
vesperm@ballardspahr.com | Benesch, Friedlander, Coplan & Aronoff LLP Kevin M. Capuzzi and John C. Gentile
kcapuzzi@beneschlaw.com;
jgentile@beneschlaw.com |
| Betania Neto
betanianeto1@gmail.com | Bowditch & Dewey Mark W. Powers
mpowers@bowditch.com | Bradley W Snyder
Bradley.Snyder@YMail.com |
| Brookfield Properties Retail Inc., as Agent Kristen N. Pate
bk@bpretail.com | BSREP II CYPRESS MT LLC Julie Minnick Bowden
julie.bowden@bpretail.com | Buchanan Ingersoll & Rooney PC Geoffrey G. Grivner
geoffrey.grivner@bipc.com |
| Calhoun Law Firm Joe D. Calhoun
Joe.Calhoun@CalhounLawFirm.com | Capreece Taylor
capreecetaylor@gmail.com | Chipman Brown Cicero & Cole, LLP Mark Desgrosseilliers
desgross@chipmanbrown.com |
| Christa Ciezobka
cciezobka@gmail.com | Connecticut Attorney General Attn Bankruptcy Department
attorney.general@ct.gov | Cozen O'Connor John T. Carroll, III
jcarroll@cozen.com |

| | | |
|---|---|---|
| Daniel M Kane<br>DKane@TigerGroup.com | Delaware Attorney General Attn Bankruptcy Department<br>attorney.general@state.de.us | Delaware Dept of Justice Attorney General<br>attorney.general@state.de.us;<br>attorney.general@delaware.gov |
| Delaware Secretary of State Division of Corporations<br>dosdoc_bankruptcy@state.de.us | Delaware State Treasury<br>statetreasurer@state.de.us | Duane Morris LLP Lawrence J. Kotler<br>ljkotler@duanemorris.com |
| Edel Corrigan<br>edeljoanne@gmail.com | Elizabeth Strabley<br>estrabley@verizon.net | Faegre Drinker Biddle & Reath LLP Joseph N. Argentina, Jr.<br>joseph.argentina@faegredrinker.com |
| FGX International Inc. Hinckley Allen & Snyder LLP<br>odoherty@hinckleyallen.com | Florida Attorney General Attn Bankruptcy Department<br>citizenservices@myfloridalegal.com;<br>oag.civil.eserve@myfloridalegal.com | Frost Brown Todd LLP Ronald E. Gold and A.J. Webb<br>rgold@fbtlaw.com;<br>awebb@fbtlaw.com |
| Gaellyn Ridler<br>Gaellyns@gmail.com | Gellert Scali Busenkell & Brown, LLC Charles J. Brown, III, Michael Busenkell, and Amy D. Brown<br>cbrown@gsbblaw.com;<br>mbusenkell@gsbblaw.com;<br>abrown@gsbblaw.com | Geoffrey Lewis<br>GHLewis18@GMail.com |
| Georgia Attorney General Attn Bankruptcy Department<br>Agcarr@law.ga.gov | Goulston & Storrs PC Douglas B. Rosner<br>drosner@goulstonstorrs.com | Greenberg Traurig, LLP Anthony W. Clark and Dennis A. Meloro<br>Anthony.Clark@gtlaw.com;<br>Dennis.Meloro@gtlaw.com |
| Greenberg Traurig, LLP Brian E. Greer and Leo Muchnik<br>greerb@gtlaw.com;<br>muchnikl@gtlaw.com | Greenberg Traurig, LLP Jeffrey M. Wolfe<br>Jeffrey.Wolf@gtlaw.com;<br>greerb@gtlaw.com | Hackett Feinberg P.C. James M. Liston and Jacqueline M. Price<br>jml@bostonbusinesslaw.com;<br>jmp@bostonbusinesslaw.com |
| Hallmark Cards, Incorporated Legal Division<br>becky.long@hallmark.com | Hinckley, Allen & Snyder LLP Jennifer V. Doran<br>jdoran@hinckleyallen.com | Hogan McDaniel Garvan F. McDaniel<br>gfmcdaniel@dkhogan.com |
| Indiana Attorney General Attn Bankruptcy Department<br>info@atg.in.gov | Internal Revenue Service Attn Susanne Larson<br>SBSE.Insolvency.Balt@irs.gov | Jacqueline Stevens<br>jstevens705@gmail.com |
| Julia Markowitz<br>julialmarkowitz@gmail.com | Kasen & Kasen, P.C. c/o Jenny R. Kasen<br>jkasen@kasenlaw.com | Kentucky Attorney General Attn Bankruptcy Department<br>attorney.general@ag.ky.gov |
| Kirkland & Ellis LLP Joshua A. Sussberg<br>joshua.sussberg@kirkland.com | Krysten Gutierrez<br>krystennj@gmail.com | Kurtzman Steady, LLC Jeffrey Kurtzman<br>kurtzman@kurtzmansteady.com |
| Landis Rath & Cobb LLP Kimberly A. Brown and Howard W. Robertson IV<br>brown@lrclaw.com;<br>robertson@lrclaw.com | Leslie Rossi<br>leslierossi129@gmail.com | Maine Attorney General Attn Bankruptcy Department<br>attorney.general@maine.gov |
| Mainstream International Corp. David Bennett<br>dbennett@mainstreamintl.com | Marshall Dennehey Warner Coleman & Goggin M. Claire McCudden<br>MCMcCudden@MDWCG.com | Martone & Associates, LLC Christopher S. Martone<br>martonelaw@gmail.com |
| Maryland Attorney General Attn Bankruptcy Department<br>oag@oag.state.md.us | McElroy, Deutsch, Mulvaney & Carpenter, LLP David P. Primack<br>dprimack@mdmc-law.com | Michael Berger<br>michaeldberger@yahoo.com |
| Michele Olbrys<br>MLOLbrys9@gmail.com | Michigan Attorney General Attn Bankruptcy Department<br>miag@michigan.gov | Michigan Dept of Treasury Heather L. Donald<br>donald@michigan.gov |

| | | |
|---|---|---|
| Mirick, OConnell, DeMallie & Lougee, LLP Paul W. Carey pcarey@mirickoconnell.com | Monzack Mersky and Browder, P.A. Rachel B. Mersky rmersky@monlaw.com | Murphy & King, Professional Corporation Harry Murphy & Christopher Condon HMurphy@murphyking.com; CCondon@murphyking.com |
| New Hampshire Attorney General Attn Bankruptcy Department attorneygeneral@doj.nh.gov | New Jersey Attorney General Attn Bankruptcy Department Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov | New York Attorney General Attn Bankruptcy Department Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov robert.rock@ag.ny.gov |
| Nicole Quinn Nicoleb430@gmail.com | North Carolina Attorney General Attn Bankruptcy Department ncago@ncdoj.gov | Office of the United States Trustee Delaware Benjamin Hackman Benjamin.A.Hackman@usdoj.gov |
| Ohio Attorney General Attn Bankruptcy Department Kristin.Radwanick@OhioAGO.gov | PA Eastway, Inc. Lindsey M. Harrison Madgar LMadgar@cafarocompany.com | Pam Roberts pmalroberts@gmail.com |
| Pennsylvania Attorney General Attn Bankruptcy Department info@attorneygeneral.gov | Pierce Atwood LLP Alex F. Mattera amattera@PierceAtwood.com | Porzio, Bromberg & Newman, P.C. Warren J. Martin Jr., Robert M. Schechter and Rachel A. Parisi wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; raparisi@pbnlaw.com |
| REO FUNDIT 1 ASSET LLC annac@cre-pro.com | Rhode Island Attorney General Attn Bankruptcy Department ag@riag.ri.gov | Riemer & Braunstein LLP Paul D. Bekker pbekker@riemerlaw.com |
| Riemer & Braunstein LLP Steven E. Fox sfox@riemerlaw.com; pbekker@riemerlaw.com | Ropes & Gray LLP Gregg M. Galadri Gregg.Galardi@ropesgray.com | Ropes & Gray LLP Jeramy D. Webb jeramy.webb@ropesgray.com |
| Securities & Exchange Commission NY Regional Office bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov | Securities & Exchange Commission PA Regional Office philadelphia@sec.gov | Securities & Exchange Commission Secretary of the Treasury SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Simon Property Group, Inc. Attn: Ronald M. Tucker rtucker@simon.com | Sirlin Lesser & Benson, P.C. Dana S. Plon dplon@sirlinlaw.com | South Carolina Attorney General Attn Bankruptcy Department bankruptcy@scag.gov |
| Stark & Stark, P.C. Joseph H. Lemkin and Thomas S. Onder jlemkin@stark-stark.com; tonder@stark-stark.com | Stern & Eisenberg, PC Daire Pyle dpyle@sterneisenberg.com | Subin Associates, LLP Lee Huttner, Jean Marie Gaziano, Bianca Cacace, Mahvish Shah LHuttner@subinlaw.com; jmg@subinlaw.com; MShah@subinlaw.com |
| Tarra Nelan tjcostine@gmail.com | Tenenbaum & Saas, P.C. Bradshaw Rost BRost@tspclaw.com | Tom Tedone tom0157@aol.com |
| Troutman Pepper Hamilton Sanders LLP Evelyn Meltzer evelyn.meltzer@troutman.com | US Attorney for District of Delaware US Attorney for Delaware usade.ecfbankruptcy@usdoj.gov | Vermont Attorney General Attn Bankruptcy Department ago.info@vermont.gov |
| Victoria Patella vatp8675@yahoo.com | Virginia Attorney General Attn Bankruptcy Department mailoag@oag.state.va.us | Wendy DiSanto hawksw17@gmail.com |

| Wells Fargo Plaza Partners LLC; Avi West Falls Plaza LLC; Eli West Falls Plaza LLC<br>M. David Graubard<br>dgraubard@keragraubard.com | Womble Bond Dickinson (US) LLP<br>Matthew P. Ward, Morgan L. Patterson and Lisa Bittle Tancredi<br>matthew.ward@wbd-us.com;<br>morgan.patterson@wbd-us.com;<br>lisa.tancredi@wbd-us.com | |
|---|---|---|
| Workday Inc Rob Smith<br>rob.smith@workday.com | Jeffrey Barney<br>jeffb10@optonline.net | |

**Service of Adversary Parties by Email:**

| Defendant | Adversary Proceeding No. | Email Address |
|---|---|---|
| A1 JANITORIAL CLEANING SERVICE | 25-50823 | David Madoff, madoff@mandkllp.com |
| ARDEN ENGINEERING CONSTRUCTORS, LLC | 25-50824 | Thomas Quinn, tquinn@mclaughlinquinn.com |
| B.B.X. INC. | 25-50827 | John A. Mueller, jmueller@lippes.com |
| BANNER SEVENTEEN, LLC | 25-50826 | James Parker, jparker@celtics.com |
| BZL, INC. | 25-50832 | David Madoff, madoff@mandkllp.com |
| CHAIN STORE MAINTENANCE, INC. | 25-50833 | Roland Gary Jones, rgj@rolandjones.com |
| COASTAL COCKTAILS, INC | 25-50854 | Jeffrey Cianciulli, jcianciulli@weirlawllp.com |
| COASTAL CONSTRUCTION CORP. | 25-50835 | Jonathan Horne, jhorne@harrisbeachmurtha.com |
| CONIFER SPECIALTIES, INC. | 25-50837 | Mike DeLeo, mdeleo@prklaw.com; Jamie Edmonson, jedmonson@rc.com |
| DRM WASTE MANAGEMENT CORPORATION, | 25-50843 | Scott Leonhardt, scott.leonhardt@esbrook.com; James C. Thoman, jthoman@hodgsonruss.com |
| ENGINEERING EXCELLENCE NATIONAL ACCOUNTS, LLC | 25-50847 | Marla Benedek, MBenedek@cozen.com |
| FEDERATED SERVICE SOLUTIONS, INC | 25-50851 | Bryan Genrich, bgenrich@federatedservice.com |
| GOOGLE LLC | 25-50852 | Michael Ingrassia, ingrassiam@whiteandwilliams.com; James Vandermark, vandermarkj@whiteandwilliams.com |
| GRANITE TELECOMMUNICATIONS, LLC | 25-50828 | Marla Benedek, MBenedek@cozen.com |
| IMPERIAL DISTRIBUTORS, INC. | 25-50834 | Justin Kesselman, justin.kesselman@afslaw.com |
| INTERSOFT DATA LABS, INC. | 25-50836 | Matthew Ward, matthew.ward@wbd-us.com; Todd Atkinson, todd.atkinson@wbd-us.com |
| LANE REFRIGERATION COMPANY, INC. | 25-50838 | Nathan Pereira, npp@gtlslaw.com |
| LINDENMEYR CENTRAL | 25-50839 | Michael Papandrea, mpapandrea@lowenstein.com |
| M.E. CONSTRUCTION, INC. | 25-50842 | Ericka Johnson, ejohnson@bayardlaw.com |
| MEDFORD WELLINGTON SERVICE CO., INC. | 25-50856 | Shannah Colbert, scolbert@miricklaw.com; Joseph Baldiga, jbaldiga@miricklaw.com |
| META PLATFORMS, INC. | 25-50858 | David Serepca, david@msllp.com |

| Defendant | Adversary Proceeding No. | Email Address |
|---|---|---|
| NATCO PRODUCTS CORP | 25-50845 | Daniel Burgoyne, dburgoyne@psh.com |
| NICHOLS TRUCKING CO. INC. | 25-50846 | Holly Miller, hsmith@gsbblaw.com |
| PCCM SUPPLY INC. | 25-50850 | Michael Rabinowitz, mrabinowitz@rgrlaw.net |
| SAMSONICO USA LTD. | 25-50861 | Scott Leonhardt, scott.leonhardt@esbrook.com |
| SCHNEIDER NATIONAL INC. | 25-50863 | Aaron G. McCollough, amccollough@mcguirewoods.com |
| SIRIUS COMPUTER SOLUTIONS, LLC | 25-50864 | Enoc Ramirez, enoc.ramirez@cdw.com |
| SPANGLER CANDY CO. | 25-50868 | David J. Coyle, dcoyle@shumaker.com |
| STAPLES BUSINESS ADVANTAGE | 25-50870 | Kevin Jones, kevin.jones@staples.com |
| T.C. MILLWORK INC. | 25-50873 | Namrata Loomba, nloomba@blankrome.com |
| TATE'S WHOLESALE LLC | 25-50874 | Glenn C. Thompson, gthompson@lawhsm.com |
| TEKSYSTEMS GLOBAL SERVICES, LLC | 25-50876 | Mark Moedritzer, mmoedritzer@shb.com |
| THE COMMERCIAL TRAFFIC CO | 25-50877 | Gatson Loomis, gloomis@mdmc-law.com |
| TOOLSGROUP, INC. | 25-50867 | Leonard Spinelli, lspinelli@pemlawfirm.com |
| UTZ QUALITY FOODS, LLC | 25-50869 | Marla S. Benedek, Mbenedek@cozen.com |
| VERIZON COMMUNICATIONS INC. | 25-50872 | Ruiqiao Wen, ruiqiao.wen@stinson.com |
| VIABELLA HOLDINGS LLC | 25-50878 | Howard Cohem, HCohen@foxrothschild.com |
| WINBROOK COMMUNICATIONS SERVICES, INC. | 25-50886 | John Murray, jem@riw.com |
| WSI INTERNATIONAL, LLC | 25-50887 | Ericka Johnson, ejohnson@bayardlaw.com |
| The Mazel Company | 25-50888 | John Cannizzaro, john.cannizzaro@icemiller.com |
| Home Expressions Inc. | 25-50885 | Uri Dallal, uri@dallalfirm.com |
| BESTWAY (USA), INC. | 25-50862 | Matthew Ward, matthew.ward@wbd-us.com |
| MAINSTREAM INTERNATIONAL, INC. | 25-50841 | Eric S. Chafetz, EChafetz@lowenstein.com |
| PRESTIGE PATIO CO. LTD. | 25-50875 | Eric S. Chafetz, EChafetz@lowenstein.com; Brittany M. Clark, BClark@lowenstein.com |
| THE LINDY BOWMAN COMPANY | 25-50880 | Alan F. Garten, amg@fedgar.com |