**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 )<br>) Case No. 23-10576 (TMH)<br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] )<br>) (Jointly Administered)<br>) Debtors. )<br>) |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| DATE | TIME |
|---|---|
| September 23, 2025 | (Omnibus Hearing)<br>11:00 a.m. (Prevailing Eastern Time)<br><br>5th floor, Courtroom #5 |

**Dated: August 20th, 2025**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

LA:4895-2022-6445.11 57097.001