## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*, | |
| Plaintiff, | |
| vs. | |
| MAINSTREAM INTERNATIONAL, INC., | Adv. Proc. No. 25-50841 (TMH) |
| NATCO PRODUCTS CORP., | Adv. Proc. No. 25-50845 (TMH) |
| PLUS MARK LLC, | Adv. Proc. No. 25-50855 (TMH) |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on August 20, 2025, I caused a copy of the following

document to be served on the individuals on the service list attached hereto as **Exhibit A** in the

manner indicated:

- *Amended Notice of and Amended First Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* [Docket No. 916];

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4932-9170-1601.2 57097.001

I, Peter J. Keane, hereby certify that on August 20, 2025, I caused a copy of the following document to be served on counsel for Defendant, Mainstream International, Inc. on the service list attached hereto as **<u>Exhibit B</u>** in the manner indicated:

- *Notice of and First Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* [Adv. Proc. No. 25-50841 Docket No. 11];

I, Peter J. Keane, hereby certify that on August 20, 2025, I caused a copy of the following document to be served on counsel for Defendant, Natco Products Corp. on the service list attached hereto as **<u>Exhibit C</u>** in the manner indicated:

- *Notice of and First Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* [Adv. Proc. No. 25-50845 Docket No. 11]; and

I, Peter J. Keane, hereby certify that on August 20, 2025, I caused a copy of the following document to be served on counsel for Defendant, Plus Mark, LLC on the service list attached hereto as **<u>Exhibit D</u>** in the manner indicated:

- *Notice of and First Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* [Adv. Proc. No. 25-50855 Docket No. 9].

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

# EXHIBIT A

**2002 Service List**
## 1. Service Via E-mail

| | | |
|---|---|---|
| Counsel to Mainstream:<br>Lowenstein Sandler LLP<br>Brittany M. Clark<br>Eric S. Chafetz<br>BClark@lowenstein.com<br>EChafetz@lowenstein.com | Counsel to Natco:<br>Partridge Snow & Hahn LLP<br>Daniel Burgoyne<br>dburgoyne@psh.com | Counsel to Plus Mark:<br>BakerHostetler<br>Adam Fletcher<br>afletcher@bakerlaw.com |
| Ainslie Vorel<br>ahvorel@gmail.com | Amanda Best<br>amandabest_us@yahoo.com | Ashby & Geddes, P.A. Gregory A.<br>Taylor and Michael D. DeBaecke<br>gtaylor@ashbygeddes.com;<br>mdebaecke@ashbygeddes.com |
| Ballard Spahr LLP Dustin P. Branch,<br>Jessica M. Simon and Nahal<br>Zarnighian<br>branchd@ballardspahr.com;<br>simonjm@ballardspahr.com;<br>zarnighiann@ballardspahr.com | Ballard Spahr LLP Leslie C. Heilman,<br>Laurel D. Roglen and Margaret A.<br>Vesper<br>heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com | Benesch, Friedlander, Coplan &<br>Aronoff LLP Kevin M. Capuzzi and<br>John C. Gentile<br>kcapuzzi@beneschlaw.com;<br>jgentile@beneschlaw.com |
| Betania Neto<br>betanianeto1@gmail.com | Bowditch & Dewey Mark W. Powers<br>mpowers@bowditch.com | Bradley W Snyder<br>Bradley.Snyder@YMail.com |
| Brookfield Properties Retail Inc., as<br>Agent Kristen N. Pate<br>bk@bpretail.com | BSREP II CYPRESS MT LLC Julie<br>Minnick Bowden<br>julie.bowden@bpretail.com | Buchanan Ingersoll & Rooney PC<br>Geoffrey G. Grivner<br>geoffrey.grivner@bipc.com |
| Calhoun Law Firm Joe D. Calhoun<br>Joe.Calhoun@CalhounLawFirm.com | Capreece Taylor<br>capreecetaylor@gmail.com | Chipman Brown Cicero & Cole, LLP<br>Mark Desgrosseilliers<br>desgross@chipmanbrown.com |
| Christa Ciezobka<br>cciezobka@gmail.com | Connecticut Attorney General Attn<br>Bankruptcy Department<br>attorney.general@ct.gov | Cozen O'Connor John T. Carroll, III<br>jcarroll@cozen.com |
| Daniel M Kane<br>DKane@TigerGroup.com | Delaware Attorney General Attn<br>Bankruptcy Department<br>attorney.general@state.de.us | Delaware Dept of Justice Attorney<br>General<br>attorney.general@state.de.us;<br>attorney.general@delaware.gov |
| Delaware Secretary of State Division<br>of Corporations<br>dosdoc_bankruptcy@state.de.us | Delaware State Treasury<br>statetreasurer@state.de.us | Duane Morris LLP Lawrence J. Kotler<br>ljkotler@duanemorris.com |
| Edel Corrigan<br>edeljoanne@gmail.com | Elizabeth Strabley<br>estrabley@verizon.net | Faegre Drinker Biddle & Reath LLP<br>Joseph N. Argentina, Jr.<br>joseph.argentina@faegredrinker.com |
| FGX International Inc. Hinckley Allen<br>& Snyder LLP<br>odoherty@hinckleyallen.com | Florida Attorney General Attn<br>Bankruptcy Department<br>citizenservices@myfloridalegal.com;<br>oag.civil.eserve@myfloridalegal.com | Frost Brown Todd LLP Ronald E. Gold<br>and A.J. Webb<br>rgold@fbtlaw.com;<br>awebb@fbtlaw.com |
| Gaellyn Ridler<br>Gaellyns@gmail.com | Gellert Scali Busenkell & Brown, LLC<br>Charles J. Brown, III, Michael<br>Busenkell, and Amy D. Brown<br>cbrown@gsbblaw.com;<br>mbusenkell@gsbblaw.com;<br>abrown@gsbblaw.com | Geoffrey Lewis<br>GHLewis18@GMail.com |
| Georgia Attorney General Attn<br>Bankruptcy Department<br>Agcarr@law.ga.gov | Goulston & Storrs PC Douglas B.<br>Rosner<br>drosner@goulstonstorrs.com | Greenberg Traurig, LLP Anthony W.<br>Clark and Dennis A. Meloro<br>Anthony.Clark@gtlaw.com;<br>Dennis.Meloro@gtlaw.com |

| | | |
|---|---|---|
| Greenberg Traurig, LLP Brian E. Greer and Leo Muchnik greerb@gtlaw.com; muchnikl@gtlaw.com | Greenberg Traurig, LLP Jeffrey M. Wolfe Jeffrey.Wolf@gtlaw.com; greerb@gtlaw.com | Hackett Feinberg P.C. James M. Liston and Jacqueline M. Price jml@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com |
| Hallmark Cards, Incorporated Legal Division becky.long@hallmark.com | Hinckley, Allen & Snyder LLP Jennifer V. Doran jdoran@hinckleyallen.com | Hogan McDaniel Garvan F. McDaniel gfmcdaniel@dkhogan.com |
| Indiana Attorney General Attn Bankruptcy Department info@atg.in.gov | Internal Revenue Service Attn Susanne Larson SBSE.Insolvency.Balt@irs.gov | Jacqueline Stevens jstevens705@gmail.com |
| Julia Markowitz julialmarkowitz@gmail.com | Kasen & Kasen, P.C. c/o Jenny R. Kasen jkasen@kasenlaw.com | Kentucky Attorney General Attn Bankruptcy Department attorney.general@ag.ky.gov |
| Kirkland & Ellis LLP Joshua A. Sussberg joshua.sussberg@kirkland.com | Krysten Gutierrez krystennj@gmail.com | Kurtzman Steady, LLC Jeffrey Kurtzman kurtzman@kurtzmansteady.com |
| Landis Rath & Cobb LLP Kimberly A. Brown and Howard W. Robertson IV brown@lrclaw.com; robertson@lrclaw.com | Leslie Rossi leslierossi129@gmail.com | Maine Attorney General Attn Bankruptcy Department attorney.general@maine.gov |
| Mainstream International Corp. David Bennett dbennett@mainstreamintl.com | Marshall Dennehey Warner Coleman & Goggin M. Claire McCudden MCMcCudden@MDWCG.com | Martone & Associates, LLC Christopher S. Martone martonelaw@gmail.com |
| Maryland Attorney General Attn Bankruptcy Department oag@oag.state.md.us | McElroy, Deutsch, Mulvaney & Carpenter, LLP David P. Primack dprimack@mdmc-law.com | Michael Berger michaeldberger@yahoo.com |
| Michele Olbrys MLOLbrys9@gmail.com | Michigan Attorney General Attn Bankruptcy Department miag@michigan.gov | Michigan Dept of Treasury Heather L. Donald donald@michigan.gov |
| Mirick, OConnell, DeMallie & Lougee, LLP Paul W. Carey pcarey@mirickoconnell.com | Monzack Mersky and Browder, P.A. Rachel B. Mersky rmersky@monlaw.com | Murphy & King, Professional Corporation Harry Murphy & Christopher Condon HMurphy@murphyking.com; CCondon@murphyking.com |
| New Hampshire Attorney General Attn Bankruptcy Department attorneygeneral@doj.nh.gov | New Jersey Attorney General Attn Bankruptcy Department Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters @law.njoag.gov | New York Attorney General Attn Bankruptcy Department Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov robert.rock@ag.ny.gov |
| Nicole Quinn Nicoleb430@gmail.com | North Carolina Attorney General Attn Bankruptcy Department ncago@ncdoj.gov | Office of the United States Trustee Delaware Benjamin Hackman Benjamin.A.Hackman@usdoj.gov |
| Ohio Attorney General Attn Bankruptcy Department Kristin.Radwanick@OhioAGO.gov | PA Eastway, Inc. Lindsey M. Harrison Madgar LMadgar@cafarocompany.com | Pam Roberts pmalroberts@gmail.com |
| Pennsylvania Attorney General Attn Bankruptcy Department info@attorneygeneral.gov | Pierce Atwood LLP Alex F. Mattera amattera@PierceAtwood.com | Porzio, Bromberg & Newman, P.C. Warren J. Martin Jr., Robert M. Schechter and Rachel A. Parisi wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; raparisi@pbnlaw.com |
| REO FUNDIT 1 ASSET LLC annac@cre-pro.com | Rhode Island Attorney General Attn Bankruptcy Department ag@riag.ri.gov | Riemer & Braunstein LLP Paul D. Bekker pbekker@riemerlaw.com |

| | | |
|---|---|---|
| Riemer & Braunstein LLP Steven E. Fox sfox@riemerlaw.com; pbekker@riemerlaw.com | Ropes & Gray LLP Gregg M. Galadri Gregg.Galardi@ropesgray.com | Ropes & Gray LLP Jeramy D. Webb jeramy.webb@ropesgray.com |
| Securities & Exchange Commission NY Regional Office bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov | Securities & Exchange Commission PA Regional Office philadelphia@sec.gov | Securities & Exchange Commission Secretary of the Treasury SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Simon Property Group, Inc. Attn: Ronald M. Tucker rtucker@simon.com | Sirlin Lesser & Benson, P.C. Dana S. Plon dplon@sirlinlaw.com | South Carolina Attorney General Attn Bankruptcy Department bankruptcy@scag.gov |
| Stark & Stark, P.C. Joseph H. Lemkin and Thomas S. Onder jlemkin@stark-stark.com; tonder@stark-stark.com | Stern & Eisenberg, PC Daire Pyle dpyle@sterneisenberg.com | Subin Associates, LLP Lee Huttner, Jean Marie Gaziano, Bianca Cacace, Mahvish Shah LHuttner@subinlaw.com; jmg@subinlaw.com; MShah@subinlaw.com |
| Tarra Nelan tjcostine@gmail.com | Tenenbaum & Saas, P.C. Bradshaw Rost BRost@tspclaw.com | Tom Tedone tom0157@aol.com |
| Troutman Pepper Hamilton Sanders LLP Evelyn Meltzer evelyn.meltzer@troutman.com | US Attorney for District of Delaware US Attorney for Delaware usade.ecfbankruptcy@usdoj.gov | Vermont Attorney General Attn Bankruptcy Department ago.info@vermont.gov |
| Victoria Patella vatp8675@yahoo.com | Virginia Attorney General Attn Bankruptcy Department mailoag@oag.state.va.us | Wendy DiSanto hawksw17@gmail.com |
| Wells Fargo Plaza Partners LLC; Avi West Falls Plaza LLC; Eli West Falls Plaza LLC M. David Graubard dgraubard@keragraubard.com | Womble Bond Dickinson (US) LLP Matthew P. Ward, Morgan L. Patterson and Lisa Bittle Tancredi matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com; lisa.tancredi@wbd-us.com | |
| Workday Inc Rob Smith rob.smith@workday.com | Jeffrey Barney jeffb10@optonline.net | |

## 2. Service Via First Class Mail

| | | |
|---|---|---|
| ACCERTIFY INC C/O BECKET & LEE LLP PO BOX 3002 MALVERN PA 19355-0702 | AMEX TRS CO INC C/O BECKET & LEE LLP SHRADDHA BHARATIA PO BOX 3001 MALVERN PA 19355-0701 | BANC OF AMERICA LEASING & CAPITAL LLC 3400 PAWTUCKET AVE RIVERSIDE RI 02915 |
| CHRISTMAS TREE SHOPS 64 LEONA DRIVE MIDDLEBORO MA 02346 | FGX INTERNATIONAL INC 500 GEORGE WASHINGTON HWY SMITHFIELD RI 02917 | HALLMARK MARKETING COMPANY LLC 2501 MCGEE TRAFFICWAY MD 339 KANSAS CITY MO 64108 |

HUNTINGTON TECHNOLOGY
FINANCE INC
2285 FRANKLIN RD STE 100
BLOOMFIELD HILLS MI 48302

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
2970 MARKET ST
PHILADELPHIA PA 19104

MEYERS RODBELL & ROSENBAUM
PA
NICOLE C KENWORTHY
6801 KENILWORTH AVENUE SUITE
400
RIVERDALE MD 20737-1385

**EXHIBIT B**

**Service by email**

**<u>Counsel to Mainstream:</u>**
Brittany M. Clark
Lowenstein Sandler LLP
BClark@lowenstein.com

Eric S. Chafetz
Lowenstein Sandler LLP
EChafetz@lowenstein.com

**EXHIBIT C**

**Service by email**

**<u>Counsel to Natco:</u>**
Daniel Burgoyne
Partridge Snow & Hahn LLP
[dburgoyne@psh.com](mailto:dburgoyne@psh.com)

**EXHIBIT D**

**Service by email**

**<u>Counsel to Plus Mark:</u>**
Adam Fletcher
BakerHostetler
Cleveland, OH 44114-1214
[afletcher@bakerlaw.com](mailto:afletcher@bakerlaw.com)