# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 ) |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | ) Case No. 23-10576 (TMH) ) |
| | ) (Jointly Administered) ) |
| Debtors. | ) ) |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATE

The undersigned counsel hereby certifies that:

1. Attached hereto as **Exhibit A** is an order (the "Omnibus Hearing Order") that states with specificity the time and date of the omnibus hearing presently scheduled, subject to Court approval.

2. George L. Miller, Chapter 7 Trustee to the estates of the above-captioned debtors (the "Debtors") hereby requests the Court to enter the Omnibus Hearing Order.

3. Notice of this Certification of Counsel and the enclosed Omnibus Hearing Order will be provided to: (i) the Office of the United States Trustee for the District of Delaware; and (ii) those parties that requested service and notice of papers in accordance with Fed. R. Bankr. P. 2002.

[*Remainder of page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

LA:4895-2022-6445.12 57097.001

Dated: October 22, 2025

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Peter J. Keane*
        Bradford J. Sandler (DE Bar No. 4142)
        Peter J. Keane (DE Bar No. 5503)
        Edward A. Corma (DE Bar No. 6718)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        Email: bsandler@pszjlaw.com
               pkeane@pszjlaw.com
               ecorma@pszjlaw.com

        *Counsel to George L. Miller, Chapter 7 Trustee*