IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, et al,[1]<br><br>Debtors. | Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>Chapter 7<br><br>Objection Date: November 25, 2025 at 4:00 pm (ET)<br>Hearing Date: December 2, 2025 at 10:00 am (ET) |

**FIRST INTERIM APPLICATION OF MILLER COFFEY TATE LLP
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE
FOR THE PERIOD FROM AUGUST 16, 2023 THROUGH AUGUST 31, 2025**

| | |
|---|---|
| Name of Applicant: | Miller Coffey Tate LLP |
| Authorized to Provide Professional Services to: | Trustee |
| Date of Retention: | Retention Application Filed: September 15, 2023<br>Seeking employment effective as of August 16, 2023<br>Order entered October 11, 2023 |
| Period for which compensation and Reimbursement is sought: | August 16, 2023 through August 31, 2025 |
| Amount of Compensation sought as actual, reasonable and necessary: | $408,473.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,162.87 |
| This is an __X__ Interim _____ Final Application | |

---

[1] The Debtors in these Chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

## ATTACHMENT
## LOCAL FORM 102/RULE 2016-2
## FEE SUMMARY
## AUGUST 16, 2023 THROUGH AUGUST 31, 2025

| Name of Professional Person | Certification Date | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate 2023 | Hourly Billing Rate 2024 | Hourly Billing Rate 2025 | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| Matthew R. Tomlin, CPA | 1994 | Partner (2006) | $595 | $620 | $645 | 303.40 | $ 183,658.00 |
| William A. Homony, CIRA | 2010 | Principal (2016) | $555 | $585 | $615 | 44.90 | 24,919.50 |
| John J. Reynolds | N/A | Manager (2022) | $370 | $405 | $435 | 58.00 | 21,777.00 |
| Vincent L. Capitolo, CPA | 2022 | Senior Accountant (2023) | $325 | $350 | $375 | 400.10 | 135,072.50 |
| Victor J. Stott | N/A | Staff Accountant (2016) | $260 | $285 | $325 | 40.50 | 11,518.00 |
| Anthony F. Archer | N/A | Staff Accountant (2023) | $240 | $265 | $285 | 116.60 | 31,312.00 |
| Jaxon L. Tomlin | N/A | Staff Accountant (2024) | N/A | $250 | $270 | 0.80 | 216.00 |
| | **TOTAL** | | | | | 964.30 | $ 408,473.00 |

Blended rate    $    423.60

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.40 | $ 801.00 |
| Avoidance Action | 39.00 | 22,424.00 |
| Taxes | 280.00 | 96,705.50 |
| Asset Recovery | 636.20 | 284,504.00 |
| Claims | 4.80 | 2,313.00 |
| Litigation | 2.90 | 1,725.50 |
| **Total** | **964.30** | **$ 408,473.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Fax | MCT | $ 21.00 |
| Fed Ex | MCT | 12.33 |
| Mileage 2023 | MCT | 81.35 |
| Pacer | MCT | 536.90 |
| Parking | Various | 28.00 |
| Photocopies | MCT | 306.50 |
| Postage | MCT | 176.79 |
| | Total | $ 1,162.87 |

## PRIOR FEE APPLICATIONS

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| N/A | | | | | |

*As this is the first interim fee application filed, there are no prior applications to disclose.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, et al,[1]<br><br>Debtors. | Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>Chapter 7<br><br>Objection Date: November 25, 2025 at 4:00 pm (ET)<br>Hearing Date: December 2, 2025 at 10:00 am (ET) |

**FIRST INTERIM APPLICATION OF MILLER COFFEY TATE LLP
AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Miller Coffey Tate LLP ("MCT") hereby applies (the "Application") for an award of reasonable compensation in the above-captioned chapter 7 cases of Christmas Tree Shops, LLC, et. al. (the "Debtors"), for professional services rendered as Accountants and Bankruptcy Consultants to the Trustee in the amount of $408,473.00 together with reimbursement for actual and necessary expenses incurred in the amount of $1,162.87 for the period commencing from August 16, 2023 through and including August 31, 2025 (the "Application Period"). In support of the Application, MCT respectfully represents as follows:

**Background**

1.  On May 5, 2023, (the "Petition Date"), Christmas Tree Shops, LLC, Christmas Tree Shops, LLC, Handil, LLC, Handil Holdings, LLC, Salkovitz Family Trust 2, LLC and Nantucket Distributing Co., LLC (collectively the "Debtors") filed voluntary petitions for relief under chapter 11 of Title 11 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

2. On May 5, 2023 a motion was filed seeking to have the Debtors' bankruptcy cases jointly administered. On May 9, 2023 the Court entered an Order directing joint administration and procedural consolidation.

3. On or about August 16, 2023 (the "Conversion Date"), the Order was entered converting the Debtors' Chapter 11 proceedings to cases under Chapter 7.

4. On or about August 16, 2023, the Office of the United States Trustee appointed George L. Miller as Trustee (the "Trustee") of the Debtors' estates.

5. An Application of the Trustee for an Order Authorizing the Retention and Employment of Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants for the Trustee effective as of August 16, 2023 (the "Retention Application") was filed on or about September 15, 2023 and the Order was entered on October 11, 2023. The Retention Application requests that MCT be compensated on an hourly basis and be reimbursed for actual and necessary out-of-pocket expenses it incurred. At all relevant times, MCT has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code (the "Code") and has not represented nor held any interest adverse to the interest of the Debtors or Debtors' estates.

## Compensation Paid and its Source

6. All services for which MCT requests Compensation were performed for or on behalf of the Trustee.

## Relief Requested

7. This Application is the First Interim Fee Application to be filed by MCT in these cases. In connection with the professional services described below, by this Application, MCT seeks compensation in the amount of $408,473.00 and expense reimbursement of $1,162.87.

8. Exhibits A-1 through A-8 reflect the services performed as follows:

A-1 Summary of Time Charges by Individual - this summary reflects the aggregate time by individual.

A-2 Summary of Time Charges by Category - this summary reflects the charges for services rendered by category.

A-3 through A-8 reflects the explanation individual with the category as follows: and detailed time charges by category and by:

    A-3    Case Administration

    A-4    Avoidance Action

    A-5    Tax Issues

    A-6    Asset Preservation and Recovery

    A-7    Claims Issues

    A-8    Litigation

## Summary of Services Rendered

9. Applicant has performed numerous services for the Trustee, which are fully described in Exhibits A-3 through A-8 which are attached hereto and incorporated herein by reference.

Staffing provided by the Applicant along with their responsibilities for the engagement is as follows:

| | |
|---|---|
| Matthew R. Tomlin, CPA | William A. Homony, CIRA |
| John J. Reynolds | Vincent L. Capitola, CPA |
| Victor J. Stott | Anthony F. Archer |
| Jaxon L. Tomlin | |

In addition since each Applicant's staff person is responsible for separate and distinct assignments, it is necessary to have organization meetings between the staff persons as well as with the Trustee's attorneys and other professionals in order to properly administer the estates.

10. For the Application Period MCT seeks allowance of compensation in the amount of $408,473.00 in connection with the professional services described above.

11. During the Application Period, MCT incurred or disbursed the actual and necessary costs and expenses related to this case in the amount of $1,162.87 as identified on Exhibit B.

12. Pursuant to Local Rule No. 2016-2 of this Court, MCT represents as follows with regard to its charges for actual and necessary costs and expenses during the Application Period:

   a) Copy charges are $.10 per page, which charge is reasonable and customary in the accounting industry representing costs of copy materials, acquisition maintenance, storage and operation of copy machines, together with a margin for recovery of lost expenditures.

13. MCT has reviewed the requirements of Local Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, and this Application complies with Local Rule 2016-2.

**WHEREFORE**, MCT respectfully requests that the Court enter an order allowing compensation in the sum of $408,473.00 for professional services rendered, and the sum of $1,162.87 for reimbursement of actual and necessary costs and expenses incurred by it in these cases from August 16, 2023 through August 31, 2025 and that the Trustee be authorized to pay MCT all outstanding amounts.

Dated: <u>November 11, 2025</u>         MILLER COFFEY TATE LLP

<u>/s/ Matthew R. Tomlin</u>
MATTHEW R. TOMLIN, CPA
MILLER COFFEY TATE LLP
Eight Penn Center; Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA  19103
Telephone:  215-561-0950
Telecopy:   215-561-0330
Accountants and Bankruptcy Consultants to the Trustee