EXHIBIT "B"

CHRISTMAS TREE SHOPS, LLC, ET AL.

SUMMARY OF OUT OF POCKET EXPENSES

FROM AUGUST 16, 2023 THROUGH AUGUST 31, 2025

| Type | Total |
|---|---:|
| Fax | $ 21.00 |
| Fed Ex | 12.33 |
| Mileage 2023 | 81.35 |
| Pacer | 536.90 |
| Parking | 28.00 |
| Photocopies | 306.50 |
| Postage | 176.79 |
| **Total** | **$1,162.87** |

# Expense Report

Page     1

| Description | Employee | Expense | Date |
|---|---|---|---|

**Activity: Faxes**

| | | | |
|---|---|---|---|
| Fax - 2023 Form 941-X 3rd Qtr to CIO | Administrative | $2.25 | 12/31/2023 |
| Fax - 2023 Forms 1065 to CIO | Administrative | $18.75 | 9/30/2024 |

Total: Christmas Tree - Case Admin
$21.00

Total: Faxes
$21.00

Page      2

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Federal Express | | | |
| Federal Express | Administrative | $12.33 | 1/11/2024 |

Total: Christmas Tree - Case Admin
$12.33

Total: Federal Express
$12.33

Page 3

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Mileage 2023** | | | |
| Mileage to/from Hearing | Vincent L. Capitolo | $42.05 | 8/31/2023 |
| Mileage to/from hearing | Matthew Tomlin | $39.30 | 8/31/2023 |
| Total: Christmas Tree - Case Admin | | $81.35 | |
| Total: Mileage 2023 | | $81.35 | |

Page 3

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Pacer | | | |
| August Pacer charges | Administrative | $164.80 | 8/31/2023 |
| September Pacer charges | Administrative | $77.40 | 9/30/2023 |
| October Pacer charges | Administrative | $29.70 | 10/31/2023 |
| November Pacer charges | Administrative | $89.20 | 11/30/2023 |
| December Pacer charges | Administrative | $47.40 | 12/31/2023 |
| January Pacer charges | Administrative | $61.90 | 1/31/2024 |
| February Pacer chargers | Administrative | $25.70 | 2/29/2024 |
| May Pacer charges | Administrative | $0.30 | 5/31/2024 |
| November Pacer charges | Administrative | $3.90 | 11/30/2024 |
| December Pacer charges | Administrative | $25.20 | 12/31/2024 |
| February Pacer charges | Administrative | $4.30 | 2/28/2025 |
| May Pacer charges | Administrative | $6.20 | 5/31/2025 |
| June Pacer charges | Administrative | $0.40 | 6/30/2025 |
| July Pacer charges | Administrative | $0.50 | 7/31/2025 |

Total: Christmas Tree - Case Admin          $536.90

Total: Pacer          $536.90

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Parking** | | | |
| Parking for hearing | Vincent L. Capitolo | $14.00 | 8/31/2023 |
| Parking for hearing | Matthew Tomlin | $14.00 | 8/31/2023 |

Total: Christmas Tree - Case Admin  $28.00

Total: Parking  $28.00

| Description | Employee | Expense | Date |
|---|---|---:|---|
| Activity: Photocopies - B/W | | | |
| Photocopies | Administrative | $8.20 | 8/31/2023 |
| Photocopies | Administrative | $18.50 | 9/29/2023 |
| Photocopies | Administrative | $14.90 | 10/31/2023 |
| Photocopies | Administrative | $69.80 | 11/30/2023 |
| Photocopies | Administrative | $27.40 | 12/31/2023 |
| Photocopies | Administrative | $76.10 | 1/31/2024 |
| Photocopies | Administrative | $11.40 | 2/29/2024 |
| Photocopies | Administrative | $5.00 | 3/29/2024 |
| Photocopies | Administrative | $6.80 | 4/30/2024 |
| Photocopies | Administrative | $3.00 | 5/31/2024 |
| Photocopies | Administrative | $3.40 | 6/30/2024 |
| Photocopies | Administrative | $14.70 | 7/31/2024 |
| Photocopies | Administrative | $0.10 | 8/5/2024 |
| Photocopies | Administrative | $35.00 | 9/30/2024 |
| Photocopies | Administrative | $5.10 | 11/30/2024 |
| Photocopies | Administrative | $2.70 | 2/28/2025 |
| Photocopies | Administrative | $0.40 | 5/31/2025 |
| Photocopies | Administrative | $2.70 | 7/30/2025 |
| Photocopies | Administrative | $1.30 | 8/31/2025 |

Total: Christmas Tree - Case Admin          $306.50

Total: Photocopies - B/W          $306.50


Page     7

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Postage | | | |
| Postage | Administrative | $3.09 | 9/11/2023 |
| Postage | Administrative | $0.63 | 10/23/2023 |
| Postage | Administrative | $9.49 | 12/6/2023 |
| Postage | Administrative | $3.15 | 12/29/2023 |
| Postage | Administrative | $0.63 | 1/11/2024 |
| Postage | Administrative | $117.12 | 1/31/2024 |
| Postage | Administrative | $0.88 | 2/7/2024 |
| Postage | Administrative | $0.88 | 2/14/2024 |
| Postage | Administrative | $1.28 | 2/20/2024 |
| Postage | Administrative | $0.64 | 3/7/2024 |
| Postage | Administrative | $1.76 | 3/12/2024 |
| Postage | Administrative | $0.88 | 4/22/2024 |
| Postage | Administrative | $0.88 | 4/23/2024 |
| Postage | Administrative | $0.64 | 5/20/2024 |
| Postage | Administrative | $1.28 | 6/24/2024 |
| Postage | Administrative | $1.94 | 7/30/2024 |
| Postage | Administrative | $0.69 | 8/12/2024 |
| Postage | Administrative | $26.81 | 9/10/2024 |
| Postage | Administrative | $0.69 | 9/26/2024 |
| Postage | Administrative | $0.97 | 11/11/2024 |
| Postage | Administrative | $0.69 | 1/22/2025 |
| Postage | Administrative | $0.74 | 7/16/2025 |
| Postage | Administrative | $1.03 | 8/21/2025 |

Total: Christmas Tree - Case Admin
$176.79

Page     8

| Description | Employee | Expense | Date |
|---|---|---|---|
| Total: Postage | $176.79 | | |
| Grand Total | $1,162.87 | | |