## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, et al,[1]<br><br>Debtors. | Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>Chapter 7<br><br>**Related Docket No.**_____ |

### ORDER ALLOWING MILLER COFFEY TATE LLP COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

Miller Coffey Tate LLP, ("MCT") Accountants and Bankruptcy Consultants for the Trustee, having filed a first interim application for allowance of compensation and reimbursement of expenses ("the Application"); and creditors and other parties in interest having received notice of the date, time and place to file and Objection to the Application; and no Objections having been filed, and the Court having considered the Application; it is

**ORDERED** that the Application of MCT is granted; and it is further

**ORDERED** that MCT is granted, on an interim basis, compensation in the sum of $408,473.00 for services rendered and $1,162.87 as reimbursement for actual, necessary expenses incurred; and it is further

**ORDERED** that the Trustee is authorized to make payment of $409,635.87 to MCT for such allowed interim compensation and expenses. Nothing contained herein shall preclude objections to the approval on a final basis of the fees and expenses approved herein; and it is further

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

**ORDERED** that the interim compensation awarded pursuant to this Order remains subject to disgorgement pending approval of the Chapter 7 Trustee's final report.