IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Christmas Tree Shops, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 931** |

**LIMITED OBJECTION OF RESTORE CAPITAL, LLC,
TO FIRST INTERIM APPLICATION OF MILLER COFFEY TATE LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE
FOR THE PERIOD FROM AUGUST 6, 2023, THROUGH AUGUST 31, 2025**

Restore Capital, LLC ("**ReStore**"), by and through its undersigned counsel, hereby files this limited objection (the "**Limited Objection**") with respect to the *First Interim Application of Miller Coffey Tate LLP for Compensation and Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Chapter 7 Trustee for the Period from August 16, 2023 through August 31, 2025* [Docket No. 931] (the "**Fee Application**").[2]  In support of the Limited Objection, ReStore states as follows:

**LIMITED OBJECTION**

1. On November 11, 2025, Miller Coffey Tate LLP ("**MCT**") filed the Fee Application.  While ReStore raises no objection to the allowance of any amounts set forth in the Fee Application, ReStore objects to the payment of any such amounts, absent ReStore's prior written consent, from assets (or any proceeds thereof) that constitute DIP Collateral or Prepetition

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in, as applicable, the Fee Application or the Final DIP Order (as defined herein).

165022348

Collateral (each as defined in the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Lenders; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [Docket No. 229] (the "**Final DIP Order**")) prior to the payment in full in cash of all amounts owing to the DIP Secured Parties pursuant to the DIP Loan Documents, which amounts are not less than $6,082,381.18.[3]

2. Until such amounts have been satisfied, the DIP Obligations constitute senior secured superpriority administrative expense claims against the Debtors' estates, which are senior to the claims for the fees and expenses of the Chapter 7 Trustee, and the Court should not authorize the payment, absent written consent, of junior amounts to the detriment of a senior creditor.

3. ReStore reserves all of its rights, including its right to seek discovery, raise additional objections, or join in any objections raised by any other parties.

[*Remainder of Page Intentionally Left Blank*]

---

[3] *See* (a) Proof of Claim No. 522 filed against Christmas Tree Shops, LLC (Bankr. Case No. Case 23-10576 (TMH)); (b) Proof of Claim No. 6 filed against Handil, LLC (Bankr. Case No. Case 23-10574 (TMH)); (c) Proof of Claim No. 7 filed against Handil Holdings, LLC (Bankr. Case No. Case 23-10575 (TMH)); (d) Proof of Claim No. 4 filed against Salkovitz Family Trust 2, LLC (Bankr. Case No. 23-10578 (TMH)); and (e) Proof of Claim No. 21 filed against Nantucket Distributing Co., LLC (Bankr. Case No. Case 23-10579 (TMH)).

**WHEREFORE**, ReStore respectfully requests that the Court deny payment of the amounts set forth in the Fee Application, absent ReStore's prior written consent, from any assets (or any proceeds thereof) that constitute DIP Collateral or Prepetition Collateral prior to the payment in full of all DIP Obligations and grant such other relief as is proper and just.

Dated: November 25, 2025  
       New York, New York

**ROPES & GRAY LLP**

*/s/ Gregg M. Galardi*  
Gregg M. Galardi  
1211 Avenue of the Americas  
New York, New York 10036-8704  
Telephone: (212) 596-9000  
Facsimile: (212) 596-9090  
E-mail: gregg.galardi@ropesgray.com

*Counsel to Restore Capital, LLC*