# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on November 26, 2025, I caused a copy of the following document to be served on the individuals on the service list attached hereto as **Exhibit A** in the manner indicated:

- *Notice of Agenda for Hearing on December 2, 2025 at 11:00 a.m. (Prevailing Eastern Time)* [Case No. 23-10576, Docket No. 945].

/s/ *Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4923-7948-6588.1 57097.001

# EXHIBIT A

**2002 Service List**
  1. **Service Via E-mail**

| | | |
|---|---|---|
| Counsel to Mainstream:<br>Lowenstein Sandler LLP<br>Brittany M. Clark<br>Eric S. Chafetz<br>BClark@lowenstein.com<br>EChafetz@lowenstein.com | Counsel to Natco:<br>Partridge Snow & Hahn LLP<br>Daniel Burgoyne<br>dburgoyne@psh.com | Counsel to Plus Mark:<br>BakerHostetler<br>Adam Fletcher<br>afletcher@bakerlaw.com |
| Ainslie Vorel<br>ahvorel@gmail.com | Amanda Best<br>amandabest_us@yahoo.com | Ashby & Geddes, P.A. Gregory A. Taylor and Michael D. DeBaecke<br>gtaylor@ashbygeddes.com;<br>mdebaecke@ashbygeddes.com |
| Ballard Spahr LLP Dustin P. Branch, Jessica M. Simon and Nahal Zarnighian<br>branchd@ballardspahr.com;<br>simonjm@ballardspahr.com;<br>zarnighiann@ballardspahr.com | Ballard Spahr LLP Leslie C. Heilman, Laurel D. Roglen and Margaret A. Vesper<br>heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com | Benesch, Friedlander, Coplan & Aronoff LLP Kevin M. Capuzzi and John C. Gentile<br>kcapuzzi@beneschlaw.com;<br>jgentile@beneschlaw.com |
| Betania Neto<br>betanianeto1@gmail.com | Bowditch & Dewey Mark W. Powers<br>mpowers@bowditch.com | Bradley W Snyder<br>Bradley.Snyder@YMail.com |
| Brookfield Properties Retail Inc., as Agent Kristen N. Pate<br>bk@bpretail.com | BSREP II CYPRESS MT LLC Julie Minnick Bowden<br>julie.bowden@bpretail.com | Buchanan Ingersoll & Rooney PC Geoffrey G. Grivner<br>geoffrey.grivner@bipc.com |
| Calhoun Law Firm Joe D. Calhoun<br>Joe.Calhoun@CalhounLawFirm.com | Capreece Taylor<br>capreecetaylor@gmail.com | Chipman Brown Cicero & Cole, LLP Mark Desgrosseilliers<br>desgross@chipmanbrown.com |
| Christa Ciezobka<br>cciezobka@gmail.com | Connecticut Attorney General Attn Bankruptcy Department<br>attorney.general@ct.gov | Cozen O'Connor John T. Carroll, III<br>jcarroll@cozen.com |
| Daniel M Kane<br>DKane@TigerGroup.com | Delaware Attorney General Attn Bankruptcy Department<br>attorney.general@state.de.us | Delaware Dept of Justice Attorney General<br>attorney.general@state.de.us;<br>attorney.general@delaware.gov |
| Delaware Secretary of State Division of Corporations<br>dosdoc_bankruptcy@state.de.us | Delaware State Treasury<br>statetreasurer@state.de.us | Duane Morris LLP Lawrence J. Kotler<br>ljkotler@duanemorris.com |
| Edel Corrigan<br>edeljoanne@gmail.com | Elizabeth Strabley<br>estrabley@verizon.net | Faegre Drinker Biddle & Reath LLP Joseph N. Argentina, Jr.<br>joseph.argentina@faegredrinker.com |
| FGX International Inc. Hinckley Allen & Snyder LLP<br>odoherty@hinckleyallen.com | Florida Attorney General Attn Bankruptcy Department<br>citizenservices@myfloridalegal.com;<br>oag.civil.eserve@myfloridalegal.com | Frost Brown Todd LLP Ronald E. Gold and A.J. Webb<br>rgold@fbtlaw.com;<br>awebb@fbtlaw.com |
| Gaellyn Ridler<br>Gaellyns@gmail.com | Gellert Scali Busenkell & Brown, LLC Charles J. Brown, III, Michael Busenkell, and Amy D. Brown<br>cbrown@gsbblaw.com;<br>mbusenkell@gsbblaw.com;<br>abrown@gsbblaw.com | Geoffrey Lewis<br>GHLewis18@GMail.com |
| Georgia Attorney General Attn Bankruptcy Department<br>Agcarr@law.ga.gov | Goulston & Storrs PC Douglas B. Rosner<br>drosner@goulstonstorrs.com | Greenberg Traurig, LLP Anthony W. Clark and Dennis A. Meloro<br>Anthony.Clark@gtlaw.com;<br>Dennis.Meloro@gtlaw.com |

| | | |
|---|---|---|
| Greenberg Traurig, LLP Brian E. Greer and Leo Muchnik greerb@gtlaw.com; muchnikl@gtlaw.com | Greenberg Traurig, LLP Jeffrey M. Wolfe Jeffrey.Wolf@gtlaw.com; greerb@gtlaw.com | Hackett Feinberg P.C. James M. Liston and Jacqueline M. Price jml@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com |
| Hallmark Cards, Incorporated Legal Division becky.long@hallmark.com | Hinckley, Allen & Snyder LLP Jennifer V. Doran jdoran@hinckleyallen.com | Hogan McDaniel Garvan F. McDaniel gfmcdaniel@dkhogan.com |
| Indiana Attorney General Attn Bankruptcy Department info@atg.in.gov | Internal Revenue Service Attn Susanne Larson SBSE.Insolvency.Balt@irs.gov | Jacqueline Stevens jstevens705@gmail.com |
| Julia Markowitz julialmarkowitz@gmail.com | Kasen & Kasen, P.C. c/o Jenny R. Kasen jkasen@kasenlaw.com | Kentucky Attorney General Attn Bankruptcy Department attorney.general@ag.ky.gov |
| Kirkland & Ellis LLP Joshua A. Sussberg joshua.sussberg@kirkland.com | Krysten Gutierrez krystennj@gmail.com | Kurtzman Steady, LLC Jeffrey Kurtzman kurtzman@kurtzmansteady.com |
| Landis Rath & Cobb LLP Kimberly A. Brown and Howard W. Robertson IV brown@lrclaw.com; robertson@lrclaw.com | Leslie Rossi leslierossi129@gmail.com | Maine Attorney General Attn Bankruptcy Department attorney.general@maine.gov |
| Mainstream International Corp. David Bennett dbennett@mainstreamintl.com | Marshall Dennehey Warner Coleman & Goggin M. Claire McCudden MCMcCudden@MDWCG.com | Martone & Associates, LLC Christopher S. Martone martonelaw@gmail.com |
| Maryland Attorney General Attn Bankruptcy Department oag@oag.state.md.us | McElroy, Deutsch, Mulvaney & Carpenter, LLP David P. Primack dprimack@mdmc-law.com | Michael Berger michaeldberger@yahoo.com |
| Michele Olbrys MLOLbrys9@gmail.com | Michigan Attorney General Attn Bankruptcy Department miag@michigan.gov | Michigan Dept of Treasury Heather L. Donald donald@michigan.gov |
| Mirick, OConnell, DeMallie & Lougee, LLP Paul W. Carey pcarey@mirickoconnell.com | Monzack Mersky and Browder, P.A. Rachel B. Mersky rmersky@monlaw.com | Murphy & King, Professional Corporation Harry Murphy & Christopher Condon HMurphy@murphyking.com; CCondon@murphyking.com |
| New Hampshire Attorney General Attn Bankruptcy Department attorneygeneral@doj.nh.gov | New Jersey Attorney General Attn Bankruptcy Department Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov | New York Attorney General Attn Bankruptcy Department Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov robert.rock@ag.ny.gov |
| Nicole Quinn Nicoleb430@gmail.com | North Carolina Attorney General Attn Bankruptcy Department ncago@ncdoj.gov | Office of the United States Trustee Delaware Benjamin Hackman Benjamin.A.Hackman@usdoj.gov |
| Ohio Attorney General Attn Bankruptcy Department Kristin.Radwanick@OhioAGO.gov | PA Eastway, Inc. Lindsey M. Harrison Madgar LMadgar@cafarocompany.com | Pam Roberts pmalroberts@gmail.com |
| Pennsylvania Attorney General Attn Bankruptcy Department info@attorneygeneral.gov | Pierce Atwood LLP Alex F. Mattera amattera@PierceAtwood.com | Porzio, Bromberg & Newman, P.C. Warren J. Martin Jr., Robert M. Schechter and Rachel A. Parisi wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; raparisi@pbnlaw.com |
| REO FUNDIT 1 ASSET LLC annac@cre-pro.com | Rhode Island Attorney General Attn Bankruptcy Department ag@riag.ri.gov | Riemer & Braunstein LLP Paul D. Bekker pbekker@riemerlaw.com |

| | | |
|---|---|---|
| Riemer & Braunstein LLP Steven E. Fox<br>sfox@riemerlaw.com;<br>pbekker@riemerlaw.com | Ropes & Gray LLP Gregg M. Galadri<br>Gregg.Galardi@ropesgray.com | Ropes & Gray LLP Jeramy D. Webb<br>jeramy.webb@ropesgray.com |
| Securities & Exchange Commission NY Regional Office<br>bankruptcynoticeschr@sec.gov;<br>nyrobankruptcy@sec.gov | Securities & Exchange Commission PA Regional Office<br>philadelphia@sec.gov | Securities & Exchange Commission Secretary of the Treasury<br>SECBankruptcy-OGC-ADO@SEC.GOV;<br>secbankruptcy@sec.gov |
| Simon Property Group, Inc. Attn: Ronald M. Tucker<br>rtucker@simon.com | Sirlin Lesser & Benson, P.C. Dana S. Plon<br>dplon@sirlinlaw.com | South Carolina Attorney General Attn Bankruptcy Department<br>bankruptcy@scag.gov |
| Stark & Stark, P.C. Joseph H. Lemkin and Thomas S. Onder<br>jlemkin@stark-stark.com;<br>tonder@stark-stark.com | Stern & Eisenberg, PC Daire Pyle<br>dpyle@sterneisenberg.com | Subin Associates, LLP Lee Huttner, Jean Marie Gaziano, Bianca Cacace, Mahvish Shah<br>LHuttner@subinlaw.com;<br>jmg@subinlaw.com;<br>MShah@subinlaw.com |
| Tarra Nelan<br>tjcostine@gmail.com | Tenenbaum & Saas, P.C. Bradshaw Rost<br>BRost@tspclaw.com | Tom Tedone<br>tom0157@aol.com |
| Troutman Pepper Hamilton Sanders LLP<br>Evelyn Meltzer<br>evelyn.meltzer@troutman.com | US Attorney for District of Delaware US Attorney for Delaware<br>usade.ecfbankruptcy@usdoj.gov | Vermont Attorney General Attn Bankruptcy Department<br>ago.info@vermont.gov |
| Victoria Patella<br>vatp8675@yahoo.com | Virginia Attorney General Attn Bankruptcy Department<br>mailoag@oag.state.va.us | Wendy DiSanto<br>hawksw17@gmail.com |
| Wells Fargo Plaza Partners LLC; Avi West Falls Plaza LLC; Eli West Falls Plaza LLC<br>M. David Graubard<br>dgraubard@keragraubard.com | Womble Bond Dickinson (US) LLP Matthew P. Ward, Morgan L. Patterson and Lisa Bittle Tancredi<br>matthew.ward@wbd-us.com;<br>morgan.patterson@wbd-us.com;<br>lisa.tancredi@wbd-us.com | |
| Workday Inc Rob Smith<br>rob.smith@workday.com | Jeffrey Barney<br>jeffb10@optonline.net | |

2. **Service Via First Class Mail**

| | | |
|---|---|---|
| ACCERTIFY INC<br>C/O BECKET & LEE LLP<br>PO BOX 3002<br>MALVERN PA 19355-0702 | AMEX TRS CO INC<br>C/O BECKET & LEE LLP<br>SHRADDHA BHARATIA<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BANC OF AMERICA LEASING &<br>CAPITAL LLC<br>3400 PAWTUCKET AVE<br>RIVERSIDE RI 02915 |
| CHRISTMAS TREE SHOPS<br>64 LEONA DRIVE<br>MIDDLEBORO MA 02346 | FGX INTERNATIONAL INC<br>500 GEORGE WASHINGTON HWY<br>SMITHFIELD RI 02917 | HALLMARK MARKETING COMPANY LLC<br>2501 MCGEE TRAFFICWAY MD 339<br>KANSAS CITY MO 64108 |
| HUNTINGTON TECHNOLOGY FINANCE INC<br>2285 FRANKLIN RD STE 100<br>BLOOMFIELD HILLS MI 48302 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>PHILADELPHIA PA 19104 |
| MEYERS RODBELL & ROSENBAUM PA<br>NICOLE C KENWORTHY<br>6801 KENILWORTH AVENUE SUITE 400<br>RIVERDALE MD 20737-1385 | | |