**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 945** |

<u>AMENDED</u>[2] **NOTICE OF AGENDA FOR HEARING ON DECEMBER 2, 2025
AT 10:00 A.M. (PREVAILING EASTERN TIME)**

> **<u>PLEASE NOTE</u>: THE HEARING HAS BEEN CANCELED WITH THE COURT'S
> PERMISSION.**

**<u>RESOLVED MATTERS:</u>**

1. *Second Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* [Filed October 23, 2025; Docket No. 927]; [Adv. Proc. No. 25-50823 Docket No. 9]; [Adv. Proc. No. 25-50856 Docket No. 9]; [Adv. Proc. No. 25-50859 Docket No. 6]; [Adv. Proc. No. 25-50863 Docket No. 11]; [Adv. Proc. No. 25-50868 Docket No. 7]; [Adv. Proc. No. 25-50870 Docket No. 11]; [Adv. Proc. No. 25-50874 Docket No. 8]; and [Adv. Proc. No. 25-50884 Docket No. 6].

    **<u>Response Deadline</u>**: November 6, 2025

    **<u>Responses</u>**:  None

    **<u>Related Documents</u>**:

    (a)    Certificate of No Objection Regarding Second Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements [Filed November 10, 2025; Docket No. 930]; ]; [Adv. Proc. No. 25-50823 Docket No. 11]; [Adv. Proc. No. 25-50856 Docket No. 11]; [Adv. Proc. No. 25-50859 Docket No. 8]; [Adv. Proc. No. 25-50863 Docket No. 13]; [Adv. Proc. No. 25-50868 Docket No. 9]; [Adv. Proc. No. 25-50870 Docket No. 13];

---

[1]    The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

[2]    **Amended items are noted in bold.**

[Adv. Proc. No. 25-50874 Docket No. 10]; and [Adv. Proc. No. 25-50884 Docket No. 8].

(b)     [Signed] Order Granting Second Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements [Filed November 25, 2025; Docket No. 933]; ]; [Adv. Proc. No. 25-50823 Docket No. 12]; [Adv. Proc. No. 25-50856 Docket No. 12]; [Adv. Proc. No. 25-50859 Docket No. 9]; [Adv. Proc. No. 25-50863 Docket No. 14]; [Adv. Proc. No. 25-50868 Docket No. 10]; [Adv. Proc. No. 25-50870 Docket No. 14]; [Adv. Proc. No. 25-50874 Docket No. 11]; and [Adv. Proc. No. 25-50884 Docket No. 9].

## MATTER GOING FORWARD:

1.     *First Interim Application of Miller Coffey Tate LLP for Compensation and Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from August 16, 2023 through August 31, 2025* [Filed November 11, 2025; Docket No. 931].

**Response Deadline**: November 25, 2025

**Responses**:

(a)     Limited Objection of Restore Capital, LLC, to First Interim Application of Miller Coffey Tate LLP for Compensation and Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from August 6, 2023, through August 31, 2025 [Filed November 25, 2025; Docket No. 944]

**Related Documents**:  None.

**Status**:  **A revised order will be filed under certification of counsel. The hearing is canceled with the Court's permission.**

Dated:  December 2, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
       pkeane@pszjlaw.com
       ecorma@pszjlaw.com

*Counsel for the Chapter 7 Trustee*

4908-7961-7148.2 57097.001