# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*, | |
| Plaintiff, | |
| vs. | |
| COASTAL COCKTAILS, INC., dba MODERN GOURMET FOODS, | Adv. Proc. No. 25-50854 (TMH) |
| DRM WASTE MANAGEMENT CORPORATION, | Adv. Proc. No. 25-50843 (TMH) |
| ENGINEERING EXCELLENCE NATIONAL ACCOUNTS, LLC, | Adv. Proc. No. 25-50847 (TMH) |
| GOOGLE, LLC, | Adv. Proc. No. 25-50852 (TMH) |
| HOME EXPRESSIONS, INC., | Adv. Proc. No. 25-50885 (TMH) |
| LINDENMEYR CENTRAL, | Adv. Proc. No. 25-50839 (TMH) |
| MET EXPRESS, INC., f/k/a METROPOLITAN TRUCKING, INC., | Adv. Proc. No. 25-50860 (TMH) |
| MWBT Holdings, LLC, formerly known as BOSTON TRAILER SALES, LLC | Adv. Proc. No. 25-50829 (TMH) |
| ORLY SHOE CORPORATION, | Adv. Proc. No. 25-50891 (TMH) |
| TEKSYSTEMS GLOBAL SERVICES, | Adv. Proc. No. 25-50876 (TMH) |

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

| | |
|---|---|
| WINBROOK COMMUNICATION SERVICES, INC.<br><br>                              Defendants. | Adv. Proc. No. 25-50886 (TMH) |

**Objection Deadline: March 25, 2026, at 4:00 p.m. (ET)**
**Hearing Date: April 13, 2026, at 10:00 a.m. (ET)**

# NOTICE OF THIRD OMNIBUS MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, TO APPROVE PREFERENCE ADVERSARY SETTLEMENT AGREEMENTS

**PLEASE TAKE NOTICE** that, on March 10, 2026, George L. Miller, chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (collectively, the "Debtors") in the above-captioned cases filed the *Third Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be filed with the Bankruptcy Court on or before **March 25, 2026 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i)  counsel to the Trustee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn:  Bradford J. Sandler (bsandler@pszjlaw.com), and Peter J. Keane (pkeane@pszjlaw.com); and (ii) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn:  Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

LA:4907-2515-0358.1 57097.001

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION WILL BE HELD ON **APRIL 13, 2026 AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

Dated: March 10, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
　　　　pkeane@pszjlaw.com
　　　　ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

LA:4907-2515-0358.1 57097.001