### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 952** |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*, | |
| Plaintiff, | |
| vs. | |
| COASTAL COCKTAILS, INC., dba MODERN GOURMET FOODS, | Adv. Proc. No. 25-50854 (TMH) **RE: Adv. Docket No. 8** |
| DRM WASTE MANAGEMENT CORPORATION, | Adv. Proc. No. 25-50843 (TMH) **RE: Adv. Docket No. 9** |
| ENGINEERING EXCELLENCE NATIONAL ACCOUNTS, LLC, | Adv. Proc. No. 25-50847 (TMH) **RE: Adv. Docket No. 15** |
| GOOGLE, LLC, | Adv. Proc. No. 25-50852 (TMH) **RE: Adv. Docket No. 6** |
| HOME EXPRESSIONS, INC., | Adv. Proc. No. 25-50885 (TMH) **RE: Adv. Docket No. 10** |
| LINDENMEYR CENTRAL, | Adv. Proc. No. 25-50839 (TMH) **RE: Adv. Docket No. 20** |
| MET EXPRESS, INC., f/k/a METROPOLITAN TRUCKING, INC., | Adv. Proc. No. 25-50860 (TMH) **RE: Adv. Docket No. 6** |
| MWBT Holdings, LLC, formerly known as BOSTON TRAILER SALES, LLC | Adv. Proc. No. 25-50829 (TMH) **RE: Adv. Docket No. 12** |

---

[1]  The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4934-7673-9997.2 57097.001

| | |
|---|---|
| ORLY SHOE CORPORATION, | Adv. Proc. No. 25-50891 (TMH)<br>**RE: Adv. Docket No. 9** |
| TEKSYSTEMS GLOBAL SERVICES, | Adv. Proc. No. 25-50876 (TMH)<br>**RE: Adv. Docket No. 13** |
| WINBROOK COMMUNICATION SERVICES,<br>INC. | Adv. Proc. No. 25-50886 (TMH)<br>**RE: Adv. Docket No. 14** |
| Defendants. | |

### NOTICE OF AGENDA FOR HEARING ON APRIL 13, 2026
### AT 10:00 A.M. (PREVAILING EASTERN TIME)

**PLEASE NOTE: THE HEARING HAS BEEN CANCELED**
**WITH THE COURT'S PERMISSION.**

**RESOLVED MATTER:**

1. *Third Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* [Filed March 10, 2026; Docket No. 952; Adv. Proc. Docket Nos. Various].

**Response Deadline**: March 25, 2026

**Responses**:  None

**Related Documents**:

(a) Certificate of No Objection Regarding Second Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements [Filed March 26, 2026; Docket No. 955; Adv. Proc. Docket Nos. Various].

(b) [Signed] Order Granting Second Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements [Filed March 27, 2026; Docket No. 956; Adv. Proc. Docket Nos. Various].

Status:  An order has been entered resolving this matter. No hearing is necessary.

4934-7673-9997.2 57097.001

Dated:  April 9, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
       pkeane@pszjlaw.com
       ecorma@pszjlaw.com

*Counsel for the Chapter 7 Trustee*

4934-7673-9997.2 57097.001