**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC.,<br><br>          Debtor. | Chapter 7<br>Case No.  23-10576- TMH<br><br>**NOTICE OF CHANGE OF ADDRESS**<br>**FOR NATIONAL UNION FIRE**<br>**INSURANCE COMPANY** |

       **PLEASE TAKE NOTICE** that National Union Fire Insurance Company of Pittsburgh, PA ("NUFIC"), a creditor of the above-captioned debtor, has changed its address and requests that all further notices and distributions in this case be served upon and delivered to the following address:

       **NEW ADDRESS:**

National Union Fire Insurance Company of Pittsburgh PA
c/o Adam L. Rosen PLLC
834B Fort Salonga Road
Box 1021
Northport, New York 11768
adam.rosen@ALRcounsel.com

Dated: July 16, 2026

NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA

By Its Attorney,
ADAM L. ROSEN PLLC

By: /s/ *Adam L. Rosen*

Adam L. Rosen
834B Fort Salonga Road
Box 1021
Northport, New York 11768
adam.rosen@ALRcounsel.com