**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*, | |
| Plaintiff, | |
| vs. | |
| BZL, INC., | Adv. Proc. No. 25-50832 (TMH) |
| LANE REFRIGERATION COMPANY, INC., d/b/a LANE ASSOCIATE, | Adv. Proc. No. 25-50838 (TMH) |
| NICHOLS TRUCKING, CO., | Adv. Proc. No. 25-50846 (TMH) |
| THE COMMERCIAL TRAFFIC COMPANY/CT LOGISTICS, | Adv. Proc. No. 25-50877 (TMH) |
| WESTERN EXPRESS, INC., | Adv. Proc. No. 25-50883 (TMH) |
| ENCHANTE ACCESSORIES INC., | Adv. Proc. No. 25-51057 (TMH) |
| Defendants. | |

**CERTIFICATE OF SERVICE**

1. I, Peter J. Keane, hereby certify that on October 23, 2026, I caused a copy of the following document to be served on (a) the individuals on the 2002 service list attached hereto as

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

**Exhibit A** in the manner indicated; and (b) on counsel for each of the Defendants on the service list attached hereto as **Exhibit B** in the manner indicated:

- *Fifth Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* [Docket No. 973], and *Notice* thereof [Docket 973-1].

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

# EXHIBIT A

## 2002 Service List

### 1. Service Via E-mail

| | | |
|---|---|---|
| Ainslie Vorel<br>ahvorel@gmail.com | Amanda Best<br>amandabest_us@yahoo.com | Ashby & Geddes, P.A. Gregory A. Taylor and Michael D. DeBaecke<br>gtaylor@ashbygeddes.com;<br>mdebaecke@ashbygeddes.com |
| Ballard Spahr LLP<br>Dustin P. Branch, Nahal Zarnighian<br>branchd@ballardspahr.com;<br>zarnighiann@ballardspahr.com | Ballard Spahr LLP Leslie C. Heilman, Laurel D. Roglen and Margaret A. Vesper<br>heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com | Benesch, Friedlander, Coplan & Aronoff LLP Kevin M. Capuzzi and John C. Gentile<br>kcapuzzi@beneschlaw.com;<br>jgentile@beneschlaw.com |
| Betania Neto<br>betanianeto1@gmail.com | Bradley W Snyder<br>Bradley.Snyder@YMail.com | Brookfield Properties Retail Inc., as Agent Kristen N. Pate<br>bk@bpretail.com |
| BSREP II CYPRESS MT LLC Julie Minnick Bowden<br>julie.bowden@bpretail.com | Buchanan Ingersoll & Rooney PC<br>Geoffrey G. Grivner<br>geoffrey.grivner@bipc.com | Calhoun Law Firm Joe D. Calhoun<br>Joe.Calhoun@CalhounLawFirm.com |
| Capreece Taylor<br>capreecetaylor@gmail.com | Chipman Brown Cicero & Cole, LLP<br>Mark Desgrosseilliers<br>desgross@chipmanbrown.com | Christa Ciezobka<br>cciezobka@gmail.com |
| Connecticut Attorney General Attn Bankruptcy Department<br>attorney.general@ct.gov | Counsel to Mainstream:<br>Lowenstein Sandler LLP<br>Brittany M. Clark<br>Eric S. Chafetz<br>Bclark@lowenstein.com<br>Echafetz@lowenstein.com | Counsel to Natco:<br>Partridge Snow & Hahn LLP<br>Daniel Burgoyne<br>dburgoyne@psh.com |
| Counsel to Plus Mark:<br>BakerHostetler<br>Adam Fletcher<br>afletcher@bakerlaw.com | Cozen O'Connor John T. Carroll, III<br>jcarroll@cozen.com | Daniel M Kane<br>Dkane@TigerGroup.com |
| Delaware Attorney General Attn Bankruptcy Department<br>attorney.general@state.de.us | Delaware Dept of Justice Attorney General<br>attorney.general@state.de.us;<br>attorney.general@delaware.gov | Delaware Secretary of State Division of Corporations<br>dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury<br>statetreasurer@state.de.us | Duane Morris LLP Lawrence J. Kotler<br>ljkotler@duanemorris.com | Edel Corrigan<br>edeljoanne@gmail.com |
| Elizabeth Strabley<br>estrabley@verizon.net | Faegre Drinker Biddle & Reath LLP<br>Joseph N. Argentina, Jr.<br>joseph.argentina@faegredrinker.com | Florida Attorney General Attn Bankruptcy Department<br>citizenservices@myfloridalegal.com;<br>oag.civil.eserve@myfloridalegal.com |
| Frost Brown Todd LLP Ronald E. Gold and A.J. Webb<br>rgold@fbtlaw.com;<br>awebb@fbtlaw.com | Gaellyn Ridler<br>Gaellyns@gmail.com | Gellert Scali Busenkell & Brown, LLC Charles J. Brown, III, Michael Busenkell, and Amy D. Brown<br>cbrown@gsbblaw.com;<br>mbusenkell@gsbblaw.com;<br>abrown@gsbblaw.com |
| Geoffrey Lewis<br>GHLewis18@Gmail.com | Georgia Attorney General Attn Bankruptcy Department<br>Agcarr@law.ga.gov | Goulston & Storrs PC Douglas B. Rosner<br>drosner@goulstonstorrs.com |

| | | |
|---|---|---|
| Greenberg Traurig, LLP Anthony W. Clark and Dennis A. Meloro Anthony.Clark@gtlaw.com; Dennis.Meloro@gtlaw.com | Greenberg Traurig, LLP Brian E. Greer and Leo Muchnik greerb@gtlaw.com; muchnikl@gtlaw.com | Greenberg Traurig, LLP Jeffrey M. Wolfe Jeffrey.Wolf@gtlaw.com; greerb@gtlaw.com |
| Hackett Feinberg P.C. James M. Liston and Jacqueline M. Price jml@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com | Hallmark Cards, Incorporated Legal Division becky.long@hallmark.com | Hinckley, Allen & Snyder LLP Jennifer V. Doran jdoran@hinckleyallen.com |
| Hogan McDaniel Garvan F. McDaniel gfmcdaniel@dkhogan.com | Indiana Attorney General Attn Bankruptcy Department info@atg.in.gov | Internal Revenue Service Attn Susanne Larson SBSE.Insolvency.Balt@irs.gov |
| Jacqueline Stevens jstevens705@gmail.com | Jeffrey Barney jeffb10@optonline.net | Julia Markowitz julialmarkowitz@gmail.com |
| Kasen & Kasen, P.C. c/o Jenny R. Kasen jkasen@kasenlaw.com | Kentucky Attorney General Attn Bankruptcy Department attorney.general@ag.ky.gov | Kirkland & Ellis LLP Joshua A. Sussberg joshua.sussberg@kirkland.com |
| Krysten Gutierrez krystennj@gmail.com | Kurtzman Steady, LLC Jeffrey Kurtzman kurtzman@kurtzmansteady.com | Landis Rath & Cobb LLP Kimberly A. Brown and Howard W. Robertson IV brown@lrclaw.com; robertson@lrclaw.com |
| Leslie Rossi leslierossi129@gmail.com | Maine Attorney General Attn Bankruptcy Department attorney.general@maine.gov | Mainstream International Corp. David Bennett dbennett@mainstreamintl.com |
| Martone & Associates, LLC Christopher S. Martone martonelaw@gmail.com | Maryland Attorney General Attn Bankruptcy Department oag@oag.state.md.us | Michael Berger michaeldberger@yahoo.com |
| Michele Olbrys MLOLbrys9@gmail.com | Michigan Attorney General Attn Bankruptcy Department miag@michigan.gov | Michigan Dept of Treasury Heather L. Donald donald@michigan.gov |
| Mirick, Oconnell, DeMallie & Lougee, LLP Paul W. Carey pcarey@mirickoconnell.com | Monzack Mersky and Browder, P.A. Rachel B. Mersky rmersky@monlaw.com | Murphy & King, Professional Corporation Harry Murphy & Christopher Condon Hmurphy@murphyking.com; Ccondon@murphyking.com |
| New Hampshire Attorney General Attn Bankruptcy Department attorneygeneral@doj.nh.gov | New Jersey Attorney General Attn Bankruptcy Department Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov | New York Attorney General Attn Bankruptcy Department letitia.james@ag.ny.gov robert.rock@ag.ny.gov |
| Nicole Quinn Nicoleb430@gmail.com | North Carolina Attorney General Attn Bankruptcy Department ncago@ncdoj.gov | Office of the United States Trustee Delaware Benjamin Hackman Benjamin.A.Hackman@usdoj.gov |
| Ohio Attorney General Attn Bankruptcy Department Kristin.Radwanick@OhioAGO.gov | PA Eastway, Inc. Lindsey M. Harrison Madgar Lmadgar@cafarocompany.com | Pam Roberts pmalroberts@gmail.com |
| Pennsylvania Attorney General Attn Bankruptcy Department info@attorneygeneral.gov | Pierce Atwood LLP Alex F. Mattera amattera@PierceAtwood.com | Porzio, Bromberg & Newman, P.C. Warren J. Martin Jr., Robert M. Schechter and Rachel A. Parisi wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; raparisi@pbnlaw.com |
| REO FUNDIT 1 ASSET LLC annac@cre-pro.com | Rhode Island Attorney General Attn Bankruptcy Department ag@riag.ri.gov | Riemer & Braunstein LLP Paul D. Bekker pbekker@riemerlaw.com |

| | | |
|---|---|---|
| Riemer & Braunstein LLP Steven E. Fox<br>sfox@riemerlaw.com;<br>pbekker@riemerlaw.com | Ropes & Gray LLP Gregg M. Galadri<br>Gregg.Galardi@ropesgray.com | Ropes & Gray LLP Jeramy D. Webb<br>jeramy.webb@ropesgray.com |
| Securities & Exchange Commission<br>NY Regional Office<br>bankruptcynoticeschr@sec.gov;<br>nyrobankruptcy@sec.gov | Securities & Exchange Commission<br>PA Regional Office<br>philadelphia@sec.gov | Securities & Exchange Commission<br>Secretary of the Treasury<br>SECBankruptcy-OGC-ADO@SEC.GOV;<br>secbankruptcy@sec.gov |
| Simon Property Group, Inc. Attn: Ronald M. Tucker<br>rtucker@simon.com | Sirlin Lesser & Benson, P.C. Dana S. Plon<br>dplon@sirlinlaw.com | South Carolina Attorney General Attn Bankruptcy Department<br>bankruptcy@scag.gov |
| Stark & Stark, P.C. Joseph H. Lemkin and Thomas S. Onder<br>jlemkin@stark-stark.com;<br>tonder@stark-stark.com | Stern & Eisenberg, PC Daire Pyle<br>dpyle@sterneisenberg.com | Subin Associates, LLP Lee Huttner, Jean Marie Gaziano, Bianca Cacace, Mahvish Shah<br>Lhuttner@subinlaw.com;<br>jmg@subinlaw.com;<br>Mshah@subinlaw.com |
| Tarra Nelan<br>tjcostine@gmail.com | Tenenbaum & Saas, P.C. Bradshaw Rost<br>Brost@tspclaw.com | Tom Tedone<br>tom0157@aol.com |
| Troutman Pepper Hamilton Sanders LLP<br>Evelyn Meltzer<br>evelyn.meltzer@troutman.com | US Attorney for District of Delaware<br>US Attorney for Delaware<br>usade.ecfbankruptcy@usdoj.gov | Vermont Attorney General Attn Bankruptcy Department<br>ago.info@vermont.gov |
| Victoria Patella<br>vatp8675@yahoo.com | Virginia Attorney General Attn Bankruptcy Department<br>mailoag@oag.state.va.us | Wells Fargo Plaza Partners LLC; Avi West Falls Plaza LLC; Eli West Falls Plaza LLC<br>M. David Graubard<br>dgraubard@keragraubard.com |
| Wendy DiSanto<br>hawksw17@gmail.com | Womble Bond Dickinson (US) LLP Matthew P. Ward, Morgan L. Patterson and Lisa Bittle Tancredi<br>matthew.ward@wbd-us.com;<br>morgan.patterson@wbd-us.com;<br>lisa.tancredi@wbd-us.com | |

## 2. Service Via First Class Mail

| | | |
|---|---|---|
| ACCERTIFY INC<br>C/O BECKET & LEE LLP<br>PO BOX 3002<br>MALVERN PA 19355-0702 | AMEX TRS CO INC<br>C/O BECKET & LEE LLP<br>SHRADDHA BHARATIA<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BANC OF AMERICA LEASING & CAPITAL LLC<br>3400 PAWTUCKET AVE<br>RIVERSIDE RI 02915 |
| CHRISTMAS TREE SHOPS<br>64 LEONA DRIVE<br>MIDDLEBORO MA 02346 | FGX INTERNATIONAL INC<br>500 GEORGE WASHINGTON HWY<br>SMITHFIELD RI 02917 | HALLMARK MARKETING COMPANY LLC<br>2501 MCGEE TRAFFICWAY MD 339<br>KANSAS CITY MO 64108 |

| | | |
|---|---|---|
| HUNTINGTON TECHNOLOGY FINANCE INC<br>2285 FRANKLIN RD STE 100<br>BLOOMFIELD HILLS MI 48302 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>PHILADELPHIA PA 19104 |
| MEYERS RODBELL & ROSENBAUM PA<br>NICOLE C KENWORTHY<br>6801 KENILWORTH AVENUE SUITE 400<br>RIVERDALE MD 20737-1385 | | |

**EXHIBIT B**

**Service by Email**

| Defendant | Adv. Proc. No. | Email Service Address |
|---|---|---|
| BZL, INC. | 25-50832 (TMH) | David Madoff<br>madoff@mandkllp.com |
| LANE REFRIGERATION COMPANY, INC., d/b/a LANE ASSOCIATE | 25-50838 (TMH) | Karen C. Bifferato<br>kbifferato@connollygallagher.com |
| NICHOLS TRUCKING, CO. | 25-50846 (TMH) | Holly Smith Miller<br>hsmith@gsbblaw.com |
| THE COMMERCIAL TRAFFIC COMPANY/CT LOGISTICS | 25-50877 (TMH) | Gaston P Loomis, II<br>gloomis@mdmc-law.com |
| WESTERN EXPRESS, INC. | 25-50883 (TMH) | Aaron H. Gould<br>agould@connellfoley.com |
| ENCHANTE ACCESSORIES INC. | 25-51057 (TMH) | Judah Balasiano<br>judah@balasianolaw.com |