**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 973** |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>Plaintiff,<br><br>vs. | |
| BZL, INC., | Adv. Proc. No. 25-50832 (TMH) |
| LANE REFRIGERATION COMPANY, INC., d/b/a LANE ASSOCIATE, | Adv. Proc. No. 25-50838 (TMH) |
| NICHOLS TRUCKING, CO., | Adv. Proc. No. 25-50846 (TMH) |
| THE COMMERCIAL TRAFFIC COMPANY/CT LOGISTICS, | Adv. Proc. No. 25-50877 (TMH) |
| WESTERN EXPRESS, INC., | Adv. Proc. No. 25-50883 (TMH) |
| ENCHANTE ACCESSORIES INC.,<br><br>Defendants. | Adv. Proc. No. 25-51057 (TMH) |

**NOTICE OF AGENDA FOR HEARING ON DECEMBER 1, 2026**
**AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE NOTE: THE HEARING HAS BEEN CANCELED**
**WITH THE COURT'S PERMISSION.**

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

**RESOLVED MATTER:**

1. *Fifth Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements* [Filed October 23, 2026; Docket No. 973; Adv. Proc. Docket Nos. Various].

**Response Deadline**: November 6, 2026

**Responses**: None

**Related Documents**:

(a) Certificate of No Objection Regarding Fifth Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements [Filed November 13, 2026; Docket No. 976; Adv. Proc. Docket Nos. Various].

(b) [Signed] Order Granting Regarding Fifth Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements [Filed November 16, 2026; Docket No. 977; Adv. Proc. Docket Nos. Various].

Status: An order has been entered resolving this matter. No hearing is necessary.

Dated: November 20, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel for the Chapter 7 Trustee*